1   BILL LANN LEE (State Bar No. 108452)         KIMON MANOLIUS (State Bar No. 15497)
    blee@lchb.com                                 WARREN WEBSTER (State Bar No. 209540)
2   NIREJ S. SEKHON (State Bar No. 213358)        JULIA H. VEIT (State Bar No. 209207)
    nsekhon@lchb.com                              KARIN M. ARNOLD (State Bar No. 228565)
3   LIEFF, CABRASER, HEIMANN                      HANSON BRIDGETT MARCUS
      & BERNSTEIN, LLP                              VLAHOS & RUDY, LLP
4   Embarcadero Center West                       333 Market Street, 21st Floor
    275 Battery Street, Suite 3000                San Francisco, CA  94105-2173
5   San Francisco, CA  94111-3339                 Telephone:  (415) 777-3200
    Telephone:  (415) 956-1000                    Facsimile:  (415) 541-9366
6   Facsimile:  (415) 956-1008                    jvett@hansonbridgett.com

7   Attorneys for Plaintiffs Sylvia Darensburg,   FRANCIS F. CHIN (State Bar No. 059231)
    Virginia Martinez, Vivian Hain, and the       CYNTHIA E. SEGAL (State Bar No. 179636)
8   Proposed Class; and Plaintiff Communities     METROPOLITAN TRANSPORTATION
    for a Better Environment                      COMMISSION
9                                                 Joseph P. Bort Metrocenter
    [Additional Plaintiffs' counsel listed on     101 8th Street
10  signature page]                               Oakland, CA  94607-4700
                                                  Telephone:  (510) 464-7700
11                                                Facsimile:  (510) 464-7848

12                                                Attorneys for Defendant Metropolitan
                                                  Transportation Commission
13

14

15                      UNITED STATES DISTRICT COURT

16                     NORTHERN DISTRICT OF CALIFORNIA

17  SYLVIA DARENSBURG, VIRGINIA          | Case No.  C- 05-1597 EDL
    MARTINEZ, and VIVIAN HAIN,           |
18  individuals on behalf of themselves and all |
    others similarly situated;           |
19  AMALGAMATED TRANSIT UNION,           | STIPULATION AND [PROPOSED]
    LOCAL 192; and COMMUNITIES FOR A     | ORDER CONTINUING HEARING
20  BETTER ENVIRONMENT,                  |

21              Plaintiffs,

22        v.

23  METROPOLITAN TRANSPORTATION
    COMMISSION,

24              Defendant.

25         The parties, by their attorneys, move this Court to continue the hearing for

26  Defendant's Motion to Dismiss currently scheduled for August 2, 2005 at 9 a.m.  The parties

27  respectfully request that the Court continue the hearing to August 23, 2005 at 9 a.m.

28         Plaintiffs' counsel will be unavailable on  August 2, 2005 because of vacation

STIPULATION AND [PROPOSED] ORDER
                                                                              CONTINUING HEARING

1    plans made prior to the Defendant's having filed its Motion to Dismiss. Defendant's counsel are

2    unavailable for the following two Tuesdays on account of preexisting commitments. August 23rd

3    is the first Tuesday upon which Plaintiffs' counsel and Defendant's counsel are both available. A

4    case management conference is currently scheduled for this matter on August 23, 2005.

5            For the reasons enumerated, Plaintiffs request that the Court continue the hearing

6    date for Defendant's Motion to Dismiss from August 2, 2005 to August 23, 2005. Should the

7    Court deem such continuance appropriate, the parties stipulate that Plaintiffs' response brief shall

8    be due no later than July 25, 2005 and that Defendant's reply brief shall be due no later than

9    August 9, 2005.

10   Dated: June 29, 2005              LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

11

12                                    By: _____

13                                                        Bill Lann Lee

14                                    Bill Lann Lee
                                      Nirej S. Sekhon
15                                    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                      Embarcadero Center West
16                                    275 Battery Street, Suite 3000
                                      San Francisco, CA  94111-3339
17                                    Telephone:  (415) 956-1000
                                      Facsimile:  (415) 956-1008
18
                                      *Attorneys for Plaintiffs Sylvia Darensburg, Virginia*
19                                    *Martinez, Vivian Hain, and the Proposed Class; and*
                                      *Communities for a Better Environment*
20

21                                    Peter D. Nussbaum
                                      Daniel T. Purtell
22                                    Linda Lye
                                      ALTSHULER, BERZON, NUSSBAUM, RUBIN &
23                                      DEMAIN
                                      177 Post Street, Suite 300
24                                    San Francisco, CA  94108
                                      Telephone:  (415) 421-7151
25                                    Facsimile:  (415) 362-8064

26                                    *Attorneys for Plaintiff Amalgamated Transit*
                                      *Union Local 192*
27

28

453421.1                    - 2 -              STIPULATION AND [PROPOSED] ORDER
                                                      CONTINUING HEARING

1

2     Richard Marcantonio
      Guillermo Mayer
3     PUBLIC ADVOCATES, INC.
      131 Steuart Street, Suite 300
      San Francisco, CA  94105
4     Telephone:  (415) 431-7430
      Facsimile:  (415) 431-1048
5
      *Attorneys for Plaintiffs Sylvia Darensburg, Virginia*
6     *Martinez, Vivian Hain, and the Proposed Class*

7     William B. Rostov
      Adrienne Bloch
8     COMMUNITIES FOR A BETTER ENVIRONMENT
      1611 Telegraph Avenue, #450
9     Oakland, CA  94612
      Telephone:  (510) 302-0430
10    Facsimile:  (510) 302-0438

11    *Attorneys for Plaintiff Communities for a Better*
      *Environment*
12
      Dated: June 29, 2005          HANSON BRIDGETT MARCUS VLAHOS
13                                   & RUDY, LLP

14

15                                   By: _____
                                              Julia H. Veit
16
                                     Kimon Manolius
17                                   Warren Webster
                                     Julia H. Veit
18                                   Karin M. Arnold
                                     HANSON BRIDGETT MARCUS
19                                      VLAHOS & RUDY, LLP
                                     333 Market Street, 21st Floor
20                                   San Francisco, CA  94105-2173
                                     Telephone:  (415) 777-3200
21                                   Facsimile:  (415) 541-9366

22                                   Francis F. Chin
                                     Cynthia E. Segal
23                                   METROPOLITAN TRANSPORTATION
                                     COMMISSION
24                                   Joseph P. Bort Metrocenter
                                     101 8th Street
25                                   Oakland, CA  94607-4700
                                     Telephone:  (510) 464-7700
26                                   Facsimile:  (510) 464-7848

27                                   *Attorneys for Defendant Metropolitan Transportation*
                                     *Commission*
28

453421.1                  - 3 -          STIPULATION AND [PROPOSED] ORDER
                                         CONTINUING HEARING

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The hearing for Defendant's Motion to Dismiss currently set for August 2, 2005 at 9 a.m. is hereby continued to August 23, 2005 at 9 a.m.  Plaintiffs' response brief shall be due no later than July 25, 2005 and Defendant's reply brief shall be due no later than August 9, 2005.

IT IS SO ORDERED.

June 30, 2005

IT IS SO ORDERED

Judge Elizabeth D. Laporte
U.S. Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING