JULIA HARUMI MASS (State Bar No. 189649)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
1663 Mission Street, Suite 460
San Francisco, CA 94103
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
jmass@aclunc.org

Attorney for *Amicus Curiae* American Civil Liberties
Union Foundation of Northern California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA DARENSBURG, VIRGINIA MARTINEZ, and VIVIAN HAIN, individuals on behalf of themselves and all others similarly situated; AMALGAMATED TRANSIT UNION, LOCAL 192; and COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN TRANSPORTATION COMMISSION,<br><br>Defendant. | Case No. C- 05-01597 EDL<br><br>**MOTION FOR LEAVE TO FILE AN *AMICUS* BRIEF IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MTC'S MOTION TO DISMISS**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: E, 15th Floor<br>Hon. Elizabeth D. Laporte |

Pursuant to Civil L.R. 7-11, *amicus curiae* American Civil Liberties Union Foundation of Northern California ("ACLU-NC") hereby moves this Court for an order allowing the filing of an *amicus* brief in support of plaintiffs' opposition to the motion to dismiss filed by defendant Metropolitan Transportation Commission ("MTC").

As set forth in the accompanying declaration of counsel, ACLU-NC has attempted to obtain a stipulation by all affected parties, but was unable to do so. ACLU-NC believes that its brief will aid the Court in its determination of MTC's motion to dismiss, by addressing an issue of critical importance that affects all victims of intentional discrimination seeking review and redress of their claims and injuries in federal court.

For good cause shown, ACLU-NC respectfully submits that the Court should grant this motion to file the *amicus* brief, filed herewith, in support of plaintiffs' opposition to MTC's motion to dismiss.

DATED:   November 29, 2005

JULIA HARUMI MASS
Attorney for *Amicus Curiae* AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA

### ORDER

For good cause, the Court authorizes the filing of a brief by *amicus curiae* in support of plaintiffs' opposition to defendant MTC's motion to dismiss.

IT IS SO ORDERED.

DATED: November 30, 2005

HON. ELIZABETH D. LAPORTE