IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYLVIA DARENSBURG, et al.,           No. C-05-01597 EDL

    Plaintiffs,

  v.

METROPOLITAN TRANSPORTATION COMMISSION,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT TIME TO RESPOND TO *AMICUS CURIAE* BRIEF**

On November 30, 2005, the Court granted leave for the American Civil Liberties Union Foundation of Northern California to file an *amicus curiae* brief in support of Plaintiffs' Opposition to Defendant's Motion to Dismiss. Defendant filed objections to the motion for leave to file the brief. The Court overrules the objections. For good cause, the Court grants Defendant leave to file a response to the ACLU's brief no later than December 15, 2005. The Court does not anticipate the need for further briefing. The hearing on Defendant's Motion to Dismiss remains scheduled for December 20, 2005 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: December 12, 2005

                                               ELIZABETH D. LAPORTE
                                               United States Magistrate Judge