**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYLVIA DARENSBURG, et al,

    Plaintiffs,                          No. 05-01597 EDL

  v.                               **ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

METROPOLITAN TRANSPORTATION COMMISSION,

    Defendant.

_____/

On March 7, 2006, Plaintiff's counsel filed a request to appear telephonically at the case management conference set for March 21, 2006 at 10:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED subject to the following caution. The Court disfavors telephonic appearances because the technology prevents the Court from addressing a question to counsel or making a comment or ruling whenever any participant speaks at length. Accordingly, counsel shall only speak in response to a direct question from the Court and shall pause at regular intervals to allow the Court to comment on the information presented. No party shall attempt to present information without a request from the Court. If counsel cannot follow the rules set forth in this order, or at the first sign of improper decorum, the telephonic appearance will be terminated and a new hearing date will be set for personal appearances. Counsel shall stand by beginning at the date and time above until called by the Court.

**IT IS SO ORDERED.**

Dated: March 7, 2006

                                             ELIZABETH D. LAPORTE
                                             United States Magistrate Judge