IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA DARENSBURG, et al., | No. C-05-01597 EDL |
| Plaintiffs, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| METROPOLITAN TRANSPORTATION COMMISSION., | |
| Defendant. | |

On June 6, 2006, Plaintiffs filed a Motion to Enforce Agreed Upon Discovery Limits on Interrogatories and an Extension of Time Pursuant to Local Rules 6-3 and 7-11.  On June 12, 2006, Defendant filed objections to that Motion.  Plaintiffs' Motion was not properly brought under Local Rule 7-11.  However, the Court will construe the Motion as a regularly noticed motion with a request to shorten time.  The motion to shorten time is granted.  Accordingly, Defendant shall file an opposition to Plaintiffs' Motion no later than June 19, 2006.  Plaintiffs may file a reply no later than June 22, 2006.  No hearing is scheduled, but if hearing becomes necessary, it will be held on June 27, 2006 at 9:00 a.m.  The parties are encouraged to continue to meet and confer to resolve this issue without court intervention.

**IT IS SO ORDERED.**

Dated: June 13, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge