United States District Court

For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    SYLVIA DARENSBURG, et al.,              No. C-05-01597 EDL

9              Plaintiff,                    **ORDER FOLLOWING FURTHER**
                                             **CASE MANAGEMENT CONFERENCE**
10      v.

11    METROPOLITAN TRANSPORTATION
      COMMISSION,
12
               Defendant.
13    _____/

14
          Following the further case management conference held on August 29, 2006, the parties shall
15
      participate in a phone conference with the Court's ADR Program Director Howard Herman in
16
      September 2006, or as soon thereafter as is convenient for Mr. Herman's schedule.
17
      **IT IS SO ORDERED.**
18
      Dated: August 31, 2006
19
                                             _____
20                                           ELIZABETH D. LAPORTE
                                             United States Magistrate Judge
21

22

23

24

25

26

27

28