BILL LANN LEE (State Bar No. 108452)
blee@lchb.com
DANIEL M. HUTCHINSON
(State Bar No. 239458)
dhutchinson@lchb.com
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Attorneys for Plaintiffs Sylvia Darensburg,
Virginia Martinez, Vivian Hain, and the
Proposed Class; and Plaintiff Communities
for a Better Environment

[Additional Plaintiffs' counsel listed on
signature page]

KIMON MANOLIUS (State Bar No. 15497)
WARREN WEBSTER (State Bar No. 209540)
JULIA H. VEIT (State Bar No. 209207)
KARIN M. ARNOLD (State Bar No. 228565)
HANSON BRIDGETT MARCUS
 VLAHOS & RUDY, LLP
333 Market Street, 21st Floor
San Francisco, CA 94105-2173
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jvett@hansonbridgett.com

FRANCIS F. CHIN (State Bar No. 059231)
CYNTHIA E. SEGAL (State Bar No. 179636)
METROPOLITAN TRANSPORTATION
COMMISSION
Joseph P. Bort Metrocenter
101 8th Street
Oakland, CA 94607-4700
Telephone: (510) 464-7700
Facsimile: (510) 464-7848

Attorneys for Defendant Metropolitan
Transportation Commission

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA DARENSBURG, VIRGINIA MARTINEZ, and VIVIAN HAIN, individuals on behalf of themselves and all others similarly situated; AMALGAMATED TRANSIT UNION, LOCAL 192; and COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>METROPOLITAN TRANSPORTATION COMMISSION,<br><br>　　　　Defendant. | Case No. C- 05-1597 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR MEDIATION** |

## **RECITALS**

WHEREAS all parties to the above-captioned case have been encouraged to enter into a mediation process by the Court's ADR coordinator;

THEREFORE, the Parties stipulate and agree as follows:

569572.1

STIPULATION AND [PROPOSED] ORDER FOR MEDIATION

## STIPULATION AND AGREEMENT

1. The parties and their counsel will meet with an independent mediator to conduct an exploratory mediation to investigate the feasibility of further mediation and, if so, to determine the best process and format for such mediation. All organizational parties shall have in attendance an individual (other than trial counsel) who is familiar with the litigation and with his or her own organization's positions in the litigation; and

2. The mediator shall be Senior Judge Edward Leavy of the U.S. Court of Appeals for the 9th Circuit; and

3. The parties should endeavor to have this meeting as quickly as possible, recognizing of course that there are many parties and associated scheduling issues with which to contend; and

4. If the parties all agree that entry into a mediation process might be fruitful, then they may either stay with the same independent mediator, or choose another mutually agreeable person; and

5. All costs for the services of any independent mediator for the first meeting or the subsequent mediation, if any, shall be borne half by Plaintiffs and half by Defendant.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 20, 2006        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


By:         /s/
              Bill Lann Lee

Bill Lann Lee
Daniel M. Hutchinson
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiffs Sylvia Darensburg, Virginia Martinez, Vivian Hain, and the Proposed Class; and Communities for a Better Environment*

569572.1         - 2 -         STIPULATION AND [PROPOSED] ORDER FOR MEDIATION

| | |
|---|---|
| 1 | |
| 2 | Peter D. Nussbaum<br>Daniel T. Purtell |
| 3 | Linda Lye<br>ALTSHULER, BERZON, NUSSBAUM, RUBIN &<br>  DEMAIN |
| 4 | 177 Post Street, Suite 300<br>San Francisco, CA 94108 |
| 5 | Telephone: (415) 421-7151<br>Facsimile: (415) 362-8064 |
| 6 | |
| 7 | *Attorneys for Plaintiff Amalgamated Transit<br>Union Local 192* |
| 8 | |
| 9 | Richard Marcantonio<br>Guillermo Mayer |
| 10 | PUBLIC ADVOCATES, INC.<br>131 Steuart Street, Suite 300 |
| 11 | San Francisco, CA 94105<br>Telephone: (415) 431-7430 |
| 12 | Facsimile: (415) 431-1048 |
| 13 | *Attorneys for Plaintiffs Sylvia Darensburg, Virginia<br>Martinez, Vivian Hain, and the Proposed Class* |
| 14 | William B. Rostov<br>Adrienne Bloch |
| 15 | COMMUNITIES FOR A BETTER ENVIRONMENT<br>1611 Telegraph Avenue, #450 |
| 16 | Oakland, CA 94612<br>Telephone: (510) 302-0430 |
| 17 | Facsimile: (510) 302-0438 |
| 18 | *Attorneys for Plaintiff Communities for a Better<br>Environment* |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

569572.1 - 3 - STIPULATION AND [PROPOSED] ORDER FOR MEDIATION

| | | |
|---|---|---|
| 1 | Dated: October 20, 2006 | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: :        /s/_____<br>           Kimon Manoulis |
| 5 | | Kimon Manolius |
| 6 | | Warren Webster<br>Julia H. Veit |
| 7 | | Karin M. Arnold<br>HANSON BRIDGETT MARCUS |
| 8 | | VLAHOS & RUDY, LLP<br>333 Market Street, 21st Floor |
| 9 | | San Francisco, CA 94105-2173<br>Telephone: (415) 777-3200 |
| 10 | | Facsimile:  (415) 541-9366 |
| 11 | | Francis F. Chin<br>Cynthia E. Segal |
| 12 | | METROPOLITAN TRANSPORTATION<br>COMMISSION |
| 13 | | Joseph P. Bort Metrocenter<br>101 8th Street |
| 14 | | Oakland, CA 94607-4700<br>Telephone: (510) 464-7700 |
| 15 | | Facsimile:  (510) 464-7848 |
| 16 | | *Attorneys for Defendant Metropolitan Transportation Commission* |

569572.1 — - 4 - — STIPULATION AND [PROPOSED] ORDER FOR MEDIATION

## ORDER

The foregoing Stipulation is approved, and IT IS SO ORDERED.

October 23, 2006



_____
Hon. Elizabeth D. Laporte