BILL LANN LEE
(State Bar No. 108452)
blee@lchb.com
DANIEL M. HUTCHINSON
(State Bar No. 239458)
dhutchinson@lchb.com
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Attorneys for Plaintiffs Sylvia Darensburg,
Virginia Martinez, Vivian Hain, and the
Proposed Class; and Plaintiff Communities
for a Better Environment

[Additional Plaintiffs' counsel listed at end]

KIMON MANOLIUS (State Bar No. 154971)
WARREN WEBSTER (State Bar No. 209540)
JULIA H. VEIT (State Bar No. 209207)
KARIN M. ARNOLD (State Bar No. 228565)
HANSON BRIDGETT MARCUS
 VLAHOS & RUDY, LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jveit@hansonbridgett.com

FRANCIS F. CHIN (State Bar No. 059231)
CYNTHIA E. SEGAL (State Bar No. 179636)
METROPOLITAN TRANSPORTATION
COMMISSION
Joseph P. Bort Metrocenter
101 8th Street
Oakland, CA 94607-4700
Telephone: (510) 817-5700
Facsimile: (510) 817-5848

Attorneys for Defendant Metropolitan
Transportation Commission

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA DARENSBURG, VIRGINIA MARTINEZ, and VIVIAN HAIN, individuals on behalf of themselves and all others similarly situated; AMALGAMATED TRANSIT UNION, LOCAL 192; and COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>METROPOLITAN TRANSPORTATION COMMISSION,<br><br>　　　　Defendant. | Case No. C-05-1597-EDL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER WITHDRAWING VIRGINIA MARTINEZ AS A CLASS REPRESENTATIVE** |

570030.1

JOINT STIPULATION AND [PROPOSED] ORDER
WITHDRAWING VIRGINIA MARTINEZ AS A CLASS
REPRESENTATIVE

**STIPULATION**

WHEREAS, Virginia Martinez was named as a putative class representative in this action;

WHEREAS, for personal reasons, Virginia Martinez seeks to withdraw as a representative plaintiff on behalf of the putative class in this matter; and

WHEREAS, the parties therefore have agreed that Virginia Martinez should be permitted to withdraw as a putative class representative in this matter.

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that Virginia Martinez be removed as a class representative in this action.

SO STIPULATED.

Dated: November 3, 2006

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


By: _____/s/_____
         Bill Lann Lee

Bill Lann Lee
Daniel M. Hutchinson
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

*Attorneys for Plaintiffs Sylvia Darensburg, Virginia Martinez, Vivian Hain, and the Proposed Class; and Plaintiff Communities for a Better Environment*

Peter D. Nussbaum
Daniel T. Purtell
Linda Lye
ALTSHULER, BERZON, NUSSBAUM,
RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

*Attorneys for Plaintiff Amalgamated Transit Union Local 192*

Richard Marcantonio
Guillermo Mayer
Elisabeth Voigt
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, CA 94105
Telephone: (415) 431-7430
Facsimile: (415) 431-1048

*Attorneys for Plaintiffs Sylvia Darensburg, Virginia Martinez, Vivian Hain, and the Proposed Class*

Adrienne L. Bloch
COMMUNITIES FOR A BETTER ENVIRONMENT
1440 Broadway, Suite 701
Oakland, CA 94612
Telephone: (510) 302-0430
Facsimile: (510) 302-0438

*Attorneys for Plaintiff Communities for a Better Environment*

570030.1 — - 3 - — JOINT STIPULATION AND [PROPOSED] ORDER WITHDRAWING VIRGINIA MARTINEZ AS A CLASS REPRESENTATIVE

| | | |
|---|---|---|
| 1 | Dated: November 3, 2006 | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP |

By: :_____/s/_____
        Kimon Manolius

Kimon Manolius
Warren R. Webster
Julia H. Veit
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

FRANCIS F. CHIN (State Bar No. 059231)
CYNTHIA E. SEGAL (State Bar No. 179636)
METROPOLITAN TRANSPORTATION COMMISSION
Joseph P. Bort Metrocenter
101 8th Street
Oakland, CA 94607-4700
Telephone: (510) 817-5700
Facsimile: (510) 817-5848

*Attorneys for Defendant*
*Metropolitan Transportation Commission*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 13, 2006

The Honorable Elizabeth D. Laporte

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

570030.1

- 5 -

JOINT STIPULATION AND [PROPOSED] ORDER WITHDRAWING VIRGINIA MARTINEZ AS A CLASS REPRESENTATIVE