1    BILL LANN LEE (State Bar No. 108452)
blee@lewisfeinberg.com
MARGARET HASSELMAN (State Bar No. 228529)
mhasselman@lewisfeinberg.com
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

KELLY DERMODY (State Bar No. 171716)
DANIEL M. HUTCHINSON (State Bar No. 239458)
dhutchinson@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiffs Sylvia Darensburg, Vivian Hain, and the Proposed Class; and Plaintiff Communities for a Better Environment*

[Additional Plaintiffs' counsel listed at end]

KIMON MANOLIUS (State Bar No. 154971)
WARREN WEBSTER (State Bar No. 209540)
JULIA H. VEIT (State Bar No. 209207)
KARIN M. ARNOLD (State Bar No. 228565)
HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

FRANCIS F. CHIN (State Bar No. 059231)
CYNTHIA E. SEGAL (State Bar No. 179636)
METROPOLITAN TRANSPORTATION COMMISSION
Joseph P. Bort Metrocenter
101 8th Street
Oakland, CA 94607-4700
Telephone: (510) 817-5700
Facsimile: (510) 817-5848

*Attorneys for Defendant Metropolitan Transportation Commission*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA DARENSBURG, and VIVIAN HAIN, individuals on behalf of themselves and all others similarly situated; AMALGAMATED TRANSIT UNION, LOCAL 192; and COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>        Plaintiffs,<br><br>        v.<br><br>METROPOLITAN TRANSPORTATION COMMISSION,<br><br>        Defendant. | Case No. C-05-1597-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISCOVERY AND CLASS CERTIFICATION** |

1.    MTC will produce on a rolling basis, concluding no later than by March 5, 2007, emails of Steve Heminger, Therese McMillan, Randy Rentschler, Doug Kimsey and Alix Bockelman (hereafter "Senior Managers") using the first list of search terms transmitted by Plaintiffs to MTC on February 5, 2007, and attached hereto as Exhibit A.

2.    By February 16, 2007, Plaintiffs will, propose a narrowing of 12 search terms in the second list of search terms transmitted by Plaintiffs on February 5, 2007, and attached hereto as Exhibit B.  As soon as Therese McMillian's deposition transcript becomes available, MTC will provide to Plaintiffs a list of the Senior Analysts in each of the three departments (Legislation and Public Affairs, Planning and Programming and Allocations) (hereinafter "Senior Analysts").

3.    MTC will use best efforts to supplement the email production in paragraph 1, above, as soon as possible with emails of the identified Senior Analysts, using the first list of search terms set forth in Exhibit A.

4.    MTC will use best efforts to produce on a rolling basis as expeditiously as possible emails of Senior Managers and Senior Analysts using the search terms in the second list (Exhibit B), as narrowed in respect to 12 search terms pursuant to paragraph 2, above, and third lists of search terms transmitted by Plaintiffs on February 5th.   (The third list is attached hereto as Exhibit C.)

5.    With respect to other electronic documents, Plaintiffs provided MTC with an alternative set of search terms on February 20, 2007.  MTC will meet and confer with Plaintiffs to narrow this list, if necessary, after MTC has run a subset of the proposed search terms on its database to determine the frequency of hits.  Once there is an agreed upon list of terms, MTC will use best efforts to produce as expeditiously as possible those electronic documents that include the agreed upon terms on a rolling basis.

6.    On August 1, 2007, the parties will exchange expert reports bearing on class certification.

7.    On August 15, 2007, the parties will exchange expert reply reports bearing on class certification.

8. On September 7, 2007, MTC will inform Plaintiffs if it is willing to stipulate to class certification. If MTC so stipulates, the Court will schedule a case management conference to establish the schedule for a summary judgment.

9. On October 2, 2007, if necessary, Plaintiffs will submit their motion for a class certification, memorandum in support, and supporting materials.  MTC may take depositions of Plaintiffs' expert witnesses who submit declarations in support of the motion during the week of October 9, 2007.

10. On October 30, 2007, MTC will submit its response to the motion for class certification.  Plaintiffs may take depositions of MTC's expert witnesses who submit declarations in opposition to the motion during the week of November 5, 2007.

11. On November 20, 2007, Plaintiffs will submit their reply to MTC's response.

12. The Court will hear the class certification motion on December 18, 2007.

Dated: February 21, 2007

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.


By: */s/* Bill Lann Lee
      Bill Lann Lee

Bill Lann Lee
Margaret Hasselman
LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 95612-2519
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Kelly Dermody
Daniel M. Hutchinson
LEIFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

*Attorneys for Plaintiffs Sylvia Darensburg, Vivian Hain, and the Proposed Class; and Plaintiff Communities for a Better Environment*

STIPULATION & [PROPOSED] ORDER RE
DISPOVERY AND CLASS CERTIFICATION
Case No. C-05-1597-EDL

- 2 -

1 | Peter D. Nussbaum
2 | Daniel T. Purtell
  | Linda Lye
3 | ALTSHULER & BERZON
  | 177 Post Street, Suite 300
4 | San Francisco, CA 94108
  | Telephone: (415) 421-7151
5 | Facsimile: (415) 362-8064

*Attorneys for Plaintiff Amalgamated Transit Union Local 192*

Richard Marcantonio
Guillermo Mayer
Elisabeth Voigt
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, CA 94105
Telephone: (415) 431-7430
Facsimile: (415) 431-1048

*Attorneys for Plaintiffs Sylvia Darensburg, Vivian Hain, and the Proposed Class*

Adrienne L. Bloch
COMMUNITIES FOR A BETTER ENVIRONMENT
1440 Broadway, Suite 701
Oakland, CA 94612
Telephone: (510) 302-0430
Facsimile: (510) 302-0438

*Attorneys for Plaintiff Communities for a Better Environment*

STIPULATION & [PROPOSED] ORDER RE
DISCOVERY AND CLASS CERTIFICATION         - 3 -
Case No. C-05-1597-EDL

| | | |
|---|---|---|
| 1 | Dated: February 21, 2007 | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP |

By:   /s/ Kim Manolius
           Kim Manolius

Kimon Manolius
Warren R. Webster
Julia H. Veit
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:  (415) 777-3200
Facsimile:   (415) 541-9366

Francis F. Chin
Cynthia E. Segal
METROPOLITAN TRANSPORTATION COMMISSION
Joseph P. Bort Metrocenter
101 8th Street
Oakland, CA  94607-4700
Telephone:  (510) 817-5700
Facsimile:   (510) 817-5848

*Attorneys for Defendant*
*Metropolitan Transportation Commission*

IT IS SO ORDERED.

Dated: February 23, 2007

HONORABLE ELIZABETH D. LAPORTE
U.S. MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Elizabeth D. Laporte]*

STIPULATION & [PROPOSED] ORDER RE
DISCOVERY AND CLASS CERTIFICATION         - 4 -
Case No. C-05-1597-EDL