BILL LANN LEE
(State Bar No. 108452)
blee@lewisfeinberg.com
MARGARET HASSELMAN
(State Bar No. 228529)
mhasselman@lewisfeinberg.com
LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

KELLY DERMODY
(State Bar No. 171716)
DANIEL M. HUTCHINSON
(State Bar No. 239458)
dhutchinson@lchb.com
LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiffs Sylvia Darensburg,
Vivian Hain, and the Proposed Class; and
Plaintiff Communities for a Better
Environment*

*[Additional Plaintiffs' counsel listed at
end]*

KIMON MANOLIUS (State Bar No. 154971)
WARREN WEBSTER (State Bar No. 209540)
JULIA H. VEIT (State Bar No. 209207)
KARIN M. ARNOLD (State Bar No. 228565)
HANSON BRIDGETT MARCUS
 VLAHOS & RUDY, LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jveit@hansonbridgett.com

FRANCIS F. CHIN (State Bar No. 059231)
CYNTHIA E. SEGAL (State Bar No. 179636)
METROPOLITAN TRANSPORTATION
COMMISSION
Joseph P. Bort Metrocenter
101 8th Street
Oakland, CA 94607-4700
Telephone: (510) 817-5700
Facsimile: (510) 817-5848

*Attorneys for Defendant Metropolitan
Transportation Commission*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA DARENSBURG, and VIVIAN HAIN, individuals on behalf of themselves and all others similarly situated; AMALGAMATED TRANSIT UNION, LOCAL 192; and COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN TRANSPORTATION COMMISSION,<br><br>Defendant. | Case No. C-05-1597-EDL<br><br>[~~PROPOSED~~] SCHEDULING ORDER |

[PROPOSED] SCHEDULING ORDER
Case No. C-05-1597-EDL

Pursuant to the Court's instructions at the August 7, 2007 Case Management Conference and additional instructions following that conference, the parties respectfully request that the Court order the following schedule to govern the remainder of this litigation:

| *Event* | *Deadline* |
| --- | --- |
| Amendment of Complaint | November 1, 2007 |
| Supplement Discovery Responses | November 14, 2007 |
| Close of Fact Discovery | December 14, 2007 |
| Plaintiffs' Disclosure of Experts and Initial Report | January 11, 2008 |
| Defendant's Disclosure of Experts and Initial Report | February 1, 2008 |
| Exchange of Rebuttal Expert Reports | February 25, 2008 |
| Close of Expert Discovery | March 10, 2008 |
| Plaintiffs' Opening Brief in Support of Motion for Summary Judgment | April 1, 2008 |
| Defendants' Opening Brief in Support of Motion for Summary Judgment and Opposition to Plaintiffs' Motion | April 22, 2008 |
| Plaintiffs' Reply in Support of Motion for Summary Judgment and Opposition to Defendants' Motion | May 13, 2008 |
| Defendants' Reply in Support of Motion for Summary Judgment | May 27, 2008 |
| Hearing on Cross-Motions for Summary Judgment | June 24, 2008 |
| Pre-trial Meet and Confer (per standing order) | August 15, 2008 |
| Pre-trial Submissions (per standing order) | August 25, 2008 |
| Pre-trial Conference | September 16, 2008 |
| Trial | October 1, 2008 |

[PROPOSED] SCHEDULING ORDER
Case No. C-05-1597-EDL
- 2 -

| | | |
|---|---|---|
| 1 | Dated: ___September 19, 2007___ | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. |
| 2 | | |
| 3 | | |
| 4 | | By:_____*/s/*_____<br>     Margaret Hasselman |
| 5 | | Bill Lann Lee |
| 6 | | Margaret Hasselman<br>LEWIS, FEINBERG, LEE,<br>RENAKER & JACKSON, P.C. |
| 7 | | 1330 Broadway, Suite 1800<br>Oakland, CA 95612-2519 |
| 8 | | Telephone: (510) 839-6824<br>Facsimile: (510) 839-7839 |
| 9 | | |
| 10 | | Kelly Dermody<br>Daniel M. Hutchinson |
| 11 | | LEIFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP |
| 12 | | Embarcadero Center West<br>275 Battery Street, Suite 3000 |
| 13 | | San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000 |
| 14 | | Facsimile: (415) 956-1008 |
| 15 | | *Attorneys for Plaintiffs Sylvia Darensburg, Vivian Hain, and the Proposed Class; and Plaintiff Communities for a Better* |
| 16 | | *Environment* |
| 17 | | Peter D. Nussbaum<br>Daniel T. Purtell |
| 18 | | Linda Lye<br>ALTSHULER BERZON LLP |
| 19 | | 177 Post Street, Suite 300<br>San Francisco, CA 94108 |
| 20 | | Telephone: (415) 421-7151<br>Facsimile: (415) 362-8064 |
| 21 | | |
| 22 | | *Attorneys for Plaintiff Amalgamated Transit Union Local 192* |

[PROPOSED] SCHEDULING ORDER
Case No. C-05-1597-EDL

- 3 -

|   |   |
|---|---|
| 1 | Richard Marcantonio |
| 2 | Guillermo Mayer |
|   | Elisabeth Voigt |
|   | PUBLIC ADVOCATES, INC. |
| 3 | 131 Steuart Street, Suite 300 |
|   | San Francisco, CA  94105 |
| 4 | Telephone:  (415) 431-7430 |
|   | Facsimile:   (415) 431-1048 |

Richard Marcantonio
Guillermo Mayer
Elisabeth Voigt
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, CA  94105
Telephone:  (415) 431-7430
Facsimile:   (415) 431-1048

Grant P. Fondo
Jessica Valenzuela Santamaria
Heather Dunn Navarro
COOLEY GODWARD KRONISH LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306
Telephone:  (650) 843-5000
Facsimile:  (650) 857-0663

*Attorneys for Plaintiffs Sylvia Darensburg, Vivian Hain, and the Proposed Class*

Adrienne L. Bloch
COMMUNITIES FOR A BETTER ENVIRONMENT
1440 Broadway, Suite 701
Oakland, CA  94612
Telephone:  (510) 302-0430
Facsimile:   (510) 302-0438

*Attorneys for Plaintiff Communities for a Better Environment*

[PROPOSED] SCHEDULING ORDER
Case No. C-05-1597-EDL

- 4 -

| | |
|---|---|
| Dated: __September 19, 2007____ | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP |
| | By: :_____/s/_____<br>            Kimon Manolius |
| | Kimon Manolius<br>Warren R. Webster<br>Julia H. Veit<br>425 Market Street, 26th Floor<br>San Francisco, CA  94105<br>Telephone:  (415) 777-3200<br>Facsimile:   (415) 541-9366 |
| | FRANCIS F. CHIN<br>CYNTHIA E. SEGAL<br>METROPOLITAN TRANSPORTATION COMMISSION<br>Joseph P. Bort Metrocenter<br>101 8th Street<br>Oakland, CA  94607-4700<br>Telephone:  (510) 817-5700<br>Facsimile:   (510) 817-5848 |
| | *Attorneys for Defendant*<br>*Metropolitan Transportation Commission* |

IT IS SO ORDERED.

  Dated: September 19, 2007

_____
Hon.
U.S.

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Elizabeth D. Laporte]*