IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYLVIA DARENSBURG, et al,

    Plaintiffs,

v.

METROPOLITAN TRANSPORTATION COMMISSION,

    Defendant.
_____/

No. 05-01597 EDL

**ORDER FOLLOWING OCTOBER 22, 2007 CASE MANAGEMENT CONFERENCE**

Following the October 22, 2007 Case Management Conference, the Court issues the following order:

1. At the Case Management Conference, the Court clarified that the Court's prior statements regarding Plaintiffs' ability to conduct further discovery pertained to class certification discovery.

2. Defendant agreed to provide to Plaintiffs additional detail regarding the subject matter(s) about which each of its Rule 30(b)(6) deponents is prepared to testify.

3. Plaintiffs agreed to inform Defendant of the funding sources about which they are interested for purposes of depositions and Defendant agreed to tell Plaintiff which deponent(s) would be appropriate.

3. A further Case Management Conference is scheduled for November 16, 2007 at 2:00 p.m. An updated joint Case Management Statement shall be filed no later than November 13, 2007.

**IT IS SO ORDERED.**

Dated: October 23, 2007

                                        _/s/ Elizabeth D. Laporte_
                                        ELIZABETH D. LAPORTE
                                        United States Magistrate Judge