IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYLVIA DARENSBURG, et al,

    Plaintiffs,

  v.

METROPOLITAN TRANSPORTATION COMMISSION,

    Defendant.

No. 05-01597 EDL

**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**

On November 16, 2007, the Court held a case management conference in this case. As stated at the conference, the deadline for filing motions to compel discovery is extended to January 31, 2008 with the understanding as agreed by the parties at the conference that this extension will not delay other pretrial and trial dates, including expert disclosure deadlines.

A further case management conference is scheduled for December 7, 2007 at 2:00 p.m. The parties shall provide a joint case management conference statement no later than December 4, 2007.

**IT IS SO ORDERED.**

Dated: November 16, 2007

                                                   *Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge