| | |
|---|---|
| BILL LANN LEE (State Bar No. 108452) | KIMON MANOLIUS (State Bar No. 15497) |
| blee@lchb.com | WARREN WEBSTER (State Bar No. 209540) |
| MARGARET HASSELMAN | JULIA H. VEIT (State Bar No. 209207) |
| (State Bar No. 228529) | KARIN M. ARNOLD (State Bar No. 228565) |
| mhasselman@lewisfeinberg.com | HANSON BRIDGETT MARCUS |
| LEWIS, FEINBERG, LEE, RENAKER & |  VLAHOS & RUDY, LLP |
| JACKSON, P.C. | 425 Market Street, 26th Floor |
| 1330 Broadway, Suite 1800 | San Francisco, CA  94105-2173 |
| Oakland, CA  95612-2519 | Telephone:  (415) 777-3200 |
| Telephone:  (510) 839-6824 | Facsimile:   (415) 541-9366 |
| Facsimile:  (510) 839-7839 | jveit@hansonbridgett.com |
| | |
| GRANT P. FONDO (State Bar No. 181530) | FRANCIS F. CHIN (State Bar No. 059231) |
| JESSICA VALENZUELA SANTAMARIA | CYNTHIA E. SEGAL (State Bar No. 179636) |
| (State Bar No. 220934) | METROPOLITAN TRANSPORTATION |
| HEATHER DUNN NAVARRO | COMMISSION |
| (State Bar No. 238158) | Joseph P. Bort Metrocenter |
| COOLEY GODWARD KRONISH LLP | 101 8th Street |
| 5 Palo Alto Square | Oakland, CA  94607-4700 |
| 3000 El Camino Real | Telephone:  (510) 817-5700 |
| Palo Alto, CA  94306 | Facsimile:  (510)  817-5848 |
| Telephone:  (650) 843-5000 | |
| Facsimile: (650) 857-0663 | Attorneys for Defendant Metropolitan Transportation Commission |

Attorneys for Plaintiffs Sylvia Darensburg, Vivian Hain, and the Class

[Additional Plaintiffs' counsel listed at end]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYLVIA DARENSBURG and VIVIAN HAIN, individuals on behalf of themselves and all others similarly situated; AMALGAMATED TRANSIT UNION 192; COMMUNITIES FOR A BETTER ENVIRONMENT, <br><br>Plaintiffs, <br><br>v. <br><br>METROPOLITAN TRANSPORTATION COMMISSION, <br><br>Defendant. | No. C 05-01597  EDL <br><br> **STIPULATION AND [P~~ROPOSED~~] ORDER** |

- 1 -

STIPULATION AND [P~~ROPOSED~~] ORDER; C 05-01597 EDL

1    The parties stipulate and agree that this action shall be maintained as a class action
2 pursuant to Fed. R. Civ. P. 23(a) and (b)(2), on behalf of a class of Black, Hispanic, Asian or
3 Pacific Islander, and American Indian or Alaskan native individuals who are patrons of AC
4 Transit.  *See* 28 C.F.R. § 42.402 (defining designations "Black," "Hispanic," "Asian or Pacific
5 Islander," and "American Indian or Alaskan native" for purpose of Title VI of the Civil Rights
6 Act of 1964, 42 U.S.C. § 2000d).

7    Defendant Metropolitan Transportation Commission ("MTC") does not oppose Plaintiffs'
8 request that Plaintiffs Sylvia Darensburg and Vivian Hain be certified as representative plaintiffs
9 pursuant to Fed. R. Civ. P. 23(a)(3)-(4).  MTC's nonopposition is without prejudice to its right to
10 challenge the designated representatives on any basis, whether under Fed. R. Civ. P. 23 or
11 otherwise, depending upon facts and legal theories that develop in the case.

