IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYLVIA DARENSBURG, et al,

    Plaintiffs,

v.

METROPOLITAN TRANSPORTATION COMMISSION,

    Defendant.

No. 05-01597 EDL

**ORDER REQUIRING REPLY LETTER AND SETTING TELEPHONIC CONFERENCE**

On December 12, 2007, Plaintiff filed a letter informing the Court of a dispute between the parties over a further deposition of Ms. McMillan on Topic E of Plaintiff's Federal Rule of Civil Procedure 30(b)(6) deposition notice. On December 13, 2007, Defendant filed a response.

Plaintiff shall file a responsive letter no later than Friday, December 14, 2007 at 2:00 p.m. The Court will hold a telephonic conference on this issue on Monday, December 17, 2007 at 10:00 a.m. The parties shall contact the Court's courtroom deputy on December 14, 2007 with a number for the Court to call to reach each party for the conference.

**IT IS SO ORDERED.**

Dated: December 13, 2007

                                        ELIZABETH D. LAPORTE
                                        United States Magistrate Judge