| | |
|---|---|
| BILL LANN LEE<br>(State Bar No. 108452)<br>blee@lewisfeinberg.com<br>MARGARET HASSELMAN<br>(State Bar No. 228529)<br>mhasselman@lewisfeinberg.com<br>LEWIS, FEINBERG, LEE,<br>RENAKER & JACKSON, P.C.<br>1330 Broadway, Suite 1800<br>Telephone: (510) 839-6824<br>Facsimile: (510) 839-7839 | KIMON MANOLIUS (State Bar No. 154971)<br>WARREN WEBSTER (State Bar No. 209540)<br>JULIA H. VEIT (State Bar No. 209207)<br>KARIN M. ARNOLD (State Bar No. 228565)<br>HANSON BRIDGETT MARCUS<br>  VLAHOS & RUDY, LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366<br>jveit@hansonbridgett.com |
| GRANT P. FONDO (State Bar No. 181530)<br>JESSICA VALENZUELA<br>SANTAMARIA (State Bar No. 220934)<br>HEATHER DUNN NAVARRO<br>(State Bar No. 238158)<br>COOLEY GODWARD KRONISH LLP<br>5 Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone: (650) 843-5000<br>Facsimile: (650) 857-0663 | FRANCIS F. CHIN (State Bar No. 059231)<br>CYNTHIA E. SEGAL (State Bar No. 179636)<br>METROPOLITAN TRANSPORTATION<br>COMMISSION<br>Joseph P. Bort Metrocenter<br>101 8th Street<br>Oakland, CA 94607-4700<br>Telephone: (510) 817-5700<br>Facsimile: (510) 817-5848<br><br>*Attorneys for Defendant Metropolitan<br>Transportation Commission* |

*Attorneys for Plaintiffs Sylvia Darensburg,
Vivian Hain, and the Class*

*[Additional Plaintiffs' counsel listed at end]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA DARENSBURG, and VIVIAN HAIN, individuals on behalf of themselves and all others similarly situated; AMALGAMATED TRANSIT UNION, LOCAL 192; and COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>        Plaintiffs,<br><br>    v.<br><br>METROPOLITAN TRANSPORTATION COMMISSION,<br><br>        Defendant. | Case No. C-05-1597-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF PLAINTIFFS' DEADLINE TO FILE MOTION TO COMPEL REGARDING DOCUMENTS WITHHELD AS PRIVILEGED AND WITHDRAWING MOTION TO COMPEL PRODUCTION OF PRIVILEGE LOG** |

| | |
|---|---|
| 1 | WHEREAS, the Court previously set a deadline of January 31, 2008, for any party to file |
| 2 | a motion to compel discovery responses; and |
| 3 | WHEREAS, Plaintiffs filed on January 31, 2008, a motion to compel Defendant to |
| 4 | produce supplemental logs of documents and information withheld as privileged, and in that |
| 5 | motion further requested that the Court set a reasonable deadline for Plaintiffs to move to compel |
| 6 | any specific documents or information withheld as privileged as reflected on the privilege logs; |
| 7 | and |
| 8 | WHEREAS, on February 12 and February 13, 2008, Defendant produced supplemental |
| 9 | privilege logs to Plaintiffs, |
| 10 | THEREFORE, the parties stipulate and agree and request that the Court order the |
| 11 | following: |

1. Plaintiffs' deadline to file a motion to compel production of any specific information or documents reflected on Defendant's supplemental privilege logs served on February 12 and 13, 2008, is extended to March 5, 2008. This extension applies only to documents and information listed on Defendant's supplemental privilege logs. Defendant's deadline is not extended, and Plaintiff's deadline is not extended other than for documents reflected on Defendant's supplemental privilege logs.

2. Plaintiffs' Motion to Compel production of privilege logs is withdrawn.

Dated: ___February 20, 2008___         LEWIS, FEINBERG, LEE,
                                       RENAKER & JACKSON, P.C.


                                       By:_____/s/_____
                                              Margaret Hasselman

                                       Bill Lann Lee
                                       Margaret Hasselman
                                       LEWIS, FEINBERG, LEE,
                                       RENAKER & JACKSON, P.C.
                                       1330 Broadway, Suite 1800
                                       Oakland, CA 95612-2519
                                       Telephone: (510) 839-6824
                                       Facsimile: (510) 839-7839

*Attorneys for Plaintiffs Sylvia Darensburg, Vivian Hain, and the Class; and Plaintiff Communities for a Better Environment*

Richard Marcantonio
Guillermo Mayer
Elisabeth Voigt
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, CA 94105
Telephone: (415) 431-7430
Facsimile: (415) 431-1048

Grant P. Fondo
Jessica Valenzuela Santamaria
Heather Dunn Navarro
COOLEY GODWARD KRONISH LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Kelly M. Dermody
Daniel M. Hutchinson
LEIFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiffs Sylvia Darensburg, Vivian Hain, and Proposed Class*

Peter D. Nussbaum
Daniel T. Purtell
Linda Lye
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

*Attorneys for Plaintiff Amalgamated Transit Union Local 192*

Adrienne L. Bloch
COMMUNITIES FOR A BETTER ENVIRONMENT
1440 Broadway, Suite 701
Oakland, CA 94612

| | |
|---|---|
| | Telephone: (510) 302-0430<br>Facsimile: (510) 302-0438 |
| | *Attorneys for Plaintiff Communities for a Better Environment* |
| Dated: __February 20, 2008___ | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP |
| | By: :_____/s/_____<br>       Kimon Manolius |
| | Kimon Manolius<br>Warren R. Webster<br>Julia H. Veit<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366 |
| | FRANCIS F. CHIN<br>CYNTHIA E. SEGAL<br>METROPOLITAN TRANSPORTATION COMMISSION<br>Joseph P. Bort Metrocenter<br>101 8th Street<br>Oakland, CA 94607-4700<br>Telephone: (510) 817-5700<br>Facsimile: (510) 817-5848 |
| | *Attorneys for Defendant<br>Metropolitan Transportation Commission* |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

~~Dated:~~ _____

~~The Honorable Elizabeth D. Laporte~~

Because the Court's next available hearing date for a motion filed on March 5, 2008 on a regular 35-day schedule is April 15, 2008, Plaintiffs may have until March 11, 2008 to file their motion to compel to be heard on April 15, 2008. For an April 15, 2008 hearing, an opposition shall be filed no later than March 25, 2008 and a reply shall be filed no later than April 1, 2008. The parties' stipulated extension will not delay other pretrial and trial dates.

Dated: February 21, 2008

_____
The Honorable Elizabeth D. Laporte

[IT IS SO ORDERED / Judge Elizabeth D. Laporte — signature stamp]

[PROPOSED] SCHEDULING ORDER
Case No. C-05-1597-EDL
- 2 -