| | |
|---|---|
| BILL LANN LEE <br> (State Bar No. 108452) <br> blee@lewisfeinberg.com <br> MARGARET HASSELMAN <br> (State Bar No. 228529) <br> mhasselman@lewisfeinberg.com <br> LEWIS, FEINBERG, LEE, <br> RENAKER & JACKSON, P.C. <br> 1330 Broadway, Suite 1800 <br> Telephone: (510) 839-6824 <br> Facsimile: (510) 839-7839 | KIMON MANOLIUS (State Bar No. 154971) <br> WARREN WEBSTER (State Bar No. 209540) <br> JULIA H. VEIT (State Bar No. 209207) <br> KARIN M. ARNOLD (State Bar No. 228565) <br> HANSON BRIDGETT MARCUS <br> VLAHOS & RUDY, LLP <br> 425 Market Street, 26th Floor <br> San Francisco, CA 94105 <br> Telephone: (415) 777-3200 <br> Facsimile: (415) 541-9366 <br> jveit@hansonbridgett.com |
| GRANT P. FONDO (State Bar No. 181530) <br> JESSICA VALENZUELA <br> SANTAMARIA (State Bar No. 220934) <br> HEATHER DUNN NAVARRO <br> (State Bar No. 238158) <br> COOLEY GODWARD KRONISH LLP <br> 5 Palo Alto Square <br> 3000 El Camino Real <br> Palo Alto, CA 94306 <br> Telephone: (650) 843-5000 <br> Facsimile: (650) 857-0663 | FRANCIS F. CHIN (State Bar No. 059231) <br> CYNTHIA E. SEGAL (State Bar No. 179636) <br> METROPOLITAN TRANSPORTATION <br> COMMISSION <br> Joseph P. Bort Metrocenter <br> 101 8th Street <br> Oakland, CA 94607-4700 <br> Telephone: (510) 817-5700 <br> Facsimile: (510) 817-5848 <br> <br> *Attorneys for Defendant Metropolitan Transportation Commission* |

*Attorneys for Plaintiffs Sylvia Darensburg, Vivian Hain, and the Class*

*[Additional Plaintiffs' counsel listed at end]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA DARENSBURG, and VIVIAN HAIN, individuals on behalf of themselves and all others similarly situated; AMALGAMATED TRANSIT UNION, LOCAL 192; and COMMUNITIES FOR A BETTER ENVIRONMENT, <br><br> Plaintiffs, <br><br> v. <br><br> METROPOLITAN TRANSPORTATION COMMISSION, <br><br> Defendant. | Case No. C-05-1597-EDL <br><br> **SECOND STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF PLAINTIFFS' DEADLINE TO FILE MOTION TO COMPEL** |

| | |
|---|---|
| 1 | WHEREAS, as reflected in the Stipulation and Order filed on February 21, 2008, the |
| 2 | Court previously set a deadline of March 11, 2008, for Plaintiffs to file a motion to compel |
| 3 | production of any specific information or documents reflected on Defendant's supplemental |
| 4 | privilege logs served on February 12 and 13, 2008; |
| 5 | WHEREAS, the parties are in the process of meeting and conferring regarding the |
| 6 | privilege logs; |
| 7 | WHEREAS, the meet and confer process has been delayed by illness among Plaintiffs' |
| 8 | counsel; |
| 9 | WHEREAS, the parties believe that a short extension of Plaintiffs' deadline to file a |
| 10 | motion to compel may obviate the need for any motion to compel, and will certainly allow them |
| 11 | to ensure that the motion, if any, is as narrow as possible, by allowing the parties to complete |
| 12 | meeting and conferring; |
| 13 | WHEREAS, the parties agree to a slightly shortened briefing schedule to accommodate |
| 14 | this extension without affecting any other dates previously set by the Court; |
| 15 | THEREFORE, the parties hereby stipulate and agree and request that the Court order as |
| 16 | following: |
| 17 | 1. Plaintiffs' deadline to file a motion to compel production of any specific |
| 18 | information or documents reflected on Defendants' supplemental privilege logs served on |
| 19 | February 12 and 13, 2008, is extended by three days, to March 14, 2008. As with the February |
| 20 | 21st Order, this extension applies only to documents and information listed on Defendant's |
| 21 | supplemental privilege logs. Defendant's deadline is not extended, and Plaintiff's deadline is not |
| 22 | extended other than for documents reflected on Defendant's supplemental privilege logs. |
| 23 | The parties propose the following scheduling, which slightly modifies the dates previously |
| 24 | ordered by the Court to govern litigation of the motion to compel: |
| 25 | a. Any opposition to the motion to compel shall be filed no later than March 27, 2008. |
| 26 | |
| 27 | b. Any reply shall be filed no later than April 1, 2008. |
| 28 | c. The motion will be heard on April 15, 2008. |

