IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYLVIA DARENSBURG, et al,

    Plaintiffs,

v.

METROPOLITAN TRANSPORTATION COMMISSION,

    Defendant.

No. 05-01597  EDL

**ORDER FOLLOWING TELEPHONIC CONFERENCE**

On March 17, 2008, the Court held a telephonic conference regarding the parties' letters dated March 13, 2008 and March 14, 2008 during which the Court granted Defendant's request for more time to depose Plaintiff's expert, Mr. Rubin. Defendant shall take Mr. Rubin's deposition in the afternoon of March 17, 2008 for no longer than three and one half hours. Questioning should be focused on funding sources that have not previously been covered in deposition, but to the extent that there is a relationship between those funding sources and shortfall policies, Defendant may inquire about shortfall policies.

**IT IS SO ORDERED.**

Dated: March 17, 2008

                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge