| | |
|---|---|
| BILL LANN LEE (State Bar No. 108452) blee@lewisfeinberg.com MARGARET HASSELMAN (State Bar No. 228529) mhasselman@lewisfeinberg.com LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. 1330 Broadway, Suite 1800 Telephone: (510) 839-6824 Facsimile: (510) 839-7839 | KIMON MANOLIUS (State Bar No. 154971) WARREN WEBSTER (State Bar No. 209540) JULIA H. VEIT (State Bar No. 209207) HANSON BRIDGETT MARCUS   VLAHOS & RUDY, LLP 425 Market Street, 26th Floor San Francisco, CA  94105 Telephone:  (415) 777-3200 Facsimile:   (415) 541-9366 jveit@hansonbridgett.com |
| GRANT P. FONDO (State Bar No. 181530) JESSICA VALENZUELA SANTAMARIA (State Bar No. 220934) HEATHER DUNN NAVARRO (State Bar No. 238158) COOLEY GODWARD KRONISH LLP 5 Palo Alto Square 3000 El Camino Real Palo Alto, CA  94306 Telephone:  (650) 843-5000 Facsimile:  (650) 857-0663 | FRANCIS F. CHIN (State Bar No. 059231) CYNTHIA E. SEGAL (State Bar No. 179636) METROPOLITAN TRANSPORTATION COMMISSION Joseph P. Bort Metrocenter 101 8th Street Oakland, CA  94607-4700 Telephone:  (510) 817-5700 Facsimile:   (510) 817-5848  *Attorneys for Defendant Metropolitan Transportation Commission* |

*Attorneys for Plaintiffs Sylvia Darensburg, Vivian Hain, and the Class*

*[Additional Plaintiffs' counsel listed at end]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA DARENSBURG, and VIVIAN HAIN, individuals on behalf of themselves and all others similarly situated; AMALGAMATED TRANSIT UNION, LOCAL 192; and COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN TRANSPORTATION COMMISSION,<br><br>Defendant. | Case No.  C-05-1597-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER RE SUBSTITUTION OF AMENDED DECLARATIONS OF KATHLEEN KELLY AND NANCY SKOWBO FOR ORIGINAL DECLARATIONS OF KATHLEEN KELLY AND NANCY SKOWBO FILED ON APRIL 22, 2008 IN SUPPORT OF MTC'S MOTIONS FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION** |

1  The parties, through their counsel of record, stipulate and agree and request that the Court
2  order the following:
3  That MTC may file amended declarations for Kathleen Kelly and Nancy Skowbo to
4  replace the original declarations for Ms. Kelly (Docket No. 186) and Ms. Skowbo (Docket No.
5  187), which MTC filed on April 22, 2008 in support of its Motions for Summary Judgment and in
6  Opposition to Plaintiffs' Motion for Summary Adjudication.
7  Upon the filing of the amended declarations, MTC hereby withdraws the original
8  declarations, Docket Nos. 186 and 187.
9  Plaintiffs will not object to the amended declarations on the basis of untimeliness.

12  Dated:  ___May 22, 2008___          LEWIS, FEINBERG, LEE,
                                         RENAKER & JACKSON, P.C.

                                         By:_____/s/_____
                                                Bill Lann Lee

                                         Bill Lann Lee
                                         Margaret Hasselman
                                         LEWIS, FEINBERG, LEE,
                                         RENAKER & JACKSON, P.C.
                                         1330 Broadway, Suite 1800
                                         Oakland, CA 95612-2519
                                         Telephone: (510) 839-6824
                                         Facsimile: (510) 839-7839

                                         *Attorneys for Plaintiffs Sylvia Darensburg, Vivian*
                                         *Hain, and the  Class; and Plaintiff Communities for*
                                         *a Better Environment*


                                         Richard Marcantonio
                                         Guillermo Mayer
                                         Elisabeth Voigt
                                         PUBLIC ADVOCATES, INC.
                                         131 Steuart Street, Suite 300
                                         San Francisco, CA  94105
                                         Telephone:  (415) 431-7430
                                         Facsimile:   (415) 431-1048

[~~PROPOSED~~] SCHEDULING ORDER                - 1 -
Case No. C-05-1597-EDL

Grant P. Fondo
Jessica Valenzuela Santamaria
Heather Dunn Navarro
COOLEY GODWARD KRONISH LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306
Telephone:  (650) 843-5000
Facsimile:  (650) 857-0663


Kelly M. Dermody
Daniel M. Hutchinson
LEIFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

*Attorneys for Plaintiffs Sylvia Darensburg, Vivian Hain, and Proposed Class*


Peter D. Nussbaum
Daniel T. Purtell
Linda Lye
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone: (415) 421-7151
Facsimile:   (415) 362-8064

*Attorneys for Plaintiff Amalgamated Transit Union Local 192*


Adrienne L. Bloch
COMMUNITIES FOR A BETTER ENVIRONMENT
1440 Broadway, Suite 701
Oakland, CA  94612
Telephone:  (510) 302-0430
Facsimile:   (510) 302-0438

*Attorneys for Plaintiff Communities for a Better Environment*

[PROPOSED] SCHEDULING ORDER
Case No. C-05-1597-EDL

- 2 -

| | | |
|---|---|---|
| 1 | Dated: __May 22, 2008___ | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP |

By: : _____/s/_____
       Kimon Manolius

Kimon Manolius
Warren R. Webster
Julia H. Veit
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

FRANCIS F. CHIN
CYNTHIA E. SEGAL
METROPOLITAN TRANSPORTATION COMMISSION
Joseph P. Bort Metrocenter
101 8th Street
Oakland, CA 94607-4700
Telephone: (510) 817-5700
Facsimile: (510) 817-5848

*Attorneys for Defendant*
*Metropolitan Transportation Commission*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __May 23, 2008_____    _____/s/ Elizabeth D. Laporte_____
       The Honorable Elizabeth D. Laporte