United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA DARENSBURG, et al., | No. C-05-01597 EDL |
| Plaintiffs, | **ORDER DENYING DEFENDANT'S MOTION TO STRIKE** |
| v. | |
| METROPOLITAN TRANSPORTATION COMMISSION., | |
| Defendant. / | |

On May 2, 2008, the Court issued an Order limiting Plaintiffs' consolidated opposition and reply brief on summary judgment to 75 pages. On June 3, 2008, Plaintiffs timely filed a 75-page brief containing 111 footnotes. On June 6, 2008, Defendant filed a Motion to Strike Plaintiff's brief, arguing that Plaintiffs violated the letter and spirit of the Court's May 2, 2008 Order regarding page limits by including excessive footnotes. See DeMarco v. Depotech Corp., 1999 U.S. Dist. LEXIS 15321, *4-5 (S.D. Cal. Sept. 14, 1999) (striking 15-page reply brief containing 34 footnotes that consumed at least 40% of the page on approximately half of the pages where the court had previously warned the parties about excessive footnotes that were being used to evade page limits).

While the number of footnotes is large, the Court declines to strike Plaintiffs' consolidated brief. Instead, the Court will grant Defendant ten additional pages and some additional time to respond to Plaintiffs' consolidated brief. Therefore, Defendant's reply brief shall be filed no later than June 23, 2008 at 10:00 a.m. and shall be no longer than 55 pages. The hearing remains on

//

calendar for July 24, 2008 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: June 11, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge