| | |
|---|---|
| BILL LANN LEE<br>(State Bar No. 108452)<br>blee@lewisfeinberg.com<br>MARGARET HASSELMAN<br>(State Bar No. 228529)<br>mhasselman@lewisfeinberg.com<br>SACHA CRITTENDEN<br>(State Bar No. 253823)<br>ssteinberger@lewisfeinberg.com<br>LEWIS, FEINBERG, LEE,<br>RENAKER & JACKSON, P.C.<br>1330 Broadway, Suite 1800<br>Telephone: (510) 839-6824<br>Facsimile: (510) 839-7839<br><br>KELLY DERMODY<br>(State Bar No. 171716)<br>DANIEL M. HUTCHINSON<br>(State Bar No. 239458)<br>dhutchinson@lchb.com<br>LIEFF, CABRASER, HEIMANN<br>& BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 3000<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 | KIMON MANOLIUS (State Bar No. 154971)<br>WARREN WEBSTER (State Bar No. 209540)<br>JULIA H. VEIT (State Bar No. 209207)<br>HANSON BRIDGETT LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366<br>kmanolius@hansonbridgett.com<br>wwebster@hansonbridgett.com<br>jveit@hansonbridgett.com<br><br>FRANCIS F. CHIN (State Bar No. 059231)<br>CYNTHIA E. SEGAL (State Bar No. 179636)<br>METROPOLITAN TRANSPORTATION<br>COMMISSION<br>Joseph P. Bort Metrocenter<br>101 8th Street<br>Oakland, CA 94607-4700<br>Telephone: (510) 817-5700<br>Facsimile: (510) 817-5848<br><br>*Attorneys for Defendant Metropolitan Transportation Commission* |

*Attorneys for Plaintiffs Sylvia Darensburg, Vivian Hain, and the Class; and Plaintiff Communities for a Better Environment*
*[Additional Plaintiffs' counsel listed at end]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA DARENSBURG, and VIVIAN HAIN, individuals on behalf of themselves and all others similarly situated; AMALGAMATED TRANSIT UNION, LOCAL 192; and COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>  Plaintiffs,<br><br>  v.<br><br>METROPOLITAN TRANSPORTATION COMMISSION,<br><br>  Defendant. | Case No. C-05-1597-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER RE PRETRIAL FILINGS**<br><br>AS MODIFIED, CONTINUING PRETRIAL CONFERENCE |

1  WHEREAS, according to the Court's pretrial standing order, the following items would
2  be due on Monday, August 25, 2008:
3      1.  Trial briefs,
4      2.  Joint proposed findings of fact and conclusions of law,
5      3.  Separate proposed findings of fact and conclusions of law,
6      4.  Joint pretrial statement,
7      5.  Lists of trial exhibits and witnesses,
8      6.  Qualifications and experience of experts,
9      7.  Motions in limine,
10     8.  Designations of excerpts of discovery to be used at trial,
11     9.  Copies of trial exhibits;
12 WHEREAS, at the Case Management Conference on Tuesday, August 19, 2008, the
13 Court (a) expressed willingness to extend the deadline for trial briefs to September 3, 2008, (b)
14 requested submission of a joint glossary and binder of relevant statutes, regulations, and key
15 MTC resolutions along with trial briefs, (c) further expressed willingness to extend the deadlines
16 further, and (d) instructed the parties to meet and confer regarding revision of deadlines for
17 required pretrial filings and disclosures;
18 WHEREAS, the parties have met and conferred as directed by the Court;
19 WHEREAS, the Court issued an order in the afternoon of Thursday, August 21, on the
20 parties' motions for summary adjudication and summary judgment which clarifies the issues to be
21 tried;
22 WHEREAS, the parties are continuing to meet and confer regarding factual stipulations
23 and admissibility and authenticity of proposed exhibits;
24 WHEREAS, the parties wish to eliminate exhibits, factual stipulations, and other matters
25 from the pretrial filings that will not be useful for the Court in light of its ruling on the summary
26 judgment motions;
27 WHEREAS, the Court has set a further Case Management Conference for September 9,
28 2008, at 3:00 p.m.;

STIP AND [PROPOSED] ORDER RE PRETRIAL FILINGS  
Case No. C-05-1597-EDL

- 2 -

1  THEREFORE, the parties hereby stipulate and agree and respectfully request that the
2  Court order as follows:

3  1.  By Friday, August 22 at 11 a.m., Defendant shall serve on Plaintiffs its exhibit
4      list and its responses with regard to authenticity and admissibility to the exhibits
5      contained in Plaintiffs' exhibit list to the extent that Plaintiffs have provided
6      Bates numbers or deposition exhibit references.

7  2.  On Monday, August 25, the parties shall file their joint pretrial statement and
8      will file the other pretrial documents as discussed specifically below.

9  3.  On Monday, August 25, Defendant shall provide Plaintiffs with its proposed
10     stipulated joint findings of fact and each party shall provide their respective
11     proposed joint conclusions of law.

12 4.  On Friday, August 29, the parties shall file their Joint Proposed Findings of Fact
13     and ~~Conclusions~~ Friday of Law and their lists of trial exhibits and witnesses.

