| | |
|---|---|
| BILL LANN LEE (State Bar No. 108452) blee@lewisfeinberg.com MARGARET HASSELMAN (State Bar No. 228529) mhasselman@lewisfeinberg.com LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. 1330 Broadway, Suite 1800 Telephone: (510) 839-6824 Facsimile: (510) 839-7839  *Attorneys for Plaintiffs Sylvia Darensburg, Vivian Hain, and the Certified Class; and Plaintiff Communities for a Better Environment* | RICHARD A. MARCANTONIO (State Bar No. 139619) rmarcantonio@publicadvocates.org GUILLERMO MAYER (State Bar No. 235776) gmayer@publicadvocates.org ANGELICA K. JONGCO (State Bar No. 244374) ajongco@publicadvocates.org PUBLIC ADVOCATES, INC. 131 Steuart Street, Suite 300 San Francisco, CA 94105 Telephone: (415) 431-7430 Facsimile: (415) 431-1048  *Attorneys for Plaintiffs Sylvia Darensburg, Vivian Hain, and the Class* |

*[Additional Plaintiffs' counsel listed at end]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA DARENSBURG, and VIVIAN HAIN, individuals on behalf of themselves and all others similarly situated; AMALGAMATED TRANSIT UNION, LOCAL 192; and COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>    Plaintiffs,<br><br>v.<br><br>METROPOLITAN TRANSPORTATION COMMISSION,<br><br>    Defendant. | Case No.  C-05-1597-EDL<br><br>[P~~ROPOSED~~] ORDER ALLOWING EQUIPMENT IN COURTROOM FOR TRIAL<br><br>Judge:      Hon. Elizabeth Laporte<br>Trial Date: Oct. 1, 2008 |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER ALLOWING EQUIPMENT IN
COURTROOM FOR TRIAL
CASE NO.  C-05-1597-EDL

| | | |
|---|---|---|
| 1 | Grant P. Fondo | Kelly Dermody |
| | Matthew J. Brigham | Daniel M. Hutchinson |
| 2 | Jessica Valenzuela Santamaria | LEIFF, CABRASER, HEIMANN & |
| | Heather Dunn Navarro | BERNSTEIN, LLP |
| 3 | COOLEY GODWARD KRONISH LLP | Embarcadero Center West |
| | 5 Palo Alto Square | 275 Battery Street, Suite 3000 |
| 4 | 3000 El Camino Real | San Francisco, CA  94111-3339 |
| | Palo Alto, CA  94306 | Telephone:  (415) 956-1000 |
| 5 | Telephone:  (650) 843-5000 | Facsimile:   (415) 956-1008 |
| | Facsimile:  (650) 857-0663 | |
| 6 | | *Attorneys for Plaintiffs Sylvia Darensburg,* |
| | *Attorneys for Plaintiffs Sylvia Darensburg,* | *Vivian Hain, and the Certified Class; and* |
| 7 | *Vivian Hain, and the Certified Class* | *Plaintiff Communities for a Better* |
| | | *Environment* |
| 8 | | |
| | Adrienne L. Bloch | Peter D. Nussbaum |
| 9 | COMMUNITIES FOR A BETTER | Daniel T. Purtell |
| | ENVIRONMENT | Linda Lye |
| 10 | 1440 Broadway, Suite 701 | ALTSHULER BERZON LLP |
| | Oakland, CA  94612 | 177 Post Street, Suite 300 |
| 11 | Telephone:  (510) 302-0430 | San Francisco, CA  94108 |
| | Facsimile:   (510) 302-0438 | Telephone:  (415) 421-7151 |
| 12 | | Facsimile:   (415) 362-8064 |
| | *Attorneys for Plaintiff Communities for a* | |
| 13 | *Better Environmen* | *Attorneys for Plaintiff Amalgamated Transit* |
| | | *Union Local 192* |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER ALLOWING EQUIPMENT IN
COURTROOM FOR TRIAL
CASE NO.  C-05-1597-EDL

# [~~PROPOSED~~] ORDER

The Court hereby allows the following equipment to be brought into the Courtroom on October 1, 2008 to remain in the courtroom for the duration of the trial for Case No. C-05-1597.

1 - ELMO HV-5000

4 - Viewsonic 17" Flatpanel Displays

1 - Sanyo 4500 lumens LCD Projector

1- Da-lite 8' Projection Screen

1- Extron ADA 6 Distribution Amps

1- Extron 6x1 Switcher

1- Shure Mixer

1- Anchor Powered Speakers

Miscellaneous Stands, Carts, cables, skirts, etc.

**IT IS SO ORDERED.**

Dated: September 29, 2008

Hon. Elizabeth D. Laporte

780286 v2/PA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW

1

[PROPOSED] ORDER ALLOWING EQUIPMENT IN
COURTROOM FOR TRIAL
CASE NO. C-05-1597-EDL