1  HANSON BRIDGETT LLP
   KIMON MANOLIUS – 154971
2  WARREN R. WEBSTER – 209540
   JULIA H. VEIT – 209207
3  425 Market Street, 26th Floor
   San Francisco, CA  94105
4  Telephone:     (415) 777-3200
   Facsimile:      (415) 541-9366
5  kmanolius@hansonbridgett.com

6  FRANCIS F. CHIN – 059231
   CYNTHIA E. SEGAL – 179636
7  Metropolitan Transportation Commission
   Joseph P. Bort Metrocenter
8  101 8th Street
   Oakland, Ca 94607-4700
9  Telephone:     (510) 817-5700
   Facsimile:      (510) 817-5848
10 fchin@mtc.ca.gov

11 Attorneys for Defendant
   METROPOLITAN TRANSPORTATION COMMISSION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYLVIA DARENSBURG and VIVIAN HAIN, individuals on behalf of themselves and all others similarly situated; AMALGAMATED TRANSIT UNION 192; COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>        Plaintiffs,<br><br>   v.<br><br>METROPOLITAN TRANSPORTATION COMMISSION,<br><br>        Defendant. | No.  C 05 01597 EDL<br><br>**[PROPOSED] ORDER ALLOWING EQUIPMENT IN COURTROOM FOR TRIAL**<br><br>Trial Date: October 1, 2008<br>Crtrm:     E, 15th Floor<br>Before:    Hon. Elizabeth D. Laporte |

1  [~~PROPOSED~~ ORDER]

2  The Court hereby allows the following equipment to be brought into the Courtroom on or
3  before October 1, 2008 and to remain in the Courtroom for the duration of trial for Case
4  No. 05-01597.

5  1 - InFocus LCD Projector

6  1 - Flip Chart

7  2 - Book Carts

8  3 - Laptop Computers

9  Miscellaneous stands and cables

11  IT IS SO ORDERED.

12  Dated: September 29, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

- 2 -
[PROPOSED] ORDER ALLOWING EQUIPMENT IN COURTROOM FOR TRIAL;
Case No. C 05 01597 EDL

1635517.1