VOLUME 2

PAGES 139 - 331

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE ELIZABETH D. LAPORTE, MAGISTRATE

| | |
|---|---|
| SYLVIA DARENSBURG, AND VIVIAN HAIN, INDIVIDUALS ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED; AMALGAMATED TRANSIT UNION, LOCAL 192; AND COMMUNITIES FOR A BETTER ENVIRONMENT, | ) ) ) ) ) ) ) |
| PLAINTIFFS, | ) ) |
| VS. | ) NO. C 05-1597 EDL ) |
| METROPOLITAN TRANSPORTATION COMMISSION, | ) ) |
| DEFENDANT. | ) SAN FRANCISCO, CALIFORNIA ) THURSDAY ) OCTOBER 2, 2008 ) 8:45 A.M. |

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

FOR PLAINTIFFS:          LEWIS, FEINBERG, LEE, RENAKER
                          & JACKSON, P.C.
                         1330 BROADWAY
                         SUITE 1800
                         OAKLAND, CALIFORNIA 94612
                    BY:  **BILL LANN LEE, ESQ.**
                         **MARGARET HASSELMAN, ESQ.**
                         **SASHA CRITTENDEN, ESQ.**


         (APPEARANCES CONTINUED ON FOLLOWING PAGE)

*REPORTED BY:  DEBRA L. PAS, CSR 11916, CRR, RMR*
         *JOAN MARIE COLUMBINI, CSR 5434, CSR, RPR*
         *OFFICIAL REPORTERS -- US DISTRICT COURT*

```
1   APPEARANCES:   (CONTINUED)

2                              COOLEY GODWARD
                               FIVE PALO ALTO SQUARE
3                              FOURTH FLOOR
                               PALO ALTO CALIFORNIA 94306
4                   BY:  JESSICA VALENZUELA SANTAMARIA, ESQ.
                         MATTHEW BRIGHAM, ESQ.
5

6                              PUBLIC ADVOCATES
                               131 STEUART STREET
7                              SUITE 300
                               SAN FRANCISCO, CALIFORNIA 94105
8                   BY:  RICHARD MARCANTONIO, ESQ.
                         GUILLERMO MAYER, ESQ.
9                        ANGELICA JONGCO, ESQ.

10

                               ALTSHULER, BERZON, LLP
11                             177 POST STREET
                               SUITE 300
12                             SAN FRANCISCO, CALIFORNIA 94108
                    BY:  LAURA P. JURAN, ESQ.
13

14                             COMMUNITIES FOR A BETTER ENVIRONMENT
                               1440 BROADWAY
15                             SUITE 701
                               OAKLAND, CALIFORNIA 94612
16                  BY:  ADRIENNE L. BLOCH, ESQ.

17

18   FOR DEFENDANTS:           HANSON BRIDGETT, LLP
                               333 MARKET STREET
19                             SUITE 2300
                               SAN FRANCISCO, CALIFORNIA  94105-2173
20                  BY:  KIMON MANOLIUS, ESQ.
                         JULIA HELLER VEIT, ESQ.
21                       MEGAN OLIVER THOMPSON, ESQ.
                         WARREN WEBSTER, ESQ.
22

23   ALSO PRESENT:             THERESE MCMILLAN

24                         -   -   -   -

25
```

1                    **P R O C E E D I N G S**

2   **OCTOBER 2, 2008**                                        **8:51 A.M.**

3

4        **THE CLERK:**  CALLING CIVIL 05-1597 SYLVIA DARENSBURG

5   VERSUS METROPOLITAN TRANSPORTATION COMMISSION.

6        **THE COURT:**  GOOD MORNING.

7        **MR. LEE:**  GOOD MORNING, YOUR HONOR.  I HAVE A SMALL

8   HOUSEKEEPING MATTER.  IT'S THE SAME -- IT'S ONE OF THE

9   HOUSEKEEPING MATTERS WE DISCUSSED YESTERDAY.

10            AS YOU MAY RECALL, MTC OBJECTED TO SOME SUPPLEMENTAL

11   EXHIBITS AND THEN IT TURNS OUT THAT THEY GAVE US SOME

12   SUPPLEMENTAL EXHIBITS YESTERDAY.

13            IT TURNS OUT THE PARTIES ACTUALLY NEVER

14   MET-AND-CONFERRED ABOUT EITHER ONE OF THESE, BUT WE -- I

15   BELIEVE THAT IT IS APPROPRIATE TO HAVE A MEET-AND-CONFER.

16            THERE ARE -- WITH RESPECT TO OUR SUPPLEMENTAL

17   EXHIBITS, THEY WERE ALL PREVIOUSLY DISCLOSED AND THEY HAVE

18   BATES STAMP NUMBERS ON THEM, THINGS OF THAT KIND.  AND OF THE

19   DOCUMENTS THAT -- THIS IS A REVIEW BASED ON WHAT WE LOOKED AT

20   LAST NIGHT.

21            WITH RESPECT TO MTC'S DOCUMENTS, THERE ARE SOME THAT

22   ARE TRULY NEW DOCUMENTS BECAUSE THEY CONCERN EVENTS THAT ARE

23   RECENT AND, AS I SAID, WE HAVE NO PROBLEM WITH THAT.  AND THEN

24   THERE ARE SOME DOCUMENTS THAT SEEM TO BE IN THE SAME CATEGORY

25   AS OURS, WHICH IS DOCUMENTS THAT WERE DISCLOSED AND HAVE BATES

1    STAMPS AND WE DON'T HAVE A PROBLEM WITH THAT.

2            BUT THERE APPEAR TO BE SOME 22 DOCUMENTS, 20-ODD

3    DOCUMENTS, THAT HAVE NO BATES STAMPS, SO I THINK WE NEED TO

4    TALK ABOUT THAT.

5            **MR. MANOLIUS:**  THAT'S FINE, YOUR HONOR.  BECAUSE THEY

6    DENT HAVE BATES STAMPS DOESN'T MEAN THEY WEREN'T DISCLOSED.

7    THE WAY THE PRODUCTION WENT, WE JUST MADE OUR FILES AVAILABLE.

8    SO WE WILL RESEARCH IT.

9            **THE COURT:**  OKAY.  THAT'S FINE.

10           ALL RIGHT.  YOU WANT TO PROCEED WITH THE EVIDENCE?

11                    **H. E. CHRISTIAN PEEPLES**,

12   CALLED AS A WITNESS FOR THE PLAINTIFF HEREIN, HAVING BEEN

13   PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

14   FOLLOWS:

15                   **DIRECT EXAMINATION RESUMED**

16   **BY MR. LEE:**

17   **Q.**   MR. PEEPLES, DO YOU RECALL YOUR TESTIMONY YESTERDAY ABOUT

18   49 USC 5307 FUNDS?

19   **A.**   YES, I DO.

20   **Q.**   AND YOU REFER TO 5307 FUNDS AS BUS DISCRETIONARY FUNDS, IS

21   THAT CORRECT?

22   **A.**   IT IS CORRECT THAT I REFERRED THEM TO 5307 AS BUS

23   DISCRETIONARY.

24   **Q.**   AND DO YOU WISH TO CORRECT YOURSELF?

25   **A.**   YES.  BUS DISCRETIONARY IS A PART OF 5309.  5307 ARE

1  DISCRETIONARY URBANIZED FORMULA FUNDS, BUT MY DESCRIPTION OF

2  HOW THEY WORK AND HOW THEY ARE USED IN THE BAY AREA IS CORRECT.

3  I JUST HAD THE WRONG NAME.

4  **Q.**   OKAY.   THERE WAS TESTIMONY YESTERDAY ABOUT TITLE 6

5  COMPLIANCE REPORTS.   HAS AC TRANSIT EVER BEEN FOUND OUT OF

6  COMPLIANCE WITH TITLE 6?

7  **A.**   NO.

8  **Q.**   WITH RESPECT TO YOUR TESTIMONY YESTERDAY ABOUT COMMITTED

9  AND UNCOMMITTED FUNDS, DO YOU RECALL THAT?

10  **A.**   YES.

11  **Q.**   DO MTC'S POLICIES WITH RESPECT TO THOSE TWO CATEGORIES OF

12  FUNDS RESULT IN OPERATION SHORTFALLS AT AC TRANSIT?

13  **A.**   YES, TO THE -- SHORTFALLS COME FROM TRYING TO EVALUATE

14  EXPENSES AND REVENUE TO MEET THOSE EXPENSES.

15       TO THE EXTENT THE EXPENSES CONTINUE OR INCREASE AND

16  THERE ARE LESS FUNDS TO MEET THOSE EXPENSES, THAT'S WHAT CAUSES

17  A SHORTFALL.

18       SO THE LONG RANGE SHORTFALLS ARE ALL PROJECTIONS, BUT

19  THE PROJECTIONS HAVE AN UNDERLYING REALITY TO THEM.   SO THE

20  ANSWER IS YES.

21  **Q.**   WHAT IS THAT UNDERLYING REALITY?

22  **A.**   WELL, THE UNDERLYING REALITY IS THAT THERE ARE -- THERE

23  ARE FUNDS THAT ARE COMMITTED BY STATUTE REGULATION AND MTC HAS

24  ADOPTED POLICIES THAT COMMIT CERTAIN OTHER FUNDS PRIMARILY TO

25  CAPITAL OR TO CAPITAL REHAB, WHICH MEANS THEY ARE NOT AVAILABLE

1    FOR OPERATIONS.

2    **Q.**    DO THE OPERATION SHORTFALLS RESULT IN SERVICE CUTS AT AC

3    TRANSIT?

4    **A.**    THE REALITY THAT UNDERLIES THE NUMBERS ON THE PAPER DO

5    REPRESENT -- DO RESULT IN SERVICE CUTS.  IF THERE IS -- IF TO

6    MAINTAIN SERVICE YOU NEED A CERTAIN AMOUNT OF MONEY AND THAT

7    MONEY IS NOT THERE AND YOU CAN'T TAP INTO CERTAIN OTHER FUNDS,

8    THEN YOU NEED TO REDUCE SERVICE.

9    **Q.**    AND I BELIEVE YOU TESTIFIED BEFORE YOU REDUCED SERVICE,

10   THERE WOULD BE OTHER OPTIONS AS WELL?

11   **A.**    CORRECT.  YOU KNOW, WE TRY TO DO EVERYTHING WE CAN TO

12   INCREASE THE EFFICIENCY OF OUR EXISTING OPERATION, AND THEN WE

13   GO OUT AND SEEK OTHER FUNDS FROM ALL SORTS OF WAYS THAT ARE

14   AVAILABLE TO US.  I SHOULDN'T SAY "ALL SORTS."  FROM THE

15   LIMITED WAYS THAT ARE AVAILABLE TO US.

16   **Q.**    ARE YOU FAMILIAR WITH AC'S BUS SERVICE TO ORINDA?

17   **A.**    YES, I AM.

18   **Q.**    WHAT LINE IS THAT?

19   **A.**    THAT'S LINE 74.

20   **Q.**    COULD YOU -- DO YOU HAVE AN UNDERSTANDING OF HOW THAT

21   SERVICE CAME ABOUT?

22   **A.**    YES, I DO.

23   **Q.**    AND WHAT'S THE BASIS FOR THAT?

24   **A.**    WELL, THE BASIS FOR MY UNDERSTANDING IS ANY LINE HAS TO BE

25   APPROVED BY THE BOARD.  THERE ARE STAFF REPORTS.

1              BUT THE LINE 74 ILLUSTRATES THREE OR FOUR THINGS I

2     TALKED ABOUT YESTERDAY.  WE TALKED A LOT ABOUT POLICY 550.

3     PART OF IT THAT WE DIDN'T TALK ABOUT IS ON PAGE SEVEN OF EIGHT

4     UNDER "APPLICATION OF STANDARDS," AND THE SECOND PARAGRAPH

5     THERE TALKS ABOUT EVERY YEAR WE GET A REPORT ON THE -- A NUMBER

6     OF METRICS FOR EVERY LINE IN THE SYSTEM, AND THOSE REPORTS

7     SHOWED THAT OUR EXISTING TRANSBAY SERVICE FROM EL SOBRANTE WAS

8     NOT MEETING STANDARDS.

9              AT THE SAME TIME WE IDENTIFIED A NEED FOR MORE

10    CROSSTOWN SERVICE, THAT IS EAST/WEST SERVICE, IN RICHMOND

11    RUNNING THROUGH SOME RELATIVELY POOR AREAS IN RICHMOND.

12             AND THEN YESTERDAY I TALKED ABOUT A CENTRAL --

13    WESTERN CONTRA COSTA STUDY THAT WE HAD DONE AND WE RECENTLY MAY

14    SOME CHANGES BECAUSE OF THAT.

15             LINE 74 WAS ONE OF THOSE CHANGES.  WE TOOK THE

16    SERVICE HOURS THAT WERE BEING USED IN THE EL SOBRANTE BRIDGE

17    RUN GOING OVER TO SAN FRANCISCO AND RECONFIGURED THEM IN A WAY

18    TO RECREATE THE LINE 74.  LINE 74 STARTS ALMOST AT THE WATER IN

19    RICHMOND.  GOES THROUGH RICHMOND.  IF YOU ARE A PERSON OF

20    LIMITED MEANS AND YOU GET ON IN RICHMOND, YOU CAN GET OFF AT

21    RICHMOND BART TO GO TO A JOB, FOR EXAMPLE, IN OAKLAND.  BUT IF

22    YOU ARE VERY POOR, YOU ARE MUCH MORE LIKELY TO GO UP TO

23    SAN PABLO AND CATCH ANOTHER THING WE TALKED ABOUT, WHICH IS OUR

24    72 RAPID.  THE DIFFERENCE IS YOU CAN TRANSFER TO THE RAPID FOR

25    A QUARTER, THE PRICE OF A TRANSFER; WHEREAS, A BART RIDE FROM

```
 1   RICHMOND TO 19TH OR 12TH STREET IN OAKLAND IS 2.45.  SO IT'S

 2   ONE-TENTH AS MUCH.

 3            THAT BUS THEN CONTINUES ON WITH SOME OF THE FOLKS

 4   STILL ON IT --

 5   Q.   WHICH BUS ARE YOU REFERRING TO?

 6   A.   74, 74 LINE.

 7   Q.   OKAY.

 8   A.   AND THE BUS HAS GONE BY BART.  IT'S GONE BY SAN PABLO, SO

 9   SOMEBODY CAN TRANSFER TO THE 72.  IT THEN GOES OUT THROUGH

10   SAN PABLO AND EL SOBRANTE, OUT SAN PABLO DAM ROAD WHERE THOSE

11   FOLKS WHO USED TO TAKE THE BUS TO SAN FRANCISCO CAN GET ON AND

12   RIDE TO ORINDA.  AND IT'S REALLY GOT -- SOME OF THOSE FOLKS ARE

13   GOING TO GET OFF AND TAKE THE BUS INTO SAN FRANCISCO, BUT IT'S

14   ALSO A REVERSE COMMUTE LINE.

15            YESTERDAY I TALKED ABOUT JARC, JOB ACCESS REVERSE

16   COMMUTE, AND I SAID WE DID VERY LITTLE REVERSE COMMUTE.  THIS

17   IS PART OF THE VERY LITTLE THAT WE DO.  SO THAT PEOPLE FROM

18   POOR NEIGHBORHOODS IN RICHMOND CAN GO OUT ALONG LAFAYETTE

19   BOULEVARD WHERE THERE'S A WHOLE BUNCH OF RESTAURANTS AND NEED

20   FOR FAIRLY LOW SKILLED LABOR.

21            IT'S TRICKY BECAUSE AT THAT POINT WE ARE RUNNING IN

22   TRIPLE CTA, CENTRAL CONTRA COSTA TRANSIT AUTHORITY TERRITORY,

23   ALSO KNOWN AS COUNTY CONNECTION.  SO WE HAD TO GO THROUGH A

24   WHOLE PROCESS TO GET PERMISSION FROM THEM TO DO THAT.  AND I

25   THINK -- ALTHOUGH I DIDN'T GET A CHANCE TO CHECK YESTERDAY, I
```

1   THINK WE EXCHANGED TRANSFERS AT THE ORINDA BART STATION.  SO

2   SOMEBODY COMING IN ON AN AC TRANSIT 74 CAN THEN CATCH A COUNTY

3   CONNECTION BUS THAT GOES OUT LAFAYETTE BOULEVARD TO GET TO A

4   JOB OUT THERE.

5          SO IT SERVES MULTIPLE PURPOSES.  IT WAS PART OF THE

6   STUDY THAT GETS ENGENDERED BY OUR YEARLY EXAMINATION OF ROUTES

7   UNDER 550, AND IT WAS PART OF THAT CENTRAL CONTRA COSTA STUDY.

8   Q.   AND WHAT IS -- DO YOU KNOW THE RACIAL COMPOSITION OF THE

9   AREAS THAT THE ORINDA BUS LINE 74 RUNS?

10  A.   IN AC TRANSIT'S TERRITORY -- THAT IS, BEFORE IT GOES OVER

11  THE HILL -- THOSE AREAS ARE HEAVILY MINORITY, STARTING IN

12  RICHMOND WHERE THEY ARE VERY, VERY MINORITY.  AND I DON'T HAVE

13  THE LATEST TITLE 6 REPORT IN FRONT OF ME BECAUSE I COULD SHOW

14  YOU ON THE MAPS, BUT EXTREMELY HEAVILY MINORITY.

15         SAN PABLO AND EL SOBRANTE ARE STILL PRETTY HEAVILY

16  MINORITY, EVEN THOUGH EL SOBRANTE IS A LITTLE BIT WEALTHIER

17  THAN EITHER SAN PABLO OR RICHMOND.

18  Q.   ARE YOU FAMILIAR WITH AC TRANSIT'S DUMBARTON BRIDGE

19  SERVICE?

20  A.   YES.

21  Q.   CAN YOU TELL ME, HOW DID THAT SERVICE ORIGINATE?

22  A.   YOU KNOW, IT'S BEEN AROUND FOR AS LONG AS I CAN REMEMBER,

23  AND NOT JUST AS A BOARD MEMBER, BUT AS SOMEBODY WHO USES

24  TRANSIT AROUND THE BAY AREA.

25         THE DUMBARTON BRIDGE SERVICE IS PAID FOR BY A WHOLE

1  CONSORTIUM OF TRANSIT AGENCIES; AC TRANSIT, SAMTRANS, CALTRAIN,

2  BART, I THINK THE NVTA, SO THAT THERE ARE AT LEAST FIVE

3  AGENCIES THAT PAY INTO IT.  AND BECAUSE OF -- BART'S IN

4  COMPETITION AMONG THE UNION LOCALS.  THAT WAS ALWAYS A

5  CONTRACTED SERVICE.  WE MANAGED IT -- ACTUALLY, WE HAVE MANAGED

6  IT FOR ABOUT THE LAST FIVE OR SIX YEARS.  BEFORE THAT IT USED

7  TO ROTATE AND THAT WAS VERY INEFFICIENT.

8           SO WE TOOK OVER MANAGEMENT OF IT AND THEN WE BROUGHT

9  IT IN-HOUSE THREE OR FOUR YEARS AGO, BUT IT'S STILL PAID FOR BY

10 ALL OF THOSE AGENCIES AND PROVIDES SERVICE CROSS THE DUMBARTON

11 BRIDGE BETWEEN ALAMEDA COUNTY AND BOTH SAN MATEO AND SANTA

12 CLARA COUNTIES.

13 **Q.**  I ASKED YOU EARLIER ABOUT THE COMMITTED AND UNCOMMITTED

14 FUNDS, BUT I NEGLECTED TO ASK YOU WHETHER THE RESOLUTION 3434

15 POLICIES THAT MTC HAS RESULT IN OPERATION SHORTFALLS FOR AC

16 TRANSIT?

17 **A.**  AGAIN, IT'S THE POLICIES THAT UNDERLIE AND ARE BEHIND

18 3434.  3434 IS A LIST OF PROJECTS AND TRYING TO PUT FUNDS

19 TOGETHER WITH THOSE PROJECTS.

20           IT, ITSELF, DOESN'T CAUSE ANY SHORTFALLS, BUT THE

21 FACT THAT MTC HAS ADOPTED POLICIES ABOUT WHERE VARIOUS KINDS OF

22 FLEXIBLE FUNDS ARE GOING TO BE FLEXED TO, AND THEN 3434 SETS UP

23 SOME REALLY VORACIOUS CONSUMERS OF MONEY.  THE BIGGEST ONE

24 BEING THE BART TO SAN JOSE PROJECT, WHICH FTA CALLS THE

25 $6.1 BILLION PROJECT AND I THINK VTA CALLS FOUR POINT -- IT'S

1    4.7.

2              BUT THOSE SORT OF BECOME OF VAMPIRES THAT FEED ON ALL

3    THE REST OF THE TRANSIT AGENCIES.

4    Q.   DO THESE POLICIES, THESE POLICIES AS YOU DESCRIBED THEM,

5    DID THEY RESULT IN SERVICE CUTS TO AC TRANSIT?

6    A.   THE LACK OF MONEY WHICH WAS PARTIALLY CAUSED BY NOT HAVING

7    BACKFILLS FROM POTENTIAL SOURCES, ALTHOUGH MTC DID DO IT ONCE,

8    HAVE CAUSED CUTBACKS IN THE PAST.

9    Q.   NOW, WHEN DID IT -- MTC DO THAT ONCE?

10   A.   I BELIEVE IT WAS 2003, BUT EVERYBODY IN THE REGION -- IT

11   WAS AS A RESULT OF THE DOT CRASH.  EVERYTHING WAS AWFUL.

12             AND SALES TAX REVENUE, WHICH ALL OF US IN THE REGION

13   DEPEND ON IN ONE WAY OR ANOTHER, HAD DROPPED QUITE SEVERELY AND

14   EVERYBODY IN THE REGION GAVE UP BUS PURCHASES FOR A YEAR SO

15   THAT THAT MONEY COULD BE FLEXED INTO PREVENTIVE MAINTENANCE AND

16   COULD SAVE MANY OF US.  I MEAN, NOT JUST US, BUT MUNI AND

17   SAMTRANS AND EVERYBODY.

18   Q.   OKAY.  I ASKED YOU YESTERDAY WHEN THE BREAK CAME ABOUT --

19   I THINK I WAS ASKING ABOUT PARCEL TAX BALLOT MEASURES.  DO YOU

20   RECALL THAT TESTIMONY?

21   A.   YES.

22   Q.   AND I BELIEVE YOU REFERRED TO THREE OF THEM, IS THAT

23   CORRECT?

24   A.   YES.

25   Q.   AND AM I TO UNDERSTAND THAT THOSE BALLOT INITIATIVES WERE

1  THE BALLOT INITIATIVES YOU WERE FAMILIAR WITH BECAUSE YOU WERE

2  ON THE BOARD AT THAT TIME?

3  **A.**   CORRECT.  THEY WERE THE ONES THAT HAPPENED WHILE I WAS ON

4  THE BOARD.  BEFORE I GOT ON THE BOARD, THEY TRIED ONCE

5  BEFORE -- IT TAKES A TWO-THIRDS AND THEY GOT VERY, VERY CLOSE,

6  BUT MISSED IT.  AND WE TALKED A LOT ABOUT THAT WHEN WE WERE

7  DOING AA BECAUSE THERE WERE A NUMBER OF LESSONS TO BE -- I

8  THINK IT WAS JJ, AND THERE WERE A NUMBER OF LESSONS TO BE

9  LEARNED FROM THAT ABOUT HOW TO APPROACH A PARCEL TAX AND HOW

10  NOT TO.

11  **Q.**   AND THE TWO-THIRDS THAT YOU ARE REFERRING TO IS THE

12  PERCENTAGE OF THE VOTE THAT YOU NEED TO HAVE IN ORDER TO --

13  **A.**   CORRECT.

14  **Q.**   (CONTINUING) -- HAVE THE BALLOT INITIATIVE APPROVED --

15  **A.**   CORRECT.

16  **Q.**   -- IS THAT CORRECT?

17         I WOULD LIKE TO ASK YOU WHETHER AC TRANSIT HAS THE

18  AUTHORITY TO PROPOSE A SALES TAX?

19  **A.**   NO, NOT -- NOT ON OUR OWN.

20  **Q.**   WHY NOT?

21  **A.**   IT'S A COMBINATION OF OUR ORGANIC STATUTE, PUBLIC TRANSIT

22  LAW, WHICH IS IN THE PUBLIC UTILITIES CODE -- AND I DON'T HAVE

23  THE SECTION MEMORIZED -- PROP 13 AND PROP 118.

24         WHEN AC TRANSIT WAS ORIGINALLY ESTABLISHED, IT HAD

25  THE AUTHORITY TO IMPOSE AD VALOREM PROPERTY TAXES, THE ORDINARY

 1  SORT OF PROPERTY TAX THAT TRADITIONALLY PAID FOR LOCAL

 2  GOVERNMENT IN CALIFORNIA; SCHOOLS, CITIES, ALL THAT STUFF.

 3          WE LOST THAT AUTHORITY WITH PROP 113 -- I'M SORRY,

 4  WITH PROP 13.  ALL SPECIAL DISTRICTS LOST THE POWER TO IMPOSE

 5  PROPERTY TAXES.  THAT WAS FURTHER LIMITED BY 118.

 6          **THE COURT:**  IT'S HARD TO REMEMBER A TIME WHEN

 7  PROPOSITIONS WERE IN THE SINGLE DIGITS.

 8          **THE WITNESS:**  YEAH.  I REMEMBER PROPOSITION 6.

 9          **THE COURT:**  WE SHOULD START OVER WITH 1 AGAIN.

10          **MR. LEE:**  I HAVE AN OLD LICENSE PLATE AND EVERYONE

11  MARVELS AT ME.

12          **THE WITNESS:**  MY LICENSE PLATE IS TCD 308.

13  **BY MR. LEE:**

14  **Q.**  I'M SORRY.  BEFORE YOU CONTINUE, COULD YOU TELL US WHAT

15  118 IS?

16  **A.**  I HOPE I HAVE THE NUMBER RIGHT.  IT'S A FURTHER LIMITATION

17  ON GOVERNMENTAL ENTITIES THROUGHOUT CALIFORNIA -- SPECIAL

18  DISTRICT, CITIES, COUNTIES, EVERYBODY -- IN THEIR ABILITY TO

19  PROPOSE TAXES, HOW OFTEN THEY CAN PROPOSE THEM, WHAT KIND OF

20  TAXES THEY CAN PROPOSE, ET CETERA.

21  **Q.**  OKAY.

22  **A.**  BUT THE COMBINATION OF ALL OF THAT MEANS THE ONLY TAX THAT

23  THE AC TRANSIT BOARD CAN PROPOSE IS A PARCEL TAX.  AND WE

24  SOMETIMES GET CRITICIZED FOR THAT, BUT WE ARE STUCK WITH IT.

25  **Q.**  NOW, AS I UNDERSTAND IT, A PARCEL TAX IS NOT AD VALOREM

1   TAX, IS THAT CORRECT?

2   **A.**   CORRECT.  A PARCEL TAX IS A SPECIFIC NUMBER OF DOLLARS PER

3   PARCEL.  AND AS I EXPLAINED YESTERDAY, IF YOU HAVE AN APARTMENT

4   BUILDING THAT'S BEEN CONVERTED TO CONDOS AND SOMEBODY HAS A

5   $300,000 CONDO, THEY PAY THE SAME PARCEL TAX ON THAT PARCEL AS

6   SOMEBODY WITH A $10 MILLION MANSION IN PIEDMONT.

7   **Q.**   ARE YOU FAMILIAR WITH A PROPOSAL AT AC TRANSIT FOR A BUS

8   PASS PROGRAM FOR LOW INCOME STUDENTS?

9   **A.**   YES.

10  **Q.**   WHEN WAS THAT PROPOSAL MADE?

11  **A.**   I BELIEVE IT WAS 2001, ABOUT THEN.

12  **Q.**   COULD YOU DESCRIBE WHAT THE PROPOSAL WAS?

13  **A.**   IT WAS A PROPOSAL THAT WAS BROUGHT TO US BY A CONSORTIUM

14  OF OUTSIDE GROUPS LED BY THEN ASSEMBLYWOMAN DION ARONER, BUT

15  INCLUDED LOTS OF CHILD ADVOCATES AND INCLUDED AT LEAST TWO

16  DIFFERENT DEPARTMENTS AT U.C. BERKELEY; THE GRADUATE SCHOOL OF

17  EDUCATION, AND PLANNING DEPARTMENT.

18          AND WHAT WE WERE TRYING TO DO WAS SEE WHETHER WE

19  COULD IMPROVE SCHOOL PERFORMANCE AMONG STUDENTS BY PROVIDING

20  STUDENTS WHO QUALIFIED FOR FREE INTRODUCED PRICE LUNCHES -- IN

21  OTHER WORDS, VERY POOR STUDENTS -- WITH FREE BUS PASSES.

22          AND THE THEORY, AT LEAST, WAS THAT THERE WERE -- THE

23  ANECDOTAL EVIDENCE WAS THAT THERE WERE A NUMBER OF CHILDREN, IT

24  WAS PARTICULARLY SEVERE IN OAKLAND AND THE WEST CONTRA COSTA

25  SCHOOL DISTRICT, WHO AT THE END OF THE MONTH WERE NOT ATTENDING

1  SCHOOL BECAUSE THEY SIMPLY DIDN'T HAVE ENOUGH MONEY FOR BUS

2  FARE, AND THAT THEY WERE SUFFICIENTLY POOR THAT -- EVEN IN

3  THOSE DAYS IT WAS $27 A MONTH -- A RELATIVELY INEXPENSIVE

4  MONTHLY PASS WAS NOT POSSIBLE FOR THEIR FAMILY.

5          SO IT WAS PROPOSED BY SOME OUTSIDE FOLKS, APPROVED BY

6  THE BOARD OVER STAFF'S OBJECTION, AND WE WERE -- WE TRIED TO

7  GET MONEY FOR IT, AND FROM MTC AND FROM A WHOLE BUNCH OF OTHER

8  FOLKS.

9  Q.  I WILL ASK YOU ABOUT SEEKING TO GET MONEY IN A SECOND, BUT

10  IS THIS THE PROGRAM THAT IS DISCUSSED IN THE GREEN BOOK,

11  STRATEGIC VISION?

12  A.  YES.  IT'S ONE OF THEM.

13  Q.  WHAT EFFORTS DID AC TRANSIT MAKE TO GET FUNDING FROM MTC?

14  A.  WE DID A LOT OF REPORTS AND, AS I SAY, PUT STUFF TOGETHER

15  WITH THE FOLKS FROM U.C. BERKELEY, WHO REALLY TOLD US THAT --

16  THE EDUCATION FOLKS TOLD US THAT IN THE EDUCATION ARENA IF YOU

17  ARE REALLY GOING TO HAVE ANY KIND OF VALID DATA IN TERMS OF

18  RESULTS, YOU NEEDED TO RUN A PROGRAM FOR THREE YEARS BECAUSE

19  PEOPLE SORT OF HAD TO GET USED TO IT.

20          AND SO THERE WERE A NUMBER OF MEETINGS WITH MTC -- A

21  COUPLE OF THEM I WAS PART OF, MOST OF THEM WERE DONE WITH

22  STAFF -- TO TRY TO GET FUNDING FOR THE PROGRAM.  WE WANTED, I

23  THINK, ABOUT $4 MILLION.

24  Q.  ON AN ANNUAL BASIS OR -- IF YOU REMEMBER?

25  A.  IN THE END -- THERE ENDED UP BEING A LARGE DISPUTE BETWEEN

1  OUR STAFF AND THE STATISTICIANS FROM BERKELEY.  OUR STAFF SAID

2  IT ENDED UP COSTING ABOUT 5 MILLION A YEAR.  THE BERKELEY FOLKS

3  SAID ABOUT THREE.  SO WE WERE PROBABLY ASKING FOR 4 MILLION A

4  YEAR.

5          THIS WAS AFTER THE FACT.  THE DISPUTE ABOUT WHAT IT

6  COST CAME AFTER THE PROGRAM WAS SUPPOSED TO END.

7  **Q.**  DID MTC IN FACT PROVIDE FUNDS --

8  **A.**  YES.

9  **Q.**  (CONTINUING) -- FOR THIS BUS PASS PROGRAM?

10 **A.**  MTC PROVIDED SOME FUNDS.  IT ENDED UP BEING INADEQUATE TO

11 RUN THE PROGRAM.  SO WE TOOK, I THINK, TWO YEARS OF FUNDING AND

12 PUT IT INTO THE FIRST YEAR OF THE PROGRAM.

13          WE ALSO GOT SOME GRANT FUNDING TO GO OUT AND HIRE A

14 GRANT WRITER, AND SO WE ACTUALLY HAD A GRANT WRITER WHO WAS

15 TEMPORARY EMPLOYEE WHO WAS OUT BEATING THE BUSHES WITH ALL THE

16 FOUNDATIONS AND TRYING TO GET ADDITIONAL MONEY.  AND WE WERE

17 TRYING TO -- A COUPLE OF COUNTY SUPERVISORS WERE PUSHING IT

18 VERY HARD AND SOME OTHER ELECTED OFFICIALS, AND THEY WERE ALSO

19 SEEKING MONEY FROM VARIOUS SOURCES OUTSIDE MTC.  IT ENDED UP

20 NOT BEING FUNDED FOR THE SECOND YEAR.

21 **Q.**  AND DO YOU RECALL THE AMOUNT OF FUNDS THAT AC TRANSIT

22 RECEIVED FROM MTC FOR --

23 **A.**  I THINK IT WAS A MILLION DOLLARS --

24 **Q.**  -- THE LOW INCOME BUS PASS?

25 **A.**  SORRY.

1  **Q.**   I'M SORRY.  I SPEAK SLOWLY SOMETIMES.

2  **A.**   I KNOW THE COURT REPORTER HAS CHASTISED ME.

3         I THINK IT WAS ABOUT A MILLION DOLLARS.

4         **MR. LEE:**  THANK YOU, YOUR HONOR.

5         **THE COURT:**  ALL RIGHT.

6                        **CROSS EXAMINATION**

7  **BY MR. MANOLIUS:**

8  **Q.**   GOOD MORNING, DIRECTOR PEEPLES.

9  **A.**   GOOD MORNING.

10 **Q.**   SHOULD I REFER AS YOU TO PRESIDENT PEEPLES, IS THAT --

11 **A.**   EITHER WAY IS APPROPRIATE.  CHRIS IS PROBABLY TOO INFORMAL

12 FOR A COURTROOM.

13 **Q.**   I CAN'T DO THAT, BUT THANK YOU FOR COMING BACK.

14         WHO IS JOAN MARTIN?

15 **A.**   JOAN MARTIN USED TO BE OUR GRANTS PERSON.  SHE IS THE

16 PERSON FOR MANY, MANY, MANY YEARS WHO DID ALL OUR GRANTS WORK.

17 **Q.**   WHEN YOU SAY "GRANTS," CAN YOU BE MORE SPECIFIC?  ARE

18 THERE SPECIFIC FUNDING SOURCES FOR WHICH SHE SOUGHT GRANTS?

19 **A.**   I THINK SHE WAS -- ANY TIME THERE WAS A GRANT PROCESS I,

20 THINK IT RAN THROUGH JOAN.  WHETHER IT WAS AN FTA GRANT OR A

21 CTC GRANT OR AN MTC GRANT, I THINK SHE WAS THE ONE WHO PREPARED

22 THE PAPERWORK.

23         AND, OBVIOUSLY, SHE WORKED WITH PEOPLE FROM FINANCE

24 AND SHE WORKED WITH PEOPLE FROM OPERATIONS TO GET TOGETHER THE

25 DOCUMENTATION THAT WAS REQUIRED FOR THE GRANT, BUT SHE WAS THE

1   PERSON THROUGH WHOM IT ALL FLOWED.

2   **Q.**   SO SHE WAS RESPONSIBLE, SAY, FOR JARC GRANTS?

3   **A.**   YES.

4   **Q.**   BEFORE YESTERDAY, OBVIOUSLY, WHEN YOU SAW MR. LEE, WHEN

5   WAS THE FIRST TIME YOU MET WITH PLAINTIFF'S COUNSEL IN THIS

6   CASE?

7   **A.**   LAST THURSDAY, I BELIEVE, AFTER I GOT SUBPOENAED.

8   **Q.**   OKAY.  JUST A COUPLE OF -- YOU MENTIONED THE PUBLIC

9   UTILITIES CODE UNDER WHICH AC TRANSIT IS CONSTITUTED, AND I

10  JUST WANTED TO RUN THROUGH A FEW OF THE PARAMETERS OF KIND OF

11  AC TRANSIT'S POWERS AND THAT KIND OF THING.

12          SO AC TRANSIT OPERATES IN BOTH ALAMEDA AND CONTRA

13  COSTA COUNTIES, CORRECT?

14  **A.**   CORRECT.  THE WESTERN PART -- PORTIONS OF BOTH OF THOSE

15  COUNTIES.  BASICALLY THE WAY I DESCRIBE IT IS WE GO FROM

16  SAN PABLO TO RICHMOND, FROM THE HILLS TO THE BAY.

17  **Q.**   THANK YOU.  AND YOU RUN -- AC TRANSIT RUNS EAST BAY LOCAL

18  SERVICE, CORRECT?

19  **A.**   CORRECT.

20  **Q.**   AND TRANSBAY SERVICE?

21  **A.**   CORRECT.

22  **Q.**   WHICH CARRIES RIDERS ACROSS THE BAY TO SAN FRANCISCO AND

23  THE PENINSULA?

24  **A.**   YES.

25  **Q.**   AND RAPID BUS SERVICE AS WELL?

1  **A.**  CORRECT.

2  **Q.**  AND, AGAIN, I'M GOING TO JUST TRY TO MAKE THIS AS SHORT AS

3  POSSIBLE --

4  **A.**  BUT THOSE, THOSE -- IF YOU ARE TALKING ABOUT PUBLIC

5  TRANSIT LAW, NONE OF WHAT YOU JUST ASKED ME IS IN PUBLIC

6  TRANSIT LAW.

7  **Q.**  I WASN'T IMPLYING THAT IT WAS.

8  **A.**  THE GEOGRAPHY IS IN PUBLIC TRANSIT LAW AND, YOU KNOW, HOW

9  THE BOARD IS SET UP AND HOW IT'S ELECTED AND ALL THAT STUFF.

10  WE ARE NOT -- ALL THE REST OF THAT IS ESSENTIALLY AC TRANSIT

11  POLICY.

12  **Q.**  I UNDERSTAND.  THANK YOU.

13         AGAIN, JUST TO QUICKEN THIS.  I'M GOING TO ACTUALLY

14  DO SOME QUOTING OF STATE LAW, AND IT'S PROBABLY STUFF YOU ARE

15  FAMILIAR WITH; AND IF IT'S NOT, YOU CAN TELL ME.

16         BUT UNDER STATE LAW THE BOARD, YOUR BOARD, IS THE

17  LEGISLATIVE BODY OF THE DISTRICT AND IT DETERMINES ALL

18  QUESTIONS OF POLICY, CORRECT?

19  **A.**  CORRECT.

20  **Q.**  AND UNDER STATE LAW, ALL MATTERS AND THINGS NECESSARY FOR

21  THE PROPER ADMINISTRATION OF THE AFFAIRS OF THE DISTRICT WHICH

22  ARE NOT PROVIDED FOR IN THIS PART ARE PROVIDED BY THE BOARD?

23  **A.**  YES.

24  **Q.**  OKAY.  AND THE BOARD SUPERVISES AND REGULATES ALL THE

25  TRANSIT FACILITIES WITHIN ITS CONTROL?

1   A.   WE SET POLICY FOR AND WE OVERSEE.  I MEAN, REGULATION MAY

2   BY BE THE TERM IN THE STATUTE, BUT WE ARE -- WE'RE PRETTY CLEAR

3   AS TO THE SEPARATION BETWEEN POLICY AND MANAGEMENT.

4          I TEND TO THINK -- FOR EXAMPLE, ADMINISTRATIVE

5   REGULATIONS AT AC TRANSIT ARE ISSUED BY THE GENERAL MANAGER.

6   POLICY DIRECTIVES ARE ISSUED BY THE BOARD.

7   Q.   AND IS IT FAIR TO SAY THAT THE BOARD HAS ULTIMATE

8   AUTHORITY AS TO WHAT LEVEL OF SERVICE --

9   A.   YES.

10  Q.   IF YOU MIGHT JUST LET ME FINISH, BECAUSE I DON'T WANT TO

11  GET IN TROUBLE EITHER WITH THE COURT REPORTER.

12         SETS ALL ULTIMATE RESPONSIBILITY AS TO WHAT LEVEL OF

13  SERVICE WILL BE PROVIDED?

14  A.   YES, IT DOES WITHIN THE PARAMETERS OF HOW MUCH MONEY WE

15  HAVE GOT AVAILABLE.

16  Q.   RIGHT.  AND THAT INCLUDES ROUTES AND FREQUENCY?

17  A.   CORRECT.

18  Q.   NOW, YOU MENTIONED YESTERDAY ABOUT HOW THE BOARD IS

19  ELECTED, AND YOU ARE AN AT-LARGE MEMBER, CORRECT?

20  A.   CORRECT.

21  Q.   BART HAS AN ELECTED BOARD, ISN'T THAT TRUE?

22  A.   CORRECT.

23  Q.   ARE THERE OTHER ELECTED BOARDS IN THIS AREA FOR TRANSIT

24  AGENCIES?

25  A.   NOT IN THIS AREA.  WE ARE TWO OF THE THREE IN THE UNITED

1   STATES.   THE ONLY OTHER MAJOR TRANSIT AGENCY IN THE UNITED

2   STATES THAT HAS A DIRECTLY ELECTED BOARD IS DENVER, DENVER RTD.

3          THERE ARE SOME IN OREGON, BECAUSE OF A QUIRK OF

4   OREGON LAW THAT THERE ARE EVEN ELECTED MOSQUITO DISTRICT BOARDS

5   IN OREGON.   OREGON LIKES ELECTED BOARDS.

6          BUT THE MAJOR TRANSIT AGENCIES IN OREGON ARE AS WE

7   ARE, CREATURES OF SPECIFIC STATE STATUTE AND THEY -- NEITHER

8   PORTLAND NOR LANE COUNTY, WHICH IS EUGENE, HAVE ELECTED BOARDS.

9   Q.   DOES THE FACT THAT YOUR BOARD IS ELECTED MAKE THE BOARD A

10  MORE INDEPENDENT BODY THAN OTHER TRANSIT BOARDS IN THE AREA?

11  A.   YES.   WELL, NOT -- OTHER THAN BART, WHICH IS --

12  Q.   FAIR ENOUGH.   NOW, MOVING ON TO JUST SOME THINGS ABOUT

13  LOCAL FUNDS.   IN TERMS OF ALLOCATING AC TRANSIT'S PROPERTY TAX

14  REVENUES, MTC HAS NO ROLE IN THAT, CORRECT?

15  A.   NO -- OR CORRECT.

16  Q.   NOR DO THEY HAVE A ROLE IN ALLOCATING PARCEL TAX REVENUES?

17  A.   CORRECT.

18  Q.   AND MTC HAS NO ROLE IN THE DISPOSITION OF FUNDS GENERATED

19  BY TRANSIT FARES?

20  A.   IT DOESN'T HAVE A DIRECT ROLE, ALTHOUGH IT WRAPS ALL OF

21  THOSE INTO ITS FUND ESTIMATES.

22  Q.   AND THOSE NUMBERS WOULD BE PROVIDED BY AC TRANSIT TO GIVE

23  TO MTC?

24  A.   CORRECT.

25  Q.   SO THEY PLUG IN THE NUMBER INTO THE ESTIMATE?

1  A.   CORRECT.

2  Q.   NOW, THE MEASURE THAT'S ON THE BALLOT IN NOVEMBER OF THIS

3  YEAR IS THE PARCEL TAX YOU WERE TALKING ABOUT, RIGHT?

4  A.   CORRECT.

5  Q.   AND WHAT IS THAT EXPECTED TO GENERATE PER YEAR?

6  A.   THAT'S EXPECTED TO GENERATE ABOUT $12 MILLION A YEAR.

7  Q.   I WANT TO YOU TAKE BACK TO YOUR -- WHAT YOU WERE TALKING

8  ABOUT WITH RESOLUTION 3434 AND SPECIFICALLY, IF YOU STILL HAVE

9  PLAINTIFF'S BINDER -- IS IT TO THE -- THANK YOU.

10         AND THE FOURTH PAGE OF THE EXHIBIT IS WHAT I WANT TO

11  CONCENTRATE ON, AND THAT WAS THE ONE YOU WERE DEALING WITH

12  YESTERDAY.

13  A.   WHICH EXHIBIT?

14  Q.   I'M SORRY.  TAB 2.

15  A.   THE GREEN BOOK, OKAY.

16  Q.   EXACTLY, THE GREEN BOOK.  I THINK IT'S THE FOURTH PAGE.

17  A.   IT'S ACTUALLY PAGE SEVEN AND EIGHT IN THE BOOK.  IT'S THE

18  CHART.

19  Q.   FOURTH PIECE OF PAPER I MEANT.

20         SO RESOLUTION 3434, YOU MENTIONED THAT MTC PUT OUT A

21  CALL FOR PROJECTS?

22  A.   CORRECT.

23  Q.   AND AC TRANSIT HAD RESPONDED TO THAT CALL?

24  A.   YES.

25  Q.   AS HAD ALL THE OTHER OPERATORS, I IMAGINE, IN THE REGION?

1    A.    I DON'T -- ALL THE OTHER MAJOR OPERATORS.  I THINK THE

2    LITTLE ONES DON'T HAVE PROJECTS THAT ARE BIG ENOUGH TO QUALIFY

3    FOR 3434.

4    Q.    WERE THERE ANY CRITERIA SET FOR WHAT PROJECTS -- HOW

5    PROJECTS WOULD BE CONSIDERED INTO GOING INTO 3434?

6    A.    YES.

7    Q.    AND WHAT WERE THOSE CRITERIA?

8    A.    THERE WERE A WHOLE SET OF CRITERIA, AND I DON'T HAVE THEM

9    IN MY HEAD AT THE MOMENT.  THEY INCLUDED THINGS LIKE COST PER

10   RIDE, NEW RIDERS; A NUMBER OF OTHER CRITERIA.

11   Q.    AND ISN'T IT TRUE THAT THOSE CRITERIA WERE SET THROUGH A

12   CONSENSUS PROCESS THROUGH THE PARTNERSHIP BOARD?

13   A.    THE -- IT WAS CERTAINLY DISCUSSED AT THE PARTNERSHIP

14   BOARD.  THE CONSENSUS -- MY UNDERSTANDING AT LEAST IS AT THE

15   PARTNERSHIP BOARD THE CONSENSUS IS OFTEN QUITE COERCED.

16   Q.    DO YOU ATTEND PARTNERSHIP BOARD MEETINGS?

17   A.    I HAVE, BUT I DO NOT DO SO REGULARLY.

18   Q.    HOW MANY PARTNERSHIP BOARD MEETINGS HAVE YOU BEEN TO?

19   A.    PROBABLY THREE OR FOUR IN 11 YEARS, SO I DON'T DO IT VERY

20   OFTEN.

21   Q.    SO ANY UNDERSTANDING THAT YOU HAVE WOULD BE BASED ON WHAT

22   SOMEBODY TOLD YOU?

23   A.    CORRECT.

24   Q.    WERE YOU AT THE PARTNERSHIP BOARD MEETING AT WHICH -- OR

25   MEETINGS, DEPENDING ON HOW MANY THERE WERE, AT WHICH THE

1  CRITERIA FOR INCLUSION INTO 3434 WERE DISCUSSED?

2  **A.**   NO, I WAS NOT.

3  **Q.**   SO YOU DON'T HAVE ANY PERSONAL KNOWLEDGE OF WHAT OCCURRED

4  AT THOSE MEETINGS?

5  **A.**   CORRECT.

6  **Q.**   AND GOING BACK TO -- BECAUSE I JUST WASN'T CLEAR ON YOUR

7  TESTIMONY YESTERDAY.

8          LOOKING AT THE LIST WHICH IS ON PAGE SEVEN AND EIGHT,

9  OR THE FOURTH PIECE OF PAPER IN THE STRATEGIC VISION AT TAB 2,

10 YOU HAD SAID THE TWO MAJOR PROJECTS AT THE TOP WERE DEFINITELY

11 SUBMITTED, AND THEN YOU SAID SOMETHING ABOUT MISCELLANEOUS

12 CORRIDORS?

13 **A.**   CORRECT.

14 **Q.**   AND I WASN'T SURE WHAT YOU MEANT.  DID YOU MEAN THAT ALL

15 OF THE PROJECTS ABOVE THE BLACK LINE HAD BEEN SUBMITTED?

16 **A.**   I DON'T REMEMBER WHETHER IT WAS ALL OF THEM OR JUST A

17 SELECTION OF THEM.

18 **Q.**   OKAY.  SO AS YOU SIT HERE TODAY, OTHER THAN THE TWO,

19 SAN PABLO AVE AND TELEGRAPH/INTERNATIONAL BOULEVARD/EAST 14TH,

20 CAN YOU TELL ME WHICH OTHER OF THE ENHANCED BUS SERVICE

21 PROJECTS WERE ACTUALLY SUBMITTED TO MTC FOR CONSIDERATION FOR

22 INCLUSION INTO RESOLUTION 3434?

23 **A.**   I'M ALMOST POSITIVE THAT MACARTHUR AND

24 HESPERIAN/MISSION/EAST 14TH WERE SUBMITTED.  I DON'T KNOW ABOUT

25 THE REST OF THEM.

1  Q.  AND WITH REGARD TO THE PROJECTS BELOW THE BLACK LINE, BUS

2  RAPID TRANSIT CORRIDORS, THE FIRST PROJECT WAS DEFINITELY

3  SUBMITTED?

4  A.  YES.  THAT -- THAT WAS SUBMITTED AS -- THE SUBMISSION WAS

5  PHASE ONE AND TWO OF THE TELEGRAPH/INTERNATIONAL.  AND PHASE

6  WAS THE ENHANCED BUS OR RAPID BUS ABOVE THE LINE, AND PHASE TWO

7  WAS THE FULL BLOWN BRT.

8  Q.  WAS ANY OF THOSE OTHER PROJECTS BELOW THE BLACK LINE, BUS

9  RAPID TRANSIT CORRIDORS, SUBMITTED FOR INCLUSION IN 3434?

10  A.  I DON'T BELIEVE THEY WERE.

11  Q.  SO WERE ANY OF THE PROJECTS -- AGAIN, GOING BACK UP TO THE

12  TOP OF THE SHEET, ENHANCED BUS SERVICE.  WERE ANY OF THE

13  PROJECTS THAT ARE LISTED THERE NOT ACCEPTED FOR INCLUSION IN

14  3434?

15  A.  I DON'T -- THERE WAS AN INITIAL -- WELL, I HAVE TO ANSWER

16  YES BASED ON THE MONEY.  WE SUBMITTED 800, 900 MILLION, CLOSE

17  TO A BILLION DOLLARS IN PROJECTS.  WE ENDED UP WITH

18  200 MILLION.

19        BUT WHICH ONES, I WOULD HAVE TO GO -- I DIDN'T REVIEW

20  OUR 3434 SUBMISSIONS AND I WOULD HAVE TO REVIEW THE 3434

21  SUBMISSIONS AND THEN LOOK AT 3434 AND SEE WHAT GOT INCLUDED

22  INITIALLY AND THEN WHAT GOT INCLUDED AFTER THE FUNDING

23  CUTBACKS.

24  Q.  OKAY.  SO WHEN -- THESE FUNDING CUTBACKS THAT YOU ARE

25  TALKING ABOUT, DID THEY ELIMINATE ENTIRE PROJECTS OR JUST

1   LESSENED THE AMOUNT OF DOLLARS ON A SPECIFIC PROJECT?

2   **A.**   I THINK THEY LESSENED THE AMOUNT OF DOLLARS ON A SPECIFIC

3   PROJECT, BUT I THINK ONE OR TWO PROJECTS WERE ELIMINATED, BUT

4   I'M NOT SURE ABOUT THAT.

5   **Q.**   OKAY.  SO OTHER THAN REDUCTIONS IN THE AMOUNT OF MONEY

6   THAT WERE GOING TO SPECIFIC PROJECTS, CAN YOU TELL ME TODAY

7   WHAT PROJECTS WERE REJECTED FROM INCLUSION IN 3434?

8   **A.**   NO.

9   **Q.**   AND MOVING TO THE PORTION BELOW THE LINE, BUS RAPID

10  TRANSIT CORRIDORS, I WANT TO ASK YOU THE SAME SERIES OF

11  QUESTIONS.

12          WERE ANY OF THE -- YOU WEREN'T SURE WHAT WAS ACTUALLY

13  SUBMITTED.  WAS ANYTHING REJECTED --

14  **A.**   NO, NO.  BELOW THE LINE I'M SURE WAS SUBMITTED.

15  **Q.**   OKAY.  AND WHAT WAS THAT --

16  **A.**   BELOW THE LINE THE ONLY THING THAT WAS SUBMITTED WAS

17  INTERNATIONAL/TELEGRAPH --

18  **Q.**   AND THAT WAS --

19  **A.**   AS IT IS HERE TELEGRAPH/EAST 14.

20  **Q.**   AND THAT WAS FUNDED?

21  **A.**   THAT WAS FUNDED.

22  **Q.**   YOU WERE JUST TALKING ABOUT THE SCHOOL BUS PROGRAM?

23  **A.**   YES.

24  **Q.**   AND MTC DID, INDEED, FUND THAT PROGRAM FOR TWO YEARS,

25  ISN'T THAT CORRECT?

1  **A.**   IT FUNDED IT PARTIALLY FOR TWO YEARS.  IT ENDED UP BEING

2  COLLAPSED INTO ONE-YEAR FUNDING.

3  **Q.**   BUT INITIALLY IT FUNDED IT FOR TWO YEARS AT A MILLION

4  DOLLARS A YEAR, IS THAT CORRECT?

5  **A.**   I DON'T -- I DON'T THINK IT WAS A MILLION A YEAR, BECAUSE

6  IT ENDED UP BEING COLLAPSED INTO JUST A MILLION.

7  **Q.**   DO ANY OTHER OPERATORS THAT YOU ARE AWARE OF HAVE STUDENT

8  BUS PROGRAMS IN THE NINE BAY AREA COUNTIES?

9  **A.**   I THINK THE CLOSEST ONE IS SACRAMENTO -- WELL, STUDENT BUS

10  PROGRAMS.  A NUMBER OF OPERATORS HAVE LOW COST STUDENT BUS

11  PROGRAMS.  EVERYBODY KEEPS TELLING US THAT IN MUNI THE STUDENT

12  PASS IS ONLY 10 BUCKS.  BUT I DON'T -- I TAKE THAT BACK.

13       I THINK SAMTRANS TRIED TO DO A FREE BUS PROGRAM, A

14  VERY SMALL ONE, VERY LIMITED ONE, NOTHING AS BIG AS WE DID.

15  EXPERIMENTED WITH IT BRIEFLY AND THEN CLOSED IT OUT.

16       MOST OF THE OPERATORS HAVE SOME KIND OF LOW COST BUS

17  PASS.  FREE WAS AN INNOVATION THAT WAS BROUGHT TO US BY THE

18  FOLKS AT U.C. BERKELEY.

19  **Q.**   LET ME ASK MY QUESTION A DIFFERENT WAY.  DO ANY OTHER

20  OPERATORS IN THE NINE BAY AREA COUNTIES HAVE A STUDENT BUS PAST

21  PROGRAM FOR WHICH THEY HAVE REQUESTED SPECIAL FUNDS FROM MTC?

22  **A.**   I DON'T -- WELL, I DON'T KNOW, BUT NONE THAT I KNOW OF.

23  **Q.**   ARE YOU AWARE THAT -- DID YOU EVER TALK TO JOAN MARTIN

24  ABOUT THAT PROGRAM?

25  **A.**   YES.

1  Q.   AND ARE YOU AWARE THAT SHE WAS VERY CRITICAL OF THE

2  STUDENT BUS PASS PROGRAM?

3  A.   YES.  STAFF IN GENERAL WAS VERY HOSTILE TO THAT PROGRAM.

4  Q.   AND THE REASON SHE WAS HOSTILE TO THAT PROGRAM WAS BECAUSE

5  IT WAS A MONEY LOSER, IS THAT CORRECT?

6         THE COURT:  THINGS THAT ARE FREE GENERALLY ARE.

7  A.   YES.

8         MR. MANOLIUS:  I'M NOT DONE, YOUR HONOR.

9  BY MR. MANOLIUS:

10  Q.   AND THAT IT WAS NOT BEING UTILIZED VERY -- VERY MUCH; THAT

11  RIDERSHIP WAS INCREDIBLY BELOW LOW ON THE STUDENT BUS PROGRAM?

12  A.   NO, I NEVER HEARD HER MAKE THAT CRITICISM OF IT.  THAT

13  WOULD BE AN INACCURATE CRITICISM.

14  Q.   ARE YOU AWARE OF CRITICISM BY CALIFORNIA LEGISLATURES --

15  LEGISLATORS AT THE WAY IN WHICH AC TRANSIT WAS RUNNING THAT

16  PROGRAM?

17  A.   NO, ALTHOUGH THE COOPERATION WITH THE SCHOOL DISTRICT WAS

18  MUCH MORE DIFFICULT THAN WE ANTICIPATED, AND IT WOULD NOT

19  SURPRISE ME THAT PEOPLE WERE VERY FRUSTRATED WITH THAT.

20  Q.   SO YOU NEVER SAW A LETTER FROM A GROUP OF CALIFORNIA

21  LEGISLATORS SUGGESTING THAT THE PROGRAM WAS NOT BEING RUN

22  EFFECTIVELY BY AC TRANSIT?

23  A.   I CERTAINLY DON'T REMEMBER SUCH A LETTER.  IT MAY -- AND

24  IT WOULD DEPEND WHEN IT CAME IN.

25  Q.   I THINK YOU TESTIFIED THAT AC TRANSIT NEVER SEEKS MORE

1   5307 FUNDS THAN MTC SAYS IT CAN GET, RIGHT?

2   A.   CORRECT.

3   Q.   MTC'S 5307 POLICY IS KNOWN AS THE TRANSIT CAPITAL

4   PRIORITIES PROCESS?

5   A.   CORRECT.

6   Q.   THAT WAS ESTABLISHED IN THE 80'S, IS THAT CORRECT?

7   A.   A LONG TIME AGO.

8   Q.   AND ARE YOU AWARE OF THE SCORING SYSTEM THAT GOES ALONG

9   WITH THAT PROCESS?

10  A.   YES.

11  Q.   AND YOU UNDERSTAND THAT, SAY, BUS REHABILITATION

12  REPLACEMENT IS SCORED 16, THE HIGHEST POSSIBLE SCORE?

13  A.   YES.

14  Q.   AND THAT PREVENTIVE MAINTENANCE HAS TRADITIONALLY BEEN

15  SCORED AT A NINE?

16  A.   CORRECT.  THE SCORING IS ENTIRELY A POLICY DECISION BY

17  MTC.

18  Q.   ISN'T IT TRUE THAT IT'S ACTUALLY AN OUTGROWTH OF THE

19  PARTNERSHIP PROCESS WHERE THE OPERATORS HAVE GOTTEN TOGETHER

20  AND COME TO A CONSENSUS ON THAT?

21  A.   THAT CONSENSUS IS OFTEN HEAVILY COERCED.

22  Q.   WHEN YOU SAY IT'S "COERCED," HOW IS IT COERCED?

23  A.   WELL, FOR EXAMPLE, WITH OUR PRIOR GENERAL MANAGER, SHE

24  GAVE UP ATTENDING PARTNERSHIP MEETINGS BECAUSE SHE WOULD

25  REQUEST SOMETHING BE PUT ON THE AGENDA AND IT WOULDN'T BE PUT

1  ON THE AGENDA.  SHE WOULD REQUEST SOMETHING THE NEXT MONTH BE

2  PUT ON THE AGENDA, IT WOULDN'T BE PUT ON THE AGENDA.  SHE WOULD

3  WRITE A LETTER REQUESTING THAT SOMETHING BE PUT ON THE AGENDA,

4  AND MTC STAFF WOULD TALK ABOUT HOW DIFFICULT AND UNCOOPERATIVE

5  AC TRANSIT WAS.  AS I SAY, SHE FINALLY GAVE UP.

6  **Q.**    HOW LONG HAS MR. FERNANDEZ BEEN GENERAL MANAGER?

7  **A.**    HE BECAME ACTING WHEN SHARON HAD HER STROKE IN JANUARY OF

8  99.  HE BECAME PERMANENT ABOUT A YEAR LATER.

9  **Q.**    OKAY.  AND YOU ARE AWARE THAT HE ATTENDS PARTNERSHIP

10 MEETINGS?

11 **A.**    YES.  HE HAS BEEN MUCH MORE SUCCESSFUL.

12 **Q.**    WHAT ARE THE SCORES, 10 THROUGH 15, IF YOU WILL?  WHAT

13 KINDS OF PROJECTS GO INTO THE 10 TO 15 RANGE?  UNDERSTANDING

14 I'M STARTING WITH A 9 AND 16 IS MY OUT --

15 **A.**    YES.  I HAVE NEVER REALLY LOOKED AT THE -- AT THE DETAILS

16 OF THE SCORING.

17 **Q.**    ISN'T IT TRUE THAT THE PARTNERSHIP HAS RECONSIDERED THE

18 5307 TRANSIT CAPITAL PRIORITIES PROGRAM ON A NUMBER OF

19 OCCASIONS IN THE LAST, SAY, EIGHT YEARS?

20 **A.**    YES.

21 **Q.**    AND IT STILL HASN'T CHANGED THE SCORING SYSTEM, HAS IT?

22 **A.**    CORRECT.  BUT YOU ARE ACTING LIKE THE PARTNERSHIP IS

23 SOMETHING DIFFERENT THAN MTC.

24 **Q.**    ISN'T IT TRUE THAT THE PARTNERSHIP CONSISTS OF TRANSIT

25 OPERATORS?

1   A.    YES.

2   Q.    AND IT CONSISTS OF CONGESTION MANAGEMENT AGENCIES?

3   A.    YES.

4   Q.    AND OTHER REGIONAL REPRESENTATIVES ON DIFFERENT ISSUES,

5   SUCH AS AIR QUALITY?

6   A.    CORRECT.

7   Q.    AND CONGESTION?

8   A.    CORRECT.

9   Q.    IN CITIES AND COUNTIES?

10  A.    CORRECT.

11  Q.    AND THOSE FOLKS DON'T WORK FOR MTC DO THEY?

12  A.    THOSE FOLKS DO NOT WORK FOR MTC, BUT THEY ARE QUITE AWARE

13  OF MTC POLICIES AND THEY ARE HEAVILY INFLUENCED BY MTC STAFF.

14  Q.    AND I THINK YOU SAID THAT AC TRANSIT IS AFRAID TO ASK FOR

15  MORE MONEY IN THIS REGARD BECAUSE IT MIGHT ANGER MTC?

16  A.    YES.  AND I THINK THAT'S A STAFF FEELING AND IT IS SHARED

17  BY SOME MEMBERS OF THE BOARD.

18  Q.    OKAY.  AND IT'S A STAFF FEELING.  IS THAT A FEELING THAT

19  MR. FERNANDEZ HAS EXPRESSED TO YOU?

20  A.    OH, ABSOLUTELY.

21  Q.    SO IS IT YOUR TESTIMONY THAT MR. FERNANDEZ HAS TOLD YOU HE

22  HAS BEEN AFRAID TO SPEAK UP AT PARTNERSHIP MEETINGS ABOUT

23  POLICY CHANGES?

24  A.    NO.

25  Q.    ISN'T IT TRUE, IN FACT, THAT HE DID ASK FOR A POLICY

1    CHANGE WHEN THE RECESSION HIT IN '01, '02, '03 SO THAT

2    PREVENTIVE MAINTENANCE MONIES COULD BE MADE AVAILABLE FOR

3    OPERATING?

4    **A.**    YES.   THAT WAS HIS IDEA AND MTC WENT ALONG WITH IT.

5    **Q.**    AND HE PRESENTED THAT IDEA?

6    **A.**    CORRECT.

7    **Q.**    SO HE MUST NOT HAVE BEEN AFRAID TO PRESENT THE IDEA, ISN'T

8    THAT CORRECT?

9    **A.**    CORRECT.

10   **Q.**    AND YOU KNOW THAT THE OUTGROWTH OF THAT WAS THAT THE

11   PARTNERSHIP BOARD DID NOT RECOMMEND A CHANGE IN THE POLICY,

12   JUST AN EXCEPTION TO IT FOR AWHILE?

13   **A.**    CORRECT.   CORRECT.   THEY DID A ONE YEAR -- EVERYBODY GAVE

14   UP THEIR -- EVERYBODY DELAYED THEIR BUS PURCHASES BY A YEAR.

15   **Q.**    I WANT TO TALK ABOUT 5307 FUNDS.

16          IT'S TRUE, IS IT NOT, THAT MTC DOES NOT CONTROL THE

17   AMOUNT OF 5307 FUNDS THAT COME TO THE REGION?

18   **A.**    CORRECT.

19   **Q.**    THAT THAT IS AN ACT OF CONGRESS?

20   **A.**    CORRECT.

21   **Q.**    AND THOSE ARE KNOWN AS FLEXIBLE FUNDS?

22   **A.**    THEY ARE KNOWN AS FLEXIBLE FUNDS.   IT'S AN ACT OF CONGRESS

23   THAT'S HEAVILY LOBBIED BY MTC AND EVERYBODY ELSE IN THE

24   COUNTRY.

25   **Q.**    IT'S A COMPETITION?

1  A.    CORRECT.

2  Q.    OKAY.  SO, AND IT'S TRUE THAT MTC HAS BASICALLY BY POLICY

3  DEDICATED THOSE FUNDS TO CAPITAL REHAB?

4  A.    CORRECT.

5  Q.    AND NOT CAPITAL EXPANSION?

6  A.    CORRECT.

7  Q.    DO YOU KNOW HOW MUCH 5307 MONEY COMES TO THE REGION IN A

8  TYPICAL YEAR?

9  A.    I DON'T KNOW.  I WOULD BE GUESSING.

10 Q.    DO YOU HAVE A SENSE OF -- AGAIN, NOTING MTC'S SCORE 16

11 POLICY, DO YOU KNOW HOW THE AMOUNT OF MONEY THAT COMES TO THE

12 REGION IN 5307 FUNDS EVERY YEAR COMPARES TO THE AMOUNT OF MONEY

13 THAT IT WOULD TAKE TO FULFILL ALL THE SCORE 16 PROJECTS IN THE

14 REGION?

15 A.    I KNOW THAT IT'S NOT ENOUGH MONEY.

16 Q.    OKAY.  SO THERE IS NOT ENOUGH MONEY TO EVEN FILL THE SCORE

17 16 PROJECTS, FAIR?

18 A.    THAT IS A FAIR STATEMENT, BUT IT ASSUMES THAT SCORE 16 IS

19 SOMEHOW HANDED DOWN BY GOD, WHICH IT'S NOT.  IT'S A POLICY

20 DECISION.

21 Q.    RIGHT, I UNDERSTAND THAT.  BUT AMONG THE ITEMS IN SCORE 16

22 ARE BUS REPLACEMENT?

23 A.    CORRECT.

24 Q.    WHICH IS IMPORTANT TO AC TRANSIT?

25 A.    CORRECT.

1  Q.   I WANT TO NOW LOOK AT KIND OF PREVENTIVE MAINTENANCE

2  NEEDS.

3  A.   OKAY.

4  Q.   AND YOU SAID YESTERDAY, I BELIEVE, THAT YOU PREFERRED TO

5  THINK ABOUT IT MONTHLY.  IT WAS ABOUT 3.5 MILLION A MONTH?

6  A.   CORRECT.

7  Q.   I DID SOME MATH.  SO THAT WAS ABOUT 42 MILLION A YEAR.

8  A.   ABOUT.  AND THE MONTHLY -- I THINK I TESTIFIED YESTERDAY

9  THE MONTHLY IS SOMETIMES LUMPY.  WE SOMETIMES GET TWO OR THREE

10 MONTHS AT A TIME.

11         AND I THINK THAT BOTH HAS TO DO WITH WHEN AND HOW WE

12 SUBMIT AND WHEN AND HOW CERTAIN -- THE CYCLE ON WHICH CERTAIN

13 PROCEDURES ARE DONE ON THE BUSES.

14 Q.   SO WHEN YOU SAY THAT IS AC TRANSIT'S NEED, HOW DOES THAT

15 RELATE TO WHAT AC TRANSIT WOULD BE ELIGIBLE FOR, AS FAR AS THE

16 FEDS ARE CONCERNED?

17 A.   I THINK -- I THINK IT'S THE SAME THING.  I THINK IN TERMS

18 OF 50- -- AS I THINK TESTIFIED YESTERDAY, WE HAVE GOT THIS

19 FAIRLY SOPHISTICATED MMMS SYSTEM.  AND SO WE HAVE TRIED TO

20 IDENTIFY ALL THOSE THINGS THAT WOULD QUALIFY FOR PREVENTIVE

21 MAINTENANCE, AND THAT'S WHERE I GET THAT FIGURE OF ABOUT THREE

22 AND A HALF MILLION A MONTH.

23 Q.   JUST AS AN ASIDE, ISN'T IT TRUE THAT THAT MMMS SYSTEM WAS

24 PAID FOR WITH 5307 FUNDS?

25 A.   YES.

1  **Q.**   SO IT'S YOUR TESTIMONY THAT NEED EQUALS ELIGIBILITY?

2  **A.**   CORRECT.  PRETTY MUCH.

3  **Q.**   THAT MAKES SENSE, BECAUSE THE WAY ONE IS ELIGIBLE IS BY

4  SHOWING THE NEED?

5  **A.**   CORRECT.

6  **Q.**   OKAY.  SO WE ARE ON THE SAME PAGE NOW, THAT'S GOOD.

7          LET'S, YOU KNOW, TAKE BART FOR EXAMPLE.  BART ALSO

8  WOULD HAVE ELIGIBILITY FOR PREVENTIVE MAINTENANCE FUNDS,

9  CORRECT?

10  **A.**   CORRECT.

11  **Q.**   IS IT FAIR TO SAY BASED ON THEIR CAPITAL PLAN THAT THEIR

12  NEEDS ARE -- ELIGIBILITY OR NEEDS, BECAUSE WE ARE USING THEM

13  INTERCHANGEABLY, WOULD BE LARGER THAN AC TRANSIT'S?

14  **A.**   IT WOULD PROBABLY BE LARGER, BUT IT DEPENDS ON THE AMOUNT

15  OF EXPANSION THEY DO.  PART OF THE PROBLEM IS THESE RAIL

16  PROJECTS EXPAND AND NEED LARGE AMOUNTS OF CAPITAL TO DO THE

17  EXPANSION, BUT THEN THEY NEED PREVENTIVE MAINTENANCE, THEY NEED

18  OPERATING MONEY, ET CETERA.

19  **Q.**   IF YOU TOOK TODAY AS AN EXAMPLE, THEIR ELIGIBILITY WOULD

20  LIKELY DWARF AC TRANSIT'S?

21  **A.**   I DON'T KNOW DWARF.  IT WOULD CERTAINLY BE HIGHER.

22  **Q.**   HOW ABOUT MUNI?  ISN'T IT FAIR TO SAY THAT MUNI'S

23  PREVENTIVE MAINTENANCE NEEDS/ELIGIBILITY ARE ALSO GREATER THAN

24  AC TRANSIT'S?

25  **A.**   MUNI IS THE LARGEST OPERATOR IN THE REGION BY THREE TIMES

1  AND SO THEIR NEEDS FOR EVERYTHING EXCEED OURS.

2  Q.   OKAY.  SO IF YOU ADDED UP -- AND WE COULD GO DOWN THE LINE

3  OF OPERATORS, BUT WE GET THE POINT, RIGHT?  WE UNDERSTAND EACH

4  OTHER.

5       IF YOU ADDED UP ALL THE ELIGIBILITIES FOR PREVENTIVE

6  MAINTENANCE DOLLARS IN THE REGION, DO YOU HAVE AN IDEA HOW MUCH

7  MONEY THAT WOULD BE IN A SINGLE YEAR?

8  A.   I DON'T, BUT MY GUESS -- WELL, I WOULD HAVE TO GUESS.

9  Q.   I DON'T WANT YOU TO GUESS.

10  A.   IT WOULD BE A LOT OF MONEY.

11  Q.   AND HOW DO YOU THINK THAT AMOUNT OF MONEY WOULD COMPARE

12  WITH WHAT THE REGION GETS IN 5307 FUNDS PER YEAR?

13  A.   I DON'T KNOW.  MY GUESS IS THEY WOULD BE ROUGHLY

14  EQUIVALENT.

15  Q.   OKAY.  SO IF MTC CHANGED ITS POLICY TO ALLOW OPERATORS TO

16  USE 5307 FUNDS FOR ALL THE ELIGIBILITY AND NEED THEY HAD FOR

17  PREVENTIVE MAINTENANCE, IT'S LIKELY THAT ALL OF THE 5307 MONEY

18  WOULD BE EATEN UP BY THOSE NEEDS, ISN'T THAT CORRECT?

19  A.   IT'S POSSIBLE.  I HAVEN'T DONE THE KIND OF ANALYSIS THAT

20  I'M SURE YOU ARE -- BOTH SIDES' EXPERTS ARE DOING TO ACTUALLY

21  LOOK AT THOSE NUMBERS.  AND I FEEL UNCOMFORTABLE TALKING ABOUT

22  REGIONAL NUMBERS AND REGIONAL NEEDS WITHOUT HAVING REVIEWED ALL

23  THE NUMBERS.

24  Q.   OKAY.  I UNDERSTAND THAT.  BUT LET ME GO AT IT A DIFFERENT

25  WAY THEN.

```
 1          ISN'T IT FAIR TO SAY THAT ANY 5307 DOLLAR THAT GOES
 2   TO PREVENTIVE MAINTENANCE IS THEN NOT AVAILABLE FOR CAPITAL
 3   REHAB?
 4   A.    CORRECT, BUT THERE ARE ALSO -- PART OF WHAT IS DONE IN
 5   EVERY GOVERNMENT AGENCY, NOT JUST MTC, NOT JUST TRANSPORTATION,
 6   IS TRYING TO FIND OUT HOW YOU CAN SHUFFLE FUNDS RATHER THAN
 7   JUST LOOKING AT, THIS IS ONE FUND.  YOU CAN USE IT HERE OR YOU
 8   CAN USE IT HERE AND, THEREFORE, IT'S A POLICY DECISION.  WE
 9   SHOULD USE IT HERE OVER ON THE RIGHT-HAND.  BUT LOOKING AT
10   POSSIBILITIES OF OTHER ELIGIBLE USES, WHERE YOU PLAY BILLIARDS
11   WHERE YOU SORT OF BOUNCE AROUND THE ROOM AND, HOPEFULLY, END UP
12   WITH EVERYBODY GETTING A BETTER DEAL.
13   Q.    AND THAT WOULD DEPEND ON FUND ELIGIBILITIES FOR THOSE
14   OTHER FUNDS, CORRECT?
15   A.    CORRECT.
16   Q.    BUT I'M JUST TALKING ABOUT 5307, DOLLAR IN, DOLLAR OUT.
17   IF YOU USE A DOLLAR FOR PREVENTIVE MAINTENANCE, THEN IT'S NOT
18   AVAILABLE FOR CAPITAL REHAB, CORRECT?
19   A.    IF YOU LIMIT IT TO ONE FUND AND TWO USES, YOU ARE CORRECT.
20   Q.    OKAY.  DID JOAN MARTIN EVER EXPRESS HER VIEW TO YOU
21   THAT -- AND I WILL JUST REPRESENT IT; THAT IF THAT KIND OF
22   OPENING OF THE POLICY WAS ALLOWED, THEN BART WOULD SOAK UP ALL
23   THE MONEY?
24   A.    JOAN WAS ALWAYS VERY CONCERNED ABOUT BART, BART SOAKING UP
25   ALL THE MONEY.
```

1   Q.   SO IS THAT --

2   A.   WHATEVER MONEY.

3   Q.   IS THAT A YES, THAT SHE DID EXPRESS THAT TO YOU?

4   A.   YES, BUT SHE WASN'T JUST CONCERNED ABOUT 5307 MONEY.

5   Q.   YOU MENTIONED THAT, I THINK IT WAS MEASURE B FAILED BACK

6   IN 99?

7   A.   NO.  THE ORIGINAL MEASURE B WAS 86.  THE FIRST ATTEMPT AT

8   REAUTHORIZATION WAS 98.  IT FAILED.  IT GOT -- THERE WERE LOTS

9   OF NEGOTIATIONS MOSTLY WITH OUTSIDE TRANSIT ADVOCATES, TO A

10  LESSER EXTENT WITH AC.

11            IT GOT EXTENDED TO 25 YEARS FROM 20.  AND A LOT MORE

12  MONEY GOT PUT IN FOR BUS AND FOR BIKE/PED, BECAUSE THE EAST BAY

13  BICYCLE COALITION WAS BOTH A FACTOR IN ITS DEFEAT AND VERY MUCH

14  AT THE TABLE IN BETWEEN.

15            AND THEN IT PASSED IN 2000 WITH VERY HIGH VOTE, I

16  THINK AROUND 80 PERCENT, BECAUSE THE SIERRA CLUB AND A BUNCH OF

17  OTHER FOLKS WHO HAD OPPOSED IN 78 CAME ON BOARD AND IT WAS

18  PRETTY MUCH UNANIMOUS SUPPORT IN 2000.

19  Q.   WHEN IT FAILED IN 98, THAT OBVIOUSLY POSED A PROBLEM FOR

20  AC TRANSIT, CORRECT?

21  A.   CORRECT.

22  Q.   DIDN'T MTC STEP IN AND HELP AC TRANSIT AT THAT TIME WITH

23  SOME PREVENTIVE MAINTENANCE MONEY?

24  A.   THEY DID WITH SOME, ALTHOUGH THE 11 MILLION WAS STILL

25  FLOWING.  BECAUSE THE 86 MEASURE WAS A 15-YEAR MEASURE, SO IT

 1  DIDN'T REALLY TERMINATE UNTIL 2001.

 2          BUT, YES, INDEED, AC DID COME IN WITH SOME HELP AND

 3  THAT'S WHERE WE GOT IN THIS WHOLE DISCUSSION BECOME A RATIONAL

 4  PLAN FOR RATCHETING DOWN IF 2000 FAILED.  AND A NUMBER OF US

 5  SAID, YES, THAT'S A GOOD IDEA, BUT LET'S TURN THAT INTO A

 6  BROADER DISCUSSION OF SERVICE STANDARD.  SO WE GOT A PLAN FOR

 7  RATCHETING DOWN AND WE GOT A PLAN FOR RATCHETING UP.

 8  Q.   AGAIN, MY QUESTION WAS JUST MORE SIMPLE THAN THAT.  AND I

 9  JUST WANT TO HELP US GET THROUGH THIS, SO IF HE COULD JUST

10  CONFINE IT TO THE QUESTION.

11          IN FACT, YOU'RE A PROPONENT OF THE VAN HOOLE BUS,

12  ISN'T THAT CORRECT?

13  A.   CORRECT.

14  Q.   YOU LIKE THEM, YOU THINK AC TRANSIT SHOULD USE THEM?

15  A.   YES.  BUT WE DID MAKE A MISTAKE IN THE MODEL WE ORDERED

16  FIRST TIME AROUND.  AND WE HAVE NOW CORRECTED THAT MISTAKE AND

17  HAVE A DIFFERENT MODEL, WHICH SOLVES ALL THE LEGITIMATE

18  CRITICISMS ABOUT THE BUS.

19  Q.   OKAY.  AND, AGAIN, I'M NOT GOING TO CRITICIZE THE BUS.

20  I'M JUST TRYING TO GET A HANDLE ON THE HELP THAT MTC GAVE AC

21  TRANSIT AFTER THAT SALES TAX MEASURE FAILED, WAS TO MAKE

22  PREVENTIVE MAINTENANCE FUNDS AVAILABLE SO THAT AC TRANSIT COULD

23  BUY BUSES THAT WERE NOT MADE IN THE UNITED STATES, ISN'T THAT

24  CORRECT?

25  A.   NO.  THERE'S TWO DIFFERENT ISSUES.  IT'S TWO DIFFERENT

1  ISSUES.

2         THAT OCCURRED AROUND THE SAME TIME.  THEY DID

3  ACTUALLY -- AS I REMEMBER, THEY DID ACTUALLY HELP US OUT WITH

4  OPERATING MONEY BECAUSE OF SOME SHORTFALLS AT THAT POINT, AND

5  AT ROUGHLY THE SAME TIME -- THIS WAS A -- RICK IS VERY -- IF

6  YOU GIVE RICK A BOX, HE'S VERY GOOD AT WORKING WITHIN IT.

7         HE NEGOTIATED WITH MTC THE SWAP OF 5307 PREVENTIVE

8  MAINTENANCE FUNDS FOR OUR STATE AND LOCAL FUNDS, WHICH THEN GOT

9  USED FOR BUS PURCHASES, WHICH WERE A SCORE 16 PROJECT.  AND

10 THAT WAS -- THAT WAS VERY, VERY USEFUL AND VERY HELPFUL AND WE

11 ARE VERY APPRECIATIVE OF IT.

12 **Q.**   THAT WAS TO THE TUNE OF, LIKE, $50 MILLION, ISN'T THAT

13 CORRECT, ABOUT 49 MILLION?

14 **A.**   CORRECT.

15 **Q.**   AND I THINK WE ARE SAYING THE SAME THING.  I JUST WANT TO

16 MAKE SURE THE RECORD IS CLEAR.

17        THE WAY THAT WORKED IS BECAUSE THE FEDERAL FUNDS, THE

18 5307 FUNDS COULD NOT BE USED TO PURCHASE THOSE NON-U.S. MADE

19 BUSES, THAT'S WHERE THE SWAP CAME IN, ISN'T THAT CORRECT?

20 **A.**   CORRECT.  ALTHOUGH I MAY BE REFLECTING A LARGER POLITICAL

21 ARGUMENT, BUT THEY ARE BUSES THAT DO NOT MEET BY AMERICA.

22 ALMOST ALL OF THE BUSES THAT DO MEET BY AMERICA ARE MADE

23 OUTSIDE THE USA.

24 **Q.**   THAT'S A GOOD DISTINCTION, BUT THESE PARTICULAR BUSES DID

25 NOT MEET THE REQUIREMENT?

1  **A.**    CORRECT.

2  **Q.**    SO YOU NEEDED MTC'S HELP TO SWITCH THE MONEY AROUND SO

3  THAT YOU COULD BUY THESE BUSES?

4  **A.**    CORRECT.

5  **Q.**    NOW, ISN'T IT TRUE THAT -- OKAY.  SO THAT WAS THE FIRST

6  PREVENTIVE MAINTENANCE ASSISTANCE THAT WE ARE TALKING ABOUT

7  THAT MTC GAVE AC TRANSIT.

8           ISN'T IT ALSO TRUE THAT IN THE FISCAL YEAR 2001/2002

9  MTC APPROVED A REQUEST FROM AC TRANSIT FOR $4.9 MILLION FOR

10  PREVENTIVE MAINTENANCE?

11  **A.**    I THINK I CAN SIMPLIFY IT.  SINCE 2001 WE HAVE DONE THIS

12  SWAP CONTINUOUSLY EVERY TIME WE HAVE BOUGHT BUSES.  MTC HAS

13  APPROVED 5307 MONEY TO BE USED FOR PREVENTIVE MAINTENANCE.  WE

14  HAVE THEN TURNED AROUND AND USED STATE AND LOCAL MONEY FOR ALL

15  OF OUR VAN HOOLE.

16  **Q.**    SO HAVE YOU BOUGHT BUSES EVERY YEAR FROM 2001 TILL

17  PRESENT?

18  **A.**    IT'S NOT EVERY YEAR.  THE -- THERE ARE A COUPLE OF

19  ADVANTAGES OF THIS SWAP TO US OTHER THAN -- THAN BEING ABLE TO

20  PURCHASE A BETTER BUS.

21           ONE OF THEM IS WE GET THE MONEY IN REGULAR CHUNKS.

22  5307 IS A REIMBURSEMENT PROGRAM.  WE DO PREVENTIVE MAINTENANCE

23  ALL THE TIME AND WE SUBMIT IT, GET REIMBURSED FOR IT, AND THEN

24  USUALLY EVERY TWO YEARS WE GO OUT AND BUY BUSES.  AND SO WE GET

25  THE INTEREST ON THAT MONEY DURING THAT PERIOD.

1  Q.  SO WAS THE FISCAL YEAR '01/'02 4.9 MILLION FOR BUS

2  PURCHASES?

3  A.  '01/'02?  NO, THAT -- I THINK THAT'S WHEN THEY --

4  EVERYBODY PUT OFF THEIR BUS PURCHASES AND WE ACTUALLY GOT 5307

5  DIRECTLY FOR OPERATING.

6  Q.  OKAY.  AND DO YOU KNOW, YOU SAID THAT YOU ALWAYS REQUEST

7  WHAT MTC WILL ALLOW?

8  A.  RIGHT.

9  Q.  DO YOU KNOW IF MTC LIMITED AC TRANSIT TO THE 4.9 MILLION

10  IN THE '01/'02 FISCAL YEAR?

11  A.  I BELIEVE THEY DID, BUT I CAN'T TESTIFY TO THAT FOR SURE.

12  Q.  HOW DID THEY LIMIT IT?  HOW WAS THAT DONE?

13  A.  MOST OF THIS -- SOME OF IT'S DONE BY RESOLUTION AND

14  APPLICATION, CALL FOR PROJECTS, ET CETERA.

15          OTHER OF IT IS -- OTHERS OF IT IS DONE BY INFORMAL

16  DISCUSSIONS THAT GO ON ALL THE TIME.

17  Q.  OKAY.  AND NOT DISCUSSIONS THAT YOU HAD YOURSELF?

18  A.  CORRECT.

19  Q.  OKAY.  SO WHAT I'M ASKING YOU FOR IS YOUR PERSONAL

20  KNOWLEDGE AS TO WHETHER AC TRANSIT REQUESTED ANY MORE THAN

21  4.9 MILLION, THAT'S MY FIRST QUESTION FOR, FISCAL YEAR '01/'02?

22  A.  I DON'T THINK SO.

23  Q.  OKAY.  AND DO YOU HAVE ANY PERSONAL KNOWLEDGE THAT MTC

24  LIMITED AC TRANSIT'S REQUEST TO 4.9 MILLION IN FISCAL YEAR

25  '01/'02?

1   A.   NOT TO MY PERSONAL KNOWLEDGE.

2   Q.   OKAY.  WITH REGARD TO FISCAL YEAR '02/'03, ISN'T IT TRUE

3   THAT MTC APPROVED AC TRANSIT'S REQUEST FOR PREVENTIVE

4   MAINTENANCE MONEY TO THE TUNE OF ABOUT $10.8 MILLION?

5   A.   THAT SOUNDS RIGHT.

6   Q.   OKAY.  WAS THAT A BUS BUYING YEAR?

7   A.   02?  THE BUSES CAME IN IN '03.  WE MAY HAVE ORDERED THEM

8   IN '02.  SO I'M NOT SURE.

9        THE VAN HOOLES CAME IN, WERE FIRST SHOWN AT THE APTA

10   EXPO IN LAS VEGAS IN '03.  AND SO WHETHER -- AND I'M PRETTY

11   SURE THEY WERE ORDERED IN '02.

12        WHETHER ANY MONEY -- I DON'T THINK THE MONEY GOT PAID

13   TILL THE BUSES ACTUALLY GOT HERE.

14   Q.   PRESIDENT PEEPLES, I'M TRYING TO -- I HAVE A LIMIT OF 30

15   HOURS FOR THIS CASE, SO I'M TRYING TO ASK YOU "YES" OR "NO"

16   QUESTIONS, SO IF YOU COULD JUST CONFINE YOURS ANSWERS?

17   A.   OKAY.

18   Q.   SO DID AC TRANSIT REQUEST MORE THAN $10.8 MILLION FOR

19   FISCAL YEAR '02/'03 IN PREVENTIVE MAINTENANCE MONIES?

20   A.   NOT THAT I KNOW OF.

21   Q.   OKAY.  AND DID MTC LIMIT AC TRANSIT'S REQUEST -- AND I'M

22   TALKING ABOUT YOUR PERSONAL KNOWLEDGE -- TO $10.8 MILLION FOR

23   '02/'03?

24   A.   I HAVE NO PERSONAL KNOWLEDGE ON THAT.

25   Q.   NOW, WITH REGARD TO '04/'05 -- LET'S JUST MAKE SURE I HAVE

1  GOT MY YEARS RIGHT -- OH, I'M SORRY.  LET'S GO BACK TO '03/'04.

2  **A.**    OKAY.

3  **Q.**    I'M GOING TO ASK YOU THE SAME SERIES OF QUESTIONS.

4           ISN'T IT TRUE THAT AC TRANSIT RECEIVED SEVENTEEN

5  POINT -- A LITTLE MORE THAN $1 MILLION IN PREVENTIVE

6  MAINTENANCE FUNDS FOR '03/'04?

7  **A.**    THAT SOUNDS CORRECT.

8  **Q.**    WAS THAT A BUS BUYING YEAR?

9  **A.**    YES.

10 **Q.**    AND DO YOU HAVE ANY PERSONAL KNOWLEDGE THAT AC TRANSIT

11 REQUESTED MORE THAN THAT SUM?

12 **A.**    I DO -- DO NOT HAVE ANY PERSONAL KNOWLEDGE.

13 **Q.**    AND YOU DON'T HAVE ANY PERSONAL KNOWLEDGE, THEN, THAT MTC

14 HAD TOLD AC TRANSIT IN ANY MANNER THAT IT WOULDN'T APPROVE MORE

15 THAN THAT?

16 **A.**    CORRECT.

17 **Q.**    I'M GOING TO JUST KEEP GOING THROUGH THE YEARS.  I

18 APOLOGIZE.

19           OKAY.  SO FOR FISCAL YEAR '04/'05 ISN'T IT TRUE THAT

20 MTC AGAIN ACCEPTED ITS POLICY TO THE TUNE OF 34.6 MILLION OR

21 .7 MILLION FOR PREVENTIVE MAINTENANCE FOR AC TRANSIT?

22 **A.**    I WOULD OBJECT TO THE TERM 'ACCEPTED ITS POLICY," BECAUSE

23 THE ONLY WAY WE GOT THAT MONEY WAS BY USING OUR OWN MONEY FOR

24 SCORE 16 PROJECTS.

25 **Q.**    OKAY.

1   **A.**   SO, YES, THEY DID DO THE SWAP AND THAT NUMBER SOUNDS ABOUT

2   RIGHT.

3   **Q.**   LET ME ASK IT A DIFFERENT WAY THEN.  FOR FISCAL YEAR

4   '04/'05 ISN'T IT TRUE THAT MTC PROGRAMMED $34.6 MILLION FOR AC

5   TRANSIT UNDER 5307?

6   **A.**   YES.  CERTAINLY, THAT SOUNDS RIGHT.

7   **Q.**   OF THAT AMOUNT 16.2 MILLION WAS USED FOR OPERATING

8   PURPOSES, ISN'T THAT CORRECT?

9   **A.**   YOU ARE DISTINGUISHING OPERATING FROM PREVENTIVE

10  MAINTENANCE?

11  **Q.**   NO, I'M DISTINGUISHING -- YES, I AM.  YES, I AM.

12  **A.**   NOT THAT I KNOW OF.

13  **Q.**   OKAY.  DO YOU KNOW WHETHER AC TRANSIT -- DO YOU HAVE

14  PERSONAL KNOWLEDGE THAT AC TRANSIT ASKED FOR MORE THAN

15  $34.6 MILLION THAT YEAR?

16  **A.**   I DO NOT.

17  **Q.**   DO YOU KNOW WHETHER MTC IN ANY WAY LIMITED -- AGAIN, YOUR

18  PERSONAL KNOWLEDGE -- AC TRANSIT TO THAT AMOUNT THAT YEAR?

19  **A.**   NOT TO MY PERSONAL KNOWLEDGE.

20  **Q.**   DO YOU HAVE ANY PERSONAL KNOWLEDGE AS TO WHETHER AC

21  TRANSIT HAS EVER NOT UTILIZED ALL THAT WAS AVAILABLE TO IT TO

22  BE CONVERTED TO PREVENTIVE MAINTENANCE IN ANY SINGLE YEAR?

23  **A.**   SINCE WE STARTED DOING THE PREVENTIVE MAINTENANCE SWAPS,

24  I DON'T THINK SO.  I THINK WE ARE PRETTY CAREFUL ABOUT THAT.

25  **Q.**   WELL, FOR EXAMPLE, IN FISCAL YEAR '06/'07, ISN'T IT TRUE

1   THAT AC TRANSIT REQUESTED APPROXIMATELY $1.9 MILLION THAT COULD

2   HAVE BEEN USED FOR PREVENTIVE MAINTENANCE, BUT INSTEAD WENT TO

3   CAPITAL PROJECTS?

4   **A.**   THAT'S -- YOU KNOW, I'M TRYING TO REMEMBER WHAT THE

5   CAPITAL -- THERE WERE CAPITAL PROJECTS IN '06/'07 AND I'M

6   TRYING TO REMEMBER WHAT THEY WERE.

7   **Q.**   I THINK I CAN PROBABLY REFRESH YOUR RECOLLECTION, IF YOU

8   ALLOW ME.

9            APPROXIMATELY $1 MILLION FOR MAINTENANCE FACILITY AND

10  EQUIPMENT UPGRADES, DOES THAT SOUND RIGHT?

11  **A.**   YES.

12  **Q.**   AND APPROXIMATELY $873,000 IN INFORMATION SYSTEM UPGRADES?

13  **A.**   YES.  THAT WAS -- YES, THAT WAS PART OF THE PEOPLESOFT

14  ACQUISITION.

15  **Q.**   OKAY.  AND THOSE, AGAIN, ARE MONIES THAT COULD HAVE BEEN

16  USED FOR OPERATING, BUT INSTEAD WENT TO CAPITAL PROJECTS?

17  **A.**   CORRECT.

18  **Q.**   THEN FOR FISCAL YEAR 2007, IT'S THE SAME QUESTION REALLY.

19  AC TRANSIT RECEIVED A LITTLE OVER $2 MILLION, WHICH, AGAIN, IT

20  COULD HAVE USED FOR PREVENTIVE MAINTENANCE OPERATIONS, BUT,

21  AGAIN, WENT TO CAPITAL, IS THAT RIGHT?

22  **A.**   YEAH, THAT'S POSSIBLE BECAUSE I THINK -- I THINK WE WERE

23  USING THAT FOR THE PEOPLESOFT PURCHASES.

24  **Q.**   OKAY.  AND THAT WAS A SERIES OF PURCHASES?

25  **A.**   YES.

1  Q.   AND IN '07 ISN'T IT ALSO TRUE THAT IN ADDITION TO THAT

2  2 MILLION THAT COULD HAVE BEEN AVAILABLE, AC TRANSIT ALSO

3  RECEIVED APPROXIMATELY 17-AND-A-HALF MILLION THAT IT DID USE

4  FOR PREVENTIVE MAINTENANCE?

5  A.   YES.

6  Q.   AND, AGAIN, DO YOU HAVE PERSONAL KNOWLEDGE THAT AC

7  REQUESTED MORE THAN THE 17.5 MILLION FROM MTC FOR THE

8  PREVENTIVE MAINTENANCE?

9  A.   NO, I DO NOT.

10  Q.   NOR DO YOU HAVE ANY PERSONAL KNOWLEDGE THAT MTC IN ANY WAY

11  LIMITED AC TRANSIT TO THAT $17.5 MILLION NUMBER?

12  A.   CORRECT.

13  Q.   YOU WERE TALKING YESTERDAY ABOUT SOME OF THE PERFORMANCE

14  MEASURES THAT AC TRANSIT HAS INCORPORATED AND HOW YOU HAVE --

15  HOW THEY HAVE AMENDED THEM OVER TIME.

16        I WAS JUST CURIOUS.  THOSE ARE NOT -- THESE HAVE

17  NOTHING TO DO WITH MTC, IS THAT CORRECT?

18  A.   I THINK MTC LOOKS AT AND COMMENTS ON THEM, BUT THEY ARE

19  NOT -- THEY ARE NOT FINANCIAL MEASURES AND MTC HAS THE

20  STRONGEST CONTROL OVER THE FINANCIAL SIDE.

21  Q.   BUT MTC HAS NEVER CONDITIONED -- AND I'M GOING TO ACCEPT

22  ONE FUND SOURCE FOR HERE -- REGIONAL MEASURE 2 FUNDS.  SO PULL

23  THAT ASIDE.

24        BUT MTC HAS NEVER CONDITIONED AB1107, TDA, STA ON ANY

25  KIND OF PERFORMANCE MEASURES LIKE THE ONE WE WERE DISCUSSING

1   YESTERDAY?

2   **A.**   CORRECT.  AS YOU SAY, REGIONAL MEASURE 2 IS NOT A MATTER.

3   **Q.**   RIGHT, BECAUSE THAT DOES --

4   **A.**   -- AND IT'S IN THE STATUTE.

5   **Q.**   SO THAT'S NOT AN MTC REQUIREMENT ANY MORE?

6   **A.**   MTC HAS INTERPRETED IT AND PUT THE PARAMETERS ON IT, BUT

7   THE STATUTE REQUIRES THAT THERE BE PERFORMANCE MEASURES.

8   **Q.**   OKAY.  I'M CURIOUS.  AND, AGAIN, I'M JUST -- WANT TO GET

9   AT THIS FEAR THAT AC TRANSIT HAS OF MTC, THE FEAR TO ASK FOR

10  SOMETHING TO BE DONE DIFFERENTLY.

11          I WANT TO REFER YOU TO EXHIBIT -- I HAVE GOT TO KEEP

12  MY GLASSES ON -- 1905.

13          **MR. LEE:**  HANG ON, COUNSEL.

14  **BY MR. MANOLIUS:**

15  **Q.**   AND I WILL JUST SAY IT'S A SEPTEMBER 29, 2008 LETTER FROM

16  THE GENERAL MANAGER.

17          **MR. LEE:**  COULD YOU HANG ON A SECOND?

18          **MR. MANOLIUS:**  OF COURSE.

19          (BRIEF PAUSE.)

20  **A.**   THIS IS THE LINE M?

21  **BY MR. MANOLIUS:**

22  **Q.**   EXACTLY.

23  **A.**   OKAY.

24  **Q.**   HAVE YOU SEEN THIS LETTER BEFORE?

25  **A.**   YES.

1  Q.   OKAY.  SO YOU WERE AWARE THAT MR. FERNANDEZ WAS GOING TO

2  SEND IT TO MTC?

3  A.   ACTUALLY, HAVE I SEEN THE LETTER BEFORE?  THIS WAS

4  DISCUSSED AT THE BOARD, WHICH WAS THE 28TH.  SO I PROBABLY

5  HAVEN'T ACTUALLY SEEN THE LETTER, BUT THE SUBSTANCE OF IT WAS

6  GONE OVER WITH THE BOARD.

7  Q.   OKAY.  AND IN TERMS OF THE SUBSTANCE, BASICALLY AC TRANSIT

8  IS ASKING MTC TO RELAX THE REGIONAL MEASURE 2 PERFORMANCE

9  MEASURES BECAUSE OTHERWISE THERE MIGHT BE A LOSS OF FUNDING TO

10 AC TRANSIT?

11 A.   CORRECT.  WE MADE SOME CHANGES IN THE LINE M AND I DON'T

12 THINK WE THINK THOSE ARE YET REFLECTED IN THE RIDERSHIP

13 NUMBERS.  SO, YES, WE HAVE MADE THAT REQUEST.

14 Q.   SO, OBVIOUSLY, MR. FERNANDEZ WAS NOT AFRAID TO MAKE THAT

15 REQUEST?

16 A.   THAT'S A PRETTY SMALL REQUEST.  IT'S WITHIN THE BOX.

17 Q.   AND THE BOARD WASN'T AFRAID TO MAKE THAT REQUEST OF MTC?

18 A.   CORRECT.

19 Q.   YOU WERE TALKING YESTERDAY ABOUT THE QUARTERLY BUDGETARY

20 UPDATES THAT YOU GET, CORRECT?

21 A.   CORRECT.

22 Q.   AND THOSE SEEM TO GO OVER ABOUT A 10-YEAR SPAN, IS THAT

23 RIGHT?

24 A.   WELL, THE 10-YEAR PROJECTIONS ARE MADE PART OF EACH

25 QUARTERLY REPORT AND POTENTIALLY IN EACH QUARTERLY REPORT.

1  GIVEN THE ECONOMIC VOLATILITY PRETTY OFTEN NOWADAYS, THERE ARE

2  ACTUALLY CHANGES MADE IN OUR OWN INTERNAL 10-YEAR PROJECTIONS

3  AT THE QUARTERLY REPORTS.

4         I THINK THERE'S INFORMAL DISCUSSION WITH MTC ABOUT

5  THAT, BUT IT DOESN'T GET FORMALIZED UNTIL WE GIVE THEM THE

6  10-YEAR PROJECTIONS EVERY YEAR.

7  Q.   RIGHT.  I'M TALKING ABOUT YOUR OWN INTERNAL PROCESS.

8  A.   OKAY.

9  Q.   HOW LONG HAS IT BEEN THE PRACTICE TO GET THESE QUARTERLY

10 UPDATES?

11 A.   I THINK SINCE RICK BECAME GENERAL MANAGER.

12 Q.   SO IT'S BEEN A NUMBER OF YEARS?

13 A.   I THINK IT BEGAN WHEN HE BECAME -- HE WENT FROM ACTING TO

14 BEING THE PERMANENT GENERAL MANAGER.  SO THAT WOULD HAVE BEEN

15 AROUND 2001.  SO IT'S BEEN QUITE AWHILE.

16 Q.   SO YOUR FISCAL YEAR GOES FROM JULY 1 TO JUNE 30?

17 A.   JULY 1 TO JUNE 30.  ALTHOUGH THIS YEAR WE EXTENDED IT BY

18 FOUR MONTHS, BECAUSE OF THE CRAZINESS UP IN SACRAMENTO.  AND WE

19 ARE, IN FACT, TALKING -- ALTHOUGH I DON'T KNOW HOW WELL IT WILL

20 FIT WITH EVERYTHING ELSE -- ON GOING TO A SEPTEMBER-TO-OCTOBER

21 YEAR, THE WAY THE FEDS DO, BECAUSE WE -- THERE NEVER SEEMS TO

22 BE A BUDGET ON TIME IN SACRAMENTO.  IT'S VERY DIFFICULT FOR US

23 TO FIGURE OUT WHAT OUR BUDGET IS GOING TO BE WHEN WE DON'T KNOW

24 WHAT'S COMING DOWN FROM THE STATE.

25 Q.   HOW SOON AFTER EACH QUARTER ENDS DO YOU GET THIS UPDATED

1  REPORT?

2  **A.**   MAYBE TWO MONTHS.  SO IT'S FAIRLY CLOSE TO THE BEGINNING

3  OF THE NEXT QUARTER.

4         I KNOW THAT, FOR EXAMPLE, WE DON'T GET THE AUDITED

5  FINANCIALS USUALLY -- AND THE YEAR-END UNTIL NOVEMBER, AND

6  THAT'S ON A JUNE 30TH YEAR-END.

7  **Q.**   I'M JUST TRYING TO GET THE EXHIBIT NUMBER.  I WANTED TO

8  DIRECT YOU TO -- THERE WAS A BOARD MEETING ON SEPTEMBER 3RD OF

9  2008, IS THAT CORRECT.

10  **A.**   YEAH.

11  **Q.**   DID YOU ATTEND THAT MEETING?

12  **A.**   YES.

13  **Q.**   WOULD YOU PLEASE TURN TO EXHIBIT NO. 1895?

14         (WITNESS COMPLIED.)

15  **A.**   YES.

16  **Q.**   OKAY.  AND THE SUBJECT LINE -- THE WAY THIS WORKS, RIGHT,

17  THIS IS A COVER GM MEMO THAT GOES TO THE BOARD?

18  **A.**   YES.  OUR STAFF MEMOS ARE CALLED GENERAL MANAGER MEMOS.

19  SO THE VAST MAJORITY OF OUR STAFF MEMOS ARE GM MEMOS.  A VERY

20  SMALL NUMBER OF THEM ARE GENERAL COUNSEL MEMOS OR DISTRICT

21  SECRETARY, BUT VIRTUALLY EVERYTHING THAT COMES TO US IS ON A

22  GM MEMO.

23  **Q.**   SO THE SUBJECT LINE IN THIS ONE IS, "CONSIDER RECEIVING

24  THE '07/'08 THIRD QUARTER FINANCIAL PERFORMANCE REPORT,"

25  CORRECT?

1  A.   CORRECT.

2  Q.   WHAT DOES IT MEAN TO RECEIVE IT?  TO BE BRIEFED ON IT?

3  A.   WE ARE BRIEFED ON IT.  IF YOU SEE UNDER "RECOMMENDED

4  ACTION," WE CAN GET SOMETHING FOR INFORMATION ONLY.  IT CAN BE

5  BRIEFING OR THERE CAN BE A RECOMMENDED MOTION.

6        THE ONLY THING -- WE CAN TALK ABOUT THESE, BUT THE

7  ONLY THING WE DO WITH THEM IS ACCEPT THEM AND RECEIVE THEM.  IF

8  THERE IS A CHANGE TO THE 10-YEAR PROJECTIONS, THE "RECOMMENDED

9  MOTION" BOX WILL BE CHANGED AND WE WILL MOVE -- WE WILL ACCEPT

10 THE CHANGE IN THE 10-YEAR PROJECTIONS.

11 Q.   AND THERE WAS NO CHANGE TO THIS ONE, IS THAT WHAT HAPPENED

12 HERE?

13 A.   YEAH.  BASICALLY WHAT THEY DID IS THEY SAID, WE KNOW THEY

14 ARE GOING TO CHANGE, BUT THE UNCERTAINTIES AT THE MOMENT ARE SO

15 GREAT THAT WE DON'T KNOW HOW AND WE WANT TO WAIT FOR YEAR-END

16 IN ORDER -- IN ORDER TO MAKE THE CHANGES.

17 Q.   NOW, UNDER THE "FISCAL IMPACT" SECTION, THE BRIEFING MEMO

18 SAYS THAT THE -- FOR THE CURRENT FISCAL YEAR THERE WOULD APPEAR

19 TO BE A SURPLUS OF APPROXIMATELY $3.8 MILLION, ISN'T THAT

20 CORRECT?

21 A.   CORRECT.

22 Q.   AND THERE IS A PROJECTED $3.8 MILLION SHORTFALL FOR THE

23 NEXT FISCAL YEAR?

24 A.   CORRECT.

25 Q.   WITH REGARD TO -- IF YOU LOOK AT PAGE THREE OF THE MEMO

1   UNDER "REVENUE AND EXPENSE, FISCAL YEAR '08/'09"?

2   A.   UH-HUH.

3   Q.   IT'S TRUE THAT THE BOARD THEN WAS BRIEFED ON AN INCREASE

4   IN FAIR BOX COLLECTIONS DUE TO AN INCREASE IN RIDERSHIP?

5   A.   YES.

6   Q.   ADDING $.8 MILLION AND $2.5 MILLION FOR THE NEXT FOUR

7   YEARS?

8   A.   YES --

9   Q.   AND THEN GOING TO THAT 10-YEAR PROJECTION -- AND, AGAIN,

10  THIS WOULD BE AFTER PAGE EIGHT OF THE MEMO.

11           I'M AGAIN JUST TRYING TO UNDERSTAND IT MYSELF, BUT IF

12  YOU LOOK AT YEAR ONE, WHICH IS AGAIN THE CURRENT FISCAL YEAR --

13  A.   CORRECT.

14  Q.   -- ADJUSTED SURPLUS/DEFICIT IS 3.7 MILLION?

15  A.   OKAY, YES.

16           MR. LEE:  CAN YOU HANG ON A SECOND?

17  A.   IT'S ONE, TWO, THREE -- FOUR LINES UP FROM THE BOTTOM, IN

18  A LINE THAT'S CALLED "SURPLUS/DEFICIT."

19  BY MR. MANOLIUS:

20  Q.   OH, THAT'S RIGHT.  I ACTUALLY WILL THE WRONG ONE.  THANK

21  YOU.

22           SO THAT CORRESPONDS TO THE 3.8 MILLION ON THE FRONT

23  PAGE OF THIS, DOESN'T IT?

24  A.   IT'S 3.76.

25  Q.   ROUNDED TO 3.8.

1   A.    3.8.

2   Q.    AND THE NEXT LINE IS A CORRESPONDING NEGATIVE OF THE SAME

3   AMOUNT?

4   A.    CORRECT.

5   Q.    WHICH IS THE $3.8 MILLION DEFICIT FOR NEXT YEAR?

6   A.    CORRECT, CORRECT.

7   Q.    IF YOU LOOK OUT TO THE TENTH YEAR, YOU KNOW, THERE ARE

8   VARYING SURPLUSES OR DEFICITS, AND THEN THERE IS A CUMULATIVE

9   LINE AT THE BOTTOM, ISN'T THAT CORRECT?

10  A.    CORRECT.

11  Q.    AND SO THE CUMULATIVE LINE INDICATES THAT THE 10-YEAR

12  PROJECTION IS FOR A $38.9 MILLION SURPLUS, ISN'T THAT CORRECT?

13  A.    CORRECT.

14  Q.    NOW, THIS ASSUMES YOUR BALLOT MEASURE IS GOING TO PASS?

15  A.    IT ASSUMES THE BALLOT MEASURE IS GOING TO PASS AND THERE

16  IS A -- THERE IS ALSO A MAJOR ASSUMPTION IN HERE ABOUT MTC

17  CONTINUING TO LET US USE THE 5307 AND US BEING ABLE TO BRING IN

18  PROP 1B MONEY FOR BUS PURCHASES.

19        SO THAT OUR STATE AND LOCAL MONEY WHICH NORMALLY GETS

20  SWAPPED FOR THE 5307 TO DO BUS PURCHASES, THAT WE ARE GOING TO

21  BE ABLE TO TAP INTO AN OUTSIDE SOURCE OF MONEY FOR THE BUS

22  PURCHASES AND, THEREFORE, ARE GOING TO BE ABLE TO KEEP ALL THAT

23  MONEY.

24  Q.    ISN'T IT TRUE, ACTUALLY, THAT THE ASSUMPTION IN THIS

25  PARTICULAR PROJECTION IS THAT MTC IS GOING TO ALLOW PREVENTIVE

1  MAINTENANCE MONEY IN '09 AND '10 TO THE TUNE OF $14.8 MILLION

2  AND AFTER THAT IT WILL BE LIMITED TO $2 MILLION A YEAR?

3  **A.**   YES, ALTHOUGH I'M TRYING TO REMEMBER WHY THAT WAS.  AND I

4  DON'T KNOW WHETHER IT HAS TO DO WITH THE 1B SWAP.  I DON'T

5  KNOW.  I DON'T REMEMBER.

6  **Q.**   AND THE $2 MILLION, ISN'T IT TRUE THAT THAT CORRESPONDS TO

7  THE 10 PERCENT SET-ASIDE THAT MTC ALLOWS FOR THESE -- FOR 5307

8  FUNDS FOR ALL THE OPERATORS?

9  **A.**   SET-ASIDE ISN'T REALLY THE RIGHT TERM.  FOR OPERATORS WHO

10  BUY BUSES WITH 5307 MONEY, YOU GET 80 PERCENT FEDERAL MONEY AND

11  YOU USED TO GET 20 PERCENT BRIDGE TOLL MONEY.

12         NOW, BECAUSE THE 5307 POT HAS GROWN AND THE BRIDGE

13  TOLL POT HAS NOT, YOU ONLY GET 10 PERCENT.  SO IT'S 80 PERCENT

14  FEDERAL, 10 PERCENT REGIONAL, SO YOU GET 90 PERCENT AND THAT

15  MAY BE THE 10 PERCENT YOU ARE TALKING ABOUT.

16  **Q.**   AGAIN, I'M JUST LOOK AT IT IN YOUR BUDGET.  IT'S LISTED

17  UNDER 5307.  IT'S $2 MILLION A YEAR FROM --

18         **THE COURT:**  WHAT PAGE ARE YOU ON?

19         **MR. MANOLIUS:**  I'M SORRY.  IT'S THE PAGE AFTER PAGE

20  EIGHT, YOUR HONOR.  RIGHT THERE.

21  **A.**   IT'S TITLED "RECOMMENDED YEAR-END PROJECTIONS - FY2007,

22  FY2008 AND 2009," AND THEN IT'S GOT A 10-YEAR PROJECTION.

23  **BY MR. MANOLIUS:**

24  **Q.**   AND UNDERSTANDING THAT, YOU KNOW, EVERYBODY IS IN A STATE

25  OF FLUX WITH THE STATE BUDGET AND UNDERSTANDING THAT,

1  OBVIOUSLY, PROJECTIONS CHANGE OVER TIME, THIS IS THE LATEST

2  PROJECTION THAT AC TRANSIT HAS AS TO WHAT ITS NEXT 10 YEARS ARE

3  GOING TO LOOK LIKE?

4  **A.**    CORRECT.

5  **Q.**    NOW, YOU ALSO TALKED YESTERDAY ABOUT SRTPS?

6  **A.**    CORRECT.

7  **Q.**    AND THE '03 SRTP YOU DISCUSSED AT LENGTH YESTERDAY.  ISN'T

8  IT TRUE THAT THERE IS ANOTHER -- THAT AC TRANSIT IS NOW

9  UPDATING ITS SRTP?

10 **A.**    YES.  PARTLY BECAUSE OF ALL THE ECONOMIC UNCERTAINTIES, WE

11 ACTUALLY GOT AN EXTENSION FROM MTC.  IT WAS ACTUALLY DUE THIS

12 YEAR AND IT'S GOING TO BE DUE IN '09.

13 **Q.**    AND HAS AC TRANSIT DONE FISCAL PROJECTIONS FOR THE SRTP?

14 **A.**    NO.  THE FISCAL PROJECTIONS GETS PULLED IN FROM THE 10

15 YEAR.

16 **Q.**    OKAY.  SO THIS ULTIMATELY WILL BECOME -- OR WHATEVER STATE

17 THE ECONOMY IS IN AT THE TIME THAT YOU NEED TO FINISH THE SRTP,

18 THIS IS THE TYPE OF DOCUMENT THAT AC TRANSIT IS GOING TO USE TO

19 PROVIDE THE PROJECTIONS IN THE SRTP?

20 **A.**    CORRECT.

21 **Q.**    OKAY.  AND, OBVIOUSLY, IN THE SRTP YOU WANT TO HAVE THE

22 MOST UP-TO-DATE INFORMATION POSSIBLE?

23 **A.**    YES.

24 **Q.**    AS YOU DO EVERY QUARTER, OKAY.

25         SO YESTERDAY YOU WERE TALKING ABOUT PROJECTED

1  SHORTFALLS IN RTPS AS A POTENTIAL SOURCE OF -- A REASON TO CUT

2  SERVICE.

3  **A.**    IT'S A RED FLAG THAT YOU HAVE TO -- I GET A LITTLE

4  FRUSTRATED WITH THIS, BECAUSE IT'S -- THE UNDERLYING REALITY IS

5  WHAT'S REALLY IMPORTANT.

6        AND SO, YOU KNOW, IF YOU ARE OUT 10 OR 15 YEARS, WHAT

7  IT'S DOING IS IT'S -- IT'S PUTTING UP RED FLAGS AND SAYING, YOU

8  NEED TO BE CAREFUL.  YOU NEED TO LOOK.  YOU NEED TO PLAN.

9  IT'S -- THOSE VERY LONG-TERM DOCUMENTS ONLY GET ACTED ON IN

10 TERMS OF PLANNING.

11       WE MAY PLAN FOR CUTBACKS, BUT WE ARE NOT GOING TO

12 PULL THE TRIGGER UNTIL WE ARE A YEAR OR TWO OUT.

13 **Q.**    YOU ARE NOT GOING TO PULL THE TRIGGER UNTIL YOU DETERMINE

14 WHETHER THE PROJECTIONS ARE COMING TO FRUITION?

15 **A.**    CORRECT.

16 **Q.**    OKAY.  SO REGARDING THE 2005 RTP OPERATING SHORTFALL

17 PROJECTIONS, WHAT WAS AC TRANSIT'S NUMBER?

18 **A.**    I DON'T KNOW.

19 **Q.**    OKAY.  BECAUSE YOU HAD SAID IT WAS A RED FLAG AND I'M JUST

20 WONDERING WHAT SCOPE OF PROJECTED SHORTFALL WOULD BE A RED

21 FLAG.

22 **A.**    WELL, I KNOW THAT WE ARE STUDYING CUTBACK OPTIONS AT

23 8 MILLION AND 16 MILLION.  SO THAT'S CLEARLY A RED FLAG AND

24 CLEARLY SOMETHING WHERE WE ARE TALKING ABOUT VERY SEVERE

25 CUTBACKS THAT WOULD PROBABLY RESULT IN LAYOFFS.

1   Q.   OKAY.  SO IF -- LET ME REPRESENT TO YOU THAT THE 2005 RTP

2   OPERATING SHORTFALL PROJECTION FOR 25 YEARS WAS ABOUT

3   $64 MILLION, OKAY?  WHICH, IF I CAN DO SOME MATH, IS DID ABOUT

4   TWO AND A HALF MILLION DOLLARS A YEAR.

5            DO YOU KNOW WHEN THAT PROJECTED '05 RTP SHORTFALL WAS

6   PROJECTED TO ARRIVE?  IN OTHER WORDS, YOU HAVE A 25-YEAR

7   DOCUMENT.  IS IT IN YEAR ONE?  IS IT YEAR FIVE?  15, 20, 25?

8   A.   I THINK THE FIRST SHORTFALLS WERE EXPECTED TO ARRIVE

9   FAIRLY EARLY ON, AROUND FIVE YEARS, BUT MOST OF THEM WERE

10  PRETTY FAR OUT.

11  Q.   AND WHAT -- WHAT WAS THE SCOPE OF THE SHORTFALL THAT YOU

12  UNDERSTOOD WAS SUPPOSED TO ARRIVE IN ABOUT FIVE YEARS?

13  A.   IT WAS $2 MILLION TO $5 MILLION.

14  Q.   SO THE 2005 RTP, OBVIOUSLY, CAME OUT IN 2005.  I WILL

15  REPRESENT TO YOU THAT IT WAS EARLY 2005.

16            SINCE THAT TIME YOU HAVE GOTTEN BRIEFING MEMORANDA,

17  SUCH AS THE ONE WE JUST LOOKED AT, THE MOST CURRENT ONE, EVERY

18  QUARTER, ISN'T THAT CORRECT?

19  A.   CORRECT.

20  Q.   SO YOU SUBMITTED -- AC TRANSIT SUBMITTED DATA FOR THE '05

21  RTP IN '03/'04; FAIR ENOUGH?

22  A.   YES, YES.

23  Q.   AND THAT WAS THE MOST CURRENT DATA THAT AC TRANSIT HAD AT

24  THE TIME?

25  A.   CORRECT.

1  Q.   AND EVERY QUARTER AFTER THAT AC TRANSIT IS UPDATING ITS

2  DATA, CORRECT?

3  A.   CORRECT.  ALTHOUGH I THINK WE ARE ONLY UPDATING IT WITH

4  MTC ONCE A YEAR.

5  Q.   FINE.  I'M SAYING INTERNALLY.

6  A.   CORRECT.

7  Q.   SO THAT IS, IF I CAN DO -- MAYBE THREE UPDATES IN '05, IS

8  THAT CORRECT?

9  A.   CORRECT.

10 Q.   FOUR UPDATES IN '06?

11 A.   COLLECT.

12 Q.   FOUR UPDATES IN '07?

13 A.   CORRECT.

14 Q.   AND TWO SO FAR THIS YEAR?

15 A.   CORRECT.

16 Q.   SO ALL THOSE UPDATES OCCUR AND YOU ARE STILL LOOKING BACK

17 TO THE '05 RTP AS A RED FLAG?

18 A.   NO.  WE ARE LOOKING AT THE -- WE LOOK AT THE RTP, BUT THAT

19 INFORMS OUR PROJECTIONS.

20       IT'S -- IT'S NOT THE RTP THAT IS A PROBLEM.  IT'S THE

21 UNDERLYING REALITIES, THE UNDERLYING POLICIES.  AND THOSE GET

22 FED INTO OUR 10-YEAR PROJECTIONS.

23       AND SO, FOR EXAMPLE, IN JANUARY OF THIS YEAR WE WERE

24 GOING TO RAISE FARES.  AND WE SHOW A NEED TO RAISE FARES EVERY

25 TWO YEARS, OUR BUDGET SHOWS FARE RAISING EVERY TWO YEARS.

```
 1            I HAVE A REAL QUESTION -- ASIDE FROM THE SOCIAL

 2   IMPLICATIONS, I HAVE A REAL QUESTION WHETHER THAT'S FINANCIALLY

 3   REASONABLE, JUST BECAUSE OF WHAT'S HAPPENED TO THE PEOPLE WHO

 4   RIDE OUR BUSES IN TERMS OF THEIR INCOME.

 5   Q.   OKAY.  MY QUESTION IS:  SO YOU ARE NOT USING THE OPERATING

 6   SHORTFALL PROJECTION IN THE RTP AS AN INDICATION OF CUTTING

 7   SERVICE?  YOU ARE THINKING ABOUT THE POLICIES THAT UNDERLIE IT?

 8   A.   WE ARE THINKING ABOUT THE POLICIES THAT UNDERLIE IT.

 9   OBVIOUSLY, IN 2005 WE COULD LOOK OUT AND SAY, WE HAVE GOT SOME

10   TROUBLE AND WE HAVE GOT TO FIGURE OUT WHAT TO DO ABOUT IT.  WE

11   HAVE EITHER GOT TO RAISE FARES OR FIGURE OUT SOME OTHER SOURCES

12   OF INCOME, PARCEL TAXES, THE REAUTHORIZATION OF THE HALF-CENT

13   SALES TAX IN CONTRA COSTA COUNTY, WHICH WAS JJ.  WE ADVOCATED

14   VERY STRONGLY ON THAT AND GOT A GOOD CHUNK OF MONEY OUT OF

15   THAT, SOME OF WHICH IS GOING TO SCHOOL PROGRAMS.

16            SO WE ARE LOOKING AT BOTH THE INCOME AND THE EXPENSE

17   SIDE, AND PART OF THE EXPENSE SIDE IS SERVICE.

18            THE COURT:  IS THIS IS GOOD POINT TO TAKE A BREAK?

19            MR. MANOLIUS:  THAT'S FINE, YOUR HONOR.

20            THE COURT:  FINE.  WE'LL TAKE A 15-MINUTE BREAK.

21            (WHEREUPON THERE WAS A RECESS IN THE PROCEEDINGS

22            FROM 10:19 UNTIL 10:42 A.M.)

23            MR. MANOLIUS:  THANK YOU, YOUR HONOR.

24   BY MR. MANOLIUS

25   Q    HELLO AGAIN.
```

1   **A**    HI.

2   **Q**    YOU ARE AWARE, ARE YOU NOT, THAT THE RTP'S THAT ARE PUT

3   OUT BY MTC HAVE A RATHER LIMITED SHELF LIFE?

4   **A**    CORRECT.

5   **Q**    EVERY FOUR YEARS A NEW RTP COMES OUT?

6   **A**    CORRECT.

7   **Q**    IN FACT, RIGHT NOW THERE'S A PROCESS IN PLACE WHERE THE

8   2009 IS BEING CREATED?

9   **A**    CORRECT.  AND OUR SRTP IS FEEDING INTO THAT PROCESS.

10  **Q**    RIGHT.  SO ANY PROJECTED SHORTFALL IN THE OLD RTP IS GOING

11  TO BE REFIGURED IN A NEW RTP; IS THAT CORRECT?

12  **A**    CORRECT.

13  **Q**    SO AFTER '09 YOU WOULDN'T BE LOOKING BACK AT THE '05 RTP,

14  CORRECT?

15  **A**    CORRECT.

16  **Q**    I WANTED TO TURN TO SOME OF THE COMMITTED FUNDS YOU HAD

17  SPOKEN ABOUT YESTERDAY AND JUST GET AN IDEA OF A PROCESS WITH

18  REGARD TO -- LET'S START WITH, SAY, TDA FUNDS.  ISN'T IT TRUE

19  THAT MTC PROVIDES A FUND ESTIMATE AT THE BEGINNING OF ANY

20  FISCAL YEAR?

21  **A**    CORRECT.  THAT'S THE ONE STATUTORILY REQUIRED PIECE OF

22  WHAT THEY DO IN TERMS OF FUNDING ESTIMATES.

23  **Q**    SO THAT'S A YES?

24  **A**    YES.

25  **Q**    OKAY.  AND THAT ESTIMATE IS BASED ON INFORMATION MTC

PEEPLES - CROSS EXAMINATION / MANOLIUS   200

1    RECEIVES FROM ELSEWHERE; ISN'T THAT CORRECT?

2    A    CORRECT.

3    Q    HOW THEN DOES A.C. TRANSIT GO ABOUT GETTING THOSE TDA

4    FUNDS?

5    A    WE MAKE APPLICATION FOR THEM WHEN THERE'S THE APPROPRIATE

6    TIME FOR APPLICATIONS.

7    Q    OKAY.  AND DOES MTC ALLOW YOU TO ASK FOR MORE FUNDS THAN

8    ARE IN THE FUND ESTIMATE?

9    A    NO, I DON'T BELIEVE SO.

10   Q    WHY DO YOU THINK THAT IS?

11   A    IT USED TO BE MTC USED TO GUARANTEE THE FUND ESTIMATES,

12   AND THEY GOT CAUGHT DURING THE DOT CRASH, AND SO NOW THE -- WE

13   GET -- BASICALLY, MTC ACTS AS A FLOW-THROUGH.  WE GET THE FUNDS

14   THAT MTC GETS.

15   Q    RIGHT.

16   A    IN THOSE CATEGORIES.

17   Q    SO THEY DON'T HAVE ANY DISCRETION ON, SAY, TDA TO INCREASE

18   OR LESSEN THE AMOUNT?

19   A    I DON'T BELIEVE SO.

20   Q    OKAY.  AND THE SAME WOULD BE TRUE OF THE STA FUNDS?

21   A    YES, THAT DISCRETION GETS EXERCISED UP IN SACRAMENTO.

22   Q    WITH REGARD --

23   A    TO OUR DETRIMENT AT THE MOMENT.

24   Q    SO, LIKE, HOW DOES IT WORK?  YOU GET THE FUND ESTIMATE,

25   AND THEN A.C. TRANSIT APPLIES FOR THE FUNDS?

1   **A**    CORRECT.

2   **Q**    WHO DO THEY APPLY TO?

3   **A**    THEY APPLY TO MTC.

4   **Q**    SO IT'S A PASS-THROUGH?

5   **A**    YES.

6   **Q**    WITH REGARD TO AB1107 FUNDS, YOU ARE FAMILIAR WITH THAT

7   SOURCE?

8   **A**    CORRECT.

9   **Q**    YOU KNOW 75 PERCENT OF THOSE FUNDS ARE DEDICATED BY STATE

10  STATUTE TO BART?

11  **A**    A STATE STATUTE WHICH MTC SPONSORED AND WROTE.

12  **Q**    AND YOU HAVE PERSONAL KNOWLEDGE OF THAT?

13  **A**    PERSONAL KNOWLEDGE TO THE EXTENT THAT I'VE LOOKED AT THE

14  LEGISLATIVE HISTORY PRETTY EXTENSIVELY.  I LOOKED AT A LOT OF

15  THE CORRESPONDENCE.

16  **Q**    BUT THE LEGISLATURE PASSED THE STATUTE?

17  **A**    CORRECT.

18  **Q**    MTC DID NOT HAVE THE POWER TO PASS THE STATUTE?

19  **A**    CORRECT.

20  **Q**    AND THE 75 PERCENT OF THOSE FUNDS THAT GO TO BART ARE OFF

21  LIMITS TO ANY OTHER OPERATOR; ISN'T THAT --

22  **A**    CORRECT.

23  **Q**    SO MTC HAS NO DISCRETION WITH REGARD TO THOSE FUNDS?

24  **A**    OTHER THAN GOING UP AND TRYING TO CHANGE THE LEGISLATION.

25  BUT WITHOUT CHANGING THE LEGISLATION, THEY HAVE NO DISCRETION.

1  Q    ISN'T IT TRUE THE ORIGINAL LEGISLATION WAS A HUNDRED

2  PERCENT TO BART FOR THE CONSTRUCTION OF BART?

3  A    CORRECT.

4  Q    ISN'T IT TRUE THAT MTC DID, INDEED, HELP CHANGE THE

5  LEGISLATION TO ALLOW SOME OPERATING MONIES FOR OTHER OPERATORS?

6  A    IF YOU GO BACK TO THE ORIGINAL LEGISLATION, THE ORIGINAL

7  ASSUMPTION WAS THAT THE CAPITAL INFUSION INTO BART WAS GOING TO

8  MEAN THEY NEEDED NO OPERATING SUBSIDY.  THE -- LARRY DAHMS THEN

9  AT THE -- WORKING FOR J.L. & POST WROTE THE MEMO THAT BASICALLY

10 CONVINCED THE LEGISLATURE TO KEEP BART ALIVE.

11 Q    OKAY.  SO AS A RESULT OF THE AMENDMENT TO THAT

12 LEGISLATION, 25 PERCENT OF THE AB1107 FUNDS CAN NOW GO TO ONE

13 OF THREE OPERATORS, CORRECT?

14 A    CORRECT.

15 Q    THAT'S BART, A.C. OR MUNI?

16 A    CORRECT.

17 Q    AND THERE IS NOTHING IN THE LEGISLATION THAT SAYS HOW,

18 AMONG THOSE THREE OPERATORS, 25 PERCENT OF THE FUNDS WILL BE

19 ADMINISTERED?

20 A    CORRECT.

21 Q    THAT IS AN MTC DISCRETIONARY FUND?

22 A    CORRECT.

23 Q    YOU ARE AWARE THAT MTC'S POLICY WITH REGARD TO THOSE FUNDS

24 IS TO SPLIT THOSE FUNDS EVENLY BETWEEN A.C. TRANSIT AND MUNI?

25 A    CORRECT.

1  Q    YOU ALREADY STATED MUNI HAS A LOT MORE RIDERS THAN A.C.

2  TRANSIT?

3  A    CORRECT.  OR BART OR ANYBODY ELSE.

4  Q    I WANT TO DIRECT YOU TO DEFENDANT'S EXHIBIT, WHITE BINDER,

5  1073.

6  A    THEY ARE BOTH WHITE.  WHITE 1 OR WHITE 2?

7  Q    IT SHOULD BE WHITE 1.

8       MR. LEE:  COUNSEL, CAN YOU WAIT JUST A SECOND?  WE

9  ARE TRYING TO FIND IT.

10      MR. MANOLIUS:  OF COURSE.

11 BY MR. MANOLIUS

12 Q    AGAIN, THIS IS A GM MEMO?

13 A    CORRECT.

14 Q    A MEMO THAT GOES TO THE BOARD?

15 A    YES.

16 Q    I KNOW IT WAS A LONG TIME AGO.  I APOLOGIZE FOR EVEN

17 ASKING.  WERE YOU AT THE SEPTEMBER 15TH, 2004 BOARD MEETING?

18 A    AS FAR AS I KNOW I WAS.  I MISSED VERY FEW MEETINGS.  I DO

19 NOT HAVE A CURRENT MEMORY OF THE SEPTEMBER 15TH, '04 BOARD

20 MEETING.

21 Q    IN LOOKING OVER THIS MEMO, DO YOU RECOGNIZE THE SUBJECT

22 MATTER?

23 A    YES, I RECOGNIZE THE SUBJECT MATTER BECAUSE THIS IS AFTER

24 THE '04 UPDATE TO 550.

25 Q    AND I'M ON PAGE TWO OF FIVE.  JUST AS YOU JUST SAID, THE

 1   MEMO RECITES THAT THE BOARD ADOPTED POLICY 550 IN JUNE OF 2004

 2   REGARDING SERVICE POLICIES.  THE FIRST BULLET SAYS:

 3              "A.C. TRANSIT WILL ALLOCATE SERVICE

 4              PRIMARILY ON THE BASIS OF DEMAND PROVIDED

 5              THAT MINIMUM SERVICE LEVELS ARE PROVIDED."

 6   **A**   YES.

 7   **Q**   DID THIS REPRESENT A CHANGE IN A.C. TRANSIT POLICY?

 8   **A**   YES.  IT DID.  THE PRIOR -- ONE OF THE CRITICISMS OF THE

 9   PRIOR PROCESS WAS THAT IT HAD BEEN OVERLY POLITICAL.  WHEN I

10   CAME ON THE BOARD, WE HAD FOUR LINES SERVING THE CITY OF

11   PIEDMONT AND THE 40'S COMING IN FOOTHILL AND THE 82'S COMING

12   DOWN EAST 14TH WERE OFTEN, OFTEN PASSED UP PASSENGERS IN THE

13   LAST HALF MILE OR SO.  SO ONE OF THE MAJOR INCENTIVES TO DOING

14   550 WAS TO MAKE SURE THAT DIDN'T HAPPEN ANY MORE.

15   **Q**   AND SO WAS IT TO MAKE SURE THAT THE DISTRICT RAN MORE LIKE

16   A BUSINESS, I.E. VIS-A-VIS DEMAND, RESPONDING TO DEMAND?

17          **MR. LEE:**  YOUR HONOR, I THINK THAT'S QUITE LEADING.

18          **THE COURT:**  QUITE WHAT?

19          **MR. LEE:**  LEADING.

20          **MR. MANOLIUS:**  OF COURSE IT IS.

21          **THE COURT:**  IT'S CROSS-EXAMINATION.

22          **MR. MANOLIUS:**  I WAS TRYING TO.

23          **THE COURT:**  I GUESS HE SUCCEEDED.

24          OVERRULED.

25          **MR. LEE:**  I THOUGHT IT WAS OVER THE LINE THERE.

1          **THE WITNESS:**  IT -- THERE ARE DIFFERENT PERCEPTIONS

2    BY DIFFERENT PEOPLE.  MY PERCEPTION WAS THAT IT ENSURED THAT

3    THE DISTRICT OPERATED IN A MORE ENVIRONMENTALLY JUST MANNER.

4    THE WAY OUR GENERAL MANAGER THINKS OF IT AND PHRASES IT IS THAT

5    THE DISTRICT WORKS MORE LIKE A BUSINESS.  LUCKILY, WITH THE WAY

6    THE A.C. TRANSIT DISTRICT IS LAID OUT, THOSE TWO COINCIDE.

7    **BY MR. MANOLIUS**

8    **Q**    SO JUST PROVIDING MORE SERVICE TO WHERE THE DEMAND IS?

9    **A**    CORRECT.

10   **Q**    IT HAPPENS TO BE IN THE CORRIDORS THAT YOU WERE SPEAKING

11   ABOUT BEFORE, THE TRUNK LINES AND THAT SORT OF THING?

12   **A**    CORRECT.  THAT'S NOT THE CASE, FOR EXAMPLE, WITH CCCTA,

13   WHICH HAS POOR PEOPLE OUT IN FARM LABOR CAMPS IN THE EDGES OF

14   THEIR DISTRICT.  SO IT IS MUCH HARDER FOR THEM TO COMBINE THOSE

15   TWO GOALS.

16   **Q**    I WOULD LIKE TO REFER YOU NOW TO 1096 -- I'M SORRY --

17   1906.  SORRY ABOUT THAT.

18          **MR. LEE:**  YOUR HONOR, THIS DOCUMENT WAS NOT PROVIDED

19   TO US.  IT DOESN'T FALL WITHIN THE CATEGORY OF RECENT

20   DOCUMENTS.  IT'S DATED AUGUST 23RD, 2007.

21          **MR. MANOLIUS:**  IT'S AN A.C. TRANSIT DOCUMENT, YOUR

22   HONOR.  I WAS GOING TO USE IT FOR CROSS-EXAMINATION.  I WAS NOT

23   GOING TO SEEK TO MOVE IT INTO EVIDENCE.

24          **THE COURT:**  WELL, ALL RIGHT.

25          **MR. MANOLIUS:**  I'M ACTUALLY MORE INTERESTED IN THE --

 1   ACTUALLY, I CAN JUST ASK THE WITNESS QUESTIONS REGARDING THE

 2   SUBJECT MATTER, AND, IF NEED BE, I'LL REFER TO THE DOCUMENT.

 3           **THE COURT:**  ALL RIGHT.

 4           **MR. MANOLIUS:**  OKAY.

 5   **BY MR. MANOLIUS**

 6   **Q**    ARE YOU AWARE, PRESIDENT PEEPLES, THAT A.C. TRANSIT MADE A

 7   PROPOSAL TO THE WATER TRANSPORTATION AUTHORITY TO RUN FERRY

 8   SERVICE IN 2007?

 9   **A**    TO OPERATE THE FERRY SERVICE?

10   **Q**    YES.

11   **A**    YES.

12   **Q**    AND DO YOU KNOW HOW LONG A PROPOSAL THE A.C. TRANSIT MADE

13   TO DO THAT?

14   **A**    I DON'T KNOW -- I DO KNOW AS A POLICY MATTER WE WANTED ANY

15   FERRY SERVICE THAT OPERATED OUT OF OUR DISTRICT AND THAT

16   DEPENDED ON OUR LANDSIDE CONNECTIONS TO BE OPERATED BY A.C.

17   TRANSIT.

18   **Q**    OKAY.  I UNDERSTAND.

19           AND WHAT WAS THE COST TO OPERATE THE SERVICE PER

20   YEAR?

21   **A**    I'M NOT -- I DON'T KNOW WHAT THE COST WAS.  THE BOARD

22   STIPULATION WAS THAT THIS HAD TO BE COST NEUTRAL TO A.C.

23   TRANSIT, THAT THE WATER TRANSIT AUTHORITY HAS MANAGED TO PUT

24   TOGETHER A FAIRLY LARGE AMOUNT OF MONEY FROM REGIONAL MEASURE 2

25   AND FROM OTHER SOURCES, AND THEY'RE NOW SEEKING TO RUN MORE

1    FERRY SERVICE IN THE BAY AREA.

2           WE'VE HAD LIMITED EXPERIENCE, PRIMARILY THROUGH THE

3    ART & WINE FESTIVAL AT TREASURE ISLAND, WITH WHAT A DISASTER IT

4    CAN BE IF YOU HAVE A DOCK -- IF A FERRY RUNS INTO A DOCK AND

5    ALL OF A SUDDEN THEY SAY, OH, WE NEED THIRTY BUSES.

6           WE'VE ALSO HAD SOME BAD EXPERIENCES WITH BART NOT

7    NOTIFYING US IN A TIMELY MANNER OF POWER OUTAGES AND OTHER

8    PROBLEMS, AND AN HOUR INTO IT WE GET TOLD WE NEED TO PROVIDE A

9    BUS BRIDGE.

10          THAT'S WHY WE REALLY DECIDED THAT IF THERE WERE GOING

11   TO BE ALL THESE FERRIES COMING IN HERE, FIRST OF ALL, HOW DO

12   YOU GET TO THE FERRY TERMINAL, AND THE BEST WAY TO DO THAT IS

13   BY BUS, SO THAT HAS TO BE COORDINATED WITH US.  ALSO, IF

14   FERRIES BREAK DOWN AND YOU NEED BACKUP BUSES, WE WANTED TO HAVE

15   THE ENTITY THAT WAS RUNNING THE FERRY SERVICE -- WE CONTRACT IT

16   OUT.  WE DON'T HAVE EXPERTISE IN THAT.

17   **Q**    RIGHT.

18   **A**    BUT WE WANTED THEM TO BE DIRECTLY RESPONSIBLE TO US SO WE

19   FOUND OUT AS SOON AS ANYTHING HAPPENED.

20   **Q**    AND A.C. TRANSIT'S PROPOSAL INCLUDED RUNNING BUS FEEDER

21   SERVICE TO THE FERRY?

22   **A**    CORRECT.  AGAIN, IT WOULD BE PAID FOR.  AS I REMEMBER TONY

23   BRUZZONE DID THAT ONE.  AS I REMEMBER THE PROPOSAL, THERE WAS

24   SOME COSTS UP FRONT, BUT THE ULTIMATE -- THE ULTIMATE SYSTEM,

25   AND THIS IS WHAT WAS REQUIRED BY THE BOARD, THE ULTIMATE

1  SYSTEM, INCLUDING THE FEEDER BUSES AND INCLUDING RUNNING THE

2  FERRIES HAD TO BE COST NEUTRAL TO US.

3  Q     OKAY.  BUT YOU WERE GOING TO RUN THE BUS FEEDER SERVICE,

4  CORRECT?

5  A     WE WERE GOING TO OPERATE THE BUS FEEDER SERVICE.  IT WOULD

6  BE PAID FOR BY THE WATER TRANSIT AUTHORITY.

7  Q     AND YOU WERE GOING TO HAVE FREE TRANSFERS BETWEEN

8  WTA-SPONSORED SERVICES AND A.C. TRANSIT BUSES?

9  A     CORRECT.  CORRECT.

10  Q     THAT WAS PART OF THE PROPOSAL?

11  A     THAT WAS PART OF THE PROPOSAL.  AND, AGAIN, FREE TO THE

12  PASSENGER, BUT PAID FOR BY THE WATER TRANSIT AUTHORITY.

13  Q     AND THE PROPOSAL INCLUDED THE CONDITION THAT A.C. TRANSIT

14  WOULD HONOR ALL FERRY TICKETS AS VALID TRANSBAY BUS FARE, TOO?

15  A     YES.

16  Q     AND A.C. TRANSIT WOULD ASSUME RESPONSIBILITY FOR

17  MARKETING, CORRECT?

18  A     CORRECT.

19  Q     AND COMMUNITY RELATIONS?

20  A     AND THAT WAS A FAIRLY CONTENTIOUS POINT AT THE BOARD, AND

21  TONY, WHO USED TO BE A CONSULTANT, IS USED TO BEING A SALESMAN,

22  AND WE WANTED TO BE VERY SURE IT WAS QUITE CLEAR THAT THAT WAS

23  GOING TO BE BILLED BACK, THE MARKETING, COMMUNITY RELATIONS,

24  ALL THAT KIND OF STUFF, WHICH WE DO HAVE A STAFF WHICH DOES DO,

25  THAT IT WOULD TAKE ADDITIONAL STAFF MEMBERS, AND ALL OF THAT

1   WOULD BE BILLED BACK TO THE WATER TRANSPORT AUTHORITY.  SO,

2   AGAIN, WE KEPT THIS PROJECT COST NEUTRAL AS TO A.C. TRANSIT.

3   **Q**    IN PART OF YOUR PROPOSAL, YOU ASSUMED -- YOU TOLD THE WTA

4   THAT YOU WOULD ASSUME RISK MANAGEMENT RESPONSIBILITY; ISN'T

5   THAT RIGHT?

6   **A**    YES.

7   **Q**    AND YOU WOULD ASSUME THE SECURITY RESPONSIBILITY AS WELL;

8   ISN'T THAT CORRECT?

9   **A**    CORRECT.  IT BECOME PART OF OUR CONTRACT WITH THE ALAMEDA

10  AND CONTRA COSTA SHERIFFS.  AGAIN, IT WOULD BE ON A

11  PASS-THROUGH BASIS.  THE INCREASED COSTS WOULD BE BILLED TO THE

12  WATER TRANSIT AUTHORITY.

13  **Q**    THE HOPE HERE WAS TO PROVIDE A SUITE OF TRANSBAY TRANSIT

14  OPTIONS, OPTIONS THAT COULD INCLUDE A.C. TRANSIT'S EXISTING

15  TRANSBAY BUSES, FEEDER SERVICES TO BART, AND FERRY SERVICES?

16  **A**    THAT'S WHERE YOU GET A VERY GOOD CONSULTANT WRITING YOUR

17  PROPOSAL FOR YOU.  YES, THAT WAS THE INTENT.

18  **Q**    OKAY.  IS IT ALSO TRUE THAT ON SEPTEMBER -- IS THERE A

19  A.C. BOARD MEETING ON SEPTEMBER 10TH?

20  **A**    OF WHICH YEAR?

21  **Q**    THIS YEAR.  I'M SORRY.

22  **A**    OH, YES.  SORRY.

23  **Q**    AND AT THAT MEETING, ISN'T IT TRUE THAT YOU APPROVED A

24  CONTRACT TO PARTICIPATE IN THE TRANSBAY JOINT POWERS BOARD --

25  JOINT POWERS AUTHORITY TRANSBAY TERMINAL PROJECT?

1    A    CORRECT.

2    Q    AS PART OF THAT PROPOSAL, ISN'T IT TRUE THAT YOU CAME TO

3    AN AGREEMENT WITH THE TRANSBAY JPA -- WE'LL JUST SAY

4    "TRANSBAY," AND YOU'D KNOW WHAT I MEAN -- THAT WILL RUN THROUGH

5    THE YEAR 2050 AND IT WOULD --

6    A    YES.

7    Q    -- AND IT WOULD BE A CONTRACT THAT DEALS WITH A.C.

8    TRANSIT'S BUS OPERATIONS IN BOTH THE TEMPORARY TERMINAL THAT'S

9    GOING TO BE BUILT, AS WELL AS THE ULTIMATE TRANSBAY TERMINAL?

10   A    CORRECT.

11   Q    AND IT CONCERNED A.C. TRANSIT'S COMMITMENT OF AN ANNUAL

12   OPERATING COST CONTRIBUTION FOR BOTH THE TEMPORARY TERMINAL AND

13   THE TRANSIT CENTER?

14   A    NOT THE TEMPORARY TERMINAL.  WE DON'T CONTRIBUTE TO THE

15   TEMPORARY TERMINAL, AT LEAST THAT'S MY UNDERSTANDING.

16   Q    WHY DON'T YOU TURN TO --

17   A    THERE WAS GOING TO BE --

18   Q    -- 1907, PLEASE?

19   A    -- A PASSENGER FACILITY CHARGE WHICH WAS NOT GOING TO

20   START UNTIL THE PERMANENT TERMINAL WAS BUILT, THE NEW TRANSBAY

21   TERMINAL WAS BUILT.  AND THEY DID A SERIES OF SWAPS ON THAT,

22   AND THEY WERE GOING TO TRY TO FIND SOME CAPITAL MONEY IN THE

23   PLACE.  BUT THE PASSENGER FACILITY CHARGE CERTAINLY WAS NOT

24   SUPPOSED TO START UNTIL THE PERMANENT TERMINAL IS BUILT.

25              WHERE AM I?

1  Q    1907.  ARE YOU AT THAT EXHIBIT?

2  A    I'M AT THAT EXHIBIT.

3  Q    HAVE YOU SEEN IT BEFORE?

4  A    NOT -- THIS CAME TO US AS A GM MEMO, AND THIS IS THE

5  VERSION -- THIS IS THE JOINT POWERS AUTHORITY BOARD AGENDA.

6  BUT THE ATTACHMENT -- BACK HERE.  THE ATTACHMENT I HAVE SEEN,

7  THE AGREEMENT.

8  Q    THE AGREEMENT ITSELF?

9  A    YEAH.

10  Q    OKAY.  AND THE AGREEMENT STARTS ON A BLANK PIECE OF PAPER

11  THAT SAYS, "TRANSBAY TRANSIT PROGRAM LEASE AND USE AGREEMENT

12  FOR THE TEMPORARY TERMINAL AND TERMINAL"?

13  A    CORRECT.

14  Q    DATED SEPTEMBER 10TH OF 2008?

15        AND IF YOU GO TO PAGE 50 OF THE AGREEMENT, IT IS

16  SIGNED BY THE DISTRICT SECRETARY, RICK FERNANDEZ, AND KEN

17  SCHEIDIG, THE GENERAL COUNSEL.

18  A    CORRECT.

19  Q    THE BOARD DID INDEED APPROVE THIS AGREEMENT ON

20  SEPTEMBER 10TH?

21  A    THE BOARD APPROVED IT ON THE 10TH.  I THINK THERE WERE

22  SOME TWEAKS, BUT IT WAS JUST LANGUAGE THAT WAS GOING TO BE DONE

23  AFTER WE APPROVED IT.

24        MR. MANOLIUS:  IS THERE ANY OBJECTION TO THIS COMING

25  INTO EVIDENCE?

1            MR. LEE:  WE WERE UNDER THE IMPRESSION THIS IS A

2   DOCUMENT THAT'S ONLY GOING TO BE USED TO REFRESH RECOLLECTION.

3   THAT'S WHAT WE WERE TOLD.

4            MR. MANOLIUS:  THAT WAS THE LAST ONE.

5            THE COURT:  DO YOU HAVE ANY OBJECTION IN ANY CASE TO

6   THIS?

7            MR. LEE:  I THINK PROBABLY AS TO THE AGREEMENT BUT I

8   UNDERSTAND THIS IS -- YOUR HONOR, WE DON'T OBJECT.

9            THE COURT:  ALL RIGHT, THEN IT'S ADMITTED.

10           (DEFENDANT'S EXHIBIT 1907 RECEIVED IN EVIDENCE)

11           MR. MANOLIUS:  THANK YOU.

12           THE WITNESS:  I CAN'T TESTIFY ABOUT ANYTHING BUT THE

13   AGREEMENT.

14           MR. LEE:  THAT WAS GOING TO BE MY SUGGESTION.

15   PERHAPS WE JUST HAVE THE AGREEMENT.

16           THE COURT:  THE SECOND HALF OF THE EXHIBIT OR

17   TWO-THIRDS OF THE EXHIBIT, WHICH IS THE AGREEMENT ITSELF,

18   RATHER THAN THE AGENDA ITEMS WHICH ARE NOT A.C. TRANSIT AGENDA.

19   I WILL JUST ADMIT THE AGREEMENT THAT STARTS ON THE PIECE OF

20   PAPER, "TRANSBAY TRANSIT CENTER PROGRAM LEASE AND USE AGREEMENT

21   FOR THE TEMPORARY TERMINAL AND TERMINAL, SEPTEMBER 10, 2008,"

22   AND GOES THROUGH THE END.

23           MR. MANOLIUS:  THANK YOU, YOUR HONOR.

24   BY MR. MANOLIUS

25   Q    ISN'T IT TRUE, IN MAKING THIS AGREEMENT, A.C. TRANSIT

1    AGREED TO MAKE A CAPITAL CONTRIBUTION IN THE AMOUNT OF

2    $57 MILLION TO HELP BUILD THE TRANSIT CENTER?

3    **A**    YES, BUT I THINK IT COMES IN PIECES.

4    **Q**    THAT'S FINE.

5    **A**    I THINK THERE'S AN INITIAL CAPITAL CONTRIBUTION, AND THEN

6    THERE'S WHAT WE HAVE BEEN THINKING OF IN TERMS OF A PASSENGER

7    FACILITY FEE THAT COMES LATER.

8    **Q**    LET'S TALK ABOUT THE PIECES.  ISN'T IT TRUE THAT THE FIRST

9    $38 MILLION OF THE CAPITAL CONTRIBUTION IS DUE IN LUMP SUMS IN

10   VARYING AMOUNTS DUE FROM 2009 TO 2014?

11   **A**    YES.

12   **Q**    AND A.C. TRANSIT WOULD EXPECT TO PAY THE REMAINING

13   $19 MILLION WHEN BUS SERVICE ACTUALLY BEGINS IN THE TRANSIT

14   CENTER IN 2014?

15   **A**    CORRECT.

16   **Q**    AND THE PAYMENTS WOULD BE COMPLETED BY 2032?

17   **A**    CORRECT.  BUT THE INITIAL PAYMENTS ARE FOR THE PERMANENT

18   TERMINAL.  THEY ARE NOT FOR THE TEMPORARY TERMINAL.

19   **Q**    THANK YOU.  THANK YOU FOR BEARING WITH ME.  I'M ALMOST

20   DONE, PRESIDENT PEEPLES.

21        YOU TESTIFIED YESTERDAY THAT THE -- THAT JARC FUNDING

22   USED TO COME AS AN EARMARK TO A.C. TRANSIT, CORRECT?

23   **A**    CORRECT.

24   **Q**    AND THAT EARMARK WOULD COME FROM CONGRESS?

25   **A**    YES.

1  Q    AND THAT THE EARMARKING WAS CHANGED -- I DON'T KNOW THAT

2  YOU TOLD ME -- TOLD MR. LEE WHAT YEAR -- TO A FORMULA FUND?

3  A    IT WAS CHANGED TO FORMULA FUNDS AS PART OF SAFETEA-LU,

4  SAFETEA-LU WAS THREE YEARS LATE.  SO SAFETEA-LU STARTED, I

5  BELIEVE, IN '05.

6            ALL THESE T BILLS ARE THE SIX-YEAR AUTHORIZATION

7  BILLS, AND THEY GET STRANGE NAMES.

8            **THE COURT:**  SO SAFETEA-LU IS LEGISLATION.

9            **THE WITNESS:**  YES, CORRECT.

10           **MR. MANOLIUS:**  IT'S FEDERAL LEGISLATION.

11           **THE WITNESS:**  IT'S THE -- EVER SINCE AMSTEA, THE AIR

12  MODEL SURFACE TRANSPORTATION EFFICIENCY ACT OF 1991, THERE HAS

13  BEEN FLEXIBILITY PUT INTO WHAT USED TO BE ENTIRELY HIGHWAY

14  FUNDS.  AND EVERY SIX YEARS THAT BILL GETS REAUTHORIZED, AND

15  THEN WE HAVE TO FIGHT EVERY YEAR FOR APPROPRIATIONS, BUT IT'S

16  THE AUTHORIZING LEGISLATION.

17  **BY MR. MANOLIUS**

18  Q    YESTERDAY YOU SAID A.C. TRANSIT WAS GETTING ABOUT

19  $5 MILLION A YEAR IN THOSE FUNDS?

20  A    CORRECT.

21  Q    AGAIN, JOAN MARTIN, I ASKED YOU BEFORE, WAS RESPONSIBLE

22  FOR THOSE GRANT FUNDS, RIGHT?

23  A    CORRECT.

24  Q    SHE TESTIFIED THAT A.C. TRANSIT GOT $2 MILLION A YEAR, AND

25  I'M HAVING TROUBLE RECONCILING THAT.

1  A    THAT DOESN'T MAKE SENSE TO ME, BECAUSE I KNOW I HAVE BEEN

2  WITH JIM GLEICH WHO IS OUR DEPUTY MANAGER, DOES ALL THE

3  LEGISLATIVE STUFF, WHEN WE WERE LOBBYING BACK IN WASHINGTON,

4  AND AGAIN, WHEN WE HAVE TRIED TO GET, AND SUCCEEDED IN GETTING,

5  A REEXAMINATION IN THE NEXT TEA PROCESS OF WHETHER THAT SHOULD

6  GO BACK TO AN EARMARK.  AND THE FIGURE HE'S ALWAYS GIVEN HAS

7  BEEN FIVE MILLION.

8         MR. MANOLIUS:  COUNSEL, I'M GOING TO JUST TAKE A PAGE

9  FROM DEFENDANT'S EXHIBIT 1195, WHICH IS THE A.C. TRANSIT SRTP

10 FROM 2003.  AND SPECIFICALLY, I'M LOOKING AT PAGE A-5, WHICH IS

11 AN APPENDIX PAGE.  LET ME MAKE SURE COUNSEL CAN FIND IT.

12 BY MR. MANOLIUS

13 Q    PRESIDENT PEEPLES, I'M AFRAID YOU ARE GOING TO HAVE TO

14 LOOK AT THE SCREEN FOR THIS ONE BECAUSE I DON'T THINK IT'S IN

15 YOUR BINDER.

16 A    OKAY.  FIVE SHOULD BE BECAUSE THAT'S --

17 Q    I DON'T THINK THE APPENDIX.

18 A    THE APPENDICES AREN'T.  GO AHEAD.

19 Q    SO, AGAIN, I'M SORRY THAT WE DIDN'T -- IT WASN'T -- THE

20 APPENDIX WASN'T IN THE BINDER, BUT ARE YOU FAMILIAR WITH THE

21 APPENDIX TO THE SRTP?

22 A    YES.

23 Q    IT'S NUMBERED A-1 THROUGH WHATEVER?

24 A    YES.

25 Q    OKAY.  AND LOOKING THROUGH PAGE A-5, WHICH IS, AGAIN, ON

1   YOUR SCREEN, DO YOU SEE WHERE A.C. TRANSIT REPORTED THAT THE

2   DISTRICT -- AND I IMAGINE THAT MEANS A.C. TRANSIT?

3   **A**   YES.

4   **Q**   HAS RECEIVED EARMARKS OF $2 MILLION A YEAR FOR FEDERAL

5   YEARS '01 AND '02 IN JARC FUNDS?

6   **A**   CORRECT.

7   **Q**   IN '03 IT WAS REDUCED TO $1.5 MILLION?

8   **A**   YES.  BUT THE DISCREPANCY MAY BE IN THAT LAST SENTENCE

9   WITH THE 50 PERCENT LOCAL MATCH REQUIRED.  SO THE JARC MAY HAVE

10  BEEN TWO MILLION WITH A 50 PERCENT LOCAL MATCH, MOVING IT UP TO

11  FOUR, BUT I DON'T KNOW.

12          I HAVE ALWAYS BEEN TOLD THAT JARC WAS FIVE MILLION,

13  AND IT'S NOW DOWN AT HALF A MILLION, BUT THE DOCUMENTS WOULD

14  CLEARLY BE A BETTER RECOLLECTION THAN I HAVE.

15  **Q**   WHEN THE PROGRAM CHANGED TO A FORMULA PROGRAM, DO YOU KNOW

16  HOW MUCH IN FORMULA FUNDS FOR JARC THE REGION NOW GETS?

17  **A**   I THINK IT GETS LESS THAN WE GOT ALONE.

18  **Q**   OKAY.  DO YOU HAVE PERSONAL KNOWLEDGE IN THAT REGARD?

19  **A**   THIS IS AN ISSUE THAT I'VE LOBBIED ON PRETTY EXTENSIVELY

20  IN WASHINGTON, SO I'M NOT SURE HOW YOU HAVE PERSONAL KNOWLEDGE

21  OF THAT.

22  **Q**   HAVE YOU SEEN A DOCUMENT THAT SHOWS THAT THE FORMULA FUNDS

23  COMING TO THE REGION ARE LESS THAN THE 2 MILLION A YEAR THAT

24  WERE GOING TO A.C. TRANSIT BEFORE?

25  **A**   WELL, I WAS ALWAYS ASSUMING IT WAS FIVE MILLION, AND I

1  HAVE NOT SEEN A DOCUMENT.

2  **Q**    OKAY.  WITH REGARD TO THE STRATEGIC VISION, THE GREEN

3  BOOK, THE SRTP FOR 2007 IS GOING TO BE SUBMITTED PROBABLY IN

4  '08; IS THAT CORRECT, HOPEFULLY?  MAYBE?

5  **A**    HOPEFULLY.  I THINK IT'S ACTUALLY GOING TO GET SUBMITTED

6  FIRST QUARTER '09.

7  **Q**    OKAY.  AND AS PART OF THAT, THERE'S NO LONGER GOING TO BE

8  A SEPARATE CHAPTER STRATEGIC VISION?

9  **A**    CORRECT.  IT'S GOING TO BE MELDED INTO CHAPTER 4, WHICH IS

10  FUTURE -- FUTURE ACTIVITIES.  I'M NOT -- I'M NOT SURE THE BOARD

11  IS GOING TO GO ALONG WITH THAT, BECAUSE, TRADITIONALLY,

12  CHAPTER 4 HAS BEEN THE FISCALLY CONSTRAINED, AND CHAPTER 5 HAS

13  BEEN THE UNCONSTRAINED.  SO YOU ARE NOW GOING TO PUT FISCALLY

14  CONSTRAINED AND UNCONSTRAINED IN THE SAME PLACE, WHICH MAKES IT

15  MORE AWKWARD, BUT WE'LL SEE.

16  **Q**    DIRECTING YOUR ATTENTION TO 1909, WHICH, AGAIN, IS A GM

17  MEMO?

18  **A**    CORRECT, 131-A.

19  **Q**    JUNE 9TH, 2008 MEETING?

20  **A**    CORRECT.

21  **Q**    WERE YOU AT THIS MEETING?

22  **A**    YES.

23  **Q**    AND THE STAFF RECOMMENDATION, RIGHT, WAS THAT THE CHAPTERS

24  BE SHUFFLED AROUND A LITTLE BIT IN THE STRATEGIC VISION?

25  **A**    CORRECT.

1  Q    NOW, THIS SRTP, THOUGH, IS GOING TO SUPERSEDE THE PRIOR

2  ONE, CORRECT?

3  A    CORRECT.

4  Q    WITH REGARD TO FUTURE DIRECTION, WHICH IS CHAPTER 4 THAT

5  YOU WERE OUTLINING?

6  A    CORRECT.

7  Q    YOU THINK THE STRATEGIC ELEMENTS WILL PROBABLY BE IN THAT

8  CHAPTER?

9  A    IT ACTUALLY SAYS SO.

10 Q    AND I QUOTE, "IT MAKES SENSE TO INTEGRATE THE VISION INTO

11 THE OVERALL PLAN FOR THE DISTRICT."

12 A    YES, IT'S PAGE 3 OF 4.

13       SEE, BUT WHAT IT TALKS ABOUT, IF YOU LOOK AT THE LAST

14 SENTENCE ON THAT PAGE, IT SAYS:

15           "THIS WILL ALLOW THE DISTRICT TO DEVELOP A

16           NEW GREEN BOOK WITH SELECTED EXCERPTS FROM

17           CHAPTER 4, RESULTING IN LESS TECHNICAL

18           PUBLICATION THAN THE STRATEGIC VISION CHAPTER

19           IN THE SRTP."

20       SO WHAT -- AND, AGAIN, I'M NOT SURE THE BOARD IS

21 GOING TO GO ALONG WITH THIS, BECAUSE IT IS GOING TO BE PUT

22 FISCALLY CONSTRAINED AND UNCONSTRAINED THINGS IN THE SAME

23 CHAPTER OF THE SRTP.  BUT THERE IS STILL THE IDEA TO BE ABLE TO

24 PUT OUT AN ADVOCACY DOCUMENT LIKE THE GREEN BOOK THAT CONTAINS

25 SORT OF STRATEGIC VISION INFORMATION WITHOUT A LOT OF THE

1   TECHNICAL REQUIREMENTS OF AN SRTP.

2   **Q**    BUT THE BOARD HAS NOT YET CONSIDERED A NEW VISION ELEMENT,

3   HAS IT?

4   **A**    CORRECT.

5   **Q**    HAVE YOU SEEN A DRAFT OF ONE?

6   **A**    I MAY HAVE SEEN IT PERSONALLY, BECAUSE I TAKE A GREAT

7   INTEREST IN THE SRTP, AND THE PERSON WRITING IT OFTEN LETS ME

8   LOOK AT THINGS EARLY, BUT I HAVEN'T REVIEWED IT CAREFULLY, AND

9   I HAVEN'T DONE AN EDIT ON IT.

10  **Q**    IS THAT TINA SPENCER?

11  **A**    YES.

12  **Q**    THIS ALSO INDICATES THE STRATEGIC VISION WAS INITIATED TO

13  FULFILL, AND I QUOTE, "A REQUIREMENT ESTABLISHED FROM A

14  SETTLEMENT AGREEMENT."  WHAT SETTLEMENT AGREEMENT WAS THAT?

15  **A**    I THINK IT WAS BAYVIEW-HUNTER'S POINT ADVOCATES VERSUS

16  MTC.  IT WAS ONE OF THE PIECES OF PRIOR LITIGATION AGAINST MTC

17  THAT REQUIRED MTC AND MUNI AND A.C. TO GO THROUGH SOME PLANNING

18  PROCESSES.  BUT THE STRATEGIC VISION WAS BEING WORKED ON BEFORE

19  THAT SETTLEMENT AGREEMENT, WORKED ON FOR THE REASONS I OUTLINED

20  YESTERDAY.

21          **MR. MANOLIUS:**  YOUR HONOR --

22          **THE WITNESS:**  IT WAS A THELTON HENDERSON ORDER, IF I

23  REMEMBER CORRECTLY.

24          **MR. MANOLIUS:**  IF I MIGHT HAVE JUST A MOMENT, YOUR

25  HONOR, I'M GOING TO SEE IF WE --

```
 1           PRESIDENT PEEPLES, THANK YOU VERY MUCH FOR YOUR

 2   PATIENCE.  I APPRECIATE IT.

 3           THE WITNESS:  MEANING YOU'RE FINISHED?

 4           MR. MANOLIUS:  YES.

 5           THE WITNESS:  OKAY.

 6           THE COURT:  YOU HAVE REDIRECT.

 7                   REDIRECT EXAMINATION

 8   BY MR. LEE

 9   Q    MR. PEEPLES, HAVE -- YOU WERE QUESTIONED A WHILE AGO ABOUT

10   PERSONAL KNOWLEDGE ABOUT APPLICATIONS AND PERSONAL KNOWLEDGE

11   ABOUT WHAT MTC REPRESENTATIVES TOLD A.C. TRANSIT STAFF ABOUT

12   WHAT THEY COULD APPLY FOR; IS THAT CORRECT?

13   A    CORRECT.

14   Q    DID YOU HAVE AN UNDERSTANDING WHEN YOU PARTICIPATED IN

15   BOARD MEETINGS AND BUDGET MEETINGS AND PLANNING COMMITTEE

16   MEETINGS OF WHAT A.C. TRANSIT REPRESENTATIVES ASKED FOR WITH

17   RESPECT TO FUNDING?

18           MR. MANOLIUS:  OBJECTION.  HEARSAY.

19           THE COURT:  JUST A MINUTE.  WELL, OVERRULED AS TO

20   THIS QUESTION.

21           THE WITNESS:  YES.

22   BY MR. LEE

23   Q    AND WHAT WAS THE BASIS FOR THAT?

24   A    STAFF REPORTS TO US BOTH FORMALLY AND INFORMALLY PRETTY

25   REGULARLY ABOUT THEIR DISCUSSIONS WITH MTC.  WHEN THERE ARE
```

1  CERTAIN CATEGORIES OF FUNDS THAT GET USED ONE WAY OR ANOTHER, A

2  CERTAIN ESTIMATE OF FUNDS, WE'LL ASK WHY, AND THEY WILL EXPLAIN

3  TO US THEIR DISCUSSIONS WITH MTC.

4          OFTEN -- WE HAVE A SECTION OF THE AGENDA CALLED

5  "BOARD STAFF COMMENTS," AND OFTEN STAFF WILL COMMENT DURING

6  THAT PERIOD THAT THEY TALKED TO SO AND SO AT MTC ABOUT THIS

7  PROGRAM OR THAT PROGRAM, AND WE'RE GOING TO BE ABLE TO DO THIS

8  AND WE'RE NOT GOING TO BE ABLE TO DO THAT, ET CETERA.

9          **MR. MANOLIUS:**  I MOVE TO STRIKE WITH THE SAME

10 OBJECTION.  HEARSAY.

11         **THE COURT:**  WELL, I'M GOING TO OVERRULE IT.  I THINK

12 IT'S A COURT TRIAL.  WE CAN GO THROUGH THE EXCRUCIATING PROCESS

13 OF GETTING ALL SORTS OF STAFF DOCUMENTS, GOVERNMENT RECORDS.  I

14 THINK AT A MINIMUM IT COMES WITHIN THE HEARSAY EXCEPTION, FOR

15 WHAT IT'S WORTH.  I UNDERSTAND IT'S NOT -- I UNDERSTAND WHAT IT

16 IS AND WHAT IT IS NOT.

17         **MR. MANOLIUS:**  THANK YOU.

18 **BY MR. LEE**

19 Q    YOU WERE ASKED A FEW MINUTES AGO ABOUT TDA AND STA FUNDS?

20 A    CORRECT.

21 Q    IS THAT CORRECT?

22         ARE YOU FAMILIAR WITH THE TWO KINDS OF STA FUNDS?

23 A    YES.

24 Q    WHAT ARE THEY?

25 A    THERE'S REVENUE BASED AND POPULATION BASED.

1  Q    DO THESE TWO FUNDS DIFFER IN TERMS OF MTC'S LEVEL OF

2  CONTROL OVER THEIR ALLOCATION?

3  A    YES.  MTC HAS A GREAT DEAL OF DISCRETION OVER THE

4  POPULATION-BASED FUNDS.  THE REVENUE-BASED FUNDS, AS COUNSEL

5  DESCRIBED, THEY'RE A PASS-THROUGH.  THEY RUN THE NUMBERS ON

6  THEM AND PARCEL THEM OUT ACCORDING TO STATUTE.

7  Q    WAS YOUR TESTIMONY ABOUT PASS-THROUGH ABOUT THE

8  REVENUE-BASED FUNDS?

9  A    CORRECT.

10         MR. LEE:  MAY I HAVE A MINUTE, YOUR HONOR?

11         (PAUSE IN PROCEEDINGS.)

12         MR. LEE:  THANK YOU, MR. PEEPLES.

13         THE WITNESS:  THANK YOU.

14         THE COURT:  YOU MAY STEP DOWN.

15         THE WITNESS:  THANK YOU.

16         (WITNESS EXCUSED.)

17         THE COURT:  ALL RIGHT.  YOU MAY CALL YOUR NEXT

18  WITNESS.

19         MR. LEE:  WE NEED A MINUTE TO GET ORGANIZED, YOUR

20  HONOR.

21         MS. VALENZUELA SANTAMARIA:  YOUR HONOR, OUR NEXT

22  WITNESS IS THERESE MCMILLAN.

23

24

25

1                    **THERESE MC MILLAN**,

2    CALLED AS A WITNESS FOR THE PLAINTIFF HEREIN, HAVING BEEN FIRST

3    DULY SWORN, WAS EXAMINED AND TESTIFIED AS FOLLOWS:

4              **THE WITNESS:**  I DO.

5              **THE CLERK:**  PLEASE BE SEATED.

6              PLEASE STATE YOUR FULL NAME AND SPELL YOUR LAST NAME

7    FOR THE RECORD.

8              **THE WITNESS:**  THERESE MCMILLAN, M-C-M-I-L-L-A-N.

9              **MS. VALENZUELA SANTAMARIA:**  YOUR HONOR, WE NEED A

10   COUPLE OF MINUTES TO GET THE BINDERS TO EVERYBODY.

11             AND I ALSO WOULD LIKE TO LET YOU KNOW I WILL BE

12   EXAMINING MS. MCMILLAN AND MR. MARCANTONIO WILL BE EXAMINING

13   HER AFTER I'M FINISHED.  I WILL EXAMINE HER ON FUNDING SOURCES

14   AND MTC'S POLICIES AND PRACTICES WITH RESPECT TO THOSE, AND

15   MR. MARCANTONIO WILL EXAMINE HER WITH RESPECT TO RESOLUTION

16   3434 AND THE RTP POLICIES AND PRACTICES.

17             **MR. MANOLIUS:**  YOUR HONOR, JUST -- YOU WERE KIND

18   ENOUGH TO GIVE US THE RULING ABOUT TWO IN A DAY, BUT SOME OF

19   THE SCHEDULING DIFFICULTIES WITH SOME OF THE WITNESSES MAKE

20   THAT NECESSARY TODAY.

21             **THE COURT:**  ALL RIGHT.

22             **MR. MANOLIUS:**  I DO APPRECIATE YOUR PRIOR RULING.

23             **THE COURT:**  IT MAY BE A GOOD IDEA IF IN THE FUTURE IF

24   THERE'S GOING TO BE MORE THAN ONE WITNESS IN THE DAY, TO GET

25   ALL OF THESE THINGS DISTRIBUTED DURING A BREAK.  IT WILL TAKE

1    UP LESS TIME.

2                    **DIRECT EXAMINATION**

3    BY MS. VALENZUELA SANTAMARIA

4    Q    MS. MCMILLAN, WHAT IS YOUR CURRENT OCCUPATION WITH MTC?

5    A    I AM THE DEPUTY EXECUTIVE DIRECTOR FOR POLICY.

6    Q    HOW LONG HAVE YOU BEEN WITH MTC?

7    A    I WILL BE WITH MTC 25 YEARS IN JANUARY.

8    Q    AND YOU HAVE HELD A NUMBER OF DIFFERENT POSITIONS, HAVEN'T

9    YOU?

10   A    YES.

11   Q    BEFORE BECOMING DIRECTOR OF POLICY, WHAT WAS YOUR PRIOR

12   ROLE WITH MTC?

13   A    IMMEDIATELY BEFORE BECOMING DEPUTY EXECUTIVE DIRECTOR, I

14   WAS THE MANAGER OF FUNDING AND EXTERNAL AFFAIRS.

15   Q    AND YOU HELD THAT POST FOR TWO YEARS; IS THAT RIGHT?

16   A    CORRECT.

17   Q    STARTING IN JANUARY 2001?

18   A    YES, ALTHOUGH --

19   Q    I'M SORRY.  UNTIL JANUARY 2001?

20   A    YES, I WAS JUST DOING THE MATH IN MY HEAD.

21   Q    AND BEFORE YOU WERE MANAGER OF FUNDING AND EXTERNAL

22   AFFAIRS, WHAT WAS YOUR POSITION?

23   A    FOR FIVE YEARS PRIOR TO THAT, I WAS MANAGER ESSENTIALLY

24   OF -- I'M TRYING TO EVEN REMEMBER THE NAME NOW -- ESSENTIALLY

25   THE FUNDING SECTION.  IT DID NOT -- IT DID NOT HAVE THE

1    LEGISLATIVE PART ATTACHED TO IT.

2    Q    BEFORE THAT WHAT WAS YOUR POSITION?

3    A    I WAS A SENIOR PLANNER WITH THE PLANNING SECTION.

4    Q    AND BEFORE THAT?

5    A    AND BEFORE THAT I HAD TWO DIFFERENT POSITIONS WITH,

6    ESSENTIALLY, THE FUND PROGRAMMING SECTION.  WORKING BACKWARDS,

7    I WAS A LIAISON WITH THE SONOMA COUNTY/MARIN COUNTY TRANSIT

8    OPERATORS.  PRIOR TO THAT, I WAS A PROJECT MANAGER FOR REGIONAL

9    TRANSIT-RELATED PROGRAMS.

10   Q    NOW, AS EXECUTIVE DIRECTOR FOR POLICY AT MTC, YOU

11   CURRENTLY OVERSEE THREE DEPARTMENTS; IS THAT RIGHT?

12   A    CORRECT.

13   Q    AND THOSE ARE PLANNING, PROGRAMMING AND ALLOCATIONS, AND

14   LEGISLATION AND PUBLIC AFFAIRS, RIGHT?

15   A    CORRECT.

16   Q    AND DURING YOUR TIME WITH MTC, YOU WORKED WITH FEDERAL AND

17   STATE FUNDING; IS THAT RIGHT?

18   A    THAT'S CORRECT.

19   Q    AND PREPARING LONG-RANGE TRANSPORTATION PLANS?

20   A    THAT WAS PRIMARILY WHEN I WAS A PLANNER BUT, AS HAS BEEN

21   DISCUSSED AT LENGTH TO DATE, PLANNING AND FUNDING IS RELATED.

22   Q    HAVE YOU ALSO WORKED ON FUNDING PROJECTIONS USED IN THE

23   DEVELOPMENT OF LONG-RANGE PLANS?

24   A    MY STAFF HAS DONE THAT, YES.

25   Q    UNDER YOUR SUPERVISION?

1   **A**    YES.

2   **Q**    AND HAVE YOU ALSO WORKED WITH LEGISLATION AND PUBLIC

3   OUTREACH?

4   **A**    YES, I HAVE.

5   **Q**    NOW, DURING DISCOVERY IN THIS CASE, YOU WERE DESIGNATED

6   AND DEPOSED AS THE PERSON MOST KNOWLEDGEABLE AT MTC ON A NUMBER

7   OF DIFFERENT TOPICS; IS THAT RIGHT?

8   **A**    THAT IS CORRECT.

9   **Q**    AND THOSE INCLUDED MTC FUNCTIONS, POWERS, AND

10  ORGANIZATIONAL STRUCTURE?

11  **A**    I BELIEVE THAT WAS IN A LONG LIST, YES.

12  **Q**    AND MTC POLICIES AND PRACTICES REGARDING THE REGIONAL

13  TRANSPORTATION PLAN?

14  **A**    THAT WAS ALSO IN THE LIST.

15  **Q**    AND MTC'S POLICIES AND PRACTICES REGARDING VARIOUS FUNDING

16  SOURCES?

17  **A**    YES.

18  **Q**    MTC'S DEMOGRAPHIC SURVEY OF TRANSIT RIDERS IN THE BAY

19  AREA?

20  **A**    THAT WAS -- I DON'T KNOW -- WHAT IT WAS?  M.

21  **Q**    K.  AND M, WHICH WAS THE PROCESS AND IMPLEMENTATION OF

22  RESOLUTIONS 1876 AND 3434?

23  **A**    THAT IS ALSO CORRECT.

24  **Q**    MTC PROGRAMS ALLOCATES STATE, FEDERAL, AND LOCAL FUNDS TO

25  THE TRANSIT OPERATORS WITHIN ITS REGION, RIGHT?

1  **A**    SOME OF THOSE FUNDS.

2  **Q**    AND TO DETERMINE HOW TO ALLOCATE OR PROGRAM FUNDS, MTC

3  GENERALLY RELIES UPON STATUTORY ELIGIBILITY REQUIREMENTS, ALONG

4  WITH ITS OWN INTERNAL POLICIES; IS THAT RIGHT?

5  **A**    GENERALLY, THERE IS A COMBINATION OF THE TWO.  IT DEPENDS

6  ON THE FUND'S SOURCE.

7  **Q**    NOW, MS. MCMILLAN, ARE YOU THE PERSON AT THE MTC MOST

8  FAMILIAR WITH MTC'S POLICIES AND PRACTICES REGARDING VARIOUS

9  FUNDING SOURCES?

10          **MR. MANOLIUS:**  OBJECTION.  CALLS FOR SPECULATION.

11          **THE COURT:**  OVERRULED.

12          **THE WITNESS:**  I WOULD SAY THAT I HAVE SOME

13  SUBSTANTIAL KNOWLEDGE THERE.  THERE ARE MEMBERS OF MY STAFF WHO

14  ALSO HAVE PROBABLY EVEN MORE DETAILED INFORMATION.

15  **BY MS. VALENZUELA SANTAMARIA**

16  **Q**    LET'S GET INTO THOSE FUNDING SOURCES.

17          TRANSPORTATION EXPENDITURES GENERALLY FALL INTO TWO

18  BROAD CATEGORIES, OPERATING AND CAPITAL, RIGHT?

19  **A**    YES.

20  **Q**    AND CAPITAL COSTS FALL INTO TWO BROAD CATEGORIES, CAPITAL

21  REHABILITATION AND CAPITAL EXPANSION; IS THAT RIGHT?

22  **A**    THAT'S THE MOST SIMPLISTIC SPLIT YOU COULD MAKE, YES.

23  **Q**    AND CAPITAL REHABILITATION IS ALSO REFERRED TO AS CAPITAL

24  RENEWAL AND CAPITAL REPLACEMENT; IS THAT RIGHT?

25  **A**    ONE COULD, YES, CHARACTERIZE IT THAT WAY.  THERE'S

1  PROBABLY MANY OTHER WAYS THAT FOLKS WOULD CAST IT, BUT, YES.

2  **Q**    AND SOME FUNDS THAT ARE PRIMARILY CAPITAL IN NATURE COULD

3  ALSO BE USED FOR CERTAIN OPERATING COSTS, RIGHT?

4          **MR. MANOLIUS:**  OBJECTION.  VAGUE.

5          **THE COURT:**  OVERRULED.

6          **THE WITNESS:**  THERE ARE CERTAIN FUND SOURCES THAT CAN

7  BE USED FOR MULTIPLE USES, AND IN THE PARADIGM YOU JUST

8  OUTLINED, IN SOME CASES IT CAN BE USED FOR CAPITAL OR FOR

9  OPERATIONS, ALTHOUGH, AGAIN DEPENDING ON THE FUND SOURCE, THE

10 LIMITATIONS, ELIGIBILITIES ASSOCIATED WITH EITHER ONE OF THOSE

11 WILL BE DIFFERENT.

12 **BY MS. VALENZUELA SANTAMARIA**

13 **Q**    ONE OF THE INSTANCES IN WHICH FUNDS THAT ARE PRIMARILY

14 CAPITAL IN NATURE CAN BE USED FOR OPERATING IS WHERE THOSE

15 OPERATIONAL MAINTENANCE EXPENSES CAN BE CAPITALIZED AS IN

16 PREVENTIVE MAINTENANCE; IS THAT RIGHT?

17 **A**    CAN YOU REPEAT THE QUESTION?

18 **Q**    SURE.

19          FUNDS THAT ARE PRIMARILY CAPITAL IN NATURE MAY BE

20 USED FOR OPERATING, WHERE, FOR EXAMPLE, OPERATIONAL MAINTENANCE

21 CAN BE CAPITALIZED IN THE FORM OF PREVENTATIVE OR CAPITALIZED

22 MAINTENANCE, RIGHT?

23          **MR. MANOLIUS:**  OBJECTION.  VAGUE AS TO WHAT FUNDS

24 YOU'RE TALKING ABOUT.

25          **THE COURT:**  SUSTAINED.

1  **BY MS. VALENZUELA SANTAMARIA**

2  **Q**    5307 FUNDS, WHICH ARE PRIMARILY CAPITAL IN NATURE, CAN BE

3  USED FOR PREVENTIVE MAINTENANCE; IS THAT RIGHT?

4  **A**    YES.  FEDERAL LAW DOES ALLOW FOR THAT UNDER THE SAFETEA-LU

5  GUIDANCE.

6  **Q**    NOW, IN THE JOINT GLOSSARY THE PARTIES HAVE STIPULATED TO,

7  PREVENTIVE MAINTENANCE HAS BEEN DEFINED AS INCLUDING COSTS,

8  SUCH AS EQUIPMENT, TIRES, TUBES, AND MATERIALS, AND

9  RECONSTRUCTION OF SUCH EQUIPMENT AND MATERIALS.

10         NOW --

11  **A**    MAY I SEE WHAT YOU ARE REFERENCING?  IS THAT IN ONE OF

12  THESE BINDERS?

13  **Q**    IT IS.  IT'S TAB 6 IN BINDER 1, AND IT'S ALSO -- IT SHOULD

14  BE ON YOUR SCREEN AS WELL.

15  **A**    I WOULD SAY THAT'S A SUMMARY OF WHAT THE DETAIL FEDERAL

16  LAW OUTLINES.

17  **Q**    NOW, MS. MCMILLAN, MTC CONSIDERS PREVENTATIVE MAINTENANCE

18  TO INCLUDE ALL MAINTENANCE EXPENSES; ISN'T THAT RIGHT?

19  **A**    NO.  MTC DOESN'T MAKE AN INDEPENDENT DETERMINATION OF

20  ELIGIBILITY OUTSIDE OF WHAT THE FEDERAL LAW SAYS.

21  **Q**    IS IT YOUR UNDERSTANDING THAT MTC CONSIDERS PREVENTATIVE

22  MAINTENANCE TO INCLUDE ALL MAINTENANCE EXPENSES?

23  **A**    ARE YOU ASKING IS THAT OUR INTERPRETATION OF WHAT THE FTA

24  GUIDANCE SAYS?

25  **Q**    YES.

 1  **A**    AMONG OTHER THINGS, YES, MAINTENANCE IS INCLUDED IN THAT

 2  DEFINITION.

 3  **Q**    THAT INCLUDES ALL MAINTENANCE EXPENSES, RIGHT?

 4  **A**    AS FAR AS I UNDERSTAND IT.

 5  **Q**    NOW, YOU'RE FAMILIAR WITH 5307 FUNDS, RIGHT?

 6  **A**    YES, I AM.

 7  **Q**    AND ARE THOSE KNOWN AS FEDERAL FORMULA FUNDS?

 8  **A**    THEY ARE ONE OF THE FEDERAL -- URBANIZED AREA FEDERAL

 9  FORMULA FUNDS I THINK IS THE LONG TITLE.

10  **Q**    THOSE ARE ONLY ELIGIBLE FOR TRANSIT EXPENSES; ISN'T THAT

11  RIGHT?

12  **A**    TRANSIT AND PARATRANSIT.

13  **Q**    AND NOT STREETS AND ROADS?

14  **A**    THAT'S CORRECT.

15  **Q**    THEY ARE CALLED FORMULA FUNDS BECAUSE THE FEDERAL

16  GOVERNMENT USES A FORMULA TO DETERMINE HOW THE FUNDS ARE

17  ALLOCATED TO DIFFERENT URBANIZED AREAS, CORRECT?

18  **A**    THAT'S ONE PIECE OF THE FORMULIZATION, IF I CAN CREATE A

19  NOUN OF THE FUNDS.  IT ALSO REFLECTS, FRANKLY, HOW MUCH THE

20  OPERATORS WITHIN A PARTICULAR AREA, HOW MUCH THEY GENERATE.

21  THERE'S A WHOLE DETAILED LIST.  BUT THE FACTORS THAT YOU

22  OUTLINED ARE A PIECE OF HOW THE FORMULA WORKS, YES.

23  **Q**    SO THE FEDERAL GOVERNMENT IN ITS FORMULA DETERMINES HOW

24  MUCH OF THOSE 5307 FUNDS AND OTHER FEDERAL FUNDS WILL COMING

25  INTO THE MTC REGION?

1  A    YES, THE FORMULA IS STIPULATED IN THE LAW.

2  Q    AND SECTION 5307, FIXED GUIDEWAY MODERNIZATION FUNDS ARE

3  ALSO FEDERAL FUNDS, RIGHT?

4  A    THAT IS CORRECT.

5  Q    WE'LL GET INTO THOSE A LITTLE LATER.

6        JOINT FINDING OF FACT, 125, WHICH IS BEHIND TAB 8 IN

7  BINDER 1 AND SHOULD ALSO BE COMING UP ON YOUR SCREEN PROVIDES

8  THAT MTC IS THE DESIGNATED RECIPIENT FOR SECTION 5307 FUNDS FOR

9  LARGE URBANIZED AREAS IN THE BAY AREA WITH A POPULATION OVER

10 200,000?

11 A    THAT IS CORRECT.

12 Q    AND MTC IS RESPONSIBLE FOR PROGRAMMING 5307 FUNDS TO

13 OPERATORS IN LARGE URBAN AREAS; ISN'T THAT RIGHT?

14 A    IN THE AREAS IN OUR REGION, YES.

15 Q    AND APPROXIMATELY HOW MUCH IN 5307 FUNDS COMES INTO THE

16 BAY AREA REGION ANNUALLY?

17 A    IN BALLPARK TERMS, BECAUSE IT VARIES, ABOUT 180 MILLION,

18 BUT, AGAIN, IT CAN BE ALL OVER THE MAP.  THAT'S AN AVERAGE OVER

19 ABOUT TEN YEARS ENDING IN '06/'07.

20 Q    SO APPROXIMATELY 180 MILLION A YEAR?

21 A    APPROXIMATELY, YES.

22 Q    AND HOW MANY LARGE URBANIZED AREAS ARE WITHIN MTC'S

23 JURISDICTION?

24 A    TWELVE.

25 Q    LARGE URBANIZED AREAS?

1    **A**    THERE'S 12 -- 12 TOTAL URBANIZED AREAS FOR WHICH -- SOME

2    OF THOSE ARE SMALL URBANIZED AREAS MANAGED BY THE STATE OF

3    CALIFORNIA.  OF THE 12, I WOULD HAVE -- I WOULD HAVE TO LOOK,

4    BUT I BELIEVE ABOUT SEVEN MAY BE CONSIDERED URBANIZED AREAS OF

5    WHICH WE ARE THE DIRECT DESIGNATED RECIPIENT.  I WOULD NEED TO

6    CHECK FOR SURE.

7    **Q**    NOW, MTC DOES NOT PROGRAM 5307 FUNDS TO OPERATORS IN SMALL

8    URBANIZED AREAS, CORRECT?

9    **A**    CORRECT.

10    **Q**    AND ONE OF THE LARGER AREAS IN MTC JURISDICTION IS THE SAN

11    FRANCISCO/OAKLAND URBANIZED AREA?

12    **A**    THAT IS CORRECT.

13    **Q**    AND A.C. TRANSIT'S ENTIRE SERVICE AREAS FALLS WITHIN SAN

14    FRANCISCO/OAKLAND URBANIZED AREA?

15    **A**    THAT IS CORRECT.

16    **Q**    MS. MCMILLAN, ARE YOU FAMILIAR WITH WHO THE LARGEST SEVEN

17    OPERATORS ARE IN MTC'S REGION?

18    **A**    YES, I AM.

19    **Q**    AND ARE THOSE A.C. TRANSIT, BART, CALTRAIN, GOLDEN GATE,

20    MUNI, SAMTRANS, AND VTA?

21    **A**    AND I BELIEVE THE DEFINITION USED THERE IS RIDERSHIP

22    LEVELS.

23    **Q**    YES.

24    **A**    YES.  THAT WOULD BE CORRECT.

25    **Q**    NOW, THE SERVICE AREAS FOR EACH OF THE OTHER SIX LARGEST

1  TRANSIT OPERATORS IN ADDITION TO A.C. TRANSIT, ALL OF THOSE

2  OPERATOR SERVICE AREAS ARE ALSO WITHIN LARGE URBANIZED AREAS;

3  IS THAT RIGHT?

4  **A**    YES.

5  **Q**    SO IT'S MTC RESPONSIBILITY TO PROGRAM 5307 FUNDS TO THE

6  SEVEN LARGEST, AMONG OTHERS; IS THAT RIGHT?

7  **A**    LET ME MAKE A CORRECTION TO THAT, AGAIN HAVING TO GO BACK

8  AND CHECK.  FOR EXAMPLE, VTA SERVES GILROY.  GILROY MIGHT BE

9  ONE OF THE AREAS THAT IS -- THAT'S A SMALL URBAN AREA.  AGAIN,

10 I'M NOT EXACTLY SURE.

11          TO BE PERFECTLY CLEAR, I WOULD NEED TO LOOK AT A MAP

12 TO KNOW WHICH AREAS WERE AND LOOK AT THE OVERLAPPING

13 JURISDICTION TO BE CLEAR, BUT I BELIEVE, CERTAINLY, THE

14 MAJORITY OF THE OPERATING AREAS OF THE OPERATORS YOU LISTED

15 FALL IN THE LARGE URBANIZED AREAS.

16 **Q**    SO MTC PROGRAMS 5307 FUNDS TO EACH OF THE SEVEN LARGEST

17 OPERATORS AMONG OTHERS; IS THAT RIGHT?

18 **A**    CORRECT.

19 **Q**    AND A.C. TRANSIT IS ELIGIBLE TO RECEIVE 5307 FUNDS THAT

20 ARE ALLOCATED TO THE SAN FRANCISCO/OAKLAND URBANIZED AREA; IS

21 THAT RIGHT?

22 **A**    I'M SORRY.  YOU SAID?

23 **Q**    A.C. TRANSIT IS ELIGIBLE TO RECEIVE 5307 FUNDS?

24 **A**    YES, IT IS.

25 **Q**    AND UNDER STATUTE, THOSE FUNDS ARE ELIGIBLE TO BE USED FOR

1 CAPITAL PURPOSES, CORRECT?

2 **A**    THAT IS CORRECT.

3 **Q**    AND THEY ARE ALSO STATUTORILY ELIGIBLE TO BE USED FOR

4 PREVENTIVE MAINTENANCE; IS THAT RIGHT?

5 **A**    IT COULD BE USED FOR THAT PURPOSE, YES.

6 **Q**    AND THERE'S NO STATUTORY CAP ON THE AMOUNT OF 5307 FUNDS

7 THAT MTC MAKES PROGRAMS FOR PREVENTIVE MAINTENANCE; IS THAT

8 RIGHT?

9 **A**    THE ONLY CAP THAT WOULD EXIST WOULD BE THAT WE WOULD ONLY

10 BE ABLE TO PROGRAM IT TO ELIGIBLE EXPENSES THAT MEET THE FTA

11 DEFINITION.  TO THE EXTENT THAT IN AND OF ITSELF IS AN OVERALL

12 CAP, WE WOULD NEED TO BE MINDFUL OF THAT IN OUR PROGRAMMING

13 DECISIONS.

14 **Q**    IF MTC WANTED TO, IT COULD PROGRAM EVERY PENNY OF 5307

15 FUNDS TO PREVENTIVE MAINTENANCE UNDER THE STATUTE; ISN'T THAT

16 RIGHT?

17 **A**    IT WOULD BE ELIGIBLE, YES.

18 **Q**    BUT MTC CHOOSES NOT TO DO THAT; ISN'T THAT RIGHT?

19 **A**    WE HAVE PROGRAMMED -- I'M NOT SURE --

20 **Q**    MTC --

21 **A**    -- I UNDERSTAND YOUR QUESTION.

22 **Q**    MTC DOES NOT -- LET ME GET AT IT A DIFFERENT WAY.

23         THE WAY MTC EXERCISES ITS DISCRETION WITH RESPECT TO

24 5307 FUNDS IS THROUGH ITS CAPITAL TRANSIT PRIORITY POLICY;

25 ISN'T THAT RIGHT?

1  **A**    THAT IS CORRECT.

2  **Q**    AND THAT SETS PRIORITIES FOR SECTION 5307 FUNDS, AS WELL

3  AS 5309, FIXED GUIDEWAY MODERNIZATION FUNDS?

4  **A**    THAT IS CORRECT.

5  **Q**    MTC'S GOAL WITH RESPECT TO THE TCP POLICY IS TO PRIORITIZE

6  THE HIGHEST NEED CAPITAL REPLACEMENT; IS THAT CORRECT?

7  **A**    THAT IS CORRECT.

8  **Q**    THE TCP POLICY WAS CREATED BY MTC; IS THAT RIGHT?

9  **A**    THE TCP POLICY WAS ADOPTED BY MTC.  IT WAS CREATED IN

10 PARTNERSHIP WITH ALL OF THE TRANSIT OPERATORS WHO HAVE BEEN

11 WORKING WITH US ON THIS PARTICULAR POLICY SINCE THE MID '80'S.

12 **Q**    AND THE FINAL DECISION MAKER ON WHETHER TO ADOPT THE TCP

13 WAS MTC; IS THAT RIGHT?

14 **A**    YES, IT IS A RECOMMENDATION FROM THE -- ESSENTIALLY FROM

15 THE TRANSIT OPERATORS TO OUR PLANNING COMMITTEE OR PROGRAMMING

16 COMMITTEE AND IT GOES TO THE FULL COMMISSION.

17 **Q**    AND MTC IS NOT REQUIRED BY STATUTE TO FOLLOW THE TCP

18 POLICY, RIGHT?

19 **A**    STATUTE DOESN'T MANDATE -- IF WHAT YOU ARE ASKING FOR,

20 DOES FEDERAL LAW INCLUDE MTC TCP POLICY, IT DOES NOT.  IT DOES

21 NOT STIPULATE ANY SPECIFIC METHODOLOGY THAT MUST BE APPLIED FOR

22 ANYBODY IN THE COUNTRY.

23 **Q**    MTC HAS HAD A VERSION OF ITS TRANSIT CAPITAL PRIORITIES

24 POLICY IN EFFECT SINCE AT LEAST THE 1980'S; IS THAT RIGHT?

25 **A**    THAT IS CORRECT.

1  Q    AND IT'S BEEN REVISED AND CHANGED OVER THE YEARS?

2  A    YES.

3  Q    AND THE CURRENT TCP POLICY IS EMBODIED IN RESOLUTION

4  NUMBER 3688; IS THAT RIGHT?

5  A    (NODS HEAD.)

6  Q    IT IS IN TAB 10 OF BINDER 1?

7  A    I'M STILL NOT FINDING THE RIGHT BINDER HERE.

8  Q    AND TAB 11.  IT'S BROKEN UP INTO TWO --

9         THE COURT:  THERE ARE TWO DIFFERENT BINDERS.

10        THE WITNESS:  OKAY.  MAYBE THAT'S MY -- OKAY.

11 BY MS. VALENZUELA SANTAMARIA

12 Q    TAB 10 SHOULD BE ATTACHMENT A AND TAB 11 IS THE ABSTRACT

13 AND ACTUAL RESOLUTION.

14 A    I HAVE IT.

15 Q    SO RESOLUTION 3688 IS MTC'S CURRENT TCP POLICY; IS THAT

16 RIGHT?

17 A    I BELIEVE THAT IS CORRECT.  I'M TRYING TO THINK IF THIS

18 IS -- THE LAST VERSION HERE IS '06.  WE MAY HAVE JUST ADOPTED A

19 FURTHER AMENDMENT TO IT FOR THE LAST FISCAL YEAR, OR WE'RE

20 CERTAINLY DISCUSSING IT.  LET'S SAY AT THIS POINT, ABSENT SOME

21 CHECKING, THAT THIS IS THE LATEST VERSION.

22 Q    AND RESOLUTION 3688 DEFINES CAPITAL REPLACEMENT NEEDS AS

23 HIGHER OR LOWER BY ASSIGNING A DIFFERENT RANK AND SCORE TO

24 THOSE CATEGORIES; IS THAT RIGHT?

25 A    IN SUMMARY.

1  Q    AND IN THE TCP POLICY, MTC HAS IDENTIFIED CERTAIN

2  CATEGORIES OF PROJECTS THAT IT CONSIDERS WHEN PROGRAMMING 5307

3  AND 5309 FIXED GUIDEWAY MODERNIZATION FUNDS; IS THAT RIGHT?

4  A    YES, THE POLICY DOES CONTAIN THAT.

5  Q    I WOULD REFER YOU TO TAB 10, PAGE 14 OF 31, UNDER ROW 4,

6  PROJECT DEFINITION AND SCORING; DO YOU SEE THAT SECTION?

7  A    YES.

8  Q    THEN IT GOES ON FOR A COUPLE OF PAGES.  IS THAT WHERE IN

9  RESOLUTION 3688 MTC SETS OUT WHICH PROJECTS ARE ELIGIBLE UNDER

10 ITS POLICY FOR 5307 AND 5309, FIXED GUIDEWAY FUNDS?

11 A    YES, IT CERTAINLY SETS OUT THE DESCRIPTION.  LIKE I'M NOT

12 GOING TO SAY DEFINITIVELY, IF SOMETHING CAME UP THAT WE DIDN'T

13 CAPTURE IN THE LIST, THAT IT WOULDN'T BE SOMETHING THAT'S

14 ELIGIBLE AND WE WOULD CONSIDER IT, BUT I THINK THIS IS A FAIR

15 SUMMARY UNDER EACH OF THE HEADINGS AS TO WHAT WOULD BE

16 GENERALLY ELIGIBLE.

17 Q    SO MTC RETAINS THE FLEXIBILITY TO CONSIDER OTHER PROJECTS

18 THAT MIGHT NOT FIT WITHIN THE LANGUAGE OF THE CATEGORIES SET

19 OUT HERE?

20 A    IF THEY ARE CONSISTENT WITH THE GENERAL TENOR AND

21 DIRECTION OF THIS.  I WOULD SAY THAT THIS IS PRETTY

22 COMPREHENSIVE AS WE HAVE BEEN WORKING WITH OUR OPERATORS FOR

23 SOME TIME IN DEVELOPING THIS LIST, AND THEY USUALLY GIVE US

24 FEEDBACK AS TO UPDATING OF THE DEFINITIONS THAT MAY BE USEFUL

25 BASED ON CURRENT CHANGES IN LAW.  SO WE WOULD USE THIS AS THE

1    BASIC GUIDELINE.

2    **Q**    NOW, THE PROJECT CATEGORIES LISTED HERE IN RESOLUTION 3688

3    ARE RANKED FROM 16 ON THE HIGH END TO EIGHT ON THE LOW END; IS

4    THAT RIGHT?  AND I KNOW IT'S A LITTLE BIT HARD TO SEE IN THE

5    GRAY BOXES WHAT THE SCORES ARE THERE.

6    **A**    YES.

7    **Q**    AND A SCORE 16 PROJECT INCLUDES REVENUE VEHICLE

8    REPLACEMENT; IS THAT RIGHT?

9    **A**    THAT IS CORRECT.

10   **Q**    A REVENUE VEHICLE IS ONE THAT CARRIES PASSENGERS; IS THAT

11   CORRECT?

12   **A**    IT SHOULD BE CARRYING PASSENGERS.  MAYBE SOMETIME DURING

13   THE DAY THERE'S NO ONE ON THE BUS OR THE RAIL CAR, BUT, YES, IT

14   SHOULD BE ANYTHING THAT IS GENERATING REVENUE THROUGH FARES,

15   THAT'S THE GENERAL DEFINITION.

16   **Q**    AND SOME PROJECTS WILL RECEIVE A TOP PRIORITY SCORE OF 17;

17   IS THAT RIGHT?

18   **A**    THERE ARE CIRCUMSTANCES WHERE THAT WILL HAPPEN.

19   **Q**    AND WHAT ARE THOSE CIRCUMSTANCES?

20   **A**    I WOULD NEED TO REFRESH MY MEMORY ON THAT, QUITE FRANKLY.

21   I BELIEVE THERE WERE CERTAIN SAFETY PROJECTS THAT RECEIVE THAT.

22   I'M SURE THE GUIDANCE IS IN HERE.  I WOULD HAVE TO FIND IT AND

23   REFRESH MY MEMORY AS TO THE DETAIL.

24   **Q**    COULD A SCORE 16 PROJECT THAT WAS NOT FUNDED IN A PREVIOUS

25   ROUND OF PROGRAMMING RECEIVE A PRIORITY SCORE OF 17 THE

1  FOLLOWING CYCLE OF PROGRAMMING?

2  **A**    AGAIN, I WOULD NEED TO SEE IF THAT WAS THE BASIS FOR THE

3  HIGH SCORE.  WE DO TAKE INTO CONSIDERATION CERTAIN PROJECTS

4  THAT HAVE BEEN DEFERRED OVER TIME, IS MY RECOLLECTION, BUT,

5  AGAIN, I WOULD HAVE TO LOOK AT IT SPECIFICALLY.  DO YOU HAVE A

6  PAGE WHERE THAT'S DISCUSSED?

7  **Q**    WE CAN LET YOUR COUNSEL GET INTO THAT IF HE WOULD LIKE TO.

8         AT ONE POINT TRANSLINK-RELATED PROJECTS RECEIVED A

9  SCORE OF 17; IS THAT RIGHT?

10  **A**    I DON'T SPECIFICALLY KNOW THAT DETAIL.  I RECALL THAT THEY

11  DID, BUT I'M NOT FAMILIAR WITH THE DETAILS OF THAT TRANSLINK.

12  **Q**    I WOULD LIKE TO DRAW YOUR ATTENTION TO EXHIBIT 493, WHICH

13  IS TAB 12 IN THE BINDER.  IT MIGHT BE EASIER TO REFER TO THE

14  SCREEN.

15  **A**    OKAY.

16  **Q**    DOES THIS HELP REFRESH YOUR RECOLLECTION OF WHETHER

17  TRANSLINK AT ONE POINT RECEIVED A SCORE OF 17?

18  **A**    YES, I AM AWARE IT SCORED 17.  THE CIRCUMSTANCES UNDER

19  WHICH IT RECEIVED THAT HIGHER SCORE IS WHAT I'M NOT FAMILIAR

20  WITH, OR I DON'T RECALL AT THIS POINT.

21  **Q**    TRANSLINK IS A FARE COLLECTION SYSTEM DEVELOPED AND

22  PROMOTED BY MTC; IS THAT RIGHT?

23  **A**    IN EXTREMELY CLOSE COOPERATION WITH THE OPERATORS.  IN

24  FACT, THERE'S A CONSORTIUM OF THE OPERATORS THAT ACTUALLY

25  DRIVES POLICY DEVELOPMENT OF TRANSLINK.

1    Q    IS TRANSLINK CONSIDERED ONE OF MTC'S REGIONAL COORDINATION

2    PROGRAM?

3    A    IT IS.  IT IS IN THE REGIONAL COORDINATION SET OF

4    PROJECTS, YES.

5    Q    IN DECIDING HOW TO PROGRAM FEDERAL PROGRAM FUNDS, MTC

6    STARTS WITH THE HIGHEST SCORING PROJECTS FIRST; IS THAT RIGHT?

7    A    IN TERMS OF?

8    Q    IN TERMS OF PROGRAMMING MONEY?

9    A    IN TERMS OF PROGRAMMING AN ANNUAL APPORTIONMENT OF THESE

10   FUNDS?

11   Q    THAT'S RIGHT.

12   A    THAT'S CORRECT.

13   Q    AND PROJECTS SCORING 15 OR LOWER ARE GENERALLY NOT FUNDED

14   THROUGH THE TCP POLICY BECAUSE THERE ARE NOT SUFFICIENT FUNDS

15   TO FUND EVERYTHING; IS THAT RIGHT?

16   A    IT DEPENDS.  IN CERTAIN URBANIZED AREAS, BECAUSE YOU CAN'T

17   MOVE MONEY FROM ONE URBANIZED AREA TO ANOTHER, IT MAY BE THAT

18   THE NEED IN SCORE RANK CAN GO BELOW THAT.  THAT HAS BEEN OFTEN

19   THE CASE IN THE SAN JOSE URBANIZED AREA.  IN THE SAN FRANCISCO

20   URBANIZED AREA, THERE'S BEEN SIGNIFICANT DEMAND SUCH THAT --

21   IT'S RARE, NOT IMPOSSIBLE, BUT RARE THAT IT GOES BELOW SCORE

22   16.

23   Q    NOW, MTC IMPOSES A CAP ON THE TOTAL AMOUNT OF 5307 FUNDS

24   THAT ANY ONE OPERATOR MAY RECEIVE FOR SPECIFIC PROJECT

25   CATEGORIES; ISN'T THAT RIGHT?

1    **A**    THAT'S CORRECT.

2    **Q**    FOR EXAMPLE, REVENUE VEHICLE REPLACEMENT PROJECTS, THERE'S

3    A TWENTY MILLION ANNUAL CAP FOR BUSES AND A THIRTY MILLION

4    ANNUAL CAP FOR RAIL; ISN'T THAT CORRECT?

5         IF YOU NEED TO REFER TO THE DOCUMENT IT'S IN TAB 10,

6    PAGE 12 OF 31, AND IT SHOULD BE ON YOUR SCREEN, IF THAT HELPS

7    REFRESH YOUR RECOLLECTION.

8    **A**    YES.  THOSE WERE FAIRLY RECENTLY ADJUSTED, I BELIEVE, WITH

9    THIS ADOPTION OF THE TCP.

10   **Q**    THE PURPOSE OF THOSE CAPS IS TO PREVENT COMMITTING A

11   SIGNIFICANT PORTION OF THE PROGRAMMING TO ANY OPERATOR IN ANY

12   ONE YEAR; IS THAT RIGHT?

13   **A**    THAT IS RIGHT.  THAT IS CORRECT.

14   **Q**    IN OTHER WORDS, THE PURPOSE IS TO KEEP ANY ONE OPERATOR

15   FROM EATING UP ALL THE FUNDS; IS THAT RIGHT?

16   **A**    THAT'S CORRECT.

17   **Q**    NOW, UNDER CURRENT TCP POLICY, PREVENTIVE MAINTENANCE

18   RECEIVES A SCORE OF NINE; IS THAT RIGHT?

19   **A**    THAT'S CORRECT.

20   **Q**    AND THE ONLY LOWER SCORE IS A SCORE EIGHT FOR TRANSIT

21   EXPANSION; IS THAT RIGHT?

22   **A**    YES, THAT IS CORRECT.

23   **Q**    MTC FUNDS THE EXPANSION PROJECTS WITH OTHER FUNDS; ISN'T

24   THAT RIGHT?

25   **A**    YES.

1  **Q**    AND EVER SINCE MTC HAS BEEN PROGRAMMING 5307 FUNDS,

2  PREVENTIVE MAINTENANCE HAS RECEIVED A SCORE OF NINE; IS THAT

3  RIGHT?

4  **A**    ITS SCORE IS NINE.  THAT DOESN'T MEAN IT'S NOT BEEN

5  FUNDED, BUT ITS SCORE IS NINE.

6  **Q**    NOW, MTC HAS MADE SOME EXCEPTIONS TO ITS TCP POLICY WITH

7  RESPECT TO THE PROGRAMMING OF FUNDS FOR PREVENTIVE MAINTENANCE;

8  IS THAT RIGHT?

9  **A**    YES.

10  **Q**    AND, FOR EXAMPLE, IN 1999 MTC MADE AN EXCEPTION AND

11  PROGRAMMED FUNDS TO A.C. TRANSIT FOR PREVENTIVE MAINTENANCE,

12  EVEN THOUGH THERE WERE HIGHER SCORING CAPITAL PROJECTS IN THE

13  URBANIZED AREA; IS THAT RIGHT?

14  **A**    THAT IS CORRECT.

15  **Q**    AND THAT WAS THE FIRST TIME MTC HAD EVER PROGRAMMED

16  PREVENTIVE MAINTENANCE WITH 5307 FUNDS?

17  **A**    NO.  WE HAVE BEEN PROGRAMMING PREVENTIVE MAINTENANCE,

18  AGAIN, IN THE SAN FRANCISCO URBANIZED AREA BECAUSE THEY HAVE

19  THE CAPACITY WITHIN THEIR URBANIZED AREA TO DO SO.  I BELIEVE

20  IT WAS THE FIRST TIME IN THE SAN FRANCISCO URBANIZED AREA,

21  WHICH HAS THE GREATEST COMPETITION FOR THE FUNDS, THAT THAT

22  EXCEPTION TO POLICY HAD BEEN MADE.

23  **Q**    YOU JUST SAID MTC HAD BEEN FUNDING PREVENTIVE MAINTENANCE

24  IN THE SAN FRANCISCO URBANIZED AREA.  DID YOU MEAN THE SAN JOSE

25  URBANIZED AREA?

1    **A**    YES, I'M SORRY.  THE SAN JOSE URBANIZED AREA.

2    **Q**    1999 A.C. TRANSIT WAS PROGRAMMED 7.2 MILLION FOR

3    PREVENTIVE MAINTENANCE; IS THAT RIGHT?

4    **A**    I'D NEED, AGAIN, TO LOOK AT THE SPECIFIC NUMBER, BUT THAT

5    SOUNDS CORRECT.

6    **Q**    TAB 13, WHICH IS EXHIBIT 531.

7    **A**    TAB 13?

8    **Q**    TAB 13 SHOULD BE RESOLUTION 3225.

9    **A**    OKAY.  I SEE WHAT IT IS.  THANK YOU.

10    **Q**    IF YOU LOOK UP ON THE SCREEN, IT CAN DIRECT YOU RIGHT TO

11    WHERE YOU NEED TO GO.

12    **A**    JUST TO CLARIFY, THE 4.9 REPRESENTS, IF YOU WILL, SORT OF

13    THE PURE MOVE OF PREVENTIVE MAINTENANCE FROM A SCORE NINE INTO

14    A FUNDED CATEGORY.  THE 7.2 WAS A ONE-TIME ADJUSTMENT FOR AN

15    OVERPROGRAMMING AND ALLOCATION OF 1107 WHERE WE HAD ESSENTIALLY

16    GIVEN MORE MONEY THAN WAS AVAILABLE.  WE DID NOT WANT TO HOLD

17    A.C. TRANSIT -- I BELIEVE IT WAS MUNI AS WELL -- TO THAT

18    ACCOUNTING ERROR THAT WE HAD.  SO WE BACKFILLED IT WITH 5307 TO

19    HOLD THEM HARMLESS.  SO THE CIRCUMSTANCE OF THE TWO NUMBERS ARE

20    DIFFERENT.

21    **Q**    TO RECEIVE PREVENTIVE MAINTENANCE FUNDS, A.C. TRANSIT HAD

22    TO DEFER ITS BUS REPLACEMENT; IS THAT RIGHT?

23    **A**    ONLY FOR THE 4.9.

24    **Q**    ONLY FOR THE 4.9?

25    **A**    CORRECT.

1  Q    THEN IT HAD TO COMPETE WITH OTHER OPERATORS THE FOLLOWING

2  YEAR TO HAVE THOSE DEFERRED BUS PLACEMENT NEEDS SATISFIED; IS

3  THAT RIGHT?

4  A    THAT WAS THE SPECIFIC AGREEMENT ON PREVENTIVE MAINTENANCE

5  THAT HAS RUN THROUGH, ESSENTIALLY, THE ENTIRETY OF -- EXCEPT

6  FOR THE ONE YEAR THAT I'M SURE YOU'LL GET TO, THE BASIC PREMISE

7  IS THAT BECAUSE OPERATORS HAVE OUTSTANDING CAPITAL NEEDS,

8  PREVENTIVE MAINTENANCE CAN BE TAKEN INTO ACCOUNT, AS LONG AS IT

9  DOES NOT HAVE A NEGATIVE IMPACT ON THE OTHER OPERATORS WHO ARE

10  HAVING TO GET THEIR BUSES REPLACED.

11         IN ORDER FOR THAT TO HAPPEN, THE OPERATOR WANTING THE

12  PREVENTATIVE MAINTENANCE IS ASKED TO DEFER THEIRS TO THE BACK

13  OF THE QUEUE, SO TO SPEAK, TO MAKE SURE IT DOESN'T BUMP OUT

14  OTHER OPERATORS WHO ARE TRYING TO GET THEIR BASIC BUS

15  REPLACEMENT DONE.

16  Q    SO A.C. TRANSIT HAD TO COMPETE WITH OTHER OPERATORS THE

17  FOLLOWING YEAR TO GET ITS BUS REPLACEMENT NEEDS SATISFIED; IS

18  THAT RIGHT?

19  A    I BELIEVE THE DEFERRAL WAS FARTHER THAN THAT INSOFAR AS

20  THERE'S, AGAIN, A QUEUE OF BUS NEED BASED ON LIFECYCLE.  SO

21  EVERYONE IS TREATED THE SAME.  AND HOWEVER WE DID IT, A.C.

22  TRANSIT NEEDED, AGAIN, TO GET THEIR DEFERRED BUSES IN A QUEUE

23  SO THAT NO ONE ELSE WAS BUMPED OUT OF THE WAY.

24         I'M NOT SURE WHAT YOU MEAN BY A COMPETITION.  WE

25  DON'T HAVE THE OPERATORS COMPETE FOR THEIR BASIC CAPITAL NEEDS.

1    THAT'S WHY WE HAVE THE SCORING SYSTEM, TO ALLOW THOSE WITH

2    NEEDS, BASED ON LIFECYCLE, TO BE PROGRAMMED AS MUCH AS WE CAN

3    WITHIN THE LIMITS OF THE AVAILABLE FUNDS EVERY YEAR IN THE

4    ORDER THAT THEY NEED THE MONEY.

5    Q    A.C. TRANSIT WASN'T GUARANTEED THAT IT WOULD HAVE ITS

6    DEFERRED BUS REPLACEMENT NEEDS SATISFIED THE FOLLOWING

7    PROGRAMMING CYCLE?

8    A    THAT WOULD BE CORRECT.

9    Q    AND FOR THE 7.2 MILLION, THAT WAS 5307 -- I'M SORRY.  FOR

10   THE 4.9 MILLION, THAT WAS 5307 FUNDS THAT MTC WOULD HAVE

11   OTHERWISE USED FOR ITS OWN HIGHER SCORING CAPITAL NEEDS THAT

12   YEAR; IS THAT RIGHT?

13   A    NOT FOR OUR OWN.

14   Q    I'M SORRY.  FOR --

15   A    IT WOULD HAVE BEEN ASSIGNED TO THE TRANSIT OPERATOR NEEDS

16   ON THE LIST.

17   Q    RIGHT.  A.C. TRANSIT?

18   A    YES.

19   Q    NOW, YOU MENTIONED EARLIER THAT MTC HAD OVERESTIMATED THE

20   AMOUNT OF AB1107 FUNDS THAT WERE AVAILABLE FOR A.C. TRANSIT AND

21   MUNI THAT YEAR; IS THAT RIGHT?

22   A    IT WAS -- MY RECOLLECTION OF IT WAS THAT IT WAS A

23   CUMULATIVE EFFECT OF SOME ACCOUNTING -- ACCOUNTING ISSUES WE

24   HAD WITH THAT PARTICULAR FUND THAT WE FOUND THAT PARTICULAR

25   YEAR.  WE TOOK THE AGGREGATE OF WHAT THE MISALLOCATION WAS AND

 1   CORRECTED IT IN THAT ONE YEAR.

 2   Q    SO THE 7.2 MILLION PORTION OF AB1107 FUNDS, WHICH IS

 3   REFERRED TO AS AB1107 BACKFILL --

 4   A    THAT'S CORRECT.

 5   Q    -- ON EXHIBIT 531, THOSE WERE -- THAT WAS ESSENTIALLY

 6   REPLACING MONEY THAT A.C. TRANSIT WAS OTHERWISE EXPECTING TO

 7   RECEIVE THAT YEAR?

 8   A    THAT IS CORRECT.

 9   Q    NOW, SINCE 1999, MTC HAS REVISED ITS TCP POLICIES ON THREE

10   DIFFERENT OCCASIONS TO ALLOW FOR PROGRAMMING 5307 PREVENTIVE

11   MAINTENANCE FUNDS OR OTHER HIGHER SCORING CAPITAL NEEDS; IS

12   THAT RIGHT?

13   A    YOU SAY "THREE."  I THINK WE SHOULD TAKE IT ONE BY ONE SO

14   I CAN MAKE SURE MY RECOLLECTION IS THE SAME AS YOURS AS TO THE

15   SPECIFICS.

16   Q    IN 2000/2001 THERE WAS AN ECONOMIC DOWNTURN THAT AFFECTED

17   THE REGION; IS THAT RIGHT?

18   A    THAT IS CORRECT.

19   Q    AND MOST OF THE BIG OPERATORS WERE BEGINNING TO FEEL A

20   SUBSTANTIAL HIT, CORRECT?

21   A    THAT'S TRUE.

22   Q    AND SEVERAL OPERATORS, IN ADDITION TO A.C. TRANSIT, ASKED

23   MTC TO FUND PREVENTATIVE MAINTENANCE WITH 5307; IS THAT RIGHT?

24   A    IN THAT FISCAL YEAR?

25   Q    CORRECT.

1  **A**    I BELIEVE THAT'S TRUE.

2  **Q**    AND IN RESPONSE, MTC SUSPENDED ITS THEN EXISTING TRANSIT

3  CAPITAL PRIORITIES POLICY, ISN'T IT?

4  **A**    MY RECOLLECTION IS THAT THAT SUSPENSION HAPPENED FOR

5  FISCAL YEAR '02/'03 OR '03/'04 WHEN IT ACTUALLY HAPPENED.

6  **Q**    OKAY.  LET'S LOOK AT TAB 15.  THIS IS EXHIBIT 1041.  DOES

7  THIS REFRESH YOUR RECOLLECTION OF WHEN THAT SUSPENSION IN THE

8  TCP POLICY HAPPENED?

9  **A**    YES.

10  **Q**    IS THAT 2003/2004 FISCAL YEAR?

11  **A**    THAT IS CORRECT.

12  **Q**    AND THIS WAS AN INTERIM TRANSIT CAPITAL PRIORITIES POLICY;

13  IS THAT RIGHT?

14  **A**    THAT IS CORRECT.

15  **Q**    AND OPERATORS COULD RECEIVE 5307 FUNDS FOR PREVENTIVE

16  MAINTENANCE EVEN IF THEY HAD HIGHER SCORING CAPITAL NEEDS; IS

17  THAT RIGHT?

18  **A**    YES.  ESSENTIALLY, BASED ON LONG DISCUSSIONS AND

19  ESSENTIALLY NEGOTIATED AGREEMENT WITH THE OPERATORS AS TO HOW

20  WE WERE GOING TO DO THIS, THE OPERATORS WERE ALLOWED TO SPEND

21  IT ESSENTIALLY ON ANY SCORE THEY WOULD WANT THAT PARTICULAR

22  YEAR.

23        IN SOME CASES, THEY DID SPEND IT ON PREVENTIVE

24  MAINTENANCE.  IN OTHER CASES, THEY SPENT IT FOR ALMOST ANY NEED

25  THAT THEY WANTED.

1  Q    AND IN 2004, A.C. TRANSIT AGAIN APPROACHED MTC TO ASK IT

2  TO REVISE ITS TCP POLICY TO ALLOW FOR THE FUNDING OF PREVENTIVE

3  MAINTENANCE; IS THAT RIGHT?

4  A    YES.  MY RECOLLECTION -- ALTHOUGH I'M SURE YOU COULD

5  REFRESH IT WITH A TAB -- WOULD BE THAT BOTH VTA AND A.C.

6  TRANSIT WERE THE TWO OPERATORS WHO WERE HAVING CONTINUING

7  DIFFICULTY SORT OF PULLING THEMSELVES OUT OF THE RECESSIONARY

8  EFFECTS OF THE ECONOMIC DOWNTURN, AND THAT THOSE TWO OPERATORS,

9  IN PARTICULAR, HAD MADE A REQUEST SUBSEQUENT TO THE '03/'04.

10 Q    AND GOLDEN GATE ALSO ASKED MTC TO FUND PREVENTIVE

11 MAINTENANCE THAT YEAR, DIDN'T IT?

12 A    AND I BELIEVE THEY DID AS WELL.

13 Q    SO MTC REVISED ITS TCP POLICY AGAIN FOR FISCAL YEARS

14 '03/'04 AND '04/'05 TO ALLOW THOSE OPERATORS TO USE 5307 FUNDS

15 FOR PREVENTIVE MAINTENANCE; IS THAT RIGHT?

16 A    I BELIEVE THAT IS TRUE.

17 Q    IF YOU COULD LOOK AT TAB 17, WHICH IS EXHIBIT 1098?  I

18 WOULD LIKE TO REFER YOU TO THE LIST OF PROJECTS THAT WERE

19 FUNDED THERE.  DO YOU SEE THAT?

20 A    THAT'S HIGHLIGHTED ON THE SCREEN.

21 Q    A.C. TRANSIT WAS PROGRAMMED APPROXIMATELY 17 MILLION FOR

22 PREVENTIVE MAINTENANCE THAT YEAR; IS THAT RIGHT?

23 A    YES.

24 Q    AND THAT'S 5307 FUNDS THAT A.C. TRANSIT WOULD HAVE

25 OTHERWISE RECEIVED FOR ITS SCORE 16 CAPITAL NEEDS, CORRECT?

1  **A**    I WOULD WANT TO MAKE SURE THIS WASN'T A COMBINATION OF AN

2  OPERATING REQUEST AS WELL AS THE VEHICLE SWAP DISCUSSION THAT

3  WAS -- THAT I THINK DIRECTOR PEEPLES HAD ATTESTED TO EARLIER.

4          THIS MAY BE A COMBINATION OF PREVENTIVE MAINTENANCE

5  FOR BOTH THOSE PURPOSES.  I'M NOT SURE.  I WOULD WANT TO ENSURE

6  THAT.  IN OTHER WORDS, IN EFFECT, A PIECE OF THIS MIGHT HAVE

7  BEEN GOING TO A CAPITAL REPLACEMENT ANYWAY, BUT, AGAIN, I WOULD

8  NEED TO CHECK THE RECORD TO BE PERFECTLY SURE.

9  **Q**    EVEN WITH A VEHICLE SWAP THAT MR. PEEPLES TESTIFIED ABOUT,

10  MTC DIDN'T PROGRAM ANY ADDITIONAL FUNDS TO MTC, RIGHT?  IT WAS

11  JUST ESSENTIALLY CHANGING THE COLOR OF THE MONEY?

12          **MR. MANOLIUS:**  OBJECTION.  PROGRAM TO MTC?

13          **MS. VALENZUELA SANTAMARIA:**  I'M SORRY.

14          **THE COURT:**  REPHRASE.

15  **BY MS. VALENZUELA SANTAMARIA**

16  **Q**    NOW, EVEN WITH THE VEHICLE SWAP THAT MR. PEEPLES TESTIFIED

17  ABOUT EARLIER, MTC WOULD NOT PROGRAM TO A.C. TRANSIT ANY

18  ADDITIONAL FUNDS THAT IT WASN'T ALREADY USING FROM ANOTHER

19  SOURCE; IS THAT RIGHT?  SO A.C. TRANSIT WOULDN'T BE GETTING A

20  NET OF ADDITIONAL FUNDS; IS THAT RIGHT?

21  **A**    MAYBE TO RECAST IT, BECAUSE I KNOW THIS IS PAINFULLY

22  ARCANE SOMETIMES, WHAT WE DO WITH WHAT'S KNOWN AS A PREVENTIVE

23  MAINTENANCE EXCHANGE, OR SWAP, IS IF AN OPERATOR SIMPLY WANTS A

24  DIFFERENT COLOR OF MONEY, AS IN THE CASE OF THE VAN HOOL

25  EXPERIENCE WHERE THEY WERE NOT ALLOWED TO USE FEDERAL FUNDS FOR

1  THAT PURPOSE, IT IS ESSENTIALLY A ONE-FOR-ONE SWAP.

2       THEY ESSENTIALLY GUARANTEE THEY ARE GOING TO PAY FOR

3  THOSE BUSES WITH ANOTHER SOURCE, NORMALLY A SOURCE THAT COULD

4  BE USED FOR OPERATION.  IN THIS CASE, PREVENTIVE MAINTENANCE IS

5  THEN PROGRAMMED INTO THEIR BUDGET TO ALLOW THE BACK END FUNDS

6  TO COME OUT FOR THE BUSES.  SO IN THAT CASE IT IS A ONE-TO-ONE

7  SWAP AND NOT A NET ADD TO THEIR OPERATING BUDGET.

8       IN A PREVENTIVE MAINTENANCE PROGRAM WHERE THE

9  OPERATOR IS SPECIFICALLY WANTING THE PROGRAM FUNDS TO GO INTO

10 THEIR OPERATING BUDGET AND THEIR OPERATING BUDGET IS NOT

11 PUTTING ADDITIONAL MONEY TO CAPITAL, IN THAT PARTICULAR CASE,

12 THE REQUIREMENT THAT THE PREVENTIVE MAINTENANCE TAKE THE PLACE

13 OF A CAPITAL NEED IN THAT PARTICULAR YEAR WOULD COME INTO

14 EFFECT IN THAT CASE.

15 Q    ALL RIGHT.  LET'S GO BACK TO RESOLUTION 3688.

16 A    WHICH IS TAB?

17 Q    SORRY.  GIVE ME ONE MINUTE.  I BELIEVE IT WAS 10 AND 11.

18 A    OKAY.  THE CAPITAL PRIORITIES?

19 Q    UNDER RESOLUTION 3688, THERE IS WHAT'S CALLED A FLEXIBLE

20 SET-ASIDE; IS THAT RIGHT?

21 A    YES.

22 Q    THAT'S TEN PERCENT OF AN OPERATOR'S ANTICIPATED

23 APPORTIONMENT THAT IT MAY USE FOR ANY STATUTORILY ELIGIBLE

24 PURPOSE THAT IT WANTS; IS THAT RIGHT?

25 A    YES.  THAT IS AN OUTCOME OF AN AGREEMENT WITH THE

1  PARTNERSHIP THAT WAS CHANGED TO -- THE BASIC STRUCTURE OF HOW

2  WE HAD DONE THE PROGRAM.  AND IT WAS RECOGNIZING THAT THE

3  OPERATORS WANTED A LITTLE BIT MORE FLEXIBILITY TO DEAL WITH

4  SOME OTHER NEEDS, BE THEY PREVENTIVE MAINTENANCE OR A LOWER

5  SCORING CAPITAL PROJECT.

6         IN THE CASE OF SOME OF THE SMALLER OPERATORS, THEY

7  WERE TOYING WITH THE IDEA OF POSSIBLE EXPANSION, BUS PURCHASES.

8  AND SO THERE WAS A DISCUSSION ABOUT THAT AND A RECOMMENDATION

9  FOR THIS TEN PERCENT SET-ASIDE OFF THE TOP TO SERVE THAT

10 PURPOSE.

11 **Q**   NOW, APPROXIMATELY HOW MUCH MONEY DOES A.C. TRANSIT

12 RECEIVE EACH YEAR OUT OF THE FLEXIBLE TEN PERCENT SET-ASIDE?

13 **A**   THE OPERATORS HAD DISCUSSED HOW TO SPLIT THAT MONEY, AND

14 I'M GOING TO -- ABSENT SITTING DOWN AND SPENDING TIME HERE

15 READING THIS, I RECALL THAT IT WAS A COMBINATION -- I BELIEVE

16 IT WAS A COMBINATION OF THE RELATIVE RIDERSHIP LEVELS AND HOW

17 MUCH MONEY THEY GENERATE IN THE URBANIZED AREA, BUT I WOULD

18 NEED TO GO BACK AND CHECK.

19 **Q**   OKAY.  IF YOU COULD TURN TO TAB 18, WHICH IS EXHIBIT 1082,

20 THAT'S RESOLUTION 3714?

21 **A**   MM-HMM.

22 **Q**   IF YOU LOOK AT -- IT SHOULD BE ON YOUR SCREEN.  IT SHOWS

23 FOR FISCAL YEAR 2005/'06, DO YOU SEE A.C. TRANSIT RECEIVED JUST

24 UNDER $2 MILLION?

25 **A**   IN TERMS OF THE COMBINATION OF THESE FIGURES?

1  Q    THAT'S CORRECT.

2  A    YES.

3  Q    AND IF YOU LOOK AT THE '06/'07 ALLOCATION, YOU'LL SEE THAT

4  A.C. TRANSIT RECEIVED JUST OVER TWO MILLION?  DO YOU SEE THAT?

5  A    MM-HMM.

6  Q    AND IF YOU LOOK AT THE '07/'08, YOU'LL SEE AGAIN THEY

7  RECEIVED JUST OVER TWO MILLION; DO YOU SEE THAT?

8  A    YES.

9  Q    IS IT FAIR TO SAY A.C. TRANSIT RECEIVES APPROXIMATELY

10  $2 MILLION IN 5307 FUNDS ANNUALLY UNDER THE ANNUAL 10 PERCENT

11  FLEXIBLE SET-ASIDE?

12  A    IT WOULD DEPEND ON THE AMOUNT OF 5307 WE ARE WORKING WITH.

13  IN THIS PARTICULAR CASE, IT WOULD SEEM, SINCE THEY ARE RUNNING

14  AT TWO PERCENT, THE AMOUNTS ACTUALLY AVAILABLE THROUGH ACTUAL

15  APPORTIONMENTS TO THE REGION WERE ROUGHLY THE SAME IN THOSE

16  YEARS.  BUT IF THEY WERE TO CHANGE THE 10 PERCENT SET-ASIDE AND

17  THE SHARE A.C. TRANSIT WOULD GET WOULD CHANGE BASED ON THE

18  MATH.

19  Q    UNDERSTOOD.  BUT FOR THE PAST THREE FISCAL YEARS A.C.

20  TRANSIT RECEIVED APPROXIMATELY $2 MILLION?

21  A    THAT'S CERTAINLY WHAT THEY PROGRAMMED IN THE TIP.  SO I

22  CAN'T TELL FROM HERE WHETHER THEY FULLY PROGRAMMED THE AMOUNT

23  THAT THEY COULD HAVE UNDER THE 10 PERCENT FLEXIBLE SET-ASIDE.

24  THEY MAY HAVE, BUT I CAN ONLY ASSUME THAT'S WHAT THEY --

25  Q    NOW, A.C. TRANSIT COULDN'T RECEIVE ANY 5307 FUNDS THAT

1  WEREN'T INCLUDED IN A TIP; IS THAT RIGHT?

2  **A**    YOU MUST BE IN THE TIP TO RECEIVE 5307 FUNDS.

3  **Q**    NOW, UNDER RESOLUTION 3688 THERE IS ANOTHER OPPORTUNITY OR

4  OPTION FOR OPERATORS TO RECEIVE PREVENTIVE MAINTENANCE FUNDS

5  OTHER THAN THE TEN PERCENT FLEXIBLE SET-ASIDE; IS THAT RIGHT?

6  **A**    THAT'S CORRECT.

7  **Q**    AND WHERE OPERATORS HAD PREVIOUSLY BEEN PROGRAMMED

8  PREVENTIVE MAINTENANCE FUNDS ON AN AD HOC BASIS, RESOLUTION

9  3688 LIMITS AN OPERATOR'S ABILITY TO RECEIVE PREVENTIVE

10 MAINTENANCE FUNDS IN ONLY TWO OUT OF EVERY TWELVE YEARS; IS

11 THAT RIGHT?

12 **A**    YES.  AGAIN, THE OUTCOME OF A LONG, I BELIEVE AT LEAST TWO

13 YEAR, OR OVER A YEAR DISCUSSION WITH THE OPERATORS ON THE

14 SUBJECT OF WHAT WE NEED TO DO WITH PREVENTIVE MAINTENANCE.

15 **Q**    AND EVEN THEN, AN OPERATOR CAN ONLY BE PROGRAMMED

16 PREVENTIVE MAINTENANCE IF IT SHOWS A FISCAL NEED FOR THE FUNDS;

17 IS THAT RIGHT?

18 **A**    YES, THAT WAS THE RECOMMENDATION OF THE GROUP.

19 **Q**    AND TO SHOW A FISCAL NEED, MTC REQUIRES THAT THE OPERATOR

20 MEET THREE CONDITIONS; IS THAT RIGHT?  DO YOU WANT TO LOOK AT

21 TAB 10 AGAIN?

22 **A**    YES.  IT'S ALWAYS EASIER TO LOOK AT THE ACTUAL --

23 **Q**    PAGE 23 OF 31 IT SHOULD BE ON YOUR SCREEN.

24 **A**    TWENTY-THREE?

25 **Q**    TWENTY-THREE OF THIRTY-ONE.  YES.

1    **A**    YES.

2    **Q**    AND THE FIRST IS THAT AN OPERATOR CAN DEMONSTRATE IN A

3    BOARD APPROVED BUDGET OR BUDGET ASSUMPTION THAT A SHORTFALL

4    EXISTS IN A BUDGET THAT MTC CONSIDERS MTC'S LATEST -- IN A

5    BUDGET THAT CONSIDERS MTC'S LATEST ADOPTED FUND ESTIMATE OR

6    SRTP FORECAST; IS THAT RIGHT?

7    **A**    THAT IS CORRECT.

8    **Q**    AND THE SRTP IS THE SHORT RANGE TRANSPORTATION PLAN,

9    CORRECT?

10   **A**    THAT IS CORRECT.

11   **Q**    WE'LL GET INTO THAT A LITTLE BIT LATER.

12           **THE COURT:**  IS THIS A GOOD TIME BEFORE WE GET INTO

13   THE NEXT THING TO TAKE OUR LUNCH BREAK FOR 45 MINUTES?

14           **MS. VALENZUELA SANTAMARIA:**  THANK YOU.

15           (WHEREUPON AT 12:07 P.M. PROCEEDINGS

16            WERE ADJOURNED FOR NOON RECESS.)

17

18

19

20

21

22

23

24

25

1                   P R O C E E D I N G S.

2  OCTOBER 2, 2008                         12:57 P.M.

3

4          (WHEREUPON, PROCEEDINGS WERE RESUMED

5           AFTER NOON RECESS.)

6                   **DIRECT EXAMINATION RESUMED**

7  BY MS. VALENZUELA SANTAMARIA:

8  Q.   MS. MCMILLAN, BEFORE THE BREAK WE WERE WALKING THROUGH

9  RESOLUTION 3688, WHICH IS MTC'S CURRENT TRANSIT CAPITAL

10 PRIORITIES POLICY.  DO YOU REMEMBER THAT?

11 A.   YES.

12 Q.   AND WE WERE DISCUSSING THE CIRCUMSTANCES UNDER WHICH AN

13 OPERATOR CAN RECEIVE PREVENTIVE MAINTENANCE UNDER THAT POLICY,

14 ASIDE FROM THE 10 PERCENT FLEXIBLE SET-ASIDE; DO YOU RECALL

15 THAT?

16 A.   YES.

17 Q.   AND WE LOOKED AT THE FIRST CONDITION THAT MTC REQUIRES AN

18 OPERATOR TO MEET TO SHOW FISCAL NEED; DO YOU REMEMBER THAT?

19 A.   YES.

20 Q.   AND TO REITERATE, THAT IS THE FIRST CONDITION READS:

21          "AN OPERATOR CAN DEMONSTRATE IN A BOARD APPROVED

22       BUDGET OR BUDGET ASSUMPTION THAT A SHORTFALL EXISTS."

23          AND BY "SHORTFALL," MTC MEANS THAT THE OPERATING

24 COSTS PROJECTED IN THE BUDGET EXCEED PROJECTED OPERATING

25 REVENUES, IS THAT RIGHT?

1   **A.**   YES, WHAT THE OPERATOR IS ANTICIPATING THEMSELVES FOR THAT

2   BUDGET YEAR.

3   **Q.**   OKAY.  NOW, THE SECOND CONDITION IS THAT:

4           "AN OPERATOR MUST DEMONSTRATE THAT ALL REASONABLE

5           COST CONTROL AND REVENUE GENERATION STRATEGIES HAVE

6           BEEN IMPLEMENTED AND THAT A RESIDUAL SHORTFALL

7           REMAINS."

8           IS THAT RIGHT?

9   **A.**   YES.

10  **Q.**   AND THE THIRD CONDITION READS:

11          "AN OPERATOR CAN DEMONSTRATE THAT THE SHORTFALL,

12          IF NOT ADDRESSED, WOULD RESULT IN A SIGNIFICANT

13          SERVICE REDUCTION."

14          DO YOU SEE THAT?

15  **A.**   YES.

16  **Q.**   AND IT IS UP TO MTC TO DETERMINE WHAT "SIGNIFICANT SERVICE

17  REDUCTION" MEANS, IS THAT RIGHT?

18  **A.**   I DON'T RECALL.  IT'S NOT OUTLINED IN THIS EXCERPT HERE

19  WHETHER WE INCLUDED IN HERE A DEFINITION OF WHAT THAT WAS OR

20  NOT.

21  **Q.**   SO RESOLUTION 3688 DOESN'T DEFINE THAT PHRASE?

22  **A.**   I NEED TO LOOK.  WHAT TAB IS THAT?  I'M SORRY.

23  **Q.**   THAT WOULD BE TAB 10.

24  **A.**   BACK TO 10, WHICH MEANS I'M IN THE WRONG BINDER.  I'M

25  SORRY.

1  Q.   PERHAPS I CAN REFRESH YOUR RECOLLECTION WITH SOME

2  DEPOSITION TESTIMONY.  DO YOU RECALL THAT I DEPOSED YOU SEVERAL

3  TIMES IN THIS CASE?

4  A.   YES.  HARD TO FORGET.

5  Q.   ONE OF THOSE DATES WAS DECEMBER 19, 2007; DO YOU RECALL

6  THAT?

7  A.   YES.

8  Q.   OKAY.  THERE IS A BINDER UP THERE WITH YOUR DEPOSITION

9  TESTIMONY IN IT, BUT IT MIGHT BE EASIER IF WE JUST POP IT UP ON

10 THE SCREEN.  THAT WOULD BE PAGE 426, LINES 5 THROUGH 10.

11          **MR. MANOLIUS:**  COUNSEL, WHAT WAS THE DEPOSITION DATE?

12          **MS. VALENZUELA SANTAMARIA:**  DECEMBER 19, 2007.

13          **THE COURT:**  2005?

14          **MS. VALENZUELA SANTAMARIA:**  2007.  IT MAY HAVE SEEMED

15 LIKE IT WAS AGES AGO.

16 **BY MS. VALENZUELA SANTAMARIA:**

17 Q.   ALL RIGHT.  THERE IS -- STARTING AT LINE 5:

18          **"QUESTION:**  DID MTC HAVE A DEFINITION OF WHAT

19          SIGNIFICANT SERVICE REDUCTION MEANS?"

20          AND THE ANSWER:

21          **"ANSWER:**  (THE WITNESS) NO.  LET'S SEE, NO."

22 A.   YES, BECAUSE I WAS LOOKING AT -- I GUESS I WAS REFERRING

23 TO THE RESOLUTION.

24 Q.   WAS YOUR TESTIMONY ON DECEMBER 19, 2007 ACCURATE?

25 A.   YES.

1  Q.    SO RESOLUTION 3688 DOESN'T DEFINE THE PHRASE "SIGNIFICANT

2  SERVICE REDUCTION," DOES IT?

3  A.    NO.

4  Q.    AND MTC HAS NO OTHER DEFINITION FOR THAT TERM, DOES IT?

5  A.    IN RESOLUTION OR OTHERWISE?

6  Q.    THAT'S RIGHT.

7  A.    NOT THAT I KNOW OF, NO.

8  Q.    NOW, EVEN IF MTC DETERMINES THAT AN OPERATOR HAS FISCAL

9  NEED, FOUR ADDITIONAL CONDITIONS MUST THEN BE SATISFIED BEFORE

10 PREVENTIVE MAINTENANCE WILL BE PROGRAMMED UNDER RESOLUTION

11 3688, ISN'T THAT RIGHT?

12 A.    CAN YOU REPEAT THAT QUESTION?

13 Q.    SURE.  EVEN IF MTC DETERMINES THAT A FISCAL NEED EXISTS

14 UNDER THE THREE CONDITIONS THAT WE JUST DISCUSSED, AN OPERATOR

15 THEN MUST MEET FOUR ADDITIONAL CONDITIONS BEFORE PREVENTIVE

16 MAINTENANCE WILL BE PROGRAMMED, IS THAT RIGHT?

17 A.    I'M NOT SURE WHAT YOU ARE REFERRING TO.  ADDITIONAL

18 CONDITIONS?

19 Q.    LET'S GO TO TAB 10.  THAT'S EXHIBIT 504, RESOLUTION 3688.

20 IF WE COULD GO TO PAGE 24 OF 31?  AND IT'S ON YOUR SCREEN IF

21 THAT MIGHT BE EASIER.

22 A.    OKAY.

23 Q.    DOES THIS REFRESH YOUR RECOLLECTION THAT AN OPERATOR MUST

24 SATISFY FOUR ADDITIONAL CONDITIONS?

25 A.    YES.

1  Q.   AND THE FIRST OF THOSE IS THAT:

2           "THE OPERATOR MUST SHOW BOARD APPROVED BRIDGING

3       STRATEGY THAT WILL SUSTAIN FINANCIAL RECOVERY BEYOND

4       THE YEAR FOR WHICH PREVENTIVE MAINTENANCE IS

5       REQUESTED."

6            IS THAT RIGHT?

7  A.   YES.

8  Q.   AND THAT:

9           "BRIDGING STRATEGY CANNOT DEPEND ON FUTURE

10      PREVENTIVE MAINTENANCE FROM MTC."

11           CORRECT?

12 A.   THAT IS CORRECT.

13 Q.   AND:

14          "PREVENTIVE MAINTENANCE CANNOT BE CONSIDERED AS A

15      MECHANISM TO SUSTAIN OR REPLENISH OPERATING

16      RESERVES."

17           IS THAT RIGHT?

18 A.   THAT'S POINT THREE.

19 Q.   AND THE FINAL IS THAT:

20          "AN OPERATOR MAY ONLY USE 5307 FUNDS FOR

21      PREVENTIVE MAINTENANCE IN TWO OUT OF 12 YEARS."

22           CORRECT?

23 A.   THAT IS CORRECT.

24 Q.   AND EVEN IF AN OPERATOR HAD FISCAL NEED UNDER THE POLICY

25 FOR 12 CONSECUTIVE YEARS, UNDER THE POLICY IT WOULD STILL ONLY

1  BE LIMITED TO RECEIVING PREVENTIVE MAINTENANCE FUNDS IN TWO OF

2  THOSE YEARS, CORRECT?

3  **A.**    WITH THIS POLICY, IT'S CORRECT.  THE OBJECTIVE WAS TO --

4  AS YOU POINTED OUT EARLIER, 100 PERCENT OF THE AVAILABLE FUNDS

5  FOR CAPITAL REHAB COULD BE COMPLETELY OBLITERATED BY PREVENTIVE

6  MAINTENANCE, AND THE OPERATORS WERE VERY CONCERNED ABOUT NOT

7  PUTTING SOME KIND OF REASONABLE BOUNDS ON THAT POTENTIAL ISSUE.

8           AND SO THAT WAS THE UNDERLYING CONCERN THAT LED TO

9  THIS PARTICULAR POLICY THAT IS CURRENTLY IN PLACE.

10 **Q.**    NOW, IF MTC HAD THAT CONCERN ABOUT AN OPERATOR'S

11 PREVENTIVE MAINTENANCE NEEDS EATING UP ALL THE FUNDS, IT COULD

12 PLACE CAPS ON THE AMOUNT THAT AN OPERATOR COULD RECEIVE FOR

13 PREVENTIVE MAINTENANCE FUNDS, COULDN'T IT, AS IT DOES WITH --

14 **A.**    ANY PARTICULAR OPERATOR?

15 **Q.**    ANY PARTICULAR OPERATOR OR ON THE PROJECT, ON THE ENTIRE

16 CATEGORY OF PREVENTIVE MAINTENANCE; COULDN'T IT?

17 **A.**    I SUPPOSE WE COULD.  WE DID AN ANALYSIS BACK IN 2001, FOR

18 EXAMPLE, WHERE THE OPERATORS WERE CONCERNED WHAT THE POTENTIAL

19 IMPACT OF THIS COULD BE.  AND WE TESTED WHAT A 10 PERCENT CAP

20 ON PREVENTIVE MAINTENANCE NEED WOULD RESULT IN IF EVERY

21 OPERATOR DID THAT CONSECUTIVELY OVER TIME, WHICH IN THIS CASE

22 WAS EVEN LESS THAN 12 YEARS.  AND THE IMPACT WAS ALMOST A HALF

23 BILLION DOLLARS, YOU KNOW, INCREASE TO THE REGIONAL CAPITAL

24 SHORTFALL.

25           SO, YES, A CAP COULD BE PUT IN PLACE.  THE POINT OF

1    THE POLICY, THOUGH, WHICH AGAIN WAS DEVELOPED OVER, I THINK, AS

2    -- AS MY RECOLLECTION, A PERIOD OF TWO YEARS WITH THE TRANSIT

3    OPERATORS THEMSELVES WAS TO TRY TO COME TO SOMETHING THAT WOULD

4    ALLOW FOR IT TO HAPPEN UNDER EXTRAORDINARY CIRCUMSTANCES, BUT

5    TO LIMIT THE POTENTIAL ROLLING IMPACT, AGGREGATE IMPACT OF

6    PREVENTIVE MAINTENANCE BEING ACCRUED YEAR AFTER YEAR ON THE

7    CAPITAL PLAN.

8    Q.    SO IT COULD PLACE CAPS ON THE AMOUNT OF PREVENTIVE

9    MAINTENANCE THAT AN OPERATOR RECEIVED, IS THAT RIGHT?

10   A.    YOU MEAN MTC COULD, AS PART OF ITS TRANSIT CAPITAL

11   PRIORITIES, PUT CAPS ON?

12   Q.    YES.

13   A.    YES, WE COULD.

14   Q.    AND THE HALF BILLION DOLLAR INCREASED SHORTFALL THAT YOU

15   JUST TALKED ABOUT THAT WAS THE RESULT OF THE ANALYSIS THAT MTC

16   PREPARED, THAT ASSUMED THAT RESOLUTION 3434 WAS IN PLACE,

17   CORRECT?

18   A.    RESOLUTION 3434 WASN'T ASSUMED IN THAT, NO.

19   Q.    DID IT ASSUME THAT ADDITIONAL FUNDS FROM CAPITAL EXPANSION

20   WOULD BE SHIFTED TO CAPITAL REHABILITATION NEEDS?

21   A.    ALL IT DID WAS TO LOOK AT THE AMOUNT OF 5307 WE BELIEVED

22   WE WOULD HAVE IN THE REGION AND CALCULATE IT BASED ON ESTIMATES

23   WE GOT FROM THE OPERATORS, WHAT THEIR ANNUAL PREVENTIVE

24   MAINTENANCE NEED WOULD HAVE BEEN.

25              WE TOOK 10 PERCENT OF THAT AGGREGATE, APPLIED IT TO

1    THE ESTIMATED 5307, AND LOOKED AT THE IMPACT OF WHAT THAT WOULD

2    HAVE SOAKED UP IN TERMS OF COST.

3           SO 3434 WASN'T IN THE MIX.  THAT WASN'T PART OF THE

4    ANALYSIS.  IT WASN'T THE POINT.

5    Q.   SO THAT ANALYSIS DIDN'T CONSIDER THE AVAILABILITY OF ANY

6    OTHER FUNDS TO FUND CAPITAL REPLACEMENT NEEDS, IS THAT RIGHT?

7    A.   WELL, THAT WASN'T THE POINT OF THE ANALYSIS.  SO, NO, WE

8    DIDN'T CONSIDER IT.

9    Q.   NOW, MTC COULD, TO ADDRESS CAPITAL REHABILITATION NEEDS,

10   ELECT TO FUND CAPITAL REPLACEMENT WITH OTHER CAPITAL FUNDS,

11   SUCH AS A SURFACE TRANSPORTATION PROGRAM, OR STP FUNDS, OR CMAQ

12   FUNDS TO FUND CAPITAL REHABILITATION NEEDS, COULDN'T IT?

13   A.   NO, NOT IN EVERY CASE.  CMAQ, UNDER FEDERAL LAW, MAY NOT

14   BE USED FOR REHAB.  IT'S IN THE GUIDANCE, THAT IT CANNOT BE

15   USED FOR THAT PURPOSE.  SO FROM THAT PERSPECTIVE IT'S JUST NOT

16   AN ELIGIBLE MATCH.

17   Q.   BUT STP FUNDS COULD, CAN'T THEY?

18   A.   STP FUNDS ARE NOT A TRANSIT COURSE.  THEY ARE A FEDERAL

19   FLEXIBLE SOURCE.

20          SO TO THE EXTENT THAT IT MAKES SENSE TO DIRECT SOME

21   PIECE OF STP FUNDING TO TRANSIT, BECAUSE IT IS NOT -- I MEAN,

22   I WILL JUST STIPULATE RIGHT HERE IT'S NOT MTC POLICY THAT EVERY

23   SINGLE CAPITAL SOURCE WE HAVE GOES TO TRANSIT.  THERE IS OTHER

24   NEEDS IN THE REGION THAT WE NEED TO ADDRESS.

25          SO OUR POLICY FOR STP INCLUDES TRANSIT REHAB AS ONE

1  CATEGORY FOR PUTTING IT TO THAT PURPOSE AND, IN FACT, WE HAVE

2  APPLIED STP IN OUR LATEST ROUND OF PROGRAMMING EXPRESSLY TO

3  TRANSIT CAPITAL REHAB.

4  **Q.**   WE WILL TALK A LITTLE BIT MORE ABOUT STP AND CMAQ FUNDS A

5  LITTLE BIT LATER.  I WANT TO CONTINUE TALKING ABOUT 5307.

6        NOW, IN FISCAL YEARS 06/07 AND 07/08 THERE WAS AN

7  ESTIMATED $210 MILLION IN UNEXPECTED SURPLUS OF 5307 FUNDS,

8  ISN'T THAT RIGHT?

9  **A.**   THAT'S CORRECT.

10 **Q.**   AND THOSE WERE FUNDS THAT HAD ORIGINALLY BEEN ALLOCATED ON

11 A FORMULA BASIS TO OTHER REGIONS OF THE COUNTRY, CORRECT?

12 **A.**   I AM -- I WOULD LIKE TO REFRESH MY MEMORY ON THE CAUSE.

13 MY RECOLLECTION IS THAT THAT -- I'M SORRY.  THIS IS THE STP

14 FUNDS?

15 **Q.**   5307 FUNDS.

16 **A.**   THE 5307 FUNDS.  I THINK IN THAT CASE IT WAS A SITUATION

17 WHERE -- INSTEAD WHERE WE HAD A -- I DON'T KNOW IF MISALIGNMENT

18 IS THE APPROPRIATE TERM, BUT THE NUMBER OF ASSETS, SCORE 16

19 ASSETS WE HAD IN THAT PARTICULAR YEAR ACTUALLY FELL SHORT OF

20 THE AMOUNT OF MONEY WE HAD AVAILABLE BECAUSE OF SOME

21 EXTRAORDINARY REQUIREMENTS PUT ON BY THE CALIFORNIA AIR

22 RESOURCES BOARD THAT THE BUSES NEEDED TO MEET CERTAIN AIR

23 QUALITY REQUIREMENTS AND THERE WAS NOT ENOUGH BUSES, IN FACT,

24 TO MEET THE NEED.  SO WE HAD TO SLIP SOME OF THE BUSES BECAUSE

25 THEY WEREN'T MEETING THE APPROPRIATE NEW STATE REGULATORY

1  STANDARDS.

2          I BELIEVE THAT HAD AT LEAST PARTLY TO DO WITH THE

3  REASON WHY THAT SURPLUS EXISTED.

4  **Q.**   IN ANY EVENT, IT WAS $210 MILLION IN FUNDS THAT MTC HAD

5  NOT ANTICIPATED BEING AVAILABLE TO PROGRAM UNDER ITS TRANSIT

6  CAPITAL PRIORITY POLICY, CORRECT?

7  **A.**   OR, AGAIN, MORE APPROPRIATELY, THAT ACCORDING TO OUR

8  POLICY OF MEETING AVAILABLE NEEDS AT THE TIME, WE HAD MORE

9  CAPACITY THAN WE THOUGHT WE WERE GOING TO HAVE.

10          IN OTHER WORDS, I'M NOT SURE IT WAS A RESULT OF MORE

11  MONEY COMING TO THE REGION THAT OTHERWISE WOULDN'T HAVE BEEN

12  AVAILABLE, BUT THE POINT IS IT EXISTED.  A SURPLUS EXISTED.

13  **Q.**   NOW, MTC ELECTED NOT TO USE ITS EXISTING TRANSIT CAPITAL

14  PRIORITY POLICY THAT WAS IN PLACE TO PROGRAM THOSE FUNDS, ISN'T

15  THAT RIGHT?

16  **A.**   YES.  WE CONSULTED WITH THE OPERATORS -- THAT WAS

17  DEFINITELY AN OPTION.  WE TOOK THAT AS AN OPTION TO THE

18  OPERATORS AND SAID, EXTRAORDINARY ONE TIME CIRCUMSTANCE.  THIS

19  IS ONLY A YEAR.  WE CAN GO THROUGH AND WE CAN DO EXACTLY WHAT

20  OUR POLICY WOULD LOOK AT.  OR YOU DO, THE OPERATORS, HAVE OTHER

21  THINGS YOU WOULD LIKE TO CONSIDER, SINCE THIS PRESENTS A RATHER

22  UNIQUE OPPORTUNITY FOR SOME DIFFERENT INVESTMENTS.

23          THE OPERATORS THEMSELVES SAID, LET'S NOT KEEP WITH

24  WHAT WE HAD, EVEN THOUGH WE COULD HAVE.  LET'S LOOK AT SOME

25  DIFFERENT CHOICES.

1          SO WE CAME UP WITH A DIFFERENT POLICY FOR THAT

2    PARTICULAR SURPLUS AMOUNT.

3    **Q.**    AND THE ULTIMATE DECISION AS TO WHAT TO DO WITH THOSE

4    SURPLUS FUNDS WAS MTC'S DECISION, CORRECT?

5    **A.**    ONLY AFTER EXTENSIVE INPUT FROM THE OPERATORS.  IN FACT,

6    THEY DEVELOPED THE POLICY.  WE RAN -- THEY ASKED US TO RUN AT

7    LEAST FIVE DIFFERENT SCENARIOS AND THEIR RECOMMENDATION IS WHAT

8    WE BROUGHT TO THE BOARD.

9    **Q.**    AND MTC HAD THE FINAL DECISION?

10   **A.**    CORRECT.  WE ADOPTED THAT IN THE END.

11   **Q.**    NOW, THAT PLAN GAVE $1 MILLION RIGHT OFF THE TOP TO MTC,

12   CORRECT?

13   **A.**    THAT WAS FOR AN INVENTORY, A CAPITAL INVENTORY THAT THE

14   OPERATORS THEMSELVES WANTED TO HAVE US FINANCE, IN LARGE PART

15   BECAUSE THEY DIDN'T WANT TO CONTRIBUTE IT FROM SOURCES THAT

16   THEY, THEMSELVES, HAD.

17   **Q.**    AND THAT WAS FUNDS THAT WOULD BE PROGRAMMED TO MTC,

18   CORRECT?

19   **A.**    THE PROGRAM -- THE FUNDS WERE PROGRAMMED TO MTC?

20   **Q.**    YES.

21   **A.**    YES, FOR THIS INVENTORY.

22   **Q.**    AND THAT PLAN GAVE A MILLION DOLLARS -- $11 MILLION OFF

23   THE TOP TO CALTRAIN, CORRECT?

24   **A.**    YES.  THAT WAS PART OF THE NEGOTIATION, THAT CALTRAIN AND

25   THE OTHER OPERATORS SETTLED ON AS PART OF THIS ONE-TIME DEAL.

1   Q.   AND THE REMAINING 162 MILLION WAS TO BE DISTRIBUTED TO THE

2   OPERATORS UNDER THE 10 PERCENT FLEXIBLE SET-ASIDE FORMULA,

3   CORRECT?

4   A.   I BELIEVE THAT WAS -- I'M TRYING TO REMEMBER, IF THAT WAS

5   THE FINAL DISPENSATION OF THE FUNDS.  I KNOW THAT THE

6   10 PERCENT SET-ASIDE FORMULA WAS DEPLOYED.

7         FOR SOME REASON I'M THINKING THERE WAS SOMETHING ELSE

8   INVOLVED, BUT I NEED TO LOOK AT IT.  IF THERE IS A TAB I COULD

9   REFER TO, IT WOULD BE HELPFUL.

10  Q.   LET'S GO TO TAB 10, WHICH IS EXHIBIT 504, PAGE 26 OF 31.

11  IT'S PROBABLY ON YOUR SCREEN.

12  A.   I'M GOING TO TAKE A MINUTE TO LOOK AT THIS.

13  Q.   IT'S THE FIRST BULLET POINT ON PAGE 26 OF 31.

14  A.   THE CONTEXT STARTS ON PAGE 25, SO I'M JUST DOING A QUICK

15  REVIEW.

16        (BRIEF PAUSE.)

17  A.   THE PIECE THAT I WAS REMEMBERING THAT YOU DIDN'T CITE WAS

18  THE AMOUNT THAT WE TOOK OFF TO DEAL WITH THE NEW CALIFORNIA AIR

19  RESOURCES BOARD FLEET STANDARD RULES.

20  Q.   AND THAT WAS $39 MILLION?

21  A.   CORRECT.

22  Q.   SO 162 MILLION MTC DECIDED WOULD BE DISTRIBUTED BASED ON

23  THE TCP TEN PERCENT FLEXIBLE SET-ASIDE, CORRECT?

24  A.   THAT'S CORRECT.

25  Q.   AND THAT MEANT THAT THE OPERATORS COULD USE THAT MONEY FOR

1   ANY ELIGIBLE PURPOSE, INCLUDING PREVENTIVE MAINTENANCE, RIGHT?

2   **A.**    YES, I BELIEVE THAT IS THE CASE.

3   **Q.**    AND AC TRANSIT WAS PROGRAMMED IN JUST ABOUT EIGHT AND A

4   HALF MILLION DOLLARS IN PREVENTIVE MAINTENANCE FOR FISCAL YEAR

5   '06/'07 OUT OF THOSE SURPLUS FUNDS, CORRECT?

6   **A.**    AGAIN, I WOULD NEED TO LOOK AT THE SPECIFIC NUMBER, BUT I

7   BELIEVE IT WAS IN THAT --

8   **Q.**    THAT'S TAB 18, WHICH IS EXHIBIT 1082.  IT'S RESOLUTION

9   3714.

10  **A.**    OKAY.

11  **Q.**    AND IF YOU WOULD LOOK AT ATTACHMENT A?

12  **A.**    IT'S ON THE SCREEN.

13  **Q.**    WHICH IS PAGE 5 OF 8.

14          DOES THAT REFRESH YOUR RECOLLECTION?

15  **A.**    YES.

16  **Q.**    IN FISCAL YEAR '07/'08 AC TRANSIT WAS PROGRAMMED

17  12.4 MILLION IN PREVENTIVE MAINTENANCE OUT OF THE SURPLUS

18  FUNDS, CORRECT?

19          PAGE 8 OF 8, ATTACHMENT A ON THE SAME EXHIBIT.

20  **A.**    13.8.  UMM, AGAIN, MY ONLY QUALIFYING ON THIS IS THAT THAT

21  LEVEL I WOULD WANT TO CLARIFY THAT IT WASN'T, AGAIN, THIS

22  COMBINATION OF P.M. FOR OPERATING VERSUS THE BUSES, BUT OF THE

23  AMOUNT PROGRAMMED THAT YEAR PREVENTIVE MAINTENANCE IS LISTED

24  HERE.

25  **Q.**    NOW, MTC COULD HAVE PROGRAMMED MORE OF THE SURPLUS FUNDS

1   TO AC TRANSIT FOR PREVENTIVE MAINTENANCE, COULDN'T IT?

2   **A.**   IN WHAT RESPECT?

3   **Q.**   UNDER THE STATUTE, 5307, MTC COULD HAVE PROGRAMMED MORE

4   FUNDS TO AC TRANSIT FOR PREVENTIVE MAINTENANCE, COULDN'T IT?

5   **A.**   IF WE HAD CHOSEN TO OVERRIDE THE NEGOTIATED AGREEMENT THAT

6   THE OPERATORS HAD REACHED ON HOW TO SPEND THESE SURPLUS FUNDS,

7   WE COULD HAVE.  WE CHOSE TO GO WITH THE AGREEMENT THAT THE

8   OPERATORS REACHED MUTUALLY.

9   **Q.**   AND MTC ALSO COULD HAVE PROGRAMMED MORE OF THOSE FUNDS TO

10  AC TRANSIT FOR CAPITAL REPLACEMENT, CORRECT?

11  **A.**   YOU MEAN, OUTSIDE OF WHAT THEIR AGREED TO SHARE WAS?

12  **Q.**   UNDER 5307 THERE WERE NO LIMITATIONS ON MTC'S ABILITY TO

13  PROGRAM SURPLUS 5307 FUNDS TO AC TRANSIT FOR CAPITAL

14  REPLACEMENT NEEDS, CORRECT?

15  **A.**   WELL, I GUESS I'M NOT FULLY UNDERSTANDING YOUR QUESTION.

16  AC TRANSIT IS ONE OF SEVERAL OPERATORS WHO QUALIFY FOR THESE

17  FUNDS.

18          IF YOU ARE SAYING THAT MTC COULD PROGRAM EVERY DOLLAR

19  IT WANTED TO TO AC TRANSIT, IF THEY'RE AN ELIGIBLE RECIPIENT

20  WITHIN THE SAN FRANCISCO URBANIZED AREA WE COULD.  BUT THE

21  POLICIES AND -- SPECIFICALLY THE POLICIES DEALING WITH THESE

22  SURPLUS FUNDS WERE, AGAIN, A MUTUAL AGREEMENT AND WE ADHERED TO

23  THAT IN SETTING UP THE FUNDS.

24          SO, AGAIN, IF YOU ARE ASKING IF MTC WOULD HAVE GONE

25  OUTSIDE OF THE AGREEMENT TO FUND MORE TO AC TRANSIT, COULD WE

1  TECHNICALLY HAVE DONE THAT?  YES, WE COULD HAVE TECHNICALLY

2  DONE THAT.

3  Q.    OKAY.  LET'S TURN TO 5309, FIXED GUIDEWAY FUNDS.  THAT IS

4  ONE OF THREE FUNDING PROGRAMS UNDER SECTION 5309, CORRECT?

5  A.    5309?

6  Q.    YES.

7  A.    THE FIXED --

8  Q.    THE FIXED GUIDEWAY MODERNIZATION.

9  A.    YES.

10 Q.    AND THE OTHER TWO ARE BUS DISCRETIONARY AND NEW STARTS,

11 CORRECT?

12 A.    YES.  WELL, IT'S NOT CALLED NEW STARTS, BUT IT'S -- THAT'S

13 ITS CODE NAME.

14 Q.    DO YOU KNOW WHAT I'M REFERRING TO IF I REFER TO NEW STARTS

15 FUND?

16 A.    YES, YES.

17 Q.    NOW, WITH 5307 FUNDS MTC HAS DISCRETION OVER HOW TO

18 PROGRAM 5309 FIXED GUIDEWAY FUNDS, CORRECT?

19 A.    I'M SORRY.  YOU SAID UNDER 5307 --

20 Q.    AS WITH 5307 FUNDS --

21 A.    I'M SORRY.  I DIDN'T UNDERSTAND.

22 Q.    MTC HAS DISCRETION OVER HOW TO PROGRAM 5309 FIXED

23 GUIDEWAY, CORRECT?

24 A.    WITHIN THE SAME LIMITATIONS THAT THEY ARE LIMITED TO USE

25 WITH THE URBANIZED AREAS, AND 5309 IS FAR MORE CONSTRAINED IN

1   TERMS OF IT'S ELIGIBILITY.  SO, AGAIN, WITHIN THAT FTA

2   ESTABLISHED GUIDELINES WE HAVE DISCRETION.

3   Q.   AND MTC EXERCISES THAT DISCRETION THROUGH ITS TCP POLICY,

4   IS THAT RIGHT?

5   A.   THAT IS CORRECT.

6   Q.   NOW, APPROXIMATELY HOW MUCH 5307 FIXED GUIDEWAY FUNDS

7   COMES INTO THE MTC REGION ON AN ANNUAL BASIS?

8   A.   AGAIN, IN ROUND NUMBERS, ABOUT 80, BUT THAT'S AGAIN SORT

9   OF AN AVERAGE OVER ROUGHLY 10 YEARS.  SO IT'S BEEN UP AND DOWN.

10  Q.   NOW, UNDER MTC'S TCP PROCESS, FIXED GUIDEWAY MODERNIZATION

11  FUNDS ARE ONLY USED FOR RAIL AND FERRY IMPROVEMENTS, IS THAT

12  RIGHT?

13  A.   UNDER FEDERAL LAW, IT IS LIMITED TO RAIL AND FERRY.

14  Q.   COULD FIXED GUIDEWAY MODERNIZATION FUNDS BE USED FOR BUS

15  RAPID TRANSIT?

16  A.   WITHIN CERTAIN LIMITS YES.

17  Q.   AND MTC DOES NOT PROGRAM THEM FOR BUS RAPID TRANSIT

18  PROJECTS, DOES IT?

19  A.   BUS RAPID TRANSIT HAS NOT COME IN FOR A REQUEST, AS FAR AS

20  I KNOW.

21  Q.   SO IS THE ANSWER THAT MTC DOES NOT PROGRAM THEM FOR BUS

22  RAPID TRANSIT?

23  A.   I THINK THE APPROPRIATE RESPONSE IS MTC HAS NOT TO DATE

24  PROGRAMMED THEM FOR THAT PURPOSE, BECAUSE I DON'T BELIEVE --

25  AND, AGAIN, I WOULD NEED TO GO BACK AND CHECK, BUT I DON'T

1 BELIEVE THERE HAS BEEN A REQUEST FOR BUS RAPID TRANSIT PROJECTS

2 TO BE FUNDED OUT OF THAT FUND SOURCE IN THIS REGION.  I DON'T

3 BELIEVE SO.

4 **Q.**    NOW, UNDER MTC'S TCP PROCESS, IT PROVIDES THAT FIXED

5 GUIDEWAY MODERNIZATION FUNDS ARE LIMITED TO RAIL AND FERRY

6 IMPROVEMENT, DOESN'T IT?

7 **A.**    WELL, I GUESS I WOULD SAY THERE THAT'S AN EXAMPLE OF THE

8 -- REMEMBER, I HAD MENTIONED IN THE EARLIER TESTIMONY THAT

9 WHAT'S UNDER THOSE HEADERS IS SOMETHING THAT POTENTIALLY CAN BE

10 REVISITED AS NEEDS CHANGE.

11        IT MAY WELL BE -- AND I WOULD NEED TO LOOK AT THE TAB

12 AND I DON'T WANT TO WASTE THE TIME DOING IT HERE -- THAT WHAT'S

13 WRITTEN RIGHT NOW HAPPENS TO BE RAIL AND FERRY ONLY BECAUSE

14 THAT'S THE MAJORITY, IN FACT, I THINK THE ENTIRETY OF THE

15 REQUEST THAT WE HAVE SEEN.

16        SO I CAN'T SAY THAT IF SOMEONE CAME IN, IF AN

17 OPERATOR CAME IN AND SAID, I HAVE AN ELIGIBLE 5309 PROJECT I

18 WANT ENTERTAINED AS PART OF THE NEXT TCP SCORING PROCESS, THAT

19 WE WOULDN'T TAKE THAT UP AND CONSIDER THAT.

20        **THE COURT:**  EXCUSE ME.  REMIND ME WHAT A BUS RAPID

21 TRANSIT IS.

22        **THE WITNESS:**  BUS RAPID TRANSIT IS A CATEGORY OF

23 CAPITAL IMPROVEMENTS THAT HAVE TO MEET CERTAIN PERFORMANCE

24 OTHER STANDARDS.

25        SO, FOR, EXAMPLE IT'S ESSENTIALLY A BUS SERVICE THAT

1    ACTS KIND OF LIKE LIGHT RAIL.  YOU USUALLY HAVE NOT SO FREQUENT

2    STOPS --

3            **THE COURT:**  EXPRESS BUSES ESSENTIALLY?

4            **THE WITNESS:**  THINK OF IT AS URBAN EXPRESS BUS, BUT,

5    AGAIN, IT FUNCTIONS IN A WAY THAT MIMICS RAIL.  THAT'S ROUGHLY

6    WHAT IT'S SUPPOSED TO ACHIEVE.

7    **BY MS. VALENZUELA SANTAMARIA:**

8    **Q.**  MS. MCMILLAN, I WANT TO DRAW YOUR ATTENTION TO JOINT

9    FINDING OF FACT 146?

10   **A.**  OKAY.

11   **Q.**  AND IT'S ON THE SCREEN FOR YOU.  THAT READS:

12          "UNDER MTC'S TRANSIT CAPITAL PRIORITIES PROCESS,

13          FIXED GUIDEWAY MODERNIZATION PROGRAM FUNDS CAN BE

14          USED ONLY FOR RAIL IMPROVEMENTS AND FERRY

15          IMPROVEMENTS."

16   **A.**  RIGHT.

17   **Q.**  DO YOU SEE THAT?

18   **A.**  UH-HUH.

19   **Q.**  SO AC TRANSIT IS ELIGIBLE FOR FIXED GUIDEWAY FUNDS UNDER

20   THE STATUTE IF IT HAD AN ELIGIBLE BUS RAPID TRANSIT PROJECT,

21   CORRECT?

22   **A.**  IF IT HAD BUS RAPID TRANSIT AND REQUESTED THE FUND UNDER

23   5309, IT WOULD BE ELIGIBLE FOR IT.

24   **Q.**  OKAY.  NOW, ANOTHER FUNDING PROGRAM -- LET ME BACK UP.

25          NOW, DOESN'T -- 5309 FIXED GUIDEWAY FUNDS, MTC USES

1   THOSE FUNDS FOR RAIL OPERATORS LIKE BART AND MUNI TO GO TOWARDS

2   REHABILITATION OF THEIR CAPITAL PLAN, IS THAT RIGHT?

3   **A.**   AND CALTRAIN.

4   **Q.**   AND CALTRAIN.

5   **A.**   AND I BELIEVE VTA AS WELL.

6   **Q.**   ARE YOU FAMILIAR WITH 5309 BUS DISCRETIONARY FUNDS?

7   **A.**   YES.

8   **Q.**   AND THOSE FUNDS ARE STATUTORILY ELIGIBLE TO BE USED FOR

9   CAPITAL REHAB AND REPLACEMENT, IS THAT RIGHT?

10  **A.**   ACTUALLY, IT'S BROADER THAN THAT.  IT'S CALLED BUS AND BUS

11  FACILITIES.  SO YOU CAN USE IT FOR ANY PURPOSE RELATED TO THE

12  ROLLING STOCK OR RELATED BUS FACILITIES, IS MY UNDERSTANDING.

13  **Q.**   AND IT CAN ALSO BE USED FOR SYSTEM EXPANSION, IS THAT

14  RIGHT?

15  **A.**   YES.

16  **Q.**   AND PREVENTIVE MAINTENANCE, CORRECT?

17  **A.**   I WOULD WANT TO CHECK THE STATUTES ON THAT.  IT'S NOT --

18  AS FAR AS I KNOW, OUR OPERATORS HAVEN'T TRIED TO CLAIM THAT FOR

19  PREVENTIVE MAINTENANCE PURPOSES, BUT THAT DOESN'T MEAN THAT

20  IT'S NOT ELIGIBLE.  I WOULD NEED TO CHECK THAT SPECIFICALLY.

21  **Q.**   OKAY.  LET'S LOOK AT JOINT FINDING OF FACT 142, WHICH IS

22  BEHIND TAB 8 AND SHOULD BE ON YOUR SCREEN.

23          THE FIRST PORTION OF THAT READS:

24          "SECTION 5309 DISCRETIONARY CAPITAL BUS AND BUS

25       FACILITIES FUNDS MAY BE UTILIZED FOR EITHER SYSTEM

1          EXPANSION OR CAPITAL RENEWAL AND REPLACEMENT PURPOSES

2          AND FOR BUS PREVENTIVE MAINTENANCE OPERATING

3          EXPENSES."

4                  DO YOU SEE THAT?

5    **A.**   OKAY.

6    **Q.**   AND THOSE FUNDS CAN BE USED TO PURCHASE BUS AND BUS

7    RELATED EQUIPMENT, RIGHT?

8    **A.**   YES.

9    **Q.**   AND TO CONSTRUCT BUS RELATED FACILITIES?

10   **A.**   YES.

11   **Q.**   AND AC TRANSIT IS ELIGIBLE TO RECEIVE THOSE FUNDS, IS IT

12   NOT?

13   **A.**   AS IS EVERY, YOU KNOW, BUS OPERATOR, YES.

14   **Q.**   AND THOSE FUNDS ARE ALLOCATED BY THE U.S. DEPARTMENT OF

15   TRANSPORTATION, ISN'T THAT RIGHT?

16   **A.**   YES.  IT'S A DISCRETIONARY PROGRAM.  THEY NEED TO COMPETE

17   FOR THEM.

18   **Q.**   BUT MTC MUST INCLUDE A PROJECT IN ITS TRANSPORTATION

19   IMPROVEMENT PLAN BEFORE BUS DISCRETIONARY FUNDS WILL BE

20   ALLOCATED TO THAT PROJECT BY THE DEPARTMENT OF TRANSPORTATION,

21   CORRECT?

22   **A.**   NO.  LET ME EXPLAIN.  YOU WILL GET AN ALLOCATION FROM THE

23   D.O.T.  IF YOU ARE SUCCESSFUL IN GETTING A DISCRETIONARY GRANT,

24   THAT WILL BASICALLY COME AS PART OF AN APPROPRIATIONS ACT AND

25   IT WILL SAY, X OPERATOR HAS GOTTEN THIS GRANT.

1        BEFORE YOU CAN ACCESS YOUR MONEY, WE HAVE TO TAKE THE

2    TECHNICAL STEP OF INCLUDING IT IN THE TIP, BECAUSE THAT'S HOW

3    THE FTA, THE FEDERAL TRANSIT ADMINISTRATION FUNDS ARE

4    ADMINISTERED.  SO IT HAS TO BE IN THAT DOCUMENT.  BUT BEING IN

5    THE TIP DOES NOT GOVERN AT ALL WHETHER YOU GET THE INITIAL

6    APPROVAL OF GETTING THE GRANT.

7        SO IT'S JUST A TECHNICAL STEP WE NEED TO TAKE ONCE

8    YOU HAVE GOTTEN THE -- BASICALLY, THE AWARD FROM CONGRESS THAT

9    SAYS, GEE, YOU SUCCEEDED IN GETTING A BUS DISCRETIONARY --

10   ESSENTIALLY, AN ALLOCATION OR PROPOSITION.  THEN BEFORE YOU CAN

11   GET YOUR ACTUAL GRANT, WE HAVE TO TAKE THIS TECHNICAL STEP AND

12   PUT YOU IN THE TIP.

13   **Q.**  BUT IF A PROJECT IS NOT IN THE TIP, AN OPERATOR CANNOT GET

14   THE MONEY FROM BUS DISCRETIONARY FUND, CAN THEY?

15   **A.**  YOU MEAN, GET A CHECK WRITTEN OR GET THE AWARD?

16   **Q.**  AN OPERATOR CANNOT RECEIVE ANY FUNDS FOR A PROJECT FROM

17   THE 5309 BUS DISCRETIONARY IF THAT PROJECT IS NOT LISTED BY MTC

18   IN A TIP, IS THAT RIGHT?

19   **A.**  YEAH.  IT NEEDS TO BE IN THE TIP IN ORDER TO ACTUALLY GET

20   THE FUNDS RELEASED.

21   **Q.**  OKAY.  LET'S MOVE ON TO FEDERAL FLEXIBLE FUNDS.  STP

22   STANDS FOR SURFACE TRANSPORTATION PROGRAM, RIGHT?

23   **A.**  YES.

24   **Q.**  AND CMAQ IS CONGESTION MITIGATION AND AIR QUALITY FUND,

25   RIGHT?

1   **A.**   YES.

2   **Q.**   AND BOTH THESE FUNDS ARE ADMINISTERED BY THE FEDERAL

3   HIGHWAY ADMINISTRATION, CORRECT?

4   **A.**   YES.

5   **Q.**   AND THESE FEDERAL HIGHWAY FUNDS ARE PRIMARILY ELIGIBLE TO

6   BE USED FOR HIGHWAYS AND LOCAL STREETS AND ROADS, CORRECT?

7   **A.**   NO.  CMAQ CANNOT BE USED FOR LOCAL STREETS AND ROADS AT

8   ALL.

9   **Q.**   I'M SORRY.  STP?

10  **A.**   I THOUGHT YOU SAID BOTH FUNDS.

11         STP FUNDS CAN BE USED FOR LOCAL STREETS AND ROADS.

12  STP FUNDS CAN BASICALLY BE USED FOR ANY CAPITAL PURPOSE PRETTY

13  MUCH.

14  **Q.**   TRANSIT OR STREETS AND ROADS?

15  **A.**   TRANSIT, LOCAL STREETS AND ROADS, BIKES.  IT CAN BE USED

16  ON THE STATE HIGHWAY SYSTEM.  IT'S GOT A BROAD REACH.  IT CAN

17  MITIGATE NOXIOUS WEEDS I FOUND OUT, BUT NORMALLY THAT'S NOT

18  SOMETHING WE PRIORITIZE IN THE REGION.

19  **Q.**   STP AND CMAQ FUNDS ARE KNOWN AS FEDERAL FLEXIBLE FUNDS,

20  RIGHT?  YOU HAVE HEARD THAT TERM USED?

21  **A.**   YES.  WE USE THAT TERM TO DESCRIBE THE NATURE OF THE

22  PROGRAM.

23  **Q.**   AND THAT MEANS THAT THEY CAN BE CONVERTED FROM HIGHWAY

24  FUNDS TO TRANSIT FUNDS, RIGHT?

25  **A.**   WELL, YEAH.  BASICALLY, IT'S A TECHNICAL STEP THAT'S

1  REQUIRED.  IT'S UNDER THE HIGHWAY TITLE, BUT TWO FEDERAL

2  AGENCIES HAVE BASICALLY SET UP THEIR ADMINISTRATIVE PROCEDURES

3  THAT ANY TRANSIT PROJECT THAT IS GIVEN STP, THE FUNDS ARE

4  ADMINISTERED BY THE FTA.  SO THEY TECHNICALLY MOVE IT OVER TO

5  THE FEDERAL TRANSIT ADMINISTRATION.

6  Q.    APPROXIMATELY HOW MUCH IN STP FUNDS ARE PROGRAMMED BY MTC

7  ON AN ANNUAL BASIS?

8  A.    AGAIN, ALL PART NUMBERS, 65 MILLION?  IT'S QUITE A BIT

9  LESS THAN 5307 FOR SURE.  AND, ACTUALLY, QUIT A BIT LESS THAN

10 THE 5309 PROGRAM, TOO.

11 Q.    APPROXIMATELY HOW MUCH CMAQ FUNDS ARE PROGRAMMED BY MTC?

12 A.    AGAIN, BROAD 10-EAR AVERAGE, 60?  IT'S A LITTLE BIT LESS

13 THAN THE STP.

14 Q.    NOW, YOU TESTIFIED JUST NOW THAT STP FUNDS CAN BE USED FOR

15 ANY CAPITAL PURPOSE; DO YOU RECALL THAT?

16 A.    A BROAD RANGE.  I'M NOT GOING TO SAY EVERYTHING IN THE

17 WORLD, BUT, YES, FOR MOST THINGS UNDER TITLE 23, YES.

18 Q.    NOW, IF CONVERTED TO TRANSIT FUNDS, STP CAN ALSO BE USED

19 FOR PREVENTIVE MAINTENANCE, CAN'T IT?

20 A.    YES, IT'S ELIGIBLE.  IT'S -- THERE IS A SPECIFIC -- AGAIN,

21 MY MEMORY WAS REFRESHED BY MY STAFF THAT THERE IS A SPECIFIC

22 REFERENCE AS TO THE CODE THAT STP FUNDS FOR TRANSIT CAN BE

23 ELIGIBLE FOR, AND WITHIN THAT CODE PREVENTIVE MAINTENANCE IS

24 LISTED.

25 Q.    NOW, MTC REFERS TO STP AND CMAQ FUNDS AS REGIONAL

1  DISCRETIONARY FUNDS, DOESN'T IT?

2  **A.**    YES.

3  **Q.**    AND THAT'S BECAUSE MTC HAS THE DISCRETION TO DETERMINE HOW

4  TO ALLOCATE STP AND CMAQ FUNDS WITHIN ITS REGION, CORRECT?

5  **A.**    YES.  BY VIRTUE OF, INTERESTINGLY, STATE LAW WE DO HAVE

6  THAT AUTHORITY.

7  **Q.**    AND MTC CAN PROGRAM THEM FOR ANY STATUTORILY ELIGIBLE

8  PURPOSE, IS THAT RIGHT?

9  **A.**    THAT IS CORRECT.

10  **Q.**    AC TRANSIT IS ELIGIBLE TO RECEIVE STP FUNDS, ISN'T IT?

11  **A.**    AS IS -- STP?

12  **Q.**    STP.

13  **A.**    YEAH.  AS IS EVERY CITY, COUNTY, TRANSIT OPERATOR IN THE

14  STATE OF CALIFORNIA.  SO THEY ARE ONE OF MANY, MANY ELIGIBLE

15  RECIPIENTS.

16  **Q.**    AND AC TRANSIT IS ALSO ELIGIBLE TO RECEIVE CMAQ FUNDS,

17  ISN'T THAT RIGHT?

18  **A.**    YES.  AGAIN, I WOULD JUST SAY, TO THE EXTENT THAT THE

19  PROJECT THAT THEY ARE SEEKING WOULD BE ELIGIBLE FOR CMAQ.

20  **Q.**    AND MTC PROGRAMS STP AND CMAQ FUNDS TOGETHER, RIGHT?

21  **A.**    YES.  OUR PRACTICE HAS BEEN, CERTAINLY THE LAST TWO

22  FEDERAL ACTS, TO HAVE JOINT PROGRAMMING.

23  **Q.**    AND MTC HAS ESTABLISHED A PRIORITY SETTING PROCESS BASED

24  ON BROAD POLICY PARAMETERS TO DETERMINE HOW TO ALLOCATE THOSE

25  FUNDS, CORRECT?

1   A.   IT'S CHANGED EVERY FEDERAL ACT, BUT YES.

2          AGAIN, THIS IS ONE OF THE CLASSIC SITUATIONS WHERE

3   THE BAY AREA PARTNERSHIP IS A MAJOR PLAYER IN HELPING US FIGURE

4   OUT HOW WE WANT TO ALIGN THE FUNDS.

5   Q.   BUT MTC ULTIMATELY DECIDES HOW?

6   A.   ULTIMATELY IT'S A POLICY ADOPTED BY THE COMMISSION.

7   Q.   AND MTC SETS ITS POLICY PRIORITIES IN THE RTP, CORRECT?

8   A.   WELL, THE RTP SERVES AS AN OVERALL GUIDE FOR ANY FUND

9   SOURCE.  AS YOU KNOW, WE MAKE AN ESTIMATE OF EVERY FEDERAL,

10  STATE, REGIONAL AND LOCAL FUND SOURCE IN THAT PLAN.  SO TO THAT

11  EXTENT IT DOES SERVE AS A STRUCTURE.

12         I WOULDN'T SAY -- BECAUSE IT'S A 25-YEAR DOCUMENT,

13  YOU KNOW, THE SPECIFIC SHORTER TERM PROGRAMMING CRITERIA MAY BE

14  REFLECTIVE OF OTHER NEEDS THAT WEREN'T ANTICIPATED IN THE RTP,

15  BUT IN GENERAL THE BROAD POLICY FRAMEWORK IS ESTABLISHED IN

16  LONG RANGE PLANNING.

17  Q.   NOW, IT'S NOT MTC'S POLICY OR PRACTICE TO PROGRAM STP

18  FUNDS FOR PREVENTIVE MAINTENANCE, IS IT?

19  A.   WE HAVE NOT SINGLED OUT PREVENTIVE MAINTENANCE AS A FOCAL

20  POINT OF STP IN LARGE PART BECAUSE IT'S A MULTI MODAL PROGRAM

21  AND WE HAVE A BROAD ARRAY OF AREAS WE ARE TRYING TO FUND WITH

22  THAT.

23  Q.   SO IT'S NOT MTC'S REGULAR PRACTICE TO USE STP FUNDS FOR

24  PREVENTIVE MAINTENANCE PURPOSES?

25  A.   NO, IT IS NOT.

1  Q.   BUT MTC COULD DO THAT IF IT WANTED TO, RIGHT?

2  A.   YES.

3  Q.   BUT MTC HAS MADE EXCEPTIONS TO THAT PRACTICE IN 2006 FOR

4  BART, HASN'T IT?

5  A.   NO.   LET ME CLARIFY.   IF WHAT YOU ARE ASKING IS WHETHER WE

6  WOULD USE STP TO PRIORITIZE PREVENTIVE MAINTENANCE FOR

7  OPERATING PURPOSES FOR A TRANSIT OPERATOR, NO, THAT IS NOT

8  SOMETHING WE HAVE FOLLOWED.

9          IN THE CASE OF BART, IT WAS USED, AS I EXPLAINED

10 EARLIER, AS A CAPITAL-TO-CAPITAL SWAP.   IT WAS -- THE MONEY WAS

11 ORIGINALLY PROGRAMMED -- THE CAPACITY WAS PROGRAMMED FOR A

12 CAPITAL SHORTFALL FOR BART, BUT BECAUSE OF TIMING LIMITATIONS

13 ASSOCIATED WITH STP, WE PROGRAMMED IT TO PREVENTIVE MAINTENANCE

14 SO THAT BART TAKES ITS OPERATING FUNDS, PUTS IT IN A SYNCING

15 FUND, DOLLAR FOR DOLLAR FOR THE CAPITAL.

16          SO THE STP DOES NOT GO INTO BARTS OPERATING BUDGET IN

17 ANY FASHION FOR OPERATING PURPOSES.

18 Q.   AND NOW THAT SWAP THAT YOU JUST EXPLAINED, THAT'S FOR

19 CAPITAL EXPENDITURES THAT BART RESPECTS TO INCUR IN THE YEAR

20 2013, RIGHT?

21 A.   I BELIEVE THAT'S WHY WE SET UP A SYNCING FUND FOR IT,

22 EXACTLY.

23 Q.   BART IS GETTING PREVENTIVE MAINTENANCE FUNDS TODAY, IS

24 THAT RIGHT?

25 A.   AND TAKING OUT TODAY AN EQUAL AMOUNT OF ITS OPERATING

1  BUDGET TO PUT INTO A CAPITAL SYNCING FUND.  SO IT'S NOT

2  NET-NET.  IT'S NOT GETTING ANY ADDITIONAL OPERATING CAPACITY

3  OUT OF THAT AGREEMENT.

4  **Q.**   NOW, MTC ALLOCATES A LOT OF STP AND CMAQ FUNDS TO ITSELF,

5  DOESN'T IT?

6  **A.**   WE ALLOCATE MONEY TOWARD REGIONAL PROGRAMS THAT HAVE

7  EMERGED OUT OF THE RTP ON A WHOLE SERIES OF THINGS.  OUR SMART

8  GROWTH LIVABLE FOR COMMUNITIES PROGRAM.  WE HAVE PROGRAMMED IT

9  TO OUR LIFELINE PROGRAM.  WE HAVE PROGRAMMED IT TO REGIONAL

10  COORDINATION PROJECTS THAT -- ALL THE -- AS I MENTIONED BEFORE,

11  TRANSLINK IN PARTICULAR IS GOVERNED BY A CONSORTIUM OF ALL THE

12  OPERATORS.  OUR 511 CUSTOMER INFORMATION PROGRAM.

13       SO THERE IS A PLETHORA OF REGIONAL SCALE PROJECTS

14  THAT WE ADMINISTER, BUT THE BENEFICIARIES ARE NOT MTC AS AN

15  AGENCY.

16  **Q.**   DURING THE T21 AUTHORIZATION PERIOD, MTC ALLOCATED OVER

17  $50 MILLION TO ITSELF FROM STP AND CMAQ, ISN'T THAT RIGHT?

18  **A.**   FOR THE PROGRAMS I JUST LISTED, WE WERE THE PROJECT

19  SPONSOR, WHICH IS WHY -- THE TERM YOU WERE USING, PROGRAMMED IT

20  TO ITSELF, IS BY VIRTUE OF THE FACT THAT THERE NEEDS TO BE A

21  DISTINCT PROJECT SPONSOR BEFORE THE MONEY CAN FLOW FROM THE

22  FEDS TOWARD ANY PURPOSE.

23       TO THE EXTENT THAT THESE PROGRAMS -- WE COULD HAVE

24  HAD A PROJECT SPONSOR THAT WOULD SAY -- I'M TRYING TO THINK OF

25  ONE.  WE COULD HAVE HAD BART AS THE PROJECT SPONSOR FOR

 1  TRANSLINK.  THEY DIDN'T WANT THAT.  IN FACT, THE OPERATORS

 2  DIDN'T WANT THAT.  BUT ANY -- YOU KNOW, THESE PROGRAMS COULD

 3  HAVE ANY FEDERAL RECIPIENT TO BE -- YOU KNOW, TAKE THE MONEY

 4  IN.

 5          SO I JUST WANT TO CLARIFY THAT THE PROGRAMS

 6  THEMSELVES ARE REGIONAL PROGRAMS OF WHICH WE ARE THE SPONSOR,

 7  BUT I'M NOT SURE "TO ITSELF" IS A CLARIFYING STATEMENT.

 8  Q.  SO FOR REGIONAL PROJECTS FOR WHICH MTC WAS THE SPONSOR,

 9  MTC PROGRAMMED OVER $50 MILLION TO SUCH PROGRAMS UNDER THE T21

10  AUTHORIZATION PERIOD, RIGHT?

11  A.  THAT WOULD PROBABLY BE TRUE IN TERMS OF THE SCALE IN.

12  Q.  AND IN THE SCHOOL YEARS 2007, 2008 AND 2008, 2009 MTC

13  PROGRAMMED OVER $44 MILLION TO REGIONAL COORDINATION PROGRAMS

14  FOR WHICH MTC WAS THE PROGRAM SPONSOR, RIGHT?

15  A.  REGIONAL COORDINATION AND THE OTHER ONES I LISTED.

16  Q.  IS THAT RIGHT?

17  A.  REGIONAL COORDINATION AND LIFELINE AND TRANSIT CAPITAL

18  PRIORITIES AND A WHOLE HOST OF OTHER THINGS.  THEY WEREN'T JUST

19  ALL COORDINATION PROGRAMS.

20  Q.  NOW, DURING THOSE TWO PERIODS, THAT WAS OVER $44 MILLION,

21  RIGHT?  07/08 AND 08/09?

22  A.  I WILL TRUST YOUR MATH BECAUSE I NEED TO LOOK AT THE

23  NUMBERS MYSELF, BUT GO -- WE WILL GO WITH THAT.

24  Q.  OKAY.  LET'S LOOK AT TAB 27, WHICH IS EXHIBIT 1694.  IT'S

25  RESOLUTION 3723.

1   **A.**   IS THIS A DIFFERENT BINDER?  IS THIS BINDER TWO?

2   **Q.**   THIS IS BINDER TWO, SORRY.

3   **A.**   SORRY.  I'M DOING A BINDER SWITCH RIGHT NOW.  AND IT'S 27,

4   DID YOU SAY?

5   **Q.**   27, WHICH IS RESOLUTION 3723.  I WANT TO DIRECT YOUR

6   ATTENTION TO ATTACHMENT B, WHICH IS PAGE 1 OF 5 BEHIND THE

7   RESOLUTION.

8   **A.**   OKAY.

9   **Q.**   ARE YOU THERE?

10  **A.**   UH-HUH.  EXCUSE ME.  I'M SORRY.  YES, I AM.

11  **Q.**   OKAY.  AND IF YOU SEE UNDER CLEAN AIR PROGRAM THERE IS

12  ABOUT $12 MILLION THERE THAT ARE PROGRAMMED TO MTC AS THE

13  IMPLEMENTING AGENCY, DO YOU SEE THAT?

14  **A.**   YES.

15  **Q.**   AND THEN IF YOU GO DOWN TO "REGIONAL OPERATIONS PROGRAMS"

16  FOR EVERY ITEM LISTED IN THAT BOX MTC IS THE IMPLEMENTING

17  AGENCY, IS THAT RIGHT?

18  **A.**   THAT'S CORRECT.

19  **Q.**   AND I KNOW IT'S HARD TO SEE THE TOTAL THERE, BUT ALL THOSE

20  FUNDS, WHICH ADD UP TO APPROXIMATELY $44 MILLION, WERE

21  PROGRAMMED TO MTC AS THE IMPLEMENTING AGENCY, CORRECT?

22  **A.**   CORRECT.

23  **Q.**   NOW, IF YOU GO TO PAGE 3 OF 5 ON THAT SAME EXHIBIT?

24  **A.**   AFTER THE "LOCAL STREETS AND ROADS SHORTFALL" CATEGORY?

25  **Q.**   UNDER "CAPITAL REHABILITATION SHORTFALL," DO YOU SEE THAT?

1  **A.**  I HONESTLY CANNOT READ THE NUMBER IN THE COPY I HAVE IN

2  TERMS OF A TOTAL.

3  **Q.**  LOOK AT IT ON THE SCREEN.  IT MIGHT BE A LITTLE -- I KNOW

4  THE TOTAL IS HARD TO SEE.

5  **A.**  ACTUALLY, I CAN'T SEE IT ON THE SCREEN EITHER.

6  **Q.**  I KNOW THE TOTAL IS HARD TO SEE, BUT DO YOU SEE THE --

7  **A.**  YES, I SEE THE --

8  **Q.**  -- THE ALLOCATIONS TO AC TRANSIT?

9  **A.**  UH-HUH.

10  **Q.**  DURING THAT TWO-YEAR PERIOD, AC TRANSIT WAS ALLOCATED

11  APPROXIMATELY $12 MILLION, CORRECT?

12  **A.**  IN THIS CATEGORY, YES.

13  **Q.**  ALL RIGHT.  NOW, IN 2004-2005 MTC HAD AN UNEXPECTED

14  WINDFALL OF STP AND CMAQ FUNDS TO THE AMOUNT OF $107 MILLION,

15  IS THAT RIGHT?

16  **A.**  THAT'S CORRECT.

17  **Q.**  AND GIVING THOSE EXCESS FUNDS TO AC TRANSIT WOULDN'T HAVE

18  TAKEN AWAY FUNDS THAT ANOTHER OPERATOR WAS EXPECTING TO

19  RECEIVE, WOULD IT?

20  **A.**  WELL, I GUESS I WOULD HAVE TO SAY THAT TRANSIT WAS NOT THE

21  SOLE RECIPIENT FOR THOSE FUNDS UNDER ANY CIRCUMSTANCES.  SO I

22  THINK IT WOULD HAVE BEEN MONEY THAT COULD HAVE GONE TO ANY HOST

23  OF ELIGIBILITIES THAT WE HAVE DISCUSSED PREVIOUSLY, AS OPPOSED

24  TO AN EXPECTATION THAT ANOTHER OPERATOR WOULD HAVE BEEN GETTING

25  THEM.

1  Q.   BUT BECAUSE IT WAS A WINDFALL, NOBODY WAS EXPECTING TO

2  RECEIVE THAT MONEY, RIGHT?

3  A.   THAT'S CORRECT.

4  Q.   AND MTC PROGRAMMED THOSE FUNDS IN RESOLUTION 3695, RIGHT?

5  A.   THAT'S CORRECT.

6  Q.   AND FOR YOUR REFERENCE, THAT'S TAB 25, EXHIBIT 1038.

7         NOW, MTC DIDN'T ALLOCATE ANY OF WINDFALL FUNDS TO AC

8  TRANSIT, DID IT?

9  A.   NO.

10 Q.   BUT AC TRANSIT WAS CERTAINLY ELIGIBLE TO RECEIVE THEM,

11 RIGHT?

12 A.   AS WAS 101 CITIES AND COUNTIES AND NINE TRANSIT OPERATORS

13 AND -- YOU KNOW, A NUMBER OF OTHER ENTITIES.

14        THIS WAS A VERY INTERESTING PROGRAM INSOFAR AS THE

15 AMOUNT OF FUNDS THAT WERE AVAILABLE -- AGAIN, ONE TIME, VERY

16 SHORT TIME FRAME.  JUST TO GIVE A LITTLE BIT OF CONTEXT TO

17 THIS.  IT WAS THE RESULT OF HAVING WHAT'S KNOWN AS EXCESS

18 OBLIGATIONAL AUTHORITY, WHICH MUST BE SPENT IN A YEAR.

19        SO THIS WAS NOT, FRANKLY, THE TYPE OF PROGRAM WE

20 COULD GO OUT AND SAY, HEY, EVERYONE, BRING IN YOUR GOOD IDEAS,

21 BECAUSE THE MONEY HAD TO BE BASICALLY UNDER CONTRACT WITHIN A

22 YEAR OTHERWISE IT WOULD EXPIRE.  SO --

23 Q.   AC TRANSIT --

24 A.   IT'S AN INTERESTING SET OF CIRCUMSTANCES THAT'S VERY

25 DIFFERENT FROM THE OTHER PROGRAMMING PROCESSES WE HAVE DONE IN

1  THE PAST.

2  **Q.**    WELL, AC TRANSIT INCURS PREVENTIVE MAINTENANCE EXPENSES

3  EVERY YEAR, DOESN'T IT?

4  **A.**    THAT'S CORRECT.

5  **Q.**    NOW, LET'S LOOK AT WHO MTC DID ALLOCATE THE TRANSIT FUNDS

6  OUT OF THAT WINDFALL TO.  IF YOU WILL GO TO -- IT DOESN'T HAVE

7  A PAGE NUMBER ON IT, BUT MTCP-243305.

8  **A.**    24- -- WELL, I -- I'M LOOKING AT 6 OF 15 THAT HAS A CHART,

9  BUT...

10 **Q.**    OKAY.  IT'S -- IT'S UP ON YOUR SCREEN THERE.  IT'S THE

11 PAGE WHICH IS TITLED "METROPOLITAN TRANSPORTATION COMMISSION,

12 T21 REAUTHORIZATION, CYCLE ONE AUGMENTATION, STP CMAQ

13 PROGRAMMING PROJECT LIST."  IT'S DATED APRIL 27, 2005.

14         ARE YOU THERE?

15 **A.**    I'M THERE.  OKAY.  I CAN'T SEE THE ENTIRE PAGE BECAUSE YOU

16 HAVE ONLY ONE PIECE HIGHLIGHTED UP HERE.

17 **Q.**    WELL, THE ENTIRE PAGE IS IN YOUR BINDER IN FRONT OF YOU.

18 **A.**    AGAIN, WHAT PAGE IS THAT?

19 **Q.**    IT'S THE ONE WHICH IS RIGHT AFTER PAGE 9 OF 15.  IT'S NOT

20 -- ACTUALLY, NOT NUMBERED.

21 **A.**    I'M THERE.

22 **Q.**    OKAY.  SO MTC ALLOCATED ALMOST $7 MILLION TO BART OUT OF

23 THAT WINDFALL FUND, CORRECT?

24 **A.**    THAT'S CORRECT.

25 **Q.**    AND IT ALLOCATED OVER 9 MILLION TO CALTRAIN, RIGHT?

1  A.   THAT'S CORRECT.

2  Q.   AND 3.5 MILLION TO ITSELF FOR PROJECTS THAT MTC WAS THE

3  IMPLEMENTING AGENCY, RIGHT?

4  A.   I DON'T --

5  Q.   IF YOU LOOK UP ON YOUR SCREEN THAT MIGHT HELP YOU FIND THE

6  MTC ALLOCATIONS?

7  A.   SECTION FOUR. . . OKAY, YES.

8  Q.   AND IT ALLOCATED 760,000 TO GOLDEN GATE UNDER THE TRANSIT

9  REHABILITATION SHORTFALL, AND 1.6 MILLION TO THE GOLDEN GATE

10 BRIDGE PHYSICAL SUICIDE DETERRENT SYSTEM, RIGHT?

11 A.   WELL, ONE THING THAT'S PROBABLY HELPFUL HERE SINCE WE ARE

12 JUMPING AROUND ON PROJECTS.  TO THE TRANSIT REHABILITATION,

13 THESE PROJECTS WERE PROJECTS THAT WOULD HAVE RECEIVED THIS

14 MONEY IN 5307 IF THE FUNDING HAD BEEN SUFFICIENT TO MEET THE

15 NEEDS IN THAT YEAR.  THESE WERE PROJECTS THAT WERE READY TO GO,

16 BUT HAD TO BE DEFERRED TO THE NEXT YEAR BECAUSE APPROPRIATION

17 CAME IN LOWER THAN THE NEEDS WE HAD.

18      SO IT WAS -- AGAIN, WE DISCUSSED THIS AT LENGTH WITH

19 THE PARTNERSHIP AND WITH TRANSIT OPERATORS.  AND IN THIS

20 PARTICULAR CASE THE FACT THAT WE PICKED UP WHICH NEEDS THAT

21 WERE READY TO GO, IN THE PIPELINE, COULD HAVE PROCEEDED WITH

22 5307 BUT WERE DEFERRED A YEAR, THAT'S THE REASON WE PICKED UP

23 THESE PARTICULAR TRANSIT REHAB PROJECTS.  SO THEY WERE ON THE

24 LIST THROUGH THE TCP PROCESS.

25 Q.   SO GOLDEN GATE RECEIVED FUNDS, RIGHT?

1    **A.**    CORRECT.

2    **Q.**    AND MUNI RECEIVED OVER FIVE AND A HALF MILLION DOLLARS,

3    RIGHT?

4    **A.**    THAT'S RIGHT, BECAUSE THEY HAD BEEN -- THESE WERE PROJECTS

5    THAT HAD BEEN KICKED OVER WAS MY RECOLLECTION.

6    **Q.**    BUT VTA DIDN'T GET ANY OF THESE FUNDS, DID IT?

7    **A.**    BECAUSE THEY DIDN'T HAVE ANY DEFERRALS THAT YEAR.

8    **Q.**    SO THEY DIDN'T GET ANY FUNDS?

9    **A.**    CORRECT.

10    **Q.**    AND SAMTRANS DIDN'T GET ANY, DID IT?

11    **A.**    BECAUSE THEY DIDN'T HAVE ANY DEFERRALS EITHER.

12    **Q.**    SO THAT'S RIGHT, SAMTRANS DIDN'T GET ANY MONEY?

13    **A.**    CORRECT.

14    **Q.**    AND MTC DIDN'T HAVE TO PROGRAM THESE FUNDS UNDER THE TCP

15    PROCESS, DID IT?

16    **A.**    WE DIDN'T HAVE TO, BUT THE TRANSIT OPERATORS FELT IT WAS A

17    REASONABLE COMPLEMENT TO THE FEDERAL FORMULA PROGRAM, AS WE HAD

18    HIGHLIGHTED SHORTFALLS AS AN ELIGIBLE SOURCE.

19           AND, AGAIN, THE KEY THING HERE, THESE PROJECTS WERE

20    READY TO GO.

21    **Q.**    THOSE WERE CAPITAL SHORTFALLS, RIGHT?

22    **A.**    YES, FROM OUR PROGRAM.

23    **Q.**    NOW, IN FISCAL YEAR 2008/2009 MTC ANTICIPATED AN

24    ADDITIONAL $72 MILLION WINDFALL IN CMAQ FUNDS, RIGHT?

25    **A.**    YES.

1    Q.    NOW, PROGRAMMING THOSE FUNDS TO AC TRANSIT WOULDN'T HAVE

2    TAKEN FUNDS AWAY FROM ANY OTHER OPERATOR OR ENTITY, RIGHT?

3    A.    OR ENTITY, CORRECT.

4    Q.    AND MTC USED THOSE TO FUND REGIONAL INITIATIVES, SUCH AS

5    CONGESTION, PRICING AND TRANSIT EXPANSION?

6    A.    I DON'T REMEMBER CONGESTION PRICING.  I KNOW THERE IS A

7    TAB ON THIS ONE.  I WAS FLIPPING THROUGH EARLIER.

8    Q.    26.

9    A.    I THINK THAT SAVES US ALL TIME TO LOOK AT WHAT'S HERE.

10    Q.    EXHIBIT 1742.

11    A.    OKAY.

12    Q.    AND IF YOU GO TO PAGE -- THE VERY FIRST PAGE.

13    A.    UH-HUH.

14    Q.    UNDER "RECOMMENDED PROPOSAL," IT SAYS:

15             "TO PUT THIS ADDITIONAL FUNDING CAPACITY TO BEST

16         USE, STAFF IS RECOMMENDING AN APPROACH THAT

17         COMPLEMENTS SEVERAL REGIONAL INITIATIVES UNDERWAY IN

18         THE AREAS OF SMART GROWTH, CONGESTION, PRICING AND

19         TRANSIT EXPANSION."

20             DO YOU SEE THAT?

21    A.    YES.  ALTHOUGH LOOKING AT THE LIST AND THINKING, WHERE DID

22    THE CONGESTION PRICING END UP?  BUT THAT'S OKAY.

23    Q.    NOW, MTC FUNDED WITH THOSE WINDFALL CMAQ FUNDS THE GOLDEN

24    GATE BRIDGE MEDIAN BARRIER SAFETY PROJECT, RIGHT?

25    A.    THAT'S CORRECT.

1  Q.    AND THAT PROJECT WASN'T EVEN ELIGIBLE TO RECEIVE CMAQ

2  FUNDS, WAS IT?

3  A.    WE NEEDED TO DO A -- EVENTUALLY WE NEEDED TO DO A SWAP FOR

4  THAT, WHICH WE DO WITH LOTS OF OTHER PROJECTS, INCLUDING AC

5  TRANSIT PROJECTS AS WE HAVE DISCUSSED.

6  Q.    THE GOLDEN GATE BRIDGE MEDIAN BARRIER WAS NOT AN ELIGIBLE

7  CMAQ PROJECT, RIGHT?

8  A.    THAT'S CORRECT.

9  Q.    BUT MTC FUNDED THAT TO THE TUNE OF $20 MILLION, RIGHT?

10  A.    YES, THAT'S THE AMOUNT THAT WAS PROGRAMMED.

11  Q.    AND MTC ALSO USED THOSE FUNDS TO CLOSE A FUNDING GAP IN

12  RESOLUTION 3434 PROJECTS, CORRECT?

13  A.    IN FACT, ALL OF THAT WENT TO AC TRANSIT.

14  Q.    IS THAT CORRECT?  THEY USED TO IT FUND -- TO CLOSE A

15  FUNDING GAP IN RESOLUTION 3434?

16  A.    WE USED IT TO CLOSE A FUNDING GAP FOR THE AC TRANSIT BRT.

17  THAT STRATEGIC PLAN WAS ADOPTED BY THE COMMISSION THIS MONTH --

18  LAST MONTH.

19  Q.    THAT WAS IN RESOLUTION 3434?

20  A.    THAT'S CORRECT.

21  Q.    THEIR TRANSIT EXPANSION PROGRAM, CORRECT?

22  A.    YES, THAT'S WHERE THE MONEY WENT TO.

23  Q.    IS THAT REFLECTED IN EXHIBIT 26?

24  A.    NO, BECAUSE AS INDICATED HERE, THIS WAS RESERVES SET UP ON

25  NOVEMBER 14, 2007.

1          SINCE THEN WE ACTUALLY TOOK TO THE COMMISSION OUR

2    STRATEGIC PLAN AND ONE OF THE PROJECTS THAT WE CLOSED THE

3    SHORTFALL WITH WAS THE FULL SUM OF THE 35 MILLION WAS THE AC

4    TRANSIT BRT.  THEY HAD A SHORTFALL AND WE APPLIED IT THERE.

5    Q.   AND THAT DECISION WAS MADE IN 2008, CORRECT?

6    A.   THAT'S CORRECT.

7    Q.   AFTER THIS LAWSUIT WAS FILED?

8    A.   WELL, I GUESS TIMING-WISE THAT WOULD BE THE CASE,

9    THOUGH...

10          THE COURT:  WHAT IS BRT?

11          THE WITNESS:  I'M SORRY.  THAT'S THE BUS RAPID

12   TRANSIT.  THIS WAS A PROJECT THAT AC TRANSIT HAD ALREADY ON THE

13   LIST.  AND THE STRATEGIC PLAN NOT ONLY CLOSED THE AC TRANSIT

14   GAP, BUT ALSO THE BART TO WARM SPRINGS HAD A GAP AS WELL.  SO

15   THOSE WERE -- THERE'S A LOT THAT WENT ON WITH THAT PLAN.

16   BY MS. VALENZUELA SANTAMARIA:

17   Q.   LET'S MOVE ON TO STIP FUNDS.  WHAT ARE STIP FUNDS?

18   A.   STATE TRANSPORTATION IMPROVEMENT PROGRAM.

19   Q.   THAT'S A STATE SPENDING PLAN THAT INCLUDES BOTH FEDERAL

20   AND STATE FUNDS, RIGHT?

21   A.   YES, IT DOES.

22   Q.   AND 75 PERCENT OF STIP FUNDS ARE DELEGATED TO REGIONAL

23   TRANSPORTATION AGENCIES LIKE MTC ACROSS THE STATE, CORRECT?

24   A.   NO.  WELL, AGAIN, "DELEGATED" IS AN INTERESTING TERM UNDER

25   A STATE TRANSPORTATION PROGRAM.

1          THE FUNDS ARE DISTRIBUTED, I WOULD SAY, BASED ON

2    REGIONAL TRANSPORTATION PLANNING AGENCIES.  THEY ARE NOT

3    DELEGATED TO MTC TO PROGRAM COMPLETELY ON ITS OWN.  IN FACT,

4    THERE IS -- WITHIN THAT AMOUNT THERE IS SPECIFIC COUNTY

5    MINIMUMS THAT NEED TO BE ADHERED TO.

6          SO WE, WE ARE CHARGED WITH PULLING TOGETHER THE

7    REGIONAL PROGRAM THAT FOLLOWS THE GUIDELINES FROM THE CTC --

8    I'M SORRY, I'M USING ANOTHER ACRONYM.  THE CALIFORNIA

9    TRANSPORTATION COMMISSION IS THE ONE WHO ULTIMATELY ADOPTS THAT

10   PROGRAM.

11   **Q.**  NOW, MTC PREPARES AN RTIP OR REGIONAL TRANSPORTATION

12   IMPROVEMENT PLAN WITH RESPECT TO THE STIP FUNDS, CORRECT?

13   **A.**  YES.

14   **Q.**  AND MTC HAS DISCRETION OVER HOW TO ALLOCATE THOSE SUBJECT

15   TO APPROVAL BY THE CTC, IS THAT RIGHT?

16   **A.**  NOT ENTIRELY.  IT'S A LITTLE BIT MORE COMPLICATED THAN

17   SOME OF THE FEDERAL PROGRAMS YOU'VE TALKED ABOUT.

18          AGAIN, MTC DOES NOT HAVE FULL DISCRETION TO SPEND

19   RTIP FUNDS ANYWHERE IN THE REGION.  THEY ARE ALLOCATED BY A

20   FORMULA CALLED A COUNTY SHARE OR A COUNTY MINIMUM THAT -- YOU

21   NEED TO SPEND A CERTAIN AMOUNT WITHIN A COUNTY LEVEL.  AND IN

22   OUR CASE THAT'S NINE OF THEM.

23          SO WHILE WE WORK WITH OUR CONGESTION MANAGEMENT

24   AGENCIES TO IDENTIFY THE PROJECTS WITHIN THAT SCOPE, IT'S NOT

25   LIKE STP FUND, FOR EXAMPLE, WHERE WE GET AN AMOUNT OF FUNDS TO

1  THE REGION.  WE CAN SPEND IT ANYWHERE WE WANT.  SO THERE'S --

2  IT'S A MORE RESTRICTIVE FUND SOURCE.  WE HAVE TO BE MINDFUL OF

3  THE RULES.

4  **Q.**  LET'S GO TO TAB 12, WHICH IS EXHIBIT 493.

5  **A.**  THAT'S BACK TO BINDER ONE?

6  **Q.**  BINDER ONE.  SORRY?

7  **A.**  THAT'S OKAY.

8  **Q.**  AND IF COULD YOU TURN TO PAGE 9, PLEASE?

9      (WITNESS COMPLIED.)

10 **Q.**  DO YOU SEE THE SLIDE AT THE TOP THERE?  THIRD BULLET DOWN,

11 "WHO MAKES FUNDING DECISIONS?  RTIP, MTC WITH APPROVAL BY CTC."

12 DO YOU SEE THAT?

13 **A.**  YES.

14 **Q.**  NOW, APPROXIMATELY HOW MUCH RTIP FUNDS ANNUALLY ARE

15 AVAILABLE IN MTC'S REGION?

16 **A.**  PROBABLY ABOUT 180.

17 **Q.**  180 MILLION?

18 **A.**  YES.

19 **Q.**  RTIP FUNDS --

20 **A.**  WELL, AGAIN, THIS IS -- THIS IS A SLIDE SHOW.  I DON'T

21 EVEN KNOW WHEN THIS WAS DONE.  BACK IN 2001?

22      AS YOU CAN SEE ON THE SAME SLIDE THAT YOU ARE

23 POINTING TO, WHICH, BY THE WAY, FOLLOWS THE -- INTERESTING

24 SLIDE THAT SHOWS HOW COMPLICATED THESE FUNDS ARE, INCLUDING THE

25 COUNTY SHARES.  SO THAT'S PROBABLY WORTHY OF NOTE SINCE IT

1   ILLUSTRATES FAR BETTER THAN WHAT I WAS TRYING TO DESCRIBE.  THE

2   SLIDE BELOW PUTS IT OUT IN A FLOWCHART, SO THAT'S VERY HELPFUL.

3           BUT IN ANY CASE, THE RTIP HERE IN THIS -- FOR THIS

4   PARTICULAR STIP FUNDING CYCLE IS 165.  SO, ACTUALLY, IT WASN'T

5   HITTING THE AVERAGE.  THEY HAVE GOING DOWN RECENTLY.

6   Q.   DO YOU KNOW APPROXIMATELY CURRENTLY HOW MUCH --

7   A.   IT'S PROBABILITY LESS THAN THAT CURRENTLY.

8   Q.   IS IT OVER 100 MILLION?

9   A.   IT WOULD BE OVER 100 -- YEAH, PROBABLY IN THE BALLPARK.

10  Q.   ON AN ANNUAL BASIS?

11  A.   YES, IT'S DONE ON A -- IT'S PROGRAMMED ON A TWO-YEAR

12  BASIS.  SO, AGAIN, ROUGH AVERAGE IS 180, 165.  IT'S BEEN PRETTY

13  VOLATILE.  IT'S ON THAT ORDER.

14  Q.   NOW, RTIP FUNDS MAY BE USED FOR TRANSIT CAPITAL PROJECTS,

15  CORRECT?

16  A.   YES, WITH SOME LIMITATIONS.

17  Q.   OKAY.  THEY MAY BE USED FOR CAPITAL RENEWAL AND

18  REPLACEMENT, RIGHT?

19  A.   CERTAIN OF THE FUND SOURCES THAT GO IN THE RTIP CAN BE

20  USED FOR THAT PURPOSE.

21  Q.   NOW, IT'S MTC'S PRACTICE TO ALLOCATE A SUBSTANTIAL AMOUNT

22  OF RTIP FUNDS TO TRANSIT EXPANSION PROJECTS, IS THAT RIGHT?

23  A.   I WOULD NOT SAY "SUBSTANTIAL."  I DON'T KNOW HOW YOU

24  DEFINE "SUBSTANTIAL," BUT THE VAST MAJORITY OF RTIP FUND

25  REVENUES HAVE NOT GONE TO TRANSIT.  THEY HAVE GONE TO THE STATE

1    HIGHWAY SYSTEM.

2    **Q.**   NOW, IN RESOLUTION 3434 ISN'T IT TRUE THAT MTC HAS

3    ALLOCATED OVER HALF A BILLION DOLLARS IN RTIP FUNDS TO

4    EXPANSION PROJECTS?

5    **A.**   WE HAVE NOT ALLOCATED IT.  WE HAVE -- AGAIN, MAYBE I GET

6    STUCK ON THE LEGAL USES OF THOSE TERMS.

7         THE 3434 PROGRAM ANTICIPATES A SPENDING PLAN WHERE,

8    AGAIN, AN AMOUNT OF THAT MONEY -- SOME OF WHICH I BELIEVE IS

9    ALREADY PROGRAMMED IN THE RTIP, BUT OTHERS OF IT IS YET TO BE

10   PROGRAMMED FOR THAT PURPOSE OVER A 25-YEAR PERIOD.

11        SO I DON'T KNOW ON AVERAGE HOW MUCH THAT WOULD BE.

12   I NEED TO DO THAT MATH.

13   **Q.**   SO THAT'S APPROXIMATELY HALF A BILLION DOLLARS FOR

14   RESOLUTION 3434 EXPANSION PROJECTS, CORRECT?

15   **A.**   I BELIEVE THAT'S IN THE CORRECT PLAN, RIGHT.

16   **Q.**   AND THAT MONEY COULD HAVE BEEN USED -- OR SOME OF THAT

17   MONEY COULD HAVE BEEN USED TO FUND CAPITAL RENEWAL AND

18   REPLACEMENT, RIGHT?

19   **A.**   IT'S HARD TO -- HONESTLY, IT'S HARD TO SAY BECAUSE THE

20   STIP HAS BEEN VERY CONSTRAINED OF LATE IN TERMS OF THE AMOUNT

21   OF FUNDING AND THE KINDS OF FUNDING THAT IS AVAILABLE, BUT

22   THERE ARE CERTAIN FUND SOURCES THAT GO INTO THE STIP.

23        THE PROP 42 TRANSIT, I KNOW FOR SURE THAT COULD BE

24   USED FOR THAT PURPOSE.

25        **THE COURT:**  IS THIS A GOOD TIME FOR OUR LAST BREAK?

1          **MS. VALENZUELA SANTAMARIA:**  THIS IS A PERFECT TIME.

2          **THE COURT:**  LET'S KEEP TO IT 10 MINUTES.

3          **THE CLERK:**  COURT IS IN RECESS.

4          (WHEREUPON THERE WAS A RECESS IN THE PROCEEDINGS

5          FROM 1:57 UNTIL 2:12 P.M.)

6  **BY MS. VALENZUELA SANTAMARIA:**

7  **Q**    MS. MCMILLAN, YOU ARE FAMILIAR WITH STATE TDA FUNDS,

8  RIGHT?

9  **A**    YES.

10 **Q**    AND TDA STANDS FOR TRANSPORTATION DEVELOPMENT ACT; IS THAT

11 RIGHT?

12 **A**    THAT'S CORRECT.

13 **Q**    THOSE FUNDS ARE DERIVED FROM A QUARTER CENT SALES TAX

14 APPLIED STATEWIDE; IS THAT RIGHT?

15 **A**    THAT'S RIGHT.

16 **Q**    THEY ARE AVAILABLE ONLY FOR TRANSIT PURPOSES; IS THAT

17 CORRECT?

18 **A**    THAT IS CORRECT.

19 **Q**    THEY ARE NOT AVAILABLE FOR STREETS AND ROADS, EXCEPT FOR

20 IN RURAL COUNTIES WHERE THERE'S UNMET TRANSIT NEEDS, RIGHT?

21 **A**    CORRECT.

22 **Q**    AND MTC APPORTIONS TDA FUNDS TO TRANSIT OPERATORS ONLY IN

23 THE COUNTY IN WHICH THOSE SALES TAXES WERE GENERATED, CORRECT?

24 **A**    YES.  WELL, JUST SLIGHTLY REPHRASE IT.  WE APPORTION THE

25 COUNTY'S FUNDS WHERE THE SALES TAX ARE GENERATED TO THOSE

1    OPERATORS WITHIN THE COUNTY THAT MAY BE AN ELIGIBLE CLAIMANT.

2    **Q**    AND SUBJECT TO THOSE GEOGRAPHIC LIMITATIONS AND THE

3    STATUTORY ELIGIBILITY REQUIREMENTS, MTC HAS DISCRETION HOW TO

4    ALLOCATE THOSE FUNDS, RIGHT?

5    **A**    YES.  IN TERMS -- WELL, DISCRETIONARY IN WHAT WAY ARE YOU

6    REFERRING TO?

7    **Q**    MTC CAN DECIDE HOW TO ALLOCATE THOSE FUNDS TO ELIGIBLE

8    CLAIMANTS WITHIN A COUNTY, CORRECT?

9    **A**    THAT'S CORRECT.

10   **Q**    APPROXIMATELY HOW MUCH TDA FUNDS COME INTO THE BAY AREA

11   REGION ON AN ANNUAL BASIS?

12   **A**    AGAIN, WITH THE SAME PARAMETERS, TEN-YEAR AVERAGE, ROUGHLY

13   260, 270 MILLION A YEAR.

14   **Q**    NOW, MTC CAN ALLOCATE TO ITSELF UP TO THREE PERCENT OF TDA

15   FUNDS ANNUALLY FOR TRANSPORTATION, PLANNING, AND PROGRAMMING,

16   RIGHT?

17   **A**    YES, THAT'S ESTABLISHED IN THE STATUTE.

18   **Q**    AND IT'S MTC'S PRACTICE TO ALLOCATE TO ITSELF THAT FULL

19   AMOUNT, CORRECT?

20   **A**    THAT'S CORRECT.

21   **Q**    NOW, TDA FUNDS ARE GENERALLY DIVIDED INTO THREE SEPARATE

22   TYPES, RIGHT?

23   **A**    THREE?  THEY'RE THE MAIN CATEGORIES.

24   **Q**    WHAT ARE THOSE?

25   **A**    TDA ARTICLE 4, WHICH IS SPECIFIC TO TRANSIT.  TDA ARTICLE

1   4.5, WHICH IS -- I DON'T WANT TO USE THE WORD "LAYMAN'S TERMS"

2   IN ANY SORT OF PEJORATIVE WAY, BECAUSE MOST OF THE TIME THIS

3   ISN'T REALLY EVEN REASONABLE FOR MOST PEOPLE TO WANT TO

4   UNDERSTAND IN THIS ARCANE WORLD WE LIVE IN.

5          BUT IT'S -- IT'S FOR PARATRANSIT NEEDS, SPECIAL

6   MOBILITY NEEDS IN GENERAL, TO DESIGNATED COMMUNITY -- I FORGOT

7   THE TERMINOLOGY, BUT IT'S ESSENTIALLY TO SPECIFIC DESIGNATIONS

8   OF COMMUNITY-TYPE SERVICES.

9          AND THEN ARTICLE 8, WHICH IS LIMITED TO THE MORE

10  RURAL COUNTIES, CAN BE USED FOR LOCAL STREETS AND ROADS UNDER

11  SPECIFIC FUNDINGS.  AND THEN THERE'S ARTICLE 3, WHICH CAN BE

12  USED FOR BIKES AND PEDESTRIAN FACILITY.

13  **Q**    NOW, YOU WERE PRESENT IN COURT YESTERDAY, RIGHT?

14  **A**    YES.

15  **Q**    AND YOU HEARD MR. MANOLIUS MAKE THE STATEMENT THAT CMAQ

16  STP FUNDS PROVIDE THE ONLY MONIES AVAILABLE TO FUND BICYCLE AND

17  PEDESTRIAN PROJECTS; DID YOU HEAR THAT?

18  **A**    I DON'T RECALL THAT HE SAID "ONLY."  BUT OF THE FEDERAL

19  FUNDS, THOSE ARE THE ONES.

20  **Q**    BUT THAT'S NOT AN ACCURATE STATEMENT TO SAY THAT PROVIDES

21  THE ONLY MONEY AVAILABLE TO BICYCLE AND PEDESTRIAN NEEDS,

22  CORRECT?

23  **A**    I WOULD IMAGINE THAT THERE MIGHT BE EVEN SOMETHING EVEN

24  BEYOND TDA, LOCAL FUNDS.  FOR EXAMPLE, HALF-CENT SALES TAXES

25  OFTEN ARE ASSIGNED MONEY TO BICYCLE PROJECTS AS WELL.

1  Q    NOW, TDA ARTICLE 4 AND 8 FUNDS ARE AVAILABLE FOR GENERAL

2  TRANSIT PURPOSES, RIGHT?

3  A    YES.

4  Q    THEY MAY BE USED FOR OPERATING OR CAPITAL, RIGHT?

5  A    THAT'S CORRECT.

6  Q    THAT INCLUDES CAPITAL REHABILITATION AND EXPANSION, RIGHT?

7  A    YEAH, OPERATIONS, CAPITAL, REHABILITATION OR EXPANSION.

8  Q    AND THE VAST MAJORITY OF TDA FUNDS IN THE BAY AREA REGION

9  ARE ARTICLE 4 FUNDS; IS THAT RIGHT?

10 A    YES.

11 Q    AND NOW THE ANNUAL MTC FUND ESTIMATE IS THE CORNERSTONE OF

12 MTC'S PRACTICE IN ALLOCATING TDA FUNDS, CORRECT?

13 A    YEAH, AS REQUIRED BY STATE STATUTE.  WE DO NEED TO PREPARE

14 THAT EVERY YEAR, AND AN OPERATOR IN CLAIMING THE FUNDS CAN --

15 ESSENTIALLY LIMITED TO WHAT THE FUND ESTIMATE HAS IN IT.  SO

16 ONE OF THE REASONS WE ARE REQUIRED BY STATE LAW TO PREPARE IT

17 IS SO THAT AN OPERATOR KNOWS WHAT TO EXPECT FOR BUDGETING

18 PURPOSES, ET CETERA.

19 Q    AND THOSE FINANCIAL PROJECTIONS IN THE FUND ESTIMATE THEN

20 BECOME THE BASELINE FOR WHAT AN AGGREGATE IS AVAILABLE IN THE

21 UPCOMING FISCAL YEAR IN TDA FUNDS, CORRECT?

22 A    YES.  THE TDA ESTIMATES ACTUALLY ARE MADE BY COUNTY

23 AUDITORS.  THEY ARE NOT MADE BY MTC.  SO, AGAIN, THE ESTIMATES

24 MADE IN ANY PARTICULAR YEAR IN TERMS OF A GENERATION MAY ALSO

25 BE SUPPLEMENTED BY CARRYOVER FUNDS AN OPERATOR MIGHT NOT HAVE

1    SPENT THE NEXT YEAR.  SO PART OF THE REASON FOR THE FUND

2    ESTIMATE IS TO DO THESE RECONCILIATION OF AVAILABLE FUNDS FOR

3    THE FISCAL YEAR AFTER THE FUND ESTIMATE IS ADOPTED.

4    **Q**    SO ONCE MTC GETS THE FUND ESTIMATE, IT KNOWS APPROXIMATELY

5    HOW MUCH IN TDA FUNDS WILL BE AVAILABLE IN THE DIFFERENT

6    COUNTIES FOR THE UPCOMING YEAR, CORRECT?

7    **A**    IT'S WHAT WE HOPE IS GOING TO ULTIMATELY BE GENERATED IN

8    THAT YEAR.  THERE'S CERTAINLY BEEN CIRCUMSTANCES WHERE THE

9    COUNTY AUDITORS' ESTIMATES HAVE BEEN OFF, AND WE HAVE MADE

10   ALLOCATIONS THAT THEN HAVE TO BE ADJUSTED WITH RECISIONS AT

11   YEAR-END BECAUSE THE ECONOMY DIDN'T LINE UP WITH WHAT FOLKS

12   THOUGHT WAS GOING TO HAPPEN.  BUT IT'S DEFINITELY THE BEST

13   GUIDELINE WE CAN PROVIDE TO THE TRANSIT OPERATOR ON A

14   YEAR-BY-YEAR BASIS.

15   **Q**    AND MTC APPORTIONS THE TDA FUNDS TO ELIGIBLE CLAIMANTS

16   BASED ON VARIOUS MTC POLICIES AND AGREEMENTS THAT HAVE BEEN

17   REACHED AMONG THE CLAIMANTS, RIGHT?

18   **A**    THERE ARE -- WELL, I'M NOT SURE EXACTLY WHAT YOU'RE

19   REFERRING TO IN TERMS OF POLICIES.  THERE ARE SOME SPECIFIC

20   STATUTORILY REQUIRED STATUTORY REQUIREMENTS THAT WE NEED TO DO

21   A CHECKLIST ON TO MAKE SURE THE OPERATOR HAS MET THOSE.  THE

22   MOST COMMON ONE HAS BEEN A REQUIRED FARE BOX RECOVERY RATIO IN

23   ORDER TO BE ELIGIBLE FOR THE FUNDS.

24          SO WE HAVE TO ENSURE THAT THOSE ARE -- THOSE

25   STATUTORY REQUIREMENTS ARE MET AS A CONDITION OF RELEASING AN

1    ACTUAL ALLOCATION.

2    **Q**    NOW, IN DETERMINING HOW TO ALLOCATE TDA FUNDS AMONG

3    ELIGIBLE CLAIMANTS WHO HAVE PROJECTS OR NEEDS THAT ARE

4    STATUTORILY ELIGIBLE, MTC RELIES ON AGREEMENTS THAT HAVE BEEN

5    REACHED AMONG THE CLAIMANTS TO DETERMINE HOW TO ALLOCATE THOSE

6    FUNDS, RIGHT?

7    **A**    IT DEPENDS.  IT DEPENDS ON THE COUNTY.

8          SO, FOR EXAMPLE, IN A SITUATION LIKE SAN FRANCISCO

9    WHERE THERE'S BASICALLY ONLY TWO OPERATORS, MUNI AND BART, BART

10   DOESN'T EVEN COME IN FOR AN ALLOCATION.  WE DON'T GET ANY OF

11   SAN FRANCISCO MUNI/BART, EVEN THOUGH THEY ARE AN ELIGIBLE

12   CLAIMANT.  IN THE CASE OF MUNI AS BEING THE ONLY OPERATOR,

13   THERE THERE'S NO SERIES OF AGREEMENTS WE NEED TO REACH.

14         SONOMA COUNTY, ON THE OTHER HAND, HAS A WHOLE HOST OF

15   SMALLER OPERATORS WITHIN THAT AREA THAT ARE ELIGIBLE CLAIMANTS.

16   IT HAS BEEN THEIR PRACTICE THAT WE HAVE FOLLOWED WHERE THEY GET

17   TOGETHER AND PRETTY MUCH DECIDE AMONG THEMSELVES HOW THEY WOULD

18   LIKE TO DISTRIBUTE THE FUNDS, AND THEY COME TO US WITH A

19   RECOMMENDATION FOR THAT.

20         DITTO WITH NAPA.  NAPA COUNTY HAD A SLEW OF SMALL

21   OPERATORS.  VERY RECENTLY NAPA COUNTY TRANSPORTATION PLANNING

22   AGENCY DECIDED TO TAKE THE BULL BY THE HORNS, SO TO SPEAK, AND

23   ORGANIZE A JOINT CLAIM, IF YOU WILL, FOR THE FUNDS.

24         NOW, IN THE CASE OF SOLANO COUNTY, THAT HAS MULTIPLE

25   CLAIMANTS.  THAT DOESN'T HAPPEN AS WELL.  SO IN THOSE

1  PARTICULAR CASES, MTC HAS THE JURISDICTION TO APPORTION THE

2  FUNDS BASED ON THE PARTICULAR SERVICE AREAS BY -- I BELIEVE

3  IT'S BY POPULATION, AND WE SPLIT THE FUNDS UP THAT WAY.

4          SO IT REALLY DEPENDS COUNTY BY COUNTY WHAT THE

5  CIRCUMSTANCES ARE THAT WE LINE UP THE EVENTUAL DISTRIBUTION OF

6  FUNDING.

7  **Q**    AND THE ULTIMATE DECISION AS TO HOW TO ALLOCATE THOSE

8  FUNDS IS IN MTC'S CONTROL, RIGHT?  MTC DOESN'T HAVE TO FOLLOW

9  THE RECOMMENDATION THAT THE OPERATORS BRING TO IT; IS THAT

10  RIGHT?

11  **A**    YEAH, I SUPPOSE AFTER THEIR NEGOTIATED AGREEMENT, WE COULD

12  OVERTURN IT FOR SOME REASON, BUT I CAN'T BELIEVE -- I CAN'T --

13  WELL, NO, I REMEMBER WITH GOLDEN GATE AND MARIN THERE WAS A

14  SIGNIFICANT DIFFERENCE OF OPINION WHEN I WAS -- BACK IN THE DAY

15  WHEN I WAS A SONOMA COUNTY LIAISON, ONE OF THE INTERESTING

16  THINGS WAS THEY HAD A DISPUTE OVER HOW TO WORK THAT OUT, AND

17  MTC HELPED SORT OF FIGURE OUT A WAY FOR THAT TO HAPPEN.

18          BUT IN MOST CASES, THE OPERATORS UNDERSTAND, I THINK,

19  IT'S TO THEIR BENEFIT TO BRING SOMETHING OF A CONSENSUS TO THE

20  COMMISSION TO DEAL WITH.

21  **Q**    OKAY.  LET'S GO BACK AND TALK ABOUT BART.  YOU MENTION

22  BART DOESN'T GET TDA FUNDS IN SAN FRANCISCO, CORRECT?

23  **A**    NOR IN ALAMEDA COUNTY, NOR IN CONTRA COSTA COUNTY, EXCEPT

24  FOR TINY RESIDUAL FUNDS THAT GO TO THE BART FEEDER BUSES.  SO

25  BART ITSELF DOES NOT HAVE ANY TDA FUNDS THAT GOES INTO ITS

1   BUDGET.

2   **Q**    THAT'S BECAUSE OF AN AGREEMENT REACHED BETWEEN BART, A.C.

3   TRANSIT AND MUNI, CORRECT?

4   **A**    AN UNDERSTANDING.

5   **Q**    BETWEEN BART AND MUNI AND A.C. TRANSIT, CORRECT?

6   **A**    YEAH, IT'S INTERESTING.  I DON'T BELIEVE THAT -- IT'S BEEN

7   THE HISTORIC PRACTICE FOR AS LONG AS I HAVE WORKED AT MTC, AND

8   I DON'T BELIEVE THERE WAS ANY SPECIFIC RESOLUTION SIGNED

9   AGREEMENT AMONG THOSE THREE OPERATORS.  IT'S JUST AN

10  UNDERSTANDING THAT BART WOULD NOT COME IN FOR TDA, I THINK IN

11  LARGE PART, BECAUSE OF THE AMOUNT OF 1107 FUNDS THAT THEY GET

12  THROUGH THEIR STATE STATUTORY AMOUNT.

13  **Q**    WE'LL TALK A LITTLE BIT ABOUT AB1107 NEXT, BUT UNDER

14  AB1107, BART GETS 75 PERCENT OF THOSE FUNDS?

15  **A**    YES.

16  **Q**    BY STATUTE, CORRECT?

17  **A**    OF THE BART SALES TAX.

18  **Q**    AND A.C. TRANSIT RECEIVES THE TDA FUNDS FOR WHICH BART IS

19  ALSO ELIGIBLE IN ALAMEDA AND CONTRA COSTA COUNTIES, CORRECT?

20  **A**    WELL, FOR THE AREA WHERE BART COULD BE AN ELIGIBLE

21  CLAIMANT FOR THOSE FUNDS THAT WOULD OVERLAP WITH A.C. TRANSIT,

22  A.C. TRANSIT GETS IT ALL.  BUT THERE ARE OTHER CLAIMANTS IN

23  CONTRA COSTA AND ALAMEDA.  IN ALAMEDA, THE LIVERMORE VALLEY

24  TRANSIT GETS SOME MONEY, UNION CITY GETS SOME MONEY.  IN CONTRA

25  COSTA, THERE'S A WHOLE HOST OF SMALLER OPERATORS OUTSIDE OF

1   A.C.'S DISTRICT THAT ALSO GETS SOME MONEY.

2          BUT, AGAIN, WHERE A.C. AND BART JURISDICTIONS COULD

3   OVERLAP, WHERE BART COULD CLAIM MONEY THERE, THE FUNDING ALL

4   GOES TO A.C. TRANSIT.

5   Q    NOW, THE 75 PERCENT OF AB1107 THAT BART GETS IS MORE THAN

6   THE TDA FUNDS THAT A.C. TRANSIT GETS, CORRECT?

7   A    I DO NOT KNOW THAT OFF THE TOP OF MY HEAD.

8   Q    OKAY.  LET'S LOOK AT THE MOST RECENT FUND ESTIMATE.  IT'S

9   TAB 36, EXHIBIT 654.

10  A    WHICH EXHIBIT?

11  Q    THIRTY-SIX.  IT'S THE SECOND BINDER.  I SAID THE MOST

12  RECENT FUND ESTIMATE.  IT'S ACTUALLY 2007/2008, WHICH I DON'T

13  KNOW IS THE MOST RECENT YEAR.  BUT IT'S FOR THE FISCAL YEAR

14  2007/2008.  IT'S REALLY HARD TO READ ON THE SCREEN.  I

15  APOLOGIZE.

16         IF YOU COULD --

17  A    I KIND OF KNOW THIS DOCUMENT.

18  Q    IF YOU COULD TURN TO PAGE 14 OF 15 IN ATTACHMENT A, HOW

19  MUCH FUNDS DOES IT SHOW ARE AVAILABLE FOR ALLOCATION TO A.C.

20  TRANSIT FROM AB1107?

21  A    THIRTY-FOUR-POINT-FOUR MILLION.

22  Q    AND THAT'S HALF OF THE 25 PERCENT SHARE THAT BART, A.C.

23  TRANSIT, AND MUNI ARE ELIGIBLE FOR, CORRECT?

24  A    YES.

25  Q    AND THE 75 PERCENT THAT BART GETS DOES NOT -- IS NOT

1    REFLECTED IN THIS DOCUMENT?

2    **A**    BECAUSE WE DON'T ALLOCATE IT.

3    **Q**    HOW MUCH IN 2007/2008, IF YOU CAN TELL FROM THIS DOCUMENT,

4    WAS THAT 75 PERCENT SHARE TO BART?

5    **A**    I JUST MULTIPLY THIRTY-FOUR BY THREE, AND THAT SHOULD GIVE

6    ME THE NUMBER -- OR SIXTY-EIGHT I SUPPOSE.  SO IT WOULD BE JUST

7    ABOUT 200 OR SO.

8    **Q**    APPROXIMATELY 200 MILLION?

9    **A**    YEAH.  I GUESS THAT WOULD BE 75 -- IF 68 IS 25 PERCENT,

10    THEN ABOUT 200 WOULD BE 75.

11    **Q**    I DID THE MATH, AND I CAME UP WITH THE SAME THING.  I

12    THINK IT'S RIGHT.

13            IF YOU GO TO PAGE 2 OF 15 IN THAT SAME DOCUMENT?

14    IT'S THE TRANSPORTATION DEVELOPMENT ACT FUNDS FOR ALAMEDA

15    COUNTY.  ARE YOU THERE?

16    **A**    GETTING THERE.  MM-HMM.

17    **Q**    CAN YOU TELL ME FROM THIS DOCUMENT APPROXIMATELY HOW MUCH

18    TDA FUNDS A.C. TRANSIT WAS EXPECTED TO BE ELIGIBLE FOR UNDER

19    ALAMEDA COUNTY TDA FUNDS?

20    **A**    ABOUT NORTH OF 50.

21    **Q**    APPROXIMATELY 50 MILLION?

22    **A**    IN ALAMEDA COUNTY.

23    **Q**    CORRECT.

24            NOW THE NEXT PAGE IS CONTRA COSTA COUNTY.  CAN YOU

25    TELL ME APPROXIMATELY HOW MUCH TDA FUNDS IN CONTRA COSTA COUNTY

1   A.C. TRANSIT ARE AVAILABLE FOR ALLOCATION TO A.C. TRANSIT?

2   **A**    SIX, ON THE ORDER OF SIX.

3   **Q**    SO BETWEEN ALAMEDA AND CONTRA COSTA COUNTY, A.C. TRANSIT

4   IS ELIGIBLE TO RECEIVE APPROXIMATELY $56 MILLION, CORRECT?

5   **A**    CORRECT.

6   **Q**    AND THAT INCLUDES TDA FUNDS FOR WHICH BART IS ALSO

7   ELIGIBLE BUT DOES NOT CLAIM, CORRECT?

8   **A**    YES.

9   **Q**    AND AB1107 FUNDS FOR THAT YEAR IS APPROXIMATELY

10  200 MILLION, CORRECT?

11  **A**    FOR BART?

12  **Q**    FOR BART.

13  **A**    YES, ALTHOUGH, TO BE COMPLETE IN OUR MATH, SINCE MUNI'S

14  SHARE IS ALSO NOT CLAIMED BY BART ON THE ORDER OF 33, I THINK

15  IT MAKES A MORE COMPLETE PICTURE IF YOU ARE TRYING TO COMPARE

16  BART ELIGIBLE SOURCES THAT WENT TO OTHER OPERATORS AS OPPOSED

17  TO WHAT BART GETS, YOU'D HAVE TO INCLUDE MUNI AS WELL, JUST AS

18  A COMPARISON.

19  **Q**    IS THAT BECAUSE OF THE 25 PERCENT OF AB1107 FUNDS THAT

20  DON'T GO TO BART OFF THE TOP, THOSE 25 ARE -- THOSE 25 PERCENT

21  MAY BE ALLOCATED TO BART, MUNI, AND A.C. TRANSIT?

22  **A**    NO.  MAYBE I'M POSTULATING A LITTLE BIT WHERE THIS

23  COMPARISON IS GOING, BUT IF THE POINT WAS TO COMPARE THE 1107

24  STATUTORY BART LIMITED FUNDS AT 75 PERCENT TO AN EQUIVALENT,

25  QUOTE/UNQUOTE, TDA AMOUNT, ALL I'M SAYING IS THAT IT COULDN'T

 1  BE JUST THE ALAMEDA -- I MEAN, THE ALAMEDA AND CONTRA COSTA

 2  AMOUNTS THAT WENT TO A.C. TRANSIT.  YOU'D ALSO JUST WANT TO

 3  CONSIDER THE MUNI AMOUNT AS WELL.

 4  Q    OKAY.  LET'S LOOK AT PAGE 6 OF 15.

 5  A    RIGHT.

 6  Q    THAT'S TDA FUNDS FOR SAN FRANCISCO COUNTY.  APPROXIMATELY

 7  HOW MUCH?

 8          THE COURT:  THEY ARE JUST THE SAME, AREN'T THEY?

 9  THEY SPLIT THE 25 PERCENTS?

10          MS. VALENZUELA SANTAMARIA:  THIS IS FOR TDA FUNDS

11  WHICH --

12          THE COURT:  ALL RIGHT.

13          THE WITNESS:  I THINK THE COMPARISON THAT'S BEING

14  SOUGHT HERE IS THAT THERE ARE CERTAIN TDA FUNDS THAT BART COULD

15  CLAIM AND THEY DON'T, SO HOW DOES THAT LINE UP WITH THEIR

16  STATUTORY AMOUNT OF THE AB1107.  SO THE COMBINED AMOUNT IS THE

17  56 AND THE 33.  RIGHT, 33 FOR MUNI THE --

18  BY MS. VALENZUELA SANTAMARIA

19  Q    THAT'S RIGHT.

20  A    LET'S ROUND IT UP TO NINETY TO MAKE THE MATH A LITTLE MORE

21  UNDERSTANDABLE.  AND THEN WE WOULD ADD IN THE 50.  WHAT DID WE

22  SAY?  SIXTY-EIGHT FROM AB1107.  SO WE ARE AT 158.  SO, 158

23  COMPARED TO 200, YEAH, IT'S UNDERNEATH, BUT YOU KNOW, NOT WAY,

24  WAY OFF.

25  Q    BUT BART RECEIVES MORE, CORRECT?

1    A    BUT BART RECEIVES MORE.

2    Q    ALL RIGHT.  LET'S MOVE ON TO STA FUNDS.  YOU ARE FAMILIAR

3    WITH STA, OR STATE TRANSIT ASSISTANCE FUNDS, CORRECT?

4    A    YES, I AM.

5    Q    THOSE ARE DERIVED FROM A SALES TAX ON GASOLINE, AREN'T

6    THEY?

7    A    YES, AT LEAST A PIECE OF THEM.  IT'S A COMPLICATED SOURCE.

8    WE DON'T REALLY NEED TO BELABOR THAT.

9    Q    NOW, STA FUNDS ARE DIVIDED INTO TWO DIFFERENT POTS OF

10   MONEY, RIGHT?

11   A    CORRECT.

12   Q    REVENUE-BASED AND POPULATION-BASED?

13   A    THAT'S CORRECT.

14   Q    AND MTC ALLOCATES BOTH, RIGHT?

15   A    YES, WE DO.

16   Q    APPROXIMATELY HOW MUCH STA POPULATION-BASED FUNDS ARE

17   AVAILABLE TO THE BAY AREA REGION ON AN ANNUAL BASIS?

18   A    WELL, PER THE CHART THAT MR. MANOLIUS SHOWED EARLIER, THIS

19   IS PROBABLY THE MOST VOLATILE FUND SOURCE WE'VE SEEN IN YEARS.

20   I WOULD SAY ON THE SAME AVERAGE.  WE WERE ON THE ORDER OF ABOUT

21   55.

22        HOWEVER, THE LAST ALLOCATION, EVEN WITH THE COMPLETE

23   BROUHAHA HAPPENING AT THE STATE, MTC GOT 111 -- ALMOST DOUBLE

24   THE LEVEL OF STAS.

25        SO WHILE THE OTHER FUND SOURCES, WE CAN SAY BALLPARK

1  HISTORICAL TRENDS ARE KIND OF REFLECTED, PROBABLY, OF THE

2  SOURCES WE COVERED TODAY, STA IS THE ONE IN RECENT YEARS

3  CHANGED FAIRLY DRAMATICALLY BECAUSE OF STATE LAW.  IT'S

4  PROBABLY SOMETHING IMPORTANT IN QUALIFYING ON AVERAGE WHAT YOU

5  GET.

6          SO THIS YEAR, EVEN WITH THE -- RAISE MAY BE NOT FAIR.

7  EVEN WITH THE ADJUSTMENTS THAT THE GOVERNOR MADE IN THE LAST

8  BUDGET, THE MTC REGION GOT 11 MILLION DOLLARS.

9  Q    IN STA POPULATION-BASED FUNDS?

10  A    NO, COMBINATION REVENUE AND POPULATION.  THE SPLIT, I WANT

11  TO SAY IT'S EIGHTY/THIRTY IS MY RECOLLECTION.

12  Q    HOW --

13  A    WELL, I'M ROUNDING.  ABOUT 80 MILLION FOR THE

14  REVENUE-BASED.  MUCH MORE MONEY COMES ON THE REVENUE-BASED

15  SIDE, BECAUSE WE HAVE A LOT OF OPERATORS AND A LOT OF BIG

16  OPERATORS IN THIS REGION.  THIRTY ON THE POPULATION SIDE.

17  Q    NOW, STA REVENUE-BASED FUNDS ARE ALLOCATED TO OPERATORS

18  ACCORDING TO A STATUTORY FORMULA, RIGHT?

19  A    THE REVENUE-BASED SIDE, YES.

20  Q    THE POPULATION-BASED FUNDS ARE ALLOCATED BY MTC ON A

21  DISCRETIONARY BASIS; IS THAT RIGHT?

22  A    YES, WE GET THEM BASED ON A FORMULA IN STATE STATUTE, BUT

23  ONCE THEY ARE HERE, THEY'RE FURTHER DISTRIBUTED ON A PROGRAM

24  ADOPTED BY THE COMMISSION.

25  Q    ONCE THEY COME INTO THE REGION, MTC CAN DO WHATEVER IT

1    WANTS WITH THEM IN TERMS OF TRANSIT, CORRECT?

2    **A**    THEY'RE FLEXIBLE.  THEY'RE FLEXIBLE FUNDS IN TERMS OF

3    THEIR APPLICATION.

4    **Q**    THEY CAN BE USED FOR BOTH OPERATIONS AND CAPITAL, CORRECT?

5    **A**    THAT IS CORRECT.

6    **Q**    AND A.C. TRANSIT IS ELIGIBLE TO RECEIVE POPULATION-BASED

7    FUNDS UNDER THE STATUTE; IS THAT RIGHT?

8    **A**    THE STATUTE DOESN'T STIPULATE ANY KIND OF ELIGIBILITY

9    BEYOND THAT IT CAN COME TO THE REGION AND THE REGION CAN SPEND

10   IT FOR TRANSIT PURPOSES.  SO, YOU KNOW, AS A PROVIDER OF

11   TRANSIT SERVICES, THEY WOULD BE ELIGIBLE, AS WOULD BE ALL THE

12   REST OF THE TRANSIT OPERATORS AND THE PARATRANSIT OPERATORS AS

13   WELL.

14   **Q**    SO THERE'S NOTHING IN THE STATUTE WHICH PREVENTS MTC FROM

15   ALLOCATING THESE FUNDS TO A.C. TRANSIT, RIGHT?

16   **A**    NO.

17   **Q**    MTC'S CURRENT POLICY FOR ALLOCATING STA POPULATION-BASED

18   FUNDS IS SET FORTH IN RESOLUTION 3837, CORRECT?

19   **A**    I BELIEVE THAT IS THE NUMBER.

20   **Q**    AND THAT WAS APPROVED BY THE COMMISSION IN JANUARY OF

21   2008, RIGHT?

22   **A**    YES.

23   **Q**    AND THAT SUPERSEDED THE PREVIOUS POLICY WHICH WAS

24   RESOLUTION 2310, RIGHT?

25   **A**    THAT'S RIGHT.

1    Q    UNDER RESOLUTION 2310, IT WAS MTC'S POLICY TO ALLOCATE STA

2    POPULATION-BASED FUNDS ONLY TO PROJECTS THAT FIT WITHIN FOUR

3    CATEGORIES, CORRECT?

4    A    THAT'S CORRECT.

5    Q    AND THE -- ONE OF THE --

6    A    FOUR?  WELL, GO AHEAD.  I'M SORRY.

7    Q    ONE OF THOSE CATEGORIES WAS NORTHERN COUNTIES, RIGHT?

8    A    YES.

9    Q    AND UNDER THAT CATEGORY, A.C. TRANSIT WAS NOT ELIGIBLE FOR

10   THE FUNDS, CORRECT?

11   A    THAT'S CORRECT.

12   Q    SO A.C. TRANSIT HAD APPLIED FOR THE FUNDS, IT WOULD NOT

13   HAVE RECEIVED ANY OF THEM, CORRECT?

14   A    THAT'S CORRECT.

15   Q    THE SECOND CATEGORY WAS SOUTHERN COUNTY SMALL OPERATORS,

16   RIGHT?

17   A    THAT'S RIGHT.

18   Q    AND A.C. TRANSIT WAS NOT ELIGIBLE FOR THOSE FUNDS,

19   CORRECT?

20   A    THAT'S RIGHT.

21   Q    SO IF A.C. TRANSIT HAD APPLIED FOR THOSE FUNDS, THEY WOULD

22   NOT HAVE RECEIVED ANY, CORRECT?

23   A    IF THEY WOULD HAVE, BUT THEY DIDN'T.

24   Q    THEY WOULDN'T HAVE RECEIVED ANY EVEN IF THEY HAD, CORRECT?

25   A    WELL, YOU ARE ASKING ME TO ANTICIPATE WHAT THE COMMISSION

1  WOULD HAVE DONE.  I DON'T KNOW THE CIRCUMSTANCES UNDER WHICH

2  A.C. EVEN MADE AN APPLICATION.  THE POLICY WOULD INDICATE THAT

3  THE PRIORITY FOR THOSE FUNDS WENT TO THESE FOUR DIFFERENT

4  AREAS.  BUT, I MEAN, I HAVE NO IDEA UNDER WHAT CIRCUMSTANCES

5  A.C. WOULD HAVE COME TO US WITH THE FUNDS AND WHAT CASE THEY

6  WOULD HAVE MADE TO THE COMMISSION TO CHANGE THE POLICY.

7  Q    SO UNDER RESOLUTION 2310, A.C. TRANSIT WAS NOT ELIGIBLE

8  FOR FUNDS FOR THAT WERE ALLOCATED TO SMALL OPERATORS, CORRECT?

9  A    RIGHT.

10 Q    AND THE THIRD CATEGORY WAS PARATRANSIT, RIGHT?

11 A    THAT'S CORRECT.

12 Q    AND A.C. TRANSIT WAS ELIGIBLE FOR PARATRANSIT FUNDS AS A

13 SPONSOR OF THE EAST BAY PARATRANSIT CONSORTIUM?

14 A    THAT IS CORRECT.

15 Q    THAT WAS A SERVICE THAT A.C. TRANSIT SPONSORED ALONG WITH

16 BART CORRECT?

17 A    THAT'S CORRECT.

18 Q    BUT IT COULDN'T USE THOSE FUNDS FOR FIXED ROUTE SERVICE,

19 CORRECT?

20 A    NO.

21 Q    THAT WAS ONLY -- AND -- EXCUSE ME -- FIXED ROUTE SERVICE

22 MEANS SERVICE THAT STOPS AT THE SAME PLACE EVERY DAY, RIGHT,

23 GENERALLY?

24 A    GENERAL TERMS.

25 Q    PARATRANSIT SERVICE, ON THE OTHER HAND, IS CONSIDERED

1   DEMAND-RESPONSE SERVICE, CORRECT?

2   **A**    FOR ELDERLY, DISABLED, SPECIAL NEEDS, MOBILITY NEEDS.

3   **Q**    NOW, THE LAST CATEGORY OF PROJECTS THAT MTC FUNDED UNDER

4   RESOLUTION 2310 WAS REGIONAL COORDINATION PROGRAMS, CORRECT?

5   **A**    MM-HMM.   CORRECT.

6   **Q**    AND THAT INCLUDED PROJECTS SUCH AS TRANSLINK, 511

7   TRAVELLER INFORMATION, AND LIFELINE, CORRECT?

8   **A**    YES.

9   **Q**    AND UNDER RESOLUTION 2310, MTC ALLOCATED MONEY TO ITSELF

10  AS SPONSOR OF THOSE TYPES OF PROGRAMS, CORRECT?

11  **A**    WELL, AGAIN, SPECIAL CIRCUMSTANCES.   LIFELINE WAS

12  FURTHER -- IN PARTICULAR, THE FUNDS WERE PUT IN A PROGRAM WHERE

13  THEN THERE WAS A COMPETITIVE PROCESS FOR OPERATORS TO COME IN

14  AND GET THOSE FUNDS OF WHICH A.C. TRANSIT WAS A PARTICIPANT VIA

15  WORKING WITH THE ALAMEDA COUNTY CMA.

16        SO WHAT THIS PARTICULAR RESOLUTION DID WAS TO ASSIGN

17  FUNDS TO THOSE BROAD CATEGORIES OF PROJECTS.   AND THEN IN

18  LIFELINE, AT LEAST -- ALTHOUGH WITH TRANSLINK, IT'S A VERY

19  COMPLICATED PROGRAM, THERE'S VARIOUS CLAIMANTS FOR PROJECTS

20  ALONG THE WAY.   I JUST GOT A CALL FROM A.C. TRANSIT WITH A

21  QUESTION ON THAT, IN FACT.

22        BUT NOT TO DIGRESS TOO MUCH, IN THE CASE OF LIFELINE,

23  THERE WAS A FURTHER PROGRAMMING AND ALLOCATION OF THOSE FUNDS

24  LATER ON DOWN THE ROAD.

25  **Q**    SO MTC ALLOCATED MONEY TO ITSELF FROM STA POPULATION-BASED

1   FUNDS FOR REGIONAL COORDINATION PROGRAMS, RIGHT?

2   **A**    THAT'S CORRECT.

3   **Q**    IN FACT, MTC REGULARLY ALLOCATES MORE POPULATION-BASED

4   FUNDS TO ITSELF FOR PROJECTS AND PROGRAMS THAT IT SPONSORS,

5   CORRECT?

6           **MR. MANOLIUS:**  OBJECTION.  VAGUE AS TO "MORE THAN

7   ONE."

8           **THE COURT:**  SUSTAINED.

9   **BY MS. VALENZUELA SANTAMARIA**

10  **Q**    LET'S LOOK AT TAB 23, THAT'S RESOLUTION 3242, AND IT'S

11  EXHIBIT 730.  IT'S IN THE SECOND BINDER.

12          ARE YOU THERE, MS. MCMILLAN?

13  **A**    YES, I AM.

14  **Q**    FOR FISCAL YEAR 2000?

15  **A**    FOR 2000?  I'M JUST GETTING MY YEARS TOGETHER.

16  **Q**    2000/2001, MTC ALLOCATED TO ITSELF A LITTLE OVER

17  3.5 MILLION OF STA POPULATION-BASED FUNDS, CORRECT?

18  **A**    YES.

19  **Q**    NOW LET'S LOOK AT TAB 31, WHICH IS RESOLUTION 3693, AND

20  THAT'S EXHIBIT 1683.  NOW, IF I CAN DIRECT YOU TO ATTACHMENT A,

21  PAGE 101?

22  **A**    I'M SORRY.  ON TAB 31?

23  **Q**    TAB 31, WHICH SHOULD BE RESOLUTION 3693.

24  **A**    RIGHT.

25  **Q**    ARE YOU AT ATTACHMENT A?

1  A    YES.

2  Q    PAGE -- MTC ALLOCATED STA POPULATION-BASED FUNDS TO ITSELF

3  IN FISCAL YEAR 2005/2006 AS REFLECTED IN EXHIBIT 1683, CORRECT?

4  A    DID YOU SAY 12 MILLION?

5  Q    NO.  I SAID ALLOCATED FUNDS TO ITSELF.

6  A    OF WHAT AMOUNT?  I'M SORRY.

7  Q    IT ALLOCATED STA POPULATION-BASED FUNDS TO ITSELF.

8       THE COURT:  SHE'S NOT GIVING AN AMOUNT.  SHE'S SAYING

9  DID IT HAPPEN OR NOT.

10      THE WITNESS:  YES.

11 BY MS. VALENZUELA SANTAMARIA

12 Q    OF THE SPECIFIC AGENCIES OR ENTITIES THAT ARE LISTED

13 THERE, ONLY MTC AND GOLDEN GATE HAVE FUNDS ALLOCATED TO THEM IN

14 THIS RESOLUTION, CORRECT?

15 A    WELL, AGAIN WITH THE QUALIFIER THAT A NUMBER OF THESE

16 PROGRAMS, LIFELINE, COMMUNITY-BASED PLANS, LOW INCOME, FLEXIBLE

17 TRANSPORTATION PROGRAM, ET CETERA, PROBABLY THE TRANSIT

18 EMERGENCY EQUIPMENT, TOO, WAS FURTHER ALLOCATED TO RECIPIENTS

19 BEYOND THIS.

20      SO, AGAIN, I'M JUST TAKING SOME CLARIFYING LANGUAGE

21 TO YOUR "ALLOCATED TO ITSELF."  YES, HOWEVER, IT DIDN'T STOP

22 THERE FOR A NUMBER OF THESE PROGRAMS.  THE REGIONAL PARATRANSIT

23 PROGRAM IS LISTED AS A RESULT.  SO -- BUT WITH THAT, WE CAN GO

24 ON.

25 Q    OKAY.  NOW LET'S GO TO TAB 32.  IT'S RESOLUTION 3761,

1   CORRECT?

2   **A**    CORRECT.

3   **Q**    THAT ESTABLISHES A ONE-YEAR PROGRAM FOR FISCAL YEAR

4   2006/2007 FOR STA POPULATION-BASED FUNDS, RIGHT?

5   **A**    CORRECT.

6   **Q**    POPULATION-BASED FUNDS ARE SOMETIMES ALSO REFERRED TO AS

7   REGIONAL DISCRETIONARY FUNDS; IS THAT RIGHT?

8   **A**    THAT'S RIGHT.

9   **Q**    NOW, IF YOU COULD GO TO ATTACHMENT A, PAGE 1 OF 1?  ARE

10   YOU THERE?

11   **A**    YES.

12   **Q**    NOW, OUT OF THE 18 PROJECTS LISTED HERE, MTC IS LISTED AS

13   THE CLAIMANT FOR 12 OF THOSE, RIGHT?

14   **A**    CORRECT.

15   **Q**    NOW, OUT OF THE 25-PLUS-MILLION THAT WAS ALLOCATED IN STA

16   POPULATION-BASED FUNDS THAT YEAR, MTC RECEIVED OVER 14 MILLION

17   OF THOSE FOR PROJECTS FOR WHICH IT WAS A CLAIMANT, CORRECT?

18   **A**    I'M ASSUMING WHAT YOU ARE DOING IS AGGREGATING THE MTC

19   DESIGNATION OUT OF THE 25 MILLION.  IS THAT WHAT YOU ARE DOING,

20   BECAUSE I DIDN'T DO THE MATH IN MY HEAD.  SORRY.

21          AGAIN, WITH THE SAME QUALIFIER THAT ULTIMATELY OTHER

22   FOLKS CAME IN AND ACTUALLY GOT THE FUNDING, THIS WAS THE FIRST

23   STEP.

24   **Q**    LET'S GO TO TAB 33, WHICH IS RESOLUTION 3361, EXHIBIT 484.

25   RESOLUTION 3361 ALLOCATES STA POPULATION-BASED FUNDS FOR FISCAL

1    YEAR 2001/2002, RIGHT?

2    **A**    THAT'S CORRECT.

3    **Q**    IF YOU COULD GO TO THE VERY LAST PAGE, WHICH IS ATTACHMENT

4    C?

5            **MR. MANOLIUS:**  COUNSEL, EXCUSE ME.  WHAT TAB WAS

6    THAT?

7            **MS. VALENZUELA SANTAMARIA:**  THIRTY-THREE.

8    **Q**    ARE YOU THERE, MS. MCMILLAN?

9    **A**    YEAH.  I'M SORRY.  I WAS JUST CLARIFYING.  THERE'S TWO

10   BITS TO THIS RESOLUTION, BUT YOU ARE FOCUSING NOW ON THE ACTUAL

11   ANNUAL ALLOCATION?

12   **Q**    THAT'S CORRECT.

13   **A**    OKAY.

14   **Q**    SO ON ATTACHMENT C, PAGE 1 OF 1, THAT REFLECTS THAT MTC

15   WAS THE CLAIMANT FOR A LITTLE OVER EIGHT MILLION IN STATE -- IN

16   STA POPULATION-BASED FUNDS, CORRECT.

17   **A**    AGAIN, WITH THE SAME QUALIFICATION I MADE EARLIER.

18   **Q**    IT ALLOCATED TO ITSELF 1.2 MILLION THAT YEAR AS A CUSTOMER

19   SERVICE CONTINGENCY, DIDN'T IT?

20   **A**    1.2 MILLION?  THAT WOULD HAVE BEEN FOR CUSTOMER SERVICE

21   CONTINGENCY.  I'M ASSUMING FOR SOME OF OUR REGIONAL PROGRAMS.

22   **Q**    IS THAT CORRECT, IT WAS 1.2 MILLION --

23   **A**    YEAH.

24   **Q**    -- FOR A CUSTOMER SERVICE CONTINGENCY?

25            THOSE FUNDS WERE TO BE USED IN THE EVENT OF

1   UNFORESEEN FUNDING OR OPERATING SHORTFALLS, CORRECT?

2   **A**    FOR THE PARTICULAR REGIONAL COORDINATION PROGRAMS WE WERE

3   UNDER CONTRACT FOR, YES.

4   **Q**    NOW, PROPOSITION 42 FUNDS INCREASED THE AMOUNT OF STA

5   POPULATION-BASED FUNDS AVAILABLE TO THE REGION IN FISCAL YEARS

6   '05/'06 AND '06/07, CORRECT?

7   **A**    YES.

8   **Q**    AND THOSE WERE NEW FUNDS THAT NO OPERATOR WAS EXPECTING,

9   CORRECT?

10  **A**    NOT EXACTLY TRUE.  MY RECOLLECTION -- AND, AGAIN, THIS IS

11  ONE OF OUR MORE COMPLICATED FORAYS INTO POLICY.  MY

12  RECOLLECTION WITH PROP 42 WAS THE VAST MAJORITY OF THAT WAS

13  SUPPOSED TO BE BEGINNING, ACTUALLY, IN '08/'09 BY OUR RTP

14  POLICY TO LIFELINE.

15       I BELIEVE THE CIRCUMSTANCES HERE WERE THAT WE GOT

16  THEM IN ADVANCE OF '08/'09 THROUGH SOME UNUSUAL ISSUES WITH THE

17  STATE BUDGET, WHICH IS, UNFORTUNATELY, BECOMING MORE THE

18  REGULAR PRACTICE THAN THE EXCEPTION, AND WE HAD TO ADOPT A

19  SPECIFIC POLICY TO DEAL WITH THE FACT OF HAVING THESE

20  POPULATION -- THESE PROP 42 FUNDS IN ADVANCE OF WHEN WE THOUGHT

21  THEY WERE GOING TO ACTUALLY BECOME AVAILABLE.

22  **Q**    SO MTC DID NOT EXPECT TO RECEIVE THOSE FUNDS AND BE ABLE

23  TO ALLOCATE THEM IN FISCAL YEAR 2005/2006, DID IT?

24  **A**    NO.  WE WORKED WITH THE OPERATORS, AS I RECALL, TO FIGURE

25  OUT WHAT WE WANTED TO DO WITH THEM.  BUT I WOULD NEED TO SPEND

1   TIME HERE TO LOOK THROUGH TO REFRESH MY MEMORY.

2   **Q**     SO MTC COULD HAVE ALLOCATED THOSE FUNDS PURSUANT TO ITS

3   RESOLUTION 2310, CORRECT?

4   **A**     I BELIEVE THAT WAS ONE OF THE THINGS WE CONSIDERED AT THE

5   TIME.

6   **Q**     BUT IN FISCAL YEAR 2006/2007, MTC DID NOT ALLOCATE ALL OF

7   THE PROP 42 FUNDS, DID IT?

8   **A**     I NEED TO HAVE A MOMENT TO REVIEW THIS.

9   **Q**     SURE.  IF I COULD REFER YOU, IT'S TAB 34.

10  **A**     I'M THERE.

11  **Q**     AND THAT'S EXHIBIT 481.

12  **A**     OKAY.  YEAH.  I'M SORRY.  IT'S COMING BACK TO ME.  I DON'T

13  COMMIT ALL OF THESE TO MEMORY.  I APOLOGIZE.  YES.  THE

14  CONCERN -- JUST REALLY BRIEFLY, THE CONCERN WITH DOING IT

15  ACCORDING TO EXISTING POLICY WAS THAT A THIRD OF IT, IN ROUND

16  NUMBERS, WOULD HAVE GONE AS OPERATING ASSISTANCE TO THE SMALL

17  OPERATORS IN THE NORTHERN OPERATORS.

18          HOWEVER, BECAUSE WE WERE GOING TO BE TAKING PROP 42

19  AWAY TO DEDICATE TO THE LIFELINE PROGRAM, WE WERE AFRAID THAT

20  BY GIVING THAT -- BY OUR EXISTING POLICY AS AN -- AS A BUMP IN

21  OPERATING ASSISTANCE TO THE SMALL OPERATORS, THEY THEN WOULD BE

22  IN A QUANDARY BECAUSE IT WOULD BE TAKEN AWAY, NOT FOR A

23  COMPLETELY LEGITIMATE REGIONAL DECISION TO PUT IT TO THE

24  LIFELINE PROGRAM, BUT THEY WOULD BE AT THIS LEVEL, JUMP UP TO

25  THIS LEVEL, AND THEN COME DOWN IN JUST TWO YEARS.  THE QUESTION

1   WAS, DOES THAT MAKE ANY SENSE?  WE DIDN'T THINK IT DID.  SO WE

2   WORKED TO COME UP WITH A WAY TO SMOOTH THAT TRANSITION TO THE

3   REGIONALLY APPROVED POLICY OF DEDICATING IT TO LIFELINE IN

4   '08/'09.

5   Q    SO, IN '06/'07, MTC HELD $8.7 MILLION IN PROP 42 FUNDS IN

6   RESERVE, CORRECT?

7   A    UNTIL WE COULD FIGURE OUT WHAT TO DO WITH THIS TRANSITION

8   ISSUE.

9   Q    SO IT DIDN'T ALLOCATE THAT MONEY TO ANY OPERATOR IN

10  '06/'07, DID IT?

11  A    I DON'T BELIEVE WE DID.  I THINK WE COMBINED IT WITH

12  '07/'08 TO COME UP WITH A DIFFERENT POLICY.

13  Q    BUT THAT MONEY COULD HAVE BEEN USED TO FUND A.C. TRANSIT'S

14  OPERATING SHORTFALL, CORRECT?

15          MR. MANOLIUS:  OBJECTION.  LACKS FOUNDATION, VAGUE AS

16  TO WHAT SHORTFALL YOU ARE TALKING ABOUT.

17          THE COURT:  OVERRULED.

18          THE WITNESS:  WELL, I'M NOT SURE WHAT SHORTFALL YOU

19  ARE TALKING ABOUT.

20  BY MS. VALENZUELA SANTAMARIA

21  Q    THAT MONEY COULD HAVE BEEN ALLOCATED TO A.C. TRANSIT FOR

22  OPERATING EXPENSES, COULDN'T IT?

23  A    AND ANY OTHER OPERATOR IN THE REGION, SINCE EVERYONE COULD

24  HAVE COME IN FOR THAT AMOUNT OF FUNDING.

25  Q    SO THAT'S A YES?

1    **A**    YES.

2    **Q**    OKAY.  NOW RESOLUTION 3837 IS MTC'S NEW POLICY FOR

3    ALLOCATING POPULATION-BASED FUNDS, CORRECT?

4    **A**    THAT IS CORRECT.

5    **Q**    AND IT STILL HAS A CATEGORY FOR NORTHERN COUNTIES AND

6    SMALL OPERATORS, BUT THEY ARE NOW COMBINED, CORRECT?

7    **A**    YES.  TAB?

8    **Q**    TAB 30, EXHIBIT 1744.  AND THE CATEGORIES ARE LISTED

9    BEGINNING ON PAGE 1 OF 4 IN ATTACHMENT A?

10   **A**    THAT'S CORRECT.  I'D JUST RATHER NOT SPECULATE ABOUT IT IF

11   I CAN ACTUALLY SEE IT HERE.

12   **Q**    CERTAINLY.  SO THE FIRST CATEGORY IS NORTHERN COUNTY SMALL

13   OPERATORS, CORRECT?

14   **A**    THAT IS CORRECT.

15   **Q**    AND, AGAIN, A.C. TRANSIT ISN'T ELIGIBLE FOR THOSE FUNDS,

16   RIGHT?

17   **A**    RIGHT.

18   **Q**    AND PARATRANSIT IS STILL A CATEGORY, RIGHT?

19   **A**    THAT IS CORRECT.

20   **Q**    AND MTC REGIONAL COORDINATION IS ALSO STILL A CATEGORY

21   CORRECT?

22   **A**    THAT'S CORRECT.

23   **Q**    AND ALMOST A THIRD OF THE FUND OF STA POPULATION-BASED

24   FUNDS WILL BE USED FOR REGIONAL COORDINATION, RIGHT?

25   **A**    YES.

1    Q    AND MTC ADDED A SEPARATE CATEGORY OR LIFELINE, RIGHT?

2    A    LET ME PUT ONE CONTEXT TO THIS.  AN IMPORTANT PIECE OF

3    THIS IS THAT THIS WHOLE STA PROGRAM WAS COMBINED WITH

4    PROPOSITION 1B FUNDS THAT CAME TO THE REGION THAT WERE APPROVED

5    I BELIEVE IN 2007.  AND I MENTION THAT ONLY BECAUSE TO CITE

6    JUST STA RELATIVE PERCENTAGES DOESN'T GIVE THE FULL PICTURE OF

7    THE ACTION THE COMMISSION TOOK AT THAT TIME.  SO WITH THAT AS

8    CONTEXT WE CAN KEEP WALKING THROUGH THIS.

9    Q    SO MTC ADDED A SEPARATE CATEGORY FOR LIFELINE, CORRECT?

10   A    CORRECT.

11   Q    AND MTC DID THAT FOR THE FIRST TIME IN 2008 WHEN IT

12   APPROVED THIS RESOLUTION, CORRECT?

13   A    NO.  WE HAD BEEN PUTTING MONEY TOWARD LIFELINE BEGINNING

14   IN -- WE HAD AN INTERIM POLICY FOR LIFELINE THAT INCLUDED STA

15   FUNDS BEGINNING IN -- JUST WORK BACKWARDS HERE -- I THINK IN

16   2005/'6.

17   Q    NOW, RESOLUTION 2310 WAS THE IMMEDIATELY PRECEDING POLICY

18   RELATED TO ALLOCATION OF STA POPULATION-BASED FUNDS, CORRECT?

19   A    THAT'S CORRECT.

20   Q    THAT DID NOT INCLUDE A SEPARATE CATEGORY FOR LIFELINE

21   CORRECT?

22   A    NOT WITHIN THAT STRUCTURE, AGAIN, ALTHOUGH STA FUNDS WERE

23   BEING PUT TO THE PROGRAM.

24   Q    IT WAS INCLUDED?

25   A    IT WAS IN THE REGIONAL COORDINATION CATEGORY, AS I

1  IDENTIFIED IN THAT SERIES OF EXHIBITS WE WENT TO EARLIER.

2  **Q**    AND IN --

3  **A**    SO IT WAS THERE.  IT JUST DIDN'T HAVE ITS TITLE SEPARATE.

4  **Q**    SO THE SEPARATE CATEGORY WAS -- SO, IN RESOLUTION 3837,

5  WHICH WAS PASSED IN 2008, MTC SEPARATED OUT LIFELINE INTO A

6  SEPARATE CATEGORY?

7  **A**    THAT IS CORRECT.

8  **Q**    NOW, THE FUND ESTIMATE WE TALKED ABOUT EARLIER ALSO

9  INCLUDES STA REVENUE PROJECTIONS, DOESN'T IT?

10  **A**    YES, ALTHOUGH, AGAIN, THIS IS -- WITH STA I THINK IT'S

11  CRITICALLY IMPORTANT TO POINT OUT WE ARE VERY CLEAR THAT WHEN

12  WE ADOPT THE FUND ESTIMATE, THAT WE ARE ONLY PUTTING IN THE

13  ESTIMATES THAT WE KNOW ARE GOING TO BE CHANGED AS A RESULT OF

14  THE BUDGET.

15         WE PUT IN THE GOVERNOR'S BUDGET'S ESTIMATE OF STA,

16  BECAUSE WE HAVE TO HAVE SOME NUMBER BY THE LEGISLATIVE DATE OF

17  FEBRUARY OF THE YEAR YOU DO IT.  WE KNOW GOING IN THAT THAT'S

18  NOT A RELIABLE NUMBER, AND SO WE CAUTION THE OPERATORS, WAIT

19  UNTIL WE AMEND THE FUND ESTIMATE AFTER THE STATE BUDGET IS DONE

20  TO, BASICALLY, GIVE YOU YOUR REAL NUMBER, SO ACT WITH CAUTION

21  IN LOOKING AT WHATEVER STA ESTIMATE WE PUT IN THERE.

22  **Q**    BECAUSE THE STATE BUDGET ULTIMATELY DETERMINES --

23  **A**    IT DRIVES --

24  **Q**    BECAUSE THE STATE BUDGET ULTIMATELY DETERMINES HOW MUCH

25  STA FUNDS WILL BE AVAILABLE TO THE REGION?

1    **A**    ENTIRELY.

2    **Q**    AND ONCE MTC HAS THE ESTIMATE, HOWEVER ACCURATE THAT MAY

3    TURN OUT TO BE, IT THEN -- IT THEN DETERMINES HOW TO ALLOCATE

4    THAT ANTICIPATED STA MONEY COMING INTO THE REGION BASED ON ITS

5    ALLOCATION POLICIES, CORRECT?

6    **A**    I WOULD NEED TO CHECK.  MY SENSE, THOUGH, IS WE WAIT TO DO

7    THE ACTUAL DETAILED ALLOCATION OF PROGRAM UNTIL AFTER THAT

8    STATE BUDGET IS DONE, SO WE HAVE A POLICY THAT TELLS US IN

9    BROAD STROKES THE RELATIVE DISTRIBUTION OF THE FUNDS, WHERE

10    THEY WOULD GO, BUT BECAUSE OF THE VOLATILITY OF THE FUND

11    SOURCE, WE WAIT FOR THAT PROGRAMMING UNTIL THE ACTUAL AMOUNTS.

12    **Q**    ONCE THE STATE BUDGET IS APPROVED AND MTC HAS A BETTER

13    IDEA OF HOW MUCH STA FUNDS WILL BE COMING INTO THE REGION, IT

14    THEN ALLOCATES THOSE FUNDS BASED ON ITS EXISTING STA POLICY,

15    CORRECT?

16    **A**    CORRECT.

17    **Q**    AND IN THE PAST, WITH RESPECT TO POPULATION-BASED FUNDS,

18    THAT WAS RESOLUTION 2310?

19    **A**    THAT'S CORRECT.

20    **Q**    AND CURRENTLY THAT'S RESOLUTION 3738, CORRECT?

21    **A**    YES.

22    **Q**    ARE YOU FAMILIAR WITH AB664 FUNDS?

23    **A**    YES, I AM.

24    **Q**    AND THOSE COME FROM PART OF THE BASE ONE DOLLAR BRIDGE

25    TOLL CORRECT?

1  A    THAT'S CORRECT.

2  Q    AND ARE THEY ALSO REFERRED TO AS NET TOLL REVENUES?

3  A    YES.

4  Q    APPROXIMATELY HOW MUCH IN AB664 FUNDS COMES INTO MTC'S BAY

5  AREA REGION ON AN ANNUAL BASIS?

6  A    TWELVE TO FIFTEEN MILLION.

7  Q    AB664 FUNDS ARE STATUTORILY ELIGIBLE FOR CAPITAL

8  EXPENDITURES, CORRECT?

9  A    THAT'S CORRECT.

10  Q    THAT INCLUDES CAPITAL RENEWAL AND REPLACEMENT, RIGHT?

11  A    YES.

12  Q    AND IT IS MTC'S POLICY TO USE AB664 FUNDS TO MATCH FEDERAL

13  FUNDS THAT ARE PROGRAMMED IN THE TCP PROCESS, CORRECT?

14  A    YES.  IN FACT, THE OPERATORS HAVE REMINDED US MORE THAN

15  ONCE THAT THAT'S CRITICAL TO THEIR NEEDS, AND WE'VE ACTUALLY

16  HAD TO MODIFY THE POLICY.  ONE EXAMPLE IS AT THE TIME WHEN WE

17  STARTED PROGRAMMING PIECES OF STP AND CMAQ, AS WE DISCUSSED

18  EARLIER, FOR TRANSIT CAPITAL, WE MODIFIED OUR POLICY TO MATCH

19  THOSE AS WELL, BECAUSE THE OPERATORS WERE VERY SUPPORTIVE OF

20  THAT.

21  Q    FEDERAL FUNDS, SUCH AS STP AND CMAQ HAVE LOCAL MATCHING

22  REQUIREMENTS; ISN'T IS THAT RIGHT?

23  A    YES, THEY DO.

24  Q    IN OTHER WORDS, OPERATORS MUST MATCH FEDERAL FUNDS WITH A

25  CERTAIN PERCENTAGE OF STATE OR LOCAL FUNDS, CORRECT?

1  **A**    THAT'S CORRECT.

2  **Q**    MTC'S POLICY WITH RESPECT TO AB664 FUNDS IS SET FORTH IN

3  RESOLUTION 2004, CORRECT?

4  **A**    IT GOES BACK THAT FAR, HUH?

5  **Q**    TAB 37, EXHIBIT 485.

6  **A**    YES.

7  **Q**    NOW, MTC IS NOT REQUIRED BY STATUTE TO USE AB664 FUNDS AS

8  A LOCAL MATCH FOR FEDERAL FUNDS, IS IT?

9  **A**    NO.

10 **Q**    AND MTC CAN MAKE EXCEPTIONS TO ITS OWN POLICY IF IT WANTED

11 TO, CORRECT?

12 **A**    YES.

13 **Q**    AND MTC COULD USE AB664 FUNDS TO FUND ANY CAPITAL PROJECT

14 THAT WAS OTHERWISE STATUTORILY ELIGIBLE, RIGHT?

15 **A**    IT COULD.  AGAIN, IT'S BEEN SUCH A LONG-STANDING PRACTICE

16 SINCE WHEN?  '91 -- TO MATCH THE FEDERAL PROGRAM, BECAUSE THE

17 OPERATORS FEEL THE BURDEN OF -- IF WE DIDN'T USE AB664, THAT

18 MONEY WOULD HAVE TO BE USED FROM THEIR OWN RESOURCES.  TDA,

19 WHICH THEY USE FOR OPERATING.  STA REVENUE, WHICH THEY USE FOR

20 OPERATING, ET CETERA.  SO THEY WELCOME, AND, IN FACT, I STRESS,

21 HAVE REPEATEDLY WORKED WITH US TO MAKE SURE THAT THIS PROCESS

22 CONTINUES TO BENEFIT THEM AS IT HAS.

23 **Q**    ULTIMATELY, THE DECISION AS TO HOW TO ALLOCATE THOSE FUNDS

24 LIES WITH MTC, CORRECT?

25 **A**    YES, ALTHOUGH, AGAIN, LIKE THE OTHER POLICIES, THE TRANSIT

1 FINANCE WORKING GROUP IN THE BAY AREA PARTNERSHIP DO ADVICE THE

2 COMMISSION ON ANY CHANGES.

3 Q    FOR EXAMPLE, MTC COULD ELECT TO FUND CAPITAL PROJECTS THAT

4 ARE OTHERWISE BEING FUNDED WITH UNRESTRICTED LOCAL FUNDS WITH

5 AB664 FUNDS COULDN'T IT?

6           **MR. MANOLIUS:**  OBJECTION.  VAGUE.

7           **THE COURT:**  OVERRULED.

8           **THE WITNESS:**  JUST TO CLARIFY, YOU'RE SAYING THE

9 PROJECTS THAT AN OPERATOR WOULD BE PAYING FOR OUT OF THEIR OWN

10 NON-MTC DISCRETIONARY FUND SOURCE WE COULD PUT 664 FUNDS TO?

11 **BY MS. VALENZUELA SANTAMARIA**

12 Q    MTC COULD ELECT TO FUND CAPITAL PROJECTS THAT AN OPERATOR

13 IS USING OPERATING FUNDS TO FUND WITH AB664 FUNDS, CORRECT?

14 **A**    OPERATING FUNDS, YOU MEAN THAT'S IN THEIR OPERATING

15 BUDGET?  I GUESS I'M NOT -- I WANT YOU TO DEFINE A LITTLE BIT

16 BETTER FOR ME.  WHEN YOU SAY "OPERATING FUNDS," YOU ARE TALKING

17 ABOUT FUNDS THAT COULD -- THAT THEY'RE USING FOR OPERATIONS

18 THAT THEY COULD TAKE AWAY FROM OPERATIONS AND USE FOR --

19 Q    LET'S LOOK AT EXHIBIT 487, WHICH IS TAB 38.

20 **A**    OKAY.

21 Q    THIS IS RESOLUTION 3595.

22 **A**    CORRECT.

23 Q    ARE YOU FAMILIAR WITH RESOLUTION 3595?

24 **A**    OFF THE TOP OF MY HEAD, NO.  I WOULD NEED TO REVIEW IT,

25 BUT --

1         **THE COURT:**  ALL RIGHT.  I THINK THIS IS A GOOD TIME

2    TO STOP TODAY.  IT'S 3:00 O'CLOCK.  YOU CAN REVIEW IT

3    OVERNIGHT.

4         YOU KNOW, I'M STRUCK BY A HUGE AMOUNT OF THIS IT

5    SEEMS TO ME, PERHAPS WRONGLY, IS A VERY INEFFICIENT WAY TO

6    PROVIDE THIS INFORMATION.  I MEAN, IT'S NOT DISPUTED AS FAR AS

7    I CAN TELL.  I MEAN, I'M SURE IT'S DISPUTED AROUND THE EDGES

8    AND I'LL BE HEARING ABOUT THAT WHEN YOU TAKE THE WITNESS.

9         BUT, BASICALLY, GOING THROUGH THESE INCREDIBLY

10   TEDIOUS SOUP OF FUNDS IN AN ORAL FASHION LIKE THIS -- THE

11   DOCUMENTS SAY WHAT THEY SAY.  DO THE DOCUMENTS SAY X?  THE

12   WITNESS:  YEAH, IT DOES.  DOES THREE PLUS THREE ADD UP TO SIX?

13   YES, IT DOES.

14        I REALLY FIND IT EXTREMELY INEFFICIENT.  MAYBE THAT'S

15   THE STATE OF OUR TRIALS.  BUT THIS IS A COURT TRIAL, ABOVE ALL,

16   AND IT SEEMS TO ME THAT ALMOST ALL OF WHAT WE'VE DONE WITH THIS

17   WITNESS SO FAR WE COULD HAVE DONE BY STIPULATION.

18        I'M JUST -- I'M REALLY NOT.  I'M THINKING THIS TRIAL

19   THERE'S NO REASON FOR THIS TO GO ON AS LONG AS I'VE SAID.  I

20   DON'T THINK IT MAKES ANY SENSE TO DO IT THIS WAY.  IT'S JUST AN

21   ENORMOUS, YOU KNOW, DRAIN ON RESOURCES FOR WHAT SEEMS TO BE

22   UNDISPUTED IN MANY BASIC FACTS.

23        THIS IS WHAT I'VE SAID ALL ALONG.  I DON'T UNDERSTAND

24   WHAT YOU CAN BE FIGHTING ABOUT IN MANY CASES.  I THINK MAYBE

25   THE ONLY WITNESSES WE NEED ARE YOUR EXPERTS WHEN IT COMES DOWN

1  TO, YOU KNOW, WHY WE COULD OR COULDN'T OR DOES IT MAKES SENSE

2  TO TAKE THIS FUND AND SWAP IT WITH THAT ONE AND SO ON.  I MEAN,

3  IS IT A ZERO SUM GAME, WHAT DIFFERENCE DOES IT MAKE?  ET

4  CETERA, ET CETERA.  EVERYBODY IS GOING TO PUT THEIR OWN SPIN ON

5  THAT.  FINE.

6          I DON'T KNOW THAT THIS MAKES ANY SENSE.  EVERYBODY IS

7  DOING A PERFECTLY GOOD JOB AT DOING IT THIS WAY.  I'M NOT

8  CRITICIZING.  I'M JUST WONDERING WHETHER THIS IS THE WAY TO DO

9  IT.

10          **MS. VALENZUELA SANTAMARIA:**  YOUR HONOR, WE CAN

11  CERTAINLY MEET AND CONFER OVER THE WEEKEND AND SEE IF WE CAN --

12          **THE COURT:**  AND FOR ME, IT'S PROBABLY THE LEAST

13  EFFICIENT WAY FOR ME TO POSSIBLY LEARN, IS TO TRY TO GET ALL

14  THIS.  I MEAN, EVERY TIME YOU COME UP WITH ANOTHER STIP VERSUS

15  STA AND YOU MIGHT HAVE DISCUSSED TWO HOURS AGO, AND YOU ADD IT

16  WITH 3343, 6370, YOU KNOW, IT'S JUST -- I DON'T KNOW THAT ANY

17  OF YOU REALIZE THAT -- I MEAN, GO TAKE AN ADULT EDUCATION

18  COURSE.  I'M A BETTER STUDENT THAN MANY.  YOU KNOW, IT'S A

19  CAUSE OF BRAIN DEATH.

20          I JUST -- I UNDERSTAND.  I MEAN, I'M NOT SAYING THIS

21  ISN'T AN INHERENTLY COMPLICATED PROCESS, WHICH OBVIOUSLY OUR

22  GOVERNMENT HAS SEEN FIT TO WORK OUT IN THIS WONDERFUL WAY, BUT,

23  YOU KNOW, IS THIS THE BEST WAY TO PRESENT IT.

24          IT SEEMS TO ME THAT ALMOST ALL OF THIS IS NOT

25  CONTROVERSIAL.  I MEAN -- AND THERE'S NO REASON TO DO IT THIS

1    WAY.  A LOT OF IT WAS COVERED IN THE SUMMARY JUDGMENT ALREADY,

2    AND SORT OF -- YOU KNOW, IT'S WHAT DO YOU MAKE OF IT?  WHAT

3    DOES IT ALL ADD UP TO IN TERMS OF DISPARATE IMPACT AND SO ON,

4    THAT'S WHERE THE FIGHT IS.  BUT I DON'T HEAR AN Y FACTUAL

5    DISPUTES SO FAR, WHICH IS THE ONLY REASON FOR TAKING EVIDENCE,

6    IT SEEMS TO ME, IN THIS VERY SLOW MANNER.

7            I JUST -- I THINK THERE'S GOT TO BE A BETTER WAY.  I

8    DON'T THINK IT MAKES SENSE.  I'M CONCERNED ABOUT ALL OF YOU

9    SITTING OUT HERE DAY AFTER DAY AS WELL.  SO I'M OPEN TO ANY

10   PROPOSAL, BUT I JUST -- THAT CAN BE MORE EFFICIENT.  I JUST

11   DON'T REALLY THINK THIS IS VERY EFFICIENT.

12           SO, THANK YOU.

13           **THE WITNESS:**  YOU'RE WELCOME.

14           **THE CLERK:**  COURT IS IN RECESS.

15       (WHEREUPON AT 3:05 P.M. FURTHER PROCEEDINGS

16        IN THE ABOVE-ENTITLED CAUSE WAS ADJOURNED

17        UNTIL MONDAY, OCTOBER 6, 2008 AT 8:45 A.M.)

18

19                        -   -   -   -

20

21

22

23

24

25

**I N D E X**

| PLAINTIFF'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **PEEPLES, H. E. CHRISTIAN** | | |
| (PREVIOUSLY SWORN) | 142 | 2 |
| Direct Examination Resumed by Mr. Lee | 142 | 2 |
| Cross Examination by Mr. Manolius | 155 | 2 |
| Redirect Examination by Mr. Lee | 220 | 2 |
| | | |
| **MC MILLAN, THERESE** | | |
| (SWORN) | 223 | 2 |
| Direct Examination by Ms. Valenzuela Santamaria | 224 | 2 |

| DEFENDANT'S EXHIBITS | IDEN | VOL. | EVID | VOL. |
|---|---|---|---|---|
| 1907 | | | 212 | 2 |

—  —  —  —

## CERTIFICATE OF REPORTER

WE, DEBRA L. PAS AND JOAN MARIE COLUMBINI, OFFICIAL REPORTERS FOR THE UNITED STATES COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY CERTIFY THAT THE FOREGOING PROCEEDINGS IN C 05-1597 EDL, SYLVIA DARENSBURG, ET AL, VERSUS METROPOLITAN TRNASPORTATION COMMISSION WERE REPORTED BY US, CERTIFIED SHORTHAND REPORTERS, AND WERE THEREAFTER TRANSCRIBED UNDER OUR DIRECTION INTO TYPEWRITING; THAT THE FOREGOING IS A FULL, COMPLETE AND TRUE RECORD OF SAID PROCEEDINGS AS BOUND BY US AT THE TIME OF FILING.

THE VALIDITY OF THE REPORTERS' CERTIFICATION OF SAID TRANSCRIPT MAY BE VOID UPON DISASSEMBLY AND/OR REMOVAL FROM THE COURT FILE.


/S/ DEBRA L. PAS
_____

DEBRA L. PAS, CSR 11916, CRR



/S/ JOAN MARIE COLUMBINI
_____

JOAN MARIE COLUMBINI, CSR 5434, CRR


THURSDAY, OCTOBER 2, 2008