VOLUME 9

PAGES 1227 - 1415

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE ELIZABETH D. LAPORTE, MAGISTRATE

|  |  |  |
|---|---|---|
| SYLVIA DARENSBURG, AND VIVIAN HAIN, INDIVIDUALS ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED; AMALGAMATED TRANSIT UNION, LOCAL 192; AND COMMUNITIES FOR A BETTER ENVIRONMENT, | ) ) ) ) ) ) ) |  |
| PLAINTIFFS, | ) ) |  |
| VS. | ) ) | NO. C 05-1597 EDL |
| METROPOLITAN TRANSPORTATION COMMISSION, | ) ) ) | SAN FRANCISCO, CALIFORNIA |
| DEFENDANT. | ) ) ) ) | TUESDAY OCTOBER 21, 2008 8:45 A.M. |

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

**FOR PLAINTIFFS:**          LEWIS, FEINBERG, LEE, RENAKER
                         & JACKSON, P.C.
                         1330 BROADWAY
                         SUITE 1800
                         OAKLAND, CALIFORNIA 94612
                 **BY:  BILL LANN LEE, ESQ.**
                         **MARGARET HASSELMAN, ESQ.**
                         **SASHA CRITTENDEN, ESQ.**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

*REPORTED BY:  DEBRA L. PAS, CSR 11916, CRR, RMR*
         *JOAN MARIE COLUMBINI, CSR 5434, CSR, RPR*
         *OFFICIAL REPORTERS -- US DISTRICT COURT*

```
 1  APPEARANCES:  (CONTINUED)

 2                          COOLEY GODWARD
                            FIVE PALO ALTO SQUARE
 3                          FOURTH FLOOR
                            PALO ALTO CALIFORNIA 94306
 4                     BY:  JESSICA VALENZUELA SANTAMARIA, ESQ.
                            MATTHEW BRIGHAM, ESQ.
 5

 6                          PUBLIC ADVOCATES
                            131 STEUART STREET
 7                          SUITE 300
                            SAN FRANCISCO, CALIFORNIA 94105
 8                     BY:  RICHARD MARCANTONIO, ESQ.
                            GUILLERMO MAYER, ESQ.
 9                          ANGELICA JONGCO, ESQ.

10
                            ALTSHULER, BERZON, LLP
11                          177 POST STREET
                            SUITE 300
12                          SAN FRANCISCO, CALIFORNIA 94108
                       BY:  LAURA P. JURAN, ESQ.
13

14                          COMMUNITIES FOR A BETTER ENVIRONMENT
                            1440 BROADWAY
15                          SUITE 701
                            OAKLAND, CALIFORNIA 94612
16                     BY:  ADRIENNE L. BLOCH, ESQ.

17

18  FOR DEFENDANTS:         HANSON BRIDGETT, LLP
                            425 MARKET STREET
19                          26TH FLOOR
                            SAN FRANCISCO, CALIFORNIA  94105-2173
20                     BY:  KIMON MANOLIUS, ESQ.
                            JULIA HELLER VEIT, ESQ.
21                          MEGAN OLIVER THOMPSON, ESQ.
                            WARREN WEBSTER, ESQ.
22

23  ALSO PRESENT:           FRANCIS CHIN
                            - GENERAL COUNSEL - MTC
24                             -   -   -   -

25
```

1                    **P R O C E E D I N G S**

2     **OCTOBER 22, 2008**                              **8:45 A.M.**

3

4              **THE COURT:**  GOOD MORNING.

5              **MR. LEE:**  GOOD MORNING, YOUR HONOR.

6              THE PARTIES DID TALK ABOUT SCHEDULING, AND THE

7     PARTIES AGREE THAT EACH SIDE COULD FILE A 25-PAGE BRIEF BY THE

8     28TH OF THIS MONTH, BUT WE UNDERSTOOD THE COURT ALSO TO SUGGEST

9     THAT THE PARTIES SHOULD UPDATE AND SUPPLEMENT THEIR SEPARATE

10    PROPOSED FINDINGS OF FACTS, AND WE WOULD PROPOSE THEY BE DUE AT

11    THE SAME TIME.

12             **MR. MANOLIUS:**  AND, YOUR HONOR, I WAS JUST THINKING

13    WE MIGHT NEED A LITTLE MORE TIME TO DO THAT AS WELL.  I MEAN,

14    WE HADN'T SPOKEN ABOUT THIS, BUT MAYBE THE END OF THE WEEK --

15    WE COULD STILL CLOSE ON THE -- I THINK WE ARE THINKING ABOUT

16    CLOSING RIGHT AFTER THE BRIEF WAS DONE.

17             **MR. LEE:**  WELL --

18             **MR. MANOLIUS:**  DEPENDING ON THE COURT'S SCHEDULE.

19             **MR. LEE:**  WE WOULD HAVE CLOSING WHENEVER THE COURT

20    FOUND IT CONVENIENT.

21             **THE COURT:**  YEAH, CLOSING AFTER I LOOK AT THE BRIEFS.

22    SO PROBABLY A WEEK LATER OR SOMETHING LIKE THAT.

23             **MR. LEE:**  OKAY.

24             **THE COURT:**  BUT I CAN'T SET THE DATE RIGHT NOW.  I

25    DON'T HAVE MY WHOLE CALENDAR IN FRONT OF ME.  I HAVE TO LOOK

1   AND SEE WHAT MAKE SENSE.  BUT, YOU KNOW, A WEEK OR TWO AFTER

2   I'VE HAD TIME TO LOOK AT THE BRIEFS AND ADDITIONAL FINDINGS.

3          IF YOU NEED A FEW MORE DAYS FOR THE FINDINGS, THAT'S

4   FINE.

5          **MR. MANOLIUS:**  I WAS THINKING EVEN BY FRIDAY, THAT

6   WOULD BE FINE.

7          **THE COURT:**  THAT'S FINE.  THAT'S THE 31ST.

8          **MR. LEE:**  THIRTY-FIRST.

9          **THE COURT:**  OKAY.  YEAH, BECAUSE THEN YOU'LL -- I

10  MEAN I'LL WANT CITATIONS, OBVIOUSLY.

11         **MR. MANOLIUS:**  RIGHT.  EXACTLY.

12         **THE COURT:**  AND SOME OF THE THINGS THAT WERE IN

13  DISPUTE BEFORE, PRESUMABLY, THE AGREED-ON FINDINGS ARE GOING TO

14  ELIMINATE SOME OF THOSE ISSUES.  I THINK IT WILL BE SOME DEGREE

15  OF PARING BACK AND MAKING CONFORM TO THE PROOF WHAT'S LEFT.

16         **MR. LEE:**  YOUR HONOR, I HAVE BEEN INFORMED THAT SOME

17  OF US HAVE YOUNG CHILDREN AND THE 31ST IS A PARTICULARLY BAD

18  DAY.  SO WE COULD DO IT BEFORE OR AFTER, BUT --

19         **THE COURT:**  WHATEVER THE TWO OF YOU WANT.

20         **MR. LEE:**  WHY DON'T WE TALK?

21         **MR. MANOLIUS:**  I MEAN, IF YOU ARE READY TO FILE --

22         **THE COURT:**  AS LONG AS IT'S NOT TOO FAR LONGER, YOU

23  KNOW, JUST BECAUSE I WANT TO DO THIS WHILE MY MEMORY IS FRESH,

24  THAT'S ALL.  IF YOU WANT MONDAY OR THURSDAY -- IS THE 30TH ALL

25  RIGHT?

1              MR. MANOLIUS:  THAT'S FINE.

2              MR. LEE:  THANK YOU, YOUR HONOR.

3              THE COURT:  ALL RIGHT.  LET'S GO.  WHAT DO WE HAVE

4    NEXT?

5              MS. VALENZUELA SANTAMARIA:  THE CROSS-EXAMINATION OF

6    THERESE MCMILLAN.

7                            THERESE MCMILLAN,

8    CALLED AS A WITNESS FOR THE PLAINTIFF HEREIN, HAVING BEEN

9    PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

10   FOLLOWS:

11                         CROSS EXAMINATION

12   BY MS. VALENZUELA SANTAMARIA

13   Q    GOOD MORNING, MS. MCMILLAN.

14   A    GOOD MORNING.

15   Q    MTC'S DECISION NOT TO COVER OPERATING SHORTFALLS IN THE

16   RTP IS NOT A BUSINESS NECESSITY, RIGHT?

17   A    I DON'T KNOW THE TERM "BUSINESS NECESSITY."

18   Q    ISN'T IT TRUE THAT NO BUSINESS NECESSITY PREVENTED MTC

19   FROM COVERING OPERATING SHORTFALLS IN ANY OF THE LAST FOUR

20   RTPS?

21             MR. MANOLIUS:  OBJECTION.  CALLS FOR A LEGAL

22   CONCLUSION.

23             THE COURT:  WHY DON'T YOU DEFINE WHAT "BUSINESS

24   NECESSITY" IS, BECAUSE SHE SAYS SHE DOESN'T KNOW WHAT IT IS.

25

1  BY MS. VALENZUELA SANTAMARIA

2  Q    LET'S LOOK AT TAB 1 IN VOLUME 1 OF YOUR BINDER.  THIS IS

3  MTC'S RESPONSE TO PLAINTIFF'S SIXTH SET OF INTERROGATORIES;

4  ISN'T THAT RIGHT?

5  A    YES.

6  Q    NOW, IF YOU COULD TURN TO PAGE 15?  THERE, ACTUALLY, I SEE

7  TWO PAGES NUMBERED 15.  IT'S THE SECOND PAGE 15.

8         IS THAT YOUR SIGNATURE ON THE VERIFICATION PAGE?

9  A    YES.

10  Q    AND THAT'S VERIFYING THAT THE RESPONSES TO THE SIXTH SET

11  OF INTERROGATORIES ARE TRUE AND CORRECT; IS THAT RIGHT?

12  A    YES.

13  Q    LET'S LOOK AT PAGE 7, INTERROGATORY NUMBER 55 READS:

14         "DO YOU CONTEND THAT A BUSINESS NECESSITY

15         OR OTHER REASON PREVENTED MTC FROM COVERING

16         A.C. TRANSIT'S OPERATING SHORTFALL IN ANY OF

17         MTC RTPS SINCE 1994."

18         DO YOU SEE THAT?

19  A    YES.

20  Q    NOW, IF YOU TURN TO THE NEXT PAGE, WHICH IS THE RESPONSE,

21  THE BEGINNING OF THE LAST PARAGRAPH THERE:

22         "SUBJECT TO WITHOUT WAIVING AND

23         INCORPORATING THESE IN ANY GENERAL

24         OBJECTIONS, MTC RESPONDS AS FOLLOWS BASED ON

25         THE INFORMATION IN ITS POSSESSION, CUSTODY OR

```
 1              CONTROL:  NO."

 2              DO YOU SEE THAT?

 3  A    YES.

 4              MR. MANOLIUS:  OBJECTION.  IF COUNSEL COULD ALLOW THE

 5  WITNESS TO REVIEW THE ENTIRE RESPONSE?

 6              THE COURT:  WELL, THE ENTIRE SUBSTANTIVE RESPONSE, I

 7  DON'T THINK YOU NEED TO BOTHER WITH ALL THE BOILERPLATE

 8  OBJECTIONS.

 9              MR. MANOLIUS:  NO, I MEAN THAT WHICH FOLLOWS "NO."

10              THE COURT:  STARTING WITH PAGE 8, LINE 21.

11              MR. MANOLIUS:  IF SHE COULD JUST HAVE A MOMENT TO

12  REVIEW THAT?

13              THE COURT:  YES.

14              THE WITNESS:  THANK YOU.

15              OKAY.

16  BY MS. VALENZUELA SANTAMARIA

17  Q    SO YOUR ANSWER TO INTERROGATORY NUMBER 55 IS "NO"; IS THAT

18  CORRECT?

19  A    YES, IT IS.

20  Q    AND THAT ANSWER WAS CORRECT WHEN YOU SIGNED THE

21  VERIFICATION PAGE; IS THAT RIGHT?

22  A    YES, IT IS.

23  Q    AND THAT ANSWER IS CORRECT NOW?

24  A    YES.

25  Q    AND MTC BELIEVES THERE'S NEVER A REASON TO COVER A
```

1    HYPOTHETICAL OPERATING SHORTFALL; IS THAT RIGHT?

2           **MR. MANOLIUS:**  OBJECTION.  COMPOUND, LACKS

3    FOUNDATION.

4           **THE COURT:**  OVERRULED.

5           **THE WITNESS:**  AS DEFINED HERE, WHICH IS A

6    HYPOTHETICAL SHORTFALL OVER A QUARTER CENTURY, I BELIEVE THAT

7    WOULD BE TRUE.  A DIFFERENT HYPOTHETICAL UNDER A MUCH SHORTER

8    TIMEFRAME WITH DIFFERENT CIRCUMSTANCES, WE MAY HAVE TO TAKE A

9    DIFFERENT LOOK AT IT.  BUT UNDER AS DEFINED HERE, I STAND BY

10   WHAT IT SAYS.

11   **BY MS. VALENZUELA SANTAMARIA**

12   **Q**    AND IT'S MTC'S POSITION THAT IT NEED NOT TAKE ANY ACTION

13   IN RESPONSE TO A SHORTFALL IN AN RTP; IS THAT RIGHT?

14   **A**    I THINK THE QUESTION HERE WAS WHETHER IT'S COMPLETELY

15   COVERED.  ANY ACTION WOULD BE A DIFFERENT SITUATION.  WE HAVE

16   AS -- FOR EXAMPLE, ONE OF THE SPECIFIC ACTIONS WE TAKE IS TO

17   ASSIGN ALL INITIAL PLANNING FUNDS THAT CAN BE USED FOR

18   OPERATIONS OUT OF THE GATE TO OPERATIONS IN ORDER TO MINIMIZE

19   ANY POTENTIAL SHORTFALL THAT MAY HAPPEN.  SO I'M NOT SURE

20   REALLY THE SPECIFICS OF YOUR QUESTION.

21   **Q**    OKAY.  LET ME DIRECT YOUR ATTENTION TO PAGE 9, LINE 6

22   THROUGH 7.  IT READS:

23               "THERE'S NEVER BEEN A REASON FOR MTC TO

24               TAKE, OR CONSIDER TAKING, ANY STEPS OR

25               ACTIONS TO COVER SUCH A HYPOTHETICAL

1          OPERATING SHORTFALL."

2          DO YOU SEE THAT?

3  **A**    CORRECT.

4  **Q**    IN FACT, IN MTC'S POSITION, IT WOULD BE NONSENSICAL AND

5  PREMATURE TO DO SO; ISN'T THAT RIGHT?

6  **A**    YES, AS DEFINED HERE.

7  **Q**    BUT MTC COVERS CAPITAL SHORTFALLS IN THE RTP, DOESN'T IT?

8  **A**    NOT ALL THE TIME.  TO THE EXTENT WE CAN, AND TO THE EXTENT

9  THAT THERE ARE AVAILABLE REVENUES TO DO SO, WHICH IS EXACTLY

10  WHAT WE DO ON THE OPERATING SIDE, IS FIRST PUT AVAILABLE

11  REVENUES TOWARD AN OPERATING SHORTFALL ON THE CAPITAL SIDE AND

12  PUT AVAILABLE CAPITAL REVENUES TO THE CAPITAL SHORTFALL.

13          IF IT HAPPENS TO COVER THE FULL SHORTFALL, GREAT.

14  BUT AS WE'VE DEMONSTRATED, SINCE 2005 RTP, THAT HAS NOT BEEN

15  THE SITUATION.  SO, IN FACT, WE DO NOT FULLY COVER CAPITAL

16  SHORTFALLS EITHER UNDER THE EXACT SAME PREMISES THAT WE OPERATE

17  FOR OPERATING.

18  **Q**    IN THE 1998 RTP, MTC FULLY COVERED THE CAPITAL REHAB

19  SHORTFALLS, DIDN'T IT?

20  **A**    AS WAS TESTIFIED TO EARLIER, IN 1998, WE HAD A VERY

21  DIFFERENT UNDERSTANDING ABOUT THE EXTENT OF THE CAPITAL

22  SHORTFALLS.  SINCE THAT TIME -- IS ONE OF THE MAIN REASONS WHY

23  WE UPDATE AN RTP EVERY FOUR YEARS -- WE HAVE MUCH MORE PRECISE

24  INFORMATION ABOUT THE EXTENT OF THE CAPITAL SHORTFALL, AND THAT

25  SHORTFALL HAS GROWN IN EVERY RTP SINCE THEN.

1        SO AT THE TIME, BASED ON THE ASSUMPTIONS AND

2   IMPRECISE, ACKNOWLEDGED IMPRECISE, INFORMATION WE HAD, WE DID.

3   BUT SINCE THEN WE HAVEN'T BEEN ABLE TO.

4   **Q**    IN 2001, MTC HAD A POLICY OF COVERING A HUNDRED PERCENT OF

5   THE TRANSIT CAPITAL SHORTFALLS, DIDN'T IT?

6   **A**    NO.

7   **Q**    IF YOU COULD TURN TO TAB 2, WHICH IS THE PARTIES' JOINT

8   PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW?  I WANT TO

9   DIRECT YOUR ATTENTION TO NUMBER 105.  IT READS:

10        "IN THE 1998 RTP -- "

11  **A**    I'M NOT THERE YET.

12  **Q**    I'M SORRY.  IT'S PAGE 12.

13  **A**    THANK YOU.  OKAY.

14  **Q**    "IN THE 1998" --   I'M SORRY.  THAT'S 1998.

15        IN THE 2001 RTP MTC DEDICATED 1.1 BILLION IN

16  UNCOMMITTED FUNDS TO CAPITAL REHAB; IS THAT RIGHT?

17  **A**    I WOULD WANT TO CONFIRM THE NUMBER SINCE IT'S NOT -- IS

18  THERE A STATEMENT TO THAT EFFECT I CAN LOOK AT?

19  **Q**    LET'S LOOK AT TAB 4, WHICH IS EXHIBIT 438, PAGE 53.

20  **A**    OF THE DOCUMENT, NOT THE BATES NUMBER?

21  **Q**    OF THE DOCUMENT, THAT'S RIGHT.  IT'S BATES ENDING IN 66.

22  **A**    ALL RIGHT.

23  **Q**    DO YOU SEE THE TABLE AT THE TOP?

24  **A**    YES.

25  **Q**    UNDER TRANSIT CAPITAL REHABILITATION, TRACK ONE FUNDING,

1    1.1 BILLION?

2    **A**    YES.

3    **Q**    IN THE 2005 RTP, IT DEDICATED 1.3 BILLION TO CAPITAL REHAB

4    SHORTFALLS; IS THAT RIGHT?

5    **A**    DID YOU SAY THE 2005 RTP?

6    **Q**    2005, YES.

7    **A**    I BELIEVE THAT'S THE NUMBER.  AGAIN, I'D WANT TO CHECK FOR

8    SURE.

9    **Q**    LET'S LOOK AT TAB 5.

10   **A**    AGAIN, THAT WOULDN'T BE THE FULL.  THAT WOULD ONLY BE THE

11   DISCRETIONARY AMOUNT THAT WOULD BE -- THAT WOULD EQUATE TO THAT

12   NUMBER.  A SUBSTANTIAL AMOUNT OF ADDITIONAL FUNDING WAS ALSO ON

13   THE COMMITTED SIDE ATTACHED, JUST TO CLARIFY.

14          WHICH TAB?

15   **Q**    TAB 5, EXHIBIT 213, WHICH IS THE 2005 PROJECT NOTEBOOK.

16   IF YOU COULD TURN TO PAGE 2.1-2?

17   **A**    OKAY.

18   **Q**    DO YOU SEE THE TABLE THERE?

19   **A**    YES.

20   **Q**    DO YOU SEE IT INDICATING THAT MTC DEDICATED 1.3 BILLION TO

21   TRANSIT CAPITAL REHAB SHORTFALLS?

22   **A**    YES.  AGAIN, THAT REPRESENTS THE SHARE OF THE -- AT THE

23   TIME, WHETHER YOU CALL IT TRACK ONE, OR UNCOMMITTED, OR

24   DISCRETIONARY, IT'S THAT PIECE OF IT.

25   **Q**    NOW, WHEN DEDICATING FUNDS TO THE TRANSIT CAPITAL

1  SHORTFALLS IN THE 2001 AND 2005 RTPS, MTC DIDN'T WAIT FOR

2  ACTUAL SHORTFALLS TO OCCUR, DID IT?

3  **A**    WE COULD PROJECT THAT BASED ON OUR LIFE CYCLE, SO NO.  IT

4  WAS A PROJECTED NEED.

5  **Q**    IT WAS A PROJECTION, RIGHT?

6  **A**    THAT'S CORRECT.

7  **Q**    MTC DEALT WITH BART'S PROJECTED CAPITAL REHAB SHORTFALLS

8  IN THE 2005 RTP IMMEDIATELY, DIDN'T IT?

9  **A**    I -- IMMEDIATELY?  I DON'T KNOW EXACTLY WHAT YOU'RE

10  REFERRING TO IN TERMS OF IMMEDIATELY.

11  **Q**    MTC ADOPTED RESOLUTION 3738 IN 2006, CORRECT?

12  **A**    THAT'S CORRECT.

13  **Q**    AND THAT PROVIDED FOR OVER $40 MILLION IN FUNDING FOR

14  BART'S CAR REPLACEMENT, CORRECT?

15         **MR. MANOLIUS:**  OBJECTION.  VAGUE AS TO TIME.

16         **THE WITNESS:**  IT --

17         **THE COURT:**  OVERRULED.

18         **THE WITNESS:**  IT WAS CONTRIBUTING TO THAT, ALTHOUGH

19  THAT'S -- 40 MILLION OVER A BILLION DOLLARS IS HARDLY AN

20  IMMEDIATE ADJUSTMENT OF A SHORTFALL, BUT --

21  **BY MS. VALENZUELA SANTAMARIA**

22  **Q**    MTC TOOK ACTION IN 2006 TO ADDRESS BART'S CAPITAL REHAB

23  SHORTFALL, CORRECT?

24  **A**    YES, AS PART OF OUR STP POLICY THAT THE PARTNERSHIP PUT

25  TOGETHER.

1  Q    AND THAT SHORTFALL WAS PROJECTED TO OCCUR IN 2013; IS THAT

2  RIGHT?

3  A    IT WAS SPECIFIC TO A PROJECT WHOSE PROCUREMENT DATE WAS

4  ANTICIPATED AT THAT TIME.

5  Q    IS THAT A YES?

6        MR. MANOLIUS:  OBJECTION.  SHE ANSWERED THE QUESTION.

7        THE COURT:  SUSTAINED.

8  BY MS. VALENZUELA SANTAMARIA

9  Q    BART DIDN'T HAVE ANY CAPITAL REHAB SHORTFALLS FOR ITS CAR

10  REPLACEMENT NEEDS IN 2005, DID IT?

11  A    I DON'T RECALL THE SPECIFICS OF THAT.  AGAIN, IT WOULD

12  HAVE BEEN AN AGGREGATE ANTICIPATED OVER TIME.  THE PROCUREMENT

13  FOR THE SPECIFIC BART -- BART CAR REHAB ANTICIPATED TO BE A

14  PEAK -- WE TALKED EARLIER ABOUT THE FACT THAT THERE'S VERY

15  OFTEN PEAKS IN THE CAPITAL TIMELINE ASSOCIATED WITH LIFE CYCLE

16  INVENTORY REPLACEMENTS.  WE DID ANTICIPATE THAT PIECE OF BART'S

17  ANTICIPATED SHORTFALL AT THAT TIME OF YEAR, AND WE WORKED WITH

18  THE PARTNERSHIP AND TRANSIT AGENCIES TO PLAN FOR THAT TO

19  MINIMIZE THE IMPACT ON OTHER OPERATORS.

20  Q    AND YOU PLAN IN 2006 FOR THE REHAB NEEDS THAT WERE DOWN

21  THE ROAD IN 2013, RIGHT?

22  A    CORRECT.

23  Q    NOW, YOU TESTIFIED LAST WEEK THAT RIDERSHIP ON BART TO SFO

24  HAS BEEN INCREASING SIGNIFICANTLY, BUT YOU DIDN'T TESTIFY AS TO

25  WHAT THAT WAS COMPARED TO.  ISN'T IT TRUE THAT BART TO SFO

1  RIDERSHIP HAS BEEN SIGNIFICANTLY LOWER THAN THE PROJECTED

2  RIDERSHIP FIGURES?

3  A    WELL, I DON'T HAVE THE PROJECTED RIDERSHIP FIGURES OFF THE

4  TOP OF MY HEAD.  IT WAS TESTIFIED EARLIER THAT IT WASN'T A

5  SURPRISE THAT THEY WERE SLOW, BECAUSE IT HAPPENED DURING THE

6  RECESSION AND RIGHT AFTER 911.  I BELIEVE DR. CERVERO MADE THAT

7  TESTIMONY, AND THAT'S EXACTLY RIGHT.

8        SO THE FACT IT HAD NOT MET ITS EXPECTATIONS WAS

9  COMPLETELY CONSISTENT WITH ECONOMIC CIRCUMSTANCES AT THE TIME

10 OF OPENING.

11 Q    AND BART'S RIDERSHIP STILL HAS NOT MET THOSE PROJECTIONS,

12 HAS IT?

13 A    THE PROJECTIONS BEING EXACTLY WHAT?

14 Q    THE PROJECTIONS THAT WERE PROJECTED WHEN THE BART TO SFO

15 PLAN WAS ESTABLISHED BY MTC.

16 A    AND I'M JUST ASKING AGAIN FOR CLARIFICATION.  THE

17 EXPECTATIONS WERE TO ACHIEVE WHAT AT THAT TIME?  SINCE I DON'T

18 HAVE THAT OFF THE TOP OF MY HEAD.

19 Q    ARE YOU SAYING YOU DON'T KNOW?

20        MR. MANOLIUS:  ALSO OBJECTION.  LACKS FOUNDATION WITH

21 REGARD TO WHO SET THE EXPECTATIONS.

22        THE COURT:  WELL, CAN YOU BE MORE SPECIFIC AS TO WHAT

23 PROJECTIONS YOU'RE REFERRING TO?

24        MS. VALENZUELA SANTAMARIA:  I'LL MOVE ON.

25 Q    BART TO SFO WAS SUPPOSED TO GENERATE ENOUGH RIDERS TO PAY

1  FOR ITSELF; IS THAT RIGHT?

2  **A**    I BELIEVE THAT WAS THE GENERAL OBJECTIVE.

3  **Q**    AND THAT HASN'T HAPPENED YET, HAS IT?

4  **A**    IT'S EXTREMELY CLOSE AT 85 PERCENT WHICH EXCEEDS ANYTHING

5  I CAN THINK OF IN THE REGION AT THIS POINT.

6  **Q**    YOU ARE REFERRING TO BART'S FAREBOX RECOVERY RATE,

7  CORRECT?

8  **A**    THAT'S CORRECT.

9  **Q**    THAT DOESN'T COVER CAPITAL COST, DOES IT?

10 **A**    THAT'S NOT FAREBOX RECOVERY, AND THE GOAL WAS FAREBOX

11 RECOVERY.

12 **Q**    BUT THE FAREBOX RECOVERY YOU TESTIFIED TO DOES NOT COVER

13 CAPITAL COSTS; IS THAT RIGHT?

14 **A**    BECAUSE THAT'S NOT THE LEGAL DEFINITION; THAT IS CORRECT.

15 **Q**    NOW, LET'S TALK ABOUT THE RTP PROCESS.  YOU WERE PRESENT

16 DURING DR. CERVERO'S TESTIMONY; IS THAT RIGHT?

17 **A**    YES, I WAS.

18 **Q**    AND DR. CERVERO TESTIFIED ABOUT VARIOUS GOALS OF THE

19 LONG-RANGE PLANNING PROCESS.  HE SPECIFICALLY MENTIONED

20 CONGESTION RELIEF, ECONOMIC DEVELOPMENT AND VITALITY, GLOBAL

21 COMPETITIVENESS, IMPROVING THE ENVIRONMENT, SUSTAINABILITY, AND

22 EQUAL ACCESS; DO YOU RECALL THAT TESTIMONY?

23 **A**    YES.  GENERALLY, YES.

24 **Q**    AND DR. CERVERO ALSO TESTIFIED THERE'S A FOCUS ON

25 TRANSIT-ORIENTED DEVELOPMENT AND SMART GROWTH; DO YOU RECALL

1    THAT?

2    **A**    AS A OF PIECE -- PIECE -- YEAH, YEAH, WATER; THAT WOULD BE

3    GREAT.

4           YES, I THINK HE WAS SPEAKING TO THE RTP GENERALLY.

5    **Q**    BUT ALL OF THOSE GOALS ARE NOT ARTICULATED IN THE 2005

6    RTP, ARE THEY?

7    **A**    NOT IN THOSE WORDS, BUT THEY ARE CERTAINLY CAPTURED IN

8    POLICIES.  WE, IN FACT, HAD A SPECIFIC LAND USE --

9    TRANSPORTATION LAND USE POLICY PLATFORM ADOPTED SPECIFICALLY

10    FOR THE 2005 RTP.

11    **Q**    NOW, THERE ARE ADDITIONAL GOALS THAT ARE ARTICULATED IN

12    THE 2005 RTP THAT DR. CERVERO DID NOT MENTION; IS THAT RIGHT?

13    **A**    I DIDN'T DO A SIDE-BY-SIDE.

14    **Q**    SAFETY IS A GOAL OF THE 2005 RTP, RIGHT?

15    **A**    YES.

16    **Q**    AND RELIABILITY OF SERVICES?

17    **A**    THAT'S CORRECT.

18    **Q**    NOW, IN THE 2005 RTP, AS REQUIRED UNDER CEQA GUIDELINES,

19    MTC CONSIDERED ALTERNATIVES BEFORE RECEIVING ENVIRONMENTAL

20    CLEARANCE; IS THAT RIGHT?

21    **A**    YES.

22    **Q**    AND ONE OF THOSE ALTERNATIVES WAS A SMART GROWTH PLAN

23    PROPOSED BY TRANSDEF; IS THAT RIGHT?

24    **A**    YES, IT WAS.

25    **Q**    AND MTC REJECTED THAT ALTERNATIVE BECAUSE IT WOULD REQUIRE

1   A NEW APPROACH TO LOCAL LAND USE THAT MTC DID NOT HAVE THE

2   REGULATORY POWER TO EFFECTUATE; IS THAT RIGHT?

3   **A**   I THINK THAT WAS ONE CONSIDERATION, YES, THAT I RECALL.

4   **Q**   NOW, DR. CERVERO ALSO TESTIFIED THAT RIDERSHIP IS NOT THE

5   OBJECTIVE OF THE RTP; DO YOU RECALL THAT TESTIMONY?

6   **A**   YES.

7   **Q**   DO YOU AGREE WITH THAT STATEMENT?

8   **A**   I THINK THAT HIS VIEWPOINT CERTAINLY HAS MERIT.  IF I'M

9   RECALLING THE TESTIMONY, IF YOU RIDE FOR NO PURPOSE, THEN

10  THAT'S NOT A PARTICULARLY HELPFUL OUTCOME.  IF, HOWEVER, TRAVEL

11  GETS YOU TO THINGS THAT YOU NEED TO DO, THAT'S, BOTTOM LINE,

12  WHAT THE TRANSPORTATION SYSTEM SHOULD BE ADHERING TO.  THAT'S

13  PARTICULARLY IMPORTANT FOR AIR QUALITY CONSIDERATIONS, BECAUSE

14  EXCESS TRIPS REALLY DON'T HELP IN THAT REGARD.

15  **Q**   NOW, DR. CERVERO MADE THE FOLLOWING STATEMENT WHEN HE

16  TESTIFIED:

17           "SO WE," REFERRING TO MTC, "HAVE A MUCH

18           MORE DIFFICULT TIME, AND WHAT THAT SUGGESTS

19           TO ME IS THAT MAKING TOUGH MULTI-MODAL

20           FUNDING DECISIONS, NOT ONLY JUST BETWEEN RAIL

21           AND BUS, BUT ALSO FERRY, ROADS, YOU KNOW, THE

22           WHOLE GAMUT, WITH COMPETING DEMANDS AND,

23           AGAIN, STRENGTHENING OUR SCARCE RESOURCES IS

24           VERY, VERY HARD, AND IT PUTS ALL THE MORE

25           ONUS ON HAVING AN OBJECTIVE AND PARTIAL KIND

1              OF MULTI-MODAL SCORING SYSTEM TO EVALUATE AND

2              RANK AND BROKER AND REACH AGREEMENT ON HOW TO

3              SPEND THESE FUNDS AS PART OF A LONG-RANGE

4              PLANNING PROCESS."

5          DO YOU AGREE THAT IT'S NECESSARY TO HAVE A

6   MULTI-MODAL SCORING SYSTEM TO DETERMINE WHAT PROJECTS TO

7   INCLUDE IN THE RTP?

8   A    IT CAN BE A PIECE OF THE TOOLBOX.  OBVIOUSLY, LOOKING AT A

9   WHOLE RANGE OF QUALITATIVE GOALS AND OBJECTIVES IS ALSO A PIECE

10  OF THAT.

11         AT ONE POINT MTC DID HAVE A SPECIFIC SCORING SYSTEM

12  FOR STP AND CMAQ FUNDS THAT WAS BACK DURING ISTEA.  WE HAVE

13  SPECIFIC SCORING SYSTEMS FOR PARTICULAR PROGRAMS.  SO IT

14  DEFINITELY BE A PIECE OF THE ANALYTICAL TOOLBOX THAT WOULD NEED

15  TO BE BROUGHT TO BEAR.

16  Q    BUT MTC DOESN'T HAVE SUCH A RANKING OR SCORING SYSTEM FOR

17  THE RTP IN WHOLE, DOES IT?

18  A    NO, I DON'T BELIEVE HE MADE THAT CLAIM.

19  Q    AND IT DOESN'T HAVE A SCORING OR RANKING SYSTEM FOR

20  RESOLUTION 3434 PROJECTS, DOES IT?

21  A    I WOULD -- WE CERTAINLY LOOKED AT A VARIETY OF CRITERIA.

22  IF THE -- YOU ARE LOOKING AT AN ORDINAL RANKING SYSTEM, WE DO

23  NOT.

24  Q    YOU TESTIFIED THAT MTC IS CURRENTLY IN THE PROCESS OF

25  PREPARING THE 2009 RTP, CORRECT?

1    **A**    THAT'S CORRECT.

2    **Q**    AND JUST TO BE CLEAR, MTC HASN'T CHANGED ITS FUNDING

3    POLICIES IN THE 2009 RTP, HAS IT?

4              **MR. MANOLIUS:**  OBJECTION.  OVERBROAD, COMPOUND.

5              **THE COURT:**  OVERRULED.

6              **THE WITNESS:**  IN FACT, NOW UNDERSTANDING THE RTP IS

7    NOT YET DONE, WE HAVE, IN FACT, MADE MODIFICATIONS.  WE MAKE

8    MODIFICATIONS EVERY TIME WE DO AN RTP BASED ON IMPROVED

9    INFORMATION WE GET.

10   **BY MS. VALENZUELA SANTAMARIA**

11   **Q**    MTC HASN'T CHANGED ITS POLICY WITH RESPECT TO COVERING

12   OPERATING SHORTFALLS IN THE RTP, HAS IT?

13   **A**    YES, WE HAVE.

14   **Q**    AND WHAT -- IT IS NOT MTC'S CURRENT POLICY TO COVER ONE

15   HUNDRED PERCENT OF THE OPERATING SHORTFALLS, IS IT?

16   **A**    NOR IS IT ON THE CAPITAL SIDE.

17   **Q**    IS THAT RIGHT?

18   **A**    ON THE OPERATING SIDE?

19   **Q**    YES.

20   **A**    WHAT WE DO ON OPERATING -- WE ACTUALLY ARE CONSIDERING A

21   POLICY, IT HAS NOT YET BEEN FULLY VETTED, THAT FOR SOME

22   OPERATORS, INCLUDING A.C. TRANSIT, COULD LEAD TO A FULL

23   COVERING OF THE SHORTFALL, DEPENDING ON HOW WE MAKE SOME

24   ASSUMPTIONS ON A SPECIFIC REVENUE SOURCE THAT IT'S CURRENTLY

25   USED AS A RESERVE.

1  Q    AND THAT DECISION WAS MADE AFTER THIS LAWSUIT WAS FILLED;

2  IS THAT RIGHT?

3  A    ONE, AS I SAID BEFORE, THE DECISION HAS NOT YET BEEN MADE.

4  AND IT HAS TO DO, IN FACT, WITH THE STATUS OF THE SPILLOVER

5  FUNDING THAT, TIMINGWISE, HAPPENED JUST THIS YEAR.

6  Q    OKAY.  LET'S TURN AND TALK ABOUT RESOLUTION 3434.

7        NOW, IN FORMULATING RESOLUTION 3434, MTC DIDN'T START

8  OUT WITH A SET DOLLAR AMOUNT OF FUNDING THAT IT WANTED TO

9  DEVOTE TO EXPANSION, DID IT?

10       **MR. MANOLIUS:**  OBJECTION.  LACKS FOUNDATION.

11       **THE COURT:**  OVERRULED.

12       **THE WITNESS:**  CAN YOU REPEAT THAT QUESTION, PLEASE?

13 **BY MS. VALENZUELA SANTAMARIA**

14 Q    SURE.

15       WHEN MTC FORMULATED RESOLUTION 3434 BACK IN 2001, IT

16 DIDN'T START OUT WITH A SET DOLLAR AMOUNT THAT IT WANTED TO

17 DEVOTE TO EXPANSION, DID IT?

18       **MR. MANOLIUS:**  SAME OBJECTION.  MTC DOESN'T DEVOTE

19 MONEY TO EXPANSION.  THAT'S NOT WHAT THE TESTIMONY HAS SHOWN.

20       **THE COURT:**  WOULD YOU REPHRASE THE QUESTION?

21       **MS. VALENZUELA SANTAMARIA:**  SURE.

22 Q    MTC DIDN'T HAVE AN EXPANSION BUDGET, DID IT, WHEN IT

23 FORMULATED RESOLUTION 3434?

24 A    AS A STRATEGIC PLAN, WE WEREN'T WORKING WITH FIXED

25 NUMBERS.  WE WERE LOOKING AT SPECIFIC PROJECT TYPES THAT MAY BE

1    AVAILABLE.

2    **Q**    SO MTC DID NOT -- DID NOT ANALYZE HOW MUCH EXPANSION THE

3    REGION COULD AFFORD, DID IT, BEFORE IT SELECTED PROJECTS TO GO

4    INTO RESOLUTION 3434?

5            **MR. MANOLIUS:**  OBJECTION.  LACKS FOUNDATION, THE

6    REGION IS AFFORDING IT.

7            **THE COURT:**  OVERRULED.

8            **THE WITNESS:**  TO THE EXTENT THAT 3434 WAS DONE

9    EXPLICITLY OUTSIDE THE PARAMETERS OF A FISCALLY CONSTRAINED

10   RTP, AS I HAVE TESTIFIED BEFORE, THAT WAS NOT A CONSTRAINING

11   PARAMETER.  HOWEVER, THE IDEA OF BRINGING ANY PROJECT FROM

12   RESOLUTION 3434 INTO THE RTP DOES HAVE TO EXPLICITLY CONSIDER

13   THE IMPACT IT WOULD HAVE ON THE OVERALL PLAN.

14   **BY MS. VALENZUELA SANTAMARIA**

15   **Q**    NOW, IN FORMULATING RESOLUTION 3434, MTC ACKNOWLEDGED THAT

16   EXPANSION MUST BE BALANCED AGAINST OTHER INVESTMENT NEEDS; IS

17   THAT RIGHT?

18   **A**    THAT'S CORRECT.

19   **Q**    INCLUDING, QUOTE, "BASELINE REQUIREMENTS TO MAINTAIN AND

20   SUSTAIN THE EXISTING SYSTEM AND LIFELINE SERVICES FOR

21   TRANSIT-DEPENDENT POPULATIONS"; IS THAT RIGHT?

22           **MR. MANOLIUS:**  OBJECTION.  IF YOU ARE QUOTING, YOU

23   SHOULD PROVIDE THE CITATION.

24   **BY MS. VALENZUELA SANTAMARIA**

25   **Q**    LET'S LOOK AT TAB 10.  THIS IS EXHIBIT 104, RESOLUTION

1   3357, AND I WANT TO DRAW YOUR ATTENTION TO ATTACHMENT A, PAGE 1

2   OF 14.  THE LAST PARAGRAPH AT THE BOTTOM; DO YOU SEE THAT

3   STATEMENT?

4   A    THE LAST PARAGRAPH ITSELF?

5   Q    YES.

6   A    YES.

7   Q    MTC ACKNOWLEDGED THAT MAINTAINING THE EXISTING SYSTEM IS A

8   BASELINE REQUIREMENT, DIDN'T IT?

9   A    YES.  BASELINE...  YEAH, THAT WE MUST BALANCE IT WITH THAT

10  NEED.

11          THE COURT:  WHERE -- I'M NOT SURE WHERE YOU ARE

12  LOOKING.  WHAT PAGE?

13          MS. VALENZUELA SANTAMARIA:  IT'S ATTACHMENT A, PAGE 1

14  OF 14 BATES NUMBER, ENDING IN 1097.

15          THE COURT:  WHAT TAB IS IT?

16          MS. VALENZUELA SANTAMARIA:  TEN.

17          THE COURT:  I'LL JUST LOOK ON HERE.  THAT'S FINE.

18          WHEN IT'S TALKING ABOUT REQUIREMENT OF MAINTAINING

19  AND SUSTAINING THE EXISTING SYSTEM, DOES THAT INCLUDE JUST THE

20  PHYSICAL PLANT, OR DOES THAT INCLUDE KEEPING IT ACTUALLY

21  OPERATING.

22          THE WITNESS:  IT WOULD INCLUDE CONSIDERATIONS OF

23  BOTH, AND I THINK IT'S -- WE SPECIFICALLY INCLUDED A CRITERION

24  LATER THAT SAID THAT, IF YOU'RE AN OPERATOR THAT OPERATES BOTH

25  RAIL AND BUS, IT WAS PARTICULARLY IMPORTANT THAT YOU MADE SURE

1    THAT ADVANCING A RAIL EXPANSION DID NOT HAVE A DETRIMENTAL

2    EFFECT ON BASELINE SERVICES, HOWEVER YOU MAY DEFINE IT, AS THAT

3    OPERATOR.

4    **BY MS. VALENZUELA SANTAMARIA**

5    **Q**    MS. MCMILLAN, THERE'S NO NECESSITY THAT ANY PARTICULAR

6    PROJECT IN RESOLUTION 3434 BE COMPLETED BY ANY PARTICULAR DATE;

7    IS THAT RIGHT?

8    **A**    3434 DOES NOT CONTAIN SPECIFIC -- WELL, LET ME REPHRASE

9    THAT.

10        WHEN WE PUT THE PROGRAM TOGETHER, WE DO ASK OPERATORS

11    TO PROVIDE INFORMATION ON WHEN THEY BELIEVE THE PROJECT IS

12    GOING TO GO TO CONSTRUCTION, BUT THOSE SPECIFIC DATES ARE NOT

13    LOCKED DOWN IN ANY -- AS ANY SPECIFIC COMMITMENT FOR MTC.

14    **Q**    NOW, IF A PROJECT IN RESOLUTION 3434 WERE DELAYED, IT

15    WOULDN'T ELIMINATE EXISTING TRANSIT SERVICES THAT PEOPLE RELY

16    UPON, WOULD IT?

17        **MR. MANOLIUS:**  OBJECTION.  CALLS FOR SPECULATION,

18    OVERBROAD, COMPOUND.

19        **THE COURT:**  IT'S A TAUTOLOGY.  SUSTAINED.

20    **BY MS. VALENZUELA SANTAMARIA**

21    **Q**    DELAYING A PROJECT IN RESOLUTION 3434 WOULDN'T ELIMINATE

22    EXISTING TRANSIT SERVICES, WOULD IT?

23        **MR. MANOLIUS:**  SAME OBJECTION.

24        **THE WITNESS:**  I DON'T SEE THEM AS CAUSATIONAL.  SO TO

25    THE DEGREE THAT THERE'S NO DIRECT CAUSE AND EFFECT, IT WORKS

1    EITHER WAY, PRESUMABLY.

2    **BY MS. VALENZUELA SANTAMARIA**

3    **Q**    IT WOULD ONLY DELAY NEW SERVICES THAT TRANSIT RIDERS HAD

4    NOT YET BEEN USING; ISN'T THAT RIGHT?

5              **MR. MANOLIUS:**  SAME OBJECTION.

6              **THE COURT:**  I THINK THIS IS SORT OF SILLY.  THIS IS

7    JUST ARGUMENT.  THIS IS NOT EVIDENCE, REALLY.  IT'S A

8    TAUTOLOGY, YOU COULD BE ASKING HER DOES TWO PLUS TWO EQUAL

9    FOUR.  I DON'T THINK IT'S WORTHWHILE.

10             **MS. VALENZUELA SANTAMARIA:**  OKAY.  I'LL MOVE ON, YOUR

11   HONOR.

12   **Q**    LET'S LOOK AT THE SEVEN PLANNING FACTORS IN 49 USC SECTION

13   5303.

14   **A**    AND THERE'S A TAB?

15   **Q**    TAB 14.  THOSE ARE LISTED STARTING ON PAGE 5, UNDER H.

16   **A**    OKAY.

17             **THE COURT:**  I WOULD LIKE TO ASK COUNSEL FOR BOTH

18   SIDES, I'M ASSUMING YOU WOULD HAVE BROUGHT TO MY ATTENTION IF

19   THERE WAS ANY, BUT THERE'S NO REGULATIONS INTERPRETING THIS, OR

20   CASE LAW, OR POLICY?  I THINK THERE'S ONE POLICY SORT OF THING

21   THAT'S BEEN ALLUDED TO DURING THE CASE, BUT --

22             **MR. MANOLIUS:**  I THINK WE'VE -- IN EARLIER WITNESSES,

23   BOTH SIDES HAVE QUESTIONED ON SOME OF THE REGULATORY LANGUAGE,

24   AND SOME OF THE GUIDANCE PROVIDED BY THE -- YOU KNOW, THE TWO

25   FEDERAL AGENCIES, HIGHWAY AND TRANSIT.

1          **THE COURT:**  I MEAN, I GUESS IN THE POST -- IN THE

2   BRIEFS, YOU SHOULD PULL THAT TOGETHER, BUT MY GENERAL

3   IMPRESSION WHEN THAT'S BEEN DONE IS NONE OF IT WAS PARTICULARLY

4   TRULY ON POINT, IF THAT -- YOU KNOW, I MIGHT CHANGE MY MIND IF

5   I LOOKED AT IT IN BLACK AND WHITE RATHER THAN, YOU KNOW, TRYING

6   TO HEAR IT, BUT GO AHEAD.

7   **BY MS. VALENZUELA SANTAMARIA**

8   **Q**    NOW, SUBSECTION H LISTS SEVEN FACTORS THAT MTC MUST

9   CONSIDER IN ITS LONG-RANGE PLANNING PROCESS, RIGHT?

10  **A**    THAT'S CORRECT.

11  **Q**    NOW, IN ESTABLISHING CRITERIA FOR THE SELECTION OF TRANSIT

12  EXPANSION PROJECTS IN RESOLUTION 3434, MTC DID NOT EXPRESSLY

13  INCLUDE THE PLANNING FACTORS LISTED IN 5303, DID IT?

14          **MR. MANOLIUS:**  OBJECTION.  VAGUE.  INCLUDE?

15          **THE COURT:**  YOU MEAN ACKNOWLEDGE THEM, OR APPLY THEM,

16  OR WHAT?

17  **BY MS. VALENZUELA SANTAMARIA**

18  **Q**    MTC FORMULATED A SET OF CRITERIA SPECIFICALLY FOR

19  SELECTING PROJECTS IN RESOLUTION 3434, DIDN'T IT?

20  **A**    YES, AS A SUBSET OF A MUCH LARGER PLANNING SCOPE WE HAVE

21  TO DEAL WITH, WE TAILORED SPECIFIC ELEMENTS THAT WOULD APPLY TO

22  TRANSIT EXPANSION PROJECTS.

23  **Q**    THOSE CRITERIA ARE SET FORTH IN RESOLUTION 3337; IS THAT

24  RIGHT?

25  **A**    THAT'S CORRECT.

1  Q    AND THAT IS TAB 10.

2         ONE OF THE CRITERION THAT MTC ESTABLISHED IS COST

3  EFFECTIVENESS; IS THAT RIGHT?

4  A    YES, THAT WAS ONE OF THE CRITERIA.

5  Q    MTC NEVER CONSIDERED WHETHER THERE WERE ANY MORE COST

6  EFFECTIVE ALTERNATIVES FOR TRAVEL IN THE 880 CORRIDOR OTHER

7  THAN BART TO SAN JOSE, DID IT?

8  A    I DON'T THINK THAT'S EXACTLY A TRUE STATEMENT.  THERE HAD

9  BEEN A NUMBER OF CORRIDOR STUDIES THAT HAD BEEN DONE IN THAT

10 PARTICULAR CORRIDOR.

11        FOR RESOLUTION 3357, AGAIN, WE HAD A SPECIFIC CALL

12 FOR PROJECTS FROM SPONSORS AS TO WHAT THEY BELIEVED WOULD BE

13 EXPANSION PROJECTS THAT THEY WOULD WISH TO SUPPORT AND PURSUE,

14 PARTICULARLY FINANCIALLY, AND THE BART TO SANTA CLARA COUNTY

15 PROJECT WAS SUBMITTED BY VTA.

16 Q    BART TO SAN JOSE WAS THE CORNERSTONE OF RESOLUTION 3434,

17 WASN'T IT?

18 A    NO.  I'M NOT SURE WHAT YOU MEAN BY "CORNERSTONE."  THERE

19 WAS NO WAY IT WAS, IN MY RECOLLECTION, AT ALL SEPARATE IN TERMS

20 OF A SPECIFIC PRIORITY COMPARED TO ANY OTHER PROJECT.

21 Q    OKAY.  LET'S TURN TO TAB 13, WHICH IS EXHIBIT 101.  THIS

22 IS A MEMORANDUM THAT DISCUSSES THE THREE MAJOR ASPECTS IN

23 ONGOING DEVELOPMENT OF RESOLUTION 3434; IS THAT RIGHT?

24 A    RIGHT.  IF YOU HAVE A MOMENT, BECAUSE THIS WAS IN 2001, I

25 NEED TO TAKE A LOOK AND REFRESH MY MEMORY.

1    Q    SURE.

2    A    OKAY.  ALL RIGHT.

3    Q    SO, EXHIBIT 101 IS A MEMORANDUM THAT DISCUSSES THREE MAJOR

4    ASPECTS IN MTC'S ONGOING DEVELOPMENT OF RESOLUTION 3434; IS

5    THAT RIGHT?

6    A    THREE MAJOR ASPECTS?  IS THERE A SPECIFIC THING YOU'RE

7    REFERRING TO HERE?  WE WERE RESPONDING TO THE COMMENTS WE HAD

8    RECEIVED FROM THE OUTREACH PROGRAM THAT WE HAD CONDUCTED

9    RELATIVE TO 3434.

10   Q    OKAY.  DO YOU SEE THE THREE BULLET POINTS IN THE MIDDLE OF

11   THAT PAGE?

12              **THE COURT:**  WHAT PAGE?

13              **MS. VALENZUELA SANTAMARIA:**  PAGE 1 OF EXHIBIT 101.

14              **THE WITNESS:**  OKAY.

15   **BY MS. VALENZUELA SANTAMARIA**

16   Q    AND THE PARAGRAPH RIGHT ABOVE, SECOND SENTENCE READS:

17              "THIS MEMORANDUM WILL DISCUSS THREE MAJOR

18              ASPECTS IN OUR ONGOING DEVELOPMENT OF THIS

19              PROGRAM."

20              DO YOU SEE THAT?

21   A    YES.

22   Q    AND THE LAST OF THOSE THREE BULLET POINTS IN THE MIDDLE OF

23   THE PAGE READS:

24              "THE STATUS OF CURRENT NEGOTIATIONS

25              BETWEEN BART AND VTA REGARDING THE PROPOSED

1              BART TO SAN JOSE PROJECT AND THE IMPACT THAT

2              IS EXPECTED TO HAVE IN CRAFTING AN OVERALL

3              PACKAGE OF RECOMMENDATIONS."

4              DO YOU SEE THAT?

5    **A**    YES.

6    **Q**    MTC EXTENDED THE DEADLINE OF THE 2001 RTP TO ALLOW BART TO

7    SAN JOSE TO BE INCLUDED, DIDN'T IT?

8    **A**    WE -- I DO RECALL -- I DON'T BELIEVE IT WAS THE RTP,

9    ALTHOUGH, AGAIN, I WOULD NEED TO REFRESH MY MEMORY, BUT THE

10   POINT OF THIS BULLET WAS NOT AT ALL TO ELEVATE BART TO SAN JOSE

11   AS THE MOST IMPORTANT 3434 PROJECT.  IT WAS ACKNOWLEDGING THE

12   FACT THAT THE VTA AND BART -- BECAUSE BART DOES NOT EXTEND INTO

13   SANTA CLARA COUNTY, IT'S NOT PART OF THE BART DISTRICT, VTA AND

14   BART HAD TO ENTER SPECIFIC AND DIFFERENT AND SEPARATE

15   NEGOTIATIONS IN ORDER FOR THIS PROJECT TO EVEN BE CONSIDERED A

16   POSSIBILITY.

17             IF THOSE LEGAL NEGOTIATIONS WERE TO HAVE FAILED, THEN

18   WE WOULD NOT HAVE REALLY BEEN ABLE TO -- THE PROJECT WOULDN'T

19   HAVE BEEN VIABLE AT ALL, AND IT WOULD NOT HAVE BEEN REASONABLE

20   TO HAVE CONTINUED TO INCLUDE IT IN THE PROGRAM.

21             SO WE WERE SIMPLY -- THEY HAD SET A DEADLINE.  THE

22   PARTIES WERE STILL IN NEGOTIATION.  WE WANTED TO GIVE THEM AN

23   OPPORTUNITY TO FIGURE THAT OUT TO DETERMINE, AMONG OTHER

24   THINGS, WHETHER OR NOT THE PROJECT WOULD BE A NEW STARTS

25   CANDIDATE OR WHETHER MUNI WOULD BE THE SOLE AND ONLY ONE WE

1  WOULD PUT FORWARD.

2  **Q**    SO MTC DELAYED FINAL ADOPTION OF THE 2001 RTP TO ALLOW

3  BART AND SAN JOSE TO BE INCLUDED IN THAT; ISN'T THAT RIGHT?

4  **A**    AGAIN, I DON'T RECALL THE SPECIFIC DELAYS -- IF WE DID, IT

5  MIGHT HAVE BEEN A MONTH, IF THAT.  AND, CERTAINLY, WE DID NOT

6  DELAY THIS AT ALL BEYOND THE LEGISLATIVE DEADLINE THAT WE HAD,

7  WHICH WAS IRREFUTABLE.

8  **Q**    IN RESOLUTION 3357, MTC DEVELOPED DIFFERENT CRITERIA FOR

9  BUS PROJECTS THAN FOR RAIL PROJECTS; ISN'T THAT RIGHT?

10  **A**    YES, THEY ARE MORE GENEROUS FOR THE BUS PROJECTS, NOT AS

11  CRITICAL.

12  **Q**    IF YOU TURN TO TAB 10, ATTACHMENT A, WHICH IS BATES NUMBER

13  PAGE ENDING IN 97?  THAT IS THE SPECIFIC CRITERIA THAT MTC

14  CONSIDERED IN THE ATTACHMENT; IS THAT RIGHT?

15  **A**    AN ATTACHMENT TO 3357?

16  **Q**    I'M SORRY.  ATTACHMENT A IS THE SELECTION CRITERIA FOR

17  RESOLUTION 3434, CORRECT?

18  **A**    YES.

19  **Q**    AND IF YOU TURN THREE PAGES TO THE SECTION A, WHICH IS THE

20  PAGE WITH ENDING IN BATES NUMBER 100?

21  **A**    YES.

22  **Q**    SECTION A IS THE SELECTION CRITERIA THAT MTC USED FOR

23  RAIL, CORRECT?

24  **A**    THAT IS CORRECT.

25  **Q**    AND MTC USED THESE CRITERIA TO COMPARE RAIL PROJECTS WITH

1  OTHER RAIL PROJECTS; IS THAT RIGHT?

2  **A**    THAT'S CORRECT.

3  **Q**    AND COST EFFECTIVENESS IS ONE OF THE CRITERIA THAT MTC

4  USED TO EVALUATE RAIL PROJECTS; IS THAT RIGHT?

5  **A**    YES.

6  **Q**    SO MTC WOULD EVALUATE THE COST EFFECTIVENESS OF RAIL

7  PROJECTS AGAINST OTHER RAIL PROJECTS; IS THAT RIGHT?

8  **A**    I BELIEVE THAT IS CORRECT.  IF YOU DON'T MIND, I WOULD

9  LIKE TO JUST REFRESH MY MEMORY OF WHAT WE SAID UNDER COST

10 EFFECTIVENESS.

11 **Q**    SURE.

12 **A**    YES, WE WERE ACTUALLY REPLICATING THE COST EFFECTIVENESS

13 REQUIREMENTS THAT THE FEDERAL TRANSIT ADMINISTRATION PUTS ON

14 THEIR NEW STARTS PROGRAM, RECOGNIZING THAT SOME OF OUR PROJECTS

15 MAY EVENTUALLY NEED TO ADHERE TO THAT.  SO WE FELT IT WOULD BE

16 IMPORTANT TO CONSIDER THAT EARLY.

17 **Q**    AND SECTION B, WHICH IS ON THE PAGE ENDING IN BATES NUMBER

18 107, IS THE SELECTION CRITERIA FOR BUS PROJECTS, CORRECT?

19 **A**    THAT'S CORRECT.

20 **Q**    NOW, BUS PROJECTS IDENTIFIED UNDER RESOLUTION 3434,

21 ACCORDING TO THE SELECTION CRITERIA IN 3357, MUST DEMONSTRATE

22 THAT THEY CAN EFFECTIVELY ADDRESS CONGESTION RELIEF BY

23 PROVIDING A CLEARLY ATTRACTIVE ALTERNATIVE, I.E. IMPROVED

24 TRAVEL TIME, IMPROVED CUSTOMER CONVENIENCE, ET CETERA, TO

25 SINGLE OCCUPANCY VEHICLES; IS THAT RIGHT?

1    **A**    THAT'S CORRECT.

2    **Q**    AND THERE'S NO SUCH REQUIREMENT FOR RAIL PROJECTS; IS

3    THERE?

4    **A**    LET ME LOOK BACK.  WELL, IT'S CERTAINLY THE UNDERLYING

5    EXPECTATION AS A GRADE-SEPARATED -- BY NATURE AS A

6    GRADE-SEPARATED PROJECT, IT TENDS -- THAT'S KIND OF THE POINT.

7    SO WE DID NOT LIFT IT OUT EXPLICITLY.

8           IN THE CASE OF THE BUS BECAUSE IT'S COMPETING

9    DIRECTLY ON THE SAME FACILITIES WITH SOV, IT BECOMES A LITTLE

10   BIT MORE -- I THINK PROFESSOR CERVERO SPOKE TO THAT -- A LITTLE

11   BIT MORE OF A SPECIFIC EVALUATIVE CONCERN.

12          BUT, YES, THEY WERE DIFFERENT.  THAT'S ONE OF THE

13   REASONS WHY WE MADE A RAIL VERSUS BUS, BECAUSE THEY OPERATED IN

14   A DIFFERENT ENVIRONMENT.

15   **Q**    ANOTHER CRITERIA FOR BUS PROJECTS IS DEMONSTRATION THAT

16   THE SERVICE WILL RESULT IN FASTER AND/OR MORE CONVENIENT

17   SERVICE TO THE CUSTOMER THAN BY TRAVELING IN A SINGLE-OCCUPANCY

18   VEHICLE.  AND THERE'S NO SUCH CRITERIA THAT APPLIES -- THAT

19   CRITERIA DOES NOT APPLY TO RAIL PROJECTS, DOES IT?

20   **A**    MY ANSWER WOULD BE THE SAME, IN LARGE PART, BECAUSE BY

21   BEING GRADE SEPARATED WITH RAIL, YOU ALMOST -- IN A CORRIDOR,

22   YOU AUTOMATICALLY TO SOME DEGREE GET THAT BENEFIT.

23   **Q**    SO MTC WAS ASSUMING THAT THE RAIL PROJECTS WOULD PROVIDE

24   THOSE BENEFITS; IS THAT RIGHT?

25   **A**    I THINK THE -- YES, I THINK THE NATURE -- I THINK IT'S

1   FAIR TO SAY THAT THE NATURE OF THE PURSUIT OF RAIL AT ALL IS

2   BECAUSE, BY ITS NATURE, IT TENDS TO DEMONSTRATE THAT BENEFIT,

3   BECAUSE YOU ARE TAKING IT OUT OF THE TRAFFIC STREAM.

4   **Q**    NOW, ONE OF THE GOALS FOR BUS PROJECTS IS TO PROVIDE

5   TRANSITIONAL BUS SERVICES MORE QUICKLY IN CORRIDORS WHERE RAIL

6   SERVICE IS PLANNED BUT NO DELIVERABLE -- BUT NOT DELIVERABLE

7   FOR MANY YEARS; IS THAT RIGHT?

8   **A**    WHICH PAGE ARE YOU ON?

9   **Q**    THIS IS PAGE 12 OF 14 OF ATTACHMENT A.

10  **A**    OH, NOT THE BOTTOM NUMBER?

11  **Q**    IT'S --

12  **A**    I'M SORRY.

13  **Q**    IT'S THE PAGE ENDING IN BATES NUMBER 108.  IT'S THE LAST

14  BULLET POINT IN THE FIRST SECTION OF BULLET POINTS.

15  **A**    THANK YOU.  OKAY.  I FOUND IT.  THANK YOU.

16  **Q**    SO ONE OF THE GOALS OF THE BUS PROJECTS WAS TO, QUOTE:

17             "PROVIDE TRANSITIONAL EXPRESS BUS SERVICES

18          MORE QUICKLY IN CORRIDORS WHERE RAIL SERVICE

19          IS PLANNED BUT NOT DELIVERABLE FOR MANY

20          YEARS," CORRECT?

21  **A**    THAT'S CORRECT.

22  **Q**    SO THE IDEA WAS TO USE EXPRESS BUS AS AN INTERIM SOLUTION

23  UNTIL RAIL PROJECTS WERE COMPLETED, RIGHT?

24  **A**    IN SOME CASES.  IN -- FOR EXAMPLE, I'M TRYING TO THINK IF

25  WE HAVE EXPRESS BUS IN THE 880 CORRIDOR.

1          WE CERTAINLY HAVE IT ON 101, AND THAT'S AN EXAMPLE

2     WHERE WE HAD BEEN INVESTING IN THE HOV LANES, AND TO THE EXTENT

3     WE COULD ACCELERATE BUS SERVICES THERE, KNOWING THAT THE SMART

4     CORRIDOR, WHICH WAS PLANNED BUT HAD SIGNIFICANT SHORTFALLS, NO

5     OPERATING FUNDING, MAY TAKE A LONG TIME TO GET GOING, IT WOULD

6     MAKE SENSE TO HAVE SOME KIND OF OPTIONS FOR COMMUTERS IN THAT

7     CORRIDOR IF WE COULD PROVIDE IT.

8     Q     SO MTC RECOGNIZES THAT EXPRESS BUS PROJECTS CAN BE

9     COMPLETED MORE QUICKLY THAN RAIL PROJECTS, CORRECT,

10    PARTICULARLY NEW RAIL EXTENSIONS?

11    A     THEY BE CAN.

12    Q     AND EXPRESS BUS PROJECTS GENERALLY REQUIRE A SIGNIFICANTLY

13    SMALLER CAPITAL INVESTMENT; IS THAT RIGHT?

14    A     WITH RESPECT -- IF YOU DO NOT COUNT THE SIGNIFICANT

15    CAPITAL INVESTMENT OF BUILDING AN HOV LANE, WHICH IS A

16    SIGNIFICANT AMOUNT OF MONEY AND IS GENERALLY -- SO I'M GOING

17    TO -- I'M NOT SURE I CAN SAY THAT.  IF YOU DON'T COUNT THAT,

18    YOU COULD MAKE THAT STATEMENT; HOWEVER, A EXPRESS BUS NOT ON AN

19    HOV LANE IS NOT GOING TO GIVE YOU ANY KIND OF SIGNIFICANT

20    BENEFIT.  SO, QUITE FRANKLY, THE DIFFERENCE BETWEEN RAIL AND

21    HOV IN THAT CASE IS PROBABLY SMALLER.

22    Q     MTC HAS REFERRED TO EXPRESS BUS PROJECTS AS LOW COST; IS

23    THAT RIGHT?

24    A     WITHIN WHAT CONTEXT?

25    Q     OKAY.  LET'S LOOK AT TAB 12, WHICH IS EXHIBIT 103.  CAN

1    YOU PLEASE TURN TO PAGE 2, WHICH IS PAGE 2 ON THE DOCUMENT?  IT

2    ENDS IN BATES NUMBER 903.  DO YOU SEE THE TEXT ON THE LEFT

3    COLUMN THERE?

4    **A**    THE SIDEBAR TEXT?

5    **Q**    YES.

6    **A**    YES.

7    **Q**    THE FIRST SENTENCE READS:

8              "THE REGIONAL TRANSIT EXPANSION POLICY

9              GOES A STEP BEYOND ITS PREDECESSOR, THE 1988

10             REGIONAL RAIL AGREEMENT, BY EMBRACING

11             EXPRESS/RAPID BUS AS WELL AS RAIL.  UNDER

12             MTC'S VISION, THIS RELATIVELY LOW COST, LOW

13             TECH FORM OF TRANSIT WOULD BECOME A MAJOR NEW

14             FEATURE OF THE REGIONAL TRANSPORTATION

15             SYSTEM."

16             DO YOU SEE THAT?

17   **A**    YES, RELATIVELY LOW COST.

18   **Q**    AND MTC VIEWS EXPRESS BUS AS RELATIVELY LOW COST, RELATIVE

19   TO NEW RAIL EXPANSIONS, DOESN'T IT?

20   **A**    YES.  I WOULD SAY THAT IS TRUE, AGAIN EXTRACTING OUT THE

21   INVESTMENT IN THE HIGHWAY PART, WHICH IS ESSENTIAL TO THE

22   BUSES.

23   **Q**    NOW, DR. CERVERO TESTIFIED THAT THE GOALS OF RESOLUTION

24   3434 ARE TRANSIT-ORIENTED DEVELOPMENT, SMART GROWTH, AND

25   STRENGTHENING THE URBAN CORE; DO YOU AGREE WITH THAT?

1   A     COULD YOU REPEAT THAT AGAIN?

2   Q     SURE.  DR. CERVERO TESTIFIED THAT THE GOALS OF RESOLUTION

3   3434 ARE TRANSIT-ORIENTED DEVELOPMENT, SMART GROWTH AND

4   STRENGTHENING THE URBAN CORE; DO YOU AGREE?

5           **MR. MANOLIUS:**  OBJECTION.  LACKS FOUNDATION.  NOT HIS

6   COMPLETE LIST.

7           **THE COURT:**  WELL, I'M NOT SURE THOSE ARE THE ONLY

8   THING HE SAID WERE IMPORTANT.  I CAN'T RECALL PRECISELY.  BUT

9   THAT'S THE OBJECTION.  CAN YOU CLARIFY THAT?

10          **MS. VALENZUELA SANTAMARIA:**  SURE.

11  Q     DR. CERVERO TESTIFIED THAT THREE GOALS OF RESOLUTION 3434

12  ARE TRANSIT-ORIENTED DEVELOPMENT, SMART GROWTH AND

13  STRENGTHENING THE URBAN CORE; DO YOU AGREE WITH THAT?

14  A     YES, TO THE EXTENT, AGAIN, THAT THREE AND NOT NECESSARILY

15  THE ENTIRETY OF THIS SET OF GOALS WOULD INVOLVE THOSE, I WOULD

16  AGREE WITH THAT.

17  Q     THOSE THREE GOALS ARE MENTIONED NOWHERE IN RESOLUTION

18  3434, ARE THEY?

19  A     NO.  WE ACTUALLY DO HAVE A CRITERION ON GROWTH.  IN 3357,

20  WHICH WAS TAB WHAT?  WE HAVE A LAND USE GOAL --

21  Q     TAB 10.

22  A     -- THAT SPECIFICALLY DEALS WITH THOSE SUBJECTS.

23          IN FACT, WE DID SPECIFIC MEASUREMENTS OF DENSITY AS

24  PART OF OUR EVALUATION.

25          SUPPORT OF LAND USE POLICIES, THAT WOULD BE NUMBER 6,

1    WHICH PICKS UP THE VERY THEMES OF TOD, SMART GROWTH AND URBAN

2    CORE SUPPORT.

3           AND WE DID SPECIFIC EVALUATIONS, IN FACT, ON THE

4    RELATIVE LAND USES AT THE TIME, WHETHER THEY WERE URBAN CORE,

5    WHETHER THEY WERE MORE SUBURBAN, ET CETERA.

6    **Q**    OKAY.  LET'S TURN TO TAB 8, WHICH IS RESOLUTION 3434 AS

7    REVISED IN 2006, AND THAT'S EXHIBIT 98.

8    **A**    OKAY.

9    **Q**    IF YOU COULD TURN TO THE SECOND PAGE, WHICH IS RESOLUTION

10   NUMBER 3434?  THERE ARE SEVERAL RECITALS ON THAT PAGE; DO YOU

11   SEE THAT?

12   **A**    YES.

13   **Q**    IN THE FOURTH "WHEREAS" CLAUSE, IT MENTIONS THAT A PURPOSE

14   OF RESOLUTION 3434 IS TO MEET THE CHALLENGE OF CONGESTION IN

15   MAJOR CORRIDORS; DO YOU SEE THAT?

16   **A**    YES.

17   **Q**    WOULD YOU TURN TO THE NEXT PAGE?  THE SECOND "WHEREAS"

18   CLAUSE ON THAT PAGE STATES THAT:

19           "MTC RECOGNIZES THAT COORDINATED REGIONAL

20           PRIORITIES FOR TRANSIT INVESTMENT WILL BEST

21           POSITION THE BAY AREA TO COMPETE FOR LIMITED

22           DISCRETIONARY FUNDING SOURCES NOW AND IN THE

23           FUTURE."

24           DO YOU SEE THAT?

25   **A**    YES.

1  Q    NOW, THOSE ARE TWO IMPORTANT GOALS FOR RESOLUTION 3434; IS

2  THAT RIGHT?

3  A    TWO OF SEVERAL, YES.

4  Q    AND THOSE ARE THE ONLY GOALS SPECIFICALLY MENTIONED IN THE

5  RECITALS, CORRECT?

6  A    YES, ALTHOUGH ATTACHMENT A TO RESOLUTION 3434, WHICH IS

7  INTEGRAL TO -- WHICH IS IN THE RESOLVED SECTION IMMEDIATELY

8  FOLLOWING THAT, SPECIFICALLY HAS LAND USE, IF THAT'S WHAT WE'RE

9  STILL ON, LISTED AS A PERFORMANCE CRITERIA.

10 Q    NOW, THE 2008 REVISION TO RESOLUTION 3434 DOESN'T IDENTIFY

11 ANY NEW GOALS THAT WEREN'T SPECIFICALLY IDENTIFIED IN THE 2006

12 REVISION, DOES IT?

13 A    I DO NOT BELIEVE THAT THE -- I'M TRYING TO REMEMBER WHEN

14 WE ADDED THE SPECIFIC TOD POLICY.  I CAN'T REMEMBER WHETHER

15 THAT WAS IN BETWEEN THE 2006 AND 2008 OR NOT.  IT MIGHT HAVE

16 BEEN BEFORE 2006.  THAT WOULD BE AN IMPORTANT ACKNOWLEDGMENT,

17 BUT I WOULD NEED TO LOOK AT THE TWO OF THEM TO SEE.

18 Q    BUT YOU CAN'T RECALL ANY OFF THE TOP OF YOUR HEAD?

19 A    AGAIN, THE IMPORTANT ADDITION WAS THE SPECIFICS OF THE TOD

20 POLICY, ADDED AS, I BELIEVE, ATTACHMENT D.

21         THE COURT:  TOD IS TRANSIT-ORIENTED DEVELOPMENT?

22         THE WITNESS:  YES.  THAT'S WHERE WE ESTABLISH

23 SPECIFIC CONDITIONS ON THE 3434 FUNDING.

24         MS. VALENZUELA SANTAMARIA:  YOUR HONOR, THAT DOCUMENT

25 WAS NOT PROVIDED TO US IN DISCOVERY, SO I WOULD OBJECT AND MOVE

1    TO STRIKE MS. MCMILLAN'S TESTIMONY ABOUT THAT.

2         **THE COURT:**  OVERRULED.

3         **THE WITNESS:**  IT'S THE RESOLUTION 3434.

4    **BY MS. VALENZUELA SANTAMARIA**

5    **Q**    NOW, LET'S TALK ABOUT THE GOAL OF CONGESTION RELIEF.

6         MTC HAS NO WAY OF KNOWING WHETHER THE PLANNED

7    EXPANSION OF TRANSIT IN RESOLUTION 3434 WILL REDUCE FREEWAY

8    CONGESTION, DOES IT?

9    **A**    I'M SORRY.  CAN YOU REPEAT THAT QUESTION?

10   **Q**    SURE.

11        MTC HAS NO WAY OF KNOWING WHETHER THE PLANNED

12   EXPANSION PROJECTS IN RESOLUTION 3434 WILL REDUCE CONGESTION,

13   DOES IT?

14   **A**    WE CERTAINLY RUN -- WHEN THE PROJECTS ARE INCLUDED IN THE

15   LONG-RANGE PLAN, WE RUN MODELS WITH AND WITHOUT THE PROJECTS IN

16   PARTICULAR CORRIDORS, WHICH WOULD SUGGEST, AS WITH ANY

17   PROJECTION, THAT WITH ASSUMPTIONS BEING WHAT THEY ARE, THEY

18   SHOULD HAVE AN IMPACT ON METERING CONGESTION.

19        SO WE CERTAINLY DO THE ANALYSIS, BUT AS WE'VE STATED

20   THROUGHOUT THIS TESTIMONY, WE CAN'T GUARANTEE AT ANY POINT IN

21   THE FUTURE EXACTLY WHAT'S GOING TO HAPPEN.

22   **Q**    NOW, LET'S TALK A LITTLE BIT ABOUT AIR QUALITY.

23        THE POTENTIAL EXPANSION OF PROJECTS TO IMPROVE AIR

24   QUALITY WAS NOT AN EVALUATION CRITERIA FOR SELECTING EITHER BUS

25   OR RAIL PROJECTS, WAS IT?

1    **A**    IN RESOLUTION 3434?

2    **Q**    IN RESOLUTION 3357, TAB 10.

3    **A**    WE DID NOT HAVE A SPECIFIC CRITERIA THERE, ALTHOUGH OUR

4    INVESTMENT IN TRANSIT OVERALL IN THE RTP IS, AMONG OTHER

5    THINGS, IMPORTANT TO OUR OVERALL AIR QUALITY GOALS, BUT THERE

6    WAS NO SPECIFIC AIR QUALITY CRITERIA.

7    **Q**    MTC'S OWN RESEARCH SHOWS THAT ACHIEVING REDUCTIONS IN

8    GREENHOUSE GAS EMISSIONS WILL BE EXTREMELY DIFFICULT WITH THE

9    PROPOSED PROJECTS IN THE 2009 RTP; ISN'T THAT RIGHT?

10   **A**    TO MEET -- WELL, WE CERTAINLY MADE PROGRESS THERE.  TO BE

11   VERY SPECIFIC, TO MEET THE SHARE OF TRANSPORTATION'S NEED

12   TOWARDS AB32 GOALS, THE RTP ITSELF ALONE WOULD NOT DO THAT, AND

13   THAT'S INCLUDING EVERYTHING IN THE PLAN.

14   **Q**    YOU TESTIFIED THAT MTC HAS NO SAY IN WHAT 5309 BUS

15   DISCRETIONARY FUNDS AND NEW START FUNDS COME INTO THE REGION,

16   RIGHT?

17   **A**    YES, WE DO NOT HAVE -- WE NEITHER CHOOSE THE PROJECTS

18   SPECIFICALLY OR DECIDE THE LEVEL OF ALLOCATION OF THOSE FUNDS.

19   **Q**    BUT MTC HAS ADMITTED THAT IT HAS PARTIAL INFLUENCE OVER

20   BOTH OF THESE FUNDS, RIGHT?

21   **A**    YEAH, WE CAN GO TO CONGRESS AND PLEAD AND ASK, WITH

22   EVERYONE ELSE, THAT WE GET A PIECE OF THAT DISCRETIONARY MONEY.

23   **Q**    NOW, RESOLUTION 3434, AS I READ EARLIER, STATES THAT ONE

24   OF ITS PURPOSES IS TO BEST POSITION THE BAY AREA TO COMPETE FOR

25   LIMITED DISCRETIONARY FUNDING SOURCES.  THAT'S A REFERENCE TO

1   LEGISLATIVE EARMARKS, CORRECT?

2   **A**    NOT COMPLETELY.  LEGISLATIVE EARMARKS WOULD BE A PIECE OF

3   THAT ADVOCACY PROGRAM, BUT NOT NECESSARILY THE ONLY THING.

4           FOR EXAMPLE, PROPOSITION -- WE ARGUED, I THINK

5   EFFECTIVELY, WITH OTHER PARTIES WHEN PROPOSITION 1B WAS BEING

6   DEBATED, WHICH ULTIMATELY ENDED UP BEING A FORMULA, THAT

7   INVESTMENTS IN NEW TRANSIT WOULD BE INCREDIBLY IMPORTANT.  IT

8   WAS NOT AN EARMARK PROGRAM, BUT THE ADVOCACY WAS IMPORTANT IN

9   THE FACT THAT WE HAD A LONGER TERM VISION OF TRANSIT EXPANSION,

10  I THINK HELPFUL, THOUGH NOT DRIVING IN THAT DIALOGUE.

11  **Q**    BUT LEGISLATIVE EARMARKS WERE CERTAINLY INCLUDED IN

12  DISCRETIONARY FUNDING SOURCES, CORRECT?

13          **MR. MANOLIUS:**  OBJECTION.  VAGUE.

14  **BY MS. VALENZUELA SANTAMARIA**

15  **Q**    AS THAT TERM IS USED IN RESOLUTION 3434?

16  **A**    EARMARKS ARE SOME OF THE DISCRETIONARY FUNDING SOURCES, IS

17  THAT WHAT YOU'RE ASKING?

18  **Q**    MTC WAS REFERRING IN PART TO LEGISLATIVE EARMARKS?

19  **A**    YES.

20  **Q**    AND BY INCLUDING PROJECTS IN RESOLUTION 3434, MTC HOPED TO

21  INCREASE THE LIKELIHOOD THAT THE REGION WOULD RECEIVE SOME OF

22  THE LEGISLATIVE EARMARKS FROM 5309, CORRECT?

23  **A**    THAT WAS THE HOPE.

24  **Q**    BECAUSE IT IS MTC'S RESPONSIBILITY TO IDENTIFY LEAD

25  CANDIDATES FOR NEW STARTS AND BUS DISCRETIONARY FUNDS, ISN'T

1  IT?

2  **A**    I WOULDN'T SAY IT'S OUR -- IT'S AT ALL A LEGISLATIVE

3  RESPONSIBILITY.  INSTEAD, I THINK WE BELIEVE THAT WE CAN PLAY A

4  HELPFUL ROLE IN COMING UP WITH A CONSENSUS PACKAGE THAT OUR

5  DELEGATION CAN SUPPORT IN WASHINGTON.

6  **Q**    IN FACT, IT WAS ONE OF MTC'S SPECIFIC OBJECTIVES WITH

7  RESOLUTION 3434 TO IDENTIFY LEAD CANDIDATES FOR 5309 EARMARKED

8  FUNDS, WASN'T IT?

9  **A**    THAT'S TRUE.  FOR NEW STARTS IN PARTICULAR.

10 **Q**    NOW, HAVING A COORDINATED REGIONAL STRATEGY MAKES A

11 DIFFERENCE IN GETTING EARMARKS FOR THE REGION, DOESN'T IT?

12             **MR. MANOLIUS:**  OBJECTION.  CALLS FOR SPECULATION.

13             **THE COURT:**  OVERRULED.

14             **THE WITNESS:**  WE BELIEVE THAT IT DOES, YES.

15 **BY MS. VALENZUELA SANTAMARIA**

16 **Q**    AND MTC MADE THE DECISION THAT, TO FOCUS THE REGIONS'S

17 ADVOCACY EFFORTS, ONLY A FEW PROJECTS WOULD BE SELECTED TO

18 PURSUE FEDERAL EARMARKS UNDER 5309 NEW STARTS FUNDS, DIDN'T IT?

19 **A**    YES, WITHIN THE PARAMETERS OF 3434, WE IDENTIFIED TWO

20 SPECIFIC PROJECTS FOR REGIONAL ADVOCACY FOR NEW STARTS.

21 **Q**    AND ONE OF THOSE WAS BART TO SAN JOSE, WASN'T IT?

22 **A**    THAT'S CORRECT.

23 **Q**    AND THE TRANSBAY TERMINAL, WHICH WAS A PROJECT LISTED IN

24 RESOLUTION 3434, RECEIVED 5309 BUS DISCRETIONARY FUNDS, DIDN'T

25 IT?

1    **A**    THEY WENT OUT AND ADVOCATED AND RECEIVED -- THEY DID

2    RECEIVE SOME OF THOSE FUNDS, AS DID MANY OTHER BUS PROJECTS IN

3    THE REGION.

4    **Q**    OKAY.  LET'S TALK ABOUT SOME OF THE FUNDING SOURCES THAT

5    YOU TESTIFIED ABOUT LAST WEEK.

6          YOU TESTIFIED THAT TO USE RTIP FUNDS OUTSIDE OF THE

7    COUNTY IN WHICH THEY ARE DESIGNATED WOULD BE AN ARDUOUS

8    PROCESS; DO YOU REMEMBER SAYING THAT?

9    **A**    YES.

10   **Q**    BUT YOU DIDN'T SAY IT COULDN'T BE DONE, RIGHT?

11   **A**    THERE IS A PROVISION THAT ALLOWS FOR A NEGOTIATED PROCESS

12   INVOLVING COUNTIES WHO MAY WANT TO MOVE THEIR MONIES AROUND.

13   THAT IS SOMETHING -- NOT SOMETHING WE CAN CONTROL ON OUR OWN.

14   WE CAN PARTICIPATE IN THAT PROCESS.

15   **Q**    BUT ENGAGING IN NEGOTIATED PROCESSES ISN'T ANYTHING NEW TO

16   MTC, RIGHT?

17   **A**    WE HAVE DONE SOME OF THOSE, YES.  USUALLY AND ALWAYS WHEN

18   THERE ARE WILLING PARTIES INVOLVED.

19   **Q**    YOU TESTIFIED THAT STP FUNDS CANNOT BE USED FOR

20   OPERATIONS; DO YOU RECALL THAT TESTIMONY?

21   **A**    YES.

22   **Q**    BUT THAT'S NOT CORRECT, IS IT?

23   **A**    I THINK YOU ARE MAKING A DISTINCTION BETWEEN OPERATIONS

24   AND PREVENTATIVE MAINTENANCE.  I MAKE THAT DISTINCTION.  STP

25   FUNDS CANNOT BE USED FOR OPERATIONS.  THEY CAN, HOWEVER, BE

1  USED FOR PREVENTATIVE MAINTENANCE, WHICH IS, IN MY VIEW, A

2  DIFFERENT CATEGORY.

3  **Q**    BUT PREVENTATIVE MAINTENANCE NEEDS ARE CLASSIFIED AS

4  OPERATING EXPENSES, ARE THEY NOT?

5  **A**    THEY ARE CLASSIFIED AS CAPITALIZED COSTS.

6  **Q**    AND THEY'RE OPERATING COSTS, CORRECT?

7  **A**    THEY ARE OPERATING EXPENSES THAT ARE THEN CAPITALIZED.  IN

8  MY VIEW, CAPITALIZED COSTS -- MAYBE THIS IS AN ART IN SPLITTING

9  HAIRS, BUT LEGAL PROCESS SEEMS TO BE EXPERT IN THAT, BUT --

10  AGAIN, IN MY VIEW PREVENTATIVE MAINTENANCE IS A VERY SPECIFIC

11  CATEGORY THAT ALLOWS FOR THE CAPITALIZATION OF OPERATING COSTS,

12  BUT IT'S FROM A CAPITAL SOURCE AND IT'S A CAPITAL GRANT.  SO

13  THAT WAS PROBABLY THE DISTINCTION IN MY HEAD I WAS MAKING AT

14  THE TIME.

15  **Q**    OKAY.  YOU ALSO TESTIFIED THAT CMAQ FUNDS ARE NOT ELIGIBLE

16  FOR CAPITAL REHAB NEEDS; DO YOU RECALL THAT?

17  **A**    YES, I DO.

18  **Q**    BUT CMAQ MAYBE USED FOR VEHICLE REPLACEMENT IN CERTAIN

19  INSTANCES; ISN'T THAT RIGHT?

20  **A**    THAT WAS ONLY ALLOWED IN MY -- YOU CAN USE THEM TO

21  URBANIZE NEW VEHICLES FOR EXPANDED SERVICE.  I DO NOT -- I

22  THINK THERE'S A VERY -- I'M NOT SURE THEY, IN FACT, CAN BE USED

23  FOR STRAIGHT ONE-ON-ONE VEHICLE REPLACEMENT.  IF YOU ARE

24  REPLACING THE VEHICLE WITH NEW CLEAN AIR TECHNOLOGIES, THAT

25  WOULD BE ELIGIBLE; BUT A STRAIGHT ON REPLACEMENT, IT'S BEEN OUR

1    EXPERIENCE THAT IS NOT ALLOWED.

2    Q    OKAY.

3    A    I BELIEVE THE REGS SAY THAT AS WELL.

4    Q    REPLACING A VEHICLE WITH CLEAN AIR -- A CLEAN AIR BUS, FOR

5    EXAMPLE, WOULD BE A CAPITAL REHABILITATION COST, WOULD IT NOT,

6    FOR EXISTING SERVICE?

7    A    IT WOULD HAVE TO BE CLEAN AIR TECHNOLOGY -- EXCUSE ME --

8    CLEAN AIR TECHNOLOGY THAT IS NOT MANDATED BY REGULATION IN

9    ORDER TO QUALIFY, IS MY UNDERSTANDING.

10   Q    AND THAT WOULD BE A CAPITAL REHABILITATION COST; ISN'T

11   THAT RIGHT?

12   A    IT WOULD BE A PIECE OF IT, AND, IN FACT, IT MAY BE LIMITED

13   TO THE AIR QUALITY INVESTMENT.  I WOULD NEED TO CHECK THE REGS.

14   THEY'RE PRETTY SPECIFIC ON THIS POINT.

15   Q    CMAQ FUNDS MAY BE USED TO RETROFIT DIESEL ENGINES; ISN'T

16   THAT RIGHT?

17   A    YES, THEY ARE MAKING THEM CLEANER.  THEY'RE NOT REPLACING

18   DIESEL TO DIESEL.  THAT'S AN EXTREMELY IMPORTANT POINT.  AND

19   THE ONLY ELIGIBLE COST THAT CAN BE UNDERWRITTEN WITH CMAQ IS

20   ASSOCIATED WITH THE MOVE TO CLEAN AIR.

21   Q    AND RETROFITTING A DIESEL ENGINE WOULD BE A CAPITAL

22   REHABILITATION COST, WOULDN'T IT?

23   A    UNDER CMAQ?  AGAIN, TO CLARIFY, UNDER CMAQ, IT COULD ONLY

24   BE DONE IF IT INCLUDED A SPECIFIC IMPROVEMENT IN THE EMISSIONS

25   REDUCTION CAPABILITY OF THAT ENGINE.  IF IT'S JUST THE SAME

1  ENGINE FOR THE SAME ENGINE, YOU CANNOT DO IT.

2  **Q**    MY QUESTION WAS WHETHER RETROFITTING A DIESEL ENGINE IS

3  CLASSIFIED AS A CAPITAL REHABILITATION COST AS OPPOSED TO AN

4  OPERATIONS OR EXPANSION COST?

5  **A**    THAT WOULD BE TRUE.

6  **Q**    ALL RIGHT.  MTC RECEIVED A LETTER DATED OCTOBER 1, 2008,

7  FROM THE CALIFORNIA ATTORNEY GENERAL ON THE SUBJECT OF THE

8  CLIMATE CHANGE IMPACT OF THE PROPOSED NEW RTP; ISN'T THAT

9  RIGHT?

10  **A**    THAT'S CORRECT.

11  **Q**    AND YOU'VE REVIEWED THAT LETTER, CORRECT?

12  **A**    YES.

13  **Q**    AND THE ATTORNEY GENERAL FAULTED MTC FOR MTC'S FAILURE TO

14  CONDUCT AN ENVIRONMENTAL IMPACT STUDY FOR TRANSPORTATION

15  EXPANSION PROJECTS THAT MTC PLANS TO CARRY OVER FROM THE 2005

16  RTP INTO THE 2009 RTP, CORRECT?

17          **MR. MANOLIUS:**  OBJECTION, RELEVANCE.

18          **THE COURT:**  OVERRULED.

19          **THE WITNESS:**  I BELIEVE SOME OF THE -- THERE WERE

20  MANY POINTS RAISED IN THE AG'S LETTER.  IS THERE A TAB?

21  **BY MS. VALENZUELA SANTAMARIA**

22  **Q**    IT'S TAB 15.

23  **A**    THANK YOU.  RATHER THAN SPECULATE, IT WOULD BE HELPFUL TO

24  LOOK.

25  **Q**    THIS IS EXHIBIT 763.

1   **A**   WHAT SPECIFIC PAGE ARE YOU REFERRING TO?

2   **Q**   GIVE ME A MINUTE.  SORRY.

3          THAT IS PAGE 5, THE LAST PARAGRAPH THERE.

4   **A**   I'M JUST REVIEWING IT QUICKLY.  THE ONE STARTING "THE

5   PROPOSED PLAN ALSO INCLUDES"?

6   **Q**   THAT'S CORRECT.

7   **A**   YES.  WHAT THEY'RE COMMENTING ON IS, WITH THE COMMITTED

8   FUNDS -- AND RECOGNIZE THAT EVERY RTP, BECAUSE IT'S UPDATED

9   EVERY FOUR YEARS, HAS A SUBSTANTIAL AMOUNT OF PROJECTS THAT ARE

10  CARRIED OVER, BECAUSE YOU CAN'T COMPLETE A 25-YEAR PLAN IN FOUR

11  YEARS -- OF THAT SET, THERE WERE 29 BILLION WORTH OF TRANSIT

12  AND ROAD EXPANSION, THE REST BEING REHAB, SYSTEM MAINTENANCE

13  ORIENTED.

14         AND THEIR CONCERN WAS THAT THOSE HAD NOT UNDERGONE

15  THE SAME EVALUATIONS WE HAD DONE FOR PROJECTS WHERE WE HAD

16  APPLIED MORE DISCRETIONARY FUNDS, WHERE, AGAIN, THE PROPOSAL,

17  SINCE THIS PLAN IS NOT ADOPTED AND THE EIR IS NOT COMPLETED,

18  THAT WAS THE POINT OF THEIR EVALUATION.

19  **Q**   NOW, THE AG ALSO DIRECTED MTC TO CONSIDER ALTERNATIVES TO

20  COMMITTED PROJECTS THAT WOULD CONTRIBUTE TO ADVERSE CUMULATIVE

21  IMPACTS ON THE CLIMATE; IS THAT RIGHT?  IF YOU WANT TO SEE THAT

22  STATEMENT IN THE LETTER, IT'S ON PAGE 5, SECOND PARAGRAPH.

23  **A**   SECOND PARAGRAPH?  THE CEQA REQUIREMENT?

24  **Q**   THE PARAGRAPH STARTING WITH "ACCORDINGLY."

25  **A**   IT SAYS CEQA REQUIRES EVALUATION IN THE EIR OF CLIMATE

1  CHANGE IMPACTS OF BOTH COMMITTED AND DISCRETIONARY, WHICH WE

2  WILL BE DOING AS WE ARE DOING AN EVALUATION ON THE ENTIRE PLAN

3  IN THE EIR WHERE WE'RE LOOKING AT CLIMATE CHANGE FOR THE WHOLE

4  PLAN.  SO THEIR STATEMENT ABOUT CEQA REQUIRING THE EVALUATION

5  IS, IN FACT, TRUE, AND WE WILL BE DOING A FULL EVALUATION ON

6  ALL THE PROJECTS.

7  Q    AND THE AG ALSO CRITICIZED MTC FOR INCLUDING 29 BILLION IN

8  EXPANSION -- 29 BILLION IN FUNDS FOR EXPANSION PROJECTS WITHOUT

9  EVALUATING THE RELATIVE NEED FOR BENEFITS OF OR IMPACTS OF

10  THOSE PROJECTS, CORRECT?

11  A    THEY'RE SAYING WITHOUT RENEWED EVALUATION OF THE RELATIVE

12  NEED OR BENEFITS VIS-A-VIS OTHER PROJECTS.  WE BELIEVE WE'RE

13  GOING TO BE MEETING WITH THE STAFF TO CLARIFY WHERE THEIR

14  CONCERNS ARE.  WE BELIEVE THAT THE ISSUE HERE IS THAT MTC FOR

15  THE UNCOMMITTED FUNDS, THE BRAND NEW PROJECTS THAT WERE BEING

16  INTERJECTED, WE HAD DONE SOME SPECIFIC, MORE DETAILED PROJECT

17  LEVEL EVALUATIONS ON PERFORMANCE ON THOSE.  WE BELIEVE HERE

18  THAT THEY'RE SAYING THEY WOULD LIKE TO SEE SOME SIMILAR

19  EVALUATION DONE FOR THE OTHERS.

20  Q    AND THE ATTORNEY GENERAL ALSO CRITICIZED MTC FOR NOT --

21  FOR INCLUDING EXPANSION PROJECTS IN THE 2009 PROPOSED RTP

22  REGARDLESS OF HOW WELL THEY MEET MTC IDENTIFIED GOALS AND

23  PERFORMANCE OBJECTIVES, CORRECT?

24  A    I DON'T BELIEVE THEY SAY THAT THEY CRITICIZE THAT.  THEY

25  SIMPLY SAY THAT THE -- I DON'T THINK THEY'RE PASSING A JUDGMENT

1  ON THOSE PROJECTS AS MUCH AS TO SAY THEY RECOGNIZE A DIFFERENCE

2  IN OUR EVALUATION PROCEDURES.

3  **Q**    AND ONE OF THOSE WAS MTC'S FAILURE TO CONSIDER WHETHER THE

4  EXPANSION PROJECTS MET MTC GOALS AND PERFORMANCE OBJECTIVES,

5  CORRECT?

6  **A**    QUITE HONESTLY, WHAT I WOULD HAVE TO DO IS, I BELIEVE WE

7  HAD DONE A QUALITATIVE ASSESSMENT ON THE NUMBER OF THE PROJECTS

8  OVER A CERTAIN DOLLAR AMOUNT, SEVERAL OF THEM EVALUATION

9  PROJECTS, BUT, AGAIN, THEY ARE RECOGNIZING, WHICH IS TRUE, THAT

10 WE HAD TWO DIFFERENT SETS OF EVALUATIONS THAT WE HAD APPLIED IN

11 OUR PERFORMANCE EVALUATION OF THE PLAN, AND THEY WERE -- I

12 BELIEVE THEY WOULD LIKE TO SEE SOMETHING MORE DONE FOR THE

13 PROJECTS ON THE COMMITTED SIDE.  THAT'S HOW I READ THIS

14 SECTION.

15 **Q**    AND THE ATTORNEY GENERAL -- THE ATTORNEY GENERAL'S LETTER

16 OBSERVED THAT MTC'S STAFF EVALUATION OF THOSE EXPANSION

17 PROGRAMS INDICATE THAT MANY OF THEM SUPPORT ONLY ONE, AND IN

18 SOME CASES NONE, OF MTC'S IDENTIFIED PERFORMANCE GOALS,

19 CORRECT?

20 **A**    YES, THAT IS THEIR OBSERVATION.

21 **Q**    AND THE ATTORNEY GENERAL RECOMMENDED THAT MTC CONSIDER

22 ALTERNATIVES TO ITS COSTLY EXPANSION PROJECTS THAT WERE

23 INCLUDED IN THE PROPOSED 2009 RTP, CORRECT?

24 **A**    WELL, WHAT THEY SAY -- THE ASSUMPTION THEY'RE MAKING HERE

25 IN THIS PARAGRAPH IS THAT IF WE WERE TO SHIFT ALL THE FUNDS

1    AWAY FROM THE COMMITTED PROJECTS, THAT FUNDING WOULD BE

2    AVAILABLE TO COVER TRANSIT SHORTFALLS.

3            ONE OF THE THINGS THAT WE NEED TO DO IS SIT DOWN WITH

4    THE STAFF AND CLARIFY FOR THEM THAT, IN MANY INSTANCES, THAT

5    ASSUMPTION CANNOT BE MADE BECAUSE THE COMMITTED FUNDS ARE NOT

6    FUNGIBLE TO TRANSIT OPERATIONS, MUCH LIKE WE DISCUSSED LAST

7    TIME IN TERMS OF 3434 PROJECTS, WHICH, AGAIN, I THINK JUST

8    UNDERSCORES THAT THE AG HAS RAISED SOME SPECIFIC CONCERNS WITH

9    SOME -- PARTICULARLY WITH SOME OF THE ASSUMPTIONS IN THE PLAN.

10           WE NEED TO SIT DOWN WITH THEM, WORK IT THROUGH, AND

11   FIND OUT A REASONABLE WAY TO RESPOND TO THEIR ISSUES, WHICH WE

12   INTEND TO DO.

13   **Q**    AND ONE OF THE ATTORNEYS GENERAL'S COMMENTS WAS TO URGE

14   MTC TO CONSIDER THE ALTERNATIVE OF ELIMINATING TRANSIT

15   SHORTFALLS, CORRECT?

16   **A**    NO, I DO NOT SEE THAT IN THIS PLAN.

17   **Q**    OKAY.  CAN YOU TURN TO PAGE 9, UNDER THE PARAGRAPH 3,

18   WHICH IS BULLET POINT HEADING, "THE PROJECTED EFFECTS OF THE

19   DIFFERENT ALTERNATIVES ON VMT AND GHG EMISSIONS"; DO YOU SEE

20   THAT?

21   **A**    YES.

22   **Q**    ABOUT HALFWAY THROUGH THAT PARAGRAPH, LOOKS LIKE THE THIRD

23   SENTENCE READS:

24           "WHILE THIS LETTER IS NOT INTENDED TO

25           PROVIDE A COMPLETE LIST, SOME OF THE

1           POSSIBILITIES INCLUDE THE FOLLOWING:  FOCUS

2           ON ELIMINATING TRANSIT SHORTFALLS."

3           DO YOU SEE THAT?

4   **A**    MM-HMM.

5   **Q**    LET'S TALK --

6   **A**    WHICH IS, AGAIN, JUST TO MAKE SURE WE ARE READING THE SAME

7   THING, SOME OF THE POSSIBILITIES OF AN ALTERNATIVE, WOULD BE TO

8   LOOK AT FOCUSED -- A FOCUS ON ELIMINATING TRANSIT SHORTFALLS,

9   NOT NECESSARILY WHAT CAN BE ACCOMPLISHED.

10  **Q**    OKAY.  LET'S TURN TO 5307 FUNDS.

11          ONE OF THE FACTORS THAT GOES INTO THE FEDERAL FORMULA

12  TO DETERMINE HOW MUCH MONEY GOES INTO EACH REGION IS VEHICLE

13  REVENUE MILES, CORRECT?  ONE OF MANY FACTORS?

14  **A**    YES, ONE OF SEVERAL FACTORS.

15  **Q**    SO, GENERALLY, THE MORE SERVICE OR VEHICLE REVENUE MILES

16  THAT OPERATORS IN AN URBANIZED AREA HAVE, THE MORE 5307 FUNDS

17  COME INTO THE REGION, CORRECT?

18  **A**    THAT WOULD -- ALL OTHER THINGS BEING HELD CONSTANT, THAT

19  SHOULD BE TRUE.

20  **Q**    NOW, IF MTC PROGRAMMED 5307 FUNDS FOR PREVENTATIVE

21  MAINTENANCE TO A GREATER EXTENT, OPERATORS COULD INVEST THE

22  LOCAL FUNDS THAT THEY OTHERWISE WOULD HAVE USED FOR

23  PREVENTATIVE MAINTENANCE AND GAIN INTEREST ON THOSE FUNDS,

24  COULDN'T THEY?

25  **A**    CAN YOU REPEAT THAT AGAIN?

1  **Q**    SURE.  IF AN OPERATOR'S -- IF MTC PROGRAMMED 5307 FUNDS

2  FOR PREVENTIVE MAINTENANCE TO A GREATER EXTENT, OPERATORS WOULD

3  INVEST THE LOCAL FUNDS THAT THEY OTHERWISE WOULD HAVE USED FOR

4  PREVENTATIVE MAINTENANCE PURPOSES AND GAIN INTEREST ON THOSE

5  FUNDS, CORRECT?

6            **MR. MANOLIUS:**  OBJECTION.  VAGUE AND OVERBROAD.

7            **THE COURT:**  OVERRULED.

8            **THE WITNESS:**  WELL, I DON'T THINK DEFERRED CAPITAL

9  FOR PURPOSES OF BEING A NEW FINANCIAL STRATEGY WAS THE INTENT

10  OF THE PROVISION, BUT HYPOTHETICALLY, IF THAT WAS THE CASE,

11  THAT THE ONLY OBJECTIVE WAS TO ALLOW FOR AN INTEREST BEARING

12  ACCOUNT ON LOCAL FUNDS, I SUPPOSE THAT'S ONE POTENTIAL OUTCOME.

13  **BY MS. VALENZUELA SANTAMARIA**

14  **Q**    AND THE INTEREST WOULD BE ADDITIONAL MONEY THAT WOULDN'T

15  HAVE BEEN TAKEN AWAY FROM ANOTHER OPERATOR'S NEEDS, CORRECT?

16  **A**    IN A PURELY HYPOTHETICAL SENSE, I SUPPOSE THAT COULD BE A

17  FINANCIAL OUTCOME OF IT, ACKNOWLEDGING, OF COURSE, THAT THE

18  CAPITAL PLAN WOULD BE DEFERRED RESULT OF THAT ACTION.

19  **Q**    5307 FUNDS ARE ALLOCATED TO SPECIFIC URBANIZED AREAS,

20  CORRECT?

21  **A**    THAT'S CORRECT.

22  **Q**    AND, GENERALLY, AN OPERATOR IS ELIGIBLE ONLY FOR THOSE

23  FUNDS IN AN URBANIZED AREA IN WHICH IT OPERATES SERVICE,

24  CORRECT?

25  **A**    YES.

1   Q    AND YOU TESTIFIED THAT CALTRAIN IS ELIGIBLE FOR FUNDS IN

2   BOTH THE SAN FRANCISCO/OAKLAND URBANIZED AREA AND IN THE SAN

3   JOSE URBANIZED AREA, CORRECT?

4   A    THAT'S CORRECT.

5   Q    AND WHEN BART EXTENDS ITS SERVICES TO SAN JOSE, BART WILL

6   ALSO BE ELIGIBLE FOR 5307 FUNDS IN BOTH THE SAN

7   FRANCISCO/OAKLAND URBANIZED AREAS AND IN THE SAN JOSE URBANIZED

8   AREA, CORRECT?

9   A    THEY SHOULD BE, YES, IF THEY REPORT THAT SERVICE TO THE

10  NTB.

11  Q    AND A.C. TRANSIT IS ONLY ELIGIBLE FOR 5307 FUNDS ALLOCATED

12  TO THE SAN FRANCISCO/OAKLAND URBANIZED AREA, CORRECT?

13  A    YES.

14  Q    AND IT COMPETES FOR THOSE FUNDS WITH A NUMBER OF DIFFERENT

15  OPERATORS, RIGHT?

16  A    THAT'S CORRECT.

17  Q    OKAY.  LET'S TALK A LITTLE BIT ABOUT AB1107 FUNDS.  YOU

18  TESTIFIED DURING DIRECT THAT MTC MADE A POLICY DECISION THAT

19  BART DOESN'T CLAIM TDA FUNDS IN SAN FRANCISCO AND ALAMEDA,

20  CORRECT?

21  A    THAT'S CORRECT.

22  Q    BUT YOU DIDN'T MENTION THAT BART DOESN'T CLAIM THOSE FUNDS

23  AS PART OF THE DEAL MTC BROKERED REGARDING AB1107.  SO MTC'S

24  POLICY REGARDING TDA FUNDS IN THE BART COUNTIES IS PURSUANT TO

25  AN AGREEMENT IN WHICH BART, MUNI AND A.C. TRANSIT, ENTERED

1   INTO, CORRECT?

2   **A**   THERE IS NO FORMAL, CONTRACTUAL AGREEMENT ON ANY OF THOSE

3   OPERATORS, NOT IN THE FUTURE, CLAIMING THOSE FUNDS.  THERE WAS

4   AN UNDERSTANDING AT THE TIME THAT, ONE, THAT FEDERAL OPERATING

5   FUNDS WOULD NOT BE CLAIMED BY -- AS I RECALL -- I WAS NOT

6   PRESENT THERE; I THINK I WAS IN HIGH SCHOOL -- THAT THOSE FUNDS

7   COULD BE CLAIMED BY SOME OPERATOR WHO'S NOT -- THOSE HAVE GONE

8   AWAY, SO THEY ARE NOT EVEN RELEVANT ANYMORE.

9        WITH RESPECT TO TDA, AT ANY TIME BART COULD COME TO

10  MTC AND BE A CLAIMANT FOR THOSE FUNDS.  THERE IS NO CONTRACTUAL

11  AGREEMENT THAT PREVENTS THEM FROM DOING THAT AT THIS POINT.  SO

12  THEY COULD DO THAT AT ANY POINT AT ANY TIME, AND WE WOULD HAVE

13  TO, UNDER STATE LAW, CONSIDER THAT.  THE FACT THAT THEY HAVE

14  WORKED -- HAVE A WORKING AGREEMENT AND UNDERSTANDING NOT TO DO

15  THAT HAS BEEN, I THINK, AN EXAMPLE OF THE ONGOING CONSENSUS

16  BUILDING WE TRY TO ACHIEVE IN THIS REGION.

17  **Q**   NOW, YOU'VE REFERRED TO THAT UNDERSTANDING AS A

18  GENTLEMAN'S AGREEMENT, HAVEN'T YOU?

19  **A**   I THINK ONE OF THEM WAS A WOMAN, BUT, YES, LET'S GO WITH

20  THAT.

21  **Q**   AND MTC FOLLOWS THAT GENTLEMAN'S AGREEMENT, DOESN'T IT?

22  **A**   I WOULD SAY THE OPERATORS DO, BECAUSE UNDERSTAND, AGAIN,

23  THEY HAVE TO COME IN TO CLAIM THE FUNDS.  MTC DOES NOT

24  INDEPENDENTLY ASSIGN TDA FUNDING.  THE OPERATORS SPECIFICALLY

25  COME TO US WITH A CLAIM BASED ON AN APPORTIONMENT WE SET IN A

1  FUND ESTIMATE.  AT ANY POINT, AGAIN, USING THIS EXAMPLE, BART

2  COULD COME IN AND HAVE THE LEGAL OPPORTUNITY TO CLAIM THOSE

3  FUNDS.  THEY DO NOT.

4       SO I WOULD SAY THE DRIVE REALLY IS THE OPERATORS

5  THEMSELVES WORKING COOPERATIVELY IN THIS AREA, WHICH IS THEN

6  BROUGHT TO MTC AND REFLECTED IN THE CLAIMS WE SEE EVERY YEAR.

7  Q    AND THAT GENTLEMAN'S AGREEMENT HAS BEEN FOLLOWED SINCE

8  ABOUT THE EARLY 1980S, HASN'T IT?

9  A    IF THAT'S WHEN AB832 WAS PASSED AND THE AGREEMENT -- AND

10 THE WORKING AGREEMENTS SINCE THAT TIME, THAT WOULD BE ABOUT THE

11 TIMEFRAME.

12 Q    AND IT IS MTC'S POSITION THAT IT CAN'T CHANGE THAT

13 GENTLEMAN'S AGREEMENT WITHOUT AGREEMENT OF ALL THE PARTIES,

14 RIGHT?

15 A    IT'S NOT OUR DECISION.  THERE IS A -- THE BILL WAS PASSED,

16 AND THERE IS STATUTE THAT SAYS -- ARE YOU REFERRING TO THE

17 25 PERCENT SPLIT, JUST TO BE CLEAR?

18 Q    I'M REFERRING TO THE AB1107 DEAL WHEREBY BART GETS

19 75 PERCENT OF AB1107 FUNDS, MTC ALLOCATES THE REMAINING

20 25 PERCENT TO BART OR TO MUNI AND TO A.C. TRANSIT EQUALLY, AND

21 BART DOESN'T CLAIM A.C. TRANSIT AND MUNI'S -- TDA FUNDS THAT

22 A.C. TRANSIT AND MUNI COULD ALSO CLAIM.

23 A    OKAY.  SO, AGAIN, LET'S JUST MAKE CLEAR ABOUT THE ACTUAL

24 AGREEMENTS.

25       THERE IS STATUTORY LAW THAT STIPULATES THAT

 1  75 PERCENT IS BART'S, THAT 25 PERCENT IS FOR MTC TO ALLOCATE

 2  BETWEEN THREE CLAIMANTS, BART, A.C. AND MUNI.  IT HAS BEEN A

 3  WORKING AGREEMENT TIL NOW THAT MUNI AND A.C. -- THAT WASN'T

 4  FROM THE VERY BEGINNING, BUT AT THIS POINT, MUNI AND A.C. EACH

 5  GET HALF OF THE 25 PERCENT.

 6          AT ANY POINT, THE OPERATORS, OR MTC UNDER THE

 7  PROVISIONS OF AB842, COULD RECALL, AGAIN, THE PARTIES TOGETHER

 8  TO RENEGOTIATE THE DISTRIBUTION OF THAT 25 PERCENT.  THAT IS IN

 9  STATUTE.  BUT THERE IS NO -- THERE IS ABSOLUTELY NO OTHER

10  AGREEMENT THAT SAYS WE'RE LOCKED DOWN TO SOMETHING THAT EXISTS

11  TODAY IN TERMS OF THAT PERCENTAGE SPLIT.

12  **Q**    BUT MTC HAS FOLLOWED THAT AGREEMENT, HASN'T IT?

13  **A**    BECAUSE WE HAVEN'T BEEN ASKED TO REVISIT IT, THOUGH WE

14  COULD.

15  **Q**    DO YOU RECALL IN YOUR DEPOSITION TESTIFYING THAT MTC

16  CANNOT MAKE A UNILATERAL DECISION TO CHANGE THAT?

17  **A**    NO, BECAUSE WE HAVE TO CONSULT -- AS THE STATUTE PROVIDES,

18  WE HAVE TO CONSULT WITH THE PARTIES AND COME TO A MUTUAL

19  UNDERSTANDING.  IT IS OUR FIRST RESPONSIBILITY TO PULL TOGETHER

20  THAT NEGOTIATING UNIT UNDER THE STATUTORY PROVISIONS.

21  **Q**    AND MTC HAS NEVER MADE ANY CHANGES TO THAT AGREEMENT, HAS

22  IT?

23  **A**    AGAIN, BECAUSE WE HAVE NOT BEEN ASKED TO.  SHOULD ANY OF

24  THE OPERATORS CHOOSE UNDER THE PROVISIONS OF AB842 TO ASK FOR A

25  RETHINKING NEGOTIATION ON THE DISTRIBUTION OF THE 25 PERCENT,

1  EITHER OF THE THREE COULD MAKE THAT REQUEST OF US.  THEY

2  HAVEN'T YET.

3  **Q**   SO, IN MTC'S MIND, IT'S A BINDING CONTRACT AS BETWEEN THE

4  PARTIES THAT ONLY THE PARTIES CAN CHANGE, CORRECT?

5  **A**   NO.  A BINDING CONTRACT, I'M HAVING PROBLEMS WITH THAT,

6  BECAUSE THERE IS NO -- AGAIN, THERE'S NO CONTRACTUAL AGREEMENT

7  ON THE CURRENT PERCENTAGE SPLIT, WHICH, IN MY MIND, IS NOT

8  BINDING IN ANY WAY.

9        ALL THE LAW SAYS IS THAT A -- YOU KNOW, SHOULD THE --

10  THAT MTC HAS THE ABILITY TO CALL THE PARTIES TOGETHER AND

11  NEGOTIATE THE BASIC DISTRIBUTION OF THAT MONEY.  UP TO NOW,

12  EVERYONE'S BEEN HAPPY WITH THE CURRENT ARRANGEMENT.  SHOULD ANY

13  OF THE THREE AT ANY POINT WANT TO REVISIT THAT, WE WOULD NEED

14  TO CALL THAT TOGETHER AND CONSIDER THE REQUEST.  THAT'S THE

15  ONLY PROVISION THAT'S ALL BINDING BECAUSE THAT'S IN THE

16  STATUTE.

17  **Q**   OKAY.  LET'S TALK A LITTLE BIT ABOUT --

18        **THE COURT:**  IF WE ARE GOING TO SWITCH SUBJECTS, WHY

19  DON'T WE TAKE OUR FIRST BREAK, 15 MINUTES?

20        **MS. VALENZUELA SANTAMARIA:**  OKAY, SURE.

21        (WHEREUPON THERE WAS A RECESS IN THE PROCEEDINGS

22        FROM 10:15 UNTIL 10:38 A.M.)

23  **BY MS. VALENZUELA SANTAMARIA:**

24  **Q.**  MISS MCMILLAN, LET'S SWITCH GEARS HERE.  I HAVE A FEW

25  QUESTIONS TO ASK YOU ABOUT LIFELINE.

1  **A.**   OKAY.

2  **Q.**   DR. CERVERO TESTIFIED:

3        "SO I THINK IN TERMS OF LIFELINE, THE GENERAL

4        CONSENSUS WAS THAT YOU DON'T DEAL WITH THESE NEEDS IN

5        A LONG-RANGE NINE COUNTY LEVEL MACRO-SCALE REGIONAL

6        PLAN; THAT THESE ARE INITIATIVES THAT HAVE TO BE

7        DEFINED, FINE-TUNED AT A COMMUNITY-BASED PLANNING

8        LEVEL."

9        DO YOU AGREE WITH THAT STATEMENT?

10 **A.**   I WOULD RECAST IT.  IN HEARING THAT TESTIMONY, I THINK

11 WHAT HE WAS SAYING IS THAT THE SPECIFIC CHOICE OF PROJECTS

12 WOULD NOT BE MADE IN A LONG-RANGE PLAN IN THE SAME WAY THAT YOU

13 WOULD, FOR EXAMPLE, IDENTIFY MAJOR INFRASTRUCTURE PROJECTS WITH

14 LIFE CYCLES OF, LIKE, 50 YEARS; THAT THE SPECIFIC

15 IDENTIFICATION OF INDIVIDUAL PROJECTS SHOULD COME FROM A

16 COMMUNITY-BASED PROCESS, WHICH IS, IN FACT, WHAT WE DO.

17        WE SET ASIDE SPECIFIC AMOUNTS OF FUNDING FOR A

18 LIFELINE PROGRAM, BUT THE ACTUAL PROJECTS THAT WILL BE FUNDED

19 FROM THAT PROGRAM WILL EMERGE FROM A COMMUNITY-BASED PROCESS.

20 **Q.**   AND YOU TESTIFIED THAT AS PART OF THE LIFELINE PROGRAM,

21 MTC HAS DEVELOPED COMMUNITY-BASED PLANS, RIGHT?

22 **A.**   THAT'S CORRECT.  WE ARE IN THE PROCESS OF DOING THAT.  WE

23 HAVE SECURED FUNDING FOR ALL OF THEM, BUT THEY ARE NOT ALL DONE

24 YET.  THEY ARE -- SOME OF THEM ARE STILL TO BE COMPLETED.

25 **Q.**   AND THOSE COMMUNITY-BASED PLANS ARE STUDIES, CORRECT?

1  A.    STUDIES.  I -- I GUESS SO, DEPENDING ON HOW YOU DEFINE A

2  STUDY.

3          THEY ARE NOT ANALYTICAL STUDIES IN THE LINE OF

4  QUESTIONING THAT HAPPENED LAST TIME.  THEY ARE BASICALLY

5  EFFORTS OF THE COMMUNITY MEMBERS TO WORK WITH THEIR

6  TRANSPORTATION PROVIDERS AND IDENTIFY POSSIBLE SOLUTIONS TO

7  MOBILITY NEEDS THEY SEE IN THEIR COMMUNITIES.

8  Q.    SO THE FUNDS THAT MTC HAS SECURED FOR THOSE

9  COMMUNITY-BASED PLANS HAVE NOT BEEN USED TO PROVIDE ADDITIONAL

10 TRANSIT SERVICES, RIGHT?

11 A.    NOT THAT PIECE OF IT.  THAT'S ONLY A SMALL PART OF THE

12 LIFELINE PROGRAM IDENTIFIED IN THE RTP.  CBTS ARE ONLY A PART

13 OF THAT.

14          MS. VALENZUELA SANTAMARIA:  I HAVE NO FURTHER

15 QUESTIONS.

16          THE COURT:  THANK YOU.

17          ANYTHING FURTHER?

18          MR. MANOLIUS:  YES.  JUST A FEW QUESTIONS, YOUR

19 HONOR.  THANK YOU.

20                    **REDIRECT EXAMINATION**

21 BY MR. MANOLIUS:

22 Q.    THANKS AGAIN, MISS MCMILLAN, FOR ALL YOUR WORK IN THIS

23 CASE.

24          IF YOU WOULD TURN TO TAB 5 YOU WERE ASKED ABOUT BY

25 PLAINTIFF'S COUNSEL, AND SPECIFICALLY PAGE 2.1-2.  THAT'S THE

1  SAME PAGE YOU WERE ON BEFORE.

2  **A.**    22 --

3  **Q.**    THAT'S BATES NO. 296.

4  **A.**    YES, YES.

5  **Q.**    2030 FUNDING.  WHAT DID THAT 2030 FUNDING ACTUALLY COVER

6  AND WHAT DID IT NOT COVER, IF YOU KNOW WHAT I'M GETTING AT?

7  **A.**    ON THE CAPITAL SIDE?

8  **Q.**    YEAH, EXACTLY.

9  **A.**    WELL, AGAIN, IT'S UNFORTUNATELY ALWAYS SOMEWHAT OF A

10  COMPLICATED CHART, BUT ESSENTIALLY WHAT WE WERE ABLE TO DO IN

11  THE LONG-RANGE PLAN FOR -- IN THE 2005 LONG-RANGE PLAN WAS

12  COVER THE BODY OF CAPITAL NEEDS KNOWN AS SCORE 16.  THAT'S

13  ESSENTIALLY VEHICLE ROLLING STOCK AND GUIDEWAY ASSOCIATED WITH

14  THAT, BUT ONLY THAT.

15          THE LAST COLUMN HERE "VISION ELEMENT CAPITAL NEED

16  OUTSTANDING" IS ALL THE REST OF THE CAPITAL PLAN THAT WE COULD

17  NOT IDENTIFY FUNDING FOR AS PART OF THAT PLAN.

18  **Q.**    OKAY.  IS THERE ANYTHING MISSING FROM THIS LIST IN TERMS

19  OF ANY OPERATORS' CAPITAL NEEDS?

20  **A.**    WELL, ONE OF THE SPECIFIC THINGS THAT WAS UNIQUE TO THIS

21  PLAN WAS BART'S SEISMIC PROGRAM.  THEIR SEISMIC NEEDS WERE

22  IDENTIFIED, BUT WE DID NOT -- WE SPECIFICALLY SAID THAT WE

23  WOULD NOT BE INTENDING TO PUT ANY REGIONAL DISCRETIONARY FUNDS

24  TO THAT.  IT WAS TOO BIG AND BASICALLY TOO OPERATOR SPECIFIC

25  AND THAT BART WOULD HAVE TO GO OUT AND RAISE ITS OWN MONEY

 1  EITHER THROUGH SUBSIDIES OR ADDITIONAL TAXES, WHICH, IN FACT,

 2  THEY DID.

 3          THEY LEVIED A -- THEY TOOK TO THE VOTERS A PROPERTY

 4  TAX THAT WAS PASSED THAT PAID AT LEAST A SUBSTANTIAL PORTION OF

 5  THE SEISMIC COST.  I DON'T RECALL -- I WANT TO SAY ON THE ORDER

 6  OF 50 PERCENT, MAYBE 50 PERCENT-PLUS.

 7  **Q.**   WHAT WAS THE TOTAL AMOUNT OF THE SEISMIC COST OR ESTIMATE

 8  AT THE TIME?

 9  **A.**   I COULD LOOK IN HERE REAL QUICK BECAUSE I NEED TO REFRESH

10  MY MEMORY.  I BELIEVE IT IS HERE.

11  **Q.**   SURE.

12          (BRIEF PAUSE.)

13  **A.**   OKAY.  IF YOU WANT IT FOR THE RECORD FOR 2.1-8:

14          "BART ALSO HAD AN ESTIMATED $1.3 BILLION SEISMIC

15          RETROFIT PROGRAM OF OVERHEAD TRACK STRUCTURES IN THE

16          TRANSBAY TUBE, AND A RECENTLY APPROVED PROPERTY TAX

17          ASSESSMENT THAT WILL FINANCE G.O. BONDS WILL FUND THE

18          BULK OF IT" --

19          OH, SO IT WAS CLOSER THAN I THOUGHT.  IT WAS ROUGHLY

20  A BILLION OF THAT WOULD BE COVERED, AND THAT THEY INTEND TO

21  SEEK GRANTS -- ESSENTIALLY WHAT IT GOES ON TO SAY IS THEY WILL

22  SEEK GRANTS FOR TRACK STRUCTURES AND RM2 ALSO HAD EARMARKED AN

23  AMOUNT FOR THE TRANSBAY TUBE.

24  **Q.**   SO DOES THE SEISMIC NEED APPEAR ON THE CHART, ON 2.1-2?

25  **A.**   I BELIEVE IT'S IN -- ON THIS CHART I BELIEVE IT'S IN THE

```
 1   VISION ELEMENT, AND THAT WAS -- I THINK IT'S WITHIN THAT 1.3 ON
 2   THE VERY LAST COLUMN.  I THINK SO.
 3   Q.   OKAY.  THANKS.
 4        IN DISCUSSING RESOLUTION 3357 -- WELL, LET ME ASK YOU
 5   A PRELIMINARY QUESTION.  THE 3357 CRITERIA, DOES THAT APPLY TO
 6   ALL VERSIONS OF RESOLUTION 3434?
 7   A.   I'M SORRY.  CAN YOU REPEAT THAT?
 8   Q.   YES.  I THINK SO.
 9   A.   I'M STILL TRYING TO FIGURE OUT THIS.
10   Q.   HAS THE 3357 CRITERIA IN THAT RESOLUTION APPLIED TO ALL OF
11   THE UPDATES TO 3434?
12   A.   YES.  AS I MENTIONED, WE HAVE NOT -- WE HAVE NOT ADDED
13   ANYTHING IN TERMS OF NEW PROJECTS, EXCEPT FOR THE FERRIES, AND
14   WHICH WE HAD INTENDED TO DO AND WE ADOPTED IT IN 2001, BUT WE
15   ARE WAITING FOR THE LEGISLATURE TO DO THE PLAN.
16        AND THE ONLY, AGAIN, SIGNIFICANT UPDATE WOULD BE THE
17   TOD POLICY, WHICH DID INJECT SPECIFIC NEW CRITERIA RELATIVE TO
18   THE DENSITY THRESHOLDS THAT CERTAIN PROJECTS NEED TO MEET.
19   Q.   AND WHY ARE THERE DIFFERENT CRITERIA IN THAT RESOLUTION
20   3357 FOR INCLUSION IN RESOLUTION 3434 BETWEEN BUS AND RAIL?
21   A.   WELL, WE WERE RECOGNIZING THERE WERE FUNDAMENTALLY
22   DIFFERENT PROJECTS.  THE RAIL PROJECTS, AS I THINK WE HAVE
23   COVERED BEFORE, TEND TO BE BIGGER, TEND TO BE MORE CAPITAL
24   INTENSIVE, REQUIRE MUCH GREATER SUPPORT IN TERMS OF LAND USE
25   FOR RIDERSHIP, POTENTIAL TO BE REALIZED.
```

1          CERTAINLY ON THE FEDERAL SIDE, WHICH, AGAIN, WAS PART

2    OF THIS PROGRAM, WAS TO LOOK TO THE POTENTIAL OF SECURING,

3    AMONG OTHER THINGS, FEDERAL DISCRETIONARY FUNDS.  THERE'S A

4    WHOLE BODY OF RIGOROUS CRITERIA THAT FTA HAS THAT GOES FAR

5    BEYOND ANYTHING WE HAVE IN 3434, AND ANY PROJECT PURSUING NEW

6    STARTS HAS GOT TO BE PREPARED TO DEAL WITH THOSE AS WELL.

7          WHEREAS, THE BUS PROJECTS, WE BELIEVED THEY COULD

8    HAVE A MUCH LESS STRINGENT BAR TO MEET, BECAUSE THEY ARE JUST

9    DIFFERENT TYPES OF PROJECTS.  THEY POTENTIALLY SERVE A SOMEWHAT

10   DIFFERENT MARKET.  AGAIN, A LARGE PART OF THEIR NEEDED CAPITAL

11   INFRASTRUCTURE IS, FRANKLY, TAKEN OFF THE TABLE FOR THEM

12   BECAUSE WE BUILD THE HIGHWAY NETWORK THEY RUN ON COMPLETELY

13   SEPARATE AND APART FROM 3434.  SO WE -- WE BELIEVED THAT THEY

14   WERE DIFFERENT ENOUGH THAT WE WOULD CRAFT DIFFERENT CRITERIA

15   FOR THEM.

16   Q.   YOU WERE TALKING ABOUT ON CROSS 5309, SPECIFICALLY NEW

17   STARTS AND BUS DISCRETIONARY?

18   A.   YES.

19   Q.   AND THOSE ARE BOTH EARMARKED PROGRAMS, CORRECT?

20   A.   YES.

21   Q.   AND YOU WERE TALKING ABOUT HOW MTC WAS TRYING TO FORGE A

22   CONSENSUS TO PRESENT A UNIFIED VOICE TO THE DECISION-MAKERS,

23   CORRECT?

24   A.   YES.

25   Q.   AND WE WERE TALKING ABOUT CONGRESS?

1  **A.**    CORRECT.

2  **Q.**    OKAY.  HOW DID MTC DO?

3  **A.**    I WOULD SAY MIXED IN TERMS OF THE TWO PROGRAMS.

4           ON NEW STARTS I THINK WE HAVE BEEN SUCCESSFUL IN

5  KEEPING THE FOCUS ON THE TWO PROJECTS, BART TO SAN JOSE AND I

6  THINK IT'S CALLED BART TO SANTA CLARA, WHATEVER, BUT BART, AND

7  THE MUNI CENTRAL SUBWAY.

8           I THINK IT'S IMPORTANT TO RECOGNIZE THAT FOR BART,

9  IRRESPECTIVE OF THE FACT THAT IT WAS FLAGGED, WE ENDED UP --

10  I'M NOT SURE IF WE COVERED THIS SO FORGIVE ME, BUT IN THE 2005

11  RTP -- WE INCLUDED IT IN THE 2001 RTP.

12           WE TOOK IT OUT OF THE 2005 RTP, WHICH ESSENTIALLY

13  TOOK IT OUT OF THE RUNNING FOR THE CONTINUING NEW STARTS

14  PROCESS BECAUSE OF THE ISSUES WITH OPERATIONS.  IT KIND OF GOT

15  SIDETRACKED, KIND OF -- TO USE MAYBE A BAD ANALOGY -- OFF ON A

16  SIDE TRACK WITH THE NEW STARTS PROCESS BECAUSE IT WAS NOT NOW

17  IN THE RTP.

18           SO EVEN THOUGH WE STILL BELIEVE IF THEY CAN GET THEIR

19  FINANCIAL PLAN TOGETHER, IT SHOULD BE, YOU KNOW, A FOCUS.

20  THAT'S SOMETHING THAT HAS -- YOU KNOW, NEW CIRCUMSTANCES HAVE

21  COME TO BEAR.  SO AS I THINK WE COVERED BEFORE, WE WILL SEE HOW

22  THAT GOES.

23           **THE COURT:**  WHICH THING CAME OUT?

24           **THE WITNESS:**  THE BART TO SAN JOSE PROJECT HAD

25  ORIGINALLY BEEN IN THE FINANCIALLY-CONSTRAINED RTP OF THE 2001,

1   BUT 2005 BECAUSE OF THE OPERATING ISSUES AND THE DROP IN SALES

2   TAX PROJECTIONS FOR OPERATING RELATIVE TO THE BIG ECONOMIC

3   MELTDOWN THE VTA WAS FACING, THE PROJECT WAS ACTUALLY TAKEN OUT

4   OF FINANCIALLY-CONSTRAINED PLANS.

5           SO EVEN THOUGH IT'S STILL IN 3434, IT'S NO LONGER IN

6   THE RTP AND CAN ONLY GET BACK IN THE RTP IF THEY CAN RESOLVE

7   THEIR OPERATING PLAN ISSUES.

8           AND THAT DID HAVE RAMIFICATIONS FOR THEIR NEW STARTS

9   PROCESS BECAUSE YOU NEED TO BE IN A FINANCIALLY-CONSTRAINED

10  PLAN TO KEEP MOVING ALONG THE FTA NEW STARTS PIPELINE.

11          SO I GUESS THE POINT I'M TRYING TO MAKE IS THAT 3434

12  SETS, AGAIN, THESE OBJECTIVES, BUT WE HAVE TO RESPOND TO

13  CIRCUMSTANCES AS COME UP.

14          AND ONCE WE KNOW THE -- YOU KNOW, THEY ARE WORKING

15  DILIGENTLY WITH FTA TO DEAL WITH THESE PARTICULAR ISSUES, THEN

16  WE WILL SEE.

17  Q.   LET ME JUST ASK YOU A FOLLOW-UP QUESTION ON THAT.

18          DO YOU KNOW WHAT THE STATUS CURRENTLY IS FOR THE BART

19  TO SANTA CLARA PROJECT?

20  A.   I BELIEVE THEY WERE REQUESTED TO IDENTIFY WHAT'S KNOWN AS

21  A MOS, MINIMAL OPERABLE SEGMENT, AS IF WE NEED ANOTHER ACRONYM,

22  THAT IS NOW ASSIGNED TO BE THE FEDERALIZED PIECE OF THE

23  PROJECT.

24          SO THEY MET SOME SPECIFIC FTA REQUIREMENTS FOR SORT

25  OF REDEFINING THE CAPITAL INVESTMENT PIECE.  THAT -- FTA WAS

1  HAPPY WITH THAT, IS MY UNDERSTANDING.  THEY ARE STILL, THOUGH,

2  HAVING TO DEAL WITH THE OPERATING ISSUE, WHICH, AS WE SAID,

3  WILL ULTIMATELY BE RESOLVED WITH WHETHER OR NOT A SALES TAX WAS

4  PASSED IN NOVEMBER.  AND EVEN IF IT'S NOT PASSED, CAN THEY

5  RESTRUCTURE AND ORDER THEIR PRIORITIES IN MEASURE A TO IDENTIFY

6  SUFFICIENT OPERATING FUNDS.

7          SO THAT PROJECT, YOU KNOW, IS STILL WORKING ITS WAY

8  THROUGH.

9  **Q.**   AND THAT SALES TAX IS A SANTA CLARA COUNTY SALES TAX

10  PROPOSED BY VTA?

11  **A.**   THAT IS CORRECT, AND IT'S ON THE BALLOT IN NOVEMBER, THIS

12  NOVEMBER.  AND THEN -- WELL.

13  **Q.**   I WILL GET BACK.

14  **A.**   OKAY.

15  **Q.**   WE WERE TALKING ABOUT 5309, AND THAT WAS ABOUT NEW STARTS

16  YOU JUST TESTIFIED.

17          HOW DID MTC DO IN COMING UP WITH A FORGED VOICE, IF

18  YOU WILL, FOR BUS DISCRETIONARY EARMARKED FUNDS?

19  **A.**   WE NEVER DID ACCOMPLISH THAT.  ONCE WE HAD -- WHEN WE HAD

20  ADOPTED RESOLUTION 3434 IN 2001, IT WAS OUR FULL INTENT TO HAVE

21  IN EFFECT A REGIONAL PRIORITY FOR THE DISCRETIONARY BUS FUNDS

22  IN LARGE PART BECAUSE THE A.C. TRANSIT PROJECT HAD AT THAT TIME

23  IDENTIFIED A MAJOR PART OF ITS FEDERAL CONTRIBUTION WAS BUS

24  DISCRETIONARY MONEY.

25          AND WHILE WE DID IDENTIFY THAT IN OUR ADVOCACY

1    DOCUMENTS, THE TRANSIT OPERATORS THEMSELVES WERE NOT HAPPY WITH

2    THAT.  THE CONGRESSIONAL STAFF WAS NOT HAPPY WITH THAT.  THEIR

3    BASIC PERSPECTIVE, AND THEY WERE VERY CLEAR WITH US, WAS THIS

4    IS A DISCRETIONARY EARMARKED PROGRAM.  THE OPERATORS SAID WE

5    HAVE LOBBYISTS IN WASHINGTON.  WE WORK VERY HARD WITH OUR OWN

6    INDIVIDUAL DELEGATES -- EXCUSE ME, DELEGATION AND CONGRESSIONAL

7    MEMBERS TO BRING HOME, YOU KNOW, EARMARKS TO OUR REGION.  WE DO

8    NOT WANT THAT UPSET.

9           AND WE HEARD THE SAME THING FROM THE CONGRESSIONAL

10   STAFF.  LIKE, ALL GOOD AND FINE ON NEW STARTS, BUT WITH BUS

11   DISCRETIONARY WE ARE NOT TOO INTERESTED IN YOU TELLING US THAT

12   CONGRESSWOMAN TAUSCHER CAN'T PUT FORTH A BUS DISCRETIONARY

13   EARMARK BECAUSE -- YOU KNOW, FOR TRI-DELTA BECAUSE YOU, REGION,

14   HAVE IDENTIFIED OTHER PROJECTS IN ADVANCE OF THAT.

15          SO WE NEVER REALLY COULD GET OUR ARMS AROUND THAT,

16   WHICH IS WHY IN THE SUBSEQUENT UPDATES ONE OF THE MAIN THINGS

17   THAT WE DID WAS TO MOVE BUS DISCRETIONARY AS A MAJOR SOURCE OF

18   FUNDING FROM THE A.C. BRT PROJECT, TOOK THAT OUT AND BROUGHT IN

19   THE NEW START -- THE SMALL STARTS FUNDING, THE NEW PROGRAM

20   CREATED UNDER SAFETEA-LU, THE LAST AUTHORIZATION, WHICH WAS FAR

21   MORE AMENABLE TO A REGIONAL PRIORITY DEVELOPMENT.

22          AND WE HAVE ESSENTIALLY LEFT THE BUS DISCRETIONARY

23   PROGRAM TO BE SORT OF EARMARKED AND IN SORT OF THE INDIVIDUAL

24   OPERATOR'S SENSE THAT PEOPLE SEE.

25          I MEAN, I DON'T KNOW.  IN THE FUTURE, WOULD THAT

1    CHANGE?  I DON'T KNOW.  BUT CURRENTLY THAT'S DEFINITELY THE

2    SENTIMENT THAT BOTH CONGRESSIONAL DELEGATION, AS WELL AS OUR

3    OPERATORS, WOULD LIKE TO SEE.

4    **Q.**   SO DOES THE FACT THAT MTC ADVOCATES, HOPEFULLY, WITH A

5    UNIFIED VOICE PREVENT INDIVIDUAL OPERATORS FROM SEEKING

6    EARMARKS?

7    **A.**   NO.

8    **Q.**   LET'S TURN TO -- YOU WERE ASKED ABOUT THE TRANSBAY

9    PROJECT.  IF YOU WOULD TURN TO TAB 19 IN THE BINDER IN FRONT OF

10   YOU?

11   **A.**   WHICH PAGE?

12   **Q.**   THE PAGE FOLLOWING SEVEN.  IT'S ATTACHMENT ONE.

13   **A.**   ATTACHED IN THE RESOLUTION, OR IN THE --

14   **Q.**   IN THE MEMO, I BELIEVE.

15   **A.**   IN THE MEMO?

16           **THE COURT:**  IT'S A TABLE?

17           **MR. MANOLIUS:**  YES, IT'S A TABLE OF PROJECTS.

18   **A.**   OH, I SEE.

19   **BY MR. MANOLIUS:**

20   **Q.**   WHEN WE WERE LAST TALKING TOGETHER WITH YOU ON THE STAND,

21   WE WENT OVER 3434, THE 2006 VERSION, AND THERE WAS ONE LINE

22   ITEM FOR TRANSBAY.

23   **A.**   CORRECT.

24   **Q.**   HERE THERE APPEAR TO BE TWO, IF I'M READING THIS

25   CORRECTLY?

1  **A.**   YES.

2  **Q.**   CAN YOU EXPLAIN THAT?

3  **A.**   THE TRANSBAY TRANSIT CENTER HAD BEEN, LIKE SEVERAL OF THE

4  PROJECTS, ALMOST ALL OF THEM, HAD BEEN EXPERIENCING SINCE 2001

5  CONTINUED COST INCREASES.  AND ONE OF THE OBJECTIVES, AS I

6  BELIEVE I MENTIONED BEFORE, BUT TO SUMMARIZE VERY QUICKLY, OF

7  THE STRATEGIC PLAN UPDATE WE DID IN 2008 WAS TO RE-TIER THE

8  PROJECTS IN TERMS OF THOSE THAT WERE VERY CLOSE TO BE FULLY

9  FUNDED -- EITHER WERE FULLY FUNDED BASED ON INFORMATION WE HAVE

10 OR SO CLOSE THAT WITH A STRATEGIC INVESTMENT OF FUNDS, LIKE WE

11 DID WITH A.C. TRANSIT WHERE WE GAVE THEM $35 MILLION OF CMAQ TO

12 CLOSE THEIR GAP AND WHERE WE MADE A SIMILAR STRATEGIC

13 CONTRIBUTION TO THE BART TO WARM SPRINGS LINK TO FULLY FUND ITS

14 GAP, ON THAT FIRST TIER REPRESENTS PROJECTS THAT NOW ARE FULLY

15 FUNDED WITH ADOPTION OF THE STRATEGIC PLAN, AGAIN, OVER THIS

16 25-YEAR PLANNING PERIOD AND WILL GO IN THE RTP.

17        IN THE SECOND TIER WERE PROJECTS THAT CONTINUED TO

18 NEED SOME SCOPE REFINEMENT IN ORDER TO PROCEED.  IN FACT, IF

19 YOU NOTICE THERE IN THIS CHART THAT YOU ARE SHOWING ME, A.C.

20 TRANSIT AND BART WERE THERE, BUT BECAUSE OF THE SCOPE OF

21 FUNDING AND THE INJECTION THEY EVENTUALLY MOVED UP TO THE FIRST

22 TIER.  IT DOESN'T REFLECT THAT, BUT THAT WAS THE PRACTICAL

23 EFFECT BY FULLY FUNDING THEM.

24        AND THEN WE HAD TWO MORE PROJECTS AT THE BOTTOM.

25 NOW, THE TRANSBAY TERMINAL PROJECT IS -- PHASE ONE IS THE BUS

1    TERMINAL PIECE THAT THEY WORKED VERY, VERY HARD TO IDENTIFY

2    FULL FUNDING FOR, BUT IT BECAME PATENTLY CLEAR THAT THE

3    CALTRAIN EXTENSION PIECE OF IT, THE ACTUAL EXTENSION OF

4    CALTRAIN, WAS ESSENTIALLY NOT FUNDED AT THIS POINT.  AND WHAT

5    TRANSBAY DECIDED TO DO IS REALLY CONCENTRATE THEIR COMMITTED

6    IDENTIFIED FUNDS TO GETTING THE BUS TERMINAL DONE SO THAT COULD

7    REMAIN IN THE REGIONAL TRANSPORTATION PLAN, BUT ADMIT THAT THE

8    DOWNTOWN EXTENSION PIECE OF IT -- BEFORE THAT THEY HAD BEEN

9    COUPLED TOGETHER.  WE DECOUPLED THEM, BECAUSE IT HAS SUCH A

10   HUGE SHORTFALL.

11            SO IT'S IN THE VERY LAST COLUMN -- VERY LAST TIER.

12   "SHORTFALL IS EQUAL TO OR GREATER THAN 50 PERCENT OF PROJECT

13   LOSS."

14   Q.    SO TRANSBAY TRANSCENTER PHASE ONE IS THE BUS PROJECT?

15   A.    THAT'S CORRECT.  THAT'S THE BUS TERMINAL.  IT HAS

16   BASICALLY A SHELL BUILT INTO THE DESIGN.  SHOULD WE EVER FIND

17   FUNDS FOR THE CALTRAIN DOWNTOWN EXTENSION, WHICH, AGAIN, AS

18   LONG AS IT'S IN 3434, WE WILL KEEP LOOKING, BUT THE ACTUAL

19   EXTENSION ITSELF IS NO LONGER DEFINED AS PART OF THE PHASE ONE

20   PROJECT.

21   Q.    THAT'S 1.189 BILLION?

22   A.    ABOUT $1.2 BILLION FOR THE PHASE ONE.

23   Q.    YOU TESTIFIED ABOUT THE A.G. LETTER, WHICH IS TAB 15 IN

24   YOUR BINDER?

25   A.    YES.

1    **Q.**   CAN YOU GIVE THE COURT SOME CONTEXT FOR THIS LETTER?  DID

2    IT COME OUT OF THE BLUE?

3    **A.**   NO.  AGAIN, WHEN THE LEGISLATURE PASSED THE CLIMATE CHANGE

4    BILL BACK IN 2006, THE A.G.'S OFFICE BEGAN ESSENTIALLY

5    IMMEDIATELY NOTIFYING NOT ONLY REGIONAL TRANSPORTATION PLANNING

6    AGENCIES, BUT CITIES, COUNTIES -- COUNTIES IN PARTICULAR DOING

7    GENERAL PLAN UPDATES AND THE LIKE, THAT THEY NEEDED TO DULY

8    CONSIDER THE IMPACT OF THOSE PLANS ON HELPING TO ACHIEVE

9    GREENHOUSE GAS REDUCTION TARGETS.

10           NOW, IT'S BEEN PARTICULARLY CHALLENGING BECAUSE THE

11   REGULATIONS THAT THE CALIFORNIA AIR RESOURCES BOARD IS SUPPOSED

12   TO DEVELOP TO DEFINE EXACTLY WHAT PIECE OF THE TARGET WE ARE

13   SUPPOSED TO MEET HASN'T BEEN DONE YET, BUT THE A.G. IS

14   COMMITTED TO MAKING SURE PEOPLE GET A JUMP START IN ADVANCE OF

15   THOSE REGULATIONS TO MAKE SURE THAT THESE CONSIDERATIONS ARE

16   TAKEN INTO EFFECT.

17           AND AS I MENTIONED, FOR ALL OF THE BIG REGIONAL

18   TRANSPORTATION AGENCIES THAT HAVE ADOPTED AN RTP SINCE THAT

19   PASSAGE OF AB32, EVERY SINGLE ONE OF THEM HAS RECEIVED A

20   COMMENT LETTER FROM THE A.G. ON THE SUBJECT.

21   **Q.**   NOW, WHEN YOU SAY "COMMENT LETTER," COMMENT TO WHAT?

22   **A.**   IT'S GENERALLY, AGAIN, A COMMENT TO THE ENVIRONMENTAL

23   DOCUMENT TO BE PREPARED FOR THE PLAN.  SO TO THAT EXTENT WE

24   WEREN'T SURPRISED THAT WE RECEIVED IT.

25           WE WERE SURPRISED THAT IT WAS SO LATE.  WE HAD ISSUED

1    THE NOP BACK IN JANUARY, AND THE CLOSE OF COMMENT PERIOD WAS

2    SIX MONTHS AGO.  WE JUST GOT THIS LETTER.  BUT THE FACT THAT WE

3    GOT THE LETTER ON A DRAFT ENVIRONMENTAL REPORT IS CONSISTENT

4    WITH THE TYPE OF COMMENT EXTENDED TO OTHER ENTITIES IN THE

5    STATE.

6            **MS. VALENZUELA SANTAMARIA:**  OBJECTION.  MOVE TO

7    STRIKE TO THE EXTENT MISS MCMILLAN IS TESTIFYING AS TO WHAT

8    OTHER ENTITIES RECEIVED FROM THE ATTORNEY GENERAL.

9            **THE COURT:**  OVERRULED.

10   **A.**    THEY ARE LISTED ON THE A.G. WEBSITE, SO IT'S PRETTY EASY

11   TO GET THE INFORMATION.

12   **BY MR. MANOLIUS:**

13   **Q.**    YOU WERE ASKED ABOUT URBANIZED AREAS.

14   **A.**    YES.

15   **Q.**    IN TERMS OF 5307 FUNDS, THOSE ARE ALSO RELEVANT TO 5309,

16   THE FIXED GUIDEWAY FUNDS?  THE NAME WAS ESCAPING ME FOR A

17   MOMENT.

18   **A.**    CORRECT.  THE SAME BOUNDARIES APPLY TO THE ASSIGNMENT OF

19   FORMULA FUNDS.

20   **Q.**    NOW, YOU TESTIFIED BEFORE THAT MTC IS THE DESIGNATED

21   RECIPIENT OF THOSE FUNDS?

22   **A.**    YES.

23   **Q.**    OKAY.  WHAT IMPACT DOES THAT HAVE ON THE REGION, THAT MTC

24   IS THE DESIGNATED RECIPIENT?

25   **A.**    WELL, WE -- THE FUNDS THAT COME TO THE REGION, AS YOU

1   SAID, ARE DRIVEN BY A VERY SPECIFIC FORMULA IN FEDERAL LAW.

2           AND IT'S -- IN THE CASE OF 5307, IT'S INTERESTING IN

3   THAT OF THE NATIONAL AMOUNT AVAILABLE IN THAT PROGRAM, IF I'M

4   REMEMBERING -- I BELIEVE I'M REMEMBERING THESE CORRECTLY, A

5   THIRD OF IT -- IT'S SPLIT IMMEDIATELY.  ONE-THIRD ESSENTIALLY

6   TO DISTRIBUTE TO THE RAIL OPERATORS OR FIXED GUIDEWAY-RELATED

7   OPERATORS.  I THINK IT'S CALLED THE RAIL TIER AND FIXED

8   GUIDEWAY TIER.  AND OTHER SIX SECTION OR TWO-THIRDS TO BUS.

9           THERE ARE MANY, MANY, MANY MORE BUS OPERATORS IN THIS

10  COUNTRY THAN RAIL.  SO IF YOU ARE AN URBANIZED AREA THAT HAS A

11  COMBINATION OF RAIL AND BUS, YOU ARE GOING TO DO RELATIVELY

12  BETTER THAN OTHER METRO AREAS, JUST OUT OF THE GATE.  BECAUSE

13  YOU ARE -- YOU ARE BEING ABLE TO DRAW FROM A SIGNIFICANT PIECE

14  OF THE PROGRAM A THIRD, BUT MANY LESS CLAIMANTS, YOU KNOW, SORT

15  OF CARVING UP THAT PIECE OF THE PIE.

16          WHAT THAT MEANS FOR US IS THAT TO THE EXTENT THAT WE

17  HAVE AN URBANIZED AREA LIKE THE SFO/OAKLAND URBANIZED AREA THAT

18  HAS A COMBINATION OF THOSE OPERATORS, THOSE FUNDS ESSENTIALLY,

19  THEN, BLENDED FOR US.  WE DON'T THEN JUST SUBVENE THEM TO

20  OPERATORS BASED ON WHAT THEY GENERATE.  WE BLEND THEM TOGETHER

21  WITHIN THE URBANIZED AREA AND THEN RANK IT ACCORDING TO NEED.

22          AND EVERYONE COMPETES.  THIS IS THE WHOLE SCORING

23  SYSTEM, THE CAPS AND ALL THAT STUFF WE SPENT AN ENORMOUS AMOUNT

24  OF TIME TALKING ABOUT.  BUT IT'S TO TRY AND PUT EVERYONE'S NEED

25  ON THE SAME BASIC LEVEL, LIFE CYCLE REPLACEMENT.  SO

1    IRRESPECTIVE OF WHAT YOU NECESSARILY GENERATE, WE TREAT IT

2    BASED ON CAPITAL REPLACEMENT NEED BASED ON LIFE CYCLE.

3            SO AT THAT POINT THE DISTINCTIONS BETWEEN THE GREATER

4    AMOUNT, QUITE FRANKLY, THAT THE RAIL OPERATORS BRING INTO THE

5    REGION, AT LEAST FOR 5307, IT'S BLENDED WITH THE BUS SIDE, AND

6    THE RAIL OPERATORS PROPORTIONATELY DO A LITTLE BIT BETTER

7    BECAUSE WE BLEND THEM ALL TOGETHER.

8    Q.   I'M SORRY.  YOU SAID RAIL OPERATORS DO BETTER?

9    A.   I'M SORRY.  THE BUS OPERATORS.

10   Q.   AND THAT'S BECAUSE THE OVERALL FORMULA IS STACKED TO RAIL?

11   A.   YES.

12   Q.   AND IF MTC WAS NOT THE DESIGNATED RECIPIENT, WHAT WOULD

13   HAPPEN?

14   A.   IN THE MAJORITY OF THE COUNTRY THE DESIGNATED RECIPIENT IS

15   THE OPERATOR ITSELF, SO YOU GET WHAT YOU GENERATE STRAIGHT UP.

16   AND THAT'S GOING TO BE BASED ON FACTORS -- I THINK PLAINTIFF'S

17   COUNSEL WAS SORT OF ALLUDING TO THIS REVENUE VEHICLE MILES,

18   IT'S PASSENGER MILES, IT'S RELATIVE POPULATION DENSITY.  I'M

19   TRYING TO REMEMBER.  THERE'S A COUPLE OF OTHERS.

20   Q.   AM I RIGHT USING THE WORD RETURN TO SOURCE?

21   A.   THAT WOULD BE A -- THAT'S HOW THE VAST MAJORITY OF 5307 IS

22   APPORTIONED AND ALLOCATED, YES.

23   Q.   AND IF MTC WAS NOT THE DESIGNATED RECIPIENT --

24           THE COURT:  I THINK YOU ASKED THAT ALREADY.

25           MR. MANOLIUS:  OKAY.  I HAVE ONE FINAL.

1          **THE COURT:**  ALL RIGHT.

2          **MR. MANOLIUS:**  I THINK THE COURT HAS THE POINT.  I

3 WILL MOVE ON.

4          **THE COURT:**  I'M BEGINNING TO EMPATHIZE WITH THE

5 JURORS WHO AFTER EVERY TRIAL ALWAYS SAY THERE'S TONS OF

6 REPETITION, AND I'M FEELING THAT WAY TODAY.

7          **MR. MANOLIUS:**  OKAY.

8 **BY MR. MANOLIUS:**

9 **Q.**  FINALLY, YOU WERE DISCUSSING THE AB1107 ISSUE AND

10 SPECIFICALLY THE LAW, 842 AND YOU TALKED ABOUT WHAT THE LAW

11 REQUIRES.

12          DOES THE LAW REQUIRE ANYTHING ABOUT THE TDA FUNDING

13 PIECE?

14 **A.**  NO.  THE LAW SAYS NOTHING ABOUT THAT.  IT ONLY SPEAKS TO

15 THE -- 1107 SPEAKS TO THE 75 PERCENT/25 PERCENT SPLIT.

16          8842 SPEAKS MORE TO THE PROCESS SIDE, WHICH THE

17 25 PERCENT PIECE IS DEALT WITH IN TERMS OF THE -- MTC'S, YOU

18 KNOW, ALLOCATION OF AUTHORITY.  AND THEN THE THREE PARTIES,

19 BART, A.C. AND MUNI, THAT CAN MAKE CLAIM TO THAT 25 PERCENT.

20          **MR. MANOLIUS:**  IF I MIGHT HAVE A MOMENT, YOUR HONOR?

21          (DISCUSSION HELD OFF THE RECORD.)

22          **MR. MANOLIUS:**  THANK YOU VERY MUCH.  NO FURTHER

23 QUESTIONS.

24          **THE COURT:**  ALL RIGHT.  ANYTHING FURTHER?

25          **MS. VALENZUELA SANTAMARIA:**  NO, YOUR HONOR.

1              THE COURT:  OKAY, THANK YOU.

2         (WITNESS EXCUSED.)

3              MR. LEE:  YOUR HONOR, I BELIEVE MTC IS RESTING, BUT

4    THEY HAVEN'T SAID SO YET.

5              MR. MANOLIUS:  OH, I'M SORRY.  THAT'S CORRECT.

6              THE COURT:  ALL RIGHT.  THANK YOU.

7              MR. LEE:  WE HAVE SOME STIPULATIONS THAT WILL BE

8    COMING, INCLUDING A STIPULATION THAT WILL PERMIT THE --

9    DR. BERK'S REBUTTAL REPORT OF MR. CERVERO -- DR. CERVERO AND,

10   ALSO, DR. SANCHEZ'S REBUTTAL OF DR. CERVERO'S REPORT.  BUT

11   THESE -- WE HAVE SOME STIPULATION, YOUR HONOR.

12             MR. MANOLIUS:  ACTUALLY, JUST A CORRECTION.  THERE

13   ARE JUST VERY SELECT PORTIONS OF DR. SANCHEZ'S REPORT AND DEPO

14   DESIGNATIONS TO GO ALONG WITH THAT.

15             THE COURT:  OKAY.  ALL RIGHT.

16             MR. MANOLIUS:  YES.

17             MR. LEE:  FOR PLAINTIFF'S REBUTTAL WE CALL A.G.

18   CHRISTIAN PEEPLES.

19             THE COURT:  MR. PEEPLES, YOU UNDERSTAND YOU ARE STILL

20   UNDER OATH.

21             THE WITNESS:  YES, MA'AM.

22             THE COURT:  THANK YOU.

23                  <u>A.G. CHRISTIAN PEEPLES</u>,

24   CALLED AS A WITNESS FOR THE PLAINTIFF AS A REBUTTAL WITNESS

25   HEREIN, HAVING BEEN PREVIOUSLY SWORN, RESUMED THE STAND AND

1    TESTIFIED FURTHER AS FOLLOWS:

2                         **DIRECT EXAMINATION**

3    **BY MR. LEE:**

4    **Q.**   MR. PEEPLES, THERE HAS BEEN A LOT OF TESTIMONY ABOUT

5    RESOLUTION 3434.  DO YOU HAVE AN UNDERSTANDING OF HOW THE 3434

6    PROCESS FOR SELECTION OF PROJECTS WORKS?

7    **A.**   YES.

8    **Q.**   DOES MTC CONSIDER ALTERNATIVE PROJECTS TO THOSE SELECTED

9    DURING THE PROCESS OF SELECTING 3434 PROJECTS?

10   **A.**   NOT DURING THE PROCESS OF SELECTING 3434 PROJECTS.  THAT

11   HAPPENS EITHER IN AN MIS STUDY OR EVENTUALLY IN THE EIS/EIR.

12   **Q.**   WHAT IS A MIS STUDY?

13   **A.**   MIS IS A MAJOR INVESTMENT STUDY.  IT'S A STUDY THAT'S

14   REQUIRED BY FTA.  AND I FORGET WHAT THE THRESHOLD IS.  I THINK

15   IT'S 50 MILLION, BUT IT MAY BE DIFFERENT THAN THAT.

16   **Q.**   AND AT WHAT POINT IN TIME DOES THE MIS STUDY OCCUR?

17   **A.**   THE MIS STUDY HAPPENS AS YOU BEGIN TO WORK ON THE PROJECT.

18   **Q.**   AND COULD YOU EXPLAIN WHAT AN EIR/EIS STUDY IS?

19   **A.**   IT'S AN ENVIRONMENTAL IMPACT REPORT/ENVIRONMENTAL IMPACT

20   STATEMENT.  EIR IS STATE.  EIS IS FEDERAL.  AND IT'S A REQUIRED

21   EXAMINATION OF THE ENVIRONMENTAL IMPACTS OF THE PROJECT DEFINED

22   VERY BROADLY.

23             SO IT CAN BE ECONOMIC IMPACTS.  IT CAN BE SOCIAL

24   IMPACTS.  IT CAN BE IMPACTS ON ANIMALS AND TREES.

25   **Q.**   AT WHAT POINT IN TIME DOES EIR OR EIS PROCESS OCCUR?

1   **A.**    IT OCCURS AS YOU ARE BEGINNING TO SEEK FUNDING.  IT'S A

2   REQUIRED -- IT'S FAIRLY FAR ALONG IN THE PROCESS, BUT BEFORE

3   YOU BEGIN TO SEEK ACTUAL CONSTRUCTION FUNDING FOR ANYTHING.

4   **Q.**    AND IT'S WAY AFTER THE SELECTION OF THE PROJECT FOR 3434,

5   IS THAT CORRECT?

6   **A.**    CORRECT.

7   **Q.**    THERE HAS BEEN TESTIMONY THAT COMPARING DIFFERENT MODES,

8   LIKE BUS AND RAIL, IS LIKE COMPARING APPLES AND ORANGES; IS

9   THAT YOUR UNDERSTANDING?

10          **MR. MANOLIUS:**  OBJECTION, YOUR HONOR.  RELEVANCE FOR

11  THIS WITNESS TO TESTIFY TO THIS.

12          **THE COURT:**  OVERRULED.

13  **A.**    NOT MY UNDERSTANDING AT ALL.  IN FACT, DIFFERENT MODES ARE

14  COMMONLY COMPARED AT ALL SORTS OF LEVELS.

15          THE BAY CROSSING STUDY THAT I KEEP CALLING THE 2001

16  STUDY, BUT ON THE COVER IT SAYS 2002, THAT MTC DID THAT LOOKED

17  AT EVERY POSSIBLE WAY TO CROSS THE BAY, FROM ANOTHER BART TO A

18  SOUTHERN CROSSING, AND LOOKED AT ALL THE BRIDGES, EXAMINED BOTH

19  RAIL AND BUS ALTERNATIVES FOR EACH BRIDGE.

20          EVERY EIR REQUIRES A FULL SET OF ALTERNATIVES AND FOR

21  A RAIL PROJECT, IT ALMOST ALWAYS INCLUDES A BUS ALTERNATIVE.

22          FOR EXAMPLE, DUMBARTON RAIL HAD A VERY ROBUST BUS

23  ALTERNATIVE IN THERE.  AND AS THE COST OF THAT PROJECT HAS

24  ESCALATED, WE HAVE BEEN ASKED TO LOOK AT THAT AGAIN BECAUSE

25  THERE IS A POSSIBILITY THEY WILL DO BUS BEFORE THEY DO RAIL.

1          SO -- IN FACT, EVEN OUR INTERNATIONAL TELEGRAPH BRT

2    DURING THE MIS PROCESS HAD A RAIL ALTERNATIVE STUDY, THOUGH, OF

3    LIGHT RAIL.

4          SO THEY'RE BOTH WAYS OF PUTTING SOMEBODY'S REAR IN A

5    SEAT AND MOVING THEM FROM POINT A TO POINT B.

6    Q.   AND DO YOU KNOW ANY OTHER COMPARISONS ACROSS MODES FOR --

7    INVOLVING THE TRANSBAY SERVICE AND BART?

8    A.   YES.  DAN MCFADDEN, WHO IS THE COX PROFESSOR OF ECONOMICS

9    AT BERKELEY, GOT THE NOBEL PRIZE IN ECONOMICS FOR HIS WORK ON

10   CONSUMER CHOICE.  ONE OF HIS CASE STUDIES FOR THAT CONSUMER

11   CHOICE WAS COMPARING A.C. TRANSIT'S TRANSBAY SERVICE TO BART.

12         HE CAME TO THE CONCLUSION THAT FOR MANY CONSUMERS

13   THEY PREFER THE TRANSBAY BUS SERVICE BECAUSE THEY CAN WALK.

14   THEY GET A SINGLE SEAT RIDE, AND THEY ARE ALWAYS GUARANTEED A

15   SEAT.

16         MR. LEE:  YOUR HONOR, MOVE TO STRIKE.  THIS WITNESS

17   IS NOT AN EXPERT.

18         THE COURT:  SUSTAINED.

19   BY MR. LEE:

20   Q.   YOU TESTIFIED BEFORE ABOUT A.C. TRANSIT PROPOSING PROJECTS

21   IN THE GREEN BOOK TO MTC FOR INCLUSION IN THE RESOLUTION 3434

22   LIST, IS THAT CORRECT?

23   A.   YES.

24   Q.   AND FOR BACKGROUND, CAN YOU REMIND US WHICH OF THE A.C.

25   TRANSIT PROJECTS WERE SELECTED FOR INCLUSION IN THE 2001

1   RESOLUTION 3434?

2           MR. MANOLIUS:  OBJECTION.  IS HE REBUTTING HIMSELF?

3           MR. LEE:  I'M LAYING FOUNDATION, YOUR HONOR.  JUST

4   TRYING TO GIVE THE COURT BACKGROUND.

5           THE COURT:  GO AHEAD.

6           MR. LEE:  IF YOU WANT ME TO, I WILL JUST LEAD.

7   BY MR. LEE:

8   Q.   NOW THE THREE PROJECTS WERE INTERNATIONAL TELEGRAPH BRT

9   PHASE ONE, AND THE SECOND ONE WAS INTERNATIONAL TELEGRAPH BRT

10  PHASE TWO, AND THE THIRD WAS MISCELLANEOUS CORRIDORS, IS THAT

11  CORRECT?

12  A.   YES.

13  Q.   AND WHICH CORRIDORS DID THE -- WHAT WERE CORRIDORS -- LET

14  ME CONTINUE LEADING.

15          WITH RESPECT TO THE MISCELLANEOUS CORRIDORS, YOUR

16  HONOR -- MR. PEEPLES, THE THREE CORRIDORS WERE MCARTHUR,

17  HESPERIAN AND FOOTHILL, IS THAT CORRECT?

18  A.   YES.

19  Q.   IN 2006 ONLY ONE OF THOSE CORRIDORS WAS INCLUDED, IS THAT

20  CORRECT?

21  A.   YES.

22  Q.   AND THERE WAS TESTIMONY BY MISS MCMILLAN THAT -- AS TO THE

23  DECISION TO TAKE HESPERIAN AND FOOTHILL OFF THE LIST THAT YOU

24  WEREN'T HERE FOR.

25          I JUST ASK YOU THE QUESTION:  DO YOU KNOW HOW THE

1   DECISION WAS MADE TO TAKE HESPERIAN AND FOOTHILL OFF THE LIST?

2   **A.**   WELL, MTC BASICALLY OLD A.C. AND TOLD OUR STAFF THAT THERE

3   WASN'T ENOUGH MONEY TO DO ALL THREE AND ASKED US TO CHOOSE.

4   AND THE STAFF RECOMMENDED THE BOARD AND THE BOARD CHOSE

5   MCARTHUR BECAUSE IT'S GOT GREATER RIDERSHIP.   THERE IS ALL

6   SORTS OF TECHNICAL REASONS FOR THAT.

7   **Q.**   THERE HAS BEEN A LOT OF TESTIMONY ABOUT THE IMPORTANCE OF

8   THE RAIL PROJECTS.

9           MR. PEEPLES, WERE YOU PRESENT WHEN MTC EXECUTIVE

10  DIRECTOR STEVE HEMINGER SPOKE IN AUGUST 2007 BEFORE THE INTER

11  MODAL PLANNING WORKSHOP WITH THE AMERICAN TRANSPORTATION

12  ASSOCIATION?

13  **A.**   YES.

14  **Q.**   DO YOU RECALL THE SUBJECT OF MR. HEMINGER'S REMARKS?

15  **A.**   YES.   I WAS VERY BOTH SURPRISED AND PLEASED BY THEM.

16  BASICALLY MR. HEMINGER SAID THAT THE ERA OF BIG PROJECTS -- AND

17  TALKING PRIMARILY ABOUT HIGHWAY, BUT ALSO ABOUT TRANSIT -- WAS

18  REALLY OVER AND THAT WHAT WE NEEDED TO BE DOING WAS LOOKING AT

19  GETTING GREATER EFFICIENCY AND GREATER USE OUT OF WHAT WE

20  ALREADY HAD.

21          SO IT WAS EVERYTHING FROM AN EMPHASIS ON INTELLIGENT

22  TRANSPORTATION SYSTEMS, HAVING BUSES -- AND COORDINATING ALL

23  THE LIGHTS ON A STREET, HAVING BUSES CONTROL THOSE LIGHTS,

24  ELECTRONIC FARE MEDIA, TRANSLINK CARDS THAT GOLDEN GATE AND

25  A.C. ARE NOW USING FULL TIME, FAST TRACK ON THE HIGHWAY SIDE,

1  PROJECTS LIKE THEIR ROVING -- ROVING TOW TRUCKS, TO TRY TO HAVE

2  THE EXISTING LANE MILES ON A FREEWAY WORK MORE EFFICIENTLY.

3          **MR. MANOLIUS:**  OBJECTION.  MOVE TO STRIKE.  HEARSAY.

4  AND, ALSO, WHAT IS THIS REBUTTING?

5          **THE COURT:**  WELL, IT'S NOT HEARSAY IF IT'S A

6  STATEMENT OF A PARTY OPPONENT.  SO I'M NOT SURE WHAT IT'S

7  REBUTTING, BUT...

8  **BY MR. LEE:**

9  **Q.**  WAS MR. HEMINGER TALKING ABOUT A SHIFT FROM CAPITAL

10 PROJECTS TO OPERATIONS?

11 **A.**  YES.

12 **Q.**  AND, IN FACT, HIS TITLE OF HIS TALK WAS ABOUT OPERATIONS?

13 **A.**  YES.

14 **Q.**  AND THE IMPROVEMENTS THAT YOU WERE TALKING ABOUT WERE

15 IMPROVEMENTS IN OPERATIONS, IS THAT CORRECT?

16 **A.**  CORRECT.

17 **Q.**  WERE MR. HEMINGER'S REMARKS CONSISTENT WITH MTC'S FUNDING

18 POLICIES?

19          **MR. MANOLIUS:**  OBJECTION.  CALLS FOR AN EXPERT

20 OPINION.  LACKS FOUNDATION.  HE IS NOT AN EXPERT.

21          **THE COURT:**  I GUESS I JUST -- I DON'T THINK IT'S

22 GOING TO BE HELPFUL TO ME.  I'M GOING TO MAKE THE COMPARISON,

23 SO SUSTAINED.

24          **MR. LEE:**  I WILL MOVE ON, YOUR HONOR.

25

1  BY MR. LEE:

2  Q.   THERE HAS BEEN TESTIMONY, MR. PEEPLES, AND YOUR HONOR,

3  ABOUT ENVIRONMENTAL AND AIR QUALITY CONCERNS.

4         MR. PEEPLES, ARE YOU AWARE OF THE AIR QUALITY IMPACTS

5  OF A.C. TRANSIT SERVICE?

6  A.   YES.

7  Q.   WHAT ARE THE IMPACTS?

8  A.   WELL --

9         MR. MANOLIUS:   OBJECTION.   CALLS FOR EXPERT OPINION,

10  YOUR HONOR.

11         THE COURT:   OVERRULED.

12  A.   TO THE EXTENT WE TAKE CARS OFF THE ROAD, WE ARE HAVING A

13  VERY BENEFICIAL ENVIRONMENTAL IMPACT.

14         WE HAVE DONE A WHOLE LOT OF WORK -- A.C. TRANSIT HAS

15  BEEN IN THE LEAD AND I HAVE GONE UP AND TESTIFIED IN FRONT OF

16  THE CARB BOARD AND I HAVE DONE A LOT OF WORK ON THIS ISSUE --

17  BY MR. LEE:

18  Q.   COULD YOU EXPLAIN WHAT THE CARB IS?

19  A.   CARB IS THE CALIFORNIA AIR RESOURCES BOARD.   IT'S THE

20  BOARD THAT'S CHARGED IN CALIFORNIA WITH IMPROVING AIR QUALITY.

21         WE HAVE BEEN IN THE LEAD IN DEVELOPING CLEANER DIESEL

22  IN CALIFORNIA.   WE WENT UP TO -- TO THE CARB BOARD IN, I GUESS

23  IT WAS '99 AND 2000 AND PUT IN THE DIESEL PATH, WHICH ALLOWS US

24  TO CONTINUE TO RUN DIESEL SO LONG AS WE HAVE A ZERO EMISSION

25  PROGRAM.   THAT PROGRAM IS OUR HYDROGEN FUEL CELL PROGRAM?

1          AT THE SAME TIME OUR DIESEL BUSES PRODUCE 93 PERCENT

2    LESS PARTICULATE MATTER THAN THEY DID WHEN I GOT ON THE BOARD.

3    WE PRODUCE 57 PERCENT LOSS KNOCKS.

4          WE HAVE DONE THAT WITH A SERIES OF BOTH ENGINE

5    IMPROVEMENTS AND, ALSO, AFTER TREATMENT EQUIPMENT THAT HAS BEEN

6    DEVELOPED AT CUMMINS WEST IN SAN LEANDRO AND WAS ORIGINALLY

7    TESTED ON OUR BUSES AND ARE NOW IN USE ALL AROUND THE WORLD.

8          **MR. MANOLIUS:**  OBJECTION, YOUR HONOR.  MOVE TO STRIKE

9    AS NOT REBUTTING ANYTHING.

10         **THE COURT:**  OVERRULED.

11   **BY MR. LEE:**

12   **Q.**   YOU REFERRED TO NOX.  COULD YOU EXPLAIN WHAT NOX IS?

13   **A.**   NOX IS OXIDES OF NITROGEN.  IT'S THE PRIMARY COMPONENT OF

14   SMOG.

15   **Q.**   REFERRING TO CONGESTION, HOW IMPORTANT IS CONGESTION

16   REDUCTION TO A.C. TRANSIT RIDERS?

17   **A.**   WELL, CONGESTION REDUCTION IS REALLY A VERY MIDDLE CLASS

18   VALUE.  WHAT WE ARE ALWAYS TRYING TO EMPHASIZE IS MOBILITY.

19         CONGESTION REDUCTION ASSUMES THAT YOU ARE GOING TO

20   MAKE MOST OF YOUR TRIPS BY CAR, BUT THE COMMUTE TRIPS WHICH

21   TEND TO BE ON THE FREEWAYS DURING PEAK ARE THE MAJOR PROBLEM.

22         FOR A.C. TRANSIT AND FOR OUR RIDERS THE MAJOR PROBLEM

23   IS JUST GETTING AROUND.  ABOUT 40 PERCENT OF THEM WHO RIDE OUR

24   LOCAL SERVICE DON'T HAVE A CAR AT ALL.  ABOUT 60 PERCENT DON'T

25   HAVE A CAR FOR THE TRIP THEY ARE TAKING.

```
 1              AND SO FROM A POLITICAL AND PUBLIC POINT OF VIEW,

 2    CONGESTION REDUCTION IS WHAT PEOPLE TALK ABOUT A LOT.  I THINK

 3    IT'S ENTIRELY THE WRONG VALUE TO BE LOOKING AT.

 4    Q.   AND YOU REFERRED TO THE CARS THAT A.C. TRANSIT RIDERS OWN,

 5    IS THAT CORRECT?

 6    A.   YES.

 7    Q.   ARE THOSE CARS PARTICULARLY POLLUTED?

 8    A.   YES, IN --

 9              MR. MANOLIUS:  OBJECTION.  LACKS FOUNDATION.  EXCUSE

10    ME, SIR.  I'M SORRY.

11    A.   UH-HUH.

12              MR. MANOLIUS:  LACKS FOUNDATION.  WHAT'S IT

13    REBUTTING, YOUR HONOR?  I JUST DON'T UNDERSTAND.

14              THE COURT:  WELL, I THINK IT'S REBUTTING IN GENERAL

15    THE ISSUE ABOUT WHETHER THE COMPETING PRIORITY OF POLLUTION

16    REDUCTION, HOW HE FITS INTO THAT VERSUS EVERYBODY ELSE, SO

17    THERE IS SOME REBUTTAL VALUE.

18              I SUPPOSE YOU CAN LAY A FOUNDATION.  I MEAN, I THINK

19    HE KNOWS A LOT ABOUT WHAT A.C. DOES AND IT WOULD SURPRISE ME IF

20    WE ARE GOING TO SPEND THE NEXT FIVE MINUTES HEARING -- I'M SURE

21    HE DOES KNOW ABOUT THIS, BUT IF YOU WANT HIM TO LAY A

22    FOUNDATION, WE CAN SPEND THAT TIME.

23              I MEAN, YOU KNOW, IT'S BEEN THERE FOREVER AND, YOU

24    KNOW, GO HEAD.  I MEAN, IT'S TRUE THAT IT'S NOT REFLECTED IN

25    THE RECORD SPECIFICALLY.  IF YOU WANT A FOUNDATION LAID, YOU
```

1    CAN HAVE A FOUNDATION.

2            I WOULD LIKE TO KNOW WHAT PERCENT OF THE RIDERS

3    ENGAGE IN THE COMMUTE ACROSS THE TRANSBAY OR WHAT PERCENT OF

4    TRIPS?

5            **THE WITNESS:**  IT'S RELATIVELY SMALL.  THERE ARE ABOUT

6    14,000 TRIPS A DAY THAT ARE TRANSBAY OUT OF 210,000, 215,000

7    TOTAL TRIPS A DAY.  AND THOSE ARE UNLINKED TRIPS, SO THEY ARE

8    BOARDINGS.

9    **BY MR. LEE:**

10   **Q.**  SO IT'S BETWEEN SIX AND PERCENT?

11   **A.**  YES.  MY MATH IS NOT THAT QUICK.

12           **THE COURT:**  GO AHEAD.

13   **BY MR. LEE:**

14   **Q.**  I BELIEVE THAT I WAS ASKING YOU ABOUT THE CARS OWNED BY --

15   WHETHER THE CARS OWNED BY A.C. TRANSIT RIDERS WERE PARTICULARLY

16   POLLUTED?

17   **A.**  WE HAVE DONE A NUMBER OF STUDIES --

18           **MR. MANOLIUS:**  OBJECTION --

19           **MR. LEE:**  YOU WANT ME TO LAY A FOUNDATION?

20           **THE COURT:**  YES, YES.

21   **BY MR. LEE:**

22   **Q.**  MR. PEEPLES, HAS THE -- HAS THE A.C. TRANSIT BOARD AND THE

23   PLANNING COMMITTEE IN ITS DELIBERATIONS CONSIDERED AIR

24   QUALITY --

25   **A.**  YES.

1  **Q.**   (CONTINUING) -- ISSUES?

2  **A.**   YES.

3  **Q.**   AND HAVE THEY CONSIDERED IT IN TERMS OF IMPROVEMENTS TO

4  THE DIESEL ENGINES AND OTHER ASPECTS OF BUS OPERATION?

5  **A.**   YES.

6              **MR. LEE:**  IS THAT SUFFICIENT, YOUR HONOR?

7              **THE COURT:**  WHAT STUDIES, IF ANY, HAVE YOU DONE

8  REGARDING THE KINDS OF CARS THAT USERS HAVE IN TERMS OF THEIR

9  IMPACT ON THE ENVIRONMENT?

10             **THE WITNESS:**  WE HAVE STUDIED THAT SEVERAL TIMES.  AS

11  PART OF THE TITLE SIX REPORT, WE HAVE -- WE HAVE TAKEN A LOOK

12  AT BOTH AIR QUALITY IMPACTS AND AVAILABILITY OF CARS AND WHAT

13  KIND OF CARS.

14             WE HAVE ALSO HAD OTHER STUDIES DONE BOTH BY THE BAY

15  AREA AIR QUALITY DISTRICT AND BY OURSELVES THAT HAVE TRIED TO

16  LOOK AT THE KINDS OF CARS THAT ARE DRIVEN BY THE GENERAL INCOME

17  STRATA THAT TAKE A.C. TRANSIT AND OTHER BUS SYSTEMS.

18             AND THE DETERMINATION, NOT SURPRISINGLY, HAS BEEN

19  SINCE THAT TENDS TO BE THE BOTTOM QUINTILE OF THE INCOME RUNG,

20  THAT THOSE FOLKS TEND TO HAVE OLDER CARS THAT ARE MORE

21  POLLUTING AND DO NOT HAVE MODERN POLLUTION CONTROL EQUIPMENT ON

22  THEM.

23  **Q.**   THERE HAS BEEN TESTIMONY, YOUR HONOR, ABOUT -- THAT ONLY

24  6 PERCENT OF THE TRIPS MADE IN THE REGION ARE MADE ON TRANSIT.

25             MR. PEEPLES, DO YOU KNOW WHAT THE PERCENTAGE OF TRIPS

1    IN THE A.C. TRANSIT SERVICE AREA IS, THAT ARE MADE ON TRANSIT?

2    **A.**   YES, YES.  AND IT VARIES.  ANYWHERE FROM 18 TO 20 PERCENT

3    IN, YOU KNOW, BERKELEY, NORTH OAKLAND, AROUND LIKE WHERE I

4    LIVE, WHERE IT'S A VERY TRANSIT FRIENDLY AREA, DOWN TO THAT

5    6 PERCENT AVERAGE IS PROBABLY A LITTLE HIGH FOR FREMONT AND

6    NEWARK.  ON AVERAGE IT'S ABOUT 12 PERCENT.

7    **Q.**   IN THIS CASE THERE HAS BEEN A SUGGESTION THAT A.C. TRANSIT

8    SHOULD CUT ITS TRANSBAY SERVICE IN ORDER TO PROVIDE MORE LOCAL

9    SERVICE.

10          MR. PEEPLES, HAS A.C. TRANSIT CONSIDERED CUTTING

11   TRANSBAY SERVICE?

12   **A.**   YES.  WE TALK ABOUT IT OCCASIONALLY, HISTORICALLY UNDER A

13   LOT OF PRESSURE FROM MTC.  WE ACTUALLY DID IT IN 91 AND WERE

14   SUED BY OUR RIDERS, AND THEY WON AND SO WE PUT THE TRANSBAY

15   SERVICE BACK.

16          BUT THE TRANSBAY SERVICE, FIRST OF ALL, IS A

17   RELATIVELY SMALL PART OF OUR SERVICE.  IT PROVIDES PRETTY

18   ESSENTIAL TRANSIT TO OUR TRANSBAY RIDERS, TWO-THIRDS OF WHOM

19   ARE MINORITIES.

20          WE ARE WORKING VERY HARD HAVING THE TRANSBAY SERVICE

21   BE ENTIRELY FUNDED OUTSIDE OF THE GENERAL FUND.  THE REGIONAL

22   MEASURE 2, WHICH WAS THE THIRD DOLLAR ON THE BRIDGE WHICH

23   CONTRIBUTES TO A BUNCH OF OUR TRANSBAY SERVICE, IS A PIECE OF

24   THAT.  THERE ARE OTHER PIECES OF IT WHERE WE HAVE SOUGHT

25   SPECIAL FUNDING FOR TRANSBAY SERVICE.

1          SO NOT ONLY IS IT ONLY ABOUT 6 PERCENT OF OUR

2    RIDERSHIP, BUT ITS -- IN FACT, ITS IMPACT ON THE BUDGET IS LESS

3    THAN THAT BECAUSE THOSE RUNS TEND TO HAVE A HIGHER FARE BOX

4    RECOVERY, BECAUSE WE HAVE HIGHER FARE BOX STANDARDS FOR

5    TRANSBAY, AND THEY ALSO BRING IN OUTSIDE MONEY THAT COULD NOT

6    THEN BE SHIFTED TO LOCAL SERVICE.

7    Q.    AND YOU REFERRED EARLIER TO A TRANSBAY CROSSING STUDY?

8    A.    YES.

9    Q.    WHO CONDUCTED THAT STUDY?

10   A.    MTC.

11   Q.    AND WHAT DID THAT STUDY FIND?

12   A.    THAT -- WELL, IT WAS A VERY BROAD RANGING STUDY, BUT IT

13   DID FIND THAT ONE OF THE MOST COST EFFECTIVE WAYS TO INCREASE

14   TRAVEL ACROSS THE BAY WAS BUS SERVICE.

15          IT LED TO SOME EXPRESS BUS CORRIDORS.  IT LED TO A

16   LOT OF DISCUSSION ABOUT SERVICE ON THE SAN MATEO BRIDGE,

17   INCREASED SERVICE ON THE BAY BRIDGE AND ON DUMBARTON.

18   Q.    THERE IS A -- THERE HAS BEEN A SUGGESTION THAT A.C.

19   TRANSIT IS USING FUNDS FOR THE TRANSBAY TERMINAL THAT COULD

20   OTHERWISE BE USED FOR OPERATIONS FOR LOCAL SERVICE.

21          MR. PEEPLES, DOES A.C. TRANSIT INTEND TO USE

22   OPERATING REVENUES FOR THE TRANSBAY TERMINAL PROJECT?

23   A.    NO.

24          **MR. MANOLIUS:**  OBJECTION, YOUR HONOR.  I DON'T

25   BELIEVE THERE HAS BEEN ANY SUCH TESTIMONY TO REBUT.

1          **THE COURT:**  OVERRULED.

2  **A.**    NO, WE DO NOT.  WE HAVE IDENTIFIED SEVERAL SOURCES OF

3  CAPITAL FUNDS TO BE -- TO TRY TO HELP WITH THE CAPITAL SIDE OF

4  THAT.

5          THE PRIMARY ONE IS THERE IS SOME REGIONAL PARTNERSHIP

6  MONEY IN 1-B, WHICH WAS THE BIG TRANSPORTATION BOND ISSUE,

7  WHICH IS AIMED PRETTY MUCH AT INTER MODAL FACILITIES LIKE THE

8  TRANSBAY TERMINAL.  WE HAVE GOT A COUPLE OF BACKUPS ON THAT.

9          AND IN THE LONG TERM WE ARE PROBABLY GOING TO PUT ON

10  A PASSENGER FACILITY CHARGE LIKE ALL THE AIRPORTS DO, WHICH

11  WILL BE RELATIVELY MODEST, ABOUT 25 CENTS IN TODAY'S DOLLARS,

12  THAT WOULD GO ON ALL THE TRANSBAY TICKETS AND THAT WOULD HELP

13  WITH THE CAPITAL FUNDING FOR TRANSBAY.

14          MR. MANOLIUS SHOWED ME THE AGREEMENT WHEN HE CROSS

15  EXAMINED ME LAST TIME.  AND ONE OF THE REASONS WHY IT'S -- IT'S

16  NECESSARY FOR A.C. TO PLEDGE MONEY THIS EARLY FOR THE NEXT 50

17  YEARS IS TRANSBAY IS GOING TO A FEDERAL INFRASTRUCTURE BANK AND

18  THEY HAVE TO SHOW THE CASH FLOW TO BE ABLE TO PAY BACK THOSE

19  LOANS.

20  **Q.**    MOVING ON, MR. PEEPLES.  THERE HAS BEEN TESTIMONY THAT

21  ABOUT MR. FERNANDEZ -- ABOUT GENERAL MANAGER FERNANDEZ.

22          IN YOUR TESTIMONY DID YOU TESTIFY OR MEAN TO IMPLY

23  THAT MR. FERNANDEZ WAS AFRAID TO ASK MTC FOR MONEY FOR A.C.

24  TRANSIT?

25  **A.**    NO.  MR. FERNANDEZ WORKS VERY WELL WITHIN THE BOX, WITHIN

1  THE CONSTRAINTS HE HAS BEEN GIVEN, AND HE HAS BEEN CONSIDERABLY

2  MORE SUCCESSFUL AT DEALING WITH MTC THAN PRIOR GENERAL

3  MANAGERS.  HE VALUES HIS RELATIONSHIP WITH MTC AND WITH MTC'S

4  EXECUTIVE DIRECTOR VERY HIGHLY.

5  **Q.**   AND WHAT DO YOU MEAN WHEN YOU SAY OUTSIDE THE BOX --

6  WORKING INSIDE THE BOX?

7          **MR. MANOLIUS:**  OBJECTION TO THE EXTENT HE'S

8  TESTIFYING AS TO THE MIND SET OF ANOTHER PERSON.  CALLS FOR

9  SPECULATION.

10         **THE COURT:**  WELL, I'M AFRAID THERE IS SOME ELEMENT OF

11 THAT.

12         **MR. LEE:**  YOUR HONOR, I THINK WE HAVE HEARD A LOT OF

13 TESTIMONY BY MR. SCANLON, MISS MCMILLAN THAT CHARACTERIZED MR.

14 FERNANDEZ AS NOT BEING --

15         **THE COURT:**  I WILL ALLOW IT.  I MEAN, I GIVE LEEWAY

16 TO ANY OF THIS ON ANY SIDE.  BUT, SINCE IT'S COME IN BEFORE,

17 IT'S VERY LOW WEIGHT TESTIMONY, AND I WILL ALLOW SOME MORE LOW

18 WEIGHT TESTIMONY.

19         **MR. LEE:**  THANK YOU, YOUR HONOR.

20 **A.**   I HAVE DISCUSSED THIS ISSUE WITH MR. FERNANDEZ.  THAT'S

21 PROBABLY HEARSAY.

22 **BY MR. LEE:**

23 **Q.**   WHAT DID YOU MEAN BY WORKING INSIDE?

24 **A.**   I MEAN WORKING WITHIN THE CONSTRAINTS THAT MR. FERNANDEZ

25 HAS BEEN GIVEN, EVERYTHING FROM LEGISLATIVE LANGUAGE TO FEDERAL

1  REGULATIONS TO MTC POLICIES.  THAT'S THE BOX HE HAS BEEN PUT IN

2  AND WORKING WITHIN THAT BOX HE DOES A VERY GOOD JOB.

3           **MR. LEE:**  YOUR HONOR, A LETTER, DEFENDANT'S EXHIBIT

4  1021 IS -- THE PARTIES HAVE AGREED THAT THAT LETTER WOULD BE AN

5  EXHIBIT IN LIEU OF TESTIMONY, AND I'M GOING TO ASK THE WITNESS

6  ABOUT THAT LETTER.

7           **THE COURT:**  ALL RIGHT.

8           **MR. LEE:**  OKAY.

9  **BY MR. LEE:**

10 **Q.**   EXHIBIT 1021 IN YOUR BINDER.  ARE YOU FAMILIAR WITH THAT

11 LETTER, MR. PEEPLES?

12 **A.**   DO YOU KNOW WHAT -- I HAVE NUMBERED TABS.  I DON'T HAVE

13 EXHIBIT NUMBERS.

14           (BRIEF PAUSE.)

15 **A.**   YES, I AM.

16 **Q.**   DID THE BOARD OF A.C. TRANSIT AUTHORIZE THE SENDING OF

17 THIS LETTER?

18 **A.**   NO.

19 **Q.**   WAS THE BOARD AWARE OF THE LETTER BEFORE IT WAS SENT?

20 **A.**   NO.

21 **Q.**   DID THE BOARD DISCUSS THIS LETTER BEFORE IT WAS SENT?

22 **A.**   NO.

23           **MR. LEE:**  THERE HAS BEEN TESTIMONY, YOUR HONOR, BY

24 MR. CERVERO THAT -- ABOUT UNPRODUCTIVE SERVICE.

25

1  BY MR. LEE:

2  Q.   MR. PEEPLES, ARE YOU AWARE OF ANY UNPRODUCTIVE SERVICE

3  THAT A.C. TRANSIT HAS RUN SINCE THE TIME YOU HAVE BEEN ON THE

4  BOARD?

5  A.   WELL, IT'S ALWAYS RELATIVE.  WHAT IS UNPRODUCTIVE OR --

6  "UNPRODUCTIVE" IS NOT A GOOD TERM.

7            WHAT IS LESS PRODUCTIVE AT A.C. TRANSIT MIGHT BE

8  WONDERFUL AT GOLDEN GATE OR EVEN WE HAVE DIFFERENT STANDARDS IN

9  SPECIAL DISTRICT ONE AND SPECIAL DISTRICT TWO, WHICH IS FREMONT

10 AND NEWARK.

11           WE HAVE DONE A COUPLE OF EXPERIMENTS THAT PROBABLY

12 WOULD QUALIFY AS UNPRODUCTIVE.  WE RAN AN A LINE, WHICH IS AN

13 EXPRESS BUS FROM SAN FRANCISCO TO THE OAKLAND AIRPORT THAT

14 DIDN'T WORK OUT.

15           WE -- UNDER SOME POLITICAL PRESSURE WE EXTENDED THE

16 53 LINE ALL THE WAY UP TO CHABOT SPACE AND SCIENCE CENTER, AND

17 MOST OF THOSE RUNS HAD ZERO PEOPLE ON THEM.  I WOULD CALL THAT

18 UNPRODUCTIVE.

19           BUT IN GENERAL WHAT WE ARE LOOKING AT IS NOT SORT OF

20 A BINARY PRODUCTIVE/UNPRODUCTIVE.  WE ARE LOOKING AT WHAT IS

21 THE LEAST PRODUCTIVE SERVICE OF THAT KIND OF SERVICE AND

22 CONSIDERING THAT FOR ELIMINATION.

23 Q.   AND YOU REFERRED TO SPECIAL DISTRICT ONE.  COULD YOU

24 EXPLAIN TO THE COURT WHAT SPECIAL DISTRICT ONE IS?

25 A.   SPECIAL DISTRICT ONE IS THE ORIGINAL PART OF THE DISTRICT

 1  THAT WAS ORIGINALLY THE KEY SYSTEM.  SO IT'S BASICALLY FROM

 2  HAYWARD ALL THE WAY NORTH TO SAN PABLO.

 3          IN 1975, FREMONT, NEWARK AND UNION CITY CONSIDERED

 4  JOINING THE DISTRICT AND ONLY FREMONT AND NEWARK JOINED.  SO

 5  THEY ARE CALLED SPECIAL DISTRICT TWO AND THEY HAVE SPECIAL

 6  ACCOUNTING.

 7  **Q.**   AND IS THERE A PRODUCTIVITY METRIC THAT YOU USE FOR

 8  SPECIAL DISTRICT ONE?

 9  **A.**   YES.

10  **Q.**   WHAT IS THAT?

11  **A.**   TWENTY BOARDINGS PER HOUR.

12  **Q.**   AND DO YOU USE THAT METRIC IN SPECIAL DISTRICT TWO?

13  **A.**   NO.  WE WOULD RUN ABOUT FOUR BUSES, FOUR LINES DOWN THERE

14  IF THEY DID THAT.

15          AS A RESULT OF A GREAT DEAL OF DISCUSSION WITH THAT

16  AREA, WE HAVE A WHOLE PROCESS WITH A FINANCIAL ADVISORY

17  COMMITTEE THAT FIGURES OUT HOW MUCH MONEY IS BEING GENERATED

18  DOWN THERE, A TECHNICAL ADVISORY COMMITTEE THAT ANALYZES ALL

19  THE ROUTES AND THEN A POLICY ADVISORY COMMITTEE, ON WHICH I SIT

20  ALONG WITH ANOTHER A.C. TRANSIT BOARD MEMBER AND THE MAYOR AND

21  ONE COUNCIL MEMBER FROM FREMONT AND NEWARK, THAT THEN TAKES THE

22  SUGGESTIONS FROM THE TECHNICAL ADVISORY COMMITTEE AND ADJUSTS

23  THE ROUTES, WHICH IS -- IS THEN BLESSED BY THE A.C. TRANSIT

24  BOARD, BUT UNDER OUR MEMORANDUM OF UNDERSTANDING THE POLICY

25  ADVISORY COMMITTEE DOWN THERE IS REALLY THE ONE THAT MAKES THE

 1   DECISIONS WITHIN THE FINANCIAL CONSTRAINTS THAT THEY HAVE.

 2            AND, AGAIN, PART OF WHAT THE TECHNICAL ADVISORY

 3   PEOPLE DO, THE FOLKS FROM A.C. TRANSIT, IS RANK ALL THE ROADS

 4   BY PRODUCTIVITY.

 5   Q.   AND YOU REFERRED EARLIER TO THE PRODUCTIVITY OF -- SOME OF

 6   A.C. TRANSIT ROUTES COMPARED TO ROUTES OF OTHER OPERATORS LIKE

 7   GOLDEN GATE.

 8            WERE YOU REFERRING TO THE FACT THAT OTHER OPERATORS

 9   SERVES LESS DENSE AREAS?

10   A.   CORRECT.  GOLDEN GATE HAS SOME AREAS IN SAN RAFAEL THAT

11   ARE QUITE DENSE.  OTHER THAN THAT, IT'S PRETTY SPREAD OUT AND

12   SUBURBAN.

13   Q.   MOVING ON.  THERE HAS BEEN TESTIMONY FROM MISS MCMILLAN

14   AND OTHERS THAT THE OPERATORS HAVE THEIR OWN LOBBYISTS.  AND

15   YOU HAVE TESTIFIED THAT A.C. TRANSIT HAS ITS OWN LOBBYISTS, IS

16   THAT CORRECT?

17   A.   CORRECT.  THAT HAPPENED WHILE I WAS ON THE BOARD.

18   Q.   AND DO YOU HAVE AN UNDERSTANDING THAT MTC LOBBIES ON

19   BEHALF OF THE ENTIRE REGION, IS THAT CORRECT?

20   A.   CORRECT.

21   Q.   WHY DOES A.C. TRANSIT HAVE ITS OWN LOBBYISTS, ALTHOUGH MTC

22   LOBBIES FOR THE ENTIRE REGION?

23   A.   WE WERE TOLD BY CONGRESSIONAL STAFF THAT MTC BAD MOUTHED

24   US WHEN WE WEREN'T IN THE ROOM.  SO THEY URGED US TO GET OUR

25   OWN ADVOCATE, WHICH WE DID.

1           **MR. MANOLIUS:**  OBJECTION, YOUR HONOR.  MOVE TO

2    STRIKE.  HEARSAY.

3           **THE COURT:**  SUSTAINED.

4    **BY MR. LEE:**

5    **Q.**   WHEN DID A.C. TRANSIT HIRE ITS OWN LOBBYISTS?

6    **A.**   THE INTERVIEWS WE WERE DOING DURING TRB -- THE

7    TRANSPORTATION RESEARCH BOARD MEETING IN 98.  SO IT WOULD HAVE

8    BEEN THE SECOND WEEK OF JANUARY IN 98 AND THE FORMAL HIRE TOOK

9    PLACE SOMETIME AFTER THAT.

10   **Q.**   WHAT IS MTC'S ROLE IN OBTAINING SECTION 5309 EARMARKS?

11   **A.**   WE LOBBY FOR THE EARMARKS AND THEY PUT TOGETHER A -- WELL,

12   FIRST OF ALL, TO GET THE EARMARKS, YOU PRETTY MUCH HAVE TO BE

13   IN THE RTP TO START WITH.  BUT ONCE THEY HAVE DONE THAT, THEY

14   PUT TOGETHER SOME REALLY VERY GOOD MATERIALS THAT ARE THEN

15   TAKEN BACK TO WASHINGTON, BOTH ON THE AGENCY SIDE AND IN THE

16   CONGRESSIONAL OFFICES.

17   **Q.**   WHY IS MTC'S LIST OF LOBBYING PROJECTS IMPORTANT?

18           **MR. MANOLIUS:**  OBJECTION.  CALLS FOR SPECULATION.

19           **THE COURT:**  OVERRULED.

20           **MR. MANOLIUS:**  SUSTAINED AS TO WHO?

21           **THE COURT:**  SUSTAINED.

22   **A.**   ONE OF THE --

23           **THE COURT:**  IT NEEDS TO BE REPHRASED.  I'M NOT SURE.

24   IMPORTANT TO WHAT?

25           **MR. LEE:**  THANK YOU, YOUR HONOR.

1  **BY MR. LEE:**

2  **Q.**   ARE YOU ACQUAINTED WITH MTC'S LIST OF LOBBYING PROJECTS?

3  **A.**   YES.

4  **Q.**   AGAIN, REFERRING TO 5309?

5  **A.**   YES.  ALTHOUGH NORMALLY WHEN WE -- WHAT HAPPENS IS MTC

6  HOOKS UP WITH THE APTA LEGISLATIVE WEEK IN MARCH.  AND WE ARE

7  USUALLY BACK THERE WITH A WHOLE LIST OF PROJECTS, NOT JUST

8  5309, BUT OTHER PROJECTS AS WELL.

9  **Q.**   SO I WILL BROADEN THE QUESTION.  ARE YOU FAMILIAR WITH THE

10 USE OF MTC'S LIST OF LOBBYING PROJECTS?

11 **A.**   YES.

12 **Q.**   TELL ME WHAT IT'S USED FOR?

13 **A.**   WELL, I HAVE HEARD THIS BOTH FROM THE LECTURES WE GET FROM

14 THE MTC FOLKS WHEN WE ARE PREPARING TO LOBBY, BUT ALSO FROM

15 CONGRESSPERSONS THEMSELVES; THAT THEY DON'T WANT TO GET

16 INVOLVED IN INTERNAL FIGHTS IN THE REGION AND SO THAT IT'S VERY

17 IMPORTANT TO THEM TO HAVE SORT OF A UNITED FRONT PRESENTED BY

18 THE REGION BOTH AT THE CONGRESSIONAL SIDE, BUT, ALSO, ON THE

19 ADMINISTRATIVE SIDE.

20       AND SO MTC PUTS ALL THAT TOGETHER AND, AS I SAY,

21 PRODUCES VERY, VERY GOOD LOBBYING MATERIALS WITH MAPS AND

22 EXPLANATIONS AND GRAPHS AND ALL THAT STUFF.

23       **MR. MANOLIUS:**  YOUR HONOR, I MOVE TO STRIKE THE

24 ANSWER BECAUSE THE PREMISE OF THE QUESTION WAS WHAT HE HAD

25 HEARD FROM MTC AND CONGRESSIONAL STAFF.

```
 1              CERTAINLY, WHAT HE HEARD FROM MTC STAFF IS FINE, BUT

 2    THE REST WOULD BE HEARSAY AND THERE WAS NO DISTINCTION IN THE

 3    QUESTION.

 4              THE COURT:  WELL, DOES THE SAME THING APPLY?  DID YOU

 5    HEAR EXACTLY THAT FROM MTC STAFF?

 6              THE WITNESS:  YES.

 7              THE COURT:  WITH THAT QUALIFICATION, OVERRULED.

 8    BY MR. LEE:

 9    Q.  ARE YOU AWARE OF ANY 5309 PROJECTS THAT HAVE BEEN AWARDED

10    FUNDS THAT WERE NOT ON MTC'S LIST?

11    A.  I'M NOT AWARE, BUT I DON'T FOLLOW EVERY 5309 PROJECT

12    AWARDED IN THE BAY AREA.

13    Q.  HAS A.C. TRANSIT EVER BEEN AWARDED A 5309 PROJECT THAT WAS

14    NOT ON MTC'S LIST?

15    A.  NO.

16    Q.  NOW, THERE HAS BEEN TESTIMONY ABOUT A.C.'S ABILITY -- A.C.

17    TRANSIT'S ABILITY TO LOBBY OTHER ENTITIES TO PUT SALES TAX ON

18    THE BALLOT TO INCREASE REVENUES.

19              WHAT ENTITY IS RESPONSIBLE FOR THE -- FOR PUTTING

20    SALES TAX MEASURES ON THE BALLOT IN ALAMEDA COUNTY?

21    A.  ALAMEDA COUNTY IT'S ACTIA, ALAMEDA COUNTY TRANSIT

22    IMPROVEMENT AGENCY OR ASSOCIATION -- AGENCY.

23    Q.  ARE THERE OTHER ENTITIES BESIDES A.C. TRANSIT THAT COMPETE

24    FOR SALES TAX?

25    A.  OH, YES.  EVERYBODY WHO HAS ANYTHING TO DO WITH
```

1   TRANSPORTATION.  EVERYBODY FROM THE LOCAL CITIES WHO ARE TRYING

2   TO GET STREETS AND ROADS MONEY AT CALTRANS; THAT'S TRYING TO

3   GET MONEY FOR, LIKE, HIGHWAY 84 EXPANSION, BART, UNION CITY

4   TRANSIT; EVERYBODY.

5   Q.    ARE YOU AWARE OF THE LIKELIHOOD OF A.C. TRANSIT GETTING

6   SALES TAX THROUGH ACTIA?

7   A.    THE CURRENT MEASURE B EXPIRES IN 200025.  I THINK THERE IS

8   VIRTUALLY NO CHANCE OF DOING ANOTHER SALES TAX BEFORE THEN.

9           IN SANTA CLARA COUNTY VTA HAS TRIED IT.  THEY TRIED A

10  QUARTER-CENT TWO YEARS AGO.  THAT FAILED.  THEY HAVE GOT AN

11  EIGHTH OF A CENT ON IN TWO WEEKS, AND THAT'S PRETTY HOTLY

12  CONTESTED.

13          AND THEY HAVE THE SILICON VALLEY LEADERSHIP GROUP TO

14  SORT OF ORGANIZE THE BUSINESS COMMUNITY AND HAVE EVERYBODY MOVE

15  FORWARD TOGETHER.  I WOULD SAY THE CHANCES IN ALAMEDA COUNTY

16  ARE ZERO, OR CONTRA COSTA COUNTY FOR THAT MATTER.

17          CONTRA COSTA, IT'S HANDLED BY DOUBLE CTA.  CONTRA

18  COSTA TRANSIT AGENCY.

19  Q.    THERE WAS TESTIMONY BY MISS BOCKELMAN CONCERNING A.C.

20  TRANSIT, ITS PROJECTION OF THE COST OF HEALTHCARE IN THE RTP.

21          MR. PEEPLES, DO YOU KNOW WHAT A.C. TRANSIT BASED ITS

22  HEALTHCARE PROJECTIONS ON?

23  A.    YES.

24  Q.    WHAT?

25  A.    IT BASED IT BOTH ON ACTUAL EXPERIENCE AND UPON WHAT WE

1   WERE TOLD BY KAISER.

2          THE COST OF HEALTHCARE HAS BEEN A MAJOR CONCERN OF

3   THE BOARD, BECAUSE IF -- IT'S BEEN INCREASING SO DRAMATICALLY.

4   SO WE FOLLOW THAT PRETTY CAREFULLY.

5   **Q.**   IS KAISER THE CARRIER FOR THE -- A.C.T.'S EMPLOYEES?

6   **A.**   WE HAVE THREE CARRIERS.  KAISER IS BY FAR THE MAJORITY,

7   PARTICULARLY FOR THE ATU UNIT, WHICH IS THE BLUE COLLAR

8   WORKERS.

9   **Q.**   WAS THERE AN INCREASE THAT KAISER ADVISED THE BOARD OF IN

10  2002?

11  **A.**   WELL, 2002 THE INCREASE WAS 22 PERCENT.  2003 IT WAS

12  24 PERCENT.  IT WENT DOWN TO 10.6 IN '04.  IT ACTUALLY DROPPED

13  TO 8.6 IN '05 AND IT'S BEEN -- IT WAS -- WENT UP TO 18 PERCENT

14  IN '06.  IT'S BEEN DOUBLE DIGIT EVER SINCE.

15         WHEN WE BEGAN TO SEE THESE INCREASES, WE INQUIRED.

16  WE TRIED TO GET OUR STAFF TO FIGURE OUT PRIMARILY FROM KAISER

17  WHAT WAS HAPPENING.  AND THEY TOLD US TO EXPECT DOUBLE DIGIT

18  PRICE INCREASES FOR HEALTHCARE INFINITELY INTO THE FUTURE,

19  WHICH CONCERNS US A WHOLE LOT.

20         AND IT'S ONE OF THE REASONS WHY THE ATU CONTRACT TOOK

21  A YEAR AND A HALF TO NEGOTIATE, BECAUSE WE WERE TRYING VERY

22  HARD TO GET SOME CHANGES IN THE HEALTH PLAN AND THEY RESISTED

23  THAT.  AND AS A RESULT, THEY WERE WILLING TO ACCEPT ONLY A

24  PERCENT AND A HALF PER YEAR FOR THE NEXT THREE YEARS IN ORDER

25  TO KEEP THEIR HEALTHCARE.

 1          **MR. LEE:**  NO MORE QUESTIONS, YOUR HONOR.

 2          **THE COURT:**  ALL RIGHT.  THANK YOU.

 3          ANYTHING FURTHER?

 4          **MR. MANOLIUS:**  YES.  THANK YOU, YOUR HONOR.

 5                    **CROSS EXAMINATION**

 6   BY MR. MANOLIUS:

 7   **Q.**   HELLO AGAIN.

 8   **A.**   GOOD MORNING.

 9   **Q.**   ALMOST.

10          TURNING YOUR ATTENTION TO THE LETTER IN THE SMALL

11   BLACK BINDER THAT YOU WERE LOOKING AT, EXHIBIT 1021.

12   **A.**   YES.

13   **Q.**   THAT LETTER IS DATED MARCH 4TH, 2005, CORRECT?

14   **A.**   CORRECT.

15   **Q.**   AND IT -- AT THE BOTTOM INDICATES IT WAS CC'D TO THE BOARD

16   OF DIRECTORS?

17   **A.**   CORRECT.

18   **Q.**   SO YOU RECEIVED A COPY OF IT SHORTLY THEREAFTER?

19   **A.**   YES.

20   **Q.**   AND MR. FERNANDEZ STILL WORKS AT A.C. TRANSIT, ISN'T THAT

21   CORRECT?

22   **A.**   HE ALMOST DIDN'T AFTER THIS LETTER.

23   **Q.**   BUT HE STILL DOES NOW?

24   **A.**   YES.

25   **Q.**   YOU WERE TALKING ABOUT SOME OF THE STATISTICS ON TRANSBAY,

1  AND I NOTICE THAT YOU USED THE CALCULATION OF -- AND I THINK

2  YOU SAID TRIPS, CORRECT?

3  **A.**    IT'S UNLINKED TRIPS.  IN THE U.S. WE TEND TO DO UNLINKED

4  TRIPS.  IN EUROPE AND CANADA THEY DO LINKED TRIPS.  SO IT'S

5  BOARDINGS, EVERY TIME SOMEBODY STEPS THROUGH THE DOOR OF A

6  VEHICLE.

7  **Q.**    AND I THINK WHAT YOU SAID WAS 14,000 BOARDINGS, CORRECT?

8  **A.**    CORRECT.

9  **Q.**    IN TERMS OF VEHICLE REVENUE MILES, HOWEVER, TRANSBAY

10  SERVICE REPRESENTS APPROXIMATELY 20 PERCENT OF VEHICLE REVENUE

11  MILES IN THE A.C. TRANSIT SERVICE DISTRICT, CORRECT?

12  **A.**    I DON'T KNOW THAT, BUT THAT SOUNDS ABOUT RIGHT BECAUSE THE

13  TRANSBAY TRIPS TEND TO BE A LOT LONGER.

14  **Q.**    RIGHT.  AND IN TERMS OF VEHICLE REVENUE HOURS, THAT WOULD

15  BE AROUND 13 PERCENT OF A.C.'S -- AND THIS IS A FALL OF '08

16  FIGURE?

17  **A.**    THAT SOUNDS ABOUT RIGHT BECAUSE ALTHOUGH THE DISTANCES ARE

18  A LOT LONGER, THE AVERAGE SPEEDS ON A TRANSBAY RUN ARE A LOT

19  HIGHER.

20  **Q.**    AND IN TERMS OF THE FARE BOX RECOVERY OF THOSE ROUTES,

21  IT'S TRUE -- AND I THINK WE DISCUSSED THIS LAST TIME WE WERE

22  TOGETHER.

23          I WOULD REFER YOU TO THE -- ONE OF THE LARGE WHITE

24  BINDERS, BINDER NUMBER TWO, EXHIBIT 1905, A LETTER DATED

25  SEPTEMBER 29, IF YOU WILL.  WE DISCUSSED THIS LAST TIME.

1  A.   YES.

2  Q.   AND THE REASON THAT MR. FERNANDEZ WROTE THIS LETTER TO MTC

3  WAS BECAUSE A.C. TRANSIT WAS NOT MEETING THE PERFORMANCE

4  MEASURES OF REGIONAL MEASURE 2, CORRECT?

5  A.   CORRECT.  ALTHOUGH WE CHANGED -- PART OF THE ARGUMENT WAS

6  WE CHANGED THE ROUTING OF ONE OF THOSE ROUTES, THE M LINE --

7           MR. LEE:  YOUR HONOR, THIS IS OUTSIDE THE SCOPE OF

8  REBUTTAL TESTIMONY.

9           THE COURT:  WHAT DOES IT RELATE TO?

10           MR. MANOLIUS:  IT GOES TO TRANSBAY SERVICE, YOUR

11  HONOR, WHICH HE TESTIFIED PRETTY EXTENSIVELY ABOUT.  I WILL

12  KEEP IT VERY SHORT.

13           THE COURT:  ALL RIGHT.

14  A.   ANYWAY, WE CHANGED THE ROUTING OF ONE OF THOSE LINES.

15           AND IF YOU REMEMBER, I TALKED SOME ABOUT THE BAY

16  CROSSING STUDY AND PART OF WHAT THAT STUDY TALKED ABOUT WAS BUS

17  SERVICE ACROSS THE SAN MATEO BRIDGE.  AND THE M LINE, WHICH IS

18  THE MAJOR LINE WE ARE TALKING ABOUT HERE, IS THAT SERVICE.

19  BY MR. MANOLIUS:

20  Q.   RIGHT.  BUT PART OF THE CONCERN WAS FARE BOX RECOVERY?

21  A.   CORRECT, CORRECT.

22  Q.   AND THE FARE BOX RECOVERY FOR THIS ROUTE CURRENTLY IS?

23  A.   I DON'T KNOW OFF THE TOP OF MY HEAD, BUT IT'S SUPPOSED TO

24  BE 20, AND IT'S BELOW THAT.

25  Q.   OKAY.  ISN'T IT TRUE THAT IN FEBRUARY OF THIS YEAR YOUR

1  BOARD WAS BRIEFED WITH A -- ON ALL TRANSBAY SERVICE, YOUR FARE

2  BOX RECOVERY RATIO WAS 22 PERCENT?

3  **A.**   THAT SOUNDS A LITTLE LOW, BUT IT MAY WELL BE RIGHT BECAUSE

4  ONCE A YEAR WE GET A RATING OF ALL THE TRANSBAY SERVICE, AND

5  I'M SURE THAT AVERAGE FIGURE WAS IN THERE.

6  **Q.**   LET ME JUST SPECIFY THAT IT WAS -- THAT WAS FOR 2007, JUST

7  SO WE HAVE OUR TIME RIGHT.

8  **A.**   RIGHT.

9  **Q.**   SO 22 PERCENT SOUNDS ABOUT RIGHT?

10  **A.**   TO ME IT SOUNDS A LITTLE LOW, BUT I'M SURE YOU HAVE GOT

11  THE DOCUMENT THERE AND I'M SURE IT'S RIGHT.

12  **Q.**   I DO, BUT I JUST DON'T HAVE ENOUGH COPIES, WHICH I WILL

13  TRY TO GET AFTER THE LUNCH PERIOD.

14  **A.**   THAT'S ALL RIGHT.

15  **Q.**   THANK YOU.

16       NOW, YOU WERE TALKING ABOUT A.C. TRANSIT BEING A

17  LEADER IN CLEAN TECHNOLOGY, TRYING TO MAKE ITS BUSES CLEANER.

18  ISN'T IT TRUE THAT A.C. TRANSIT HAS SOUGHT MTC'S HELP TO BUY

19  LOW EMISSION BUSES?

20  **A.**   LOW EMISSION BUSES AND MORE THAN THAT.  THEY HAVE HELPED

21  US RETROFIT OUR EXISTING FLEET WITH THE -- THAT UNIT I WAS --

22  THE POST ENGINE TREATMENT UNIT I WAS TALKING ABOUT IS A

23  CLEAAIR.  AND WE HAVE SOUGHT FUNDS FROM MTC AND GOTTEN FUNDS

24  FROM MTC TO RETROFIT OLDER FOUR-CYCLE BUSES, WHERE YOU CAN

25  ACTUALLY USE THE CLEAAIR, WITH THE CLEAAIR, YES.

1  Q.   AT TIMES MTC HAS SUGGESTED THAT A.C. TRANSIT MIGHT WANT TO

2  CHANGE ITS MIX OF SERVICE TO FOCUS MORE ON THE, SAY, DOWNTOWN

3  AREAS OR URBAN CORE AREAS THAN TRANSBAY?

4  A.   THEY HAVE -- AT TIMES THEY HAVE SUGGESTED THAT WE STOP

5  DOING TRANSBAY.  I DON'T KNOW WHETHER IT WAS SPECIFIC TO URBAN

6  CORE SERVICE OR NOT, BUT IT WAS LOCAL, TO STOP DOING TRANSBAY

7  AND FOCUS ON LOCAL.

8  Q.   LET ME SEE IF I CAN REFRESH YOUR RECOLLECTION.  THERE

9  SHOULD BE A BINDER UP THERE CALLED "REBUTTAL BINDER."

10 A.   YEP.

11 Q.   AND IF YOU GO TO TAB 14, WHICH IS -- DOESN'T HAVE AN

12 EXHIBIT TAB.  I JUST WANT TO SEE IF I CAN REFRESH YOUR MEMORY.

13       (WITNESS COMPLIED.)

14 Q.   AND THIS IS A LETTER FROM THEN EXECUTIVE DIRECTOR LARRY

15 DAHMS?

16 A.   I DON'T THINK I HAVE EVER SEEN THIS SPECIFIC LETTER, BUT I

17 DO KNOW ABOUT THE TRANSBAY COMPREHENSIVE SERVICE PLAN, AND THIS

18 IS THEIR COMMENT TO THE CSP.

19 Q.   OKAY.  AND THE COMMENT BEING, SOME CONCERN OF RESOURCES

20 BEING PRESENTED -- USED FOR TRANSBAY THAT MIGHT OTHERWISE GO TO

21 THE URBAN CORRIDOR?

22 A.   CORRECT.  THAT WAS A CONSISTENT POSITION OF MR. DAHMS FROM

23 1972 WHEN HE WAS THE PLANNING DIRECTOR FOR BART AND TOLD US WE

24 SHOULD TURN ALL OF OUR TRANSBAY SERVICE INTO FEEDER SERVICE FOR

25 BART.

1   Q.   ISN'T IT TRUE THAT HE ALSO WAS CONCERNED THAT IT WASN'T A

2   COST NEUTRAL SERVICE; THAT, INDEED, IT WAS -- REQUIRED A RATHER

3   SIZABLE SUBSIDY?

4          AND I REFER YOU AGAIN TO THE LAST PARAGRAPH, IF YOU

5   DON'T RECALL, ON THE FIRST PAGE.

6   A.   OH, FIRST PAGE.

7   Q.   OF THE LETTER.

8   A.   YES.  AND, IN FACT, IT'S IN RESPONSE TO THESE CONCERNS

9   THAT WE HAVE MADE A VERY AGGRESSIVE EFFORT TO GO OUT AND SEEK

10  LIKE REGIONAL MEASURE 2 SPECIALIZED FUNDING FOR THE TRANSBAY

11  SERVICE.

12  Q.   AND ISN'T IT TRUE THAT MR. HEMINGER ALSO CONTINUED THAT

13  KIND OF LINE OF INQUIRY OR SUGGESTION TO A.C. TRANSIT AFTER HE

14  BECAME EXECUTIVE DIRECTOR?

15  A.   HE DID PRETTY MUCH UNTIL THE -- UNTIL THE BAY CROSSING

16  STUDY, WHICH REALLY SHOWED THAT THE WAY TO -- TO MOST

17  EFFECTIVELY MOVE PEOPLE ACROSS THE BRIDGE IS WITH TRANSBAY

18  SERVICE.

19          I MEAN, HE IS ALSO -- PART OF THE EXPRESS BUS STUDY

20  FACILITATED OTHER FOLKS, PRIMARILY WESCAT, TO DO TRANSBAY BUS

21  SERVICE, WHICH ACTUALLY TERMINATES IN THE TRANSBAY TERMINAL.

22  Q.   AND WHEN YOU HEARD MISTER -- YOU WERE TALKING ABOUT

23  MR. HEMINGER GIVING THAT TALK, HE WAS TALKING ABOUT POTENTIAL

24  CHANGES IN FEDERAL POLICY, WASN'T HE?

25  A.   I DON'T -- I THINK HE WAS TALKING ABOUT POTENTIAL CHANGES

1  IN FEDERAL POLICY, BUT I THINK HE WAS VERY SPECIFICALLY TALKING

2  ABOUT CHANGES IN MTC POLICY.  MANY OF THE PROGRAMS THAT -- THAT

3  HE WAS VERY PROUD OF, AND SHOULD BE, ARE MTC PROGRAMS LIKE

4  TRANSLINK, LIKE THE ROVING TOW TRUCKS, ET CETERA, ET CETERA.

5           SO IT WAS A PRETTY HIGH LEVEL TALK, BUT I THINK HE

6  WAS TALKING ABOUT MTC POLICY AS WELL AS FEDERAL POLICY.

7  **Q.**   RIGHT.  AND CERTAINLY TALKING ABOUT THEM, HOPEFULLY, IN

8  CONJUNCTION?

9  **A.**   YES.  OH, ABSOLUTELY.

10  **Q.**   BECAUSE FEDERAL POLICY HAS GOT TO VERY MUCH INFORM WHAT

11  MTC CAN DO?

12  **A.**   CORRECT.

13  **Q.**   I'M SORRY.  I'M SWITCHING GEARS.

14           YOU ARE NOT SAYING WITH REGARD TO LOBBYING THAT A.C.

15  TRANSIT DOESN'T INDEPENDENTLY LOBBY, CORRECT?

16  **A.**   NO.  SINCE '98 -- LEN SIMON HAS BEEN OUR ADVOCATE SINCE

17  '98 AND WE ADDED SOMEBODY WITH MORE HORSEPOWER ON THE SENATE

18  SIDE DURING THE LAST TEA REAUTHORIZATION.

19  **Q.**   WHAT TYPES OF THINGS DOES A.C. TRANSIT LOBBY FOR IN

20  WASHINGTON?

21  **A.**   WE HAVE LOBBIED FOR EVERYTHING FROM GETTING RID OF THE

22  GRANDFATHERING CLAUSE THAT EXEMPTS MTC AND VARIOUS OTHERS FROM

23  HAVING THEIR TRANSIT OPERATORS AS VOTING MEMBERS OF THE

24  METROPOLITAN PLANNING ORGANIZATION, THE MPO, TO SPECIFIC

25  PROJECTS, LIKE MONEY FOR INTERNATIONAL TELEGRAPH; OR BEFORE IT

1  BECAME FORMULARIZED, WE WOULD PUT A LOT OF EMPHASIS ON JARC AND

2  WE FIGURED OUT WHAT THAT PROGRAM WAS ALL ABOUT.

3          WE HAVE DONE A LOT OF CLEAN AIR WORK, BOTH IN TERMS

4  OF TRYING TO IMPROVE THE AIR QUALITY OF THE DIESELS, BUT, ALSO,

5  GETTING GRANT MONEY FOR OUR FUEL CELL PROGRAM BECAUSE ONE OF

6  THE CONSTRAINTS THAT THE BOARD PUT ON THE FUEL CELL PROGRAM

7  WHEN WE FIRST STARTED IT IN '99 WAS THAT IT COULDN'T USE ANY

8  GENERAL FUND MONEY.  IT ALL HAD TO BE GRANT FUNDED.  SO WE SEEK

9  GRANTS FOR THAT PROGRAM.

10          THAT PROGRAM IS A VERY SEXY PROGRAM THAT CROSSES

11  JURISDICTIONAL LINES, SO WE CAN TRY TO GET ENERGY DEPARTMENT

12  MONEY FOR IT.  WE CAN TRY TO GET FTA MONEY FOR IT.  WE'VE EVEN

13  GOTTEN SOME ARMY MONEY FOR IT, WHICH IS PRETTY BIZARRE.

14  **Q.**  SO A.C. TRANSIT HAS HAD SOME SUCCESS IN WASHINGTON; IS

15  THAT FAIR TO SAY?

16  **A.**  CORRECT, CORRECT.

17  **Q.**  YOU SPENT MONEY ON IT, SO YOU'D HOPE YOU WOULD HAVE

18  SUCCESS?

19  **A.**  THE RETURN ON INVESTMENT -- I ACTUALLY HAD THEM CALCULATE

20  THIS ONE.  THE RETURN ON INVESTMENT IS BETWEEN 10 AND 15 TO

21  ONE.  WE GET $10 FOR EVERY DOLLAR WE SPEND, SO WE FIGURE IT'S A

22  PRETTY GOOD DEAL.

23  **Q.**  IT'S A HELL OF A GOOD DEAL.  I SHOULD GET MY OWN LOBBYIST

24  IN WASHINGTON.

25          YOU TALKED A LITTLE BIT ABOUT JARC FUNDING, AND I

1    THINK THE FIRST TIME WE MET YOU TOLD ME THAT YOU GUYS -- A.C.

2    TRANSIT HAD BEEN AGAINST THE CHANGE --

3    **A.**    CORRECT.

4    **Q.**    -- FROM EARMARK TO FORMULA?

5    **A.**    CORRECT.

6    **Q.**    WOULD YOU TURN TO TAB 13, IN THE REBUTTAL BINDER?

7         (WITNESS COMPLIED.)

8    **Q.**    ISN'T IT TRUE MR. FERNANDEZ WROTE A LETTER TO MR. DAVID

9    HORNER OF THE FTA WHEREIN HE SUPPORTED THE CHANGE IN THE JARC

10   FUNDING PROGRAM TO A FORMULA PROGRAM?

11   **A.**    I HAVE NEVER SEEN THE LETTER BEFORE, ALTHOUGH IT'S CC'D TO

12   US AND IT'S CERTAINLY CONTRARY TO OUR LOBBYING POLICY AND

13   CONTRARY TO WHAT WE HAVE GONE BACK AND LOBBIED BOTH IN DC AND

14   IN FRONT OF THE MTC.  SO I HAVE NO IDEA WHERE THIS COMES FROM.

15   **Q.**    THANKS.  I WAS JUST CONFUSED ABOUT THAT.

16   **A.**    WE HAVE A FORMAL ADVOCACY PROGRAM, FORMAL FEDERAL ADVOCACY

17   PROGRAM.  FOR THE LAST NUMBER OF YEARS IT'S BEEN AGAINST THE

18   FORMULARIZATION OF JARC.

19   **Q.**    YOU MENTIONED THE NICE MATERIALS THAT MTC PUTS TOGETHER

20   FOR ITS LOBBYING EFFORTS.

21        HAS MTC EVER NOT INCLUDED IN THOSE MATERIALS A

22   PROJECT THAT A.C. TRANSIT WANTED INCLUDED?

23        LET ME -- WELL, YOU CAN ANSWER THAT QUESTION.

24   **A.**    I DON'T -- I THINK SO, BUT I TRIED TO CHECK AND I COULD

25   NOT FIND A RECORD OF IT.  SO THE ANSWER IS NO.

1   Q.   AND NOW I HAVE FORGOTTEN THE QUESTION.

2   A.   IT'S A TRIPLE NEGATIVE.

3   Q.   YES.

4   A.   I HAVE BEEN UNABLE TO FIND A SITUATION WHERE A.C. FORMALLY

5   PROPOSED A PROJECT TO MTC THAT THEY DIDN'T INCLUDE IN THEIR

6   LOBBYING BOOK.

7   Q.   OKAY.  YOUR ANSWER WAS MUCH BETTER THAN MY QUESTION.

8          MR. MANOLIUS:  JUST ONE MOMENT, YOUR HONOR.

9          (DISCUSSION HELD OFF THE RECORD.)

10          MR. MANOLIUS:  THANK YOU VERY MUCH, PRESIDENT

11   PEEPLES.  NO FURTHER QUESTIONS.

12          THE COURT:  THANK YOU.

13   A.   THE LETTER IS A LITTLE BIT MORE CONSISTENT, BUT...

14                   **REDIRECT EXAMINATION**

15   BY MR. LEE:

16   Q.   I WILL TRY TO BE BRIEF, BUT COULD YOU REFER TO TAB 13, THE

17   LETTER YOU HAD NEVER SEEN BEFORE?

18   A.   THE LETTER THAT I DON'T REMEMBER SEEING.  IT'S CC'D TO THE

19   BOARD AND I ASSUME IT WENT TO THE BOARD.

20   Q.   OKAY.  I'M GOING TO DIRECT YOUR ATTENTION TO THE THIRD

21   PARAGRAPH.  I DON'T KNOW IF YOU HAVE HAD A CHANCE TO READ IT.

22   A.   WELL, I WAS JUST READING IT WHILE MR. MANOLIUS WAS

23   WAITING.

24          WHAT IT LOOKS LIKE IS THAT THIS LETTER WAS WRITTEN ON

25   THE ASSUMPTION THAT THE PROGRAM WAS GOING TO BE FORMULARIZED

1  AND IT IS TRYING -- IT IS ENCOURAGING FTA TO ENACT REGULATIONS

2  THAT WOULD PLACE PRESSURE ON OUR REGIONAL -- ON OUR REGIONAL

3  MPO AND MANY OTHERS AROUND THE COUNTRY TO DISTRIBUTE FUNDS

4  WITHOUT -- WITHOUT REGARD TO MAINTAINING THE EXISTING JARC

5  SERVICES.

6           WHAT HE IS SAYING IS YOU NEED TO CHANGE YOUR

7  REGULATIONS SO THAT ONCE THIS THING GETS FORMULARIZED, IF IT

8  GOES TO THE MPO, THE MPO USES ESSENTIALLY THE SAME STANDARDS

9  THAT WERE USED IN THE EARMARK.

10 **Q.**   AND THE THIRD PARAGRAPH REFERS TO AN ATTACHED TABLE, WHICH

11 LISTS -- WHICH I DON'T BELIEVE IS ATTACHED?

12           **THE COURT:**  IT IS.

13 **A.**   IT IS.

14 **BY MR. LEE:**

15 **Q.**   OKAY, THERE IT IS.  WHICH LISTS -- WELL, I WILL JUST READ

16 THE SENTENCE.

17           "AS THE ATTACHED TABLE DEMONSTRATES, THE JARC

18       PROGRAM HAS PROVIDED VITAL FUNDING ASSISTANCE FOR 20

19       OF A.C. TRANSIT'S MOST IMPORTANT JOB LINKED SERVICE

20       ROUTES, INCLUDING OUR L SERVICE ON LINES A, 40, 51,"

21       ET CETERA.

22           "WITHOUT CONTINUED JARC FUNDING, THESE CRITICAL

23       SERVICES ARE AT RISK."

24           IS THAT CORRECT?

25 **A.**   CORRECT.

PEEPLES - REDIRECT EXAMINATION / LEE                    1337

1  Q.   AND THEN THE -- I BELIEVE THE LETTER MAKES AN ARGUMENT

2  THAT THE NEXT PARAGRAPH -- I THINK THE THIRD -- THIRD SENTENCE,

3  NEXT PARAGRAPH:

4         "HOPEFULLY, THE FTA WILL EMPOWER OUR MPO AND

5         OTHERS TO PROVIDE FUNDING BASED ON NEED AND

6         EXPERIENCE BY ENCOURAGING PRIMARY CONSIDERATION

7         FUNDING OF THOSE SERVICE PROVIDERS THAT HAVE

8         DEMONSTRATED THE EFFICIENT AND SUCCESSFUL USE OF

9         FEDERAL OPERATING ASSISTANCE IN THE PAST.  AND SO IN

10        DOING FTA WOULD ENSURE THE CONTINUATION OF EFFECTIVE

11        AND ESSENTIAL JOB TRANSIT SERVICES."

12        IS THAT CORRECT?

13 A.   CORRECT.

14        MR. MANOLIUS:  YOUR HONOR, I DON'T QUITE UNDERSTAND

15 WHAT THE QUESTION WAS.  CORRECT, THAT'S WHAT THE LETTER SAYS?

16        MR. LEE:  IF I COULD JUST GET OUT THE QUESTION.

17        THE COURT:  I MEAN, IF THAT'S WHAT'S IN THE LETTER,

18 THE LETTER IS IN EVIDENCE.

19        IS THERE ANYTHING YOU WANT HIM TO --

20        MR. LEE:  YES.

21        THE COURT:  I READ THE LETTER AND, I MEAN, IT'S

22 BASICALLY SAYING GRANDFATHER IN THE SAME PRIORITIES AS OUR

23 EXISTING SYSTEM.

24        MR. LEE:  THAT'S WHAT I WANTED TO ASK YOU.

25        THE COURT:  I MEAN, I CAN READ THE LETTER.  I HAVE

 1  READ IT BEFORE.

 2          **MR. LEE:**  I APOLOGIZE, YOUR HONOR.  I WAS TRYING TO

 3  DO THIS AS EFFICIENTLY AS I COULD, AND IT TURNED OUT TO BE NOT

 4  EFFICIENT.  THANK YOU.

 5  **BY MR. LEE:**

 6  **Q.**  ACTUALLY, I GUESS, DO YOU AGREE WITH THE COURT'S

 7  CHARACTERIZATION OF WHAT --

 8          **THE COURT:**  I DON'T CARE WHETHER HE AGREES WITH IT OR

 9  NOT.  I AGREE WITH IT.

10  **A.**  YES.  IN THIS LOCATION I WOULD NOT DISAGREE WITH ANYTHING

11  THE COURT SAID.

12          **MR. LEE:**  YOUR HONOR, I'M JUST TRYING TO GET

13  EVIDENCE.

14          **THE COURT:**  ALL RIGHT.  ALL RIGHT.

15          **MR. LEE:**  THANK YOU.

16  **BY MR. LEE:**

17  **Q.**  THANK YOU.  NO MORE QUESTIONS.

18  **A.**  THANK YOU.

19          **THE COURT:**  ALL RIGHT.  SO ARE WE DONE WITH MR.

20  PEEPLES.  THIS IS A GOOD TIME TO TAKE OUR LUNCH BREAK.  45

21  MINUTES.  AND THEN WE HAVE WHAT AFTER THAT?

22          **MR. LEE:**  MR. RUBIN.

23          **THE COURT:**  AND HOW LONG DO YOU EXPECT THAT TO BE?

24          **MR. LEE:**  WE ARE SHOOTING TO HAVE HIM DONE TODAY,

25  YOUR HONOR, INCLUDING THE CROSS-EXAMINATION.

1          THE COURT:  WE WILL SEE.  WE CAN GO TOMORROW, IF WE

2   HAVE TO.

3          MR. MANOLIUS:  AND, YOUR HONOR, JUST BASICALLY

4   DEPENDING ON WHAT COMES OUT, WE MAY WANT TO DO SOMETHING WITH

5   THAT.  IT WOULD BE VERY SHORT.

6          THE COURT:  WELL SEE.  ALL RIGHT.

7          (WHEREUPON AT 12:11  P.M.PROCEEDINGS

8           WERE ADJOURNED FOR NOON RECESS.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    **P R O C E E D I N G S**

2    **OCTOBER 21, 2008**                              **1:05 P.M.**

3

4         **MR. WEBSTER:**  YOUR HONOR, COULD WE RAISE A QUICK

5    HOUSEKEEPING MATTER BEFORE WE GET UNDERWAY WITH MR. RUBIN?  WE

6    WERE PROVIDED WITH -- IN LOOKING THROUGH THE WITNESS BINDER

7    THAT PLAINTIFFS HAD GIVEN US, LAST NIGHT WE WERE PROVIDED WITH

8    CERTAIN -- I'LL CALL THEM SLIDES THAT MR. RUBIN IS APPARENTLY

9    GOING TO TESTIFY ABOUT.  WE HAVE TWO ISSUES IN THAT REGARD.

10        ONE IS WE DON'T HAVE ANY OF THE UNDERLYING DATA FOR

11   ANY OF THE CALCULATIONS, SAVE FOR ONE CHART WHICH I'LL EXPLAIN

12   IN A MINUTE, THAT MR. RUBIN DID AND, THEREFORE, VERY LIMITED --

13   ACTUALLY, NO OPPORTUNITY TO REVIEW HIS WORK.

14        THE SECOND THING IS MANY OF THESE CHARTS APPEAR TO GO

15   TO METRICS AND OTHER ISSUES THAT WEREN'T TESTIFIED TO IN

16   DIRECT.  IT SEEMS TO BE MR. RUBIN OPENING UP YET MORE METRICS

17   AND OTHER AVENUES OF TESTIMONY.

18        **THE COURT:**  IN DIRECT, YOU MEAN IN THE OPENING CASE?

19        **MR. WEBSTER:**  YES.  OR TO REBUT OUR CASE, CORRECT.

20        **THE COURT:**  GO AHEAD.

21        **MS. VALENZUELA SANTAMARIA:**  FIRST OFF, WITH RESPECT

22   TO THE CLAIM WE DIDN'T PROVIDE UNDERLYING DATA, AS WILL BECOME

23   APPARENT DURING THE TESTIMONY, MR. RUBIN RELIED ON THE DATA

24   THAT THE PARTIES STIPULATED TO REGARDING SERVICE LEVELS AND

25   VEHICLE REVENUE MILES, AND, ALSO, THAT WE REQUESTED DATA FROM

PROCEEDINGS                                          1341

1  DEFENSE COUNSEL ON SEVERAL OCCASIONS WITH RESPECT TO THE

2  DOCUMENTS THAT MR. BOEDECKER PREPARED, AND WE NEVER RECEIVED

3  THOSE.

4          **THE COURT:**  WELL, I'M NOT -- TIT FOR TAT DOESN'T --

5  YOU KNOW.

6          **MS. VALENZUELA SANTAMARIA:**  BUT WITH RESPECT TO THE

7  DOCUMENTS THAT MR. RUBIN IS GOING TO TESTIFY ABOUT IN HIS

8  REBUTTAL, HE WILL TESTIFY ABOUT THE INFORMATION THAT HE USED TO

9  PREPARE THOSE, AND IT IS INFORMATION THAT DEFENDANTS HAVE OR IS

10 IN THE BINDER IN OTHER PLACES THAT MAYBE ISN'T APPARENT, BUT

11 IT'S IN THERE.

12         **THE COURT:**  WELL, YOU KNOW, I HAVE NO WAY OF

13 RESOLVING THAT ISSUE WITH WHAT -- YOU KNOW, WITH COMPETING

14 REPRESENTATIONS.

15         BUT I AM CONCERNED THAT, YOU KNOW, THERE WERE

16 REBUTTAL EXPERT REPORTS BEFORE, SO I'M NOT SURE WHY ANYTHING

17 NEW SHOULD BE -- NEW CHARTS SHOULD BE COMING OUT OR NEW

18 CALCULATIONS SHOULD BE COMING OUT NOW.  I MEAN THAT'S THE

19 PURPOSE OF EXPERT DISCLOSURE, EXPERT REPORTS.  SO I'M NOT SURE

20 WHAT THIS IS -- YOU KNOW, IF THERE WAS SOME GENUINE SURPRISE,

21 YOU KNOW --

22         **MS. VALENZUELA SANTAMARIA:**  SO WITH RESPECT TO A

23 NUMBER OF THE CHARTS THAT MR. RUBIN HAS PREPARED, IT'S

24 INFORMATION THAT MR. BOEDECKER RELIED UPON TO PREPARE HIS

25 CHARTS, BUT MR. RUBIN HAS RECAST THAT INFORMATION IN A

1  DIFFERENT WAY TO BETTER DEMONSTRATE WHAT THE UNDERLYING DATA

2  SHOWS.

3          SO IT SHOULDN'T BE ANYTHING THAT'S NEW OR DIFFERENT

4  THAN WHAT MR. BOEDECKER TESTIFIED TO.

5          **THE COURT:**  I HAVEN'T SEEN IT.  I DON'T KNOW ENOUGH

6  ABOUT IT TO MAKE AN INFORMED DECISIONS.

7          **MR. WEBSTER:**  YOUR HONOR, IF I COULD GIVE YOU AN

8  EXAMPLE OF WHY I BELIEVE THAT IS INCORRECT.  ONE OF THE SLIDES

9  DEALS WITH TRANSIT VEHICLE CAPACITY, WHICH, APPARENTLY, YOU

10 KNOW, MR. BOEDECKER NEVER TESTIFIED ABOUT IN HIS CASE -- IN OUR

11 CASE, AND THERE'S DATA ON -- THERE IS A CHART ON THAT.  THERE'S

12 NO UNDERLYING DATA.  THERE IS AVERAGE NUMBER OF SEATS PER

13 VEHICLE CALCULATIONS TAKEN FROM A SOURCE THAT WE HAVEN'T SEEN,

14 A THIRD PARTY SOURCE, AND DESPITE THE FACT WE TRIED TO LOOK AT

15 IT LAST NIGHT, COULDN'T.

16         AND, FINALLY, HE APPARENTLY IS GOING TO REBUT HIS OWN

17 TESTIMONY REGARDING THIS BUS VERSUS RAIL BREAKDOWN OF MINORITY

18 RIDERS.  THIS IS THE CHART WE DID GET DATA FOR EARLIER IN THE

19 WEEK, AND, APPARENTLY, HE JUST RECAST THE DATA TO FIX THE

20 NUMBERS OF SOMETHING WE'VE ALREADY WENT OVER IN MR. BOEDECKER'S

21 TESTIMONY AS WELL.

22         **MS. VALENZUELA SANTAMARIA:**  SO, YOUR HONOR, WITH

23 RESPECT TO THE SEATED LOAD CAPACITY CHART, MR. RUBIN DID HAVE

24 OPINIONS IN HIS ORIGINAL AND REBUTTAL REPORTS ABOUT SEATED LOAD

25 CAPACITY, AND THAT TESTIMONY IS NOT FOR THE PURPOSE OF

 1   REBUTTING MR. BOEDECKER'S TESTIMONY, BUT, RATHER, TO REBUT

 2   TESTIMONY THAT DR. CERVERO TESTIFIED TO.

 3           **THE COURT:**  LET ME SAY THIS, ONE, THIS IS NOT A

 4   HOUSEKEEPING MATTER.  I MEAN, THIS IS VARIOUS FORMS OF

 5   OBJECTIONS, AND IT'S NOT PRESENTED TO THE COURT IN A MANNER

 6   THAT I CAN DECIDE IT.  I GUESS WE ARE GOING TO HAVE TO TAKE IT

 7   ON A CASE-BY-CASE BASIS, YOU KNOW, WHICH IS, YOU KNOW,

 8   UNPLEASANT, BUT, YOU KNOW, IT ALL DEPENDS, I GUESS AS TO EACH

 9   PARTICULAR THING WHETHER IT'S PROPER REBUTTAL OR NOT.  YOU'LL

10   HAVE TO REFRESH MY MEMORY PROBABLY AS TO WHAT, IF ANYTHING, IT

11   REBUTS, WHETHER IT WAS ADEQUATELY DISCLOSED BEFORE, WHETHER

12   IT'S SOMETHING NEW.

13           IN GENERAL, I WOULD SAY I AM OPPOSED TO NEW THINGS

14   COMING IN.  YOU KNOW, I THINK IT'S WAY PAST THE STAGE FOR THAT.

15   AND I'M NOT GOING TO REOPEN THE OPENING CASE EITHER, SO IT'S

16   GOT TO BE REBUTTAL.  BUT, YOU KNOW, YOU ARE BRINGING UP A WHOLE

17   HOST OF DIFFERENT PERMUTATIONS OF THESE ISSUES, SO I THINK IT'S

18   GOING TO DEPEND CHART BY CHART.  BUT IT'S DEFINITELY NOT A

19   HOUSEKEEPING MATTER.

20           **MS. VALENZUELA SANTAMARIA:**  YOUR HONOR, IT CERTAINLY

21   ISN'T OUR INTENTION TO PRESENT TESTIMONY THAT ISN'T TRUE

22   REBUTTAL TESTIMONY, AND THE PURPOSE FOR THE TESTIMONY SHOULD

23   BECOME APPARENT.

24           **THE COURT:**  OKAY.  I MEAN, IF THERE'S WHOLE NEW

25   CALCULATIONS OF A DIFFERENT METRIC, I'M NOT GOING TO LET THAT

1    IN.

2           **MS. VALENZUELA SANTAMARIA:**  SURE.  OKAY.  GO AHEAD.

3           **MR. WEBSTER:**  THANK YOU, YOUR HONOR.

4                            **THOMAS RUBIN**,

5    CALLED AS A WITNESS FOR THE PLAINTIFF HEREIN, HAVING BEEN

6    PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

7    FOLLOWS:

8                    **DIRECT EXAMINATION RESUMED**

9    BY MS. VALENZUELA SANTAMARIA

10   **Q**    MR. RUBIN, YOU HEARD TESTIMONY FROM MTC THAT THE ECONOMIC

11   RECESSION IN APPROXIMATELY 2002 CAUSED OPERATORS TO CUT

12   SERVICE; DO YOU RECALL HEARING THAT TESTIMONY?

13   **A**    YES, I DO.

14   **Q**    DOES THE FACT THAT THERE WAS AN ECONOMIC RECESSION CHANGE

15   YOUR OPINION THAT SHORTFALLS CAUSE OPERATORS TO CUT SERVICE?

16   **A**    NO, IT DOES NOT.

17   **Q**    WHY NOT?

18   **A**    WELL, THE REASON THAT OPERATORS CUT SERVICE IS THAT THEY

19   DO NOT HAVE SUFFICIENT FUNDING TO OPERATE THE LEVEL OF SERVICE

20   THAT THEY WOULD LIKE TO OPERATE AND HAVE PREVIOUSLY OPERATED.

21   THERE ARE A VARIETY OF OPTIONS THAT ARE AVAILABLE.  CERTAINLY,

22   IF THERE'S A RECESSION, THAT INCREASES THE DEGREE OF

23   DIFFICULTY, BUT IT CERTAINLY IS POSSIBLE TO CONTINUE TO OPERATE

24   A SAME OR AT LEAST SIMILAR LEVEL OF SERVICE.

25   **Q**    NOW, MTC HAS POINTED OUT THAT MANY OTHER OPERATORS ALSO

1    CUT SERVICE AFTER THE RECESSION IN ADDITION TO A.C. TRANSIT.

2    IT HAS SUGGESTED THAT A.C. TRANSIT IS IN NO DIFFERENT POSITION

3    THAN THESE OTHER OPERATORS.  DO YOU AGREE WITH THAT?

4    **A**    NO, I DO NOT.

5    **Q**    WHY NOT?

6    **A**    WELL, SEVERAL REASONS.  TO BEGIN WITH, IN THE 2001 RTP,

7    WHICH WAS, OF COURSE, ADOPTED JUST BEFORE THE RECESSION BEGAN,

8    A.C. TRANSIT WAS THE SOLE OPERATOR THAT HAD AN OPERATING

9    DEFICIT IN THAT DOCUMENT; THEREFORE, A.C. TRANSIT WAS AT A

10   SIGNIFICANT DISADVANTAGE RELATIVE TO THE OTHER OPERATORS IN ITS

11   AVAILABLE -- IN ITS ABILITY TO RESPOND TO THE DOWNTURN IN THE

12   ECONOMY.

13   **Q**    NOW, YOU WERE PRESENT WHEN MR. CERVERO TESTIFIED, RIGHT?

14   **A**    YES, I WAS.

15   **Q**    YOU HEARD HIM TESTIFY THAT DEFICITS CAN BE POSITIVE

16   BECAUSE THEY FORCE OPERATORS TO CUT UNPRODUCTIVE SERVICE; DO

17   YOU RECALL THAT TESTIMONY?

18   **A**    YES, I DO.

19   **Q**    FIRST, DO YOU AGREE THAT DEFICITS OR SHORTFALLS CAUSE

20   OPERATORS TO CUT SERVICE?

21   **A**    YES, I DO AGREE WITH THAT.

22   **Q**    DO YOU AGREE THAT DEFICITS ARE POSITIVE BECAUSE THEY FORCE

23   OPERATORS TO CUT SERVICE?

24   **A**    I HAVE A VERY DIFFICULT TIME WITH THAT STATEMENT.

25   **Q**    WHY IS THAT?

1    **A**    WELL, FIRST, I RESPECT HIS OPINION THAT THIS DOES FORCE

2    SOME BELT TIGHTENING, AND THERE ARE TIMES WHEN BELT TIGHTENING

3    IS REQUIRED.  BUT TO GENERALIZE LIKE THAT I THINK IS JUST WAY

4    BEYOND THE PALE.  THIS IS NOT ONLY CUTTING WHAT MAY BE LESS

5    PRODUCTIVE SERVICE, BUT STILL GOOD SERVICE IN MANY CASES, BUT

6    IT IS GETTING INTO -- INTO THE BONE AND MUSCLE OF MANY TRANSIT

7    SYSTEMS.  SO I TAKE GREAT EXCEPTION TO THAT STATEMENT.

8    **Q**    WHAT DO YOU MEAN BY GETTING INTO THE BONE AND MUSCLE OF

9    THE TRANSIT SYSTEMS?

10    **A**    I MEAN -- PARDON ME -- GETTING INTO THE SERVICE THAT MANY

11    PEOPLE RELY ON TO SATISFY THEIR NEEDS FOR MOBILITY,

12    PARTICULARLY PEOPLE WHO DO NOT HAVE OTHER OPTIONS AVAILABLE TO

13    THEM BECAUSE OF THEIR ECONOMIC STATUS, AGE, OR PHYSICAL

14    CONDITIONS.

15    **Q**    DO YOU HAVE AN OPINION OF WHETHER THE SERVICE THAT A.C.

16    TRANSIT CUT IN 2003 AND 2004 WAS UNPRODUCTIVE?

17    **A**    I DO.

18    **Q**    WHAT IS THAT OPINION?

19    **A**    FOR THE MOST PART, I BELIEVE IT WAS SERVICE THAT WAS BEING

20    UTILIZED.  FROM WHAT I HAVE REVIEWED, I BELIEVE IT IS FAIR TO

21    SAY IT WAS ON THE LESS PRODUCTIVE END OF THE RANGE OF A.C.'S

22    SERVICE, BUT I THINK IT IS GOING TOO FAR TO SAY IT WAS NOT

23    PRODUCTIVE, NOT USEFUL SERVICE.

24    **Q**    ON A RELATED TOPIC DR. CERVERO TESTIFIED THAT THE MORE

25    OPERATING SUBSIDY GIVEN TO AN OPERATOR, THE MORE MONEY THE

1  OPERATOR WILL WASTE, ESSENTIALLY.  HE SAID SPECIFICALLY THE

2  HISTORY OF OPERATING SUBSIDIES, BLINDLY ALLOCATED OPERATING

3  SUBSIDIES, IN THE TRANSIT FIELD IS THAT THEY REWARD

4  UNPRODUCTIVE SERVICE; DO YOU AGREE WITH THIS STATEMENT?

5  **A**    NO, I DO NOT.

6  **Q**    CAN YOU PLEASE EXPLAIN WHY?

7  **A**    WELL, I DISAGREE ON SEVERAL GROUNDS.

8         FIRST OF ALL, IT MAKES THE PRESUMPTION THAT THE

9  OPERATING AGENCIES WILL WASTE THE MONEY.  NOW, I WILL CERTAINLY

10 AGREE THAT THERE ARE CASES WHERE THAT HAS HAPPENED, BUT I

11 OBJECT STRONGLY TO HIS FOCUSING ON OPERATING AND LEAVING

12 CAPITAL TOTALLY OUT OF THE PICTURE.  IN MY OPINION, THERE ARE

13 FAR MORE EXAMPLES OF WASTEFUL CAPITAL PROJECTS, CAPITAL

14 EXPANSION PROJECTS, THAN OPERATING PROJECTS.

15        THEN WE GET INTO THE SIMPLE MATTER THAT IF YOU DON'T

16 HAVE OPERATING SUBSIDIES, YOU DO NOT HAVE TRANSIT OPERATIONS.

17 IT IS CERTAINLY TRUE THAT ALMOST ALL GOVERNMENTS HAVE SEEN AN

18 INCREASE IN COSTS, AND THERE'S A LARGE BODY OF KNOWLEDGE OUT

19 THERE ABOUT THE PRODUCTIVITY OF GOVERNMENT, AND I'M NOT GOING

20 TO GET INTO THAT, OTHER THAN TO SAY, AFTER DOING MY ANALYSIS

21 AND REBUTTAL TO DR. CERVERO'S ORIGINAL REPORT WHERE HE FOCUSED

22 SPECIFICALLY ON LABOR COSTS AND BLAMED -- AND STATED THAT LABOR

23 COSTS WERE HIGHER FOR BUS ON A PER PASSENGER BASIS, I SHOWED

24 THAT, INSTEAD, A.C. TRANSIT'S LABOR COSTS PER RIDER WERE

25 SIGNIFICANTLY LOWER THAN THAT OF BART AND SAMTRANS, AND THAT

1  BART'S COSTS WERE RISING AT A FASTER RATE.  I WAS UNABLE TO

2  CALCULATE THE RATE OF INCREASE OF CALTRANS.

3          SO I THINK THIS IS -- IT IS A MISSTATEMENT ON A

4  GLOBAL BASIS, AND I BELIEVE IT IS VERY POOR TO APPLY TO THE

5  SPECIFICS OF A.C. TRANSIT.

6  Q    NOW, DR. CERVERO CONTINUED TO TESTIFY AND HE SAID THE

7  FOLLOWING STATEMENT:

8              "IF YOU CAREFULLY TRACE WHERE THOSE

9          OPERATING SUBSIDY DOLLARS GO, THEY DON'T GO

10         TO LOWER FARES AND EXPAND SERVICES ANYWHERE

11         NEAR AS MUCH AS THEY GO TO KEEP UNPRODUCTIVE

12         SERVICES RUNNING, TO KEEP THE COMPENSATION

13         PACKAGES FOR LABOR QUITE ATTRACTIVE, AND TO

14         MORE OR LESS MAINTAIN THE STATUS QUO."

15         IS THERE ANYTHING WRONG WITH MAINTAINING THE STATUS

16  QUO?

17  A    NO, THERE ISN'T.

18  Q    CAN YOU --

19  A    IN FACT, THAT IS ONE OF THE KEY FACTORS IN THE PLANNING

20  PRINCIPLES THAT HAVE BEEN SET DOWN BY CONGRESS THAT WE HAVE

21  DISCUSSED AT LENGTH.

22  Q    DO YOU MEAN THE OBLIGATION TO PRESERVE THE EXISTING

23  SYSTEM?

24  A    YES.

25  Q    ARE YOU SUGGESTING THAT MTC SHOULD BLINDLY ALLOCATE

1  OPERATING SUBSIDIES TO A.C. TRANSIT OR ANY OTHER OPERATOR?

2  **A**    NO, I AM NOT.

3  **Q**    CAN MTC ALLOCATE OPERATING FUNDS TO AN OPERATOR FOR A

4  SPECIFIC PURPOSE, SUCH AS TO PROVIDE OWL SERVICE, INCREASE

5  HEADWAYS, OR EXTEND HOURS OF SERVICE?

6  **A**    YES, IT CAN, AND IN MANY INSTANCES, AS WE HAVE HEARD

7  PEOPLE TESTIFY, THEY HAVE.

8  **Q**    COULD THIS PREVENT AN OPERATOR FROM WASTING OPERATING

9  DOLLARS AS DR. CERVERO HAS SUGGESTED WOULD HAPPEN?

10  **A**    I THINK IT WOULD BE A USEFUL TOOL IN THAT, YES.

11  **Q**    DR. CERVERO ALSO TESTIFIES, AND WE'VE HEARD THIS STATEMENT

12  MANY TIMES THROUGHOUT THE TRIAL, THAT THE FEDERAL GOVERNMENT

13  GOT OUT OF THE BUSINESS OF OPERATING SUBSIDIES; DO YOU RECALL

14  HEARING THAT TESTIMONY?

15  **A**    YES, I HAVE.

16  **Q**    DO YOU AGREE WITH THAT STATEMENT?

17  **A**    I STRONGLY DISAGREE WITH THAT STATEMENT.

18  **Q**    CAN YOU PLEASE EXPLAIN WHY?

19  **A**    YES.  THE FEDERAL GOVERNMENT HAS NEVER GOTTEN OUT OF THE

20  BUSINESS OF OPERATING SUBSIDIES SINCE THEY WERE FIRST PUT INTO

21  LAW IN 1974.  THE AMOUNTS HAVE GONE UP AND DOWN, BUT IT HAS

22  NEVER BEEN COMPLETELY OUT, AND, IN FACT, IT IS IN THERE TODAY,

23  AND IT HAS ACTUALLY BEEN GOING UP FOR QUITE A WHILE.

24  **Q**    ARE YOU AWARE OF WHETHER OTHER OPERATORS ACROSS THE

25  NATION, AND IN CALIFORNIA SPECIFICALLY, PROGRAM 5307 FUNDS TO

```
 1   PREVENTATIVE MAINTENANCE?

 2   A    I AM AWARE OF SEVERAL AGENCIES, YES.

 3   Q    HAVE YOU LOOKED AT ANY DATA TO DETERMINE WHAT THE

 4   PERCENTAGE IS OF 5307 FUNDS THAT IS USED FOR OPERATING

 5   CURRENTLY?

 6   A    YES.

 7            MR. MANOLIUS:  OBJECTION.  I'M NOT SURE WHAT THIS

 8   REBUTS IN OUR CASE, YOUR HONOR.

 9            MS. VALENZUELA SANTAMARIA:  YOUR HONOR, IT REBUTS

10   DR. CERVERO'S STATEMENT THAT THE FEDERAL GOVERNMENT GOT OUT OF

11   THE BUSINESS OF OPERATING SUBSIDIES.

12            MR. MANOLIUS:  WITH REGARD TO OTHER AREAS AROUND THE

13   COUNTRY, I DON'T BELIEVE DR. CERVERO TESTIFIED ANYTHING ABOUT

14   5307 FUNDS OF OTHER OPERATORS AROUND THE COUNTRY.

15            MS. VALENZUELA SANTAMARIA:  HE MADE THE GENERAL

16   STATEMENT THAT THE FEDERAL GOVERNMENT HAS GOTTEN OUT OF THE

17   BUSINESS OF PROVIDING OPERATING SUBSIDIES, AND MR. RUBIN'S

18   TESTIMONY WILL ESTABLISH THE FEDERAL GOVERNMENT HAS NOT GOTTEN

19   OUT OF THAT BUSINESS AND, INDEED, REGULARLY PROGRAMS OPERATING

20   FUNDS WITH 5307.

21            THE COURT:  WELL, THE FEDERAL GOVERNMENT DOESN'T

22   PROGRAM THEM, RIGHT?  I MEAN --

23            MS. VALENZUELA SANTAMARIA:  THE FEDERAL GOVERNMENT

24   PROVIDES THE FUNDS THAT ARE USED FOR OPERATIONS.

25            THE COURT:  WELL, I THINK YOU CAN ASK THAT GENERAL
```

1    QUESTION, BUT I THINK THE OBJECTION IS WELL TAKEN AS TO ASKING

2    ABOUT OTHER OPERATORS SPECIFICALLY.

3              **MS. VALENZUELA SANTAMARIA:**  SURE.

4    **Q**    MR. RUBIN, DO YOU KNOW APPROXIMATELY HOW MUCH IN 5307

5    FUNDS IN CALIFORNIA IS USED FOR PREVENTATIVE MAINTENANCE

6    PURPOSES?

7              **MR. MANOLIUS:**  SAME OBJECTION.

8              **THE COURT:**  OVERRULED.

9              **THE WITNESS:**  YES, I DO.

10   **BY MS. VALENZUELA SANTAMARIA**

11   **Q**    OKAY.  COULD YOU PLEASE TELL US WHAT YOUR ANALYSIS HAS

12   REVEALED?

13   **A**    YES.  I WENT TO THE NATIONAL TRANSIT DATABASE --

14             **THE COURT:**  OKAY, I DIDN'T SEE.  SUSTAINED.

15             WE'RE NOT -- NEW EVIDENCE ABOUT HOW MUCH FUNDS GET

16   SHIFTED AROUND AND STUFF I DON'T THINK IS REBUTTAL.  THE

17   FACT -- I THINK, JUST AT THE GENERAL LEVEL, I TAKE IT, IT'S HIS

18   TESTIMONY THAT 5307 FUNDS CAN STILL BE USED FOR OPERATING

19   SUBSIDIES.  SO THE FEDERAL GOVERNMENT HAS NOT FORBIDDEN THAT.

20   IT PERMITS IT.  THAT'S, I THINK, THE ONLY APPROPRIATE REBUTTAL

21   POINT.

22   **BY MS. VALENZUELA SANTAMARIA**

23   **Q**    DO YOU HAVE AN OPINION WHETHER IT IS A STANDARD PRACTICE

24   FOR OPERATORS IN CALIFORNIA TO USE 5307 FUNDS FOR PREVENTATIVE

25   MAINTENANCE?

1    A    YES.

2           MR. MANOLIUS:  SAME OBJECTION.

3           THE COURT:  I TAKE IT IT'S YOUR TESTIMONY THAT

4    FEDERAL GOVERNMENT IS STILL GIVING OPERATING SUBSIDIES, AND

5    YOU'RE GIVING AS AN EXAMPLE OF THAT, I TAKE IT, THAT 5307 FUNDS

6    CAN BE PROGRAMMED FOR PREVENTATIVE MAINTENANCE?

7           THE WITNESS:  YES, YOUR HONOR.

8           THE COURT:  OKAY.  THAT'S IT.

9    BY MS. VALENZUELA SANTAMARIA

10   Q    NOW, MR. RUBIN, DR. CERVERO ALSO TESTIFIED, AND I QUOTE:

11                "WE," MEANING MTC, "ALSO HAVE A FIDUCIARY

12                RESPONSIBILITY MAKE SURE TAXPAYER'S DOLLARS

13                ARE WISELY SPENT IN THE SHORT-TERM, SO WE

14                WANT TO MAINTAIN AND OPERATE PRODUCTIVE

15                SERVICES, BUT WE ALSO WANT TO START CURBING

16                AND CURTAILING UNPRODUCTIVE SERVICES."

17           DO YOU AGREE WITH THIS STATEMENT?

18   A    AS A GENERAL RULE, YES, I DO, BUT, OF COURSE, THE KEY IS

19   IN HOW THAT IS INTERPRETED AND APPLIED.

20   Q    DO YOU FEEL MTC'S DOING THAT?

21   A    NO, I DO NOT.

22   Q    CAN YOU PLEASE EXPLAIN?

23   A    I BELIEVE IN MANY CASES MTC IS ENCOURAGING UNPRODUCTIVE

24   SERVICES AND EXPANSION OF UNPRODUCTIVE SERVICES.

25   Q    WHAT DO YOU MEAN BY THAT?

1  **A**    WELL, FOR EXAMPLE, WE HAVE BART TO SFO, WHICH

2  SIGNIFICANTLY FAILED TO MEET THE OBJECTIVES THAT WERE SET FORTH

3  BY ITS PROPONENTS.  WE HAVE THE SERVICE OPERATED BY VALLEY

4  TRANSIT, WHICH IS SOME OF THE WORST IN THE NATION, IN FACT, I

5  BELIEVE THE WORST IN THE NATION, AND MTC HAS NOT TAKEN ANY

6  STEPS TO CURB ANY UNPRODUCTIVE SERVICE DOWN THERE.  IN FACT,

7  THERE ARE EXPANSIONS OF THAT TYPE OF UNPRODUCTIVE SERVICE.

8  **Q**    WE'LL GET INTO BART TO SFO A LITTLE BIT LATER, BUT I WANT

9  TO GO BACK TO DR. CERVERO'S STATEMENT THAT MTC HAS A FIDUCIARY

10  RESPONSIBILITY TO MAKE SURE TAXPAYER'S DOLLARS ARE WISELY SPENT

11  IN THE SHORT-TERM.

12        DOES THAT RESPONSIBILITY HAVE ANY BEARING ON WHAT MTC

13  SHOULD DO TO COVER OPERATING SHORTFALLS, IF ANYTHING?

14  **A**    YES, I BELIEVE IT DOES.

15  **Q**    CAN YOU PLEASE EXPLAIN?

16  **A**    YES.  I BELIEVE, AGAIN, MTC HAS A STATUTORY AND REGULATORY

17  RESPONSIBILITY TO PRESERVE THE EXISTING TRANSIT SYSTEM, AND

18  THAT THIS IS A HIGHER ORDER OF IMPORTANCE.  AND, YES, THERE IS

19  UNPRODUCTIVE SERVICE THAT CAN BE CUT, BUT, OVERALL, WE NEED TO

20  LOOK AT WHAT WE HAVE AND HOW TO KEEP IT GOING SO THE PEOPLE

21  THAT ARE USING IT HAVE THAT WAY TO ACHIEVE MOBILITY.

22  **Q**    DR. CERVERO ALSO TESTIFIED THAT FEDERAL OPERATING FUNDS

23  ARE NOT NECESSARY BECAUSE TDA AND STA PROVIDE OPERATING MONEY;

24  DO YOU AGREE WITH THAT STATEMENT?

25  **A**    NO, I DO NOT.

1  **Q**    WHY?

2  **A**    THEY ARE JUST NOT SUFFICIENT TO PROVIDE THE EXISTING LEVEL

3  OF SERVICE.

4  **Q**    MR. RUBIN, YOU WERE PRESENT DURING MR. BOEDECKER'S

5  TESTIMONY, RIGHT?

6  **A**    YES, I WAS.

7  **Q**    AND HE DISPLAYED SEVERAL GRAPHS AND CHARTS THAT HE SAID

8  ILLUSTRATED HIS CONCLUSIONS; DO YOU REMEMBER THAT?

9  **A**    YES, I DO.

10  **Q**    OKAY.  IF YOU COULD TURN TO TAB 3 IN YOUR BINDER?

11  **A**    YES, I HAVE.

12  **Q**    THIS IS MR. BOEDECKER'S SLIDE 2.  DO YOU RECALL THIS

13  GRAPH?  IT COMPARES A.C. TRANSIT'S AGGREGATE REVENUE VEHICLE

14  MILES WITH THE OTHER LARGE TRANSIT OPERATORS.

15  **A**    YES.  I HAVE IT.

16  **Q**    DO YOU HAVE ANY OPINIONS ABOUT MR. BOEDECKER'S TESTIMONY

17  REGARDING THIS GRAPH?

18      **MR. MANOLIUS:**  OBJECTION, YOUR HONOR.  I DON'T

19  BELIEVE THAT MR. RUBIN IS A STATISTICIAN.

20      **THE COURT:**  WELL, CAN YOU ESTABLISH A FOUNDATION FOR

21  THIS BEING IN HIS EXPERTISE?

22      **MS. VALENZUELA SANTAMARIA:**  CERTAINLY.

23  **Q**    MR. RUBIN, IN YOUR WORK AS A CONSULTANT IN TRANSIT FINANCE

24  AND TRANSIT FUNDING, DO YOU HAVE AN OCCASION TO USE STATISTICS?

25  **A**    YES, QUITE FREQUENTLY.

1  **Q**    IN WHAT CAPACITY?

2  **A**    WELL, FIRST OF ALL, AS A CPA, STATISTICAL SAMPLING IS A

3  VERY IMPORTANT PART OF THE QUALIFICATIONS.  I CAN'T BE A CPA

4  WITHOUT ESTABLISHING AT LEAST A MINIMUM LEVEL OF EXPERTISE IN

5  SUCH MATTERS.

6          SECOND, I APPLY STATISTICS QUITE COMMONLY IN MY WORK,

7  AND THIS IS PARTLY A MATTER OF STATISTICS AND PARTLY A MATTER

8  OF PRESENTATION.  AND MY OBJECTIONS ARE MORE IN THE ORDER OF

9  THE PRESENTATION THAN THE STATISTICS.

10  **Q**    YOU HOLD SEVERAL PROFESSIONAL CERTIFICATIONS, RIGHT?

11  **A**    YES, I DO.

12  **Q**    AS PART OF THE TESTING PROCEDURES FOR THOSE PROFESSIONAL

13  CERTIFICATIONS, WERE YOU TESTED IN STATISTICS?

14  **A**    FOR BOTH THE CPA -- I'M SORRY -- THE CERTIFIED PUBLIC

15  ACCOUNTANT AND CERTIFIED INTERNAL AUDITOR DESIGNATIONS, YES,

16  THAT WAS PART OF THE TESTING, PART OF THE COMMON BODY OF

17  KNOWLEDGE.

18          **THE COURT:**  ALL RIGHT.  THAT'S SUFFICIENT.

19          **MR. MANOLIUS:**  YOUR HONOR, AGAIN, MR. RUBIN WAS

20  OFFERED NOT AS A STATISTICIAN.  THE PLAINTIFFS HAD A

21  STATISTICIAN, AND HE'S NOT HERE.

22          **THE COURT:**  I THINK I CAN OPINE ON THIS EXHIBIT.  I

23  JUST DON'T THINK -- THIS IS NOT ROCKET SCIENCE.  THIS HAS TO DO

24  WITH A LEFT AXIS AND A RIGHT AXIS.  I ASSUME WE WERE GOING TO

25  HEAR MORE ABOUT THAT.

1     **MR. MANOLIUS:**  WE ARE GOING TO HEAR MORE ABOUT OTHER

2  CHARTS, YOUR HONOR.  SO I'M TRYING TO PREVIEW THE ISSUE.

3     **THE COURT:**  GO AHEAD.

4  **BY MS. VALENZUELA SANTAMARIA**

5  **Q**    DO YOU HAVE ANY OPINIONS ABOUT MR. BOEDECKER'S TESTIMONY

6  REGARDING THIS GRAPH?

7  **A**    YES, I DO.

8  **Q**    WHAT IS THAT?

9  **A**    I BELIEVE FOR OUR CURRENT PURPOSES IT IS SUBOPTIMAL.

10 **Q**    WHAT DO YOU MEAN?

11 **A**    WELL, FIRST OF ALL, LET ME SAY THAT THE PRESENTATION WE

12 SEE IS NOT AT ALL UNCOMMON, AND, IN FACT, I FREQUENTLY USE IT

13 MYSELF WHEN WHAT YOU ARE TRYING TO DO IS SHOW THE INTERACTION

14 FOR STATISTICAL PURPOSES OF TWO TIME SERIES, AND IT'S VERY

15 COMMON TO LAY ONE ON TOP OF THE OTHER AND ARRANGE THE SCALE SO

16 YOU CAN DO AN EYEBALL REPRESENTATION TO SEE IF IT BEGINS TO

17 MAKE SENSE.  HOWEVER, FOR CURRENT PURPOSES, I BELIEVE IT IS

18 SUBOPTIMAL.

19 **Q**    WHY?

20 **A**    SPECIFICALLY, I HAVE TWO OBJECTIONS, AND I'M GOING TO USE

21 MY POINTER, WITH THE COURT'S PERMISSION.  THE LEFT AXIS HAS A

22 RANGE OF 15 TO 25,000.  SO THE TOP OF THE AXIS IS 67 PERCENT

23 HIGHER THAN THE BOTTOM.  THE RIGHT AXIS HAS A RANGE OF 100 TO

24 130,000, SO THE RIGHT AXIS IS 30 PERCENT HIGHER.  THESE ARE

25 DIFFERENT SCALES.

1          THE OTHER THING THAT IN THIS PARTICULAR MATTER I

2    BELIEVE IS SUBOPTIMAL IS THAT THE WAY THEY ARE OVERLAID IS DONE

3    TO MAKE THEM APPEAR AS IF THEY MOVE TOGETHER; WHERE, IN FACT,

4    IF YOU LOOK AT THE STARTING POINTS WHERE THERE'S A GREAT

5    SEPARATION, AND THE ENDING POINTS, THIS PRESENTATION TENDS TO

6    MINIMIZE THE AMOUNT OF CHANGE, RELATIVE CHANGE, BETWEEN THE TWO

7    TIME SERIES.

8    Q    MR. RUBIN, DID YOU PREPARE A VERSION OF MR. BOEDECKER'S

9    CHART THAT NORMALIZES THE Y AXIS AND HAS BOTH OF THESE LINES AT

10   THE SAME STARTING POINT?

11   A    YES, I HAVE.

12   Q    IF YOU COULD TURN TO TAB 4 IN YOUR BINDER, IS THIS THE

13   GRAPH THAT YOU PREPARED?

14   A    YES, IT IS.

15   Q    COULD YOU PLEASE EXPLAIN WHAT IT DEPICTS?

16   A    YES.

17          MR. MANOLIUS:  OBJECTION, YOUR HONOR.  THIS IS ONE

18   THAT, AGAIN, WE DON'T HAVE THE UNDERLYING DATA.  IT WAS JUST

19   PROVIDED LAST NIGHT.

20          THE COURT:  WELL, I WOULD BE INCLINED NOT TO ALLOW

21   THIS IN, JUST BECAUSE I DON'T KNOW WHY -- UNLESS THERE'S A GOOD

22   REASON AS TO WHY IT WAS ONLY PROVIDED LAST NIGHT, AS OPPOSED TO

23   WHEN THE TIME FOR REBUTTAL OCCURRED.

24          MS. VALENZUELA SANTAMARIA:  THE PARTIES AGREED TO

25   EXCHANGE DEMONSTRATIVES THE EVENING BEFORE THE TESTIMONY OF THE

1  WITNESSES.

2          **THE COURT:**  THESE ARE ALL DEMONSTRATIVES?

3          **MS. VALENZUELA SANTAMARIA:**  YES, YOUR HONOR.

4          **THE COURT:**  WAS THE OTHER DEMONSTRATIVE?

5          **MS. VALENZUELA SANTAMARIA:**  YES.

6          **MR. MANOLIUS:**  YES, YOUR HONOR, A DEMONSTRATIVE IS

7  ONE THING, BUT THIS IS A DEMONSTRATIVE LOADED WITH OPINION AND

8  DATA.

9          **THE COURT:**  I GUESS THE QUESTION IS, IS IT

10 DEMONSTRATIVE -- WHETHER IT'S A DEMONSTRATIVE OF WHAT?  IS IT A

11 DEMONSTRATIVE OF AN OPINION THAT THIS WITNESS HAD IN HIS FORMER

12 EXPERT REBUTTAL REPORT?

13         **MS. VALENZUELA SANTAMARIA:**  HE'S REBUTTING

14 MR. BOEDECKER.

15         **THE COURT:**  RIGHT, BUT HE CAN'T JUST COME UP WITH

16 FREELANCE REBUTTAL NOW IF IT WASN'T PART OF A REBUTTAL EXPERT

17 REPORT.

18         **MS. VALENZUELA SANTAMARIA:**  IT WAS IN THERE, YOUR

19 HONOR.

20         **THE COURT:**  WAS IT INCLUDED IN THERE?  DID THIS

21 WITNESS ADDRESS THIS ISSUE ABOUT THIS COMPARISON?

22         **MR. MANOLIUS:**  NO, YOUR HONOR, NOT TO MY KNOWLEDGE.

23 AGAIN, THE REPORT IS QUITE LONG.  SO I DON'T WANT TO -- YOU

24 KNOW, MAYBE AN OFFER OF PROOF WOULD BE HELPFUL.

25         **MR. LEE:**  YOUR HONOR, THE PARTIES HAVE AGREED TO

1  PROVIDE DEMONSTRATIVES TO THE COURT THAT ARE NOT INCLUDED IN

2  THE REBUTTAL REPORTS, SO MR. BOEDECKER'S DEMONSTRATIVES IN THE

3  MAIN WERE NOT IN THE REBUTTAL REPORT.

4       **THE COURT:**  I GUESS WHAT I'M SAYING IS THIS:  UNLESS

5  THERE WAS A DIFFERENT UNDERSTANDING, I'M NOT SURE WHAT THE --

6  THERE SHOULD BE A LEVEL PLAYING FIELD.  IF YOU ASKED ME THIS

7  BEFORE ANYTHING ELSE HAPPENED, I WOULD HAVE SAID,

8  DEMONSTRATIVES IS ONE THING, BUT IS IT DEMONSTRATING IN A

9  GRAPHIC FORM AN OPINION THAT'S ALREADY BEEN EXPRESSED AND

10 EXCHANGED IN THE REPORTS AND/OR THE DEPOSITION?  THAT'S WHAT

11 I'M RAISING.  IN OTHER WORDS -- OR ARE YOU COMING UP WITH IT

12 FOR THE FIRST TIME?

13      IT'S NOT THE FACT THAT IT'S PRESENTED IN A

14 DEMONSTRATIVE GRAPHICAL FORM; IT'S WHETHER OR NOT THIS OPINION

15 WAS ALREADY CONVEYED OR NOT.

16      **MS. VALENZUELA SANTAMARIA:**  THIS OPINION THAT

17 MR. RUBIN WILL TESTIFY TO CERTAINLY HAS BEEN INCLUDED IN HIS --

18      **THE COURT:**  IN OTHER WORDS, THE CRITIQUE.  IF HE'S

19 DONE THIS CRITIQUE BEFORE, THEN I THINK IT SHOULD BE ALLOWED.

20      **MS. VALENZUELA SANTAMARIA:**  WITH RESPECT TO

21 MR. BOEDECKER'S DEMONSTRATIVES THAT WERE USED DURING HIS

22 TESTIMONY, THOSE WERE NOT INCLUDED IN HIS EXPERT REPORTS.

23 THERE WERE ABOUT APPROXIMATELY 25 OF THOSE.

24      **THE COURT:**  I UNDERSTAND.  I UNDERSTAND THE

25 DEMONSTRATIVES THEMSELVES WEREN'T.  THE QUESTION IS:  ARE THEY

1   DEMONSTRATING -- ARE THEY TRYING TO DEMONSTRATE GRAPHICALLY

2   SOMETHING HE DID DISCLOSE IN HIS REPORTS AND/OR DEPOSITION?

3   OKAY?  AND THAT'S THE DISTINCTION I'M DRAWING, AND THAT'S THE

4   BASIS I WOULD DECIDE WHETHER TO LET IT IN OR KEEP IT OUT.  BUT

5   NOBODY OBJECTED TO ANYTHING HE DID, SO THAT'S ALL WATER UNDER

6   THE BRIDGE.

7            SO, ANYWAY, YOU ARE TELLING ME HE DID VOICE THIS

8   OPINION IN HIS PRIOR REPORTS AND TESTIMONY AND DEPOSITION?

9            **MS. VALENZUELA SANTAMARIA:**  LET ME CLARIFY.

10  MR. RUBIN, I DON'T -- HE DID PREPARE THIS ANALYSIS AND INCLUDED

11  IT IN HIS REPORTS.  IT MAY HAVE LOOKED A LITTLE BIT DIFFERENT

12  AND WASN'T IN THE SAME POWERPOINT FORMAT, BUT THE UNDERLYING

13  ANALYSIS IS IN THERE IN HIS REPORTS.

14           **THE COURT:**  OKAY.  THAT SEEMS TO ME SUFFICIENT, IF

15  YOU SAID YOU WEREN'T EXCHANGING DEMONSTRATIVES UNTIL THE NIGHT

16  BEFORE --

17           **MR. MANOLIUS:**  THAT'S FINE.

18           **THE COURT:**  OKAY.  GO AHEAD.  IF ANY OF THESE CHARTS

19  WERE, FOR EXAMPLE, BASED ON NEW DATA THAT WASN'T THE SUBJECT OF

20  THE ANALYSIS AND DISCLOSURE IN THE REPORTS, THEN I WOULDN'T

21  ALLOW IT.

22           **MS. VALENZUELA SANTAMARIA:**  CERTAINLY.

23  **Q**   NOW, MR. RUBIN, WHAT DOES THIS DEMONSTRATIVE ILLUSTRATE?

24  **A**   THIS DEMONSTRATES THE REVENUE VEHICLE MILES OF A.C.

25  TRANSIT AS SHOWN ON RED AND THE TOTAL OF THE OTHER SIX

1    OPERATORS -- OF THE OTHER SIX OF THE BIG SEVEN OPERATORS

2    COMBINED, WITH THE EXCEPTION THAT DEMAND RESPONSIVE SERVICE WAS

3    EXCLUDED, AS WAS DONE IN THE STIPULATIONS BETWEEN THE PARTIES.

4         YOUR HONOR, WOULD IT BE USEFUL FOR ME TO POINT OUT

5    WHERE I PREVIOUSLY INCLUDED THIS IN A FORMER REPORT?

6         **THE COURT:**  NO.

7         **THE WITNESS:**  THANK YOU.

8    **BY MS. VALENZUELA SANTAMARIA**

9    **Q**    NOW, WE'VE HEARD FROM DR. CERVERO THAT RAIL AND BUS MODES

10   CAN'T BE MEANINGFULLY COMPARED WITH ONE ANOTHER.  IS THERE

11   ANOTHER WAY TO MEASURE SERVICE LEVELS AMONG OPERATORS WITH

12   DIFFERENT MODES?

13   **A**    YES, THERE ARE SEVERAL, AND THE MOST COMMON ONE IS

14   CAPACITY OF THE VEHICLES, OF WHICH THERE ARE VARIATIONS, BUT OF

15   THAT, THE SEATED CAPACITY IS GENERALLY THE MOST COMMONLY USED

16   IN THE TRANSIT INDUSTRY.

17   **Q**    CAN YOU PLEASE EXPLAIN WHAT SEATED CAPACITY IS?

18        **MR. MANOLIUS:**  YOUR HONOR, OBJECTION.  AGAIN, THIS IS

19   NOT A METRIC -- THIS IS A NEW METRIC.  THE CHARTS THAT FOLLOW

20   HAVE THE NEW METRIC IN THEM.  NOBODY IN OUR CASE IN CHIEF

21   TESTIFIED -- THEY WERE ASKED ON CROSS, BUT THEY CERTAINLY

22   WEREN'T -- IT WASN'T PRESENTED IN OUR DIRECT CASE.

23        **MS. VALENZUELA SANTAMARIA:**  AGAIN, MR. RUBIN DID AN

24   ANALYSIS OF SEATED LOAD CAPACITY THAT WAS PRESENTED IN HIS

25   REBUTTAL REPORT, AND DR. CERVERO DID TESTIFY ABOUT THE INHERENT

1    DIFFERENCES BETWEEN RAIL AND BUS MODES THAT MAKE IT DIFFICULT

2    TO COMPARE THEM, AND MR. RUBIN'S ANALYSIS OF SEATED CAPACITY

3    GOES TO THAT, AND IT WAS INCLUDED IN HIS REBUTTAL REPORT.

4            **THE COURT:**  I GUESS, ARGUABLY, HE OPENED THE DOOR TO

5    IT BY MAKING A FLAT STATEMENT THAT YOU CAN'T COMPARE ANYTHING.

6            **MR. MANOLIUS:**  BUT, YOUR HONOR, I BELIEVE THAT WAS

7    OPENED UP ON CROSS.  HE DIDN'T DO IT IN OUR DIRECT EXAMINATION.

8            **THE COURT:**  I CAN'T RECALL.

9            **MR. MANOLIUS:**  IF I MIGHT REFRESH YOUR RECOLLECTION,

10   YOUR HONOR?  HE TESTIFIED ABOUT HIS CHARTS THAT HE HAD DONE IN

11   HIS DEPOSITION AND JUST THAT IT WAS DIFFICULT TO COMPARE -- IT

12   WAS DIFFICULT TO COMPARE ALONG THOSE METRICS.  HE DID NOT

13   MENTION THE CAPACITY ISSUE.  THAT WAS ASKED ON CROSS.

14           **THE COURT:**  HE DIDN'T MENTION CAPACITY ISSUE.  THAT'S

15   NOT WHAT I'M SAYING.  I THINK HE DID SAY, ESSENTIALLY VOICE THE

16   OPINION FAIRLY, YOU KNOW, ACROSS THE BOARD YOU CAN'T COMPARE

17   THESE MODES.

18           **MR. MANOLIUS:**  THAT IS TRUE.

19           **THE COURT:**  AND THIS REBUTS THAT.

20           **MR. MANOLIUS:**  WHAT HE SAID WAS YOU GET DIFFERENT

21   RESULTS DEPENDING ON THE METRIC YOU USE.

22           **THE COURT:**  I THINK IT IS REBUTTAL.  I'LL ALLOW IT.

23   **BY MS. VALENZUELA SANTAMARIA**

24   **Q**    MR. RUBIN, CAN YOU PLEASE EXPLAIN WHAT SEATED LOAD

25   CAPACITY IS?

1  **A**    YES.  WHAT IT DOES IS RECOGNIZE THAT DIFFERENT TRANSIT

2  VEHICLES HAVE VERY DIFFERENT SEATED CAPACITY.  FOR EXAMPLE, A

3  40-FOOT BUS, WHICH IS THE STANDARD SIZE BUS RIGHT NOW,

4  GENERALLY HAS APPROXIMATELY 40 SEATS.  RAIL VEHICLES OF VARIOUS

5  TYPES ARE 60, 70; IN THE CASE OF COMMUTER RAIL, OVER 100 SEATS

6  PER VEHICLE.  AND FERRY BOATS CAN GO OVER 500 SEATS PER

7  VEHICLE.

8          SO WHAT THIS DOES IS RECOGNIZE THOSE DIFFERENCES, AND

9  RATHER THAN TAKE A REVENUE MILE, IT IS A REVENUE SEATED MILE,

10 HOW MANY SEATS WERE CARRIED ONE MILE, AND BY USING THAT FACTOR,

11 BY ADJUSTING FOR THE SEATS, YOU DO GET A COMPARABLE STATISTIC

12 BETWEEN DIFFERENT MODES IF IT IS USED PROPERLY.

13 **Q**    DID YOU PREPARE A GRAPH -- OR DID YOU ANALYZE SEATED LOAD

14 CAPACITY FOR THE SEVEN LARGEST OPERATORS IN THE BAY AREA?

15 **A**    YES, I DID.

16 **Q**    AND DID YOU PREPARE A GRAPH OF THAT ANALYSIS?

17 **A**    YES, I DID.

18 **Q**    COULD YOU PLEASE TURN TO TAB 6 IN YOUR BINDER?  IS THIS

19 THE GRAPH THAT YOU PREPARED?

20 **A**    YES, IT IS.

21 **Q**    WAS THIS ANALYSIS INCLUDED IN YOUR REBUTTAL REPORT?

22 **A**    YES, IT WAS.

23 **Q**    WHAT DOES THIS GRAPH ILLUSTRATE?

24 **A**    THIS ILLUSTRATES THE SAME STATISTIC.  WE ARE STARTING WITH

25 THE SEATED CAPACITY RATHER THAN REVENUE VEHICLE MILES, AND,

1    AGAIN, WE HAVE A.C. AS COMPARED TO THE OTHER SIX OPERATORS.

2            NOW, YOU WILL NOTE THAT IN THIS CASE WE HAVE THE

3    OTHER SIX OPERATORS IN TOTAL GOING UP 26 PERCENT AS OPPOSED TO

4    GOING UP 18 PERCENT IN THE REVENUE VEHICLE MILES.  WHAT THIS

5    MEANS IS THAT THE OTHER OPERATORS WERE ADDING REVENUE VEHICLE

6    MILES WITH LARGER VEHICLES, AND THAT WAS PRIMARILY THOSE OF

7    BART AND CALTRAIN.  A.C., YOU WILL NOTE, IS THE SAME EACH WAY.

8    IT WENT DOWN .6 BECAUSE A.C. WAS OPERATING PRETTY MUCH THE SAME

9    VEHICLE SIZE FOR THE ENTIRE PERIOD.

10            SO RELATIVE TO THE OTHER OPERATORS, A.C. TRANSIT

11   PASSENGERS SUFFERED AN EVEN GREATER RELATIVE LOSS OF MOBILITY

12   ON THIS STATISTIC THAN THEY DID ON REVENUE VEHICLE MILES.

13   Q    MR. RUBIN, COULD YOU PLEASE TURN TO TAB 7 IN YOUR BINDER?

14   THIS IS MR. BOEDECKER'S SLIDE 10, 2005 RTP PROJECTED SOURCES OF

15   OPERATING FUNDING.  DO YOU RECALL SEEING THIS CHART?

16   A    YES, I DO.

17   Q    DO YOU HAVE ANY OPINIONS REGARDING THIS CHART?

18   A    YES, I HAVE TWO BASIC OPINIONS.

19            ONE THAT I EXPRESSED BEFORE IS THAT I BELIEVE THE MTC

20   FUNDS WHICH ARE SHOWN AS ORANGE IN THIS GRAPHIC IS SOMETHING OF

21   A MISSTATEMENT BECAUSE OF THE 1107 UNDERSTANDING THAT THIS

22   COURT HAS HEARD QUITE A BIT OF, SO I WON'T GO INTO THAT ANY

23   FURTHER UNLESS THE COURT WISHES.

24            THE OTHER THING IS THIS IS WHAT'S KNOWN AS A ONE

25   HUNDRED PERCENT STACKED CHART.  IT'S USEFUL FOR MANY PURPOSES,

1    BUT I BELIEVE THAT WHILE THIS IS USEFUL, IT IS ALSO USEFUL TO

2    SEE A PLAIN STACKED CHART SO YOU CAN SEE THE ACTUAL DIFFERENCES

3    IN FUNDING.

4    Q    DOES MR. BOEDECKER'S CHART INCLUDE CAPITAL FUNDS?

5    A    THIS ONE DOES NOT, NO.

6    Q    DID YOU PREPARE A CHART USING THE DATA THAT MR. BOEDECKER

7    USED FOR OPERATING FUNDING AS WELL AS THE CAPITAL FUNDS THAT

8    WERE ALLOCATED IN THE 2005 RTP?

9    A    YES, I DID.

10   Q    DID YOU COME TO ANY CONCLUSIONS OR OPINIONS AFTER

11   CONDUCTING THAT ANALYSIS?

12        **MR. MANOLIUS:** SAME OBJECTION. HE'S REBUTTING AN

13   OPERATING CHART WITH A CAPITAL OPERATING CHART. I DON'T SEE

14   HOW THAT'S TRUE REBUTTAL.

15        **THE COURT:** I DON'T KNOW ABOUT IT.

16        **THE WITNESS:** YES. MY OPINION IS IT PRESENTS A

17   SOMEWHAT DIFFERENT PICTURE OF WHAT THE ALLOCATION OF FUNDING,

18   PARTICULARLY BY MTC, IS.

19   **BY MS. VALENZUELA SANTAMARIA**

20   Q    DID YOU EXPRESS ANY OPINIONS IN EITHER YOUR INITIAL OR

21   REBUTTAL REPORTS ABOUT THE DISPARITIES IN FUNDING OF OPERATING

22   AND CAPITAL FUNDS IN THE 2005 RTP?

23   A    YES, I DID, AT GREAT LENGTH.

24   Q    DID YOU PREPARE A GRAPH TO ILLUSTRATE THOSE OPINIONS?

25   A    YES, I DID.

1  **Q**    COULD YOU PLEASE TURN TO TAB 8?  IS THIS THE GRAPH YOU

2  PREPARED TO ILLUSTRATE THOSE OPINIONS?

3  **A**    YES, IT IS.

4  **Q**    CAN YOU PLEASE EXPLAIN WHAT IT SHOWS?

5  **A**    YES, FIRST OF ALL, IT INCLUDES BOTH OPERATING AND CAPITAL

6  FUNDS.  LET ME BACK UP ONE MOMENT.

7         THE DATA HERE IS TAKEN FROM THE RTP, THE PROJECT

8  NOTEBOOK, AND IT IS DATA THAT -- DIRECTLY FROM TWO CHARTS, THE

9  PROJECT NOTEBOOK, ONE FOR OPERATING AND ONE FOR CAPITAL.

10        WHAT I DID IS I COMBINED THE SOURCES, AND SO IF LOCAL

11 FUNDS WERE USED FOR OPERATIONS AND LOCAL FUNDS WERE USED FOR

12 CAPITAL, I ADDED THEM TOGETHER INTO A SINGLE BLOCK.

13        THEN I ADDED A CATEGORY THAT IS NOT IN THE 11 -- I'M

14 SORRY -- IN THE PROJECT NOTEBOOK, WHICH IS THE 1107 AGREEMENT,

15 AND I USED THE 1107 MONEY, AS WELL AS TDA MONEY, AND I ADD THEM

16 TOGETHER, AND THAT CONSTITUTES WHAT YOU SEE IN THE GRAY BLOCK

17 WITH THE CROSS HATCHES, WHICH I ADDED SO IT WOULD BE VERY CLEAR

18 WHICH ONE I ADDED.

19        THEN IT IS A CONVENTIONAL STACK GRAPH RATHER THAN A

20 ONE HUNDRED PERCENT STACK GRAPH JUST SO THE DIFFERENCE IN TOTAL

21 FUNDING CAN BE SEEN.

22        I SHOULD NOTE THAT SAMTRANS SHOWED A 300 MILLION

23 CAPITAL SURPLUS, AND THIS IS VERY DIFFICULT TO GRAPH.  IT WOULD

24 BE BELOW THE ZERO LINE, WHICH WOULD BE -- I THINK BE VERY

25 CONFUSING.  SO ALL I DID WAS I ADDED A NOTE TO INDICATE THAT TO

1   AVOID A VERY CONFUSING GRAPHIC REPRESENTATION.

2   **Q**    DOES THIS GRAPH ILLUSTRATE ANYTHING ABOUT THE FUNDING THAT

3   A.C. TRANSIT HAS RECEIVED RELATIVE TO THE OTHER SEVEN LARGEST

4   OPERATORS?

5   **A**    YES, IT DOES.  I THINK YOU CAN SEE SEVERAL IMPORTANT

6   THINGS HERE.

7           ONE IS LOOKING AT THE SHORTFALLS, AND WHILE SEVERAL

8   OF THE OPERATORS HAVE SHORTFALLS, A.C.'S AS A PERCENTAGE IS AT

9   OR HIGHER THAN MOST OF THE OTHERS.  ITS TOTAL SHORTFALL APPEARS

10  TO BE MORE, PARTICULARLY SINCE, WHILE CALTRAIN SHOWS A

11  SHORTFALL FOR THESE PURPOSES, SAMTRANS, WHICH IS THE LARGEST

12  FUNDING PARTNER TO CALTRAIN, DOES HAVE THAT $300 MILLION

13  CAPITAL SURPLUS, WHICH ONE MIGHT ASSUME IS GOING TO BE APPLIED,

14  AT LEAST IN PART, TO THE CAL TRAIN SHORTFALL.

15          ALSO, IT'S INTERESTING TO LOOK AT WHAT IS LEFT OF THE

16  MTC FUNDS AFTER TAKING OUT THE 1107, WHICH I HAVE DONE, AND

17  LOOKED AT THE RELATIVE AMOUNTS.

18          I THINK WHAT YOU CAN SEE FROM THIS IS THAT A.C. IS

19  NOT AS FAVORED AS SOME OF THE OTHERS.  I THINK IT IS NOT THAT

20  FAR MUCH DIFFERENT FROM THE OTHER PRIMARILY BUS OPERATORS, BUT

21  EVEN THERE, ON A PERCENTAGE BASIS, IT DOES NOT DO ANYWHERE NEAR

22  AS WELL AS IT DOES WHEN YOU ARE LOOKING AT THE DATA ON THE

23  PREVIOUS CHART WE WERE LOOKING AT WHERE IT LOOKS LIKE A.C. IS

24  GETTING FAR MORE MTC FUNDING AS A PERCENTAGE THAN ANY OTHER

25  OPERATOR.

1  Q    NOW, MR. RUBIN, MR. BOEDECKER ALSO CHALLENGED YOUR

2  GROUPING OF THE BIG SEVEN OPERATORS INTO HIGHER MINORITY AND

3  LOWER MINORITY GROUPS; DO YOU REMEMBER THAT?

4  A    YES, I DO.

5  Q    CAN YOU TELL US WHY YOU GROUPED THE BIG SEVEN OPERATORS IN

6  HIGHER MINORITIES VERSUS LOWER MINORITY?

7  A    WELL, THIS WAS BASED ON THE SURVEY THAT MTC DID A FEW

8  YEARS BACK, AND WHAT WE HAD WAS -- IN THAT SURVEY WAS A

9  61 PERCENT OVERALL AVERAGE AS IT WAS CALCULATED IN THAT SURVEY.

10  Q    IS THAT WHAT WE'VE REFERRED TO AS THE REGIONAL BASELINE?

11  A    YES, IT IS.

12  Q    OKAY.

13  A    SO IT WAS A VERY SIMPLE MATTER OF WHICH OPERATORS ARE

14  ABOVE, AND THE THREE OPERATORS THAT WERE ABOVE ACTUALLY WERE

15  ABOVE 70 PERCENT, WERE PUT INTO THE HIGH MINORITY CATEGORY, AND

16  THE OTHER FOUR, INCLUDING ONE THAT WAS ALMOST EXACTLY ON THE

17  61 PERCENT WERE PUT IN THE LOW MINORITY CATEGORY.

18  Q    DO YOU HAVE AN OPINION AS TO WHETHER THE 70 PERCENT

19  MINORITY RIDERSHIP THRESHOLD FOR THE HIGHER MINORITY OPERATORS

20  IS SIGNIFICANT?

21  A    WELL, I DO.

22  Q    WHAT IS THAT OPINION?

23  A    WELL, MTC HAS ANOTHER ACTION THAT IT'S BEEN TAKING.  IT'S

24  COMMUNITIES OF CONCERN.  WHAT MTC HAS DONE IS IDENTIFIED CENSUS

25  TRACKS WHERE THE MINORITY PERCENTAGE IS 70 PERCENT OR ABOVE,

1    AND IT HAS DETERMINED THAT THESE ARE COMMUNITIES OF CONCERN

2    WHERE EXTRA ATTENTION MUST BE PAID TO THE PROVISION OF TRANSIT

3    SERVICE.  SO I BELIEVE THAT THE 70 PERCENT, WHICH THE THREE

4    HIGH MINORITY OPERATORS HAPPENED TO HIT BY SOME COINCIDENCE,

5    HAPPENS TO COINCIDE VERY WELL WITH WHAT MTC HAS DEFINED AS A

6    COMMUNITY OF CONCERN FOR A GEOGRAPHIC AREA.

7         **MR. MANOLIUS:**  OBJECTION, YOUR HONOR.  I MOVE TO

8    STRIKE.  MR. BOEDECKER ONLY TESTIFIED ABOUT THE NUMBER, NOT THE

9    BASIS FOR THE NUMBER.  HE WAS JUST TESTING A NUMBER THAT HAD

10   BEEN ADVANCED BY THE PLAINTIFF, SO IT IS NOT REBUTTING HIS

11   TESTIMONY.

12        **THE COURT:**  YOUR RESPONSE?

13        **MS. VALENZUELA SANTAMARIA:**  YES.  IN ADDITION TO

14   REBUTTING MR. BOEDECKER'S TESTIMONY ABOUT THE REASONS WHY

15   MR. RUBIN GROUPED THE OPERATORS INTO HIGHER AND LOWER MINORITY

16   CATEGORIES, THE COURT ALSO HAD SOME CONFUSION ABOUT WHAT THOSE

17   NUMBERS REPRESENTED, AND THIS TESTIMONY IS REBUTTING

18   MR. BOEDECKER'S, AS WELL AS HOPEFULLY CLEARING UP THE COURT'S

19   CONFUSION ON THAT.

20        **THE COURT:**  ALL RIGHT.  I'M GOING TO ALLOW IT.  GO

21   ON.

22   **BY MS. VALENZUELA SANTAMARIA**

23   **Q**    NOW, MR. BOEDECKER ALSO CRITICIZED YOUR ANALYSIS OF THE

24   MINORITY RIDERSHIP OF BUS VERSUS RAIL MODES; DO YOU RECALL

25   THAT?

1    **A**    YES, I DO.

2    **Q**    AND HE CRITICIZED THAT BY SAYING BECAUSE OF MARGINS OF

3    ERROR, THOSE PERCENTAGES COULD BE DIFFERENT THAN YOU

4    REPRESENTED IN YOUR CHART; DO YOU REMEMBER THAT?

5    **A**    YES, I DO.

6    **Q**    DO YOU HAVE A RESPONSE?

7    **A**    WELL, I HAVE SEVERAL.  FIRST OF ALL, EVEN IF YOU ACCEPT

8    HIS ARGUMENTS FOR MARGIN OF ERROR, THE EXTREME CASE IS ONE

9    WOULD BE WAY LOW AND THE OTHER WOULD BE WAY HIGH.  THERE STILL

10    ARE SIGNIFICANT DIFFERENCES.

11           THE OTHER IS I HAVE A GREAT DEAL OF EXPERIENCE IN

12    SUCH SURVEYS IN THE TRANSIT INDUSTRY.  IT'S BEEN A BIG PART OF

13    WHAT I'VE DONE WITH SEVERAL OPERATORS, AND, IN MY EXPERIENCE,

14    IN SUCH SURVEYS THE ERROR RATES TEND TO GO IN THE SAME

15    DIRECTION.

16           IN OTHER WORDS, IF -- IN THIS CASE, IF ONE WAS HIGH

17    ON MINORITY, MOST OF THE OTHERS WOULD ALSO TEND TO BE HIGH ON

18    MINORITY.  AS I SAID EARLIER, THIS IS UNLIKE IF THE OBAMA

19    PERCENTAGE IS TOO LOW, THAT AUTOMATICALLY MEANS MCCAIN

20    PERCENTAGE IS TOO HIGH.  HERE IT IS NOT A ZERO SUM GAME.  IT'S

21    A GAME WHERE THE ERRORS TEND TO GO IN THE SAME DIRECTION.

22    **Q**    NOW, DR. CERVERO TESTIFIED THAT HE DIDN'T KNOW THE RACIAL

23    DEMOGRAPHICS OF FERRY SERVICES IN THE BAY AREA; DO YOU RECALL

24    THAT TESTIMONY?

25    **A**    YES, I DO.

1  Q     DID YOU LOOK AT DEMOGRAPHICS OF FERRY RIDERSHIP?

2  A     YES, I DID.

3  Q     DID YOU PREPARE A GRAPH?

4  A     YES, I DID.

5  Q     WHAT DATA DID YOU USE TO ANALYZE THE DEMOGRAPHICS OF FERRY

6  RIDERSHIP?

7  A     I USED THE DATA THAT WAS IN THE MTC STATISTICAL SURVEY

8  THAT THE PARTIES HAVE CERTIFIED TO -- SPECIFIED TO, PARDON

9  ME -- STIPULATED TO.

10 Q     DID YOU COMPARE THE DEMOGRAPHICS OF FERRY RIDERSHIP WITH

11 THE DEMOGRAPHICS OF BUS AND RAIL RIDERSHIP?

12         MR. MANOLIUS:  OBJECTION, YOUR HONOR.  I BELIEVE THIS

13 IS A NEW ANALYSIS THAT WAS DONE.

14         THE COURT:  YEAH, I THINK IT IS.  IT'S PROBABLY

15 BECAUSE I ASKED A QUESTION ABOUT FERRIES.

16         MS. VALENZUELA SANTAMARIA:  THAT'S CORRECT, YOUR

17 HONOR.

18         THE COURT:  BUT I COULD PROBABLY TAKE JUDICIAL NOTICE

19 THAT FERRY RIDERSHIP TENDS TO BE ON THE WHITE SIDE --

20         MS. VALENZUELA SANTAMARIA:  WE CAN GIVE YOU AN EXACT

21 PERCENTAGE IF YOU LIKE.

22         THE COURT:  -- AS CURRENTLY STRUCTURED.

23         I DID INTRODUCE THE SUBJECT, SO I GUESS, YOU KNOW,

24 GIVEN THAT, I'D PROBABLY ALLOW THEM TO GET SOMETHING IN ON IT.

25 I DON'T KNOW THAT IT REALLY MATTERS.  IT WAS JUST A MUSING ON

1    MY PART.

2        **MR. MANOLIUS:**  YES, YOUR HONOR, BUT THE CHART THAT IS

3    ABOUT TO BE SHOWN IS A RECALCULATION OF MR. RUBIN'S OWN NUMBER.

4        **THE COURT:**  I DON'T WHAT IT IS.  I DON'T KNOW WHAT

5    YOU MEAN.

6        **MS. VALENZUELA SANTAMARIA:**  I CAN PROBABLY HELP

7    EXPLAIN THAT, YOUR HONOR.  MR. RUBIN, ON THE ORIGINAL CHART

8    THAT HE TESTIFIED ABOUT ON DIRECT, SHOWING THE RELATIVE

9    MINORITY RIDERSHIP OF RAIL AND BUS MODES IN THE BAY, DISCOVERED

10   AN ERROR IN HIS CALCULATION, AND HE WANTED TO CLARIFY THAT

11   ERROR ON THE RECORD.

12       **THE COURT:**  AND YOU'RE OBJECTING TO CLARIFYING THE

13   ERROR?

14       **MR. MANOLIUS:**  HE'S REBUTTING HIMSELF.

15       **THE COURT:**  IT'S TRUE, IT'S NOT REAL REBUTTAL, BUT --

16       **MR. MANOLIUS:**  AND THERE'S ALSO AN EXPANSION OF THE

17   DATA FROM THE SEVEN ORIGINAL OPERATORS TO THE ENTIRETY OF THE

18   UNIVERSE, I BELIEVE, IF I UNDERSTAND.  AGAIN, I HAVEN'T HAD A

19   LOT OF TIME WITH THE CHART.

20       **THE COURT:**  WELL, THAT ALL -- I DON'T KNOW.  I MEAN,

21   I DON'T -- WHAT CHART ARE WE TALKING ABOUT?

22       **MS. VALENZUELA SANTAMARIA:**  WE ARE TALKING ABOUT

23   TAB 11.

24       **THE COURT:**  WELL, I GUESS THE ONLY QUESTION IS DO WE

25   WANT TO HAVE SOMETHING IN THE RECORD THAT'S AN ERROR?  I DON'T

1    REALLY WANT SOME NEW CALCULATION.  SIMPLY -- THIS SEEMS TO GO

2    BEYOND CORRECTING AN ERROR.

3         **MS. VALENZUELA SANTAMARIA:**  THE CONCERN WAS WE ALSO

4    DIDN'T WANT SOMETHING IN THE RECORD THAT WAS AN ERROR.  IF YOU

5    WILL ALLOW MR. RUBIN TO EXPLAIN WHY IT WAS AN ERROR, AND WHAT

6    IT WAS HE CORRECTED, AND WHY THE ULTIMATE ANALYSIS DOESN'T

7    REALLY CHANGE --

8         **THE COURT:**  I DON'T KNOW WHAT ERROR -- THIS IS NOT

9    HELPING ME.  NORMALLY YOU CORRECT AN ERROR, YOU SHOW WHAT HE

10   HAD BEFORE AND SAY WHERE IT WAS WRONG.  I DON'T KNOW WHAT YOU

11   ARE CORRECTING.

12        **MS. VALENZUELA SANTAMARIA:**  WE CAN CERTAINLY DO THAT.

13        **THE COURT:**  I WOULD THINK YOU COULD STIPULATE TO A

14   CORRECTION, BUT I DON'T KNOW WHAT THE CORRECTION IS, SO I CAN'T

15   REALLY -- I WILL LET HIM MAKE A CORRECTION IF YOU PULL UP THE

16   ORIGINAL CHART AND SAY WHAT IS WRONG WITH IT, OR THE ORIGINAL

17   OR WHATEVER IT WAS.

18        **MS. VALENZUELA SANTAMARIA:**  WE'LL DO THAT.  GIVE US A

19   MOMENT TO GET IT UP ON THE SCREEN, PLEASE.

20   **Q**    MR. RUBIN, DO YOU RECOGNIZE THE CHART THAT'S BEING

21   DISPLAYED ON THE SCREEN AS THE ONE YOU TESTIFIED ABOUT IN

22   DIRECT EXAMINATION COMPARING THE RELATIVE MINORITY RIDERSHIPS

23   OF BUS VERSUS RAIL MODES IN THE BAY AREA?

24   **A**    YES, I DO.

25   **Q**    HAVE YOU SUBSEQUENTLY DISCOVERED THERE WAS AN ERROR IN

1    YOUR CALCULATIONS?

2    **A**    YES, I HAVE.

3    **Q**    CAN YOU PLEASE EXPLAIN WHAT THAT WAS?

4    **A**    THE CHART THAT IS NOW ON THE SCREEN THAT SHOWS A BUS

5    MINORITY PERCENTAGE OF 66.3 WAS CALCULATED -- 66.3 PERCENT,

6    PARDON ME -- WAS CALCULATED USING THE DATA DIRECTLY FROM THE

7    STATISTICAL SURVEY, AND THIS WAS WRONG BECAUSE I HAD FAILED TO

8    USE THE PROPER DATA, WHICH WAS THE DATA THAT THE PARTIES HAD

9    STIPULATED TO.  SO I CORRECTED THAT USING THE STIPULATED DATA.

10        **MR. MANOLIUS:**  SO IT'S A NEW DATA SOURCE, YOUR HONOR,

11   I MEAN, CERTAINLY ONE WE KNEW ABOUT, BUT IT'S NOT JUST A MERE

12   CORRECTION.  IT'S A SUBSTITUTION OF DATA WITH NEW DATA, IF I'M

13   UNDERSTANDING CORRECTLY.

14        **THE COURT:**  I DON'T UNDERSTAND.  ALL RIGHT.  I'M

15   GOING TO KEEP IT OUT.  ARE YOU GOING TO ARGUE HE MADE A

16   MISTAKE?

17        **MR. MANOLIUS:**  AM I GOING TO ARGUE THAT HE --

18        **THE COURT:**  I MEAN, IN OTHER WORDS.

19        **MR. MANOLIUS:**  IT DOESN'T REALLY MATTER, THE INITIAL

20   CHART; I DON'T THINK IT HAS A LOT OF MEANING ANYWAY.

21        **THE COURT:**  ALL RIGHT.  WELL, I DON'T UNDERSTAND.  I

22   THINK -- ARE YOU SAYING -- IT DOESN'T SOUND LIKE IT'S AN ERROR;

23   IT SOUNDS LIKE YOU LATER STIPULATED TO A DIFFERENT DATA CITE.

24        **MS. VALENZUELA SANTAMARIA:**  AND THE DATA THE PARTIES

25   USED TO STIPULATE TO WAS DATA FROM THE STATISTICAL SUMMARIES.

1    THE WAY THE STATISTICAL SUMMARIES WERE PREPARED WAS A SUMMARY

2    FROM ONE YEAR WOULD INCLUDE PREVIOUS YEARS' DATA, AND THOSE

3    NUMBERS WOULD BE AUDITED.  SO IN SUBSEQUENT STATISTICAL SUMMARY

4    SHEETS, THOSE NUMBERS WOULD CHANGE, SO THE DATA THE PARTIES

5    STIPULATED TO MADE SURE ALL UNDERLYING NUMBERS WERE THE SAME,

6    AND WE WERE USING THE SAME SET OF DATA FOR THOSE, AS OPPOSED TO

7    NUMBERS FROM A PREVIOUS STATISTICAL SUMMARY SHEET THAT MAY HAVE

8    CHANGED IN A LATER AUDITED SHEET.

9            **THE COURT:**  I AM GOING TO ALLOW IT TO BE CORRECTED.

10   I DON'T KNOW.  I THINK THIS IS PROBABLY A COMPLETE TEMPEST OVER

11   A TEAPOT, JUST WASTING A LOT OF TIME.  GO AHEAD.

12   **BY MS. VALENZUELA SANTAMARIA**

13   **Q**    MR. RUBIN, IS THE DOCUMENT BEHIND TAB 11 THE CHART THAT

14   YOU PREPARED?

15   **A**    YES, IT IS.

16   **Q**    AND DOES THIS CORRECT THE CHART THAT YOU PREVIOUSLY

17   PREPARED AND TESTIFIED ABOUT ON DIRECT EXAMINATION?

18   **A**    YES, IT DOES.

19   **Q**    CAN YOU PLEASE EXPLAIN WHAT TAB 11 SHOWS?

20   **A**    YES, THIS SHOWS THE MINORITY PERCENTAGE FOR THE THREE

21   MODES OF RAIL WHICH COMBINES LIGHT RAIL, HEAVY RAIL, COMMUTER

22   RAIL AND CABLE CAR, BUS, WHICH IS BOTH MOTOR BUS AND ELECTRIC

23   BUS, AND FERRY.  AND IT ALSO HAS THE BAY AREA-WIDE SYSTEM-WIDE

24   AVERAGE OF 61 PERCENT MINORITY SHOWN AS A LINE.

25   **Q**    AND CAN YOU PLEASE -- CAN YOU PLEASE TELL THE COURT WHAT

1    THE --

2            **THE COURT:**  OKAY.  THIS GOES WELL BEYOND CORRECTING.

3    I TAKE IT THE CORRECTION -- YOU ARE NOT CORRECTING THE PRIOR

4    CHART; YOU ARE GOING WELL BEYOND THAT, SO I'M NOT GOING TO

5    ALLOW IT.

6            **MS. VALENZUELA SANTAMARIA:**  YOUR HONOR, THE

7    CORRECTION IS TO THE PERCENTAGE OF RAIL AND BUS.  THE FERRY

8    PERCENTAGE IS NEW AND IN RESPONSE TO THE COURT'S QUESTION.

9            **THE COURT:**  RIGHT, IT'S NEW, BUT IT'S ALSO SEVEN

10   OPERATORS VERSUS ALL OPERATORS, RIGHT.  IS THAT CHANGED, TOO?

11           **MS. VALENZUELA SANTAMARIA:**  NO, YOUR HONOR.  THE RED

12   LINE GOING ACROSS THERE HAS BEEN CONSISTENT IN BOTH CHARTS.

13           **THE COURT:**  I DON'T REMEMBER THE PRIOR CHART THAT'S

14   BEING CORRECTED.  WAS THAT ALL OPERATORS OR THE SEVEN TOP?

15           **MS. VALENZUELA SANTAMARIA:**  THAT WAS ALSO THE SEVEN

16   OPERATORS, I BELIEVE.

17           **THE COURT:**  OKAY.  WHICH -- ARE THEY BOTH SEVEN

18   OPERATORS?  ARE THEY BOTH ALL OPERATORS, OR ARE THEY TWO

19   DIFFERENT BASES?

20           **MS. VALENZUELA SANTAMARIA:**  CAN WE HAVE MR. RUBIN

21   EXPLAIN THAT?

22           **THE COURT:**  OKAY.

23           **THE WITNESS:**  THE ONE NOW ON THE SCREEN, THE NEW ONE,

24   IS ALL OPERATORS.  THE FORMER ONE WAS THE BIG SEVEN.

25           **THE COURT:**  OKAY.  SO EXCLUDED.  LET'S MOVE ON.

1          BUT I WOULD ASK YOU TO STIPULATE TO CORRECTED

2    FIGURES.  YOU MIGHT AS WELL JUST HAVE THE RIGHT FIGURES.  I

3    DON'T THINK THEY'RE GOING TO CHANGE ANYTHING, PARTICULARLY IN

4    TERMS OF THE ORDER OF MAGNITUDE, AND THIS WAS A BIG WASTE OF

5    TIME.

6          **MS. VALENZUELA SANTAMARIA:**  THANK YOU, YOUR HONOR.

7    **BY MS. VALENZUELA SANTAMARIA:**

8    **Q.**    MR. RUBIN, MS. MCMILLAN TESTIFIED THAT MTC CONDUCTED AN

9    ANALYSIS OF WHAT WOULD HAPPEN IF IT FUNDED THE PREVENTATIVE

10   MAINTENANCE NEEDS OF THE OPERATORS IN THE SAN FRANCISCO/OAKLAND

11   URBANIZED AREA; DO YOU RECALL THAT TESTIMONY?

12   **A**    YES, I DO.

13   **Q**    FIRST, MS. MCMILLAN TESTIFIED THAT THE ENTIRE PREVENTATIVE

14   MAINTENANCE NEEDS OF ALL OPERATORS IN THAT URBANIZED AREA EQUAL

15   APPROXIMATELY $270 MILLION; DO YOU RECALL THAT?

16   **A**    YES.

17   **Q**    SHE SAID THAT THE THOSE PREVENTATIVE MAINTENANCE NEEDS OF

18   THE OPERATORS IN JUST THAT ONE URBANIZED AREA WOULD WIPE OUT

19   ALL THE FUNDS FOR THE ENTIRE REGION; DO YOU RECALL THAT?

20   **A**    YES.

21   **Q**    THEN MTC LOOKED AT WHAT WOULD HAPPEN IF IT FUNDED JUST TEN

22   PERCENT OF THE PREVENTATIVE MAINTENANCE NEEDS IN THE SAN

23   FRANCISCO URBANIZED AREA AND CONCLUDED THAT IT WOULD RESULT IN

24   A $415 MILLION CAPITAL REHAB SHORTFALL OVER A TEN-YEAR PERIOD;

25   DO YOU RECALL THAT?

1    **A**    YES.

2    **Q**    DO YOU HAVE AN OPINION OF WHETHER THERE ARE ANY FLAWS IN

3    MTC'S ANALYSIS?

4    **A**    WELL, I THINK THAT THE ANALYSIS WAS NOT WELL FORMULATED.

5    THE PRIMARY REASON IS SEVERAL OF THE OPERATORS DID NOT HAVE ANY

6    OPERATING SHORTFALLS, AND THAT INCLUDED BART, WHICH WAS

7    APPROXIMATELY HALF OF THE CALCULATION THAT SHE MADE ALL BY

8    ITSELF.  SO I THINK THE PREMISE THAT THEY WERE GOING TO TAKE

9    15 PERCENT FOR ALL OF THEM JUST WAS NOT A GOOD PREMISE.  IT

10   WOUND UP OVERSTATING THE IMPACT SIGNIFICANTLY.

11            THE OTHER THING IS ASSUMED THAT THERE WOULD BE NO

12   FEEDBACK FROM ANY OTHER FUNDING SOURCE THAT COULD BE USED FOR

13   THOSE CAPITAL RENEWAL AND REPLACEMENT NEEDS.

14   **Q**    YOU SAID NO FEEDBACK.  DID YOU MEAN NO BACKFILL?

15   **A**    BACKFILL.  THAT'S FINE.

16   **Q**    DO YOU KNOW IF MTC'S ANALYSIS LOOKED AT OTHER AVAILABLE

17   MEANS OF OPERATING SUBSIDIES?

18   **A**    I DO NOT BELIEVE IT DID.

19   **Q**    IN YOUR OPINION, IF MTC JUST FUNDED THE OPERATING

20   SHORTFALLS FOR THOSE OPERATORS WHO HAD SHORTFALLS WITH 5307

21   FUNDS, WOULD THAT BANKRUPT THE SYSTEM?

22   **A**    NO, IT WOULD NOT.

23   **Q**    DR. CERVERO, IN PROVIDING AN EXAMPLE OF WHAT COULD HAPPEN

24   IF CAPITAL REHABILITATION SHORTFALLS EXIST, MENTIONED THE I-35

25   BRIDGE COLLAPSE IN MINNEAPOLIS; DO YOU RECALL THAT?

1   **A**    YES, I DO.

2   **Q**    JUST TO BE CLEAR, ARE YOU SUGGESTING THAT MTC TAKE MONEY

3   THAT COULD BE USED TO REHABILITATE THE BRIDGES AND ALLOCATE IT

4   TO A.C. TRANSIT?

5   **A**    NO, I'M NOT.

6           BY THE WAY, THAT WAS A MISSTATEMENT.  FINAL REPORT IS

7   NOT IN, BUT FROM WHAT I HAVE SEEN IN THE TRADE PRESS, THAT WAS

8   NOT A MAINTENANCE PROBLEM.  IT WAS A PROBLEM OF THE ORIGINAL

9   DESIGN OF THAT PRIVILEGE, THAT IT WAS FAULTY.

10          PARDON ME, YOUR HONOR.  I SHOULDN'T MENTION THAT.

11   SORRY.

12   **Q**    MR. RUBIN, YOU HEARD TESTIMONY THAT A.C. TRANSIT'S

13   $64 MILLION SHORTFALL IN THE 2005 RTP TRANSLATES TO JUST OVER

14   $2 MILLION A YEAR SHORTFALL FOR THE ENTIRE 25-YEAR PERIOD OF

15   THE RTP; DO YOU RECALL HEARING THAT?

16   **A**    TWO, TWO AND A HALF MILLION, YES, I RECALL THAT.

17   **Q**    DO YOU AGREE WITH THAT?

18   **A**    THAT'S TRUE IF WHAT YOU DO IS TAKE THE TOTAL AND DIVIDE IT

19   INTO 25 EQUAL PIECES.  UNFORTUNATELY, THAT'S NOT THE WAY THE

20   ACTUAL CASH FLOW GOES.

21   **Q**    WHAT DO YOU MEAN?

22   **A**    WELL, SPECIFICALLY, THERE WAS A VERY SIGNIFICANT FRONT

23   LOADING FOR A.C. TRANSIT OF THE YEARS IN WHICH THAT SHORTFALL

24   OCCURRED, AND IN THOSE YEARS IT WAS SIGNIFICANTLY MORE THAN

25   2-1/2 MILLION A YEAR.

1   Q    WHAT DATA DO YOU BASE THAT OPINION ON?

2   A    I BASE THAT UPON THE DATA THAT MTC SUBMITTED TO MTC -- I'M

3   SORRY -- A.C. TRANSIT SUBMITTED TO MTC AS ITS FINAL SUBMISSION

4   FOR THE RTP IN 2005.

5   Q    OKAY.  IF YOU COULD TURN TO TAB 15, WHICH IS EXHIBIT 717?

6   IS THIS THE DATA THAT YOU REFER TO?

7   A    YES.

8   Q    JUST FOR YOUR REFERENCE, BEHIND THE RED SLIP SHEET BEHIND

9   THAT TAB, THERE'S A MORE EASILY READABLE COPY OF THAT

10  SPREADSHEET.

11  A    YES.  I HAVE THAT.

12  Q    WHAT IS THE SIGNIFICANCE -- EXCUSE ME.  LET ME BACK UP.

13         WHEN WAS A.C. TRANSIT'S SHORTFALLS PROJECTED TO FIRST

14  OCCUR?

15  A    I'M SORRY.  EVEN WITH THESE -- WHAT WE SEE HERE IS IN 2007

16  WE SEE A $15 MILLION SHORTFALL IN THAT YEAR.

17  Q    HOW LONG IS THAT SHORTFALL PROJECTED TO EXIST?

18  A    THAT SHORTFALL EXISTS THROUGH 2017, AND IT REACHES A HIGH

19  POINT OF 22 MILLION AND CHANGE IN 2010, AND THEN TAPERS OFF

20  AFTER THAT UNTIL IT REACHES ZERO IN 2018.

21  Q    NOW, WHAT IS THE SIGNIFICANCE, IF ANY, OF THE FACT THAT

22  A.C. TRANSIT'S SHORTFALLS ARISE EARLY IN THE 25-YEAR PERIOD OF

23  THE RTP?

24  A    THE SIGNIFICANCE IS THAT THE IMPACT IS EARLIER, AND THE

25  IMPACT ON A.C.'S ABILITY TO MAINTAIN ITS LEVEL OF OPERATIONS IS

1  MORE SIGNIFICANT BECAUSE OF THE FRONT LOADING OF THOSE

2  SHORTFALLS.

3  **Q**    CAN YOU EXPLAIN WHY?

4  **A**    YES.  IT JUST DOESN'T HAVE THE MONEY TO OPERATE THE

5  SERVICE THAT IT HAD BEFORE GIVEN THIS PROJECTION THAT WE SEE

6  HERE.

7  **Q**    DOES IT MEAN THAT MORE MONEY IS NEEDED IN EARLIER TIME

8  PERIOD?

9  **A**    TO MAINTAIN THE SAME LEVEL OF SERVICE UNDER THE

10  ASSUMPTIONS THAT WENT INTO THIS PROJECTION, YES.

11  **Q**    MS. MCMILLAN TESTIFIED THAT SALES TAX PROCEEDS COULD NOT

12  BE USED TO FUND PROJECTS OUTSIDE THE COUNTY IN WHICH THE TAX

13  WAS GENERATED; DO YOU RECALL THAT TESTIMONY?

14  **A**    YES, I DO.

15  **Q**    DO YOU AGREE WITH THIS?

16  **A**    NOT ENTIRELY.  SHE IS MOSTLY ON TRACK, BUT THERE ARE A

17  NUMBER OF PROJECTS WHERE THEY DO CROSS COUNTY LINES.

18  **Q**    CAN YOU PROVIDE SOME EXAMPLES?

19  **A**    WELL, ONE FOR EXAMPLE, IS THE TRANSBAY TERMINAL AND THE

20  ELECTRIFICATION OF CALTRAIN.  AND THE THREE JOINT FUNDING

21  PARTNERS, THAT'S THE SANTA CLARA, SAN MATEO, AND SAN FRANCISCO,

22  HAVE TREATED THOSE MORE OR LESS AS PARTNERSHIP PROJECTS,

23  PARTICULARLY THE TRANSBAY TERMINAL, WHICH IS, OF COURSE,

24  LOCATED IN SAN FRANCISCO.

25  **Q**    DR. CERVERO TESTIFIED THAT PRESERVATION OF THE EXISTING

 1  SYSTEM REFERS TO ONLY PRESERVATION OF CAPITAL ASSETS.  DO YOU

 2  RECALL THAT TESTIMONY?

 3  **A**    YES, I RECALL THAT VERY WELL.

 4  **Q**    DO YOU AGREE WITH THAT?

 5  **A**    ABSOLUTELY NOT.

 6  **Q**    WHY?

 7  **A**    IT'S WRONG.  IT IS ABSOLUTELY WRONG.  THE SYSTEM REFERS

 8  NOT JUST TO THE CAPITAL ASSETS, BUT FOCUSES PRIMARILY UPON THE

 9  PROVISION OF SERVICE TO THE PEOPLE WHO NEED IT TO GET AROUND,

10  AND THAT MOST SPECIFICALLY INCLUDES OPERATIONS.  WITHOUT

11  OPERATIONS, THE CAPITAL ASSETS HAVE NO PURPOSE.

12  **Q**    OKAY.  LET'S TURN TO 49, SECTION 5303, WHICH IS BEHIND TAB

13  17 IN YOUR BINDER, AND THESE ARE THE TRANSPORTATION PLANNING

14  FACTORS WE HAVE BEEN HEARING A LOT ABOUT.

15  **A**    YES, I HAVE THAT.

16  **Q**    OKAY.  IF I COULD HAVE YOU TURN TO SUBSECTION H AND

17  SUBSECTION G WHICH BEGINS AT PAGE 5?  DOES THIS STATUTE

18  SPECIFICALLY REFER TO OPERATING EXPENSES WHEN DISCUSSING AN

19  MPO'S RESPONSIBILITIES WITH RESPECT TO THE PLANNING PROCESS?

20  **A**    JUST A SEC.  I'M FINDING IT.

21        **MR. MANOLIUS:**  COUNSEL, WHAT PAGE?

22        **MS. VALENZUELA SANTAMARIA:**  PAGE 5.

23        **THE WITNESS:**  I BELIEVE WHAT'S ON THE SCREEN IS G,

24  AND WHAT WE NEED IS THE FOLLOWING SECTION, WHICH IS H.

25        **MS. VALENZUELA SANTAMARIA:**  OKAY.

1          **THE WITNESS:**  YES, AND I'LL WAIT FOR THE GRAPHIC, BUT

2    THE QUESTION WAS, DOES IT SPECIFICALLY MENTION OPERATIONS?

3    **BY MS. VALENZUELA SANTAMARIA**

4    **Q**    YES.  THAT'S THE QUESTION.

5    **A**    YES, YES.  THIS DOES SPECIFICALLY MENTION OPERATIONS.

6    **Q**    WHERE IS THAT?

7    **A**    THAT IS IN SUBSECTION G, WHICH SAYS "PROMOTE EFFICIENT

8    SYSTEM MANAGEMENT AND OPERATION."

9    **Q**    AND THAT'S ON PAGE 6?

10   **A**    THAT'S CORRECT.

11   **Q**    DOES THAT INFORM YOUR READING OF THE PHRASE "EMPHASIZE

12   PRESERVATION OF THE EXISTING SYSTEM"?

13   **A**    YES, IT DOES.

14   **Q**    HOW SO?

15   **A**    WELL, SUBSECTION G, IN EFFECT, IS A DEFINITION OF SYSTEM,

16   BECAUSE IT SPECIFICALLY INCLUDES OPERATIONS IN ITS DISCUSSION

17   OF SYSTEM, AND, THEREFORE, IN MY OPINION, OPERATIONS IS

18   DEFINITELY PART OF THE TERM "SYSTEM" AS IT IS USED IN THIS

19   STATUTE, AND I WOULD, THEREFORE, APPLY THAT OPERATION -- THAT

20   DEFINITION OF "SYSTEM," WHICH INCLUDES OPERATIONS, TO G,

21   "EMPHASIZE THE PRESERVATION OF THE EXISTING TRANSPORTATION

22   SYSTEM."  SO THAT IS THE STATUTORY BASIS.

23          AND ON TOP OF THAT, THERE'S THE LOGICAL BASIS, THAT,

24   IF ALL YOU HAVE IS A CAPITAL PROJECT, WITHOUT OPERATIONS, YOU

25   DO NOT HAVE A TRANSPORTATION SYSTEM; YOU HAVE A PILE OF ASSETS.

1          **THE COURT:**  THE COURT REPORTER IS ASKING FOR A BREAK

2    WE'LL TAKE A TEN-MINUTE BREAK.

3          (WHEREUPON THERE WAS A RECESS IN THE PROCEEDINGS

4          FROM 2:08 UNTIL 2:20 P.M.)

5                          **CROSS EXAMINATION**

6    **BY MS. VALENZUELA SANTAMARIA:**

7    **Q.**   OKAY, MR. RUBIN.  GO BACK TO TAB 15 FOR A MINUTE, PLEASE.

8    AND THAT'S EXHIBIT 717.

9    **A.**   YES, I HAVE IT.

10   **Q.**   DO YOU HAVE AN UNDERSTANDING OF WHETHER THE PROJECTED

11   REVENUES IN THIS CHART WERE FINAL AS OF THE TIME THIS CHART WAS

12   PREPARED?

13   **A.**   YES.  THIS IS NOT THE FINAL VERSION.

14   **Q.**   DOES THAT IMPACT THE SHORTFALL AMOUNTS THAT ARE REFLECTED

15   IN HERE BEGINNING AT YEAR 2007?

16   **A.**   IT MOST LIKELY DOES, YES.

17   **Q.**   IN WHAT WAY?

18   **A.**   THE -- THERE WERE SOME FUNDING THAT WAS -- THAT CAME TO

19   LIGHT AFTER THE THIS PRELIMINARY ONE WAS PUBLISHED.  WE DO NOT

20   HAVE THE FINAL, FINAL VERSION THAT CORRESPONDED TO THE

21   64 MILLION.

22          SO MY UNDERSTANDING IS THE DIFFERENCE IS THERE WAS

23   APPROXIMATELY $6 MILLION A YEAR OF ADDITIONAL FUNDING THAT

24   BECAME APPARENT AFTER THIS DOCUMENT WAS PUT TOGETHER AND BEFORE

25   THE FINAL DOCUMENT, THE ONE THAT DID HAVE THE 64 MILLION.

1          SO THE NUMBERS I WAS GIVING EARLIER WERE SOMEWHAT

2     OVERSTATED BY APPROXIMATELY THAT AMOUNT.

3     **Q.**    SO THE SHORTFALL NUMBERS WOULD HAVE BEEN SMALLER

4     SHORTFALLS, RIGHT?

5     **A.**    THAT'S CORRECT.

6     **Q.**    BUT IN ANY EVENT, WAS IT STILL MORE THAN -- WAS IT STILL

7     FRONT LOADED?

8     **A.**    YES, IT IS.

9     **Q.**    AND THE -- THE YEARS THAT DID HAVE SHORTFALLS, THAT WAS

10    MORE THAN $2 MILLION A YEAR AS THE TESTIMONY HAS INDICATED,

11    CORRECT?

12    **A.**    THAT'S CORRECT.

13    **Q.**    OKAY.  LET'S GO BACK TO PRESERVATION OF THE EXISTING

14    SYSTEM.

15          DR. CERVERO TESTIFIED THAT A BALANCE MUST BE STRUCK

16    BETWEEN PRESERVATION AND EXPANSION; DO YOU RECALL THAT

17    TESTIMONY?

18    **A.**    YES, I DO.

19    **Q.**    DO YOU AGREE WITH HIM?

20    **A.**    I DO AGREE WITH THAT STATEMENT OF HIS.  I HAVE A FEELING

21    WE MAY HAVE SOME VARIANCES IN HOW WE ACTUALLY IMPLEMENT IT.

22    **Q.**    CAN YOU EXPLAIN WHAT YOU MEAN?

23    **A.**    WELL, AS I HAVE EXPLAINED IN DETAIL, I BELIEVE THAT

24    STATUTES, REGULATIONS AND PROPER PLANNING PRACTICE IS THAT

25    PRESERVATION OF THE EXISTING SYSTEM COMES FIRST.  OPERATIONS

1  FIRST, THEN CAPITAL RENEWAL AND REPLACEMENT, AND THEN AND ONLY

2  THEN, IF THERE IS FUNDING AVAILABLE, WE LOOK AT EXPANSION.

3            SECOND, I THINK WE MAY HAVE A SLIGHTLY DIFFERENT

4  PHILOSOPHY OF WHAT TYPES OF EXPANSION MIGHT BE MOST PRODUCTIVE,

5  COST EFFECTIVE AND EASY AND FAST TO IMPLEMENT.

6  **Q.**  WHAT DO YOU MEAN?

7  **A.**  IN MY OPINION, THERE ARE MANY CASES WHERE CHANGES TO THE

8  EXISTING SYSTEM THAT ARE NOT HUGE, THINGS SUCH AS ADDING

9  SERVICE WITH EXISTING MODES, OPERATING MORE SERVICE ON CURRENT

10  ROUTES, REDUCING THE FARES, EXPANDING LINES A LITTLE BIT OR A

11  FEW MILES IN EACH DIRECTION CAN OFTEN GENERATE MORE NEW TRANSIT

12  RIDERSHIP THAN EXPENSIVE CAPITAL-INTENSIVE PROJECTS THAT MIGHT

13  TAKE YEARS OR EVEN DECADES TO IMPLEMENT.

14  **Q.**  SO ARE YOU SAYING THAT, FOR EXAMPLE, RESTORING A.C.

15  TRANSIT SERVICE THAT IT CUT BACK IN 2003 AND 2004, THAT

16  RESTORATION WOULD CONSTITUTE EXPANSION?

17  **A.**  WELL, IN ONE SENSE, IN THAT IT IS MORE SERVICE THAN IT

18  IS -- THAN A.C. TRANSIT IS NOW OPERATING.  AND, OF COURSE, A.C.

19  HAS BEEN CONSTANTLY CUTTING SERVICE.

20            I HAVE DOCUMENTED MYSELF WAY BACK TO 1984 AND I KNOW

21  IF I WENT BACK FURTHER THAN THAT, I WOULD PROBABLY FIND THAT IT

22  WAS CUTTING EVEN BEFORE THEN.

23            SO, YES, I WOULD -- YOU CAN CALL IT EXPANSION IN THE

24  SENSE THAT IT IS MORE THAN IS CURRENTLY BEING OPERATED.  YOU

25  COULD ALSO CALL IT RESTORATION.

1  Q.   NOW, DR. CERVERO TESTIFIED THAT MTC IN HIS MIND DOES NOT

2  PRIORITIZE EXPANSION BECAUSE MTC ALLOCATED MORE TOTAL DOLLARS

3  TO CAPITAL REHABILITATION AND OPERATIONS THAN TO EXPANSION; DO

4  YOU RECALL THAT TESTIMONY?

5  A.   YES, I DO.

6  Q.   DO YOU AGREE WITH THAT?

7  A.   WELL, I -- I AGREE WITH THE FACTS.  I DISAGREE WITH THE

8  INTERPRETATION HE HAS MADE OF THOSE FACTS.

9           EMPHASIS, OF COURSE, IS SOMETHING THAT EACH OF US

10  MUST DETERMINE, AND HE IS AN EXPERT AND I RESPECT HIS OPINION.

11  BUT WHAT HE WAS DOING WAS BASICALLY LOOKING AT THE GRAND

12  TOTALS, AND HE WAS SAYING THAT SINCE MORE OF THE GRAND TOTAL

13  WAS GOING TOWARDS THE EXISTING SYSTEM, THAT MEANT THAT MTC HAD

14  A LOWER EMPHASIS ON EXPANSION.

15           I LOOK AT IT SOMEWHAT DIFFERENTLY.  I LOOK AT IT AS

16  THE FIRST PRIORITY IS THE PRESERVATION OF THE EXISTING SYSTEM

17  AND WHAT FUNDS ARE AVAILABLE TO USE BETWEEN THE EXISTING SYSTEM

18  AND EXPANSION.  AND IF WE HAVE A SITUATION WHERE THERE IS

19  EXPANSION WHEN THE EXISTING SYSTEM IS NOT BEING PRESERVED, THEN

20  I CALL INTO QUESTION IF THAT IS NOT A PRIORITY TOWARDS

21  EXPANSION.

22  Q.   NOW, LET'S SWITCH GEARS A LITTLE BIT AND TALK ABOUT

23  DR. CERVERO'S CONCEPT OF COST EFFECTIVENESS.  HE DEFINED COST

24  EFFECTIVENESS OR HE TESTIFIED THAT COST EFFECTIVENESS MEANS THE

25  FOLLOWING:

1          "BUT WHEN IT COMES TO COST EFFECTIVENESS,

2      REALISTICALLY WHEN WE USE THE TERM 'EFFECTIVENESS,'

3      WHAT EFFECTIVENESS MEANS IN A LONG-RANGE STRATEGIC

4      PLANNING CONTEXT, AN RTP, IS ACHIEVING THE OBJECTIVES

5      THAT HAVE BEEN SET FOR THE REGION."

6          DO YOU RECALL HEARING DR. CERVERO SAY THAT?

7  A.   YES, I DO.

8  Q.   DO YOU AGREE WITH HIS DEFINITION OF "COST EFFECTIVENESS"?

9  A.   NOT TOTALLY.  I UNDERSTAND WHERE HE IS SAYING, AND I THINK

10 THAT -- I DON'T DISAGREE WHAT HE SAYS, BUT THAT REALLY IS NOT A

11 VERY GOOD DEFINITION OF COST EFFECTIVENESS BECAUSE, AMONG OTHER

12 THINGS, IT DOESN'T TALK ABOUT COST AT ALL.

13          AND COST EFFECTIVENESS MEANS WHAT YOU PUT IN IN TERMS

14 OF AN INPUT, IN THIS CASE MONEY, AND WHAT YOU GET OUT IN TERMS

15 OF A RESULT.  AND IF YOU DON'T CONSIDER THE COST, THEN YOU

16 CANNOT DO A MEASURE OF COST EFFECTIVENESS.  AND THAT'S WHAT I

17 FIND MISSING IN THAT STATEMENT.

18 Q.   NOW, IN YOUR OPINION, SHOULD MTC STRIVE TO MEET ITS

19 OBJECTIVES IN THE RTP AND IN RESOLUTION 3434 IN THE MOST COST

20 EFFECTIVE MANNER?

21 A.   YES, I DO.  I STRONGLY BELIEVE THAT.

22 Q.   WHY?

23 A.   BECAUSE WE OWE THAT -- WE, THE REGION, OWES THAT TO THE

24 TAXPAYERS AND WE OWE IT TO THE SYSTEM USERS.  WE -- WE NEED TO

25 DO AS MUCH AS WE CAN FOR THE MONEY THAT IS DEVOTED TO EACH

1   PROJECT AND EACH PROGRAM.

2   Q.    IS THAT PARTICULARLY THE CASE WHEN FUNDS ARE SCARCE?

3   A.    OH, MOST CERTAINLY, YES.

4   Q.    COULD THERE BE A CIRCUMSTANCE IN WHICH THE MOST COST

5   EFFECTIVE PROJECT IS NOT THE MOST PREFERABLE?

6   A.    YES, THAT CAN BE THE CASE.

7   Q.    CAN YOU PLEASE GIVE US AN EXAMPLE?

8   A.    WELL, THERE'S A VARIETY OF EXAMPLES.  IF, FOR EXAMPLE, YOU

9   HAD A VERY COST EFFECTIVE PROJECT, BUT IT JUST COULD NOT BE

10  IMPLEMENTED FOR ANY OF A VARIETY OF REASONS, SUCH AS IT

11  VIOLATED ENVIRONMENTAL RULES OR YOU DIDN'T HAVE ENOUGH MONEY TO

12  IMPLEMENT IT, THEN IT WOULD BE IMPOSSIBLE TO IMPLEMENT THAT,

13  EVEN IF IT SHOWED TO BE THE MOST COST EFFECTIVE ON CERTAIN

14  MEASURES.

15          THERE ARE OTHER EXAMPLES, FOR EXAMPLE, WHICH IS, IT

16  MAY BE COST EFFECTIVE ON SOME MEASURES BUT NOT ON OTHERS.  AND

17  ONE OF THE THINGS -- THERE ARE OTHER CONSIDERATIONS, SUCH AS

18  EQUITY AND ENVIRONMENTAL JUSTICE AND MAKING SURE THAT

19  PARTICULARLY THE PEOPLE WHO ARE DEPENDENT ON TRANSIT SYSTEMS

20  FOR THEIR MOBILITY ARE GIVEN FAIR CONSIDERATION AND THEY ARE

21  NOT HARMED BY EXPANSION PROJECTS, EVEN IF THEY DO CONTRIBUTE TO

22  SOME OF THE OTHER OBJECTIVES OF THE REGION.

23  Q.    CAN YOU THINK OF ANY EXAMPLES IN THE BAY AREA REGION WHERE

24  A PROJECT THAT WAS NOT COST EFFECTIVE OR HAD MORE COST

25  EFFECTIVE ALTERNATIVES WAS PURSUED?

1  **A.**    YES.  UNFORTUNATELY, I CAN THINK OF QUITE A FEW.

2  **Q.**    CAN YOU GIVE US AN EXAMPLE?

3  **A.**    WELL, IN MY ORIGINAL REPORT I DISCUSSED A VERY DETAILED

4  ANALYSIS I DID OF THE 2001 RTP PROCESS, AND IN THERE MTC HAD A

5  VERY DETAILED PROJECT NOTEBOOK DOWN TO SPECIFIC PROJECTS WITH

6  COST EFFECTIVENESS MEASURES, IN THAT CASE IN TERMS OF COST PER

7  NEW PASSENGER GENERALLY.  AND IN MANY CASES MTC WENT FOR THE

8  PROJECTS THAT WERE THE LEAST COST EFFECTIVE, MOST NOTABLY BART

9  TO SAN JOSE.

10          MTC HAD CALCULATED ITSELF, ITS OWN STAFF HAD

11  CALCULATED A COST PER NEW PASSENGER OF OVER $100, $200 A DAY

12  FOR ROUND TRIP, $1,000 A WEEK.  AND THERE WERE A LARGE NUMBER

13  OF BUS PROJECTS THAT AVERAGED $7 PER NEW PASSENGER, AND MANY OF

14  THEM WERE WELL BELOW THAT, THAT WERE NOT GIVEN THE SAME

15  PREFERENCE; THAT THE BART TO SAN JOSE WAS GIVEN A MUCH HIGHER

16  PRIORITY.

17  **Q.**    MISS MCMILLAN TESTIFIED THAT RIDERSHIP ON BART TO SFO HAS

18  INCREASED BY THREE TIMES.  DO YOU RECALL THAT TESTIMONY?

19  **A.**    YES, I DO.

20  **Q.**    DO YOU HAVE AN UNDERSTANDING OF THE RIDERSHIP, WHAT THE

21  CURRENT RIDERSHIP IS ON BART TO SFO AND WHETHER THAT MEETS THE

22  RIDERSHIP PROJECTIONS?

23  **A.**    I HAVE A PARTIAL UNDERSTANDING FROM THE AVAILABLE DATA,

24  YES.

25  **Q.**    CAN YOU PLEASE EXPLAIN?

1  **A.**   WELL, GOING BY A BART PRESS RELEASE FROM -- DATED JUNE

2  TALKING ABOUT MAY RIDERSHIP, IT SHOWED THAT THE RIDERSHIP ON

3  THE SEVEN -- I'M SORRY, ON THE FIVE STATIONS FROM COLMA SOUTH

4  WERE -- I'M SORRY, I'M FINDING IT IN MY NOTE -- WERE 37,200 A

5  DAY.

6         NOW, MY PROBLEM IS IN COMPARING IT TO THE PROJECTION,

7  THE PROJECTION THAT WAS IN THE FEDERAL TRANSIT ADMINISTRATION

8  ANNUAL NEW START REPORT TO CONGRESS WAS 73,800.

9         NOW, IF YOU JUST DO THE MATH SIMPLY, THAT'S ABOUT

10 50 PERCENT.  HOWEVER, THE PROBLEM WAS THAT THAT EXTENSION WITH

11 THE 73,800 WAS FOUR STATIONS, AND THE 37,000 NUMBER WAS FOR

12 FIVE STATIONS, INCLUDING THE COLMA STATION WHICH ACTUALLY

13 OPENED IN '96, WELL BEFORE THE OTHER PROJECTS STARTED.

14        AND I HAVE BEEN ABLE UNABLE TO GET THE RIDERSHIP FOR

15 THE COLMA STATION, BUT IN ANY CASE IT IS OBVIOUS THAT AT THE

16 CURRENT TIME THE TRUE PERCENTAGE OF THE TARGET THAT IS BEING

17 MET IS WELL UNDER 50 PERCENT.

18 **Q.**   HAVE YOU LOOKED AT -- OR DO YOU HAVE ANY UNDERSTANDING OF

19 WHETHER THERE WERE COST OVERRUNS ON THE CAPITAL -- FOR CAPITAL

20 COSTS ON THE BART TO SFO EXTENSION?

21 **A.**   YES, I DO.

22 **Q.**   DO YOU KNOW IF THERE WERE COST OVERRUNS?

23 **A.**   YES, I DO.  THE COST OVERRUNS FROM THE ORIGINAL

24 PROJECTIONS WERE APPROXIMATELY 442 MILLION OVER THE ORIGINALLY

25 ANTICIPATED 1,110,000,000.

1  Q.   DO YOU KNOW HOW THOSE COST OVERRUNS WERE PAID?

2  A.   THEY WERE PAID ENTIRELY FROM LOCAL FUNDS.  A MAJORITY OF

3  THE ORIGINAL ONE MILLION ONE TEN WAS COMING FROM OUTSIDE

4  SOURCES, MOST NOTABLY 750 MILLION FROM THE FEDERAL GOVERNMENT.

5          BUT ALL OF THE OVERRUN WAS COVERED LOCALLY AND, IN

6  ADDITION, THERE WAS SIGNIFICANT BORROWING SO THERE WAS INTEREST

7  COSTS TO CARRY THAT DEBT ON TOP OF IT.

8          SO OVERALL THIS WAS A WHOLE LOT OF FUNDS THAT COULD

9  HAVE BEEN USED FOR OTHER LOCAL TRANSIT PURPOSES THAT IS

10 PROBABLY IN EXCESS OF $500 MILLION.

11 Q.   WHEN YOU SAY "LOCAL FUNDS," ARE YOU REFERRING TO FUNDS IN

12 SAN MATEO COUNTY?

13 A.   IN PART IN SAN MATEO COUNTY, YES, BUT NOT -- NOT ENTIRELY.

14 Q.   DO YOU KNOW IF SAMTRANS CONTRIBUTED ANY FUNDS FOR THE

15 APPROXIMATELY $400 MILLION COST OVERRUN?

16 A.   THEY COMMITTED A VERY SIGNIFICANT PORTION OF IT.  I DON'T

17 HAVE THE EXACT NUMBER.

18 Q.   NOW, DR. CERVERO TESTIFIED THAT IT IS PREMATURE TO JUDGE

19 WHETHER OR NOT THE BART TO SFO EXTENSION HAS BEEN A SUCCESS; DO

20 YOU RECALL THAT TESTIMONY?

21 A.   YES, I DO.

22 Q.   DO YOU AGREE WITH HIM?

23 A.   NO, I DO NOT.

24 Q.   WHY?

25 A.   I HAVE SEVERAL REASONS.  FIRST OF ALL, THERE IS NOW A

1  FEDERAL REQUIREMENT THAT PROJECTS SUCH AS BART TO SFO BE

2  EVALUATED FAIRLY QUICKLY AFTER THEY ARE COMPLETION -- AFTER

3  THEY ARE COMPLETED AND PLACED INTO SERVICE, NORMALLY TWO YEARS.

4          THE REASON FOR THAT IS THAT THE FEDERAL GOVERNMENT,

5  AT THE BASIS OF LONG AND SOMETIMES SAD EXPERIENCE, HAS

6  DETERMINED IT IS VERY IMPORTANT TO GET A QUICK UNDERSTANDING OF

7  HOW THINGS ARE GOING, IF YOU REGARD TWO YEARS AS QUICK.

8          AND THE PROJECTS ARE EVALUATED.  THE AGENCIES THAT

9  ARE RESPONSIBLE ARE EVALUATED, AND THE CONSULTANTS ARE

10 EVALUATED.  AND THAT IS, IN PART, SO THE FEDERAL GOVERNMENT HAS

11 A BETTER BASIS OF UNDERSTANDING THE RELIABILITY OF FUTURE

12 PROJECTS THAT ARE BEING WORKED ON BY THOSE ENTITIES.

13 **Q.**  IS IT IMPORTANT FOR MTC TO DEMONSTRATE TO THE FEDERAL

14 GOVERNMENT THAT THE PROJECTS IT HAS BACKED AND PROPOSED ARE

15 SUCCESSFUL?

16 **A.**  I BELIEVE IT IS.

17 **Q.**  WHY IS THAT?

18 **A.**  I BELIEVE AN AGENCY THAT CAN SHOW IT HAS A HISTORY OF

19 DOING WHAT IT PROMISED TO DO, COMING IN WITH PROJECTS THAT ARE

20 ON TIME, ON BUDGET, MEET THEIR RIDERSHIP PROJECTIONS AND MEET

21 THEIR OPERATING COST AND REVENUE PROJECTIONS HAS A FAR HIGHER

22 DEGREE OF CREDIBILITY WITH THE FEDERAL GOVERNMENT AND,

23 THEREFORE, IS LIKELY TO HAVE A MUCH GREATER CHANCE OF SUCCESS

24 WHEN IT PROPOSES FUTURE PROJECTS.

25          IN FACT, I BELIEVE THAT ONE OF THE REASONS THAT THERE

1    HAS BEEN SO MUCH TROUBLE GETTING THE FEDERAL GOVERNMENT TO SIGN

2    ON TO BART TO SAN JOSE HAS BEEN THE RATHER POOR SHOWING IN

3    RECENT BART EXTENSIONS.

4    Q.    IS IT IMPORTANT FOR MTC TO DEMONSTRATE TO THE FEDERAL

5    GOVERNMENT THAT IT'S BEEN SUCCESSFUL IN THE PAST WITH EXPANSION

6    PROJECTS IN ORDER TO INCREASE THE LIKELIHOOD OF BRINGING

7    ADDITIONAL FUNDS IN THE FUTURE INTO THE REGION?

8    A.    WELL, I WOULD LIKE TO SAY THAT IT'S VERY IMPORTANT.

9    HOWEVER, I MUST BE HONEST AND TESTIFY THAT I HAVE SEEN SOME

10   PEOPLE FAIL AND STILL GET THEIR PROJECTS FUNDED.

11           I WOULD LIKE TO THINK THAT THAT IS STARTING TO TURN

12   AROUND, BUT I MAY BE MORE OPTIMISTIC THAN REALISTIC IN THAT

13   REGARD.

14   Q.    OKAY.  LET'S TURN GEARS AND TALK A LITTLE BIT ABOUT FARE

15   BOX RECOVERY.  YOU HAVE HEARD TESTIMONY THAT THE FARE BOX

16   RECOVERY RATE OF THE BART TO SFO EXTENSION IS APPROXIMATELY

17   85 PERCENT.  DO YOU RECALL THAT?

18   A.    YES, I DO.

19   Q.    AND WE HAVE ALSO HEARD SOME FIGURES ABOUT APPROXIMATE FARE

20   BOX RECOVERY RATES FOR AC TRANSIT'S TRANSBAY SERVICE; DO YOU

21   RECALL THAT?

22   A.    YES, I DO.

23   Q.    IS IT MEANINGFUL TO COMPARE FARE BOX RECOVERY RATES OF TWO

24   OPERATORS, SUCH AS A.C. TRANSIT AND BART?

25   A.    WELL, THERE IS SOME MEANING IF IT IS DONE PROPERLY IN A

1  LARGER CONTEXT.  HOWEVER, IF YOU ARE USING THOSE TWO STATISTICS

2  AND THAT'S IT, I BELIEVE THAT THAT IS A COMPARISON THAT IS VERY

3  LIMITED IN ITS UTILITY.

4  **Q.**    CAN YOU PLEASE EXPLAIN WHY?

5  **A.**    WELL, THERE ARE A NUMBER OF REASONS.  FIRST OF ALL, THE

6  REAL DRIVER IN DETERMINING THE LEVEL OF TRANSIT SERVICE THAT IS

7  PROVIDED IS THE PUBLIC FUNDING THAT'S AVAILABLE BOTH FOR THE

8  CAPITAL AND THE OPERATING SUBSIDY.

9         SO IN MY MIND WHAT IS FAR FOR IMPORTANT THAN FARE BOX

10  RECOVERY RATIO IS THE SUBSIDY, THE PUBLIC SECTOR SUBSIDY PER

11  PASSENGER AND PER PASSENGER MILE.

12         THIS, TO ME, IS A BETTER INDICATOR BECAUSE WHEN YOU

13  LOOK AT DIFFERENT TYPES OF PROJECTS, DIFFERENT TYPES OF

14  SYSTEMS, IT WILL GIVE YOU A BETTER IDEA OF WHAT IS PRODUCING

15  THE MOST RIDERSHIP FOR AN EQUAL AMOUNT OF PUBLIC SECTOR

16  INVESTMENT.  TO ME, THAT IS FAR MORE IMPORTANT THAN AN

17  OPERATING RATIO.

18         THE OTHER PROBLEM I HAVE WITH OPERATING RATIO IS

19  THAT, AS WE HAVE HEARD IT DESCRIBED HERE, IT IS APPLIED ONLY TO

20  THE OPERATING COST.  NOW, THE PROBLEM WITH THAT IS THAT

21  DIFFERENT TYPES OF TRANSIT HAVE VASTLY DIFFERENT SPLITS BETWEEN

22  OPERATIONS AND CAPITAL REQUIREMENTS.

23         AND USING THE PROCEDURE THAT THE FEDERAL GOVERNMENT

24  USES FOR ITS NEW STARTS EVALUATIONS ON THE PROJECTS IT WILL

25  FUND WITH MAJOR CONTRIBUTIONS, IT IS NOT UNCOMMON, FOR EXAMPLE,

1    TO FIND THAT BUS HAS A REQUIREMENT, FROM MY OWN CALCULATION

2    EXPERIENCE, IN THE NEIGHBORHOOD OF 15 TO 30 PERCENT THAT IS

3    CAPITAL; WHEREIN, RAIL I HAVE ACTUALLY SEEN JUST ABOUT THE

4    REVERSE.  FOR URBAN RAIL, SUCH AS LIGHT RAIL AND HEAVY RAIL,

5    75 EVEN 90 PERCENT OF THE COST IS CAPITAL.

6           SO IF YOU ARE COMPARING, SAY, 70 PERCENT OF THE COST

7    TO 30 PERCENT OF THE COST AND SAYING HOW MUCH OF THE COST WE

8    ARE COVERING, TO ME THAT'S NOT REALLY A MEANINGFUL STATISTIC.

9    LET'S LOOK AT THE HOLOCAUST.

10   **Q.**   NOW, DO THE FARES THAT AN OPERATOR CHARGES ITS RIDERS,

11   DOES THAT IMPACT THE FARE BOX RECOVERY RATIO?

12   **A.**   YES, IT DOES, IN SOME VERY INTERESTING WAYS.

13   **Q.**   HOW IS THAT IT?

14   **A.**   WELL, ONE OF THE THINGS THAT YOU WILL FIND IS IF YOU RAISE

15   THE FARES, YOU WILL GENERALLY -- NOT ALWAYS, BUT ALMOST ALWAYS

16   INCREASE YOUR FARE BOX RECOVERY RATIO.

17          WELL, HOW DO YOU DO THAT?  WELL, YOU DO THAT IN TWO

18   WAYS.  FIRST YOU ARE GETTING MORE FROM EACH PASSENGER.  SECOND,

19   YOU ARE DRIVING AWAY A NUMBER OF YOUR PASSENGERS; SOME BECAUSE

20   THEY CAN'T AFFORD THE FARE, SOME BECAUSE THEY GO TO

21   AUTOMOBILES, SOME BECAUSE THEY DON'T TAKE THE TRIP.  SO IF YOU

22   HAVE LESS DEMAND FOR YOUR SERVICE, YOU CUT BACK ON YOUR

23   SERVICE.

24          SO, YES, IT MIGHT BE GOOD TO HAVE A HIGHER FARE BOX

25   RECOVERY RATIO, BUT WHAT YOU HAVE DONE IS PROVIDED A LOT LESS

1    TRANSIT SERVICE.

2          IF YOU GO THE OTHER WAY, THE INTERESTING THING THAT

3    OFTEN HAPPENS IF YOU LOWER THE FARES, THIS IS OFTEN ONE OF THE

4    LEAST EXPENSIVE WAYS IN THE PUBLIC SECTOR DOLLAR TO ADD

5    RIDERSHIP.  IT WILL GENERALLY LOWER THE FARE BOX RECOVERY

6    RATIO.  I HAVE SEEN TIMES WHERE THE INCREASE IN RIDERSHIP HAS

7    ACTUALLY BEEN SO BIG THAT IT HAS OVERCOME THE DECREASE IN FARE

8    PER PASSENGER.  BUT WHAT YOU WILL NORMALLY DO IS FILL UP THE

9    BUSES AND TRAINS AND THE FERRIES TO A GREATER DEGREE, SO YOUR

10   SUBSIDY PER PASSENGER AND YOUR SUBSIDY PER PASSENGER MILE WILL

11   DROP.

12         SO I FIND THIS TO BE SOMETHING THAT SHOULD BE LOOKED

13   AT; NOT ALWAYS THE RIGHT TOOL, BUT SOMETHING THAT SHOULD BE

14   LOOKED AT WHEN YOU ARE TALKING ABOUT SYSTEM EXPANSION.

15   **Q.**   OKAY.  LET'S SWITCH GEARS AND TALK ABOUT DR. CERVERO'S

16   TESTIMONY ABOUT THE RTP AND ITS GOALS AND OBJECTIVES.

17         DR. CERVERO TESTIFIED, AND I QUOTE:  "RIDERSHIP IS

18   NOT THE OBJECTIVE" OF THE RTP.

19         DO YOU RECALL HEARING THAT TESTIMONY?

20   **A.**   YES, I DO.

21   **Q.**   DO YOU AGREE WITH THAT?

22   **A.**   I OBJECT TO IT IN THE STRONGEST POSSIBLE TERMS.

23   **Q.**   CAN YOU PLEASE TELL US WHY?

24   **A.**   WELL, FIRST OF ALL, I DO BELIEVE I UNDERSTAND WHERE HE IS

25   COMING FROM.  HE IS SAYING THAT THERE ARE OBJECTIVES AND THAT'S

1    WHAT'S IMPORTANT.

2            BUT MY PROBLEM WITH THAT STATEMENT IS THE WAY YOU

3    ACHIEVE THE OBJECTIVE IS BY MOVING PEOPLE.  TRANSIT ONLY DOES

4    ONE THING.  IT MOVES PEOPLE.  IF YOU DON'T MOVE PEOPLE, YOU

5    WILL NOT DO ANYTHING TOWARDS ANY OF THE OBJECTIVES.

6            PEOPLE WILL NOT HAVE TRANSIT-ORIENTED DEVELOPMENT

7    AROUND A RAIL STATION.  THEY WILL HAVE TRANSIT-ORIENTED

8    DEVELOPMENT AROUND A PLACE WHERE THERE IS A LOT OF MOVEMENT OF

9    PEOPLE.  THAT'S THE KEY.

10           SO IF YOU WANT TO ACHIEVE ALL THE STATED GOALS, THE

11   WAY YOU DO THAT IS MOVE PEOPLE.  YOU MOVE THE MOST PEOPLE.  YOU

12   MOVE THEM WHERE THEY WANT TO GO AND YOU MOVE THEM IN THE MOST

13   COST EFFECTIVE AND MOST PRODUCTIVE MANNER.

14   **Q.**   DR. CERVERO ALSO TESTIFIED THAT:  "ONLY BY GETTING PEOPLE

15   OUT OF THEIR CARS AND INTO TRANSIT WILL THE OBJECTIVES OF THE

16   RTP BE SATISFIED."  DO YOU RECALL HEARING THAT?

17   **A.**   YES, I DO.

18   **Q.**   DO YOU AGREE WITH THAT?

19   **A.**   WELL, AGAIN, I UNDERSTAND IN A WAY WHERE HE IS COMING

20   FROM, BUT IN THIS PARTICULAR MATTER THAT IS BEFORE THE COURT,

21   DISPARATE IMPACT, WHERE WHAT WE ARE TALKING ABOUT TO A VERY

22   LARGE DEGREE IS A POPULATION IN THE CLASS THAT DOES NOT HAVE AN

23   AUTOMOBILE, WELL, I GUESS THAT OBJECTIVE HAS ALREADY BEEN MET

24   BY HIS STANDARD.

25           BUT FOR THE PEOPLE WHO DO NOT HAVE AN AUTOMOBILE TO

1    GET THEM OUT OF, I FIND THAT TO BE A TOTAL NON SEQUITUR.

2            AGAIN, WE HAVE CONSIDERATIONS OF EQUITY.  WE HAVE

3    CONSIDERATIONS OF PRESERVING THE VITAL MOBILITY FOR THE PEOPLE

4    WHO DO NOT HAVE OTHER MEANS OF TRANSPORTATION.

5    **Q.**   NOW, LET'S ASSUME FOR A MINUTE THAT GETTING PEOPLE OUT OF

6    THEIR CARS IS A GOAL OF THE RTP, OR IS ONE OF THE MAIN GOALS OF

7    THE RTP.

8            WHAT IS THE BEST WAY TO DO THAT, IN YOUR OPINION,

9    WITH RESPECT TO EXPANSION?

10   **A.**   WELL, INTERESTINGLY ENOUGH, THE BEST WAY TO DO IT AND THE

11   WAY THAT HAS BEEN MOST SUCCESSFUL NATIONWIDE FOR AT LEAST THE

12   LAST DECADE HAS BEEN WORK AT HOME, AND THAT IS THE FASTEST

13   GROWING MEANS OF TRANSPORTATION FOR THE HOME-TO-WORK TRIP.  SO

14   IN THAT SENSE TRANSPORTATION IS A MATTER OF, ARE THERE

15   ALTERNATIVES?

16           NOW, GETTING BEYOND THAT, HOWEVER, GETTING BACK TO

17   THE ACTUAL MOVING PEOPLE, WHAT WE NEED TO DO, IN MY OPINION, IS

18   FOCUS ON HOW TO MOVE THE MOST PEOPLE AND HOW TO DO THAT IN,

19   AGAIN, THE MOST PRODUCTIVE AND COST EFFECTIVE MANNER.

20           **THE COURT:**  I HAVE FORGOTTEN WHAT PERCENT OF A.C.

21   TRANSIT RIDERS HAVE CARS?

22           **THE WITNESS:**  I DON'T HAVE THAT MEMORIZED.  I CAN GET

23   THAT TO YOU VERY QUICKLY.  I APOLOGIZE.

24           **THE COURT:**  I DON'T WANT TO KEEP THE RECORD OPEN.  I

25   ASSUME IT'S IN THERE.

1        **MS. VALENZUELA SANTAMARIA:**  I BELIEVE MR. PEEPLES

2   JUST TESTIFIED TO THAT, AND I DON'T RECALL OFF-HAND WHAT THAT

3   WAS.

4        **THE COURT:**  OKAY.

5   BY MS. VALENZUELA SANTAMARIA:

6   **Q.**   MR. RUBIN, DO YOU HAVE AN OPINION ABOUT WHETHER IT'S MORE

7   EFFECTIVE TO EXPAND INTO AREAS THAT DON'T HAVE EXISTING TRANSIT

8   SERVICES OR -- OR TO EXPAND INTO AREAS THAT ALREADY HAVE

9   EXISTING TRANSIT SERVICES?  WHICH ONE IS MORE EFFECTIVE IN

10  GETTING PEOPLE OUT OF THEIR CARS?

11  **A.**   THIS IS, OF COURSE, A GENERALIZATION, BUT IN MY EXPERIENCE

12  MY 30 YEARS IN THE TRANSIT INDUSTRY, IN MANY CASES IT IS FAR

13  MORE PRODUCTIVE AND COST EFFECTIVE TO CONCENTRATE ON IMPROVING

14  THE SERVICE IN AREAS THAT ALREADY HAVE TRANSIT SERVICE.  AND

15  THERE'S TWO REASONS FOR THAT.

16        ONES, AS HAS BEEN DISCUSSED, INCLUDING BY

17  DR. CERVERO, YOU ARE EXPANDING THE NETWORK.  YOU ARE OPENING UP

18  MORE POSSIBILITIES, MORE WAYS FOR PEOPLE TO GET TO DIFFERENT

19  PLACES.

20        THE OTHER PROBLEM YOU HAVE IS GOING TO PLACES WHERE

21  THERE AREN'T TRANSIT NOW.  TO A LARGE PART WE ARE TALKING ABOUT

22  SUBURBS.  THE TRANSIT INDUSTRY HAS YET TO COME UP WITH AN

23  EFFECTIVE MEANS OF HANDLING THE DOMINANT FORM OF WORK TRIP THAT

24  EXISTS RIGHT NOW, WHICH IS THE SUBURB-TO-SUBURB COMMUTE.  AND

25  FOR THAT REASON THERE ARE GREAT DIFFICULTIES IN FOCUSING ON

1    EXPANSION WHERE THERE IS NOT CURRENT SERVICE.

2          SO BOTH SHOULD BE LOOKED AT AND EACH WILL BE A

3    CASE-BY-CASE BASIS, BUT MY RECOMMENDATION IS YOU CERTAINLY DO

4    NOT DISREGARD THE POSSIBILITY OF EXPANDING TRANSIT SERVICE BY

5    FOCUSING ON WHERE THE SERVICE NOW EXISTS AND IS WELL UTILIZED.

6    **Q.**   NOW, DR. CERVERO TESTIFIED THAT A.C. TRANSIT SERVES A

7    DIFFERENT MARKET THAN BART AND CALTRAIN; DO YOU RECALL THAT

8    TESTIMONY?

9    **A.**   YES, I DO.

10   **Q.**   DO YOU AGREE WITH THAT?

11   **A.**   YES.  IN SOME WAYS HE IS ABSOLUTELY CORRECT.  FOR EXAMPLE,

12   CALTRAIN RUNS SERVICE FROM GILROY TO SAN FRANCISCO, AND A.C.

13   DOES NOT RUN ANY SERVICE ALONG THAT CORRIDOR, THOUGH IT DOES

14   SERVE CERTAIN POINTS IN THAT CORRIDOR.  SO FOR THAT, OBVIOUSLY,

15   THEY ARE SERVING A VERY DIFFERENT MARKET.

16         BUT WE ARE ALSO TALKING ABOUT DIFFERENCES OF INCOME.

17   WE ARE TALKING ABOUT DIFFERENCES OF ETHNICITY AND DIFFERENCES

18   OF PURPOSE OF TRIP.

19         SO THERE IS SOME TRUTH TO THAT STATEMENT, BUT THERE

20   ARE ALSO COMMONALITIES WHERE THEY ARE BOTH SERVING THE SAME

21   MARKET.

22   **Q.**   NOW, WE TALKED A LITTLE BIT ABOUT THIS EARLIER, THE

23   COMPARISONS BETWEEN BUS AND RAIL.  YOU TESTIFIED THAT LOOKING

24   AT SEATED LOAD CAPACITY IS ONE WAY YOU CAN COMPARE THE TWO

25   MODES.

1          IS IT IMPORTANT TO COMPARE BUS AND RAIL WHEN -- WHEN

2     PREPARING A LONG-RANGE TRANSPORTATION PLAN?

3     **A.**    IN MY OPINION, IT IS, PARTICULARLY WHEN WE ARE TALKING

4     ABOUT SYSTEM EXPANSION, AND IN PARTICULAR WHEN WE WERE TALKING

5     ABOUT DEVELOPMENT OF TRANSPORTATION OPTIONS IN A SPECIFIC

6     CORRIDOR.

7          IF YOU DON'T DO THAT COMPARISON THERE, IN MY OPINION,

8     YOU ARE NOT FOLLOWING GOOD PRACTICE, NOR ARE YOU FOLLOWING THE

9     REQUIREMENTS OF LAW.

10    **Q.**    DO YOU HAVE AN OPINION WHETHER MTC CONSIDERS BUS OPTIONS

11    ON EQUAL FOOTING WITH RAIL WHEN CONSIDERING EXPANSION PROJECTS?

12    **A.**    YES, I DO HAVE AN OPINION.  MY OPINION IS THAT THERE ARE

13    SIGNIFICANT DIFFERENCES.

14    **Q.**    WHAT DO YOU BASE THAT ON?

15    **A.**    I BASE THAT ON LOOKING AT THE PROCEDURES FOR DOING

16    RANKINGS OF PROJECTS FOR 3434 AND OTHER MTC PURPOSES WHERE

17    THERE ARE ACTUALLY TWO DIFFERENT SETS OF HOW THINGS WILL BE

18    EVALUATED, ONE FOR BUS AND ONE FOR RAIL.

19    **Q.**    NOW, LET'S TURN BRIEFLY TO LIFELINE.  DR. CERVERO SAID,

20    QUOTE:

21          "SO I THINK IN TERMS OF LIFELINE THE GENERAL

22          CONSENSUS WAS THAT YOU DON'T DEAL WITH THESE NEEDS IN

23          A LONG-RANGE NINE COUNTY LEVEL MACRO-SCALE REGIONAL

24          PLAN; THAT THESE ARE INITIATIVES THAT HAVE TO BE

25          DEFINED, FINE-TUNED AT A COMMUNITY-BASED PLANNING

1    LEVEL."

2         DO YOU RECALL THAT TESTIMONY?

3  **A.**    YES, I DO.

4  **Q.**    ARE YOU FAMILIAR WITH WHAT THE LIFELINE PROGRAM?

5  **A.**    I HAVE A GENERAL FAMILIARITY OF IT, YES.

6  **Q.**    DO YOU AGREE THAT LIFELINE SHOULD NOT BE INCLUDED IN THE

7  RTP?

8  **A.**    I MOST DEFINITELY DO NOT.  I BELIEVE IT HAS TO BE PART OF

9  THE RTP.

10  **Q.**    WHY IS THAT?

11  **A.**    WELL, SEVERAL REASONS.  ONE IS IF IT'S NOT IN THE RTP,

12  THEN AN ARGUMENT COULD BE MADE THERE IS NO BASIS TO EXPEND

13  FUNDS FOR LIFELINE BECAUSE IT WASN'T IN THE RTP AND, THEREFORE,

14  NOT IN THE TIP, WHICH MUST BE CONSISTENT WITH THE RTP.  SO FOR

15  THAT REASON ALONE, I BELIEVE THAT STATEMENT MUST BE WRONG.

16         HOWEVER, GOING FARTHER THAN THAT, I DO AGREE WITH

17  MUCH OF WHAT HE SAID ABOUT THE IMPORTANCE OF HAVING A LOCAL AND

18  A COUNTY EMPHASIS, BUT THIS IS A CLASSIC CASE OF WHAT WE NEED

19  IS CENTRALIZED STRATEGY AND DECENTRALIZED TACTICS.  AND I

20  BELIEVE THAT MTC AS THE CENTRAL AGENCY RESPONSIBLE FOR THIS

21  SHOULD SET THE BROAD GUIDELINES, SHOULD MAKE DETERMINATIONS ON

22  THE FUNDING THAT SHOULD MADE AVAILABLE, SHOULD EMPHASIZE

23  CERTAIN PROGRAMS, SHOULD RULE OUT OTHER PROGRAMS, BUT THEN TURN

24  IT OVER TO THE COUNTIES AND INDIVIDUAL COMMUNITIES TO MAKE

25  SPECIFIC DECISIONS ON WHAT WORKS BEST FOR -- FOR EACH OF THEM

1  WITHIN THE BROAD OUTLINES THAT MTC HAS SET, MUCH LIKE THE

2  FEDERAL PROCESS THAT HAS BEEN SET FOR TRANSPORTATION IN THE

3  STATUTES WE HAVE BEEN TALKING ABOUT.

4  Q.   AND, IN YOUR OPINION, SHOULD PROVIDING -- SHOULD PROVIDING

5  FUNDING FOR -- TO FILL GAPS IN LIFELINE SERVICES BE A PRIORITY

6  TO MTC IN THE LONG-RANGE PLANNING PROCESS?

7  A.   I BELIEVE IT SHOULD.

8          MS. VALENZUELA SANTAMARIA:  I HAVE NO FURTHER

9  QUESTIONS, YOUR HONOR.

10          THE COURT:  ALL RIGHT.  THANK YOU.

11          MR. MANOLIUS:  YOUR HONOR, I DOUBT I WILL FINISH IN

12  FIVE.  WOULD YOU LIKE ME TO BEGIN?

13          THE COURT:  YES.

14          MR. MANOLIUS:  OKAY.

15          MS. VALENZUELA SANTAMARIA:  AND, YOUR HONOR, WE ARE

16  WILLING TO STAY A LITTLE BIT LATER IF THAT'S NECESSARY.

17          THE COURT:  WELL, I CAN'T.

18          MR. MANOLIUS:  MAY I HAVE 3434, 2006 VERSION CHART ON

19  THE SCREEN PLEASE?

20          (DOCUMENT DISPLAYED)

21          MR. MANOLIUS:  WHICH IS TAB ONE IN THE REBUTTAL

22  BINDER.

23                      **CROSS EXAMINATION**

24  BY MR. MANOLIUS:

25  Q.   HELLO AGAIN, MR. RUBIN.

1  A.   HELLO AGAIN.

2          MR. MANOLIUS:  DO WE HAVE A BETTER VERSION?  THANKS.

3          (DOCUMENT DISPLAYED)

4  BY MR. MANOLIUS:

5  Q.   MR. RUBIN, YOU WERE TESTIFYING A FEW MINUTES AGO ABOUT THE

6  REGION BEING HARMED OR -- I WASN'T SURE WHETHER YOU MEANT THE

7  REGION OR A.C. TRANSIT RIDERS BEING HARMED BY EXPANSION

8  PROJECTS.  DO YOU REMEMBER WHEN YOU WERE TALKING ABOUT THAT?

9  A.   YES.

10 Q.   OKAY.  AND I WANTED TO TAKE A CASE IN POINT,

11 SIGNIFICANTLY, SAY, BART TO SANTA CLARA, ALL RIGHT -- AND WE

12 HAVE BEEN OVER THIS BEFORE A LITTLE BIT, YOU AND I -- SO WHERE

13 VTA IS THE PROJECT SPONSOR, CORRECT?

14 A.   THAT IS MY UNDERSTANDING, YES.

15 Q.   AND --

16 A.   LET ME JUST MAKE ONE CLARIFICATION.

17          ONCE IT REACHES WARM SPRINGS.  SO VTA IS RESPONSIBLE

18 FOR THE PORTION IN SANTA CLARA COUNTY, BUT IS NOT RESPONSIBLE

19 FOR THE PORTION IN ALAMEDA COUNTY.

20 Q.   RIGHT.

21 A.   OKAY.

22 Q.   AND YOU SEE THE FUND SOURCES THERE THAT ARE LISTED ACROSS

23 THE LINE ITEM FOR BART TO SANTA CLARA, SAN JOSE; DO YOU SEE

24 THAT?

25 A.   YES, I DO.

1  Q.   4.8 BILLION IS THE PROJECT COST.

2          AND, CERTAINLY, THE FACT THAT THE TCRP FUNDS WERE

3  ALREADY DEDICATED BY THE GOVERNOR, THAT DIDN'T HURT A.C.

4  TRANSIT RIDERS, DID IT?

5          **MS. VALENZUELA SANTAMARIA:**  OBJECTION, YOUR HONOR.

6  THIS GOES OUTSIDE THE SCOPE OF TESTIMONY.  WE DIDN'T TALK ABOUT

7  SPECIFIC FUNDING SOURCES FOR ANY OF THE EXPANSION PROJECTS.

8          **THE COURT:**  WELL, I WILL ALLOW IT.  BUT YOU KNOW, I

9  DO FEEL AS IF THERE IS A TREMENDOUS SENSE TODAY OF DEJA VU ALL

10 OVER AGAIN --

11         **MR. MANOLIUS:**  OKAY.

12         **THE COURT:**  -- IN GENERAL.

13         I MEAN, I THINK -- YOU KNOW, I CAN'T REMEMBER THE INS

14 AND OUTS OF SPECIFIC TESTIMONY, BUT IT SEEMS LIKE WE WENT

15 THROUGH THESE KINDS OF EXERCISES.

16         **MR. MANOLIUS:**  I CERTAINLY DID THAT WITH MS.

17 MCMILLAN, BUT I'M JUST REACTING TO THE STATEMENT THAT THIS

18 EXPENDITURE HARMS OTHER RIDERS.

19 **BY MR. MANOLIUS:**

20 Q.   AND THE SALES TAX -- THAT IS, AGAIN, A SANTA CLARA COUNTY

21 SALES TAX DEDICATION -- THAT HAS NO IMPACT ON A.C. TRANSIT

22 RIDERS, DOES IT?

23 A.   IT POTENTIALLY COULD, BUT THE IMPACT WOULD BE RELATIVELY

24 MINOR.

25 Q.   OKAY.  THOSE SALES TAXES ARE DEDICATED FOR USE IN SANTA

RUBIN - CROSS EXAMINATION / MANOLIUS          1407

1  CLARA COUNTY?

2  **A.**   BASICALLY, YES, BUT THERE IS THE POSSIBILITY OF USING THAT

3  FOR SERVICE THAT WOULD CROSS COUNTY LINES THAT COULD BE OF

4  BENEFIT TO CURRENT A.C. TRANSIT RIDERS.

5  **Q.**   YOU ARE SAYING VTA COULD RUN SERVICE INTO ALAMEDA COUNTY?

6  **A.**   I'M SAYING THAT THERE WOULD BE A COMBINATION OF FUNDING

7  SOURCES FOR THAT SERVICE, THAT COULD INCLUDE SERVICE THAT WOULD

8  BENEFIT A.C. TRANSIT RIDERS WHERE SOME OF THE FUNDING SOURCE

9  WOULD COME FROM SANTA CLARA COUNTY; BUT FOR THE MOST PART I

10  AGREE WITH WHAT YOU ARE SAYING.

11  **Q.**   OKAY.  AND THEN, AGAIN, WITH REGARD TO THE RTIP FUNDS,

12  WHICH ARE COUNTY-BASED, THOSE ARE SANTA CLARA COUNTY-BASED RTIP

13  FUNDS, SO THOSE ARE NOT GOING TO BE HELPFUL TO A.C. TRANSIT

14  RIDERS, ISN'T THAT RIGHT?

15  **A.**   SUBJECT TO THE SAME QUALIFICATION, I THINK WE ARE IN

16  GENERAL AGREEMENT, YES.

17  **Q.**   THE NEW STARTS FUNDING THAT'S AN EARMARK FROM CONGRESS,

18  THAT'S NOT GOING TO BE ABLE TO GO ANYWHERE ELSE; THAT'S

19  EARMARKED WE CONGRESS TO THIS PROJECT, CORRECT?

20  **A.**   WELL, THIS IS A LITTLE BIT DIFFERENT BECAUSE THERE HAS TO

21  BE A PROJECT THAT IT'S EARMARKED FOR AND TO DATE THERE IS NOT

22  AN EARMARK FOR CONSTRUCTION.

23          SO THIS -- WE ARE TALKING ABOUT THE POSSIBILITY IN

24  THE FUTURE.  IF CONGRESS DOES MAKE A SIGNIFICANT EARMARK FOR

25  CONSTRUCTION, THEN, YES, IT IS DIFFICULT TO MAKE A CHANGE AT

RUBIN - CROSS EXAMINATION / MANOLIUS                1408

1   THAT POINT.

2   **Q.**   YOU WERE TALKING A LITTLE BIT ABOUT THE MOST COST

3   EFFECTIVE PROJECTS.   AND YOU HEARD DR. CERVERO TALK ABOUT THE

4   BENEFIT SIDE OF THE EQUATION, CORRECT?

5   **A.**   YES.

6   **Q.**   AND IT BEING DIFFICULT TO QUANTIFY, SAY, AIR QUALITY?

7   **A.**   WELL, ACTUALLY, AIR QUALITY IS SOMETHING THAT IS QUALIFIED

8   ROUTINELY.

9           **THE COURT:**  YOU MEAN QUANTIFIED.

10          **THE WITNESS:**  QUANTIFIED.  I'M SORRY.  PARDON ME.

11  **A.**   IT'S QUANTIFIED ROUTINELY AND THE QUANTIFICATION DOES GO

12  TO THE QUALITY.

13  **BY MR. MANOLIUS:**

14  **Q.**   AND HAVE YOU DONE AN ANALYSIS WITH AIR QUALITY AND SMART

15  GROWTH AND ALL THE OTHER FACTORS THAT DR. CERVERO TESTIFIED

16  ABOUT IN DOING THE BENEFIT SIDE OF THIS EQUATION?

17          **MS. VALENZUELA SANTAMARIA:**  OBJECTION, YOUR HONOR.

18  THAT'S VAGUE AS TO ALL THE OTHER BENEFITS THAT DR. CERVERO

19  TESTIFIED ABOUT.

20          **THE COURT:**  WELL, SUSTAINED.

21  **BY MR. MANOLIUS:**

22  **Q.**   YOU HAVEN'T DONE AN ANALYSIS, HAVE YOU -- SUCH AN ANALYSIS

23  WITH REGARD TO THE BENEFIT SIDE OF THE EQUATION FOR ISSUES SUCH

24  AS CONGESTION MANAGEMENT THAT DR. CERVERO TALKED ABOUT?

25  **A.**   ACTUALLY, I HAVE DONE SOME, YES.

1    Q.    FOR THIS CASE?

2    A.    NO.

3    Q.    AND YOU HAVEN'T DONE THAT WITH REGARD TO AIR QUALITY IN

4    THIS CASE, HAVE YOU?

5    A.    SPECIFICALLY FOR THIS CASE, NO.  I HAVE WORKED SOME

6    GENERAL STATISTICS THAT AFFECT THE BENEFITS.

7    Q.    YOU TOOK SOME ISSUE WITH VTA IN YOUR REBUTTAL TESTIMONY;

8    DO YOU RECALL THAT?

9    A.    OH, YES.

10   Q.    YOU FIND THEM TO BE AN INEFFICIENT OPERATOR?

11   A.    YES, I DO.

12   Q.    AND, IN FACT, YOU WROTE AN ARTICLE, ISN'T THAT TRUE, WHERE

13   YOU TOOK GREAT ISSUE WITH THEM AS AN INEFFICIENT OPERATOR?

14   A.    YES, THAT'S CORRECT.  I HAVE.

15   Q.    AND ONE OF THE METRICS THAT YOU USED TO TALK ABOUT THAT

16   WAS THEIR FARE BOX RECOVERY RATIO, WASN'T IT?

17   A.    YES, IT WAS.

18   Q.    AND THAT FARE BOX RECOVERY RATIO WAS JUST UNDER

19   20 PERCENT, ISN'T THAT CORRECT?

20   A.    I'M NOT SURE WHAT IT WAS AT THE TIME.

21         NOW, I WOULD LIKE TO SAY THAT IN THE PRESENTATION I

22   USED FARE BOX RATIO BECAUSE IT WAS COMMONLY USED.  AND IN THE

23   ACTUAL ORAL PRESENTATION I MADE SOME NOTES THAT I'M USING IT

24   NOT BECAUSE I THINK IT'S THE BEST, BUT BECAUSE IT'S COMMONLY

25   UTILIZED.

1  Q.   OKAY.  BUT I'M TALKING ABOUT YOUR ARTICLE?

2  A.   YES.

3  Q.   AND YOU USED IT?

4  A.   WELL, IT WAS A PRESENTATION, BUT THERE WAS A HARD COPY

5  VERSION.  SO IF YOU WANT TO CALL THAT AN ARTICLE, I WILL GO

6  ALONG.

7  Q.   OKAY.  AND I'M ACTUALLY THINKING OF THE GRAPH AND I THINK

8  YOU PROBABLY ARE, TOO.

9           YOU WERE TAKING ISSUE WITH VTA.  DOESN'T A.C. TRANSIT

10 ALONG THE SAME LINES AS VTA IN TERMS OF ITS FARE BOX RECOVERY?

11 A.   I AM TRYING TO REMEMBER.  I -- HAVE YOU GIVEN ME THAT

12 GRAPH?

13 Q.   YOU KNOW, I DON'T HAVE IT AVAILABLE TODAY, BUT I CERTAINLY

14 WILL.

15 A.   HERE IS MY PROBLEM.  AS I RECALL, I BELIEVE VTA'S FARE BOX

16 RECOVERY RATIO IS SIGNIFICANTLY LOWER THAN AC'S.

17 Q.   WE WILL TAKE THAT UP TOMORROW THEN.

18 A.   OKAY.

19 Q.   WITH REGARD TO FARE BOX RECOVERY, IT IS A PERFORMANCE

20 METRIC THAT IS USED UNDER STATE LAW, ISN'T IT?

21 A.   YES, IT IS.  YOU WILL FIND IT IN PUBLIC UTILITIES CODE FOR

22 PERFORMANCE AUDITS, THAT'S CORRECT.

23 Q.   AND CERTAINLY WITH REGARD TO TDA FUNDS, THERE IS A FARE

24 BOX COMPONENT TO THAT?

25 A.   YES, THERE IS.

1  Q.   AND RM2 FUNDS ALSO HAS A FARE BOX COMPONENT, FARE BOX

2  RECOVERY RATIO COMPONENT?

3  A.   YES, THERE IS.

4  Q.   IT IS A USEFUL METRIC, CORRECT?

5  A.   IT IS USEFUL.  I USE IT MYSELF, BUT IT IS NOT ONE THAT I

6  PREFER FOR THE REASONS I STATED.

7  Q.   AND IT IS TRUE, IS IT NOT, THAT THE LOWER THE FARE BOX

8  RECOVERY RATIO, THE MORE SUBSIDY AN OPERATOR NEEDS TO RUN THE

9  SERVICE IT'S RUNNING?

10 A.   NO, NOT NECESSARILY.

11 Q.   HOW SO?

12 A.   THE REASON IS -- AND THIS IS ONE OF MY PROBLEMS WITH FARE

13 BOX RATIO, IS IT'S A RATIO.  IT IS NOT A DOLLAR VALUE.

14          SO IF, FOR EXAMPLE, YOU HAD AN OPERATOR WHERE IT COST

15 $10 TO MOVE A PERSON AND IT HAD A 50 PERCENT FARE BOX RATIO,

16 WELL, THEN THE SUBSIDY WOULD BE $5 PER PASSENGER.

17          BUT IF YOU HAD ANOTHER OPERATOR WITH A 10 PERCENT

18 FARE BOX RECOVERY AND IT COST $2 TO MOVE THE PERSON, THEN THE

19 SUBSIDY WOULD BE A DOLLAR EIGHTY.

20          AND, UNFORTUNATELY, WHAT I HAVE JUST OUTLINED, WHILE

21 IT IS SOMEWHAT EXTREME, IS NOT REALLY UNCOMMON IN THE TRANSIT

22 INDUSTRY.  AND THAT'S ONE OF THE REASONS I REALLY TEND TO LOOK

23 -- I DON'T LIKE TO USE FARE BOX RECOVERY RATIO ALONE.  IT'S

24 USEFUL, BUT IT'S BEST USED IN COMBINATION WITH OTHER

25 STATISTICS.

1   Q.   LET'S TALK ABOUT SOME OTHER ISSUES WITH REGARD TO, SAY,

2   TRANSBAY SERVICE.  YOU TESTIFIED A LITTLE BIT ABOUT THAT.

3   A.   YES.

4   Q.   IN DETERMINING THE COST OF SERVICE, I THINK YOU WERE IN

5   THE COURTROOM WHEN MR. PEEPLES TALKED ABOUT BOARDINGS, CORRECT?

6   A.   YES.

7   Q.   THAT WOULD NOT BE A VERY RELIABLE METRIC TO DETERMINE THE

8   COST OF THE SERVICE?

9          MS. VALENZUELA SANTAMARIA:  OBJECTION, YOUR HONOR.

10  THIS GOES OUTSIDE THE SCOPE OF THE REBUTTAL TESTIMONY.  MR.

11  RUBIN DID NOT TESTIFY ABOUT TRANSBAY SERVICE.

12         THE COURT:  I THINK THAT'S CORRECT.

13         MR. MANOLIUS:  I'M SORRY.  MY MISTAKE.

14  BY MR. MANOLIUS:

15  Q.   AND, MR. RUBIN, I'M WONDERING IF YOU MISSPOKE ABOUT

16  LIFELINE.  YOU STATED, I THINK, THAT LIFELINE WAS NOT PART OF

17  THE RTP.  DID YOU MEAN NOT PART OF RESOLUTION 3434?

18  A.   WELL, LET ME CLARIFY.  I BELIEVE THAT LIFELINE MUST BE

19  PART OF THE RTP.  IT IS INCLUDED IN THERE.  IT IS NOT IN 3434.

20  Q.   OKAY.  SO LIFELINE WAS A PORTION OF THE 2001 RTP, CORRECT?

21  A.   I BELIEVE THAT IS CORRECT.

22  Q.   AND IT WAS ALSO A PORTION OF THE 2005 RTP, ISN'T THAT

23  CORRECT?

24  A.   YES.

25  Q.   AND YOU WERE DESCRIBING A STRATEGY, A CENTRALIZED STRATEGY

1  MOVING INTO A DECENTRALIZED IMPLEMENTATION.  I THINK THAT'S

2  WHAT YOU WERE TALKING ABOUT, CORRECT?

3  **A.**   A LITTLE BIT DIFFERENT WORDS, BUT CONSISTENT WITH WHAT I

4  WAS SAYING, YES.

5  **Q.**   AND YOU WERE IN THE COURTROOM WHEN MISS MCMILLAN TESTIFIED

6  THIS MORNING, CORRECT?

7  **A.**   YES.

8  **Q.**   AND YOU HEARD HER TESTIFY THAT THE WAY THAT LIFELINE HAS

9  WORKED IS THAT MTC HAS FUNDED COMMUNITY-BASED ORGANIZATIONS TO

10  FIGURE OUT HOW BEST TO DELIVER, SAY, LIFELINE TRANSIT SERVICES,

11  CORRECT?

12        **MS. VALENZUELA SANTAMARIA:**  OBJECTION.  THAT

13  MISSTATES MISS MCMILLAN'S TESTIMONY.

14        **THE COURT:**  OVERRULED.

15  **A.**   I WILL TAKE THAT AS A REPRESENTATION, YES.

16  **BY MR. MANOLIUS:**

17  **Q.**   SO THE PLANNING IS ACTUALLY BEING DONE ON THE GROUND?

18  **A.**   TO A LARGE DEGREE, YES.

19  **Q.**   AND ON THE GROUND, WHAT I MEAN IS COMMUNITY-BASED

20  ORGANIZATIONS.

21  **A.**   YES.  WE HAVE THE SAME UNDERSTANDING.

22  **Q.**   OKAY.  AND WHEN THE PLANS ARE DONE, THEN MTC IS LOOKING

23  FOR FUNDING TO FUND THOSE PLANS, CORRECT?

24  **A.**   YES.

25  **Q.**   AND THAT IS AN APPROPRIATE ROLE FOR THE MPO TO PLAY IN

1    THIS CONTEXT?

2    **A.**    I BELIEVE THAT PORTION OF IT IS APPROPRIATE.  WE CAN

3    ALWAYS ARGUE ABOUT DETAILS IN THE SPECIFIC PROJECT.  AND THE

4    OTHER ISSUE, OF COURSE, IS WHAT IS THE AMOUNT OF FUNDING.

5    **Q.**    RIGHT.  AND AS YOU SIT HERE TODAY, DO YOU KNOW WHAT THE

6    AMOUNT OF FUNDING FOR LIFELINE IS?

7    **A.**    OFF THE TOP OF MY HEAD, NO.

8              **THE COURT:**  IS THIS A GOOD STOPPING POINT?

9              **MR. MANOLIUS:**  THAT WOULD BE GREAT, YES.

10             **THE COURT:**  HOW MUCH TIME DO YOU THINK WE HAVE LEFT?

11             **MR. MANOLIUS:**  I WOULD SAY 45 MINUTES AND THAT'S IT.

12             **THE COURT:**  ALL RIGHT.  AND I SUPPOSE YOU MAY HAVE

13    SOME REBUTTAL, BUT THE PENDULUM HAS TO STOP SWINGING AT SOME

14    POINT.  AND THEN I THINK THAT'S IT, CORRECT?

15             **MS. VALENZUELA SANTAMARIA:**  THAT'S CORRECT.

16             **THE COURT:**  SO SEE YOU TOMORROW MORNING.

17             **MR. MANOLIUS:**  THANK YOU, YOUR HONOR.

18             (WHEREUPON AT 3:04 P.M. FURTHER PROCEEDINGS

19              IN THE ABOVE-ENTITLED CAUSE WAS ADJOURNED

20              UNTIL WEDNESDAY, OCTOBER 22, 2008 AT 8:45 A.M.)

21

22                        -  -  -  -

23

24

25

1

2  **DEFENDANT'S WITNESSES**                              **PAGE**   **VOL.**

3  **MCMILLAN, THERESE**
   (PREVIOUSLY SWORN)                                  1231       9
4  Cross Examination by Ms. Valenzuela Santamaria      1231       9
   Redirect Examination by Mr. Manolius                1284       9
5  Cross Examination by Ms. Valenzuela Santamaria      1384       9

6

   **PLAINTIFF'S REBUTTAL WITNESSES**                     **PAGE**   **VOL.**
7
   **PEEPLES, A.G. CHRISTIAN**
8  (PREVIOUSLY SWORN)                                  1301       9
   Direct Examination by Mr. Lee                       1302       9
9  Cross Examination by Mr. Manolius                   1326       9
   Redirect Examination by Mr. Lee                     1335       9
10

11 **RUBIN, THOMAS**
   (PREVIOUSLY SWORN)                                  1344       9
12 DIRECT EXAM RESUMED BY MS. VALENZUELA SANTAMARIA    1344       9
   Cross Examination by Mr. Manolius                   1404       9
13

14                            -   -   -

15

16

17

18

19

20

21

22

23

24

25

1

2                         **CERTIFICATE OF REPORTER**

3

4            WE, DEBRA L. PAS AND JOAN MARIE COLUMBINI, OFFICIAL

5   REPORTERS FOR THE UNITED STATES COURT, NORTHERN DISTRICT OF

6   CALIFORNIA, HEREBY CERTIFY THAT THE FOREGOING PROCEEDINGS IN

7   C 05-1597 EDL, SYLVIA DARENSBURG, ET AL, VERSUS METROPOLITAN

8   TRANSPORTATION COMMISSION WERE REPORTED BY US, CERTIFIED

9   SHORTHAND REPORTERS, AND WERE THEREAFTER TRANSCRIBED UNDER OUR

10  DIRECTION INTO TYPEWRITING; THAT THE FOREGOING IS A FULL,

11  COMPLETE AND TRUE RECORD OF SAID PROCEEDINGS AS BOUND BY US AT

12  THE TIME OF FILING.

13            THE VALIDITY OF THE REPORTERS' CERTIFICATION OF

14  SAID TRANSCRIPT MAY BE VOID UPON DISASSEMBLY AND/OR

15  REMOVAL FROM THE COURT FILE.

16

17                     /S/ DEBRA L. PAS

18            _____

19                 DEBRA L. PAS, CSR 11916, CRR

20

21                   /S/ JOAN MARIE COLUMBINI

22            _____

23              JOAN MARIE COLUMBINI, CSR 5434, CRR

24                  TUESDAY, OCTOBER 22, 2008

25

*Debra L. Pas, CSR, CRR and Joan Marie Columbini, CSR, RPR*
*Official Reporters - U.S. District Court - San Francisco, California*
*(415) 431-1477*