IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA DARENSBURG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>METROPOLITAN TRANSPORTATION COMMISSION.,<br><br>    Defendant. | No. C-05-01597 EDL<br><br>**ORDER EXTENDING TIME TO FILE MOTIONS FOR ATTORNEYS' FEES** |

On April 6, 2009, Plaintiffs filed a Motion to Enlarge Time to File Motions for Attorneys' Fees and Costs following the March 27, 2009 judgment in this matter. The current deadline to file Motions for Attorneys' Fees is April 10, 2009. Under Civil Local Rule 6-3(c), Defendant's opposition to Plaintiffs' Motion to Enlarge Time must be filed no later than April 9, 2009. Because the April 10, 2009 deadline is imminent and in order to give the Court adequate time after receiving Defendant's opposition to decide Plaintiffs' Motion to Enlarge Time until after the appeal of the March 27, 2009 judgment, the Court concludes that a short extension of the deadline to file Motions for Attorneys' Fees is warranted.

Accordingly, the deadline to file all Motions for Attorneys' Fees is extended at this time to May 1, 2009. Defendant shall file its opposition to the Motion to Enlarge Time no later than April 9, 2009.

**IT IS SO ORDERED.**

Dated: April 7, 2009

                                                  ELIZABETH D. LAPORTE<br>
                                                United States Magistrate Judge