**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYLVIA DARENSBURG, et al.,

        Plaintiffs,

  v.

METROPOLITAN TRANSPORTATION
COMMISSION.,

        Defendant.

No. C-05-01597 EDL

**ORDER RE: STIPULATION
REGARDING EXTENSION OF TIME**

On April 6, 2009, Plaintiffs filed a Motion to Enlarge Time to File Motions for Attorneys'
Fees. On April 7, 2009, the Court issued an order for a brief extension of the deadline to file
Motions for Attorneys' Fees to May 1, 2009 in order to give the Court time to resolve Plaintiffs'
Motion to Enlarge Time. Also on April 7, 2009, the parties filed a stipulation to extend the deadline
to file Defendant's Motion for Attorneys' Fees to April 17, 2009. Because the Court has already
extended the deadline, the stipulation and proposed order are moot.

**IT IS SO ORDERED.**

Dated: April 8, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge