IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA DARENSBURG, et al., | No. C-05-01597 EDL |
| Plaintiffs, | **ORDER DENYING PLAINTIFF'S MOTION TO ENLARGE TIME** |
| v. | |
| METROPOLITAN TRANSPORTATION COMMISSION., | |
| Defendant.                           / | |

On April 6, 2009, Plaintiffs filed a Motion to Enlarge Time to file motions for attorneys' fees following the March 27, 2009 entry of judgment in this case. Plaintiffs seek to extend the filing deadline to sixty days after resolution of the appeal of this case in the Ninth Circuit. Because the deadline to file motions for attorneys' fees was April 10, 2009, the Court issued an Order on April 8, 2009 extending that deadline to May 1, 2009 in order to give the Court sufficient time to resolve the Motion to Enlarge Time. Defendant opposed the Motion to Enlarge Time on April 9, 2009.

After careful consideration of both parties' arguments, the Court denies Plaintiffs' Motion to Enlarge Time to sixty days after the appellate process is completed. Although appellate review of this matter could narrow the legal bases or scope of the fees motion, it would be at the cost of significant delay and could result in two appeals. Plaintiffs' argument that the time to meet and confer regarding fees is too short has already been addressed by the interim extension granted by the Court. Therefore, the parties may file their motions for attorneys' fees no later than May 1, 2009 for a hearing on June 16, 2009 at 9:00 a.m. Any opposition to the fees motions shall be filed no later

//

than May 19, 2009.  Replies shall be filed no later than May 26, 2009.

**IT IS SO ORDERED.**

Dated: April 14, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge