IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA DARENSBURG, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>METROPOLITAN TRANSPORTATION COMMISSION,<br><br>　　　　Defendant.　　　　　　　　　／ | No. C-05-01597 EDL<br><br>**ORDER RE: DEFENDANT'S ADMINISTRATIVE REQUEST SEEKING CLARIFICATION OF ORDER DENYING DEFENDANT'S MOTION FOR ATTORNEY'S FEES** |

　　　　On June 24, 2009, MTC filed an administrative motion seeking clarification of the finality of the Court's May 27, 2009 Order denying attorney's fees. Alternatively, MTC seeks an extension of time to file a notice of appeal from the May 27, 2009 Order.

　　　　The Court did not intend for the May 27, 2009 Order to be final. As noted in that Order, the Court will issue an order detailing the Court's reasoning regarding the denial of MTC's fee motion. See In re Brown, 484 F.3d 1116, 1122 (9th Cir. 2007) ("'A disposition is final if it contains "a complete act of adjudication," that is, a full adjudication of the issues at bar, and clearly evidences the judge's intention that it be the court's final act in the matter.'") (quoting In re Slimick, 928 F.2d 304, 307 (9th Cir.1990)). Therefore, the time to file a notice of appeal as to the May 27, 2009 Order has not yet begun.

**IT IS SO ORDERED.**

Dated: June 26, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge