IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA DARENSBURG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>METROPOLITAN TRANSPORTATION COMMISSION,<br><br>    Defendant. | No. C-05-01597 EDL<br><br>**ORDER REGARDING BRIEFING AND VACATING HEARING ON PLAINTIFF'S MOTION FOR REVIEW OF TAXATION OF COSTS AND DEFENDANT'S MOTION TO REVIEW CLERK'S TAXATION OF COSTS** |

On June 23, 2009, Plaintiffs filed a Motion for Review of Taxation of Costs, relying in part on the amended declarations of Bill Gallegos and Deborah Johnson filed in support of Plaintiffs' opposition to May 1, 2009 MTC's Motion for Attorneys' Fees. On July 7, 2009, MTC filed an opposition to Plaintiff's June 23, 2009 motion, and filed objections to the amended declarations of Bill Gallegos and Deborah Johnson. Plaintiffs may respond to Defendants' objections to Plaintiffs' amended declarations no later than July 23, 2009.

Further, the July 28, 2009 hearing on Plaintiffs' Motion for Review of Taxation of Costs and MTC's Motion to Review Clerk's Taxation of Costs is vacated and the matters are taken under submission.

**IT IS SO ORDERED.**

Dated: July 10, 2009

                                                ELIZABETH D. LAPORTE<br>
                                                United States Magistrate Judge