12    MTC does not oppose Plaintiffs' request that Lewis, Feinberg, Lee, Renaker & Jackson,
13 P.C.; Public Advocates, Inc.; Cooley Godward Kronish LLP, and Lieff, Cabraser, Heimann &
14 Bernstein LLP be appointed class counsel pursuant to Fed. R. Civ. P. 23(g).  MTC's
15 nonopposition is without prejudice to MTC's right to challenge the designated class counsel on
16 any basis and is given based upon Plaintiffs' representations that designated class counsel are
17 qualified, competent and do not have interests in conflict with either the interests of Plaintiffs or
18 the interests of any other designated class counsel.  Moreover, MTC reserves the right to raise any
19 appropriate challenge to any request for fees or costs made by designated counsel, on grounds
20 that may include but would not be limited to duplication of efforts and inefficiencies created by
21 Plaintiffs' election to designate multiple law firms as class counsel.

22    IT IS SO STIPULATED.

23
24
25
26
27
28

Dated: December 7, 2007                LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.


By:      /s/
                Bill Lann Lee

Bill Lann Lee
Margaret Hasselman
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  95612-2519
Telephone:  (510) 839-6824
Facsimile:   (510) 839-7839

COOLEY GODWARD KRONISH LLP
Grant P. Fondo
Jessica Valenzuela Santamaria
Heather Dunn Navarro
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306
Telephone:  (650) 843-5000
Facsimile:  (650) 857-0663

Richard Marcantonio
Guillermo Mayer
Elizabeth Voigt
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, CA  94105
Telephone: (415) 431-7430
Facsimile:   (415) 431-1048


Kelly M. Dermody
Daniel M. Hutchinson
LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

*Attorneys for Plaintiffs Sylvia Darensburg, Vivian Hain, and the Class*

Peter D. Nussbaum
Daniel T. Purtell
Linda Lye
ALTSHULER, BERZON, NUSSBAUM, RUBIN &
 DEMAIN
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064

*Attorneys for Plaintiff Amalgamated Transit Union Local 192*

Adrienne Bloch
COMMUNITIES FOR A BETTER ENVIRONMENT
1440 Broadway, Suite 701
Oakland, CA  94612
Telephone:  (510) 302-0430
Facsimile:   (510) 302-0438

*Attorneys for Plaintiff Communities for a Better Environment*

| | | |
|---|---|---|
| 1 | Dated: December 7, 2007 | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP |

By: _____/s/_____
             Julia H. Veit

Kimon Manolius
Warren Webster
Julia H. Veit
Karin M. Arnold
HANSON BRIDGETT MARCUS
  VLAHOS & RUDY, LLP
425 Market Street, 26th Floor
San Francisco, CA  94105-2173
Telephone:  (415) 777-3200
Facsimile:   (415) 541-9366

Francis F. Chin
Cynthia E. Segal
METROPOLITAN TRANSPORTATION
COMMISSION
Joseph P. Bort Metrocenter
101 8th Street
Oakland, CA  94607-4700
Telephone:  (510) 817-5700
Facsimile:   (510) 817-5848

*Attorneys for Defendant Metropolitan Transportation Commission*

# **ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

1. This action shall be maintained as a class action pursuant to Fed. R. Civ. P. 23(a) and (b)(2), on behalf of a class of Black, Hispanic, Asian or Pacific Islander, and American Indian or Alaskan native individuals who are patrons of AC Transit. *See* 28 C.F.R. § 42.402 (defining designations "Black," "Hispanic," "Asian or Pacific Islander," and "American Indian or Alaskan native" for purpose of Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d).

2. Plaintiffs Sylvia Darensburg and Vivian Hain are certified as representative plaintiffs pursuant to Fed. R. Civ. P. 23(a)(4).

3. Lewis, Feinberg, Lee, Renaker & Jackson, P.C.; Public Advocates, Inc.; Cooley Godward Kronish LLP, and Lieff, Cabraser, Heimann & Bernstein LLP are appointed class counsel pursuant to Fed. R. Civ. P. 23(g).

Dated: December 10, 2007

IT IS SO ORDERED

THE HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

Judge Elizabeth D. Laporte

STIPULATION AND [PROPOSED] ORDER; C 05-01597 EDL