| 1 | d. The parties' stipulated extension shall not delay any other pretrial or trial dates. |
|---|---|

Dated: ___March 11, 2008___          LEWIS, FEINBERG, LEE,
                                      RENAKER & JACKSON, P.C.

                                      By:_____/s/_____
                                              Margaret Hasselman

                                      Bill Lann Lee
                                      Margaret Hasselman
                                      LEWIS, FEINBERG, LEE,
                                      RENAKER & JACKSON, P.C.
                                      1330 Broadway, Suite 1800
                                      Oakland, CA 95612-2519
                                      Telephone: (510) 839-6824
                                      Facsimile: (510) 839-7839

                                      *Attorneys for Plaintiffs Sylvia Darensburg, Vivian Hain, and the Class; and Plaintiff Communities for a Better Environment*

                                      Richard Marcantonio
                                      Guillermo Mayer
                                      Elisabeth Voigt
                                      PUBLIC ADVOCATES, INC.
                                      131 Steuart Street, Suite 300
                                      San Francisco, CA 94105
                                      Telephone: (415) 431-7430
                                      Facsimile: (415) 431-1048

                                      Grant P. Fondo
                                      Jessica Valenzuela Santamaria
                                      Heather Dunn Navarro
                                      COOLEY GODWARD KRONISH LLP
                                      5 Palo Alto Square
                                      3000 El Camino Real
                                      Palo Alto, CA 94306
                                      Telephone: (650) 843-5000
                                      Facsimile: (650) 857-0663

                                      Kelly M. Dermody
                                      Daniel M. Hutchinson
                                      LEIFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                      Embarcadero Center West
                                      275 Battery Street, Suite 3000
                                      San Francisco, CA 94111-3339
                                      Telephone: (415) 956-1000
                                      Facsimile: (415) 956-1008

                                      *Attorneys for Plaintiffs Sylvia Darensburg, Vivian Hain, and Proposed Class*

STIPULATION AND [PROPOSED] ORDER          - 1 -
Case No. C-05-1597-EDL

| | |
|---|---|
| 1 | Peter D. Nussbaum |
| 2 | Daniel T. Purtell |
| | Linda Lye |
| 3 | ALTSHULER BERZON LLP |
| | 177 Post Street, Suite 300 |
| 4 | San Francisco, CA 94108 |
| | Telephone: (415) 421-7151 |
| 5 | Facsimile: (415) 362-8064 |

*Attorneys for Plaintiff Amalgamated Transit Union Local 192*

Adrienne L. Bloch
COMMUNITIES FOR A BETTER ENVIRONMENT
1440 Broadway, Suite 701
Oakland, CA 94612
Telephone: (510) 302-0430
Facsimile: (510) 302-0438

*Attorneys for Plaintiff Communities for a Better Environment*

Dated: __March 11, 2008___   HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP


By: : _____/s/_____
         Julia H. Veit

Kimon Manolius
Warren R. Webster
Julia H. Veit
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

FRANCIS F. CHIN
CYNTHIA E. SEGAL
METROPOLITAN TRANSPORTATION COMMISSION
Joseph P. Bort Metrocenter
101 8th Street
Oakland, CA 94607-4700
Telephone: (510) 817-5700
Facsimile: (510) 817-5848

*Attorneys for Defendant Metropolitan Transportation Commission*

STIPULATION AND [PROPOSED] ORDER
Case No. C-05-1597-EDL

- 2 -

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 12, 2008



The Honorable Elizabeth D. Laporte