14 5.  On ~~Wednesday~~, September 5, the parties shall file trial briefs; a joint glossary as
15     requested by the Court; a joint binder of relevant statutes, regulations, and
16     certain key MTC resolutions; designations of deposition excerpts; and separate
17     Proposed Findings of Fact and Conclusions of Law.  Trial briefs shall be no
18     longer than 30 pages.

19 6.  On Monday, September 8, by 10 a.m., the parties shall file a joint case
20     management statement.

21 7.  On Tuesday, September 9, the parties shall exchange objections and counter-
22     designations of deposition exhibits.

23 8.  On Thursday, September 11, the parties shall exchange and submit to the Court
24     their trial exhibits and designations and copies of designated deposition
25     testimony.  The parties shall also submit their objections, if any, to exhibits.

26 9.  The Pretrial Conference is rescheduled to Friday, September 19, 2008 at 2:00 PM.

27
28

STIP AND [~~PROPOSED~~] ORDER RE PRETRIAL
FILINGS                                  - 3 -
Case No. C-05-1597-EDL

Respectfully submitted,

Dated:   August 22, 2008          LEWIS, FEINBERG, LEE,
                                  RENAKER & JACKSON, P.C.


                                  By: /s/
                                     Margaret Hasselman

                                  Bill Lann Lee
                                  Margaret Hasselman
                                  Sacha Crittenden
                                  LEWIS, FEINBERG, LEE,
                                  RENAKER & JACKSON, P.C.
                                  1330 Broadway, Suite 1800
                                  Oakland, CA 95612-2519
                                  Telephone: (510) 839-6824
                                  Facsimile: (510) 839-7839

                                  Kelly Dermody
                                  Daniel M. Hutchinson
                                  LEIFF, CABRASER, HEIMANN &
                                  BERNSTEIN, LLP
                                  Embarcadero Center West
                                  275 Battery Street, Suite 3000
                                  San Francisco, CA  94111-3339
                                  Telephone:  (415) 956-1000
                                  Facsimile:   (415) 956-1008

                                  *Attorneys for Plaintiffs Sylvia Darensburg,
                                  Vivian Hain, and the Class; and Plaintiff
                                  Communities for a Better Environment*


                                  Peter D. Nussbaum
                                  Daniel T. Purtell
                                  Linda Lye
                                  ALTSHULER BERZON LLP
                                  177 Post Street, Suite 300
                                  San Francisco, CA  94108
                                  Telephone: (415) 421-7151
                                  Facsimile:  (415) 362-8064

                                  *Attorneys for Plaintiff Amalgamated Transit
                                  Union Local 192*

STIP AND [~~PROPOSED~~] ORDER RE PRETRIAL FILINGS
Case No. C-05-1597-EDL
- 4 -

| | |
|---|---|
| 1 | Richard Marcantonio |
| | Guillermo Mayer |
| 2 | Angelica Jongco |
| | PUBLIC ADVOCATES, INC. |
| 3 | 131 Steuart Street, Suite 300 |
| | San Francisco, CA  94105 |
| 4 | Telephone:  (415) 431-7430 |
| | Facsimile:   (415) 431-1048 |
| 5 | |
| | Grant P. Fondo |
| 6 | Jessica Valenzuela Santamaria |
| | Heather Dunn Navarro |
| 7 | COOLEY GODWARD KRONISH LLP |
| | 5 Palo Alto Square |
| 8 | 3000 El Camino Real |
| | Palo Alto, CA  94306 |
| 9 | Telephone:  (650) 843-5000 |
| | Facsimile:  (650) 857-0663 |

*Attorneys for Plaintiffs Sylvia Darensburg, Vivian Hain, and the Class*

Adrienne L. Bloch
COMMUNITIES FOR A BETTER ENVIRONMENT
1440 Broadway, Suite 701
Oakland, CA  94612
Telephone:  (510) 302-0430
Facsimile:   (510) 302-0438

*Attorneys for Plaintiff Communities for a Better Environment*

1  Dated: ___August 22, 2008_____         HANSON BRIDGETT LLP

2

3
                                                By: :__/s/_____
4                                                        Kimon Manolius

5                                               Kimon Manolius
                                                Warren R. Webster
6                                               Julia H. Veit
                                                425 Market Street, 26th Floor
7                                               San Francisco, CA  94105
                                                Telephone:  (415) 777-3200
8                                               Facsimile:   (415) 541-9366

9                                               FRANCIS F. CHIN
                                                CYNTHIA E. SEGAL
10                                              METROPOLITAN TRANSPORTATION
                                                COMMISSION
11                                              Joseph P. Bort Metrocenter
                                                101 8th Street
12                                              Oakland, CA  94607-4700
                                                Telephone:  (510) 817-5700
13                                              Facsimile:   (510) 817-5848

14                                              *Attorneys for Defendant*
                                                *Metropolitan Transportation Commission*
15
                                    **ORDER**
16
              PURSUANT TO STIPULATION, IT IS SO ORDERED.
17

18

19  Dated: ___August 26, 2008_____

20                                              The Hon. _____ Laporte

21                                              IT IS SO ORDERED
                                                AS MODIFIED
22                                              Judge Elizabeth D. Laporte

23

24

25

26

27

28

STIP AND [PROPOSED] ORDER RE PRETRIAL
FILINGS                                         - 6 -
Case No. C-05-1597-EDL